# EXHIBIT A

```
Type of Work:        Text

Registration Number / Date:
                     TX0008603530 / 2018-07-13

Application Title: THE CABIN AT THE END OF THE WORLD.

Title:               THE CABIN AT THE END OF THE WORLD.

Description:         Book, 272 p.

Copyright Claimant:
                     Paul Tremblay.

Date of Creation:    2018

Date of Publication:
                     2018-06-01

Nation of First Publication:
                     United States

Authorship on Application:
                     Paul Tremblay; Domicile: United States; Citizenship:
United
                     States. Authorship: text.

Names:               Tremblay, Paul

==========================================================================
=======
```

```
Type of Work:        Text

Registration Number / Date:
                     TX0008264981 / 2016-04-18

Application Title: 13 WAYS OF LOOKING AT A FAT GIRL.

Title:               13 WAYS OF LOOKING AT A FAT GIRL.

Description:         Book, 214 p.

Copyright Claimant:
                     Mona Awad.

Date of Creation:    2015

Date of Publication:
                     2016-02-23

Nation of First Publication:
                     United States

Authorship on Application:
                     Mona Awad; Citizenship: Canada. Authorship: text
(excluding
                       previously published portions)

Alternative Title on Application:
                     THIRTEEN WAYS OF LOOKING AT A FAT GIRL

Pre-existing Material:
                     previously published text.

Basis of Claim:      text (excluding previously published portions)

Names:               Awad, Mona

=========================================================================
=======
```

```
Type of Work:                    Text

Registration Number / Date:      TX0008786456 / 2019-08-19

Application Title:               BUNNY.

Title:                           BUNNY.

Description:                     Book, 305 p.

Copyright Claimant:              Mona Awad.

Date of Creation:                2018

Date of Publication:             2019-06-11

Nation of First Publication:     United States

Authorship on Application:       Mona Awad; Citizenship: United States.

Authorship: text.

Rights and Permissions:          Viking, c/o Penguin Random House LLC, 1745
                                 Broadway, New York, NY, 10019, United States

ISBN:                            978-0-525-55973-3

Names:                           Awad, Mona
==========================================================================
```