# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| Paul Tremblay, an individual and Mona Awad, an individual <br><br> *Plaintiff(s)* <br> v. <br> OpenAI, Inc., a Delaware nonprofit corporation; OpenAI, L.P., a Delaware limited partnership; OPENAI OPCO, L.L.C., a Delaware limited liability corporation; OPENAI GP, L.L.C., a Delaware limited liability company; OPENAI STARTUP FUND GP I, L.L.C., a Delaware limited liability company; OPENAI STARTUP FUND I, L.P., a Delaware limited partnership; and OPENAI STARTUP FUND MANAGEMENT, LLC, a Delaware limited liability company <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 3:23-cv-03223 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* See Attachment

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Joseph R. Saveri (State Bar No. 130064)
JOSEPH SAVERI LAW FIRM, LLP
601 California Street, Suite 1000
San Francisco, California 94108
jsaveri@saverilawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

Civil Action No.

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# ATTACHMENT TO SUMMONS

## Defendants' Names and Addresses

OPENAI, INC., a Delaware nonprofit corporation
c/o CSC - LAWYERS INCORPORATING SERVICE
2710 GATEWAY OAKS DR, STE 150N
SACRAMENTO, CA 95833

OPENAI, L.P., a Delaware limited partnership
c/o CSC - LAWYERS INCORPORATING SERVICE
2710 GATEWAY OAKS DR, STE 150N
SACRAMENTO, CA 95833

OpenAI OpCo, L.L.C., a Delaware limited liability corporation
c/o CSC - LAWYERS INCORPORATING SERVICE
2710 GATEWAY OAKS DR, STE 150N
SACRAMENTO, CA 95833

OpenAI GP, L.L.C., a Delaware limited liability company
c/o CSC - LAWYERS INCORPORATING SERVICE
2710 GATEWAY OAKS DR, STE 150N
SACRAMENTO, CA 95833

OpenAI Startup Fund GP I, L.L.C., a Delaware limited liability company
c/o Individual Kwon
2941 ALTON PARKWAY
IRVINE, CA 92606

OpenAI Startup Fund I, L.P., a Delaware limited partnership
3180 18TH ST
SAN FRANCISCO, CA 94110

OpenAI Startup Fund Management, LLC, a Delaware limited liability company
c/o CSC - LAWYERS INCORPORATING SERVICE
2710 GATEWAY OAKS DR, STE 150N
SACRAMENTO, CA 95833