Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Kathleen J. McMahon (State Bar No. 340007)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:     (415) 500-6800
Facsimile:      (415) 395-9940
Email:             jsaveri@saverilawfirm.com
                       czirpoli@saverilawfirm.com
                       cyoung@saverilawfirm.com
                       kmcmahon@saverilawfirm.com

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone:     (323) 968-2632
Facsimile:      (415) 395-9940
Email:             mb@buttericklaw.com

*Counsel for Individual and Representative Plaintiffs
and the Proposed Class*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| PAUL TREMBLAY, et al.,<br><br>  Individual and Representative Plaintiffs,<br><br>  v.<br><br>OPENAI, INC., et al,<br><br>                               Defendants. | Case No. 3:23-cv-03223-AMO<br><br>**PROOF OF SERVICE OF SUMMONS ON OPENAI, INC.** |

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:23-cv-03223-KAW

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* OPENAI, INC. a Delaware nonprofit corporation
was received by me on *(date)* 06/30/2023 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Koy Saechao, Service of Process Intake Clerk, , who is designated by law to accept service of process on behalf of *(name of organization)* CSC, Registered Agent, 2710 Gateway Oaks Dr.,#150N, Sacramento, CA 95833 @ 2:47 PM on *(date)* 06/30/2023 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 07/05/2023

*Server's signature*

Robert J. Mason, Reg. No. 03-007 Placer Co.
*Printed name and title*

c/o Western Attorney Services
75 Columbia Sq.
San Francisco, CA 94103
*Server's address*

Additional information regarding attempted service, etc:

SEE ATTACHED FOR COMPLETE LIST OF DOCUMENTS SERVED

## ATTACHMENT TO PROOF OF SERVICE
## COMPLETE LIST OF DOCUMENTS SERVED

Re:  Paul Tremblay, et al. v OpenAI, Inc., et al.
USDC Northern District of CA Case No.: 3:23-cv-03223 KAW

Summons;

Complaint with exhibits A, B;

Civil Cover Sheet;

(Proposed) Summons;

Case Assigned to Magistrate Judge Kandis A. Westmore;

Consent or Declination to Magistrate Judge Jurisdiction;

Order Setting Initial Case Management Conference and ADR Deadlines;

Notice of Impending Reassignment to a USDC District Court Judge;

Report on the Filing or Determination of an Action or Appeal re: a Copyright;

Order Reassigning Case;

Notice of Eligibility for Video Recording;

ADR Handbook;

Standing Order for Civil Cases before Judge Araceli Martinez-Olguin;

Standing Order for Criminal Cases before Judge Araceli Martinez-Olguin;

Notice of a Lawsuit and Request to Waive Service of a Summons;

Waiver of the Service of Summons;

ECF Registration Information;

Notice of Availability of Magistrate Judge to Exercise Jurisdiction;

Standing Order for All Judges of the Northern District of CA/Contents of Joint Case Management Statement; and

Notice re: Scheduling Case Management Conference