Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Kathleen J. McMahon (State Bar No. 340007)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:     (415) 500-6800
Facsimile:     (415) 395-9940
Email:          jsaveri@saverilawfirm.com
                czirpoli@saverilawfirm.com
                cyoung@saverilawfirm.com
                kmcmahon@saverilawfirm.com

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone:     (323) 968-2632
Facsimile:     (415) 395-9940
Email:          mb@buttericklaw.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Paul Tremblay, et al., <br><br> Individual and Representative Plaintiffs, <br><br> v. <br><br> OpenAI, Inc.; et al., <br><br> Defendants. | **Case No. 3:23-cv-03223-AMO** <br><br> **PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED (L.R. 3-12, 7-11)** |
| Sarah Silverman, et al., <br><br> Individual and Representative Plaintiffs, <br><br> v. <br><br> OpenAI, Inc.; et al., <br><br> Defendants. | **Case No. 4:23-cv-03416-KAW** <br><br> **PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED (L.R. 3-12, 7-11)** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Civil Local Rules 3-12 and 7-11, Plaintiffs, submit this administrative motion to consider whether *Tremblay, et al. v. OpenAI, Inc., et al.*, No. 3:23-cv-03223-AMO (N.D. Cal. June 28, 2023) (the "*Tremblay* Action"),[1] should be related to *Silverman, et al v. OpenAI, Inc, et al.*, No. 4:23-cv-03416-KAW (N.D. Cal. July 7, 2023) (the "*Silverman* Action"),[2] both now pending in this District.

## INTRODUCTION

The *Silverman* Action should be related to the *Tremblay* Action. The *Silverman* Action concerns substantially the same parties, transactions, and events at issue in the *Tremblay* Action. *See* Saveri Decl., Ex. A (*Silverman* Complaint).[3] The plaintiffs in the *Tremblay* Action and the plaintiffs in the *Silverman* Action, (collectively the "Plaintiffs"), all allege OpenAI, Inc.; OpenAI, L.P.; OpenAI OpCo, L.L.C.; OpenAI GP, L.L.C.; OpenAI Startup Fund I, L.P.; OpenAI Startup Fund GP I, L.L.C.; and OpenAI Startup Fund Management, LLC ("Defendants") engaged in actions related to the creation, maintenance, and operation of the ChatGPT software product that violated Plaintiffs' rights under Direct Copyright Infringement (17 U.S.C. § 106), Vicarious Copyright Infringement (17 U.S.C. § 106), the Digital Millennium Copyright Act – Removal of Copyright Management Information (17 U.S.C. § 1202 (b)) ("the DMCA"), Unfair Competition (*Cal. Bus. & Prof. Code* §§ 17200, *et seq.*), Negligence, and Unjust Enrichment. Judicial economy and efficiency favor the Court finding that the cases are related. If the cases are not related, it is likely to result in duplication of efforts, increased burden on the courts, and expense for the parties. Five of the seven defendants in the *Tremblay* Action have been served but have not yet appeared. Saveri Decl., ¶ 4. As a result, Plaintiffs cannot seek a stipulation nor confirm whether any or all Defendants intend to oppose this motion. *Id.*

---

[1] Plaintiffs in the *Tremblay* action are Paul Tremblay and Mona Awad.

[2] Plaintiffs in the *Silverman* action are Sarah Silverman, Christopher Golden, and Richard Kadrey.

[3] "Saveri Decl." refers to the Declaration of Joseph R. Saveri in Support of Plaintiff's Administrative Motion to Consider Whether Cases Should be Related, concurrently filed herewith.

## DISCUSSION

The *Silverman* and *Tremblay* Actions fall squarely within the definition of "Related Cases" in this District. Civil Local Rule 3-12(a) provides actions are related when "(1) the actions concern substantially the same parties, property, transaction, or event; and (2) it appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." Both parts (1) and (2) of the definition of a related case apply here.

*First*, the *Silverman* Action and the *Tremblay* Action concern substantially the same parties, products, and events. Both are class actions with the same Class Definition, Defendants, and causes of action, as set forth above. Both complaints focus on the same conduct by Defendants, such as the creation, training, operation, and maintenance of ChatGPT. Both actions assert Defendants violated Plaintiffs' rights under the DMCA by removing Copyright Management Information ("CMI") from the Infringed Works and redistributing those works via ChatGPT without CMI and/or with false CMI. Both actions request damages, declaratory judgment, and injunctive relief.

*Second*, "burdensome duplication of labor and expense" will result if the matters proceed before different courts. Civil L.R. 3-12(a)(2). This Court, as part of the *Tremblay* Action, will necessarily adjudicate all the claims of the *Silverman* Action when adjudicating those same claims in the *Tremblay* Action. That adjudication will require a detailed factual examination of how ChatGPT was created, trained, modified, maintained, and operated. A different court would not have the same familiarity with the predicate facts, meaning that the other court and the parties would need to expend significant time and resources to duplicate the efforts that this Court will undertake. Furthermore, the parties in the *Silverman* Action and *Tremblay* Action will need to brief similar issues and produce similar expert reports, amongst other duplicative efforts that require significant time and money that would be better spent through coordinated efforts.

Courts in this District routinely order that cases are related when they involve the same types of claims against the same defendants brought as putative class actions by different named plaintiffs. *See, e.g.*, Order Relating Cases, *Reece v. Altria Group, Inc., et al.*, No. 20-cv-02345-WHO (N.D. Cal. May 7, 2020), ECF No. 27.

# CONCLUSION

Adjudication of these actions before separate judges would create both an unduly burdensome duplication of labor and expense as well as the possibility of conflicting results, given the common parties, allegations, and requested relief. Relating the *Silverman* Action with the pending *Tremblay* Action will help eliminate duplicative discovery, prevent inconsistent pretrial rulings, and conserve the resources of the parties, their counsel, and the judiciary.

For the reasons set for above, Plaintiffs respectfully request the Court relate the *Silverman* Action to the *Tremblay* Action, pursuant to Local Rule 3-12(a).

Dated: July 19, 2023          By:     */s/ Joseph R. Saveri*
                                      Joseph R. Saveri


Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Kathleen J. McMahon (State Bar No. 340007)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:    (415) 500-6800
Facsimile:    (415) 395-9940
Email:        jsaveri@saverilawfirm.com
              czirpoli@saverilawfirm.com
              cyoung@saverilawfirm.com
              kmcmahon@saverilawfirm.com

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone:    (323) 968-2632
Facsimile:    (415) 395-9940
Email:        mb@buttericklaw.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*

## CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2023, I served a copy of:

- PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED (L.R. 3-12, 7-11)
- DECLARATION OF JOSEPH R. SAVERI IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED (L.R. 3-12, 7-11)
- [PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED AND RELATING CASES

via email to:

Joseph C. Gratz
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482
JGratz@mofo.com

*Attorney for Defendants OpenAI, Inc.; OpenAI, L.P.; OpenAI OpCo, L.L.C.; OpenAI GP, L.L.C.; OpenAI Startup Fund I, L.P.; OpenAI Startup Fund GP I, L.L.C.; and OpenAI Startup Fund Management, LLC*

Dated: July 19, 2023              By:          */s/ Ashleigh Jensen*
                                                Ashleigh Jensen