|   |   |
|---|---|
| 1 | Joseph R. Saveri (State Bar No. 130064) |
| 2 | Cadio Zirpoli (State Bar No. 179108) |
|   | Christopher K.L. Young (State Bar No. 318371) |
| 3 | Kathleen J. McMahon (State Bar No. 340007) |
| 4 | **JOSEPH SAVERI LAW FIRM, LLP** |
|   | 601 California Street, Suite 1000 |
| 5 | San Francisco, California 94108 |
|   | Telephone:    (415) 500-6800 |
| 6 | Facsimile:     (415) 395-9940 |
| 7 | Email:           jsaveri@saverilawfirm.com |
|   |                       czirpoli@saverilawfirm.com |
| 8 |                       cyoung@saverilawfirm.com |
|   |                       kmcmahon@saverilawfirm.com |
| 9 |   |
| 10 | Matthew Butterick (State Bar No. 250953) |
|   | 1920 Hillhurst Avenue, #406 |
| 11 | Los Angeles, CA 90027 |
|   | Telephone:    (323) 968-2632 |
| 12 | Facsimile:     (415) 395-9940 |
| 13 | Email:           mb@butsterlaw.com |

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| Paul Tremblay, et al.,<br><br>    Individual and Representative Plaintiffs,<br><br>    v.<br><br>OpenAI, Inc.; et al.,<br><br>                                           Defendants. | **Case No. 3:23-cv-03223-AMO**<br><br>**DECLARATION OF JOSEPH R. SAVERI IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED (L.R. 3-12, 7-11)** |
| Sarah Silverman, et al.,<br><br>    Individual and Representative Plaintiffs,<br><br>    v.<br><br>OpenAI, Inc.; et al.,<br><br>Defendants. | **Case No. 4:23-cv-03416-KAW**<br><br>**DECLARATION OF JOSEPH R. SAVERI IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED (L.R. 3-12, 7-11)** |

Case No. 3:23-cv-03223-AMO

DECLARATION OF JOSEPH R. SAVERI IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED (L.R. 3-12, 7-11)

I, Joseph R. Saveri, declare as follows:

1. I am an attorney duly licensed to practice in the State of California. I am a partner and founder of the Joseph Saveri Law Firm, LLP ("JSLF"), counsel of record for Plaintiffs J. Paul Tremblay and Mona Awad in this action, *Tremblay, et al v. OpenAI, Inc.; et al.,* No. 3:23-cv-03223-AMO (N.D. Cal. June 28, 2023) (the "*Tremblay* Action"). I am also counsel for Plaintiffs Sarah Silverman, Christopher Golden, and Richard Kadrey in *Silverman, et al. v. OpenAI, Inc.; et al.*, No. 4:23-cv-03416-KAW (N.D. Cal. July 7. 2023) (the "*Silverman* Action"). Both actions are now pending in this District. I have personal knowledge of the matters stated herein and, if called upon, could competently testify thereto. I make this declaration pursuant to 28 U.S.C. Section 1746 in support of Plaintiff's Administrative Motion to Consider Whether Cases Should be Related.

2. Attached hereto as **Exhibit A** is a true and correct copy of the Complaint in the *Silverman* Action. The Complaint asserts that OpenAI, Inc.; OpenAI, L.P.; OpenAI OpCo, L.L.C.; OpenAI GP, L.L.C.; OpenAI Startup Fund I, L.P.; OpenAI Startup Fund GP I, L.L.C.; and OpenAI Startup Fund Management, LLC ("Defendants") engaged in actions related to the creation, maintenance, and operation of the ChatGPT software product that Plaintiffs allege violated their rights under Direct Copyright Infringement (17 U.S.C. § 106), Vicarious Copyright Infringement (17 U.S.C. § 106), the Digital Millennium Copyright Act – Removal of Copyright Management Information (17 U.S.C. § 1202 (b)), Unfair Competition (*Cal. Bus. & Prof. Code* §§ 17200, *et seq.*), Negligence, and Unjust Enrichment.

3. Civil Local Rule 3-12 requires that this Administrative Motion to Consider Whether Cases Should be Related be promptly filed. Five of the seven Defendants were served on June 30, 2023, but have not appeared in the *Tremblay* Action as of the date of this filing. Thus, a stipulation could not be obtained with Defendants' official counsel prior to filing of this motion.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 19th day of July 2023 at San Francisco, California.

                                                  */s/ Jospeh R. Saveri*
                                                  Joseph R. Saveri