**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Paul Tremblay, et al.,<br><br>  Individual and Representative Plaintiffs,<br><br>    v.<br><br>OpenAI, Inc., et al.,<br><br>                Defendants. | **Case No. 3:23-cv-03223-AMO**<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED AND RELATING CASES** |
| Sarah Silverman, et al.,<br><br>  Individual and Representative Plaintiffs,<br><br>    v.<br><br>OpenAI, Inc., et al.,<br><br>Defendants. | **Case No. 4:23-cv-03416-KAW**<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED AND RELATING CASES** |

Having considered Plaintiffs' Administrative Motion to Consider Whether Cases Should be Related, as well as the pleadings on file, the Court GRANTS the Motion and ORDERS the Clerk to relate the later-filed case of *Silverman, et al v. OPENAI, INC*, No. 4:23-cv-03416-KAW (N.D. Cal.) to the first-filed case *Tremblay, et al v. OPENAI, INC. et al*, No. 3:23-cv-03223-AMO (N.D. Cal.).

**IT IS SO ORDERED.**

Dated: July ___, 2023

_____
Judge Araceli Martínez-Olguín
UNITED STATES DISTRICT JUDGE