| | |
|---|---|
| 1 | JOSEPH C. GRATZ (CA SBN 240676) |
|  | JGratz@mofo.com |
| 2 | TIFFANY CHEUNG (CA SBN 211497) |
|  | TCheung@mofo.com |
| 3 | MORRISON & FOERSTER LLP |
|  | 425 Market Street, |
| 4 | San Francisco, California 94105-2482 |
|  | Telephone:   415.268.7000 |
| 5 | Facsimile:   415.268.7522 |
| 6 | ALLYSON R. BENNETT (CA SBN 302090) |
|  | ABennett@mofo.com |
| 7 | MORRISON & FOERSTER LLP |
|  | 707 Wilshire Boulevard, Suite 6000 |
| 8 | Los Angeles, California 90017-3543 |
|  | Telephone:   213.892.5200 |
| 9 | Facsimile:   213.892.5454 |
| 10 | Attorneys for Defendants |
|  | OPENAI, INC., OPENAI, L.P., OPENAI OPCO, |
| 11 | L.L.C., OPENAI GP, L.L.C., OPENAI STARTUP |
|  | FUND GP I, L.L.C., OPENAI STARTUP FUND I, |
| 12 | L.P., AND OPENAI STARTUP FUND |
|  | MANAGEMENT, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PAUL TREMBLAY, an individual and MONA AWAD, an individual, | Case No. 3:23-cv-03223-AMO |
| Plaintiffs, | **NOTICE OF APPEARANCE BY TIFFANY CHEUNG** |
| v. | |
| OPENAI, INC., a Delaware nonprofit corporation; OPENAI, L.P., a Delaware limited partnership; OPENAI OPCO, L.L.C., a Delaware limited liability corporation; OPENAI GP, L.L.C., a Delaware limited liability company; OPENAI STARTUP FUND GP I, L.L.C., a Delaware limited liability company; OPENAI STARTUP FUND I, L.P., a Delaware limited partnership; and OPENAI STARTUP FUND MANAGEMENT, LLC, a Delaware limited liability company, | Courtroom:  Ctrm 10 - 19th Floor<br>Judge:  Hon. Araceli Martínez-Olguín<br><br>Action Filed:  6/28/2023<br>Trial Date:  Not Yet Set |
| Defendants. | |

1   TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2   PLEASE TAKE NOTICE of the appearance of Tiffany Cheung of the law offices of
3   Morrison & Foerster LLP, as counsel of record for and on behalf of Defendants OpenAI, Inc.,
4   OpenAI L.P., OpenAI OpCo, L.L.C., OpenAI G.P., L.L.C., OpenAI Startup Fund GP I, L.L.C.,
5   OpenAI Startup Fund I, L.P., and OpenAI Startup Fund Management, LLC in the above-entitled
6   matter for the purpose of receiving notices and orders from the Court.  Copies of all pleadings and
7   notices pertaining to the above-entitled action not otherwise filed through the Court's electronic
8   filing system should be forwarded to counsel at the following address:

Tiffany Cheung
MORRISON & FORESTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
Email: TCheung@mofo.com

Dated: July 21, 2023                    MORRISON & FOERSTER LLP

By: */s/ Tiffany Cheung*
Tiffany Cheung

*Attorneys for Defendants*
OPENAI, INC., OPENAI, L.P., OPENAI OPCO, L.L.C., OPENAI GP, L.L.C., OPENAI STARTUP FUND GP I, L.L.C., OPENAI STARTUP FUND I, L.P., AND OPENAI STARTUP FUND MANAGEMENT, LLC