1  JOSEPH C. GRATZ (CA SBN 240676)
   JGratz@mofo.com
2  TIFFANY CHEUNG (CA SBN 211497)
   TCheung@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street,
4  San Francisco, California  94105-2482
   Telephone:    415.268.7000
5  Facsimile:    415.268.7522

6  ALLYSON R. BENNETT (CA SBN 302090)
   ABennett@mofo.com
7  MORRISON & FOERSTER LLP
   707 Wilshire Boulevard, Suite 6000
8  Los Angeles, California  90017-3543
   Telephone:    213.892.5200
9  Facsimile:    213.892.5454

10 Attorneys for Defendants
   OPENAI, INC., OPENAI, L.P., OPENAI OPCO,
11 L.L.C., OPENAI GP, L.L.C., OPENAI STARTUP
   FUND GP I, L.L.C., OPENAI STARTUP FUND I,
12 L.P., AND OPENAI STARTUP FUND
   MANAGEMENT, LLC

13

14                 UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16                   SAN FRANCISCO DIVISION

17

18 PAUL TREMBLAY, an individual and MONA        Case No. 3:23-cv-03223-AMO
   AWAD, an individual,
19                                              **NOTICE OF APPEARANCE BY**
                    Plaintiffs,                 **ALLYSON R. BENNETT**
20
           v.
21
   OPENAI, INC., a Delaware nonprofit           Courtroom:  Ctrm 10 - 19th Floor
22 corporation; OPENAI, L.P., a Delaware limited Judge:  Hon. Araceli Martínez-Olguín
   partnership; OPENAI OPCO, L.L.C., a
23 Delaware limited liability corporation;       Action Filed:  6/28/2023
   OPENAI GP, L.L.C., a Delaware limited         Trial Date:  Not Yet Set
24 liability company; OPENAI STARTUP FUND
   GP I, L.L.C., a Delaware limited liability
25 company; OPENAI STARTUP FUND I, L.P.,
   a Delaware limited partnership; and OPENAI
26 STARTUP FUND MANAGEMENT, LLC, a
   Delaware limited liability company,
27
                    Defendants.
28

NOTICE OF APPEARANCE
3:23-CV-03223-AMO

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE of the appearance of Allyson R. Bennett of the law offices of Morrison & Foerster LLP, as counsel of record for and on behalf of Defendants OpenAI, Inc., OpenAI L.P., OpenAI OpCo, L.L.C., OpenAI G.P., L.L.C., OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., and OpenAI Startup Fund Management, LLC in the above-entitled matter for the purpose of receiving notices and orders from the Court.  Copies of all pleadings and notices pertaining to the above-entitled action not otherwise filed through the Court's electronic filing system should be forwarded to counsel at the following address:

Allyson R. Bennett
MORRISON & FORESTER LLP
707 Wilshire Boulevard
Los Angeles, California 90017-3543
Telephone: (213) 892-5200
Facsimile: (213) 892-5454
Email: ABennett@mofo.com

Dated: July 21, 2023                                MORRISON & FOERSTER LLP

By: */s/ Allyson R. Bennett*
    Allyson R. Bennett

*Attorneys for Defendants*
OPENAI, INC., OPENAI, L.P., OPENAI OPCO, L.L.C., OPENAI GP, L.L.C., OPENAI STARTUP FUND GP I, L.L.C., OPENAI STARTUP FUND I, L.P., AND OPENAI STARTUP FUND MANAGEMENT, LLC