1  LATHAM & WATKINS LLP
      Andrew M. Gass (Bar No. 259694)
2      *andrew.gass@lw.com*
      Joseph R. Wetzel (Bar No. 238008)
3      *joe.wetzel@lw.com*
   505 Montgomery Street, Suite 2000
4  San Francisco, California 94111-6538
   Telephone: +1.415.391.0600
5
   *Attorneys for Defendants*
6  *OpenAI, Inc.; OpenAI, L.P.; OpenAI OPCO, L.L.C.;*
   *OpenAI GP, L.L.C.; OpenAI Startup Fund GP I,*
7  *L.L.C.; OpenAI Startup Fund I, L.P.; and OpenAI*
   *Startup Fund Management, L.L.C.*
8

9                **UNITED STATES DISTRICT COURT**

10              **NORTHERN DISTRICT OF CALIFORNIA**

11                   **SAN FRANCISCO DIVISION**

| | |
|---|---|
| PAUL TREMBLAY, an individual and MONA AWAD, an individual, | CASE NO. 3:23-CV-03223-AMO |
|           Plaintiffs, | **NOTICE OF APPEARANCE OF ANDREW M. GASS** |
|    v. | Hon. Araceli Martínez-Olguín |
| OPENAI, INC., a Delaware nonprofit corporation; OPENAI, L.P., a Delaware limited partnership; OPENAI OPCO, L.L.C., a Delaware limited liability corporation; OPENAI GP, L.L.C., a Delaware limited liability company; OPENAI STARTUP FUND GP I, L.L.C., a Delaware limited liability company; OPENAI STARTUP FUND I, L.P., a Delaware limited partnership; and OPENAI STARTUP FUND MANAGEMENT, LLC, a Delaware limited liability company, | |
|           Defendants. | |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Andrew M. Gass of Latham & Watkins LLP hereby enters his appearance in the above-captioned matter as counsel of record for Defendants OpenAI, Inc.; OpenAI, L.P.; OpenAI OPCO, L.L.C.; OpenAI GP, L.L.C.; OpenAI Startup Fund GP I, L.L.C.; OpenAI Startup Fund I, L.P.; and OpenAI Startup Fund Management, L.L.C. and respectfully requests that all pleadings, notices, orders, correspondence and other papers in connection with this matter be served upon him at the following address:

>  Andrew M. Gass
>  LATHAM & WATKINS LLP
>  505 Montgomery Street, Suite 2000
>  San Francisco, CA 94111
>  Tel. (415) 391-0600
>  Fax: (415) 395-8095
>  andrew.gass@lw.com

Dated:  July 21, 2023

Respectfully submitted,

LATHAM & WATKINS LLP

By  /s/ Andrew M. Gass
    Andrew M. Gass

*Attorneys for Defendants
OpenAI, Inc.; OpenAI, L.P.; OpenAI OPCO, L.L.C.; OpenAI GP, L.L.C.; OpenAI Startup Fund GP I, L.L.C.; OpenAI Startup Fund I, L.P.; and OpenAI Startup Fund Management, L.L.C.*