| | |
|---|---|
| JOSEPH C. GRATZ (CA SBN 240676)<br>JGratz@mofo.com<br>TIFFANY CHEUNG (CA SBN 211497)<br>TCheung@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street,<br>San Francisco, California  94105-2482<br>Telephone:   415.268.7000<br>Facsimile:   415.268.7522 | ANDREW M. GASS (CA SBN 259694)<br>andrew.gass@lw.com<br>JOSEPH R. WETZEL (CA SBN 238008)<br>joe.wetzel@lw.com<br>LATHAM & WATKINS LLP<br>505 Montgomery Street, Suite 2000<br>San Francisco, California 94111-6538<br>Telephone:   415.391.0600 |

ALLYSON R. BENNETT (CA SBN 302090)
ABennett@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, California  90017-3543
Telephone:   213.892.5200
Facsimile:   213.892.5454

Attorneys for Defendants
OPENAI, INC., OPENAI, L.P., OPENAI OPCO, L.L.C., OPENAI GP, L.L.C., OPENAI STARTUP FUND GP I, L.L.C., OPENAI STARTUP FUND I, L.P., AND OPENAI STARTUP FUND MANAGEMENT, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PAUL TREMBLAY, an individual and MONA AWAD, an individual,<br><br>           Plaintiffs,<br><br>    v.<br><br>OPENAI, INC., a Delaware nonprofit corporation; OPENAI, L.P., a Delaware limited partnership; OPENAI OPCO, L.L.C., a Delaware limited liability corporation; OPENAI GP, L.L.C., a Delaware limited liability company; OPENAI STARTUP FUND GP I, L.L.C., a Delaware limited liability company; OPENAI STARTUP FUND I, L.P., a Delaware limited partnership; and OPENAI STARTUP FUND MANAGEMENT, LLC, a Delaware limited liability company,<br><br>           Defendants. | Case No. 3:23-cv-03223-AMO<br><br>**DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS AND CORPORATE DISCLOSURE STATEMENT** |

Defendants OpenAI, Inc., OpenAI L.P., OpenAI OpCo, L.L.C., OpenAI G.P., L.L.C., OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., and OpenAI Startup Fund Management, LLC, by and through their undersigned counsel, pursuant to Federal Rule of Civil Procedure 7.1, disclose as follows:

1. OpenAI Inc. states that it has no parent company and no publicly-held corporation owns 10% or more of its stock.

2. OpenAI OpCo, L.L.C. states that by a Certificate of Conversion dated January 23, 2023, OpenAI, L.P. changed its name to OpenAI OpCo, L.L.C., and that there is no longer an entity by the name of OpenAI, L.P.

3. OpenAI OpCo, L.L.C. further states that OpenAI, Inc. and OpenAI GP, L.L.C. are its parent companies, and Microsoft Corporation has an ownership interest of 10% or more.

4. OpenAI GP, L.L.C. states that OpenAI, Inc. is its parent company and no publicly-held corporation owns 10% or more of its stock.

5. OpenAI Startup Fund GP I, L.L.C. states that it has no parent company and no publicly-held corporation owns 10% or more of its stock.

6. OpenAI Startup Fund I, L.P. states that OpenAI Startup Fund GP I, L.L.C. is its parent company and Microsoft Corporation has an ownership interest of 10% or more.

7. OpenAI Startup Fund Management, LLC states that it has no parent company and no publicly-held corporation owns 10% or more of its stock.

Pursuant to Civil Local Rule 3-15, the undersigned certifies that as of this date, other than the named parties, the undersigned is not aware of any persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations), or other entities that (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding.

| | |
|---|---|
| Dated: July 21, 2023 | MORRISON & FOERSTER LLP |
| | By: */s/ Joseph C. Gratz*<br>Joseph C. Gratz |
| | *Attorneys for Defendants*<br>OPENAI, INC., OPENAI, L.P., OPENAI OPCO, L.L.C., OPENAI GP, L.L.C., OPENAI STARTUP FUND GP I, L.L.C., OPENAI STARTUP FUND I, L.P., AND OPENAI STARTUP FUND MANAGEMENT, LLC |