1
2
3
4
5
6
7
8
9
10
11
12

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Paul Tremblay, et al., | **Case No. 3:23-cv-03223-AMO** |
|    Individual and Representative Plaintiffs, | |
| v. | [PROPOSED] **ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED AND RELATING CASES** |
| OpenAI, Inc., et al., | |
|                Defendants. | |
| | |
| Sarah Silverman, et al., | **Case No. 4:23-cv-03416-KAW** |
|    Individual and Representative Plaintiffs, | |
| v. | [PROPOSED] **ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED AND RELATING CASES** |
| OpenAI, Inc., et al., | |
| Defendants. | |

1  Having considered Plaintiffs' Administrative Motion to Consider Whether Cases Should be
2  Related, as well as the pleadings on file, the Court GRANTS the Motion and ORDERS the Clerk to
3  relate the later-filed case of *Silverman, et al v. OPENAI, INC*, No. 4:23-cv-03416-KAW (N.D. Cal.) to
4  the first-filed case *Tremblay, et al v. OPENAI, INC. et al*, No. 3:23-cv-03223-AMO (N.D. Cal.).

**IT IS SO ORDERED.**

Dated: July 28, 2023

_____
Judge Araceli Martínez-Olguín
UNITED STATES DISTRICT JUDGE