Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Travis Manfredi (State Bar No. 281779)
Kathleen J. McMahon (State Bar No. 340007)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:    (415) 500-6800
Facsimile:    (415) 395-9940
Email:         jsaveri@saverilawfirm.com
                czirpoli@saverilawfirm.com
                cyoung@saverilawfirm.com
                tmanfredi@saverilawfirm.com
                kmcmahon@saverilawfirm.com

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone:    (323) 968-2632
Facsimile:    (415) 395-9940
Email:         mb@butaricklaw.com

*Counsel for Individual and Representative Plaintiffs
and the Proposed Class*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| PAUL TREMBLAY, et al.,<br><br>    Individual and Representative Plaintiffs,<br><br>    v.<br><br>OPENAI, INC.; et al.,<br><br>    Defendants. | Case No. 3:23-cv-03223-AMO<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFF MONA AWAD PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs hereby give notice that Plaintiff Mona Awad and her individual claims in the Complaint (ECF No. 1) in the above captioned action are voluntarily dismissed without prejudice against defendants OpenAI, Inc.; OpenAI, L.P.; OpenAI OpCo, L.L.C.; OpenAI GP, L.L.C.; OpenAI Startup Fund GP I, L.L.C.; OpenAI Startup Fund I, L.P.; and OpenAI Startup Fund Management, LLC ("Defendants"). This voluntary dismissal is only with respect to Plaintiff Mona Awad and does not impact the claims against Defendants brought by the other named Plaintiff in this matter nor in any related matter, including but not limited to *Silverman, et al v. OpenAI, Inc., et al.*, No. 4:23-cv-03416-KAW (N.D. Cal. July 7, 2023). Defendants have not filed an answer or a motion for summary judgment.

Dated: August 11, 2023

By:    /s/ *Joseph R. Saveri*
       Joseph R. Saveri

Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Travis Manfredi (State Bar No. 281779)
Kathleen J. McMahon (State Bar No. 340007)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email: jsaveri@saverilawfirm.com
       czirpoli@saverilawfirm.com
       cyoung@saverilawfirm.com
       tmanfredi@saverilawfirm.com
       kmcmahon@saverilawfirm.com

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone: (323) 968-2632
Facsimile: (415) 395-9940
Email: mb@butericklaw.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*