| | |
|---|---|
| MORRISON & FOERSTER LLP<br>Joseph C. Gratz (SBN 240676)<br>*jgratz@mofo.com*<br>Tiffany Cheung (SBN 211497)<br>*tcheung@mofo.com*<br>425 Market Street<br>San Francisco, CA 94105<br>Telephone: 415.258.7522<br><br>Allyson R. Bennett (SBN 302090)<br>*abennett@mofo.com*<br>707 Wilshire Boulevard, Suite 6000<br>Los Angeles, CA 90017-3543<br>Telephone: 213.892.5454 | LATHAM & WATKINS LLP<br>Andrew M. Gass (SBN 259694)<br>*andrew.gass@lw.com*<br>Joseph R. Wetzel (SBN 238008)<br>*joseph.wetzel@lw.com*<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111<br>Telephone: 415.391.0600<br><br>Sarang V. Damle (*pro hac vice pending*)<br>*sy.damle@lw.com*<br>555 Eleventh Street, NW, Suite 1000<br>Washington, D.C. 20004<br>Telephone: 202.637.2200<br><br>Allison L. Stillman (*pro hac vice pending*)<br>*alli.stillman@lw.com*<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Telephone: 212.751.4864 |

*Attorneys for Defendants OpenAI, Inc., OpenAI, L.P., OpenAI OpCo, L.L.C., OpenAI GP, L.L.C., OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., and OpenAI Startup Fund Management, LLC*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| J. PAUL TREMBLAY, an individual;<br>MONA AWAD, an individual,<br><br>    Individual and Representative Plaintiffs,<br><br>    v.<br><br>OPENAI, INC., a Delaware nonprofit corporation; OPENAI, L.P., a Delaware limited partnership; OPENAI OPCO, L.L.C., a Delaware limited liability corporation; OPENAI GP, L.L.C., a Delaware limited liability company; OPENAI STARTUP FUND GP I, L.L.C., a Delaware limited liability company; OPENAI STARTUP FUND I, L.P., a Delaware limited partnership; and OPENAI STARTUP FUND MANAGEMENT, LLC, a Delaware limited liability company,<br><br>    Defendants. | Case No. 3:23-cv-03223-AMO<br><br>**OPENAI, L.P.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS AND CORPORATE DISCLOSURE STATEMENT** |

1    OpenAI LP recently changed its name to OpenAI OpCo, LLC ("OpenAI OpCo").
2  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, OpenAI OpCo states that it is a
3  subsidiary of OpenAI Global, LLC, which is a subsidiary of OpenAI, Inc., and Microsoft
4  Corporation has an ownership interest of 10% or more in OpenAI Global, LLC.
5    Pursuant to Civil Local Rule 3-15, the undersigned certifies that as of this date, other
6  than the named parties, the undersigned is not aware of any persons, associations of persons,
7  firms, partnerships, corporations (including, but not limited to, parent corporations), or other
8  entities that (i) have a financial interest in the subject matter in controversy or in a party to the
9  proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
10 substantially affected by the outcome of this proceeding.

| | | |
|---|---|---|
| 1 | Dated: September 8, 2023 | Respectfully submitted |

By:  /s/ Allyson R. Bennett
       Allyson R. Bennett

MORRISON & FOERSTER LLP
Joseph C. Gratz (SBN 240676)
*jgratz@mofo.com*
Tiffany Cheung (SBN 211497)
*tcheung@mofo.com*
425 Market Street
San Francisco, CA 94105
Telephone: 415.258.7522

Allyson R. Bennett (SBN 302090)
*abennett@mofo.com*
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017-3543
Telephone: 213.892.5454

LATHAM & WATKINS LLP
Andrew M. Gass (SBN 259694)
*andrew.gass@lw.com*
Joseph R. Wetzel (SBN 238008)
*joseph.wetzel@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: 415.391.0600

Sarang V. Damle (*pro hac vice pending*)
*sy.damle@lw.com*
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: 202.637.2200
Allison L. Stillman (*pro hac vice pending*)
*alli.stillman@lw.com*
1271 Avenue of the Americas
New York, NY 10020
Telephone: 212.751.4864

*Attorneys for Defendants OpenAI, Inc., OpenAI, L.P., OpenAI OpCo, L.L.C., OpenAI GP, L.L.C., OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., and OpenAI Startup Fund Management, LLC*