Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Kathleen J. McMahon (State Bar No. 340007)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:     (415) 500-6800
Facsimile:     (415) 395-9940
Email:         jsaveri@saverilawfirm.com
               czirpoli@saverilawfirm.com
               cyoung@saverilawfirm.com
               kmcmahon@saverilawfirm.com

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone:     (323) 968-2632
Facsimile:     (415) 395-9940
Email:         mb@butiericklaw.com

*Counsel for Individual and Representative Plaintiffs*
*and the Proposed Class*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| Paul Tremblay, et al.,<br><br>    Individual and Representative Plaintiffs,<br><br>        v.<br><br>OpenAI, Inc.; et al.,<br><br>                Defendants. | **Case No. 3:23-cv-03223-AMO**<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED (L.R. 3-12, 7-11)** |
| Sarah Chabon, et al.,<br><br>    Individual and Representative Plaintiffs,<br><br>        v.<br><br>OpenAI, Inc.; et al.,<br><br>                Defendants. | |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Civil Local Rules 3-12 and 7-11, Plaintiffs Paul Tremblay, Sarah Silverman, Christopher Golden, and Richard Kadrey ("Plaintiffs") submit this administrative motion to consider whether *Chabon, et al. v. OpenAI, Inc, et al.*, Case No. 4:23-cv-04625-PHK (N.D. Cal. Sept. 8, 2023) ("*Chabon* Action")[1] should be related to the instant action, *Tremblay, et al. v. OpenAI ,Inc ., et al.*, Case No. 3:23-cv-03223-AMO (N.D. Cal. June 28, 2023) ("*Tremblay* Action").[2] This Court already ordered another similar case related to the *Tremblay* Action: *Silverman, et al v. OpenAI, Inc., et al.*, Case No. 4:23-cv-03416-KAW (N.D. Cal. July 7, 2023) (ECF No. 26) ("*Silverman* Action").[3]

## INTRODUCTION

The *Chabon* Action should be related to the *Tremblay* Action. The *Silverman* Action has previously been related to the *Tremblay* Action. The *Chabon* Action concerns substantially the same parties, transactions, and events at issue in both the *Tremblay* and *Silverman* Actions. *See* Saveri Decl., Ex. A (*Chabon* Complaint).[4] All plaintiffs allege OpenAI, Inc.; OpenAI, L.P.; OpenAI OpCo, L.L.C.; OpenAI GP, L.L.C.; OpenAI Startup Fund I, L.P.; OpenAI Startup Fund GP I, L.L.C.; and OpenAI Startup Fund Management, LLC ("Defendants") engaged in actions related to the creation, maintenance, and operation of the ChatGPT software product that violates their rights under Direct Copyright Infringement (17 U.S.C. § 106), Vicarious Copyright Infringement (17 U.S.C. § 106), the Digital Millenium Copyright Act – Removal of Copyright Management Information (17 U.S.C. § 1202 (b)) ("the DMCA"), Unfair Competition (Cal. Bus. & Prof. Code §§ 17200, *et seq.*), Negligence, and Unjust Enrichment. Judicial economy and efficiency favor the Court finding that the cases are related. If the cases are not related, it is likely to result in duplication of efforts, increased burden on the courts,

---

[1] Plaintiffs in the *Chabon* Action are Michael Chabon, David Henry Hwang, Matthew Klam, Rachel Louise Snyder, and Ayelet Waldman ("*Chabon* Plaintiffs").

[2] Plaintiff in the *Tremblay* action is Paul Tremblay.

[3] Plaintiffs in the *Silverman* action are Sarah Silverman, Christopher Golden, and Richard Kadrey.

