Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Kathleen J. McMahon (State Bar No. 340007)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:     (415) 500-6800
Facsimile:     (415) 395-9940
Email:         jsaveri@saverilawfirm.com
               czirpoli@saverilawfirm.com
               cyoung@saverilawfirm.com
               kmcmahon@saverilawfirm.com

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone:     (323) 968-2632
Facsimile:     (415) 395-9940
Email:         mb@but8ericklaw.com

*Counsel for Individual and Representative Plaintiffs
and the Proposed Class*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| Paul Tremblay, et al.,<br><br>    Individual and Representative Plaintiffs,<br><br>        v.<br><br>OpenAI, Inc.; et al.,<br><br>                Defendants. | **Case No. 3:23-cv-03223-AMO**<br><br>**DECLARATION OF JOSEPH R. SAVERI IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED (LR. 3-12, 7-11)** |
| Sarah Chabon, et al.,<br><br>    Individual and Representative Plaintiffs,<br><br>        v.<br><br>OpenAI, Inc.; et al.,<br><br>                Defendants. | |

I, Joseph R. Saveri, declare as follows:

1.      I am an attorney duly licensed to practice in the State of California. I am a partner and founder of the Joseph Saveri Law Firm, LLP ("JSLF"), counsel of record for Plaintiff J. Paul Tremblay in this action, *Tremblay, et al v. OpenAI, Inc.; et al.,* No. 3:23-cv-03223-AMO (N.D. Cal. June 28, 2023) (the "*Tremblay* Action"). I am also counsel for Plaintiffs Sarah Silverman, Christopher Golden, and Richard Kadrey[1] in *Silverman, et al. v. OpenAI, Inc.; et al.*, No. 4:23-cv-03416-KAW (N.D. Cal. July 7. 2023) (the "*Silverman* Action"). Both actions are now pending in this Court. I have personal knowledge of the matters stated herein and, if called upon, could competently testify thereto. I make this declaration pursuant to 28 U.S.C. Section 1746 in support of Plaintiff's Administrative Motion to Consider Whether Cases Should be Related.

2.      Attached hereto as **Exhibit A** is a true and correct copy of the Complaint in *Chabon, et al. v. OpenAI, Inc, et al.*, Case No. 4:23-cv-04625-PHK (N.D. Cal. Sept. 8, 2023) ("*Chabon* Action"). In the Complaint, Plaintiffs Michael Chabon, David Henry Hwang, Matthew Klam, Rachel Louise Snyder, and Ayelet Waldman ("*Chabon* Plaintiffs") assert that OpenAI, Inc.; OpenAI, L.P.; OpenAI OpCo, L.L.C.; OpenAI GP, L.L.C.; OpenAI Startup Fund I, L.P.; OpenAI Startup Fund GP I, L.L.C.; and OpenAI Startup Fund Management, LLC  ("Defendants") engaged in actions related to the creation, maintenance, and operation of the ChatGPT software product that *Chabon* Plaintiffs allege violated their rights under Direct Copyright Infringement (17 U.S.C. § 106), Vicarious Copyright Infringement (17 U.S.C. § 106), the Digital Millenium Copyright Act – Removal of Copyright Management Information (17 U.S.C. § 1202 (b)), Unfair Competition (*Cal. Bus. & Prof. Code* §§ 17200, *et seq.*), Negligence, and Unjust Enrichment.

3.      All Defendants in the *Tremblay* Action have been served and appeared. Plaintiffs informed Defendants of their plans to file this motion and Defendants do not oppose.

---

[1] Collectively with Tremblay, "Plaintiffs."

DECLARATION OF JOSEPH R. SAVERI IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED (L.R. 3-12, 7-11)

1        I declare under penalty of perjury that the foregoing is true and correct.

2  Executed this 20th day of September 2023.

 

                                          */s/ Joseph R. Saveri*

                                          Joseph R. Saveri

DECLARATION OF JOSEPH R. SAVERI IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO
CONSIDER WHETHER CASES SHOULD BE RELATED (L.R. 3-12, 7-11)