# EXHIBIT A

DANIEL J. MULLER, SBN 193396
dmuller@venturahersey.com
VENTURA HERSEY & MULLER, LLP
1506 Hamilton Avenue
San Jose, California 95125
Telephone: (408) 512-3022
Facsimile: (408) 512-3023

*Attorneys for Plaintiff and the Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

MICHAEL CHABON, DAVID HENRY HWANG, MATTHEW KLAM, RACHEL LOUISE SNYDER, AND AYELET WALDMAN,

individually and on behalf of all others similarly situated,

Plaintiffs,

v.

OPENAI, INC., OPENAI, L.P., OPENAI OPCO, LLC, OPENAI GP LLC, OPENAI STARTUP FUND GP I, LLC, OPENAI STARTUP FUND I, LP, and OPENAI STARTUP FUND MANAGEMENT, LLC,

Defendants.

Case No.

**CLASS ACTION COMPLAINT**

CLASS ACTION

**JURY TRIAL DEMANDED**

Plaintiffs Michael Chabon, David Henry Hwang, Matthew Klam, Rachel Louise Snyder, and Ayelet Waldman ("Plaintiffs"), individually and on behalf of all others similarly situated, bring this action against Defendants OpenAI, Inc., OpenAI, LP, OpenAI OpCo, LLC, OpenAI GP LLC, OpenAI Startup Fund I, LP, OpenAI Startup Fund GP I, LLC, and OpenAI Startup Fund Management, LLC (collectively, "Defendants" or "OpenAI"). Plaintiffs allege as follows based upon personal knowledge as to themselves and their own acts, and upon information and belief as to all other matters:

## NATURE OF ACTION

1. This is a class action lawsuit brought by Plaintiffs on behalf of themselves and a Class of authors holding copyrights in their published works arising from OpenAI's clear infringement of their intellectual property.

2. OpenAI is a research company specializing in the development of artificial intelligence ("AI") products, such as ChatGPT.

3. ChatGPT is an AI chatbot, which produces responses to users' text queries or prompts in a way that mimics human conversation.

4. ChatGPT relies on other OpenAI products to function, namely Generative Pre-trained Transformer ("GPT") models. "Generative," in GPT, represents the model's ability to respond to text inquiries, while "Pre-trained" refers to the model's use of training datasets to program its responses, and "Transformer" concerns the model's underlying algorithm allowing it to function.

5. OpenAI has released five versions of GPT models, and the current version of ChatGPT runs on GPT-3.5 and GPT-4, depending on whether the user has subscribed to the premium version of ChatGPT. Only the version of ChatGPT that runs on GPT-3.5 is available at no cost to the public.

6. OpenAI's GPT models are types of "large language model," which is a form of deep-learning algorithm programmed through "training datasets," consisting of massive amounts of text data copied from the internet by OpenAI. The GPT models extract information from their training datasets in order to learn the statistical relationships between words, phrases,

and sentences, which allow them to generate coherent and contextually relevant responses to user prompts or queries.

7. A large language model's responses to user prompts or queries are entirely and uniquely dependent on the text contained in its training dataset, necessarily processing and analyzing the information contained in its training dataset to generate responses.

8. OpenAI incorporated Plaintiffs' and Class members' copyrighted works in datasets used to train its GPT models powering its ChatGPT product. Indeed, when ChatGPT is prompted, it generates not only summaries, but in-depth analyses of the themes present in Plaintiffs' copyrighted works, which is only possible if the underlying GPT model was trained using Plaintiffs' works.

9. Plaintiffs and Class members did not consent to the use of their copyrighted works as training material for GPT models or for use with ChatGPT.

10. Defendants, by and through their operation of ChatGPT, benefit commercially and profit handsomely from their unauthorized and illegal use of Plaintiffs' and Class members' copyrighted works.

## JURISDICTION AND VENUE

11. This Court has subject matter jurisdiction of this action pursuant to 28 U.S.C. § 1331 because this case arises under the Copyright Act (17 U.S.C. § 501) and the Digital Millennium Copyright Act (17 U.S.C. § 1202).

12. This Court has personal jurisdiction over Defendants pursuant to 18 U.S.C. §§ 1965(b) & (d), because they maintain their principal places of business in, and are thus residents of, this judicial district, maintain minimum contacts with the United States, this judicial district, and this State, and they intentionally avail themselves of the laws of the United States and this state by conducting a substantial amount of business in California. For these same reasons, venue properly lies in this District pursuant to 28 U.S.C. §§ 1391(a), (b) and (c).

## PARTIES

**A. Plaintiffs**

13. Plaintiff Michael Chabon ("Plaintiff Chabon") is a resident of California. Plaintiff Chabon is an author who owns registered copyrights in many works, including but not limited to, *The Mysteries of Pittsburgh, Wonder Boys, The Amazing Adventures of Kavalier & Clay, the Yiddish Policemen's Union, Gentlemen of the Road, Telegraph Avenue, Fight of the Century, Kingdom of Olive and Ash,* and *Moonglow.* Plaintiff Chabon is the recipient of the Pulitzer Prize for Fiction, Hugo, Nebula, Los Angeles Times Book Prize, and the National Jewish Book Award, among many others achieved over the span of a writing career spanning more than 30 years. Plaintiff Chabon's works include copyright-management information that provides information about the copyrighted work, including the title of the work, its ISBN or copyright registration number, the name of the author, and the year of publication.

14. Plaintiff David Henry Hwang ("Plaintiff Hwang") is a resident of New York. Plaintiff Hwang is a playwright and screenwriter who owns registered copyrights in many works, including but not limited to, *M. Butterfly, Chinglish, Yellow Face, the Dance and the Railroad*, and *FOB*, as well as the Broadway musical, *Flower Drum Song* (2002 revival). Plaintiff Hwang is a Tony Award winner and three-time nominee, a Grammy Award winner who has been twice nominated, a three-time OBIE Award winner, and a three-time finalist for the Pulitzer Prize in Drama. Plaintiff Hwang's works include copyright-management information that provides information about the copyrighted work, including the title of the work, its ISBN or copyright registration number, the name of the author, and the year of publication.

15. Plaintiff Matthew Klam ("Plaintiff Klam") is a resident of Washington D.C. Plaintiff Klam is an author who owns registered copyrights in several works, including but not limited to, *Who is Rich?,* and *Sam the Cat and Other Stories*. Plaintiff Klam is a recipient of a Guggenheim Fellowship, a Robert Bingham/PEN Award, a Whiting Writer's Award, and a National Endowment of the Arts. Plaintiff Klam's works have been selected as Notable Books of the year by *The New York Times, The Los Angeles Times, the Kansas City Star, and the*

*Washington Post.* Plaintiff Klam's works include copyright-management information that provides information about the copyrighted work, including the title of the work, its ISBN or copyright registration number, the name of the author, and the year of publication.

16.     Plaintiff Rachel Louise Snyder ("Plaintiff Snyder") is a resident of Washington, D.C. Plaintiff Snyder is an author who owns registered copyrights in many works, including but not limited to, *Women We Buried, Women We Burned*, *No Visible Bruises – What We Don't Know About Domestic Violence Can Kill Us*, *What We've Lost is Nothing*, and *Fugitive Denim: A Moving Story of People and Pants in the Borderless World of Global Trade*. Plaintiff Snyder is a Guggenheim fellow and the recipient of the J. Anthony Lukas Work-in-Progress Award, the Hillman Prize, and the Helen Bernstein Book Award, and was a finalist for the National Book Critics Circle Award, *Los Angeles Times* Book Prize, and Kirkus Award. Her work has appeared in *The New Yorker*, *The New York Times*, *Slate*, and in many other publications. Plaintiff Snyder's works include copyright-management information that provides information about the copyrighted work, including the title of the work, its ISBN or copyright registration number, the name of the author, and the year of publication.

