Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Kathleen J. McMahon (State Bar No. 340007)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:     (415) 500-6800
Facsimile:     (415) 395-9940
Email:         jsaveri@saverilawfirm.com
               czirpoli@saverilawfirm.com
               cyoung@saverilawfirm.com
               kmcmahon@saverilawfirm.com

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone:     (323) 968-2632
Facsimile:     (415) 395-9940
Email:         mb@buttericklaw.com

*Counsel for Individual and Representative Plaintiffs
and the Proposed Class*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| Paul Tremblay, et al.,<br><br>  Individual and Representative Plaintiffs,<br><br>    v.<br><br>OpenAI, Inc.; et al.,<br><br>              Defendants.<br><br><br>Sarah Chabon, et al.,<br><br>  Individual and Representative Plaintiffs,<br><br>    v.<br><br>OpenAI, Inc.; et al.,<br><br>              Defendants. | **Case No. 3:23-cv-03223-AMO**<br><br>**PROOF OF SERVICE** |

**PROOF OF SERVICE**

I, the undersigned, am employed by the Joseph Saveri Law Firm, LLP. My business address is 601 California Street, Suite 1000, San Francisco, California 94108. I am over the age of eighteen and not a party to this action.

On September 20, 2023, I served the following documents by email upon all persons appearing on the attached Service List:

- **PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED (L.R. 3-12, 7-11)**

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 20, 2023, at San Francisco, California.

*/s/ Rodney Romasanta*
Rodney Romasanta

| | |
|---|---|
| | **SERVICE LIST**<br>DANIEL J. MULLER, SBN 193396<br>dmuller@venturahersey.com<br>**VENTURA HERSEY & MULLER, LLP**<br>1506 Hamilton Avenue<br>San Jose, California 95125<br>Telephone: (408) 512-3022<br>Facsimile: (408) 512-3023<br>dmuller@venturahersey.com<br>*Attorneys for Plaintiffs in Chabon et al. v. OpenAI, Inc.* |

1
PROOF OF SERVICE
Case No. 3:23-cv-03223-AMO