# JOSEPH SAVERI
## LAW FIRM

601 CALIFORNIA STREET
SUITE 1000
SAN FRANCISCO CA 94108

TEL 415.500.6800
FAX 415.395.9940

October 27, 2023

*Via ECF*

Honorable Araceli Martínez-Olguín
San Francisco Courthouse
Courtroom 10- 19th Foor
450 Golden Gate Avenue,
San Francisco, CA 94102

Re: *Tremblay v. OpenAI, Inc., et al.*, Case No. 23-cv-03223 (N.D. Cal.);
*Silverman v. OpenAI, Inc. et al.*, Case No. 23-cv-03416 (N.D. Cal.)

Dear Honorable Araceli Martínez-Olguín:

Plaintiffs' Counsel write to inform the Court about a pre-existing conflict with respect to the status conference set for October 31, 2023 set this morning. ECF No. 61. Plaintiffs' Counsel are presently scheduled to appear at an in-person hearing set for 10:00 a.m., October 31, 2023 before the Honorable Judge Richard F. Boulware in the District of Nevada for the matter of *Le et al. v. Zuffa, LLC*, No. 15-cv-01045 (D. Nev.).

Plaintiffs' Counsel have met and conferred with Counsel for Defendants regarding this conflict and, while Defendants take no position as to re-setting the status conference, Defendants have confirmed that the parties are available instead at 10:00 a.m. on November 8, 2023.

Due to Plaintiffs' Counsel prior conflict, Plaintiffs respectfully request the Court to re-set the status conference presently scheduled for 10:00 a.m. on October 31, 2023 to 10:00 a.m. on November 8, 2023.Sincerely,

/s/ *Joseph R. Saveri*

Joseph R. Saveri

cc:   All Counsel (via ECF)