Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Kathleen J. McMahon (State Bar No. 340007)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:     (415) 500-6800
Facsimile:       (415) 395-9940
Email:             jsaveri@saverilawfirm.com
                        czirpoli@saverilawfirm.com
                        cyoung@saverilawfirm.com
                        kmcmahon@saverilawfirm.com

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone:     (323) 968-2632
Facsimile:       (415) 395-9940
Email:             mb@buttericklaw.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| Paul Tremblay, et al.,<br><br>   Individual and Representative Plaintiffs,<br><br>   v.<br><br>OpenAI, Inc.; et al.,<br><br>                                    Defendants. | **Case No. 3:23-cv-03223-AMO**<br>**Case No. 4:23-cv-03416-AMO**<br><br>**DECLARATION OF CHRISTOPHER K.L. YOUNG** |
| Sarah Silverman, et al.,<br><br>   Individual and Representative Plaintiffs,<br><br>   v.<br><br>OpenAI, Inc.; et al.,<br><br>                                    Defendants. | |

I, Christopher K.L. Young, declare as follows:

1. I am an attorney duly licensed to practice in the State of California. I am an attorney at the Joseph Saveri Law Firm, LLP, counsel of record for Plaintiffs in the actions titled *Tremblay et al v. OpenAI, Inc. et al.*, No. 3:23-cv-03223-AMO (N.D. Cal.) and *Silverman et al. v. OpenAI, Inc., et al.*, No. 3:23-cv-03416-AMO (N.D. Cal.). I have personal knowledge of the matters stated herein and, if called upon, I could competently testify thereto. I make this declaration pursuant to 28 U.S.C. §1746.

2. On October 27, 2023, the Court set a Zoom status conference for October 31, 2023, at 11:00 AM.

3. Counsel for Plaintiffs is also counsel of record in the matter of *Le v. Zuffa, LLC*, No. 15-cv-01045, currently pending before the Honorable Richard F. Boulware in the District Court for the District of Nevada. Judge Boulware had previously set an in-person hearing for October 31, 2023, scheduled to begin at 10:00 AM, at which Counsel for Plaintiffs was scheduled to appear.

4. On October 27, 2023, I met and conferred with Counsel for Defendants informing them of the prior scheduling conflict and inquiring if Defendants would oppose vacating the status conference date. While Defendants took no position as to vacating the status conference, Counsel for Defendants confirmed they were available at November 8, 2023 at 10:00 AM should the hearing require re-setting.

5. Subsequently on October 27, 2023, Plaintiffs filed a notice informing the Court of Counsel's prior conflict.

6. On October 30, 2023, the Court vacated the status conference set for October 31, 2023, and ordered the Parties to stipulate or move the Court to re-set the status conference.

7. That same day, I re-confirmed with Counsel for Defendants' their availability for 10:00 AM on November 8, 2023.

8. There have been no previous time modifications in either the *Tremblay* or the *Silverman* matters.

9. Re-setting the status conference for November 8, 2023 at 10:00 AM would have no other effect on the schedule for either the *Tremblay* or *Silverman* matters.

1  I declare under penalty of perjury that the foregoing is true and correct. Executed on October 31, 2023.

By: */s/ Christopher K.L. Young*
Christopher K.L. Young