| | |
|---|---|
| **MORRISON & FOERSTER LLP**<br>Joseph C. Gratz (SBN 240676)<br> jgratz@mofo.com<br>Tiffany Cheung (SBN 211497)<br> tcheung@mofo.com<br>425 Market Street<br>San Francisco, CA 94105<br>Telephone: 415.258.7522<br><br>Allyson R. Bennett (SBN 302090)<br> abennett@mofo.com<br>707 Wilshire Boulevard, Suite 6000<br>Los Angeles, CA 90017-3543<br>Telephone: 213.892.5454 | **LATHAM & WATKINS LLP**<br>Andrew M. Gass (SBN 259694)<br> andrew.gass@lw.com<br>Joseph R. Wetzel (SBN 238008)<br> joseph.wetzel@lw.com<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111<br>Telephone: 415.391.0600<br><br>Sarang V. Damle (*pro hac vice*)<br> sy.damle@lw.com<br>555 Eleventh Street, NW, Suite 1000<br>Washington, D.C. 20004<br>Telephone: 202.637.2200<br><br>Allison L. Stillman (*pro hac vice*)<br> alli.stillman@lw.com<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Telephone: 212.751.4864 |

*Attorneys for Defendants OpenAI, Inc., OpenAI, L.P., OpenAI OpCo, L.L.C., OpenAI GP, L.L.C., OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., and OpenAI Startup Fund Management, LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| PAUL TREMBLAY,<br><br>    Individual and Representative Plaintiffs,<br><br>    v.<br><br>OPENAI, INC., et al.,<br><br>    Defendants. | CASE NO. 3:23-cv-03223-AMO<br>CASE NO. 3:23-cv-03416-AMO<br><br>**DEFENDANTS' STATEMENT OF RECENT DECISION** |
| SARAH SILVERMAN, et al.,<br><br>    Individual and Representative Plaintiffs,<br><br>    v.<br><br>OPENAI, INC., et al.,<br><br>    Defendants. | |

| | |
|---|---|
| 1 | Pursuant to this Court's Civil Local Rule 7-3(d)(2), Defendants respectfully submit this Statement of Recent Decision to bring to the Court's attention newly issued authority relevant to their Motion to Dismiss (ECF No. 33). On October 30, 2023, the United States District Court for the Northern District of California issued an order dismissing a number of related claims, including claims for direct and vicarious copyright infringement, claims under Section 1202 of the Digital Millennium Copyright Act (DMCA), and claims under California's Unfair Competition Law. Order on Def's Motions to Dismiss and Strike, *Andersen et al. v. Stability AI, Inc. et al.*, No. 23-cv-00201, Dkt. 117 (N. D. Cal. Oct. 30, 2023) (Orrick, J.). In pertinent part, the Court found that (a) "it is simply not plausible" that every output of a Generative AI model constitutes a derivative work absent "'substantial similarity' type allegations," *id.* at 12, and (b) "[i]n order to state [a] claim [under Section 1202 of the DMCA], each plaintiff must identify the exact type of CMI included" in their works and "allege plausible facts" regarding how that CMI was allegedly removed or altered, *id.* at 18. A true and correct copy of the order is attached hereto as Exhibit 1. |

| | |
|---|---|
| Dated: October 31, 2023 | Respectfully submitted, |
| | By: /s/ Andrew M. Gass |

LATHAM & WATKINS LLP
Andrew M. Gass (SBN 259694)
 andrew.gass@lw.com
Joseph R. Wetzel (SBN 238008)
 joseph.wetzel@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: 415.391.0600

Sarang V. Damle (*pro hac vice*)
 sy.damle@lw.com
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: 202.637.2200

Allison L. Stillman (*pro hac vice*)
 alli.stillman@lw.com
1271 Avenue of the Americas
New York, NY 10020
Telephone: 212.751.4864

*Attorneys for Defendants OpenAI, Inc., OpenAI, L.P., OpenAI OpCo, L.L.C., OpenAI GP, L.L.C., OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., and OpenAI Startup Fund Management, LLC*