**MORRISON & FOERSTER LLP**
Joseph C. Gratz (SBN 240676)
 jgratz@mofo.com
Tiffany Cheung (SBN 211497)
 tcheung@mofo.com
425 Market Street
San Francisco, CA 94105
Telephone: 415.258.7522

Allyson R. Bennett (SBN 302090)
 abennett@mofo.com
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017-3543
Telephone: 213.892.5454

**LATHAM & WATKINS LLP**
Andrew M. Gass (SBN 259694)
 andrew.gass@lw.com
Joseph R. Wetzel (SBN 238008)
 joseph.wetzel@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: 415.391.0600

Sarang V. Damle (*pro hac vice*)
 sy.damle@lw.com
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: 202.637.2200

Allison L. Stillman (*pro hac vice*)
 alli.stillman@lw.com
1271 Avenue of the Americas
New York, NY 10020
Telephone: 212.751.4864

*Attorneys for Defendants OpenAI, Inc., OpenAI, L.P., OpenAI OpCo, L.L.C., OpenAI GP, L.L.C., OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., and OpenAI Startup Fund Management, LLC*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPENAI CHATGPT LITIGATION<br><br>This Document Relates To:<br><br>Case No. 3:23-cv-03223-AMO<br>Case No. 4:23-cv-03416-AMO | Master File No. 3:23-cv-03223-AMO<br><br>**DEFENDANTS' STATEMENT OF RECENT DECISION** |

Pursuant to this Court's Civil Local Rule 7-3(d)(2), Defendants respectfully submit this Statement of Recent Decision to bring to the Court's attention newly issued authority relevant to their Motion to Dismiss (ECF No. 33). On November 20, 2023, the United States District Court for the Northern District of California issued an order dismissing a number of related claims, including claims for vicarious copyright infringement, claims under Section 1202 of the Digital Millennium Copyright Act (DMCA), claims under California's Unfair Competition Law (UCL), and claims for unjust enrichment and negligence. Order Granting Motion to Dismiss, *Kadrey et al. v. Meta Platforms, Inc.*, No. 23-cv-03417-VC, ECF No. 56 (N.D. Cal. Nov. 20, 2023) (Chhabria, J.). In pertinent part, the Court (a) rejected the plaintiffs' contention that "every output of the LLaMA language models is an infringing derivative work" and similarly rejected plaintiffs' argument that they "do not need to allege any similarity between LLaMA outputs and their books to maintain a claim based on derivative infringement," *id.* at 2; (b) dismissed plaintiffs' claim for vicarious copyright infringement for failure to plead that any LLaMA outputs were "substantially similar" to their books, *id.* at 3; (c) dismissed plaintiffs' claim under Section 1202 of the DMCA because "[t]here are no facts to support the allegation that LLaMA ever distributed the plaintiffs' books, much less did so 'without their CMI,'" *id.* at 3; (d) dismissed plaintiffs' UCL claim, including because "the plaintiffs have not come close to alleging [] fraud or unfairness," *id.*; (e) dismissed plaintiffs' claim for unjust enrichment as preempted by the Copyright Act, *id.*; and (f) dismissed with prejudice plaintiffs' negligence claim as preempted by the Copyright Act and as barred by the "economic loss doctrine," *id.* at 3–4. A true and correct copy of the order is attached hereto as Exhibit 1.

| | |
|---|---|
| Dated: November 27, 2023 | Respectfully submitted, |
| | By: /s/ Andrew M. Gass |

MORRISON & FOERSTER LLP
Joseph C. Gratz (SBN 240676)
 jgratz@mofo.com
Tiffany Cheung (SBN 211497)
 tcheung@mofo.com
425 Market Street
San Francisco, CA 94105
Telephone: 415.258.7522

Allyson R. Bennett (SBN 302090)
 abennett@mofo.com
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017-3543
Telephone: 213.892.5454

LATHAM & WATKINS LLP
Andrew M. Gass (SBN 259694)
 andrew.gass@lw.com
Joseph R. Wetzel (SBN 238008)
 joseph.wetzel@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: 415.391.0600

Sarang V. Damle (*pro hac vice*)
 sy.damle@lw.com
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: 202.637.2200

Allison L. Stillman (*pro hac vice*)
 alli.stillman@lw.com
1271 Avenue of the Americas
New York, NY 10020
Telephone: 212.751.4864

*Attorneys for Defendants OpenAI, Inc., OpenAI, L.P., OpenAI OpCo, L.L.C., OpenAI GP, L.L.C., OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., and OpenAI Startup Fund Management, LLC*