| | |
|---|---|
| MICHAEL A. JACOBS (CA SBN 111664) <br> MJacobs@mofo.com <br> JOSEPH C. GRATZ (CA SBN 240676) <br> JGratz@mofo.com <br> TIFFANY CHEUNG (CA SBN 211497) <br> TCheung@mofo.com <br> JOYCE C. LI (CA SBN 323820) <br> JoyceLi@mofo.com <br> MELODY E. WONG (SBN 341494) <br> MelodyWong@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street, <br> San Francisco, California  94105-2482 <br> Telephone:     (415) 268-7000 <br> Facsimile:      (415) 268-7522 <br><br> ALLYSON R. BENNETT (SBN 302090) <br> ABennett@mofo.com <br> ROSE S. LEE (SBN 294658) <br> RoseLee@mofo.com <br> ALEXANDRA M. WARD (SBN 318042) <br> AlexandraWard@mofo.com <br> MORRISON & FOERSTER LLP <br> 707 Wilshire Boulevard <br> Los Angeles, California 90017-3543 <br> Telephone:     (213) 892-5200 <br> Facsimile:      (213) 892-5454 | ANDREW M. GASS (SBN 259694) <br> Andrew.Gass@lw.com <br> JOSEPH R. WETZEL (SBN 238008) <br> Joe.Wetzel@lw.com <br> LATHAM & WATKINS LLP <br> 505 Montgomery Street, Suite 2000 <br> San Francisco, California  94111 <br> Telephone:     (415) 391-0600 <br><br> SARANG VIJAY DAMLE (*pro hac vice*) <br> Sy.Damle@lw.com <br> LATHAM & WATKINS LLP <br> 555 Eleventh Street, NW, Suite 1000 <br> Washington, D.C. 20004 <br> Telephone:     (202) 637-2200 <br><br> ALLISON L. STILLMAN (*pro hac vice*) <br> Alli.Stillman@lw.com <br> LATHAM & WATKINS LLP <br> 1271 Avenue of the Americas <br> New York, NY 10020 <br> Telephone:     (212) 751-4864 |

Attorneys for Defendants
OPENAI, INC., OPENAI, L.P., OPENAI OPCO, L.L.C., OPENAI GP, L.L.C., OPENAI STARTUP FUND GP I, L.L.C., OPENAI STARTUP FUND I, L.P., AND OPENAI STARTUP FUND MANAGEMENT, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPENAI CHATGPT LITIGATION <br><br> This document relates to: <br> All Actions | Master File No. 23-cv-03223-AMO <br><br> **NOTICE OF APPEARANCE BY MELODY E. WONG** |

NOTICE OF APPEARANCE
MASTER FILE NO. 23-CV-03223-AMO

1    TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2    PLEASE TAKE NOTICE of the appearance of Melody E. Wong of the law offices of
3    Morrison & Foerster LLP, as counsel of record for and on behalf of Defendants OpenAI, Inc.,
4    OpenAI, L.P., OpenAI OpCo, L.L.C., OpenAI GP, L.L.C., OpenAI Startup Fund GP I, L.L.C.,
5    OpenAI Startup Fund I, L.P., and OpenAI Startup Fund Management, LLC in the above-entitled
6    matter for the purpose of receiving notices and orders from the Court.  Copies of all pleadings and
7    notices pertaining to the above-entitled action not otherwise filed through the Court's electronic
8    filing system should be forwarded to counsel at the following address:

> Melody E. Wong
> MORRISON & FORESTER LLP
> 425 Market Street
> San Francisco, California 94105-2482
>
> Telephone:   415.268.7000
> Facsimile:   415.268.7522
> Email:       MelodyWong@mofo.com

Dated: December 6, 2023               MORRISON & FOERSTER LLP

                                      By:  /s/ Melody E. Wong
                                               Melody E. Wong

                                      Attorneys for Defendants
                                      OPENAI, INC., OPENAI, L.P., OPENAI
                                      OPCO, L.L.C., OPENAI GP, L.L.C.,
                                      OPENAI STARTUP FUND GP I, L.L.C.,
                                      OPENAI STARTUP FUND I, L.P., AND
                                      OPENAI STARTUP FUND
                                      MANAGEMENT, LLC