1  Joseph R. Saveri (State Bar No. 130064)
   Cadio Zirpoli (State Bar No. 179108)
2  Christopher K.L. Young (State Bar No. 318371)
   Travis Manfredi (State Bar No. 281779)
3  Holden Benon (State Bar No. 325847)
   Kathleen J. McMahon (State Bar No. 340007)
4  **JOSEPH SAVERI LAW FIRM, LLP**
   601 California Street, Suite 1000
5  San Francisco, California 94108
   Telephone:    (415) 500-6800
6  Facsimile:    (415) 395-9940
   Email:        jsaveri@saverilawfirm.com
7                czirpoli@saverilawfirm.com
                 cyoung@saverilawfirm.com
8                tmanfredi@saverilawfirm.com
                 hbenon@saverilawfirm.com
9                kmcmahon@saverilawfirm.com

10 *Counsel for Individual and Representative Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| IN RE OPENAI CHATGPT LITIGATION | Master File No. 3:23-cv-03223-AMO |
|---|---|
| This document relates to: | |
| Case No. 3:23-cv-03223-AMO<br>Case No. 4:23-cv-03416-AMO | NOTICE OF APPEARANCE OF HOLDEN BENON |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that Holden Benon of Joseph Saveri Law Firm, LLP hereby appears as counsel of record for Plaintiffs in this action. Mr. Benon is registered with the Court's CM/ECF system and may be served notice through that system. Mr. Benon's contact information is as follows:

Holden Benon (State Bar No. 325847)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, CA 94108
Telephone: 415-500-6800
Facsimile: 415-395-9940
Email: hbenon@saverilawfirm.com

Dated: December 8, 2023              By:      */s/ Holden Benon*
                                                  Holden Benon

Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Travis Manfredi (State Bar No. 281779)
Holden Benon (State Bar No. 325847)
Kathleen J. McMahon (State Bar No. 340007)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:     (415) 500-6800
Facsimile:     (415) 395-9940
Email:         jsaveri@saverilawfirm.com
               czirpoli@saverilawfirm.com
               cyoung@saverilawfirm.com
               tmanfredi@saverilawfirm.com
               hbenon@saverilawfirm.com
               kmcmahon@saverilawfirm.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*