1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| IN RE OPENAI CHATGPT LITIGATION | Master File No. 3:23-cv-03223-AMO |
|---|---|
| This document relates to: | |
| Case No. 3:23-cv-03223-AMO<br>Case No. 4:23-cv-03416-AMO | **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR APPOINTMENT OF INTERIM LEAD CLASS COUNSEL** |

Master Case No. 3:23-cv-03223-AMO

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR APPOINTMENT OF INTERIM LEAD CLASS COUNSEL

1    Before the Court is Plaintiffs' Motion to Appoint Interim Lead Class Counsel. ECF No. 91. After

2    careful consideration of the motion, responses, and the Parties' oral arguments, the Court has determined

3    that Joseph R. Saveri and the Joseph Saveri Law Firm, LLP meets all the requirements set forth in Fed. R.

4    Civ. P. 23(g)(1).

5    The Court **GRANTS** Plaintiffs' Motion to Appoint Interim Lead Class Counsel and **APPOINTS**

6    Joseph R. Saveri and the Joseph Saveri Law Firm, LLP as Lead Class Counsel in this matter.

7    **IT IS SO ORDERED,** this __ day of _____, 2024.

8

9    Dated _____, 2024

10                                                    _____
                                                      HON. ARACELI MARTINEZ-OLGUIN
                                                      United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR APPOINTMENT OF INTERIM LEAD CLASS
COUNSEL