| | |
|---|---|
| MICHAEL A. JACOBS (CA SBN 111664) | ANDREW M. GASS (SBN 259694) |
| MJacobs@mofo.com | Andrew.Gass@lw.com |
| JOSEPH C. GRATZ (CA SBN 240676) | JOSEPH R. WETZEL (SBN 238008) |
| JGratz@mofo.com | Joe.Wetzel@lw.com |
| TIFFANY CHEUNG (CA SBN 211497) | LATHAM & WATKINS LLP |
| TCheung@mofo.com | 505 Montgomery Street, Suite 2000 |
| JOYCE C. LI (CA SBN 323820) | San Francisco, California 94111 |
| JoyceLi@mofo.com | Telephone: (415) 391-0600 |
| MELODY E. WONG (SBN 341494) | |
| MelodyWong@mofo.com | SARANG VIJAY DAMLE (*pro hac vice*) |
| MORRISON & FOERSTER LLP | Sy.Damle@lw.com |
| 425 Market Street, | LATHAM & WATKINS LLP |
| San Francisco, California 94105-2482 | 555 Eleventh Street, NW, Suite 1000 |
| Telephone: (415) 268-7000 | Washington, D.C. 20004 |
| Facsimile: (415) 268-7522 | Telephone: (202) 637-2200 |
| ALLYSON R. BENNETT (SBN 302090) | ALLISON L. STILLMAN (*pro hac vice*) |
| ABennett@mofo.com | Alli.Stillman@lw.com |
| ROSE S. LEE (SBN 294658) | LATHAM & WATKINS LLP |
| RoseLee@mofo.com | 1271 Avenue of the Americas |
| ALEXANDRA M. WARD (SBN 318042) | New York, NY 10020 |
| AlexandraWard@mofo.com | Telephone: (212) 751-4864 |
| MORRISON & FOERSTER LLP | |
| 707 Wilshire Boulevard | |
| Los Angeles, California 90017-3543 | |
| Telephone: (213) 892-5200 | |
| Facsimile: (213) 892-5454 | |

Attorneys for Defendants
OPENAI, INC., OPENAI, L.P., OPENAI
OPCO, L.L.C., OPENAI GP, L.L.C., OPENAI
STARTUP FUND GP I, L.L.C., OPENAI
STARTUP FUND I, L.P., AND OPENAI
STARTUP FUND MANAGEMENT, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPENAI CHATGPT LITIGATION | Master File No. 3:23-cv-03223-AMO |
| This document relates to:<br>Case No. 3:23-cv-03223-AMO<br>Case No. 4:23-cv-03416-AMO | **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME**<br><br>Judge: Hon. Araceli Martínez-Olguín |

Pursuant to Civil Local Rule 6-2(a), Plaintiffs Paul Tremblay, Sarah Silverman, Christopher Golden, Richard Kadrey, Michael Chabon, Ta-Nehisi Coates, Junot Díaz, Andrew Sean Greer, David Henry Hwang, Matthew Klam, Laura Lippman, Rachel Louise Snyder, Ayelet Waldman, and Jacqueline Woodson ("Plaintiffs") and Defendants OpenAI, Inc., OpenAI, L.P., OpenAI OpCo, L.L.C., OpenAI GP, L.L.C., OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., and OpenAI Startup Fund Management, LLC ("Defendants" or "OpenAI," and collectively, the "Parties"), by and through their counsel of record, hereby jointly make the following stipulated request for a one-week extension of Defendants' deadline to respond to Plaintiffs' Motion for Appointment of Interim Lead Counsel, as set forth below:

WHEREAS, on January 8, 2024, Plaintiffs filed their Motion for Appointment of Interim Lead Class Counsel (the "Motion") (ECF No. 91);

WHEREAS, the hearing on the Motion is noticed for April 4, 2024 (ECF No. 91);

WHEREAS, pursuant to Civil Local Rule 7-3, Defendants' deadline to oppose Plaintiffs' Motion or file a Statement of Non-Opposition is January 22, 2024;

WHEREAS, the Parties are conferring about the Motion and agreed to a one-week extension of the deadline for Defendants to respond to the Motion; and

WHEREAS, an extension of Defendants' deadline will not alter the date of any other event or deadline already fixed by court order.

NOW THEREFORE, the Parties STIPULATE AND AGREE, by and through their counsel, to extend Defendants' deadline to respond to Plaintiffs' Motion for Appointment of Interim Lead Counsel to January 29, 2024.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:_____

Honorable Araceli Martínez-Olguín
United States District Judge

| | | |
|---|---|---|
| 1 | Dated: January 22, 2024 | By:   */s/ Tiffany Cheung* |
| 2 | |        Tiffany Cheung |

Dated: January 22, 2024	By:  /s/ Tiffany Cheung
                              Tiffany Cheung

**MORRISON & FOERSTER LLP**
MICHAEL A. JACOBS
MJacobs@mofo.com
JOSEPH C. GRATZ
JGratz@mofo.com
TIFFANY CHEUNG
TCheung@mofo.com
JOYCE C. LI
JoyceLi@mofo.com
MELODY E. WONG
MelodyWong@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone:	(415) 268-7000
Facsimile:	(415) 268-7522

ALLYSON R. BENNETT
ABennett@mofo.com
ROSE S. LEE
RoseLee@mofo.com
ALEXANDRA M. WARD
AlexandraWard@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California 90017-3543
Telephone:	(213) 892-5200
Facsimile:	(213) 892-5454

**LATHAM & WATKINS LLP**
ANDREW M. GASS
Andrew.Gass@lw.com
JOSEPH R. WETZEL
Joe.Wetzel@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone:	(415) 391-0600

SARANG VIJAY DAMLE (*pro hac vice*)
Sy.Damle@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone:	(202) 637-2200

ALLISON L. STILLMAN (*pro hac vice*)
Alli.Stillman@lw.com
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Telephone:	(212) 751-4864

|   |   |   |
|---|---|---|
| | | *Attorneys for Defendants*<br>OPENAI, INC., OPENAI, L.P., OPENAI OPCO, L.L.C., OPENAI GP, L.L.C., OPENAI STARTUP FUND GP I, L.L.C., OPENAI STARTUP FUND I, L.P., AND OPENAI STARTUP FUND MANAGEMENT, LLC |
| Dated: January 22, 2024 | By: | */s/ Joseph Saveri*<br>Joseph Saveri<br><br>**JOSEPH SAVERI LAW FIRM, LLP**<br>JOSEPH R. SAVERI<br>jsaveri@saverilawfirm.com<br>CADIO ZIRPOLI<br>czirpoli@saverilawfirm.com<br>KATHLEEN MCMAHON<br>kmcmahon@saverilawfirm.com<br>CHRISTOPHER YOUNG<br>cyoung@saverilawfirm.com<br>TRAVIS MANFREDI<br>tmanfredi@saverilawfirm.com<br>HOLDEN J. BENON<br>hbenon@saverilawfirm.com<br>JOSEPH SAVERI LAW FIRM, LLP<br>601 California Street, Suite 1000<br>San Francisco, CA 94108<br>Telephone:     (415) 395-9940 |

# ECF ATTESTATION

Pursuant to Local Rule 5-1(h)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from any other signatory to this document.

Dated: January 22, 2024

MORRISON & FOERSTER LLP

By: */s/ Tiffany Cheung*
Tiffany Cheung