| | |
|---|---|
| MICHAEL A. JACOBS (CA SBN 111664) <br> MJacobs@mofo.com <br> JOSEPH C. GRATZ (CA SBN 240676) <br> JGratz@mofo.com <br> TIFFANY CHEUNG (CA SBN 211497) <br> TCheung@mofo.com <br> JOYCE C. LI (CA SBN 323820) <br> JoyceLi@mofo.com <br> MELODY E. WONG (SBN 341494) <br> MelodyWong@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street, <br> San Francisco, California  94105-2482 <br> Telephone:     (415) 268-7000 <br> Facsimile:      (415) 268-7522 <br><br> ALLYSON R. BENNETT (SBN 302090) <br> ABennett@mofo.com <br> ROSE S. LEE (SBN 294658) <br> RoseLee@mofo.com <br> ALEXANDRA M. WARD (SBN 318042) <br> AlexandraWard@mofo.com <br> MORRISON & FOERSTER LLP <br> 707 Wilshire Boulevard <br> Los Angeles, California 90017-3543 <br> Telephone:     (213) 892-5200 <br> Facsimile:      (213) 892-5454 <br><br> Attorneys for Defendants <br> OPENAI, INC., OPENAI, L.P., OPENAI OPCO, L.L.C., OPENAI GP, L.L.C., OPENAI STARTUP FUND GP I, L.L.C., OPENAI STARTUP FUND I, L.P., AND OPENAI STARTUP FUND MANAGEMENT, LLC | ANDREW M. GASS (SBN 259694) <br> Andrew.Gass@lw.com <br> JOSEPH R. WETZEL (SBN 238008) <br> Joe.Wetzel@lw.com <br> LATHAM & WATKINS LLP <br> 505 Montgomery Street, Suite 2000 <br> San Francisco, California  94111 <br> Telephone:     (415) 391-0600 <br><br> SARANG VIJAY DAMLE (*pro hac vice*) <br> Sy.Damle@lw.com <br> LATHAM & WATKINS LLP <br> 555 Eleventh Street, NW, Suite 1000 <br> Washington, D.C. 20004 <br> Telephone:     (202) 637-2200 <br><br> ALLISON L. STILLMAN (*pro hac vice*) <br> Alli.Stillman@lw.com <br> LATHAM & WATKINS LLP <br> 1271 Avenue of the Americas <br> New York, NY 10020 <br> Telephone:     (212) 751-4864 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPENAI CHATGPT LITIGATION <br><br> This document relates to: <br> All Actions <br> Case No. 3:23-cv-03223-AMO <br> Case No. 4:23-cv-03416-AMO | Master File No. 3:23-cv-03223-AMO <br><br> **DECLARATION OF TIFFANY CHEUNG IN SUPPORT OF JOINT STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME** <br><br> Courtroom:  Ctrm 10, 19th Floor <br> Judge:  Hon. Araceli Martinez-Olguin |

DECLARATION OF TIFFANY CHEUNG
MASTER FILE NO.3:23-cv-03223-AMO

I, Tiffany Cheung, hereby declare as follows:

1. I am a partner with the law firm of Morrison & Foerster LLP, counsel of record for Defendants OpenAI, Inc., OpenAI, L.P., OpenAI OpCo, L.L.C., OpenAI GP, L.L.C., OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., and OpenAI Startup Fund Management, LLC in the above-captioned action. I am a member of good standing in the Bar of the State of California, and I am admitted to practice before this Court. I make this declaration in support of the Parties' Joint Stipulation and Proposed Order Regarding Extension of Time. I have personal knowledge of the matters set forth below and, if called upon to do so, I could and would testify competently thereto.

2. On January 8, 2024, Plaintiffs filed their Motion for Appointment of Interim Lead Counsel ("Motion") (ECF No. 91). The hearing on the Motion is noticed for April 4, 2024.

3. Pursuant to Civil Local Rule 7-3, Defendants' deadline to oppose Plaintiffs' Motion or file a Statement of Non-Opposition is January 22, 2024.

4. The Parties are conferring about the Motion, and on January 17, 2024, agreed to a one-week extension of the deadline for Defendants to respond to the Motion.

5. An extension of Defendants' deadline will not alter the date of any other event or deadline already fixed by court order.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed this 22nd day of January, 2024 in San Francisco, California.

                                                */s/ Tiffany Cheung*
                                                  Tiffany Cheung