MICHAEL A. JACOBS (CA SBN 111664)
MJacobs@mofo.com
JOSEPH C. GRATZ (CA SBN 240676)
JGratz@mofo.com
TIFFANY CHEUNG (CA SBN 211497)
TCheung@mofo.com
JOYCE C. LI (CA SBN 323820)
JoyceLi@mofo.com
MELODY E. WONG (SBN 341494)
MelodyWong@mofo.com
MORRISON & FOERSTER LLP
425 Market Street,
San Francisco, California 94105-2482
Telephone:    (415) 268-7000
Facsimile:    (415) 268-7522

ALLYSON R. BENNETT (SBN 302090)
ABennett@mofo.com
ROSE S. LEE (SBN 294658)
RoseLee@mofo.com
ALEXANDRA M. WARD (SBN 318042)
AlexandraWard@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California 90017-3543
Telephone:    (213) 892-5200
Facsimile:    (213) 892-5454

ANDREW M. GASS (SBN 259694)
Andrew.Gass@lw.com
JOSEPH R. WETZEL (SBN 238008)
Joe.Wetzel@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone:    (415) 391-0600

SARANG VIJAY DAMLE (*pro hac vice*)
Sy.Damle@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone:    (202) 637-2200

ALLISON L. STILLMAN (*pro hac vice*)
Alli.Stillman@lw.com
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Telephone:    (212) 751-4864

Attorneys for Defendants
OPENAI, INC., OPENAI, L.P., OPENAI
OPCO, L.L.C., OPENAI GP, L.L.C., OPENAI
STARTUP FUND GP I, L.L.C., OPENAI
STARTUP FUND I, L.P., AND OPENAI
STARTUP FUND MANAGEMENT, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPENAI CHATGPT LITIGATION<br><br>This document relates to:<br>Case No. 3:23-cv-03223-AMO<br>Case No. 4:23-cv-03416-AMO | Master File No. 3:23-cv-03223-AMO<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME**<br><br>Judge: Hon. Araceli Martínez-Olguín |

Pursuant to Civil Local Rule 6-2(a), Plaintiffs Paul Tremblay, Sarah Silverman, Christopher Golden, Richard Kadrey, Michael Chabon, Ta-Nehisi Coates, Junot Díaz, Andrew Sean Greer, David Henry Hwang, Matthew Klam, Laura Lippman, Rachel Louise Snyder, Ayelet Waldman, and Jacqueline Woodson ("Plaintiffs") and Defendants OpenAI, Inc., OpenAI, L.P., OpenAI OpCo, L.L.C., OpenAI GP, L.L.C., OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., and OpenAI Startup Fund Management, LLC ("Defendants" or "OpenAI," and collectively, the "Parties"), by and through their counsel of record, hereby jointly make the following stipulated request for a one-week extension of Defendants' deadline to respond to Plaintiffs' Motion for Appointment of Interim Lead Counsel, as set forth below:

WHEREAS, on January 8, 2024, Plaintiffs filed their Motion for Appointment of Interim Lead Class Counsel (the "Motion") (ECF No. 91);

WHEREAS, the hearing on the Motion is noticed for April 4, 2024 (ECF No. 91);

WHEREAS, pursuant to Civil Local Rule 7-3, Defendants' deadline to oppose Plaintiffs' Motion or file a Statement of Non-Opposition is January 22, 2024;

WHEREAS, the Parties are conferring about the Motion and agreed to a one-week extension of the deadline for Defendants to respond to the Motion; and

WHEREAS, an extension of Defendants' deadline will not alter the date of any other event or deadline already fixed by court order.

NOW THEREFORE, the Parties STIPULATE AND AGREE, by and through their counsel, to extend Defendants' deadline to respond to Plaintiffs' Motion for Appointment of Interim Lead Counsel to January 29, 2024.

The Court notes that the parties reached this agreement on January 17, 2024. The Court cautions parties against seeking extensions on the day of the deadline.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: January 23, 2023

Honorable Araceli Martínez-Olguín
United States District Judge

JOINT STIPULATION & [PROPOSED]
ORDER RE: EXTENSION OF TIME                    1
MASTER FILE NO.3:23-CV-03223-AMO

| | |
|---|---|
| Dated: January 22, 2024 | By:   /s/ Tiffany Cheung<br>      Tiffany Cheung |

**MORRISON & FOERSTER LLP**
MICHAEL A. JACOBS
MJacobs@mofo.com
JOSEPH C. GRATZ
JGratz@mofo.com
TIFFANY CHEUNG
TCheung@mofo.com
JOYCE C. LI
JoyceLi@mofo.com
MELODY E. WONG
MelodyWong@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:   (415) 268-7000
Facsimile:   (415) 268-7522

ALLYSON R. BENNETT
ABennett@mofo.com
ROSE S. LEE
RoseLee@mofo.com
ALEXANDRA M. WARD
AlexandraWard@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California 90017-3543
Telephone:   (213) 892-5200
Facsimile:   (213) 892-5454

**LATHAM & WATKINS LLP**
ANDREW M. GASS
Andrew.Gass@lw.com
JOSEPH R. WETZEL
Joe.Wetzel@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, California  94111
Telephone:    (415) 391-0600

SARANG VIJAY DAMLE (*pro hac vice*)
Sy.Damle@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone:   (202) 637-2200

ALLISON L. STILLMAN (*pro hac vice*)
Alli.Stillman@lw.com
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Telephone:   (212) 751-4864

JOINT STIPULATION & [PROPOSED]
ORDER RE: EXTENSION OF TIME    2
MASTER FILE NO. 3:23-CV-03223-AMO

|  |  |
|---|---|
|  | *Attorneys for Defendants*<br>OPENAI, INC., OPENAI, L.P., OPENAI OPCO, L.L.C., OPENAI GP, L.L.C., OPENAI STARTUP FUND GP I, L.L.C., OPENAI STARTUP FUND I, L.P., AND OPENAI STARTUP FUND MANAGEMENT, LLC |
| Dated: January 22, 2024 | By: */s/ Joseph Saveri*<br>         Joseph Saveri<br><br>**JOSEPH SAVERI LAW FIRM, LLP**<br>JOSEPH R. SAVERI<br>jsaveri@saverilawfirm.com<br>CADIO ZIRPOLI<br>czirpoli@saverilawfirm.com<br>KATHLEEN MCMAHON<br>kmcmahon@saverilawfirm.com<br>CHRISTOPHER YOUNG<br>cyoung@saverilawfirm.com<br>TRAVIS MANFREDI<br>tmanfredi@saverilawfirm.com<br>HOLDEN J. BENON<br>hbenon@saverilawfirm.com<br>JOSEPH SAVERI LAW FIRM, LLP<br>601 California Street, Suite 1000<br>San Francisco, CA 94108<br>Telephone:     (415) 395-9940 |