| | |
|---|---|
| MICHAEL A. JACOBS (CA SBN 111664)<br>MJacobs@mofo.com<br>JOSEPH C. GRATZ (CA SBN 240676)<br>JGratz@mofo.com<br>TIFFANY CHEUNG (CA SBN 211497)<br>TCheung@mofo.com<br>JOYCE C. LI (CA SBN 323820)<br>JoyceLi@mofo.com<br>MELODY E. WONG (SBN 341494)<br>MelodyWong@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street,<br>San Francisco, California  94105-2482<br>Telephone:     (415) 268-7000<br>Facsimile:     (415) 268-7522 | ANDREW M. GASS (SBN 259694)<br>Andrew.Gass@lw.com<br>JOSEPH R. WETZEL (SBN 238008)<br>Joe.Wetzel@lw.com<br>LATHAM & WATKINS LLP<br>505 Montgomery Street, Suite 2000<br>San Francisco, California  94111<br>Telephone:     (415) 391-0600<br><br>SARANG VIJAY DAMLE (*pro hac vice*)<br>Sy.Damle@lw.com<br>LATHAM & WATKINS LLP<br>555 Eleventh Street, NW, Suite 1000<br>Washington, D.C. 20004<br>Telephone:     (202) 637-2200 |
| ALLYSON R. BENNETT (SBN 302090)<br>ABennett@mofo.com<br>ROSE S. LEE (SBN 294658)<br>RoseLee@mofo.com<br>ALEXANDRA M. WARD (SBN 318042)<br>AlexandraWard@mofo.com<br>MORRISON & FOERSTER LLP<br>707 Wilshire Boulevard<br>Los Angeles, California 90017-3543<br>Telephone:     (213) 892-5200<br>Facsimile:     (213) 892-5454 | ALLISON L. STILLMAN (*pro hac vice*)<br>Alli.Stillman@lw.com<br>LATHAM & WATKINS LLP<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Telephone:     (212) 751-4864 |

Attorneys for Defendants
OPENAI, INC., OPENAI, L.P., OPENAI OPCO, L.L.C., OPENAI GP, L.L.C., OPENAI STARTUP FUND GP I, L.L.C., OPENAI STARTUP FUND I, L.P., AND OPENAI STARTUP FUND MANAGEMENT, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPENAI CHATGPT LITIGATION<br><br>This document relates to:<br>Case No. 3:23-cv-03223-AMO<br>Case No. 3:23-cv-03416-AMO | Master File No. 3:23-cv-03223-AMO<br><br>**DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR APPOINTMENT OF INTERIM LEAD COUNSEL**<br><br>Date:  April 24, 2024<br>Time:  2:00 p.m.<br>Courtroom:  Ctrm 10, 19th Floor<br>Judge:  Hon. Araceli Martinez-Olguin |

Defendants OpenAI, Inc., OpenAI, LP, OpenAI OpCo, LLC, OpenAI GP, LLC, OpenAI Startup Fund GP I, LLC, OpenAI Startup Fund I, LP, and OpenAI Startup Fund Management, LLC ("OpenAI") respectfully submit this response to Plaintiffs' Motion for Appointment of Joseph Saveri and the Joseph Saveri Law Firm, LLP as Interim Lead Class Counsel.  (ECF No. 91.)

OpenAI will oppose class certification, and reserves all arguments to challenge class certification, but takes no position at this time on Plaintiffs' motion.  OpenAI reserves the right, however, to seek relief from the Court if the structure proposed by Plaintiffs proves to be inefficient or otherwise improper as the action progresses.  By not opposing Plaintiffs' motion OpenAI does not adopt, agree, or concede the truth of any of Plaintiffs' allegations.

| | |
|---|---|
| Dated: January 29, 2024 | MORRISON & FOERSTER LLP |

By:    */s/ Tiffany Cheung*
        Tiffany Cheung

MICHAEL A. JACOBS
MJacobs@mofo.com
JOSEPH C. GRATZ
JGratz@mofo.com
TIFFANY CHEUNG
TCheung@mofo.com
JOYCE C. LI
JoyceLi@mofo.com
MELODY E. WONG
MelodyWong@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone:    (415) 268-7000
Facsimile:     (415) 268-7522

ALLYSON R. BENNETT
ABennett@mofo.com
ROSE S. LEE
RoseLee@mofo.com
ALEXANDRA M. WARD
AlexandraWard@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California 90017-3543
Telephone:    (213) 892-5200
Facsimile:     (213) 892-5454

| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| 2 | |
| 3 | By:  /s/ Andrew M. Gass<br>    Andrew M. Gass |
| 4 | ANDREW M. GASS<br>Andrew.Gass@lw.com |
| 5 | JOSEPH R. WETZEL<br>Joe.Wetzel@lw.com |
| 6 | LATHAM & WATKINS LLP<br>505 Montgomery Street, Suite 2000 |
| 7 | San Francisco, California 94111<br>Telephone:    (415) 391-0600 |
| 8 | |
| 9 | SARANG VIJAY DAMLE (*pro hac vice*)<br>Sy.Damle@lw.com |
| 10 | LATHAM & WATKINS LLP<br>555 Eleventh Street, NW, Suite 1000 |
| 11 | Washington, D.C. 20004<br>Telephone:    (202) 637-2200 |
| 12 | ALLISON L. STILLMAN (*pro hac vice*) |
| 13 | Alli.Stillman@lw.com<br>LATHAM & WATKINS LLP |
| 14 | 1271 Avenue of the Americas<br>New York, NY 10020 |
| 15 | Telephone:    (212) 751-4864 |
| 16 | *Attorneys for Defendants*<br>OPENAI, INC., OPENAI, L.P., OPENAI |
| 17 | OPCO, L.L.C., OPENAI GP, L.L.C., OPENAI<br>STARTUP FUND GP I, L.L.C., OPENAI |
| 18 | STARTUP FUND I, L.P., AND OPENAI<br>STARTUP FUND MANAGEMENT, LLC |

RESPONSE TO MTN FOR APPOINTMENT
OF INTERIM LEAD COUNSEL                       3
MASTER FILE NO. 3:23-CV-03223-AMO

**ATTESTATION OF CONCURRENCE**

I, Tiffany Cheung, as the ECF user and filer of this document, attest that concurrence in the filing of this document has been obtained from Andrew M. Gass.

Dated: January 29, 2024                                    /s/ Tiffany Cheung
                                                                              Tiffany Cheung

RESPONSE TO MTN FOR APPOINTMENT
OF INTERIM LEAD COUNSEL                              4
MASTER FILE NO. 3:23-CV-03223-AMO