Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K. L. Young (State Bar No. 318371)
Holden Benon (State Bar No. 325847)
Kathleen J. McMahon (State Bar No. 340007)
Aaron Cera (State Bar No. 351163)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile:  (415) 395-9940
Email:  jsaveri@saverilawfirm.com
   czirpoli@saverilawfirm.com
   cyoung@saverilawfirm.com
   hbenon@saverilawfirm.com
   kmcmahon@saverilawfirm.com
   acera@saverilawfirm.com

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone:  (323) 968-2632
Facsimile:  (415) 395-9940
Email:  mb@buttericklaw.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*

[Additional Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPENAI CHATGPT LITIGATION<br><br>This document relates to:<br><br>Case No. 3:23-cv-03223-AMO<br>Case No. 4:23-cv-03416-AMO | Master Case No. 3:23-cv-03223-AMO<br><br>**PLAINTIFFS' REPLY BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR APPOINTMENT OF INTERIM LEAD COUNSEL [ECF NO. 91]**<br><br>Judge: Hon. Araceli Martinez-Olguin<br>Date:  April 4, 2024<br>Time: 2:00 p.m.<br>Courtroom 10 – 19th Floor |

Plaintiffs respectfully submit this brief in support of Plaintiffs' Motion for Appointment of Joseph Saveri and the Joseph Saveri Law Firm, LLP ("JSLF") as Interim Lead Class Counsel ("Motion") (ECF No. 91) and in reply to the response filed by Defendants. Plaintiffs in all cases related to this matter have joined in the Motion.

In their response, Defendants state they do not oppose the Motion. As the Court is aware, Defendants obtained an extension of time to respond to the Motion. ECF Nos. 92, 93. Defendants thus had more than sufficient time to carefully consider the moving papers. Defendants, however, have chosen to "take [] no position at this time on Plaintiffs' motion." ECF No. 95 at 2:8. In essence, Defendants' response amounts to a notice of non-opposition.

No other parties or non-parties have opposed the Motion. Therefore, the Motion should be granted forthwith.

It is in the interests of justice and consistent with sound principles of case management that this Motion should be granted. The Motion would allow Plaintiffs' counsel to continue to work efficiently and expeditiously in an organized fashion.

Plaintiffs thus respectfully request the Court enter their proposed order (ECF No. 91-3).

| | | |
|---|---|---|
| Dated: February 2, 2024 | By: | _/s/Joseph Saveri_ |
| | | Joseph R. Saveri |

Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K. L. Young (State Bar No. 318371)
Holden Benon (State Bar No. 325847)
Kathleen J. McMahon (State Bar No. 340007)
Aaron Cera (State Bar No. 351163)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile:  (415) 395-9940
Email:   jsaveri@saverilawfirm.com
             czirpoli@saverilawfirm.com
             cyoung@saverilawfirm.com
             hbenon@saverilawfirm.com
             kmcmahon@saverilawfirm.com
             acera@saverilawfirm.com

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone:  (323)968-2632
Facsimile:   (415) 395-9940
Email:       mb@buttericklaw.com

Bryan L. Clobes (pro hac vice)
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
205 N. Monroe Street
Media, PA 19063
Telephone:     215-864-2800
Email:         bclobes@caffertyclobes.com

Alexander J. Sweatman (pro hac vice anticipated)
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
135 South LaSalle Street, Suite 3210
Chicago, IL 60603
Telephone:     312-782-4880
Email:         asweatman@caffertyclobes.com

Daniel J. Muller (State Bar No. 193396)
**VENTURA HERSEY & MULLER, LLP**
1506 Hamilton Avenue
San Jose, California 95125
Telephone: (408) 512-3022
Facsimile: (408) 512-3023
Email:       dmuller@venturahersey.com

_Counsel for Individual and Representative Plaintiffs and the Proposed Class_