Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Travis Manfredi (State Bar No. 281779)
Holden Benon (State Bar No. 325847)
Kathleen J. McMahon (State Bar No. 340007)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:     (415) 500-6800
Facsimile:      (415) 395-9940
Email:            jsaveri@saverilawfirm.com
                      czirpoli@saverilawfirm.com
                      cyoung@saverilawfirm.com
                      tmanfredi@saverilawfirm.com
                      hbenon@saverilawfirm.com
                      kmcmahon@saverilawfirm.com

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone:     (323) 968-2632
Facsimile:      (415) 395-9940
Email:            mb@buttericklaw.com

Bryan L. Clobes (*pro hac vice*)
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
205 N. Monroe Street
Media, PA 19063
Telephone:     (215) 864-2800
Email:            bclobes@caffertyclobes.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPENAI CHATGPT LITIGATION<br><br>This document relates to:<br><br>Case No. 3:23-cv-03223-AMO<br>Case No. 4:23-cv-03416-AMO | Master File No. 3:23-cv-03223-AMO<br><br>**NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS** |

Plaintiffs Paul Tremblay, Sarah Silverman, Christopher Golden, Richard Kadrey, Michael Chabon, Ta-Nehisi Coates, Junot Díaz, Andrew Sean Greer, David Henry Hwang, Matthew Klam, Laura Lippman, Rachel Louise Snyder, Ayelet Waldman, and Jacqueline Woodson, on behalf of themselves and all others similarly situated, ("Plaintiffs") submit this Notice of Pendency of Other Action or Proceeding pursuant to Civil Local Rule 3-13.

Plaintiffs are aware that there are three recently-filed lawsuits that involve all or a material part of the same subject matter and substantially all of the same parties as the above-captioned case currently pending before this Court. *See* N.D. Cal. Civil Local Rule 3-13. These cases (collectively, "SDNY Actions") are as follows:

1. *Authors Guild et al. v. Open AI, Inc. et al.*, Case No. 1:23-cv-08292-SHS (S.D.N.Y) ("*Authors Guild* Action");
2. *Alter et al. v. OpenAI, Inc.*, Case No. 1:23-cv-10211-SHS (S.D.N.Y.) ("*Alter* Action");
3. *Basbanes et al. v. Microsoft Corp.*, Case No. 1:24-cv-00084-SHS (S.D.N.Y.) ("*Basbanes* Action").

## I.   DESCRIPTIONS OF THE S.D.N.Y ACTIONS

Following long after the instant action, the SDNY Actions were filed in the United States District Court for the Southern District of New York, each purporting to represent proposed classes which are coextensive with and entirely subsumed by the class proposed in the instant Action. They are each copies of the instant action, some more obvious than others. Plaintiffs in each action allege that OpenAI, Inc. and its affiliated entities committed direct copyright infringement when they made and used copies of Plaintiffs' books—without Plaintiffs' permission—during the process of training OpenAI's language models.

Specifically, on September 19, 2023, the Authors Guild filed a strikingly similar complaint against Defendants OpenAI Inc., OpenAI L.P., OpenAI L.L.C., OpenAI OpCo L.L.C., OpenAI Global L.L.C., OAI Corporation L.L.C., OpenAI Holdings L.L.C., OpenAI Startup Fund I L.P., OpenAI Startup Fund GP I L.L.C. *Authors Guild* Action, ECF No. 1. Like the instant action, the *Authors Guild* Action is brought on behalf of an overlapping, nationwide class of copyright owners. *Authors Guild* Action, ECF No. 67(Amended Complaint), ¶¶ 392-99. Like the Plaintiffs' complaint here, the *Authors Guild* complaint

alleges claims for Copyright Infringement under 17 U.S.C. § 501, Vicarious Copyright Infringement, and Contributory Copyright Infringement. *Id.* at ¶¶ 44-46. In essence, just like this case, the *Authors Guild* Action alleges liability against OpenAI for its act of infringing Plaintiffs' registered Copyrights when training OpenAI's large language models. *Id.*

