1
2
3
4
5
6
7

8
9

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

10
11
12
13
14
15

IN RE OPENAI CHATGPT LITIGATION

This document relates to:

Case No. 3:23-cv-03416-AMO
Case No. 3:23-cv-04625-AMO

Master File No. 3:23-cv-03223-AMO

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO ENJOIN DEFENDANTS AND THEIR COUNSEL FROM PROCEEDING IN SUBSTANTIALLY SIMILAR CASES IN THE SOUTHERN DISTRICT OF NEW YORK**

16
17
18
19
20
21
22
23
24
25
26
27
28

Master File No. 3:23-cv-03223-AMO

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO ENJOIN DEFENDANTS AND THEIR COUNSEL FROM PROCEEDING IN SUBSTANTIALLY SIMILAR CASES IN THE SOUTHERN DISTRICT OF NEW YORK

Before the Court is Plaintiffs' Motion to Enjoin Defendants and Their counsel from Proceeding in Substantially Similar Cases in the Southern District of New York.

The Court finds that the instant action was filed before the actions captioned *Authors Guild et al. v. Open AI, Inc. et al*, Case No. 1:23-cv-08292-SHS (S.D.N.Y.); *Alter et al. v. OpenAI, Inc.et al.*, Case No. 1:23-cv-10211-SHS (S.D.N.Y.); *Basbanes et al. v. Microsoft Corp. et al.*, Case No. 1:24-cv-00084-SHS (S.D.N.Y.); and *The N.Y. Times v. Microsoft Corp. et al.*, Case No. 23-cv-11195 (S.D.N.Y.) (collectively, "S.D.N.Y. Actions").

The Court also finds that the parties, facts, claims and issues in the S.D.N.Y. Actions are substantially similar to those in the instant action for the purposes of the first-filed rule.

Accordingly, the Court finds the first-filed rule to apply to the subsequent-filed S.D.N.Y. Actions. The Defendants, their affiliate entities, and their counsel are enjoined from proceeding in the subsequently-filed actions captioned *Authors Guild et al. v. Open AI, Inc. et al.*, Case No. 1:23-cv-08292-SHS (S.D.N.Y.); *Alter et al. v. OpenAI, Inc. et al.*, Case No. 1:23-cv-10211-SHS (S.D.N.Y.); *Basbanes et al. v. Microsoft Corp. et al.*, Case No. 1:24-cv-00084-SHS (S.D.N.Y.); and *The N.Y. Times Co. v. Microsoft Corp. et al.*, Case No. 1:23-cv-11195 (S.D.N.Y.).

The Court therefore GRANTS Plaintiffs' Motion to Enjoin Defendants from Proceeding in Substantially Similar Cases in the Southern District of New York.

IT IS SO ORDERED.

Dated:

                                                    Hon. Araceli Martínez-Olguín
                                                    United States District Judge

Master File No. 3:23-cv-03223-AMO     1

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO ENJOIN DEFENDANTS AND THEIR COUNSEL FROM PROCEEDING IN SUBSTANTIALLY SIMILAR CASES IN THE SOUTHERN DISTRICT OF NEW YORK