Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Travis Manfredi (State Bar No. 281779)
Holden Benon (State Bar No. 325847)
Kathleen J. McMahon (State Bar No. 340007)
Aaron Cera (State Bar No. 351163)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:     (415) 500-6800
Facsimile:      (415) 395-9940
Email:            jsaveri@saverilawfirm.com
                      czirpoli@saverilawfirm.com
                      cyoung@saverilawfirm.com
                      tmanfredi@saverilawfirm.com
                      hbenon@saverilawfirm.com
                      kmcmahon@saverilawfirm.com
                      acera@saverilawfirm.com

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone:    (323) 968-2632
Facsimile:     (415) 395-9940
Email:           mb@butvericklaw.com

Bryan L. Clobes (*pro hac vice*)
**CAFFERTY CLOBES MERIWETHER
& SPRENGEL LLP**
205 N. Monroe Street
Media, PA 19063
Telephone:    (215) 864-2800
Email:           bclobes@caffertyclobes.com

*Counsel for Individual and Representative
Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPENAI CHATGPT LITIGATION<br><br>This document relates to:<br>Case No. 3:23-cv-03223-AMO<br>Case No. 3:23-cv-03416-AMO<br>Case No. 3:23-cv-04625-AMO | Lead Case No. 3:23-cv-03223-AMO<br><br>**DECLARATION OF JOSEPH R. SAVERI IN SUPPORT OF [PROPOSED] STIPULATED PROTECTIVE ORDER FOR LITIGATION INVOLVING PATENTS, HIGHLY SENSITIVE CONFIDENTIAL INFORMATION AND/OR TRADE SECRETS** |

Lead Case No. 3:23-cv-03223-AMO

DECL. OF JOSEPH R. SAVERI ISO [PROPOSED] STIPULATED PROTECTIVE ORDER FOR LITIGATION
INVOLVING PATENTS, HIGHLY SENSITIVE CONFIDENTIAL INFORMATION AND/OR TRADE SECRETS

I, Joseph R. Saveri, declare as follows:

1. I am the Founder of the Joseph Saveri Law Firm, LLP ("JSLF") and am its Managing Partner. I am a counsel of record for Plaintiffs in this action, which is now pending in this Court. I have personal knowledge of the matters stated herein and, if called upon, could competently testify thereto. I make this declaration pursuant to 28 U.S.C. Section 1746 and Section I.4 of this Court's Standing Order for Civil Cases in support of the [Proposed] Stipulated Protective Order for Litigation Involving Patents, Highly Sensitive Confidential Information and/or Trade Secrets ("Stipulation").

2. Attached hereto as **Exhibit 1** is a true and correct copy of a version of the Stipulation showing in redline the Parties' substantive deviations from the Northern District's Model Protective Order for Litigation Involving Patents, Highly Sensitive Confidential Information and/or Trade Secrets ("Model Order").[1]

3. The only substantive difference between the Model Order and the Stipulation that is not either elimination of language denoted as optional or inclusion of alternative language included in the Model Order is in footnote 14 to Section 9(b).[2] Specifically, the Parties accepted alternative language in the Model Order's footnote allowing Designated House Counsel to view derivative materials. The Parties also added a provision that reads: "The Parties will work together in good faith to ensure that Designated House Counsel has a reasonable opportunity to review draft papers in advance of their service or filing." The purpose of this provision is to set clear guidelines for the Parties to follow and avoid unnecessary disputes over the logistical aspects of disclosure of SOURCE-CODE-derivative materials with Designated House Counsel.

---

[1] Available at https://cand.uscourts.gov/forms/model-protective-orders/#:~:text=Model%20Protective%20Order%20for%20Litigation%20Involving%20Patents%2C%20Highly%20Sensitive%20Confidential%20Information%20and/or%20Trade%20Secrets

[2] In the clean version of the Stipulation, this becomes footnote 2.

1   I declare under penalty of perjury that the foregoing is true and correct. Executed on February 14,
2   2024.

3                                                 */s/ Joseph R. Saveri*
4                                                   Joseph R. Saveri