**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE OPENAI CHATGPT LITIGATION<br><br>This document relates to:<br><br>All Actions | Master File No. 3:23-cv-03223-AMO<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO SHORTEN TIME TO HEAR THEIR MOTION TO ENJOIN DEFENDANTS AND THEIR COUNSEL FROM PROCEEDING IN SUBSTANTIALLY SIMILAR CASES IN THE SOUTHERN DISTRICT OF NEW YORK** |

Before the Court is Plaintiffs' Motion for an Order shortening time to hear their Motion to Enjoin Defendants and Their Counsel from Proceeding in Substantially Similar Cases in the Southern District of New York ("Motion to Enjoin").

The Court finds that good cause exists to hear the Motion to Enjoin on a shortened basis. Accordingly, the Court will hear the Motion to Enjoin on March 7, 2024, at 2:00pm. The Parties shall continue to follow the briefing schedule imposed by Local Rule 7-3. Specifically, any opposition shall be filed by February 22, 2024. Any reply shall be filed by February 29, 2024.

The Court therefore GRANTS Plaintiffs' Motion to Shorten Time to Hear Their Motion to Enjoin Defendants and Their Counsel from Proceeding in Substantially Similar Cases in the Southern District of New York.

IT IS SO ORDERED.

Dated:

                                                Hon. Araceli Martínez-Olguín
                                                United States District Judge

Master File No. 3:23-cv-03223-AMO       1

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO SHORTEN TIME TO HEAR THEIR MOTION TO ENJOIN DEFENDANTS AND THEIR COUNSEL FROM PROCEEDING IN SUBSTANTIALLY SIMILAR CASES IN THE SOUTHERN DISTRICT OF NEW YORK