| | |
|---|---|
| **MORRISON & FOERSTER LLP**<br>Michael A. Jacobs (SBN 111664)<br> mjacobs@mofo.com<br>Joseph C. Gratz (SBN 240676)<br> jgratz@mofo.com<br>Tiffany Cheung (SBN 211497)<br> tcheung@mofo.com<br>Rose S. Lee (SBN 294658)<br> roselee@mofo.com<br>Joyce C. Li (SBN 323820)<br> joyceli@mofo.com<br>Melody Ellen Wong (SBN 341494)<br> melodywong@mofo.com<br>425 Market Street<br>San Francisco, CA 94105<br>Telephone: 415.258.7522<br><br>Allyson R. Bennett (SBN 302090)<br> abennett@mofo.com<br>Alexandra Marie Ward (SBN 318042)<br> alexandraward@mofo.com<br>707 Wilshire Boulevard, Suite 6000<br>Los Angeles, CA 90017-3543<br>Telephone: 213.892.5454 | **LATHAM & WATKINS LLP**<br>Andrew M. Gass (SBN 259694)<br> andrew.gass@lw.com<br>Joseph R. Wetzel (SBN 238008)<br> joseph.wetzel@lw.com<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111<br>Telephone: 415.391.0600<br><br>Sarang V. Damle (*pro hac vice*)<br> sy.damle@lw.com<br>555 Eleventh Street, NW, Suite 1000<br>Washington, D.C. 20004<br>Telephone: 202.637.2200<br><br>Allison L. Stillman (*pro hac vice*)<br> alli.stillman@lw.com<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Telephone: 212.751.4864<br><br>*Attorneys for Defendants OpenAI, Inc., OpenAI, L.P., OpenAI OpCo, L.L.C., OpenAI GP, L.L.C., OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., and OpenAI Startup Fund Management, LLC* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPENAI CHATGPT LITIGATION<br><br>This Document Relates To:<br><br>Case No. 3:23-cv-03223-AMO<br>Case No. 4:23-cv-03416-AMO<br>Case No. 3:23-cv-04625-AMO | Master File No. 3:23-cv-03223-AMO<br><br>**DEFENDANTS' STATEMENT OF NON-OPPOSITION TO PLAINTIFFS' MOTION TO SHORTEN TIME** |

Pursuant to this Court's Order of February 22, 2024 (ECF No. 110), Defendants OpenAI, Inc., OpenAI, L.P., OpenAI OpCo, L.L.C., OpenAI GP, L.L.C., OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I L.P., and OpenAI Startup Fund Management, LLC hereby state that they do not oppose Plaintiffs' "Motion to Shorten Time to Hear their Motion to Enjoin Defendants and Their Counsel from Proceeding in Substantial Similar Cases in the Southern District of New York" (ECF No. 109) (the "Timing Motion" and "Underlying Motion," respectively). Defendants reserve their arguments that the Underlying Motion should be denied, as explained in their recently filed opposition (ECF No. 111).

Dated: February 23, 2024

Respectfully submitted,

By: */s/ Andrew M. Gass*

MORRISON & FOERSTER LLP
Michael A. Jacobs (SBN 111664)
 mjacobs@mofo.com
Joseph C. Gratz (SBN 240676)
 jgratz@mofo.com
Tiffany Cheung (SBN 211497)
 tcheung@mofo.com
Rose S. Lee (SBN 294658)
 roselee@mofo.com
Joyce C. Li (SBN 323820)
 joyceli@mofo.com
Melody Ellen Wong (SBN 341494)
 melodywong@mofo.com
425 Market Street
San Francisco, CA 94105
Telephone: 415.258.7522

Allyson R. Bennett (SBN 302090)
 abennett@mofo.com
Alexandra Marie Ward (SBN 318042)
 alexandraward@mofo.com
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017-3543
Telephone: 213.892.5454

LATHAM & WATKINS LLP
Andrew M. Gass (SBN 259694)
 andrew.gass@lw.com
Joseph R. Wetzel (SBN 238008)
 joseph.wetzel@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: 415.391.0600

Sarang V. Damle (*pro hac vice*)
 sy.damle@lw.com
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: 202.637.2200

Allison L. Stillman (*pro hac vice*)
 alli.stillman@lw.com
1271 Avenue of the Americas
New York, NY 10020
Telephone: 212.751.4864

*Attorneys for OpenAI Defendants*

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

DEFENDANTS' STATEMENT OF
NON-OPPOSITION TO MOT. TO SHORTEN TIME
MASTER FILE NO. 23-CV-03223-AMO