| | |
|---|---|
| MICHAEL A. JACOBS (CA SBN 111664)<br>MJacobs@mofo.com<br>JOSEPH C. GRATZ (CA SBN 240676)<br>JGratz@mofo.com<br>TIFFANY CHEUNG (CA SBN 211497)<br>TCheung@mofo.com<br>JOYCE C. LI (CA SBN 323820)<br>JoyceLi@mofo.com<br>MELODY E. WONG (SBN 341494)<br>MelodyWong@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street,<br>San Francisco, California  94105-2482<br>Telephone:    (415) 268-7000<br>Facsimile:    (415) 268-7522<br><br>ALLYSON R. BENNETT (SBN 302090)<br>ABennett@mofo.com<br>ROSE S. LEE (SBN 294658)<br>RoseLee@mofo.com<br>ALEXANDRA M. WARD (SBN 318042)<br>AlexandraWard@mofo.com<br>MORRISON & FOERSTER LLP<br>707 Wilshire Boulevard<br>Los Angeles, California 90017-3543<br>Telephone:    (213) 892-5200<br>Facsimile:    (213) 892-5454 | ANDREW M. GASS (SBN 259694)<br>Andrew.Gass@lw.com<br>JOSEPH R. WETZEL (SBN 238008)<br>Joe.Wetzel@lw.com<br>LATHAM & WATKINS LLP<br>505 Montgomery Street, Suite 2000<br>San Francisco, California  94111<br>Telephone:    (415) 391-0600<br><br>SARANG VIJAY DAMLE (*pro hac vice*)<br>Sy.Damle@lw.com<br>LATHAM & WATKINS LLP<br>555 Eleventh Street, NW, Suite 1000<br>Washington, D.C. 20004<br>Telephone:    (202) 637-2200<br><br>ALLISON L. STILLMAN (*pro hac vice*)<br>Alli.Stillman@lw.com<br>LATHAM & WATKINS LLP<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Telephone:    (212) 751-4864 |

Attorneys for Defendants
OPENAI, INC., OPENAI, L.P., OPENAI OPCO, L.L.C., OPENAI GP, L.L.C., OPENAI STARTUP FUND GP I, L.L.C., OPENAI STARTUP FUND I, L.P., AND OPENAI STARTUP FUND MANAGEMENT, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPENAI CHATGPT LITIGATION | Case No. 3:23-cv-03223-AMO<br><br>**NOTICE OF WITHDRAWAL AS COUNSEL OF RECORD**<br><br>Judge:  Hon. Araceli Martinez-Olguin |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that attorney Michael A. Jacobs of the law firm Morrison & Foerster LLP withdraws his appearance as counsel for Defendants OPENAI, INC., OPENAI, L.P., OPENAI OPCO, L.L.C., OPENAI GP, L.L.C., OPENAI STARTUP FUND GP I, L.L.C., OPENAI STARTUP FUND I, L.P., and OPENAI STARTUP FUND MANAGEMENT, LLC ("the OpenAI Defendants") in the above-captioned case. Mr. Jacobs is leaving the law firm Morrison & Foerster LLP. I and other attorneys of record at Morrison & Foerster LLP will continue to represent the OpenAI Defendants in this case.

OPENAI, INC., OPENAI, L.P., OPENAI OPCO, L.L.C., OPENAI GP, L.L.C., OPENAI STARTUP FUND GP I, L.L.C., OPENAI STARTUP FUND I, L.P., and OPENAI STARTUP FUND MANAGEMENT, LLC respectfully requests that Michael A. Jacobs be removed from the Court's service list in this matter. Copies of all pleadings and notices pertaining to the above-entitled matter should continue to be forwarded to all other attorneys of record for OPENAI, INC., OPENAI, L.P., OPENAI OPCO, L.L.C., OPENAI GP, L.L.C., OPENAI STARTUP FUND GP I, L.L.C., OPENAI STARTUP FUND I, L.P., and OPENAI STARTUP FUND MANAGEMENT, LLC.

Dated: February 29, 2024                         MORRISON & FOERSTER LLP

                                                 By:  /s/ Rose S. Lee
                                                      ROSE S. LEE