| | | |
|---|---|---|
| 1 | JOSEPH C. GRATZ (CA SBN 240676) | ANDREW M. GASS (SBN 259694) |
| | JGratz@mofo.com | Andrew.Gass@lw.com |
| 2 | TIFFANY CHEUNG (CA SBN 211497) | JOSEPH R. WETZEL (SBN 238008) |
| | TCheung@mofo.com | Joe.Wetzel@lw.com |
| 3 | JOYCE C. LI (CA SBN 323820) | LATHAM & WATKINS LLP |
| | JoyceLi@mofo.com | 505 Montgomery Street, Suite 2000 |
| 4 | MELODY E. WONG (SBN 341494) | San Francisco, California  94111 |
| | MelodyWong@mofo.com | Telephone:     (415) 391-0600 |
| 5 | MORRISON & FOERSTER LLP | |
| | 425 Market Street, | SARANG VIJAY DAMLE (*pro hac vice*) |
| 6 | San Francisco, California  94105-2482 | Sy.Damle@lw.com |
| | Telephone:     (415) 268-7000 | LATHAM & WATKINS LLP |
| 7 | Facsimile:      (415) 268-7522 | 555 Eleventh Street, NW, Suite 1000 |
| | | Washington, D.C. 20004 |
| 8 | ALLYSON R. BENNETT (SBN 302090) | Telephone:     (202) 637-2200 |
| | ABennett@mofo.com | |
| 9 | ROSE S. LEE (SBN 294658) | ALLISON L. STILLMAN (*pro hac vice*) |
| | RoseLee@mofo.com | Alli.Stillman@lw.com |
| 10 | ALEXANDRA M. WARD (SBN 318042) | LATHAM & WATKINS LLP |
| | AlexandraWard@mofo.com | 1271 Avenue of the Americas |
| 11 | MORRISON & FOERSTER LLP | New York, NY 10020 |
| | 707 Wilshire Boulevard | Telephone:     (212) 751-4864 |
| 12 | Los Angeles, California 90017-3543 | |
| | Telephone:    (213) 892-5200 | |
| 13 | Facsimile:     (213) 892-5454 | |

Attorneys for Defendants
OPENAI, INC., OPENAI, L.P., OPENAI OPCO, L.L.C., OPENAI GP, L.L.C., OPENAI STARTUP FUND GP I, L.L.C., OPENAI STARTUP FUND I, L.P., AND OPENAI STARTUP FUND MANAGEMENT, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPENAI CHATGPT LITIGATION | Master File No. 3:23-cv-03223-AMO |
| This document relates to:<br>All Actions | **NOTICE OF APPEARANCE BY MAX I. LEVY** |

NOTICE OF APPEARANCE
MASTER FILE NO. 23-CV-03223-AMO

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE of the appearance of Max I. Levy of the law offices of Morrison & Foerster LLP, as counsel of record for and on behalf of Defendants OpenAI, Inc., OpenAI, L.P., OpenAI OpCo, L.L.C., OpenAI GP, L.L.C., OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., and OpenAI Startup Fund Management, LLC in the above-entitled matter for the purpose of receiving notices and orders from the Court. Copies of all pleadings and notices pertaining to the above-entitled action not otherwise filed through the Court's electronic filing system should be forwarded to counsel at the following address:

>Max I. Levy
>MORRISON & FORESTER LLP
>755 Page Mill Road
>Palo Alto, California 94304-1018
>
>Telephone:  650.813.5600
>Facsimile:  650.494.0792
>Email:      MLevy@mofo.com

Dated: March 1, 2024					MORRISON & FOERSTER LLP

By:  /s/ Max I. Levy
     Max I. Levy

Attorneys for Defendants
OPENAI, INC., OPENAI, L.P., OPENAI OPCO, L.L.C., OPENAI GP, L.L.C., OPENAI STARTUP FUND GP I, L.L.C., OPENAI STARTUP FUND I, L.P., AND OPENAI STARTUP FUND MANAGEMENT, LLC