| | |
|---|---|
| JOSEPH C. GRATZ (CA SBN 240676)<br>JGratz@mofo.com<br>TIFFANY CHEUNG (CA SBN 211497)<br>TCheung@mofo.com<br>JOYCE C. LI (CA SBN 323820)<br>JoyceLi@mofo.com<br>MELODY E. WONG (SBN 341494)<br>MelodyWong@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street,<br>San Francisco, California 94105-2482<br>Telephone:  (415) 268-7000<br>Facsimile:  (415) 268-7522<br><br>ALLYSON R. BENNETT (CA SBN 302090)<br>ABennett@mofo.com<br>ROSE S. LEE (CA SBN 294658)<br>RoseLee@mofo.com<br>ALEXANDRA M. WARD (CA SBN 318042)<br>AlexandraWard@mofo.com<br>MORRISON & FOERSTER LLP<br>707 Wilshire Boulevard<br>Los Angeles, California 90017-3543<br>Telephone:  (213) 892-5200<br>Facsimile:  (213) 892-5454<br>[CAPTION CONTINUED ON NEXT PAGE] | ANDREW M. GASS (SBN 259694)<br>Andrew.Gass@lw.com<br>JOSEPH R. WETZEL (SBN 238008)<br>Joe.Wetzel@lw.com<br>LATHAM & WATKINS LLP<br>505 Montgomery Street, Suite 2000<br>San Francisco, California 94111<br>Telephone:  (415) 391-0600<br><br>SARANG VIJAY DAMLE (*pro hac vice*)<br>Sy.Damle@lw.com<br>LATHAM & WATKINS LLP<br>555 Eleventh Street, NW, Suite 1000<br>Washington, D.C. 20004<br>Telephone:  (202) 637-2200<br><br>ALLISON L. STILLMAN (*pro hac vice*)<br>Alli.Stillman@lw.com<br>LATHAM & WATKINS LLP<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Telephone:  (212) 751-4864 |

Attorneys for Defendants
OPENAI, INC., OPENAI, L.P., OPENAI OPCO, L.L.C., OPENAI GP, L.L.C., OPENAI STARTUP FUND GP I, L.L.C., OPENAI STARTUP FUND I, L.P., AND OPENAI STARTUP FUND MANAGEMENT, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPENAI CHATGPT LITIGATION<br><br>This document relates to:<br>All Actions<br>Case No. 3:23-cv-03223-AMO<br>Case No. 4:23-cv-03416-AMO<br>Case No. 4:23-cv-04625-AMO | Master File No. 3:23-cv-03223-AMO<br><br>**NOTICE OF APPEARANCE** |

NOTICE OF APPEARANCE
MASTER FILE NO.3:23-CV-03223-AMO

1  MAX I. LEVY (CA SBN 346289)
   MLevy@mofo.com
2  MORRISON & FORESTER LLP
   755 Page Mill Road
3  Palo Alto, CA 94304-1018
   Telephone:   (650) 813-5600
4  Facsimile:   (650) 494-0792

5  ERIC K. NIKOLAIDES (*pro hac vice*)
   ENikolaides@mofo.com
6  MORRISON & FORESTER LLP
   250 West 55th Street
7  New York, NY 10019-9601
   Telephone:   (212) 468-8000
8  Facsimile:   (212) 468-7900

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF APPEARANCE
MASTER FILE NO. 3:23-CV-03223-AMO

1  TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE of the appearance of Vera Ranieri of the law offices of Morrison & Foerster LLP, as counsel of record for and on behalf of Defendants OpenAI, Inc., OpenAI, L.P., OpenAI OpCo, L.L.C., OpenAI GP, L.L.C., OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., and OpenAI Startup Fund Management, LLC in the above-entitled matter for the purpose of receiving notices and orders from the Court.  Copies of all pleadings and notices pertaining to the above-entitled action not otherwise filed through the Court's electronic filing system should be forwarded to counsel at the following address:

> Vera Ranieri
> MORRISON & FORESTER LLP
> 425 Market Street
> San Francisco, California 94105-2482
> Telephone: 415.268.7000
> Facsimile: 415.268.7522
> Email: vranieri@mofo.com

Dated: March 13, 2024                    MORRISON & FOERSTER LLP

                                         By:  /s/ Vera Ranieri
                                              VERA RANIERI

                                         *Attorneys for Defendants*
                                         OPENAI, INC., OPENAI, L.P., OPENAI
                                         OPCO, L.L.C., OPENAI GP, L.L.C., OPENAI
                                         STARTUP FUND GP I, L.L.C., OPENAI
                                         STARTUP FUND I, L.P., AND OPENAI
                                         STARTUP FUND MANAGEMENT, LLC

sf-5826420