# Exhibit A
# Infringed Works

```
Type of Work:       Text

Registration Number / Date:
                    TX0008603530 / 2018-07-13

Application Title: THE CABIN AT THE END OF THE WORLD.

Title:              THE CABIN AT THE END OF THE WORLD.

Description:        Book, 272 p.

Copyright Claimant:
                    Paul Tremblay.

Date of Creation:   2018

Date of Publication:
                    2018-06-01

Nation of First Publication:
                    United States

Authorship on Application:
                    Paul Tremblay; Domicile: United States; Citizenship: United
                       States. Authorship: text.

Names:              Tremblay, Paul
```

```
Type of Work:        Text

Registration Number / Date:
                     TX0007188321 / 2010-06-02

Application Title: The Bedwetter.

Title:               The Bedwetter.

Description:         Book, 240 p.

Copyright Claimant:
                     Sarah Silverman.

Date of Creation:    2010

Date of Publication:
                     2010-04-01

Nation of First Publication:
                     United States

Authorship on Application:
                     Sarah Silverman; Domicile: United States; Citizenship:
                        United States. Authorship: text.

Names:               Silverman, Sarah
```

```
Type of Work:        Text

Registration Number / Date:
                     TX0008471412 / 2017-09-05

Application Title: ARARAT.

Title:               ARARAT.

Description:         Book, 305 p.

Copyright Claimant:
                     CHRISTOPHER GOLDEN.

Date of Creation:    2016

Date of Publication:
                     2017-03-29

Nation of First Publication:
                     United States

Authorship on Application:
                     CHRISTOPHER GOLDEN; Domicile: not known. Authorship: text.

Names:               GOLDEN, CHRISTOPHER
```

```
Type of Work:        Text

Registration Number / Date:
                     TX0007044052 / 2009-08-25

Application Title: Sandman Slim.

Title:               Sandman Slim.

Description:         Book, 388 p.

Copyright Claimant:
                     Richard Kadrey.

Date of Creation:    2009

Date of Publication:
                     2009-08-01

Nation of First Publication:
                     United States

Authorship on Application:
                     Richard Kadrey; Domicile: United States; Citizenship:
                        United States. Authorship: text.

Names:               Kadrey, Richard
```

```
Type of Work:        Text

Registration Number / Date:
                     TX0008806177 / 2019-10-04

Application Title: THE WATER DANCER    A Novel.

Title:               THE WATER DANCER    A Novel.

Description:         Book, 403 p.

Copyright Claimant:
                     BCP Literary, Inc., Transfer: By written agreement.

Date of Creation:    2019

Date of Publication:
                     2019-09-24

Nation of First Publication:
                     United States

Authorship on Application:
                     Ta-Nehisi Coates; Citizenship: United States. Authorship:
                        text.

Pre-existing Material:
                     Text from other sources.

Basis of Claim:      text.

Rights and Permissions:
                     One World, 1745 Broadway, 5th Floor, New York, NY, 10019,
                        United States

ISBN:                9780399590597

Names:               Coates, Ta-Nehisi
                     BCP Literary, Inc.
```

```
Type of Work:        Text

Registration Number / Date:
                     TX0006915029 / 2007-11-06

Application Title: THE BRIEF WONDROUS LIFE OF OSCAR WAO.

Title:               THE BRIEF WONDROUS LIFE OF OSCAR WAO.

Description:         Book, 339 p.

Copyright Claimant:
                     Junot  Diaz.

Date of Creation:    2006

Date of Publication:
                     2007-09-06

Nation of First Publication:
                     United States

Authorship on Application:
                     Junot  Diaz; Citizenship: United States. Authorship: entire
                        text (excluding portions published as a short story)

Names:               Diaz, Junot
```

```
Type of Work:        Text

Registration Number / Date:
                     TX0005956484 / 2004-05-05

Title:               The confessions of Max Tivoli / Andrew Sean Greer.

Edition:             1st ed.

Imprint:             New York : Farrar, Straus & Giroux,  2004.

Description:         267 p.

Copyright Claimant:
                     Andrew Sean Greer

Date of Creation:    2003

Date of Publication:
                     2004-02-05

Names:               Greer, Andrew Sean
```

```
Type of Work:        Dramatic Work and Music; or Choreography

Registration Number / Date:
                     PAu000364411 / 1982-01-11

Title:               The Dance and the railroad / by David Henry Hwang.

Description:         64 p.

Notes:               A play in 5 scenes.

Copyright Claimant:
                     David Henry Hwang

Date of Creation:    1981

Names:               Hwang, David Henry, 1957-
```

```
Type of Work:        Text

Registration Number / Date:
                     TX0008480316 / 2017-10-12

Application Title: WHO IS RICH?  A Novel.

Title:               WHO IS RICH?  A Novel.

Description:         Book, 321 p.

Copyright Claimant:
                     Matthew Klam.

Date of Creation:    2017

Date of Publication:
                     2017-07-04

Nation of First Publication:
                     United States

Authorship on Application:
                     Matthew Klam; Citizenship: United States. Authorship: text.

Pre-existing Material:
                     Illustrations by John S. Cuneo.

Basis of Claim:      text.

Rights and Permissions:
                     Penguin Random House LLC, 1745 Broadway, 15th Floor, New
                       York, NY, 10019, United States

ISBN:                9780812997989

Names:               Klam, Matthew
```

```
Type of Work:        Text

Registration Number / Date:
                     TX0006554453 / 2007-04-05

Title:               What the dead know.

Copyright Claimant:
                     Laura Lippman

Date of Creation:    2007

Date of Publication:
                     2007-03-01

Copyright Note:      Cataloged from appl. only.

Names:               Lippman, Laura
```

```
Type of Work:        Text

Registration Number / Date:
                     TX0007838965 / 2014-01-30

Application Title:   What We've Lost is Nothing.

Title:               What We've Lost is Nothing.

Description:         Book.

Copyright Claimant:
                     Rachel Louise Snyder.

Date of Creation:    2014

Date of Publication:
                     2014-01-21

Nation of First Publication:
                     United States

Authorship on Application:
                     Rachel Louise Snyder; Citizenship: United States.
                        Authorship: text.

Pre-existing Material:
                     Excerpts from "Fifth Avenue Uptown: A Letter From Harlem"
                        by James Baldwin.

Basis of Claim:      text.

Rights and Permissions:
                     Simon & Schuster Permissions Dept., c/o Simon & Schuster,
                        Inc., 1230 Avenue of the Americas, New York, NY, 10020,
                        United States, (212) 698-7284

ISBN:                9781476725178

Names:               Snyder, Rachel Louise
```

```
Type of Work:        Text

Registration Number / Date:
                     TX0008741080 / 2019-04-03

Application Title: BROWN GIRL DREAMING.

Title:               BROWN GIRL DREAMING.

Description:         Book, 349 p.

Copyright Claimant:
                     Jaqueline Woodson.

Date of Creation:    2016

Date of Publication:
                     2016-10-11

Nation of First Publication:
                     United States

Authorship on Application:
                     Jacqueline Woodson; Citizenship: United States. Authorship:
                        additional poems.

Previous Registration:
                     2014, TX 7-957-319.

Pre-existing Material:
                     prior edition.

Basis of Claim:      additional poems.

Names:               Woodson, Jacqueline
                     Woodson, Jaqueline
```