[4] "Saveri Decl." refers to the Declaration of Joseph R. Saveri in Support of Plaintiffs' Administrative Motion to Consider Whether Cases Should be Related, concurrently filed herewith.

and expense for the parties. All Defendants in the *Tremblay* and *Silverman* Actions have been served and appeared. Saveri Decl. ¶ 3. Plaintiffs informed Defendants of their plan to file this motion and Defendants do not oppose. *Id.*

## DISCUSSION

The *Chabon*, Tremblay, and *Silverman* Actions fall squarely within the definition of "Related Cases" in this District. Civil Local Rule 3-12(a) provides actions are related when "(1) the actions concern substantially the same parties, property, transaction, or event; and (2) it appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." Indeed, the *Tremblay* and *Silverman* Actions have already been related under the same grounds. The *Chabon* and *Tremblay* Actions, when compared, satisfy parts (1) and (2) of the related case standard.

*First*, the *Chabon* and *Tremblay* Actions concern substantially the same parties, products, and events. Both are class actions with the same Class Definition, Defendants, and causes of action, as set forth above. Both complaints focus on the same conduct by Defendants, such as the creation, training, operation, and maintenance of ChatGPT. Both actions assert Defendants violated their respective plaintiffs' rights under the DMCA by removing Copyright Management Information ("CMI") from the Infringed Works and redistributing those works via ChatGPT without CMI and/or with false CMI. Both actions request damages, declaratory judgment, and injunctive relief.

*Second*, "burdensome duplication of labor and expense" will result if the matters proceed before different courts. Civil L.R. 3-12(a)(2). This Court will necessarily adjudicate all the claims of the *Chabon* Action when adjudicating those same claims in the *Tremblay* Action. That adjudication will require a detailed factual examination of how ChatGPT was created, trained, modified, maintained, and operated. A different court would not have the same familiarity with the predicate facts, meaning that the other court and the parties would need to expend significant time and resources to duplicate the efforts that this Court will undertake. Furthermore, the parties in the *Chabon* and *Tremblay* Actions will need to brief similar—sometimes identical—issues and engage similar experts,

1  amongst other duplicative efforts that require significant time and money that would be better spent
2  through coordinated efforts.
3      Courts in this District routinely order that cases are related when they involve the same types
4  of claims against the same defendants brought as putative class actions by different named plaintiffs.
5  *See, e.g.*, Order Relating Cases, *Reece v. Altria Group, Inc., et al.*, No. 20-cv-02345-WHO (N.D. Cal.
6  May 7, 2020), ECF No. 27.

7                          **CONCLUSION**

8      Adjudication of these actions before separate judges would create both an unduly burdensome
9  duplication of labor and expense as well as the possibility of conflicting results, given the common
10  parties, allegations, and requested relief. Relating the *Chabon* Action to the first-filed *Tremblay* Action
11  will help eliminate duplicative discovery, prevent inconsistent pretrial rulings, and conserve the
12  resources of the parties, their counsel, and the judiciary.
13      For the reasons set for above, Plaintiffs respectfully request the Court relate the *Chabon* Action
14  to the *Tremblay* Action, pursuant to Local Rule 3-12(a).
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED (L.R. 3-12, 7-11)

Dated: September 20, 2023                    By:        /s/ Joseph R. Saveri
                                                         Joseph R. Saveri


                                            Joseph R. Saveri (State Bar No. 130064)
                                            Cadio Zirpoli (State Bar No. 179108)
                                            Christopher K.L. Young (State Bar No. 318371)
                                            Kathleen J. McMahon (State Bar No. 340007)
                                            **JOSEPH SAVERI LAW FIRM, LLP**
                                            601 California Street, Suite 1000
                                            San Francisco, California 94108
                                            Telephone:   (415) 500-6800
                                            Facsimile:   (415) 395-9940
                                            Email:       jsaveri@saverilawfirm.com
                                                         czirpoli@saverilawfirm.com
                                                         cyoung@saverilawfirm.com
                                                         kmcmahon@saverilawfirm.com

                                            Matthew Butterick (State Bar No. 250953)
                                            1920 Hillhurst Avenue, #406
                                            Los Angeles, CA 90027
                                            Telephone:   (323) 968-2632
                                            Facsimile:   (415) 395-9940
                                            Email:       mb@butericklaw.com

                                            *Counsel for Individual and Representative*
                                            *Plaintiff and the Proposed Class*

PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED (L.R. 3-12, 7-11)