17.     Plaintiff Ayelet Waldman ("Plaintiff Waldman") is a resident of California. Plaintiff Waldman is an author and screen and television writer who owns registered copyrights in several works, including but not limited to, *Love and other Impossible Pursuits*, *Red Hook Road, Love and Treasure*, *Bad Mother, Daughter's Keeper, A Really Good Day, Fight of the Century, and Kingdom of Olives and Ash*. Plaintiff Waldman has been nominated for an Emmy and a Golden Globe and is the recipient of numerous awards including a Peabody, AFI award, and a Pen Award, among others. Plaintiff Waldman's works include copyright-management information that provides information about the copyrighted work, including the title of the work, its ISBN or copyright registration number, the name of the author, and the year of publication.

18.     At all times relevant hereto, Plaintiffs have been and remain the holders of the exclusive rights under the Copyright Act of 1976 (17 U.S.C. §§ 101, *et seq.* and all amendments

thereto) to reproduce, distribute, display, or license the reproduction, distribution, and/or display the works identified in paragraphs 13-17, *supra*.

**B.     Defendants**

19.     Defendant OpenAI, Inc. is a Delaware nonprofit corporation with its principal place of business located at 3180 18th St., San Francisco, CA 94110.

20.     Defendant OpenAI, LP is a Delaware limited partnership with its principal place of business located at 3180 18th St., San Francisco, CA 94110. OpenAI, LP is a wholly owned subsidiary of OpenAI, Inc. that is operated for profit. OpenAI, Inc. controls OpenAI, LP directly and through the other OpenAI entities.

21.     Defendant OpenAI OpCo, LLC is a Delaware limited liability company with its principal place of business located at 3180 18th Street, San Francisco, CA 94110. OpenAI OpCo, LLC is a wholly owned subsidiary of OpenAI, Inc. that is operated for profit. OpenAI, Inc. controls OpenAI OpCo, LLC directly and through the other OpenAI entities.

22.     Defendant OpenAI GP, LLC is a Delaware limited liability company with its principal place of business located at 3180 18th Street, San Francisco, CA 94110. OpenAI GP, LLC is a general partner of OpenAI, LP. OpenAI GP manages and operates the day-to-day business and affairs of OpenAI, LP. OpenAI GP was aware of the unlawful conduct alleged herein and exercised control over OpenAI, LP throughout the Class Period. OpenAI, Inc. directly controls OpenAI GP.

23.     Defendant OpenAI Startup Fund I, LP is a Delaware limited partnership with its principal place of business located at 3180 18th Street, San Francisco, CA 94110. OpenAI Startup Fund I, LP was instrumental in the foundation of OpenAI, LP, including the creation of its business strategy and providing initial funding. OpenAI Startup Fund I was aware of the unlawful conduct alleged herein and exercised control over OpenAI, LP throughout the Class Period.

24.     Defendant OpenAI Startup Fund GP I, LLC is a Delaware limited liability company with its principal place of business located at 3180 18th Street, San Francisco, CA 94110. OpenAI Startup Fund GP I, LLC is the general partner of OpenAI Startup Fund I.

OpenAI Startup Fund GP I is a party to the unlawful conduct alleged herein. OpenAI Startup Fund GP I manages and operates the day-to-day business and affairs of OpenAI Startup Fund I.

25. Defendant OpenAI Startup Fund Management, LLC is a Delaware limited liability company with its principal place of business located at 3180 18th Street, San Francisco, CA 94110. OpenAI Startup Fund Management, LLC is a party to the unlawful conduct herein. OpenAI Startup Fund Management was aware of the unlawful conduct alleged herein and exercised control over OpenAI, LP throughout the Class Period.

## FACTUAL ALLEGATIONS

### A. OpenAI's Artificial Intelligence Products

26. OpenAI researches, develops, releases, and maintains AI products with the intention that its products "benefit all of humanity."[1]

27. ChatGPT is among the products OpenAI has developed, engineered, released, and maintained, which utilizes another OpenAI product, GPT models, to respond to text prompts and queries in a natural, coherent, and fluent way through a web interface.

28. OpenAI has released a series of upgrades to its GPT model, including GPT-1 (released June 2018), GPT-2 (February 2019), GPT-3 (May 2020), GPT-3.5 (March 2022), and most recently, GPT-4 (March 2023)[2].

29. The current version of ChatGPT utilizes both GPT-3.5 and GPT-4; however, the version of ChatGPT that allows users to choose between using GPT-3.5 and GPT-4 is only available to subscribers at a cost of $20 per month. Otherwise, users are only able to access the version of ChatGPT that relies on the GPT-3.5 model.[3]

30. OpenAI makes ChatGPT available to software developers through an application-programming interface ("API"), which allows developers to write software

[1] *About*, OpenAI, https://openai.com/about

[2] Fawad Ali, *GPT-1 to GPT-4: Each of OpenAI's GPT Models Explained and Compared*, Make Use Of (Apr. 11, 2023) https://www.makeuseof.com/gpt-models-explained-and-compared/

[3] *Introducing ChatGPT Plus*, OpenAI (Feb. 1, 2023) https://openai.com/blog/chatgpt-plus

programs that exchange data with ChatGPT.[4] OpenAI charges developers for access to ChatGPT by the API on the basis of usage.

**B.      OpenAI Uses Copyrighted Works in its Training Datasets**

31.      As mentioned in paragraph 6, *supra*, OpenAI pre-trains its GPT models using a dataset consisting of various sources and content types, including books, plays, articles, and webpage and other written works, to respond accurately to users' prompts and queries.

32.      OpenAI has admitted that, of all sources and content types that can be used to train the GPT models, written works, plays and articles are valuable training material because they offer the best examples of high-quality, long form writing and "contain[] long stretches of contiguous text, which allows the generative model to learn to condition on long-range information."[5]

33.      Upon information and belief, OpenAI builds the dataset it uses to train its GPT models by scraping the internet for text data.

34.      While casting a wide net across the internet to capture the most comprehensive set of content available allows OpenAI to better train its GPT models, this practice necessarily leads OpenAI to capture, download, and copy copyrighted written works, plays and articles.

35.      Among the content OpenAI has scraped from the internet to construct its training datasets are Plaintiffs' copyrighted works.

36.      In its June 2018 paper introducing the GPT-1 model, *Improving Language Understanding by Generative Pre-Training*, OpenAI revealed that it trained the GPT-1 model using two datasets: "Common Crawl," which is a massive dataset of web pages containing billions of words, and "BookCorpus," which is a collection of "over 7,000 unique unpublished books from a variety of genres including Adventure, Fantasy, and Romance."[6]

---

[4] *OpenAI API*, OpenAI (June 11, 2020) https://openai.com/blog/openai-api
[5] Alec Radford, *Improving Language Understanding by Generative-Pre-Training*, OpenAI (June 11, 2018).
[6] *Id.*; *see also* Fawad Ali, *GPT-1 to GPT-4: Each of OpenAI's GPT Models Explained and Compared*, Make Use Of (Apr. 11, 2023) https://www.makeuseof.com/gpt-models-explained-and-compared/

37. BookCorpus is a controversial dataset, assembled in 2015 by a team of AI researchers funded by Google and Samsung for the sole purpose of training language models like GPT by copying written works from a website called Smashwords, which hosts self-published novels, making them available to readers at no cost.[7] Despite those novels being largely under copyright, they were copied into the BookCorpus dataset without consent, credit, or compensation to the authors.[8]

38. OpenAI also copied many books while training GPT-3. In the July 2020 paper introducing GPT-3, *Language Models are Few-Shot Learners*, OpenAI disclosed, in addition to using the "Common Crawl" and "WebText" datasets that capture web pages, 16% of the GPT-3 training dataset came from "two internet-based book corpora," which OpenAI simply refers to as "Books1" and "Books2."[9]

39. OpenAI has never revealed what books are part of the Books1 and Books2 datasets or how they were obtained. OpenAI has offered a few clues, admitting that these are internet-based datasets that are much larger than BookCorpus.[10] Based on the figures provided in its GPT-3 introductory paper, Books1 is nine times larger than BookCorpus, meaning it contains roughly 63,000 titles, and Books2 is 42 times larger, meaning it contains about 294,000 titles.[11]

40. A limited number of internet-based book corpora exist that contain this much material, meaning there are only a handful of possible sources OpenAI could have used to train the GPT-3 model.