On November 21, 2023, Julian Sancton filed a substantively similar complaint against Defendants OpenAI, Inc., OpenAI GP, LLC, OpenAI, LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation, LLC, OpenAI Holdings, LLC, and Microsoft Corporation. *Alter* Action, ECF No. 1. Then, on December 19, 2023, Jonathan Alter, Kai Bird, Taylor Branch, Rich Cohen, Eugene Linden, Daniel Okrent, Julian Sancton, Hampton Sides, Stacy Schiff, James Shapiro, Jia Tolentino, and Simon Winchester filed a complaint against those same defendants. *Alter* Action, ECF No. 26 (Amended Complaint). The *Alter* Action also features claims for Copyright Infringement and Contributory Infringement. *Id.* at 33-36. The *Alter* Action asserts these claims on behalf of the same class defined in *Sancton* and purports to represent a nationwide class of all authors, coextensive with the class asserted in the instant action. *Id.*, ¶ 109.

On January 5, 2024, Nicholas Basbanes and Nicholas Ngagoyeanes filed a complaint against Defendants OpenAI, Inc., OpenAI GP, LLC, OpenAI Holdings, LLC, OAI Corporation, LLC, Open AI Global, LLC, OpenAI, LLC, OpenAI OpCo, LLC, and Microsoft Corporation. *Basbanes v. Microsoft Corp.*, No. 24-cv-00084 (S.D.N.Y. Jan. 5, 2024). The *Basbanes* Action also consists of claims for Direct Copyright Infringement, Vicarious Copyright Infringement, and Contributory Copyright Infringement. *Id.* at 26-29. And just like this case and the other SDNY Actions, *Basbanes* asserts these claims on behalf of a nationwide class of all authors. *Id.*, ECF No. 1, ¶¶ 120-21.

II.   **PROCEDURAL POSTURE**

The *Authors Guild* and *Alter* Actions have since been related and consolidated. *Authors Guild* Action, ECF No. 56, 67. While *Basbanes* is not yet consolidated with those two cases, there is nothing indicating it will not soon be consolidated.

Significantly, OpenAI is represented by the same counsel in the SDNY Actions and agrees that each of the SDNY Actions include causes of action that are duplicative of the causes of action at issue in this case. *See* ECF No. 50. Indeed, OpenAI initially intended to bring a motion to dismiss the *Authors*

*Guild* Action under the first-filed rule (*see Authors Guild* Action, ECF No. 31. at ¶ 16), but it apparently decided against that approach.

After extensive argument and briefing, this Court entered the schedule offered by the Plaintiffs, which sequences class certification before summary judgment, i.e., the accepted procedure under Rule 23. ECF No. 65. Thereafter, it appears clear that OpenAI concluded it was in its interest to reverse course and seek agreement to advance the subsequently filed SDNY Actions in exchange for scheduling concessions from those Plaintiffs. *See Authors Guild* Action, ECF No. 65.

The cases and claims arise out of substantially the same subject matter and involve all or nearly all of the same parties. Judicial intervention in the interests of judicial efficiency and economy may be warranted.

Dated: February 6, 2024

By:     */s/ Joseph R. Saveri*
         Joseph R. Saveri

Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Travis Manfredi (State Bar No. 281779)
Holden Benon (State Bar No. 325847)
Kathleen J. McMahon (State Bar No. 340007)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:   (415) 500-6800
Facsimile:    (415) 395-9940
Email:         jsaveri@saverilawfirm.com
               czirpoli@saverilawfirm.com
               cyoung@saverilawfirm.com
               tmanfredi@saverilawfirm.com
               hbenon@saverilawfirm.com
               kmcmahon@saverilawfirm.com

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone:     (323) 968-2632
Facsimile:     (415) 395-9940
Email:         mb@buttericklaw.com

Bryan L. Clobes (pro hac vice)
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
205 N. Monroe Street
Media, PA 19063
Telephone:     215-864-2800
Email:         bclobes@caffertyclobes.com

Alexander J. Sweatman (pro hac vice anticipated)
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
135 South LaSalle Street, Suite 3210
Chicago, IL 60603
Telephone:     312-782-4880
Email:         asweatman@caffertyclobes.com

Daniel J. Muller (State Bar No. 193396)
**VENTURA HERSEY & MULLER, LLP**
1506 Hamilton Avenue
San Jose, California 95125
Telephone: (408) 512-3022
Facsimile: (408) 512-3023
Email:         dmuller@venturahersey.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*