41. Project Gutenberg is an online archive of e-books whose copyrights have expired. Project Gutenberg has long been popular for training AI systems due to the lack of copyright. In 2018, a team of AI researchers created the "Standardized Project Gutenberg Corpus," which

[7] Jack Bandy, *Dirty Secrets of BookCorpus, a Key Dataset in Machine Learning*, Medium (May 12, 2021) https://towardsdatascience.com/dirty-secrets-of-bookcorpus-a-key-dataset-in-machine-learning-6ee2927e8650
[8] *Id.*
[9] Tom B. Brown, *Language Models are Few-Shot Learners*, OpenAI (July 22, 2020).
[10] *Id.* at 9.
[11] *Id.*

contained "more than 50,000 books."[12] On that information and belief, the OpenAI Books1 dataset is based on either the Standardized Project Gutenberg Corpus or Project Gutenberg itself, because of the roughly similar sizes of the two datasets.

42. As for the Books2 dataset, the only "internet-based books corpora" that have ever offered that much material are infamous "shadow library" websites, like Library Genesis ("LibGen"), Z-Library, Sci-Hub, and Bibliotik, which host massive collections of pirated books, research papers, and other text-based materials.[13] The materials aggregated by these websites have also been available in bulk through torrent systems.[14]

43. These illegal shadow libraries have long been of interest to the AI-training community. For instance, an AI training dataset published in December 2020 by EleutherAI called "Books3" includes a recreation of the Bibliotik collection and contains nearly 200,000 books.[15] On information and belief, the OpenAI Books2 dataset includes books copied from these "shadow libraries," because those are the sources of trainable books most similar in nature and size to OpenAI's description of Books2.

44. When OpenAI introduced GPT-4 in March 2023, the introductory paper contained no information about the dataset used to train it.[16] Instead, OpenAI claims that, "[g]iven both the competitive landscape and the safety implications of large-scale models like GPT-4, this report contains no further details about . . . dataset construction."[17]

45. Regarding GPT-4, OpenAI has conceded that it did filter its dataset "to specifically reduce the quantity of inappropriate erotic text content," implying that it again used a large dataset containing text works.[18]

**C. OpenAI Unlawfully Infringed Plaintiffs' Copyrights**

[12] Martin Gerlach, et al., *A standardized Project Gutenberg corpus for statistical analysis of natural language and quantitative linguistics*, Cornell University (Dec. 19, 2018), https://arxiv.org/pdf/1812.08092.pdf

[13] *See* Claire Woodcock, *'Shadow Libraries' Are Moving Their Pirated Books to The Dark Web After Fed Crackdowns*, Vice (Nov. 30, 2022).

[14] *Id.*

[15] *See* Alex Perry, *A giant online book collection Meta used to train its AI is gone over copyright issues*, Mashable (Aug. 18, 2023).

[16] *GPT-4 Technical Report*, OpenAI (Mar. 27, 2023).

[17] *Id.* at 2.

[18] *Id.* at 61.

46.     As explained, ChatGPT's responses to user queries or prompts, like other large language models, rely on the data upon which it is trained to generate responsive content. For example, if ChatGPT is prompted to generate a writing in the style of a certain author, GPT would generate content based on patterns and connections it learned from analysis of that author's work within its training dataset.

47.     On information and belief, the reason ChatGPT can generate a writing in the style of a certain author or accurately summarize a certain copyrighted book and provide in-depth analysis of that book is because it was copied by OpenAI and copied and analyzed by the underlying GPT model as part of its training data.

48.     When ChatGPT is prompted to summarize copyrighted written works authored by Plaintiffs, it generates accurate, in-depth summaries and analyses of their works.

49.     For example, when prompted, ChatGPT accurately summarized Plaintiff Chabon's novel *The Amazing Adventures of Kavalier & Clay.* When prompted to identify examples of trauma in the *Amazing Adventures of Kavalier & Clay*, ChatGPT identified six specific examples, including how the main character's "experiences in Europe, including witnessing the persecution of Jews and the loss of his family, haunt him throughout the story." When asked to write a paragraph in the style of *The Amazing Adventures of Kavalier & Clay,* ChatGPT generated a passage imitating Plaintiff Chabon's writing style including references to the characters dealing with "the weight of the world at war." *Exhibit A.*

50.     ChatGPT similarly provided in depth summaries and analyses of Plaintiff Hwang's play, *The Dance and the Railroad*. For example, when prompted, ChatGPT identified five key themes from *The Dance and the Railroad*, including "art and creativity as a form of resistance" and "using art as a form of escape from the harsh realities and dehumanization of labor."  Additionally, when prompted to produce a screenplay in the style of *The Dance and the Railroad*, ChatGPT produced a script written in Plaintiff Hwang's style, which generated a screenplay involving a Chinese laborer toiling on the Central Pacific Railroad that "believe[s] in the power of art to keep [their] spirits alive." *Exhibit B.*

51.     Likewise, ChatGPT provided in depth summaries and analyses of Plaintiff Klam's works. For example, when prompted, Chat GPT accurately summarized Plaintiff Klam's novel *Who is Rich?* and correctly analyzed the key relationships between the novel's central character and the other characters in the novel. When asked to identify the main themes in *Who is Rich?* Chat GPT accurately identified seven main themes of the novel including "mid-life crisis and identify." Further, when prompted to write a paragraph in the style of *Who is Rich?*, ChatGPT generated random passages authentically written in Plaintiff Klam's writing style, including a reference to navigating the "treacherous waters of midlife." *Exhibit C.*

52.     In the same vein, after being prompted to summarize Plaintiff Snyder's book, *What We've Lost is Nothing*, ChatGPT accurately identified themes included within the novel, such as "safety, perception, and the fragility of human relationships." Similarly, once prompted, ChatGPT accurately analyzed the theme of safety using a specific example from the text of Plaintiff Snyder's copyrighted work, explaining that "the theme of safety is examined through the lens of a series of burglaries that occur in a suburban neighborhood . . . and how these incidents affect the characters and their perceptions of the world around them." ChatGPT was also able to generate random passages authentically written in Plaintiff Snyder's writing style when prompted. *Exhibit D.*

53.     Additionally, ChatGPT provided in depth summaries and analyses of Plaintiff Waldman's works. For instance, when prompted to summarize Plaintiff Waldman's novel *Love and Other Impossible Pursuits*, Chat GPT accurately provided a summary and analysis of the novel. When prompted to identify specific instances of grief in *Love and other Impossible Pursuits,* ChatGPT identified five specific instances of grief, including the protagonist Emelia's loss of her infant daughter, a "loss that occurred before the events of the novel and [that] continue to haunt Emelia, affecting her emotional state and relationships." When prompted to write a paragraph in the style of *Love and Other Impossible Pursuits,* ChatGPT generated a paragraph imitating Plaintiff Waldman's writing style, including references to the "weight of her daughter's absence." *Exhibit E.*

54. At no point did ChatGPT reproduce any of the copyright management information Plaintiffs included with their published works.

55. Furthermore, at no point did Plaintiffs authorize OpenAI to download and copy their protected works, as described above.

## CLASS ALLEGATIONS

56. Plaintiffs bring this action pursuant to the provisions of Rules 23(a), 23(b)(2), and 23(b)(3) of the Federal Rules of Civil Procedure, on behalf of themselves and the following proposed Class:

> All persons or entities in the United States that own a United States copyright in any written work that OpenAI used to train any GPT model during the Class Period.

57. Excluded from the Class are Defendant, its employees, officers, directors, legal representatives, heirs, successors, wholly- or partly-owned, and its subsidiaries and affiliates; proposed Class counsel and their employees; the judicial officers and associated court staff assigned to this case and their immediate family members; all persons who make a timely election to be excluded from the Class; governmental entities; and the judge to whom this case is assigned and his/her immediate family.

58. This action has been brought and may be properly maintained on behalf of the Class proposed herein under Federal Rule of Civil Procedure 23.

59. Numerosity. Federal Rule of Civil Procedure 23(a)(1): The members of the Class are so numerous and geographically dispersed that individual joinder of all Class members is impracticable. On information and belief, there are at least tens of thousands of members in the Class. The Class members may be easily derived from Defendants' records.

60. Commonality and Predominance. Federal Rule of Civil Procedure 23(a)(2) and 23(b)(3): This action involves common questions of law and fact, which predominate over any questions affecting individual Class members, including, without limitation:

a. Whether Defendants engaged in the conduct alleged herein;

b. Whether Defendants violated the copyrights of Plaintiffs and the Class when they

downloaded and copied Plaintiffs' and the Class's copyrighted books;

c. Whether ChatGPT itself is an infringing derivative work based on Plaintiffs' and the Class's copyrighted books;

d. Whether the text responses of ChatGPT are infringing derivative works based on Plaintiffs' and the Class's copyrighted books;

e. Whether Defendants violated the DMCA by removing copyright-management information from Plaintiffs' and the Class's copyrighted books;

f. Whether Defendants were unjustly enriched by the unlawful conduct alleged herein;

g. Whether Defendants' conduct violates the California Unfair Competition Law;

h. Whether Plaintiffs and the other Class members are entitled to equitable relief, including, but not limited to, restitution or injunctive relief; and

i. Whether Plaintiffs and the other Class members are entitled to damages and other monetary relief and, if so, in what amount.

61. Typicality. Federal Rule of Civil Procedure 23(a)(3): Plaintiffs' claims are typical of the other Class members' claims because, among other things, all Class members were comparably injured through Defendants' wrongful conduct as described above.

62. Adequacy. Federal Rule of Civil Procedure 23(a)(4): Plaintiffs are adequate Class representative because their interests do not conflict with the interests of the other members of the Class they seeks to represent; Plaintiff have retained counsel competent and experienced in complex class action litigation; and Plaintiffs intend to prosecute this action vigorously. The interests of the Class will be fairly and adequately protected by Plaintiffs and their counsel.

63. Declaratory and Injunctive Relief. Federal Rule of Civil Procedure 23(b)(2): Defendants have acted or refused to act on grounds generally applicable to Plaintiffs and the other members of the Class, thereby making appropriate final injunctive relief and declaratory relief with respect to the Class as a whole.

64. Superiority. Federal Rule of Civil Procedure 23(b)(3): A class action is superior

to any other available means for the fair and efficient adjudication of this controversy, and no unusual difficulties are likely to be encountered in the management of this class action. The damages or other financial detriment suffered by Plaintiffs and the other Class members are relatively small compared to the burden and expense that would be required to individually litigate their claims against Defendants, so it would be impracticable for the members of the Class to individually seek redress for Defendants' wrongful conduct. Even if Class members could afford individual litigation, the court system could not. Individualized litigation creates a potential for inconsistent or contradictory judgments, and increases the delay and expense to all parties and the court system. By contrast, the class action device presents far fewer management difficulties, and provides the benefits of single adjudication, economy of scale, and comprehensive supervision by a single court.

## CAUSES OF ACTION

## FIRST CAUSE OF ACTION

### DIRECT COPYRIGHT INFRINGEMENT, 17 U.S.C. § 106, *et seq*.

65. Plaintiffs hereby incorporate by reference the allegations contained in the preceding paragraphs of this Complaint.

66. Plaintiffs bring this claim on behalf of themselvess and on behalf of the Class against Defendants.

67. As the owners of the registered copyrights in books used to train OpenAI's GPT models, Plaintiffs and the Class hold the exclusive rights to those works under 17 U.S.C. § 106.

68. Plaintiffs have obtained copyright registrations for each of the works identified in Exhibit B.

69. On information and belief, to train OpenAI's GPT models, OpenAI relied on harvesting mass quantities of content from the public internet, including Plaintiffs' and the Class's books, which are available in digital formats.

70. Because OpenAI's GPT models cannot function without the expressive information extracted from Plaintiffs' and Class members' works and retained by the GPT

models, GPT and ChatGPT are themselves infringing derivative works without Plaintiffs' and Class members' permission and in violation of their exclusive rights under the Copyright Act.

71.     Plaintiffs and the Class never authorized OpenAI to make copies of their written works, make derivative works, publicly display copies (or derivative works), or distribute copies (or derivative works). Each of those rights belong exclusively to Plaintiffs and Class members under copyright law.

72.     By and through the actions alleged above, OpenAI has infringed and will continue to infringe Plaintiffs' and the Class's copyrights.

73.     OpenAI's acts of copyright infringement have been intentional, willful, and in callous disregard of Plaintiffs' and Class members' rights. OpenAI knew at all relevant times that the datasets it used to train its GPT models contained copyrighted materials, and that its acts were in violation of the terms of use of the materials.

74.     OpenAI engaged in the infringing acts described herein for its own commercial benefit.

75.     As a direct and proximate result of OpenAI's wrongful conduct, Plaintiffs have been substantially and irreparably injured by OpenAI's acts of direct copyright infringement in an amount not readily capable of determination and, unless permanently enjoined from further acts of infringement and continuing to use and distribute GPT models trained using Plaintiffs' and Class members' copyrighted materials without permission, OpenAI will cause additional irreparable harm for which there is no adequate remedy at law. Plaintiff and the Class are thus entitled to permanent injunctive relief preventing OpenAI from engaging in any further infringement of Plaintiffs' and the Class's copyrighted works.

76.     Plaintiffs are further entitled to recover statutory damages, actual damages, restitution of profits, and other remedies provided by law.

**SECOND CAUSE OF ACTION**

**VICARIOUS COPYRIGHT INFRINGEMENT**
**17 U.S.C. § 106**

77. Plaintiffs incorporate by reference all allegations of the preceding paragraphs as though fully set forth herein.

78. Plaintiffs bring this claim on behalf of herself and on behalf of the Class against Defendants.

79. Defendant OpenAI, LP is the for-profit subsidiary of Defendant OpenAI, Inc. and is principally responsible for and dedicated to the development of the GPT models and ChatGPT products at issue in this action. Defendant OpenAI Startup Fund Management, LLC exercised control over Defendant OpenAI, LP, along with Defendant OpenAI GP, LLC, which is the general partner of Defendant OpenAI, LP, responsible for managing and operating the day-to-day business affairs of Defendant OpenAI, LP, and is wholly owned and controlled by Defendant OpenAI, Inc., along with Defendant OpenAI OpCo, LLC. Upon information and belief, Defendant OpenAI Startup Fund I, LP played a vital role in the foundation of Defendant OpenAI, LP, including providing initial funding and creating its business strategy, while Defendant OpenAI Startup Fund GP I, LLC is the general partner of Defendant OpenAI Startup Fund I, LP, responsible for managing and operating the day-to-day business affairs of Defendant OpenAI Startup Fund I, LP.

80. Defendant OpenAI, LP directly infringed upon Plaintiffs' and Class members' copyrighted works through the unauthorized use and reproduction of the works, and preparation of derivative works by ChatGPT. As discussed above, Plaintiffs' and Class members' protected works were used to train GPT models. Because the GPT models are based on expressive information extracted from Plaintiffs' and Class members' works, Defendant OpenAI, LP is directly liable for unauthorized use, reproduction, display of copyrighted works, as well as creation of derivative works through ChatGPT's responses. Therefore, Defendant OpenAI, LP directly infringed upon Plaintiffs' and Class members' exclusive rights under 17 U.S.C. § 106.

81. Defendants OpenAI, Inc., OpenAI OpCo, LLC, OpenAI GP, LLC, OpenAI Startup Fund GP I, LLC, OpenAI Startup Fund I, LP, and OpenAI Startup Management LLC are vicariously liable for the infringement alleged herein because they had the right and ability to supervise and control the infringing activity but failed to stop the infringing conduct.

82. Furthermore, Defendants have a direct financial interest in the infringing conduct and received revenue in connection with the development, deployment, and advancement of the GPT models and ChatGPT. Each entity profited from the advancement of GPT models and ChatGPT.

83. These committed acts of copyright infringement were willful, intentional, and malicious and thus subjects Defendants to liability for statutory damages under Section 504(c)(2) of the Copyright Act of up to $150,000 per infringement.

84. Plaintiffs and Class members have been injured by Defendants' acts of vicarious copyright infringement. Plaintiffs and the Class are entitled to statutory damages, actual damages, restitution of profits, and other remedies provided by law.

**<u>THIRD CAUSE OF ACTION</u>**

**DIGITAL MILLENNIUM COPYRIGHT ACT – REMOVAL OF COPYRIGHT MANAGEMENT INFORMATION**
**17 U.S.C. § 1202(B)**

85. Plaintiffs incorporate by reference all allegations of the preceding paragraphs as though fully set forth herein.

86. Plaintiffs bring this claim on behalf of herself and on behalf of the Class against Defendants.

87. Plaintiffs and Class members included one or more forms of copyright-management information in each of Plaintiffs' and Class members' infringed works, including: copyright notice, title and other identifying information, the name or other identifying information about the owners of each book, terms and conditions of use, and identifying numbers or symbols referring to the copyright-management information.

88. Without the authority of Plaintiffs and the Class, OpenAI copied Plaintiffs' and Class members' works and used them as training data for its GPT software. By design, the training process does not preserve any copyright-management information. Therefore, OpenAI intentionally removed copyright-management information from Plaintiffs' and Class members' works in violation of 17 U.S.C. § 1202(b)(1).

89. OpenAI's removal or alteration of Plaintiffs' and the Class's copyright-management information has been done knowingly and with the intent to induce, enable, facilitate, or conceal infringement of Plaintiffs' and the Class's copyrights.

90. Without the authority of Plaintiffs and the Class, Defendants created derivative works based on Plaintiffs' and Class members' works. By distributing these works without their copyright-management information, OpenAI violated 17 U.S.C. § 1202(b)(3).

91. OpenAI knew or had reasonable grounds to know that this removal of copyright-management information would facilitate copyright infringement by concealing the fact that every output from ChatGPT is an infringing derivative work, synthesized entirely from expressive information found in the training data.

92. Plaintiffs and the Class have been injured by OpenAI's removal of copyright-management information. Plaintiffs and the Class are entitled to statutory damages, actual damages, restitution of profits, and other remedies provided by law, including full costs and attorneys' fees.

## FOURTH CAUSE OF ACTION

### VIOLATIONS OF THE CALIFORNIA UNFAIR COMPETITION LAW CAL. BUS. & PROF. CODE §§ 17200, *ET SEQ.*

93. Plaintiffs and the Class incorporate by reference each preceding and succeeding paragraph as though fully set forth at length herein.

94. Plaintiffs bring this claim on behalf of herself and on behalf of the Class against Defendants.

95.     The California Unfair Competition Law ("UCL") prohibits acts of "unfair competition," including any "unlawful, unfair or fraudulent business act or practice" and "unfair, deceptive, untrue or misleading advertising." Cal. Bus. & Prof. Code § 17200.

96.     Defendants have engaged in unfair competition and unfair, unlawful or fraudulent business practices by the conduct, statements, and omissions described above because it illegally collected and used Plaintiffs' and the Class's copyrighted works to train its GPT models.

97.     The unlawful business practices described herein violate the UCL because Defendants used Plaintiffs' and the Class's protected works to train its GPT software for Defendants' own commercial profit without Plaintiffs' and the Class's authorization. Defendants further knowingly designed ChatGPT to include portions or summaries of Plaintiffs' copyrighted works without attributions in its responses, and they unfairly profit from and take credit for developing a commercial product based on unattributed reproductions of those stolen writing and ideas.

98.     These acts and practices have deceived Plaintiffs and are likely to deceive the public into believing that Plaintiffs and the Class have granted OpenAI the right to use its copyrighted materials. In failing to disclose the sources of its training datasets and suppressing other material facts from Plaintiffs and Class members as well as the public, Defendant breached its duties to disclose these facts, violated the UCL, and caused injuries to Plaintiffs and Class members. The omissions and acts of concealment by Defendants pertained to information that was material to Plaintiffs and Class members, as it would have been to all reasonable consumers.

99.     The injuries suffered by Plaintiffs and Class members are not greatly outweighed by any potential countervailing benefit to consumers or to competition, nor are they injuries that Plaintiffs and Class members should have reasonably avoided.

100.     Defendant's acts and practices are unlawful because they violate California Civil Code §§ 1668, 1709, 1710, and 1750 *et seq.*, and California Commercial Code § 2313.

101.     Plaintiffs seek to enjoin further unlawful, unfair and/or fraudulent acts or practices by Defendants, to obtain restitutionary disgorgement of all monies and revenues

generated as a result of such practices, and all other relief allowed under California Business & Professions Code § 17200.

**FIFTH CAUSE OF ACTION**

**NEGLIGENCE**

102. Plaintiffs incorporate by reference the allegations of all foregoing paragraphs as if they had been set forth in full herein.

103. Plaintiffs bring this claim on behalf of themselves and on behalf of the Class against Defendants.

104. Defendants owed a duty of care toward Plaintiffs and the Class in (1) obtaining data to train its GPT models and (2) not using Plaintiffs' and the Class's protected works to train its GPT models.

105. Defendants have a common law duty to prevent foreseeable harm to others, including Plaintiffs and members of the Class, who were foreseeable and probable victims of Defendants' unlawful practices.

106. Defendants breached their duty to exercise due care by negligently, carelessly, and recklessly collecting, maintaining, and controlling Plaintiffs' and Class members' works and engineering, designing, maintaining, and controlling systems—including ChatGPT—that are trained on Plaintiffs' and Class members' works without their authorization.

107. The damages suffered by Plaintiffs and the Class were the direct and reasonably foreseeable result of Defendants' negligent breach of their duties to adequately design, implement, and maintain reasonable practices to avoid infringing protected works without consent of copyright holders.

108. Defendants' negligence directly caused significant harm to Plaintiffs and the Class.

**SIXTH CAUSE OF ACTION**

**UNJUST ENRICHMENT**

109. Plaintiffs incorporate by reference all allegations of the preceding paragraphs as though fully set forth herein.

110. By virtue of the unlawful, unfair, and deceptive conduct alleged herein, Defendants knowingly realized substantial revenue from the use of Plaintiffs' and Class members' copyrighted works for the commercial training of its GPT models used to power its ChatGPT product.

111. Defendant knew or should have known that Plaintiffs and the Class have invested substantial time and energy creating the works in which they hold a copyright.

112. Defendants were conferred significant benefits when they downloaded and copied Plaintiffs' and the Class's copyrighted works to train their GPT software without Plaintiffs' and the Class's permission. Defendant knowingly and willingly accepted and enjoyed those benefits.

113. By using Plaintiffs' and the Class's copyrighted works to train ChatGPT, Defendants caused Plaintiffs and the Class to suffer actual damages from the deprivation of the benefits of their work, including monetary damages.

114. Defendants derived profit and other economic benefits from the use of Plaintiffs' and the Class's copyrighted works to train ChatGPT.

115. It would be inequitable and unjust to permit Defendants to retain the enormous economic benefits it has obtained from and/or at the expense of Plaintiffs and Class members.

116. As a direct and proximate cause of Defendants' unjust enrichment, Plaintiffs and the Class are entitled to restitution, attorneys' fees, costs and interest.

117. Defendants' conduct is causing and, unless enjoined and restrained by this Court, will continue to cause Plaintiffs and the Class irreparable injury that cannot be compensated or measured in money.

## **REQUEST FOR RELIEF**

WHEREFORE, Plaintiffs, individually and on behalf of members of the Class defined above, respectfully request that the Court enter judgment against Defendants and award the following relief:

A. Certification of this action as a class action pursuant to Rule 23 of the Federal Rules of Civil Procedure, declaring Plaintiffs as the representative of the Class, and Plaintiffs'

counsel as counsel for the Class;

B. An order awarding declaratory relief and temporarily and permanently enjoining Defendant from continuing the unlawful and unfair business practices alleged in this Complaint and to ensure that all applicable information set forth in 17 U.S.C. § 1203(b)(1) is included when appropriate;

C. An award of statutory and other damages under 17 U.S.C. § 504 for violations of the copyrights of Plaintiff and the Class by Defendants.

D. An award of statutory damages under 17 U.S.C. § 1203(b)(3) and 17 U.S.C. § 1203(c)(3), or in the alternative, an award of actual damages and any additional profits under 17 U.S.C. § 1203(c)(2);

E. A declaration that Defendant is financially responsible for all Class notice and the administration of Class relief;

F. An order awarding any applicable statutory and civil penalties;

G. An order requiring Defendant to pay both pre- and post-judgment interest on any amounts awarded;

H. An award of costs, expenses, and attorneys' fees as permitted by law; and

I. Such other or further relief as the Court may deem appropriate, just, and equitable.

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

**DEMAND FOR JURY TRIAL**

Plaintiffs hereby demand a jury trial for all claims so triable.

DATED: September 8, 2023

Respectfully submitted,

/s/ *Daniel J. Muller*

DANIEL J. MULLER, SBN 193396
dmuller@venturahersey.com
**VENTURA HERSEY & MULLER, LLP**
1506 Hamilton Avenue
San Jose, California 95125
Telephone: (408) 512-3022
Facsimile: (408) 512-3023
dmuller@venturahersey.com

/s/ *Bryan L. Clobes*

Bryan L. Clobes (*pro hav vice anticipated*)
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
205 N. Monroe Street
Media, PA 19063
Tel: 215-864-2800
bclobes@caffertyclobes.com

Alexander J. Sweatman (*pro hav vice anticipated*)
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
135 South LaSalle Street, Suite 3210
Chicago, IL 60603
Tel: 312-782-4880
asweatman@caffertyclobes.com

*Attorneys for Plaintiffs*

# Exhibit A

 Summarize the Amazing Adventures of Kavalier & Clay by Michael Chabon

 "The Amazing Adventures of Kavalier & Clay" is a Pulitzer Prize-winning novel by Michael  Chabon that tells the story of two cousins, Joe Kavalier and Sammy Clay, against the backdrop of the Golden Age of comic books and World War II.

The novel explores the lives of Joe and Sammy, who come together in 1939 to create a comic book superhero called "The Escapist." Their collaboration takes them on a journey through the burgeoning comic book industry, as they navigate the challenges of publishers, censorship, and the complex art of storytelling.

While the novel celebrates the creativity and imagination of the comic book world, it also delves into the personal struggles and challenges faced by its characters. Joe, a Jewish refugee from Nazi-occupied Prague, grapples with the trauma of his past and his desire to rescue his family from the horrors of Europe. Sammy faces his own battles, including issues related to his identity and sexuality.

As the story unfolds, it weaves together themes of love, friendship, identity, and the power of storytelling. The novel beautifully captures the spirit of the era and the transformative impact of comic books on American culture. Overall, "The Amazing Adventures of Kavalier & Clay" is a rich and captivating narrative that explores the complexities of both the creative process and the human experience during a pivotal period in history.

 What are examples of trauma in the Amazing Adventures of Kavalier & Clay by Michael Chabon

"The Amazing Adventures of Kavalier & Clay" by Michael Chabon explores various forms of trauma experienced by its characters. Here are some examples:

1. **Holocaust Trauma (Joe Kavalier):** Joe Kavalier, one of the novel's protagonists, is a Jewish refugee from Nazi-occupied Prague. He escapes Europe, leaving his family behind, and carries the emotional trauma of the Holocaust with him. His experiences in Europe, including witnessing the persecution of Jews and the loss of his family, haunt him throughout the story.
2. **Family Separation (Joe Kavalier):** Joe's separation from his family, particularly his younger brother Thomas, is a source of deep trauma. He is haunted by the guilt and grief of not being able to save them from the horrors of the Holocaust.
3. **Sexual Identity Struggles (Sammy Clay):** Sammy Clay, Joe's cousin and creative partner, struggles with his identity as a gay man in a society that does not fully accept his sexuality. His fear of being outed and the social stigma attached to his sexual orientation create a sense of trauma and inner conflict.
4. **Loss of Loved Ones (Various Characters):** Several characters in the novel experience the trauma of losing loved ones, either through war or other circumstances. This loss contributes to the overall theme of grief and the impact of loss on individuals and their relationships.
5. **Artistic Struggles (Joe and Sammy):** Both Joe and Sammy grapple with the challenges of their chosen profession, the comic book industry. The pressure to create successful comics, deal with demanding publishers, and navigate the artistic and commercial aspects of their work can be emotionally taxing and contribute to their individual traumas.
6. **Censorship and Creative Suppression:** The novel also touches on the trauma of creative suppression and censorship. The characters must contend with the Comics Code Authority, which limits the content of their comics, forcing them to self-censor and compromise their artistic integrity.

These examples highlight how "The Amazing Adventures of Kavalier & Clay" explores various forms of trauma, both personal and societal, and how these traumas shape the lives and experiences of its characters throughout the narrative.

Regenerate

Free Research Preview. ChatGPT may produce inaccurate information about people, places, or facts. ChatGPT August 3 Version



A
Write a paragraph in the style of Michael Chabon's The Amazing Adventures of Kavalier & Clay
5 / 5
In the vibrant tapestry of their lives, Joe Kavalier and Sammy Clay, the unlikeliest of collaborators, stood as sentinels of imagination. As they huddled together in the dimly lit apartment, the creative epicenter of their ambitions, the weight of the world at war couldn't extinguish the sparks of their artistic fervor. The pages of their comics unfurled, breathing life into "The Escapist," their bold creation born from a shared yearning for escape and heroism. With each pen stroke and whispered idea, they transcended the trials of their era, invoking the power of storytelling to combat the very real monsters of the world outside. Through love, friendship, and an unshakeable belief in the extraordinary, they forged their own epic adventure, emboldened by the promise that even in a world of chaos, their imaginations could always find a way to soar.
Regenerate
Send a message
Free Research Preview. ChatGPT may produce inaccurate information about people, places, or facts. ChatGPT August 3 Version

# Exhibit B

 Summarize The Dance and the Railroad by David Henry Hwang

 "The Dance and the Railroad" is a one-act play by David Henry Hwang that tells the story of two Chinese immigrant laborers working on the construction of the Central Pacific Railroad in the 1860s. The play primarily focuses on the characters Ma and Lone, who come from different backgrounds and have different outlooks on life.

Ma is an older laborer who practices traditional Chinese opera in his free time, using it as a form of artistic and spiritual expression to maintain his sense of identity and dignity. He believes in the power of art to elevate the human spirit.

Lone, on the other hand, is a younger, more rebellious laborer who is initially skeptical of Ma's artistic pursuits. He is focused on survival and questions the practicality of art in their harsh and dehumanizing work conditions.

As the play unfolds, Ma and Lone's friendship deepens, and they share stories of their homeland, dreams of a better life, and moments of camaraderie. Tensions rise among the laborers as they face increasing hardships and exploitation, and Ma and Lone's bond is tested.

The play explores themes of identity, cultural alienation, the struggle for dignity, the power of art, and the enduring human spirit in the face of adversity. It sheds light on the historical experiences of Chinese immigrants who contributed to the construction of the railroad while enduring challenging conditions and cultural displacement. David Henry Hwang's "The Dance and the Railroad" is a poignant and thought-provoking exploration of these themes within the context of a pivotal moment in American history.

 Regenerate

Send a message

Free Research Preview. ChatGPT may produce inaccurate information about people, places, or facts. ChatGPT August 3 Version



David Henry Hwang's one-act play "The Dance and the Railroad" explores several key themes. This play is set in the 1860s during the construction of the Central Pacific Railroad and centers around two Chinese laborers, Ma and Lone, who are working on the railroad. Some of the primary themes include:

1. **Identity and Cultural Alienation:** Ma and Lone, both Chinese immigrants, struggle with issues of identity and cultural alienation as they find themselves in a foreign land, working under grueling conditions. They grapple with the tension between preserving their cultural heritage and assimilating into American society.

2. **The Struggle for Dignity and Autonomy:** The play depicts the harsh and dehumanizing working conditions endured by Chinese laborers during the construction of the railroad. Ma and Lone's quest for dignity, self-respect, and autonomy is a central theme, as they resist oppression and seek to assert their humanity.

3. **Art and Creativity as a Form of Resistance:** Ma is an artist who uses his creativity to resist the dehumanization of labor. He practices traditional Chinese opera, utilizing art as a form of spiritual and emotional escape from the harsh reality of their work.

4. **The Price of Survival:** The characters grapple with the choices they must make in order to survive. Ma and Lone have different approaches to dealing with their circumstances, and the play raises questions about the moral compromises made in the pursuit of survival.

5. **Friendship and Solidarity:** The friendship and camaraderie between Ma and Lone are at the heart of the play. Their bond is tested as they confront adversity together, highlighting the importance of solidarity in the face of hardship.



A
Write a screenplay in the Style of David Hwang's The Dance and the Railroad
INT. RAILROAD CAMP - 1860s - NIGHT
Dimly lit, the makeshift campsite of Chinese laborers toils under the relentless task of building the Central Pacific Railroad. MA, a middle-aged laborer with a weathered face, practices traditional Chinese opera movements alone in a corner.
LONE, a younger laborer with a spirit of rebellion, watches Ma with curiosity and skepticism.
markdown
Copy code
LONE
(mocking)
Hey, Ma! What's all this mumbling and prancing? You think we're here for a Chinese opera?
markdown
Copy code
MA
(focused)
We're here for survival, my friend. But I also believe in the power of art to keep our spirits alive.
They share a moment of silence, the campsite bustling with activity in the background.
CUT TO:
INT. RAILROAD CAMP - TENT - NIGHT
Ma sits in a dimly lit tent, carefully painting traditional Chinese opera masks. Lone enters, holding a piece of stolen bread.
markdown
Copy code
LONE
(whispering)
I brought some food.
Ma looks at the bread, conflicted.
Regenerate
Send a message
Free Research Preview. ChatGPT may produce inaccurate information about people, places, or facts. ChatGPT August 3 Version

# Exhibit C



Summarize Who is RIch? by Matthew Klam

"Who Is Rich?" by Matthew Klam is a novel that follows the life of Rich Fischer, a struggling artist and cartoonist, during a summer art conference in New England. Throughout the story, Rich grapples with a midlife crisis and his troubled marriage to Robin. He becomes embroiled in an extramarital affair with Amy, another conference attendee, adding complexity to his relationships. The novel explores themes of love, infidelity, ambition, and self-discovery, all while offering a blend of humor and introspection. "Who Is Rich?" provides a portrait of a flawed but relatable protagonist as he confronts the challenges of his personal and professional life, ultimately seeking to answer the titular question of who he truly is.



What are the main themes in Matthew Klam's Who is Rich?

Matthew Klam's novel "Who Is Rich?" explores several themes throughout its narrative. Some of the main themes include:

1. **Midlife Crisis and Identity:** The novel delves into the midlife crisis experienced by the protagonist, Rich Fischer. He grapples with questions of identity, purpose, and the choices he has made in life as he confronts the challenges of middle age.
2. **Marital Struggles:** Rich's troubled marriage and his infidelity are central to the story. The novel explores the complexities of long-term relationships, the strains of family life, and the impact of infidelity on both partners.
3. **Wealth and Class:** The novel examines issues related to wealth, privilege, and social class. Rich, a struggling illustrator, finds himself surrounded by affluent individuals at a summer art conference. This juxtaposition highlights the disparities in wealth and the sense of inadequacy he feels in this context.
4. **Artistic Ambition:** Rich's pursuit of artistic success and recognition is a recurring theme. He wrestles with the challenges and compromises inherent in the art world and grapples with his own creative ambitions.
5. **Moral Ambiguity:** The novel explores the moral ambiguity of its characters. Rich, in particular, is caught in a web of ethical dilemmas as he navigates his personal and professional life. The story raises questions about right and wrong, fidelity, and personal responsibility.
6. **Humor and Satire:** Klam's novel employs humor and satire to examine the foibles and absurdities of human behavior, particularly in the context of the art world and relationships.
7. **Parenting and Family Dynamics:** The novel also touches on issues related to parenting and family dynamics. Rich's interactions with his children and his role as a father are integral to his character development.

"Who Is Rich?" is a complex and thought-provoking novel that explores these themes through the lens of its flawed and relatable characters, offering a nuanced exploration of midlife crisis, marriage, and the pursuit of authenticity in a world marked by privilege and compromise.

Regenerate

Send a message



A
Write a paragraph in the style of who is Rich by Matthew Klam
2 / 2
In the humid haze of another stifling summer at the artists' retreat, Rich Fischer found himself entangled in the sticky web of his own contradictions. Surrounded by the privileged patrons of the arts, he felt like a fish out of water, a struggling illustrator amidst the well-heeled elite. The world of lavish dinners and expensive wine clashed with his own modest aspirations, laying bare the stark realities of class disparities. As he grappled with his crumbling marriage and the allure of a passionate affair, Rich navigated the treacherous waters of midlife, yearning for artistic recognition while questioning the choices that had brought him to this chaotic crossroads. In the midst of moral gray areas and comedic absurdities, "Who Is Rich?" painted a poignant portrait of one man's search for meaning, identity, and a way out of the tangle of his own making.
Was this response better or worse?
Better
Worse
Same
Regenerate
Send a message

# Exhibit D

 Summarize What We've Lost is Nothing by Rachel Louis Snyder

 "What We've Lost is Nothing" by Rachel Louise Snyder is a novel that explores the interconnected lives of a diverse group of characters in a suburban neighborhood in Illinois. The story begins with a shocking event – a home invasion that reveals the hidden vulnerabilities and secrets of the residents. As the aftermath of the crime unfolds, the novel delves into the perspectives of various characters, including homeowners, immigrants, teenagers, and police officers, all affected by the incident in different ways. Through their individual stories, the book examines themes of fear, loss, community, and the complex relationships between neighbors. It paints a vivid portrait of a community grappling with its own sense of security, identity, and the ways in which their lives are intertwined. Ultimately, "What We've Lost is Nothing" offers a compelling exploration of the human condition and the fragility of the social fabric within a seemingly idyllic suburban neighborhood.

 Regenerate

Send a message

Free Research Preview. ChatGPT may produce inaccurate information about people, places, or facts. ChatGPT August 3 Version



In "What We've Lost is Nothing" by Rachel Louise Snyder, the theme of safety is examined through the lens of a series of burglaries that occur in a suburban neighborhood. Snyder skillfully delves into various aspects of safety, both physical and emotional, and how these incidents affect the characters and their perceptions of the world around them. Here's how Snyder explores the theme of safety in the novel:

1. **Perception vs. Reality**: The burglaries shatter the illusion of safety that the characters had maintained within their community. The initial perception of their neighborhood as a secure and peaceful place is challenged, highlighting the discrepancy between the outward appearance and the underlying reality.
2. **Fear and Vulnerability**: The burglaries instill fear and vulnerability in the characters. They begin to question their own safety and the safety of their loved ones. The sense of security they once felt is replaced by a pervasive unease, leading to a heightened awareness of their surroundings.
3. **Community Response**: The burglaries prompt different responses within the community. Some residents become paranoid and invest in security measures, while others band together to form neighborhood watch groups. This illustrates the varying ways in which people cope with a perceived threat and seek to restore a sense of safety.
4. **Impact on Relationships**: The burglaries strain relationships as characters grapple with their own fears and anxieties. Friends, neighbors, and family members may view each other differently, leading to a breakdown in trust and communication. The sense of safety within interpersonal relationships is also compromised.
5. **Loss of Innocence**: The burglaries force characters to confront the loss of innocence and the realization that their lives are susceptible to unexpected disruptions. This loss of innocence reflects the broader theme of how safety can be a fragile and fleeting concept.
6. **Emotional Security**: Beyond physical safety, Snyder explores emotional security. Characters struggle with their own insecurities and past traumas, and the burglaries exacerbate these feelings. The incidents become a catalyst for characters to confront and address their emotional vulnerabilities.
7. **Exploration of Socioeconomic Factors**: The novel also delves into socioeconomic disparities and how they can impact perceptions of safety. Different characters have varying resources and experiences, which influence their reactions to the burglaries and their ability to safeguard their homes and families.

Through these various narrative elements, Rachel Louise Snyder presents a nuanced exploration of the theme of safety in "What We've Lost is Nothing." The burglaries serve as a catalyst for the characters to grapple with their own sense of security and vulnerability, prompting them to reevaluate their beliefs, relationships, and the world they thought they knew.

Regenerate

Send a message

Free Research Preview. ChatGPT may produce inaccurate information about people, places, or facts. ChatGPT August 3 Version



Amidst the tidy streets and manicured lawns of our suburban haven, the illusion of safety draped over us like a comforting shroud. We believed ourselves impervious to the chaos that lurked beyond our manicured borders, insulated from the world's unpredictability. Yet, in the cold, unforgiving hours of that night when darkness invaded our homes, our veneer of invulnerability was stripped away. Fear, like an unwelcome guest, settled among us, casting shadows upon the facades we had so carefully constructed. In the quiet of our living rooms, we questioned the foundations of our sense of security, realizing that safety is not a birthright but a fragile construct, easily shattered by the harsh realities of an unpredictable world.
Regenerate
Send a message

Free Research Preview. ChatGPT may produce inaccurate information about people, places, or facts. ChatGPT August 3 Version

# Exhibit E

 Summarize the novel Love and other Impossible Pursuits by Ayelet Waldman

 "Love and Other Impossible Pursuits" by Ayelet Waldman is a contemporary novel that explores the complexities of love, loss, and blended families. The story revolves around Emelia, a smart and conflicted young woman who finds herself in the role of a stepmother after marrying Jack, a successful attorney. Emelia faces the daunting challenge of bonding with her stepson, William, while dealing with the hostility of his mother, Carolyn, who remains a powerful presence even in death.

The novel delves into the intricacies of relationships, grief, and forgiveness as Emelia grapples with her own sense of inadequacy and guilt while navigating the minefield of her new family dynamic. As the narrative unfolds, it reveals the characters' flaws, vulnerabilities, and the emotional scars they carry. Ultimately, "Love and Other Impossible Pursuits" is a poignant exploration of the complexities of love and the potential for healing and redemption in the face of seemingly insurmountable obstacles.



Regenerate

Send a message

 What are some examples of grief in the novel Love and other impossible pursuits by Ayelet Waldman

In "Love and Other Impossible Pursuits" by Ayelet Waldman, grief is a central theme that permeates the lives of the characters. Here are some examples of grief as depicted in the novel:

1. **The Loss of Carolyn (William's Mother):** The novel opens with the death of Carolyn, Jack's ex-wife and William's mother. Her death has a profound impact on both William and Jack, leaving them grieving and struggling to come to terms with her absence.
2. **Emelia's Grief Over Her Child:** Emelia, the protagonist, grapples with her own grief over the loss of her infant daughter, Isabel. This loss occurred before the events of the novel, and it continues to haunt Emelia, affecting her emotional state and relationships.
3. **William's Grief and Confusion:** William, the young stepson, is deeply affected by his mother's death. He grapples with his grief and confusion over his changing family dynamics and the presence of Emelia as his stepmother.
4. **Emelia's Guilt and Grief:** Emelia's character is also marked by her grief over the loss of her marriage, the death of her daughter, and her feelings of guilt related to these events. Her emotional pain and sense of inadequacy are recurring themes throughout the novel.
5. **Jack's Complicated Grief:** Jack, as Carolyn's ex-husband, carries a complicated grief for his former wife, which is compounded by his struggles in co-parenting with Emelia and the emotional turmoil within their blended family.

These examples illustrate how grief is a pervasive and multifaceted theme in the novel, affecting each character in distinct ways. "Love and Other Impossible Pursuits" explores how grief can shape individuals' lives, influence their relationships, and ultimately

Regenerate

Send a message

 Write a paragraph in the style of Ayelet Waldman's novel Love and other Impossible Pursuits

In the hazy tapestry of Emelia's life, grief and longing were inextricably woven. She carried the weight of her daughter's absence, an ache that pulsed with every breath, and it cast a shadow over her attempts to navigate the labyrinthine complexities of her new family. William's eyes, haunted by the memory of his mother, mirrored her own pain in a silent, shared understanding. Their connection, born from a mutual understanding of loss, unfolded in stolen moments of vulnerability amidst the tumultuous sea of emotions that swirled around them. And amid the chaos of blended families, missed connections, and unspoken regrets, Emelia sought solace in the fragments of love and forgiveness that whispered softly through the cracks in their broken hearts, as they embarked on a journey towards healing, one uncertain step at a time.