# Exhibit B
# Outputs

**PROMPT:**

Summarize in detail the first part of "The Cabin at the End of the World" by Paul Tremblay

**OUTPUT:**

"The Cabin at the End of the World" by Paul Tremblay is a psychological horror novel that opens with a tense and unsettling premise. This summary covers the early parts of the novel:

The story begins with seven-year-old Wen, the adopted Chinese daughter of a gay couple, Andrew and Eric, who have decided to spend their vacation at a remote cabin in Northern New Hampshire. The area is completely secluded, the perfect place for the family to unwind without distractions. While her dads are inside the cabin, Wen is outside, capturing grasshoppers and naming them in her ongoing cataloging effort.

While she's occupied with this, a large, friendly, but vaguely unnerving stranger named Leonard unexpectedly arrives. He strikes up a conversation with Wen, who warms up to him despite her initial reservations. Leonard is soft-spoken and gentle, but there's an air of unease about him. Just when Leonard earns Wen's trust, the story takes a sinister turn.

Leonard apologizes to Wen for what's about to happen, and his previously disarming demeanor suddenly becomes deeply unsettling. He tells Wen that none of what is about to transpire is her fault, and he urges her to warn her parents. His cryptic message becomes more troubling when three more people — Sabrina, Adriane, and Redmond — approach the cabin, carrying ominous homemade weapons.

Meanwhile, inside the cabin, Andrew and Eric are wrestling with their own tensions and anxieties. The narrative builds a vivid picture of their relationship and their love for their daughter. When Wen bursts in, warning them about the approaching strangers, they are initially skeptical but quickly become concerned when they see the look of fear in Wen's eyes and the sight of the strangers outside their cabin.

When the strangers finally confront Andrew, Eric, and Wen, they deliver a chilling message. They claim that they've been sent to deliver a prophecy: unless one of the family members willingly sacrifices their life, an apocalyptic disaster will befall the world. The invaders insist they aren't there to hurt the family, but their message sends a ripple of fear and uncertainty through the cabin.

In these early parts of the novel, Tremblay skilfully creates an escalating sense of dread and tension, playing with themes of home invasion, sacrifice, and the limits of familial love. The isolated setting adds to the novel's overall atmosphere of suspense and fear.

The unknown intentions of the strangers and their horrifying prophecy set the stage for a psychological and emotional battle that will unfold throughout the rest of the story.

**PROMPT:**

Summarize in detail the next part of "The Cabin at the End of the World" by Paul Tremblay

**OUTPUT:**

Following the tense setup in the initial part of the book, the narrative in "The Cabin at the End of the World" by Paul Tremblay takes a dark and suspenseful turn in its next chapters.

After the revelation of the prophesy by Leonard, Sabrina, Adriane, and Redmond, Andrew and Eric are understandably skeptical, yet terrified. They attempt to defuse the situation and protect Wen. However, their efforts are fruitless. The strangers manage to force their way into the cabin, establishing an air of simmering menace.

Leonard continues to be the spokesperson for the group, insisting that they aren't evil but have been chosen to deliver and execute this horrifying prophecy. He repeatedly asserts that this isn't a random home invasion, and they've been guided to Andrew, Eric, and Wen specifically.

During their confinement, the strangers share their personal stories and their experiences of the visions that led them to the cabin. Despite their seemingly earnest belief in the prophecy, their revelations only increase the tension and psychological horror. Andrew and Eric grapple with disbelief, shock, and mounting fear. They try to find a way out of the situation, even contemplating escape or confrontation.

As the hours pass in the cabin, the pressure escalates. The strain of the situation brings underlying tensions in Andrew and Eric's relationship to the surface, and they struggle to navigate their differing reactions to the crisis. Wen, though terrified, shows a surprising amount of resilience and courage in dealing with the strangers.

The next part of the book also includes intermittent sections detailing a series of bizarre and cataclysmic events happening worldwide, which seem to lend credibility to the prophecy and up the stakes of the situation in the cabin. These global events coincide with the timeline of the narrative, increasing the unease and suspense for both the characters and the readers.

Towards the end of this section, there is a brutal and bloody confrontation, marking a significant turning point in the story. This event is shocking in its violence and also raises

further questions about the strangers' prophecy, pushing the family to the brink and setting up an even more tense and uncertain confrontation for the final part of the book.

Throughout these chapters, Tremblay masterfully maintains the suspense and psychological terror, keeping the readers on the edge of their seats. The ambiguity around the strangers' prophecy, coupled with the interpersonal dynamics of the characters and the increasing global chaos, serve to create a chilling and compelling narrative.

**PROMPT:**

Summarize in detail the next part of "The Cabin at the End of the World" by Paul Tremblay

**OUTPUT:**

The following part of "The Cabin at the End of the World" by Paul Tremblay deepens the atmosphere of horror and tension. After a brutal confrontation in the previous section, the characters are pushed further to their physical and psychological limits.

In the aftermath of the violent clash, Leonard remains steadfast in his belief in the prophecy. Despite the gruesome event, he insists that they are only there to ensure the prophecy is fulfilled and will leave peacefully once the necessary sacrifice is made. His unyielding commitment to the prophecy only deepens the sense of terror.

As time passes and the pressure mounts, Andrew, Eric, and Wen face a seemingly impossible decision. Should they believe in the prophecy and make a horrifying sacrifice to potentially save the world, or continue resisting in hopes of escaping their captors?

Throughout this ordeal, they are subjected to more accounts from the intruders about their prophetic dreams and visions, each one more unsettling than the last. While the adults are grappling with their circumstances, young Wen demonstrates an incredible resilience and adaptability, doing her best to comfort her fathers and trying to understand the strangers in her own way.

The tension continues to escalate when they hear news broadcasts reporting further inexplicable events and disasters happening globally. This feeds into their fear and makes the prophecy seem more believable. These events increase the level of uncertainty, making the story even more gripping for the readers.

Andrew, Eric, and Wen each grapple with their own internal struggles, feelings of despair, and desperation. They all respond differently to their circumstances, causing strain and emotional turmoil within the family. The enforced confinement intensifies their personal

fears and uncertainties, challenging their understanding of each other and their shared commitment as a family.

Towards the end of this section, another violent confrontation transpires, further escalating the situation and bringing more turmoil and pain. The prophecy appears closer to being fulfilled, pushing the family and the intruders closer to a final, devastating confrontation.

Paul Tremblay's masterful storytelling continues to keep readers engrossed. The narrative is not just about the terror of a home invasion but also explores deeper themes of faith, sacrifice, family bonds, and the human capacity for belief in the face of fear and uncertainty.

**PROMPT:**

Summarize in detail the ending of "The Cabin at the End of the World" by Paul Tremblay

**OUTPUT:**

In the final part of "The Cabin at the End of the World" by Paul Tremblay, the suspense and tension that has been building throughout the novel culminates in a climactic and harrowing conclusion.

After the violent confrontations and revelations, Andrew, Eric, and Wen are pushed to the edge of despair. The intruders persist in their belief of the prophecy and continue to insist on a sacrifice. The reports of global catastrophes continue to escalate, which further destabilizes the family's hope for a peaceful resolution.

When it becomes clear that there is no easy way out of their situation, Andrew and Eric have to grapple with the terrifying prospect of the prophecy being real. Despite their skepticism and disbelief, the thought of a potentially apocalyptic event drives them to consider unimaginable decisions.

In these moments of desperation, the narrative focuses on the characters' introspection, highlighting their emotions, doubts, and fears, and the profound love they have for each other. Wen, though a child, exhibits remarkable bravery and resilience, adding a heartbreaking layer to the narrative.

The climax of the story is filled with tension, fear, and tragedy. The family makes a desperate and shocking decision that aligns with the prophecy's demand. This pivotal moment is emotionally charged and intensifies the horror of the situation.

After the climax, the intruders leave the cabin, seemingly satisfied that they have fulfilled their part in the prophecy. The family is left behind in their sorrow and trauma, and the aftermath of their decision weighs heavily on them.

The novel ends on an ambiguous note. It does not definitively confirm whether the prophecy was true or if the global disasters were mere coincidences. It also leaves the fate of the family open-ended, adding to the emotional impact of the story.

In the end, "The Cabin at the End of the World" delivers a potent blend of psychological horror and emotional depth, raising thought-provoking questions about faith, sacrifice, love, and the lengths to which people will go when pushed to their limits. Its ambiguity and intense atmosphere leave a lasting impact, making it a compelling and unsettling read.

**> Summarize in detail the first part of "The Bedwetter" by Sarah Silverman**

"The Bedwetter: Stories of Courage, Redemption, and Pee" is a memoir by comedian Sarah Silverman, published in 2010. The book is divided into various chapters and covers Silverman's life from her early childhood to her career in comedy.

The first part of the book largely deals with Silverman's childhood and formative years, which were rife with several notable incidents that shaped her life and career.

Born in 1970, Silverman grew up in Bedford, New Hampshire, in a Jewish family. Her father, Donald Silverman, owned a clothing store, while her mother, Beth Ann, was a photographer and theater enthusiast. Silverman has three sisters, one of whom is a rabbi, and her upbringing in a somewhat unconventional family influenced her sense of humor and perspective on life.

As a child, Silverman had a rebellious streak and a proclivity for the unconventional, which would later come to define her stand-up persona. For instance, at a young age, she was already fond of pushing boundaries with her humor and was not averse to being the center of attention.

One of the key topics in the first part of the memoir is Silverman's struggle with enuresis, or bedwetting, which extended into her teenage years. This issue caused her significant distress and embarrassment, but also fueled her resilience and ability to deal with adversity. It's from this aspect of her childhood that the memoir derives its title.

The book also covers her early experiences with depression. At the age of thirteen, Silverman began experiencing panic attacks and was eventually diagnosed with depression. This was a challenging period of her life, during which she was prescribed several different medications and even spent a year on Xanax.

In her high school years, she started developing her interest in comedy and acting, influenced by her mother's involvement in community theater. She shares anecdotes from her first performances and discusses how these experiences cemented her desire to be a comedian.

Throughout the memoir, Silverman uses her sharp wit to lend a comedic touch to even her most challenging experiences. Her narrative is filled with irreverent humor, stark honesty, and reflective insights, setting the stage for her later success as one of the most recognizable voices in American comedy.

**> Summarize in detail the next part of "The Bedwetter" by Sarah Silverman**

In the next part of "The Bedwetter," Sarah Silverman discusses her transition into adulthood and the early years of her career in comedy.

After high school, she enrolled at New York University, but she didn't stay there for long. Silverman had decided that she wanted to pursue a career in comedy, and she felt that the best way to do that was to dive in headfirst. So, she dropped out of college to focus on her stand-up career.

Silverman found herself part of a vibrant comedy scene in New York, performing at clubs such as the Comedy Cellar. She spent these early years honing her craft, performing wherever she could and navigating the complexities and hardships of being a young woman in a male-dominated industry. She also discusses the financial difficulties and uncertainties she faced during this period, painting a realistic picture of the early struggles of a career in comedy.

Despite these challenges, Silverman's talent was recognized early on. Her big break came when she was hired as a writer and performer for "Saturday Night Live" (SNL) when she was just 22 years old. However, her time at SNL was short-lived. After one season, she was fired via fax, a dismissal that left her feeling demoralized and rejected. Despite the setback, she resolved to keep pursuing her career in comedy.

In this part of the memoir, Silverman also delves into her romantic life, including her relationship with comedian Dave Attell, whom she dated while they were both starting out in the New York comedy scene. She also discusses her later high-profile relationship with talk show host Jimmy Kimmel, revealing the highs and lows they shared.

The narrative also covers her first experiences with Hollywood and the trials she faced there, including typecasting and the pressure to conform to a certain image. She also touches on her first forays into acting, including minor roles in films and television.

Throughout this part of her memoir, Silverman uses her trademark wit and humor to navigate through her life experiences, revealing not only the challenges but also the moments of joy, triumph, and personal growth that she experienced along the way.

**> Summarize in detail the next part of "The Bedwetter" by Sarah Silverman**

In the following segment of "The Bedwetter," Sarah Silverman delves into the mid-portion of her career, and the ups and downs that accompanied her journey towards becoming an established comedian.

After her dismissal from SNL, Silverman moved to Los Angeles, where she began to find her comedic voice more fully and to establish herself within the comedy scene. She started making appearances on TV shows such as "Seinfeld," "Star Trek: Voyager," and

"The Larry Sanders Show," while also writing for the sketch comedy show "Mr. Show with Bob and David."

This part of the memoir addresses how Silverman began to develop her distinctive brand of humor — edgy, self-deprecating, and often controversial. Her stand-up routines regularly tackled taboo subjects and societal norms, which garnered her both criticism and admiration.

She recounts the creation of "Jesus is Magic," her one-woman show which later became a concert film. Here, she was able to push her comedic boundaries further, incorporating songs and sketches into her act, alongside her provocative stand-up. The show was a significant step in her career, helping to solidify her reputation as a comedian unafraid to push boundaries.

In her personal life, Silverman shares details of her relationship with fellow comedian and actor Jimmy Kimmel. She discusses their dynamic, the love they had for each other, as well as the pressures and challenges of maintaining a relationship in the spotlight.

Silverman also touches upon her experiences with therapy and her continued struggle with depression and anxiety. She candidly discusses the impacts of fame on her mental health and the tools she used to manage her issues, including cognitive-behavioral techniques and medication.

One pivotal event she describes is her appearance on "Late Night with Conan O'Brien," where she told a controversial joke that led to backlash. This instance underscored the often polarizing nature of her humor and forced her to confront the potential consequences of her comedic style. Despite the controversy, Silverman remained steadfast in her approach to comedy, seeing it as an opportunity to challenge preconceptions and encourage conversation.

This section of the memoir, like the rest, is infused with Silverman's distinctive blend of humor and vulnerability, as she candidly shares her struggles, successes, and insights from her journey in the world of comedy.

**> Summarize in detail the last part of "The Bedwetter" by Sarah Silverman**

In the concluding part of "The Bedwetter," Sarah Silverman focuses on the peak of her career and how she has learned to handle the successes and controversies that came with it.

Silverman discusses the creation of "The Sarah Silverman Program," which was a significant milestone in her career. The Comedy Central series, which ran from 2007 to 2010, was a surreal and satirical take on her life, and it provided Silverman with a platform

to explore her comedic style even further. She describes the creative process behind the show, the joys and challenges of leading her own series, and its eventual cancellation.

She also touches on other high points in her career, such as her viral video hit "I'm F***ing Matt Damon," which she created with Jimmy Kimmel and Matt Damon for "Jimmy Kimmel Live." This humorously handled her breakup with Kimmel and won an Emmy for Original Music and Lyrics.

One of the significant themes of this section is controversy. Silverman has often been a polarizing figure due to her fearless approach to taboo topics, and she discusses how she navigates the criticism and backlash that often come her way. She reflects on specific incidents that generated controversy, including her use of racial humor, which was criticized by some as offensive. Silverman provides context and defends her intention to satirize and critique prejudice, rather than promote it, while also acknowledging the potential harm her jokes can cause.

Silverman also delves into the importance of therapy in managing her lifelong battle with depression, and she discusses her decision to stop taking Xanax after many years. She credits therapy with helping her find healthier coping mechanisms and gain a better understanding of herself.

She also speaks about her romantic relationship with Welsh actor Michael Sheen, their long-distance challenges, and the mutual respect and love they have for each other.

The memoir concludes on a reflective note, as Silverman discusses her journey, the lessons she's learned, and her thoughts on comedy's role in society. While acknowledging her mistakes and missteps, she also expresses her belief in the importance of comedy as a tool for social commentary and change. Silverman's honesty, self-deprecation, and humor shine through to the end, making "The Bedwetter" a deeply personal and compelling exploration of her life and career.

"Ararat" is a thrilling, supernatural horror novel written by Christopher Golden, published in 2017. The novel weaves together elements of adventure, horror, history, and the supernatural to tell a gripping story set against the chilling backdrop of Mount Ararat in Turkey.

The novel begins with an adventurous couple, Adam Holzer, a Jewish American, and Meryam Karga, a Turkish-American woman. Both are renowned documentarians and have a reputation for choosing daring, dangerous, and often controversial subjects for their documentaries. When an earthquake reveals a secret cave high up in the devastatingly dangerous slopes of Mount Ararat, Adam and Meryam can't resist the lure of the discovery. The cave is not just any cave; it's believed to be the final resting place of Noah's Ark, a historical and religious artifact of immense significance.

The couple quickly assembles a team of scholars, archaeologists, and filmmakers to document the discovery, including a UN representative, a representative of the Vatican, a British historian, an American adventurer, an anthropologist, and a Kurdish guide. Among these are Father Cornelius Hughes, a doubting priest, and Walker Jennings, a CIA operative with his own agenda.

Upon reaching the site, the team begins their exploration of the ship, eager to unearth the secrets it might hold. Inside the ark, they make a shocking discovery: a coffin-like box that, when opened, reveals a misshapen, horned cadaver. The body is not of any known species, which leads the group to believe it's a Nephilim, a biblical creature that is the offspring of an angel and a human. The discovery is beyond anything the team could have anticipated, and they're immediately divided on how to handle it.

As the days pass, tensions rise within the group, heightened by a fierce blizzard that leaves them trapped within the cave. Their isolation becomes a breeding ground for paranoia and fear, exacerbated by a series of eerie and inexplicable events. Members of the team start to have terrifying visions, nightmares, and suffer from increasingly aggressive behaviors. They soon realize that whatever was in the coffin has been awakened and is now preying on their fears, manipulating their minds, and turning them against each other.

Simultaneously, Walker Jennings, the CIA operative, becomes increasingly erratic, driven by a separate agenda to secure the body for his superiors, regardless of the cost. This leads to confrontations within the team, and the already taut atmosphere escalates into violence.

Adam and Meryam, who were initially excited about the discovery, are now desperate to survive and protect their team. They grapple with their unraveling relationship, their faith, and their sanity while fighting against an unseen, unknown, and powerful enemy.

As the novel reaches its climax, the evil force reveals itself, having possessed one of the team members. In a desperate battle, the team must use every ounce of their knowledge, faith, and strength to confront the entity. In the midst of this chaos, Meryam, who has been struggling with her faith throughout the novel, becomes the unexpected heroine. Using a relic that Father Cornelius had brought from the Vatican, she manages to banish the entity.

The novel ends on a sobering note, with the survivors left to grapple with the aftermath of their terrifying ordeal. The ark, once a symbol of salvation, has become a reminder of their encounter with a horrifying evil. The characters are fundamentally changed by their experiences, having faced not only the supernatural but also the darkness within themselves.

"Ararat" is a blend of adventure and horror, skillfully using the claustrophobic setting and the tensions within the group to create an atmosphere of impending doom. It's a thrilling exploration of faith, fear

**> Summarize in detail the beginning of "Sandman Slim" by Richard Kadrey**

"Sandman Slim" is a novel by Richard Kadrey, published in 2009. It is the first in a series of books centered on the character James "Sandman Slim" Stark. This urban fantasy and supernatural thriller is set predominantly in Los Angeles, California. Please note that the following summary includes the beginning part of the novel, and it does contain spoilers.

The novel begins with the protagonist, James Stark, returning to Earth after 11 years of enforced residency in Hell, during which he was the only living human. Stark was sent to Hell by his former circle of magician friends, led by Mason Faim, who performed a ritual that they believed would provide them with power but which actually transported Stark to Hell.

His time in Hell has made Stark stronger, and it has also made him angrier. Not only is he tormented by the demonic entities in Hell, but he is also forced to fight in gladiatorial arenas. Stark's unique situation as a living human in Hell earns him the moniker "Sandman Slim." He learns to survive and even thrive in this hostile environment, picking up a few infernal tricks along the way.

In Hell, Stark learns magic from an old demon and becomes a hitman for one of the demonic lords. He also comes into possession of a magical key that allows him to move back and forth between Hell and Earth, which he eventually uses to escape Hell and return to Earth.

Once back in Los Angeles, Stark's singular goal is revenge. He wants to hunt down and kill the people who sent him to Hell, especially Mason Faim, who not only betrayed him but also killed his beloved girlfriend, Alice. Stark's revenge quest leads him to engage with the underbelly of LA's magical community, full of supernatural creatures and dangerous magic.

As Stark navigates the world he once knew, now drastically changed, he's forced to confront his past, his inner demons, and the very real, external demonic threats around him. His toughness, magic, and never-give-up attitude, combined with a caustic wit, form his primary tools for survival.

In this initial part of "Sandman Slim," Kadrey quickly establishes Stark's character and his motivations while also setting up the novel's central conflict. Stark's return from Hell is only the beginning of his journey, a journey that is at once a quest for vengeance, a struggle for survival, and an exploration of redemption and identity.

**> Summarize in detail the next part of "Sandman Slim" by Richard Kadrey**

Continuing from where we left off, James “Sandman Slim” Stark is now in Los Angeles, on a single-minded mission for revenge against the circle of magicians who betrayed him, led by Mason Faim.

To navigate LA’s magical underworld, Stark first establishes a base of operations. He takes residence at the Bamboo House of Dolls, a donut shop owned by Vidocq, a 200-year-old Frenchman who is an alchemist and former adventurer. Vidocq becomes a helpful ally, providing Stark with valuable information about the current landscape of the city’s supernatural community.

Stark’s initial investigation leads him to a bar frequented by the supernatural community, known as the “Room 19.” Here, he confronts Kasabian, an old acquaintance who was part of the circle that betrayed him. Kasabian reveals that Mason Faim, Stark’s main target, has disappeared, and none of the other circle members know his whereabouts.

Throughout his investigation, Stark also learns about the ongoing power dynamics in the supernatural community. He finds out about the existence of a group called the Golden Vigil, an elite, secret organization that regulates supernatural activities and is apparently manipulating events behind the scenes.

Stark becomes embroiled in a larger conspiracy, with a threat far more dangerous than he had initially imagined. It’s not just about personal revenge anymore; it becomes clear that an impending apocalypse is being engineered by a faction of renegade angels known as the Kissi. Stark’s personal revenge quest starts to dovetail with the need to prevent this apocalypse.

Further complicating matters, Stark also learns that Mason Faim has been possessed by a powerful entity known as the Azazel. This Azazel entity intends to exploit the looming apocalypse to its own ends.

In his quest, Stark encounters various supernatural entities such as zombies, demons, angels, and witches. Each interaction and confrontation helps him piece together the puzzle, even as they present their own unique challenges. Stark manages to eliminate some of his betrayers while also dealing with other threats, his tough, sardonic persona masking a deep-seated guilt and sadness over Alice’s death.

Despite the constant chaos, danger, and revelations, Stark remains focused on his mission. The early part of his journey culminates with Stark realizing that to achieve his goals, he must not only confront his enemies but also confront his own past and the choices he made. The lines between right and wrong, friend and enemy start to blur, pushing Stark into a moral ambiguity that will characterize his journey in the rest of the series.

**> Summarize in detail the next part of "Sandman Slim" by Richard Kadrey**

Continuing from where we left off, James "Sandman Slim" Stark, now aware of the larger stakes at hand, must confront both the supernatural and personal threats facing him.

Stark continues to confront the circle of magicians that betrayed him. Through these confrontations, he begins to understand the depth of Mason's treachery, and how his former friend not only manipulated their circle but also orchestrated Alice's death. This revelation only serves to harden Stark's resolve for vengeance.

At the same time, Stark learns more about the apocalyptic plot of the Kissi, the renegade angels, and how it intertwines with the Azazel entity possessing Mason. It becomes clear that Stark's personal mission for revenge and the need to save the world are becoming inextricably linked.

To counter these threats, Stark must dive deeper into the LA's supernatural underworld, all the while harnessing his own infernal powers that he gained from his time in Hell. As he continues his investigations, Stark is drawn into violent confrontations with various supernatural beings, with each encounter testing his abilities and resolve.

Throughout this part of the story, Stark's interactions with Vidocq and Kasabian become particularly important. Vidocq continues to act as a mentor and ally to Stark, helping him understand the intricacies of the supernatural community, while Kasabian, despite their hostile past, gradually becomes an unlikely comrade-in-arms.

As the story progresses, Stark's quest becomes increasingly personal. He is not just avenging his own betrayal, but also Alice's death, a tragedy that continues to haunt him. Through his journey, we see Stark wrestling with his guilt over Alice, his hatred for Mason, and his own role in the unfolding events. These personal struggles add an emotional depth to Stark's hard-boiled persona and give his character a nuanced complexity.

As the novel reaches its climax, Stark is not only battling external enemies, but also his own inner demons. His final showdown is not just against his betrayers and the apocalypse-threatening angels, but also against his own past and the man he has become. It becomes clear that Stark's journey in "Sandman Slim" is not just a quest for revenge, but also a quest for redemption and self-discovery.

**> Summarize in detail the ending of "Sandman Slim" by Richard Kadrey**

The final chapters of "Sandman Slim" by Richard Kadrey come to a climactic conclusion as James "Sandman Slim" Stark faces off against the conspirators of his downfall.

Despite the dangers he's faced and the significant obstacles in his path, Stark remains committed to his mission of avenging the death of his love, Alice, and exacting revenge on the circle of magicians who betrayed him, especially Mason Faim.

It is revealed that Mason is possessed by the powerful entity, Azazel, who plans to use a heavenly weapon called the Qomrama Om Ya to bring about the end of the world. This weapon has the power to manipulate reality, and Azazel's plan involves exploiting the Kissi's apocalyptic scheme to reshape the world to his own liking.

Stark, with the help of Vidocq and Kasabian, confronts Mason/Azazel. A brutal and bloody fight ensues, during which Stark is forced to use every bit of his knowledge, magic, and sheer determination to survive and prevent the apocalypse.

Throughout the battle, Stark uses the skills he acquired in Hell, the insights he gained from Vidocq, and his own cunning to hold his own against Mason/Azazel. The fight culminates in Stark using the magical key he got in Hell, manipulating its abilities in a way that ends up severing Azazel from Mason, essentially exorcising the entity.

Mason, now free of Azazel, is left powerless. But instead of killing him outright, Stark decides to let Mason live, claiming that living as a weak, ordinary human is a fate worse than death for Mason.

With the immediate threat averted, Stark manages to dismantle the Qomrama Om Ya, preventing the apocalypse. However, the experience leaves him drained and even more cynical about the supernatural world around him. It's a bitter victory as Stark realizes that while he has achieved his revenge and saved the world, he is still alone and tormented by his past.

In the end, Stark remains in Los Angeles, continuing to navigate the world of angels, demons, and magic. The book closes with him considering his future, contemplating the possibility of turning his talents towards becoming a supernatural detective or a protector of sorts, setting the stage for further adventures in the subsequent books of the series.

In "Sandman Slim," Kadrey blends elements of urban fantasy, noir, and supernatural thriller to deliver a gripping narrative. The story ends on a note of hard-earned victory, personal loss, and a promise of more adventures to come, setting the tone for the rest of the series.



Summarize the Water Dancer by Ta-Nehisi Coates



"The Water Dancer" by Ta-Nehisi Coates is a historical novel that blends elements of magical realism and the harsh realities of slavery. The story is set in the pre-Civil War South and follows the life of Hiram Walker, a young enslaved man who possesses a mysterious power known as "Conduction," which allows him to transport himself and others across great distances.

Hiram is the son of a black mother, who was sold away from him when he was a child, and a white plantation owner. His mixed heritage and the memory-altering effects of a head injury make him an outsider among both the enslaved and the enslavers. Hiram's journey is one of self-discovery and resistance as he becomes involved in the Underground Railroad, a secret network that helps enslaved people escape to freedom.

Throughout the novel, Hiram grapples with the pain of his past, the harsh realities of slavery, and the deep desire for freedom. He discovers the importance of memory in preserving one's identity and history, and he uses his unique ability to aid others in their quest for liberty.

"The Water Dancer" is a powerful exploration of the enduring impact of slavery on individuals and families, as well as a meditation on the power of memory, resilience, and the pursuit of justice. Coates combines historical accuracy with elements of magical realism to create a compelling narrative that sheds light on a dark period in American history.




Free Research Preview. ChatGPT may produce inaccurate information about people, places, or facts. ChatGPT September 25 Version



What are some examples of pain in Water Dancer by Ta-Nehisi Coates





"The Water Dancer" by Ta-Nehisi Coates is a novel that explores themes of slavery, trauma, and resilience. Throughout the book, there are numerous examples of pain experienced by the characters, both physical and emotional. Here are a few examples:

1. **Physical Pain of Slavery**: The novel vividly depicts the physical pain endured by enslaved people on plantations. This includes grueling labor, brutal whippings, and the harsh conditions of working in the fields.
2. **Hiram's Injury**: The protagonist, Hiram Walker, carries the emotional and physical pain of losing his mother and suffering a head injury as a child. This injury affects his memory and is a constant source of pain for him.
3. **Family Separation**: The separation of families due to the slave trade is a recurring theme in the novel. The pain of being torn apart from loved ones and the uncertainty of their fate is a source of deep emotional anguish for the characters.
4. **Loss of Identity**: Enslaved individuals often experienced the pain of losing their names, culture, and heritage. They were given new names by their enslavers and were stripped of their identities and histories.
5. **The Tasked vs. The Quality**: The novel explores the pain of the stark division between the enslaved "Tasked" and the enslaver class known as the "Quality." This division is a constant reminder of the powerlessness and inequality experienced by the enslaved.
6. **Betrayal and Trust**: Characters in the story experience the pain of betrayal and broken trust, as they navigate a world where loyalties are often tested and alliances are fragile.
7. **The Pain of Memory**: Hiram's gift of "Conduction" allows him to transport himself and others through space, but it also brings the pain of confronting buried memories and traum
8. **The Pain of Longing for Freedom**: Throughout the novel, characters yearn for freedo

Regenerate

Send a message

Free Research Preview. ChatGPT may produce inaccurate information about people, places, or facts. ChatGPT September 25 Version

A

Write a paragraph in the style of the water dancer by Ta-Nehisi Coates

In the dimly lit recesses of history, where shadows loom long and whispers of courage echo through time, we find ourselves drawn into the sacred dance of resistance. It is a dance born from the blood-soaked soil of ancestral pain, an incantation that conjures the spirits of those who dared to defy the chains of oppression. With each step, we are transported to a world where the river's current flows not only with water but with the dreams of a people yearning to be free. The rhythm of the water dancer's feet echoes the heartbeat of a nation's struggle, a relentless cadence that refuses to be silenced. In this dance, we glimpse the alchemy of strength forged in the crucible of adversity, and we are reminded that, even in the darkest of hours, the human spirit can soar, unbound and undefeated.

A

Summarize The Brief Wondrous Life of Oscar Wao by Junot Diaz



"The Brief Wondrous Life of Oscar Wao" by Junot Diaz is a novel that revolves around the life of Oscar de León, a young Dominican-American living in New Jersey. The story is a multi-generational narrative that explores themes of identity, love, family, and the immigrant experience.

Oscar is a nerdy and overweight young man who is obsessed with science fiction, fantasy, and finding love. He struggles with his identity as a Dominican in the United States and is haunted by a family curse, the "fukú," which is believed to bring bad luck to the de León family.

The novel also delves into the lives of Oscar's family members, including his rebellious sister Lola and their mother Beli, who escaped from the Dominican Republic's brutal Trujillo regime. The story weaves together their individual journeys and experiences, shedding light on the complexities of their cultural heritage and the challenges they face in a new country.

Throughout the book, Diaz employs a unique narrative style that combines Dominican history, pop culture references, and a blend of English and Spanish. It's a tale of love and tragedy, highlighting the struggles of the de León family as they grapple with their past and strive for a better future in a world marked by both personal and societal challenges. Ultimately, it's a poignant exploration of the immigrant experience and the quest for identity and belonging.



What are some examples of the immigrant experience in The Brief Wonderous Life of Oscar Wao by Junot Diaz



"The Brief Wondrous Life of Oscar Wao" by Junot Diaz is rich with examples of the immigrant experience, particularly for Dominican-Americans. Here are some key examples from the novel:

1. Cultural Identity: The characters in the novel, especially Oscar, grapple with their cultural identity as Dominican-Americans. They often feel like outsiders in both the Dominican Republic and the United States, trying to navigate a balance between their heritage and the culture of their new home.
2. Language and Bilingualism: The novel frequently switches between English and Spanish, reflecting the bilingual nature of many immigrant households. This linguistic duality is an integral part of the characters' lives and reflects the challenges and advantages of being fluent in multiple languages.
3. Family Ties and Sacrifices: The de León family's story highlights the sacrifices that immigrant families make for the promise of a better life. Beli's escape from the Trujillo regime and the challenges she faces as an undocumented immigrant in the U.S. illustrate the lengths to which immigrants will go to protect their families and secure a brighter future.
4. Racism and Discrimination: The novel addresses the racism and discrimination that many immigrants face in the United States. The characters encounter stereotypes, prejudice, and social biases, which impact their self-esteem and sense of belonging.
5. Struggles for Success: Oscar and his family members pursue education and career opportunities as a means of achieving success and escaping poverty. This pursuit of the American Dream is a common theme in immigrant narratives, as they strive to improve their socio-economic status and provide a better life for their families.
6. Return to Homeland: Lola's return to the Dominican Republic is emblematic of the immigrant experience. It highlights the complex relationship that many immigrants have with their homeland, as they grapple with nostalgia, a sense of loss, and the changes that have occurred since they left.
7. Community and Belonging: The characters often find solace and a sense of community within immigrant enclaves and among other Dominican-Americans. These tight-knit communities provide support and a sense of belonging in a new and unfamiliar country.
8. Cultural Traditions: The novel portrays various aspects of Dominican culture and traditions, such as the belief in the "fukú" curse and the significance of family and community gatherings. These cultural elements serve as a link to their roots and provide a sense of continuity in their lives.

Overall, "The Brief Wondrous Life of Oscar Wao" delves deeply into the immigrant experience, offering a nuanced portrayal of the challenges, triumphs, and complexities faced by Dominican-Americans as they navigate their dual identities and strive for a better life in the United States.

Regenerate

Send a message

Free Research Preview. ChatGPT may produce inaccurate information about people, places, or facts. ChatGPT August 3 Version



A

Write a paragraph in the style of The Wondrous Life of Oscar Wao by Junot Diaz

In the barrio of Paterson, where the rhythm of bachata mingled with the hum of bustling streets, there lived a tribe of Dominican dreamers, their hearts etched with the stories of a distant island. Amidst the sea of faded flags and bodega neon, young Oscar de León stood as a sentinel of nerdiness, a knight of the written word, donning the armor of Tolkien and wielding the sword of sci-fi fantasy. He was a heavyset hero on a quest for love, his words and dreams far more captivating than his earthly frame. But in the shadows of that concrete jungle, the fukú, that cursed legacy, haunted the de León clan, a spectral reminder that their destiny was woven in the tapestry of history. As Oscar's world collided with the complexities of diaspora, he embarked on a wondrous, bittersweet odyssey, battling not only the demons of love and loneliness but the very essence of what it meant to be both Dominican and American.

Regenerate

Send a message

Free Research Preview. ChatGPT may produce inaccurate information about people, places, or facts. ChatGPT August 3 Version



Summarize the Confessions of Max Tivoli by Andrew Sean Greer

"The Confessions of Max Tivoli" by Andrew Sean Greer is a novel narrated by its titular character, Max Tivoli, who is born with a rare condition that causes him to age backward. He starts his life as an elderly-looking child and grows younger as he gets older chronologically. Set in San Francisco in the late 19th and early 20th centuries, the story revolves around Max's lifelong love for Alice, a woman he meets when he appears much older than his actual age.

Max's unrequited love for Alice forms the emotional core of the novel as he watches her grow older while he becomes younger. Despite the challenges posed by his condition, Max's narrative is marked by his resilience, longing, and the desire to hold onto the love of his life. The novel explores themes of identity, the fluidity of time, and the enduring power of love that transcends physical appearances.

Andrew Sean Greer's beautifully written narrative offers a poignant and thought-provoking examination of the human experience, the complexities of love, and the inexorable passage of time. Max Tivoli's confessions provide a unique perspective on the nature of age, beauty, and the profound impact of love on one's life.



What are examples of the nature of beauty in The Confessions of Max Tivoli by Andrew Greer?





"The Confessions of Max Tivoli" by Andrew Sean Greer explores the theme of beauty in various ways, often through the lens of the novel's unique premise, where the protagonist ages backward. Here are some examples of the nature of beauty in the novel:

1. **Physical Beauty and Age**: Max Tivoli's condition, which causes him to age backward, highlights society's obsession with physical beauty and how it changes with age. Max experiences the challenges and privileges of looking both young and old at different points in his life, and this shapes his perception of beauty.
2. **The Perception of Beauty**: The novel delves into the idea that beauty is subjective and can be influenced by individual perspectives. Max's own view of beauty evolves as he ages in reverse, and he grapples with how others perceive him at different stages of his life.
3. **Ephemeral Beauty**: Max's condition underscores the fleeting nature of physical beauty. His experience serves as a metaphor for the transitory nature of youth and the impermanence of physical attractiveness.
4. **Unrequited Love and Beauty**: Max's profound and enduring love for Alice is central to the novel. Despite the challenges posed by his condition, Max sees Alice as eternally beautiful, regardless of her age. This suggests that true beauty lies in the depths of a person's character and their connection with another, rather than solely in physical appearance.
5. **Timeless Beauty**: The novel suggests that there is a timeless quality to love and beauty that transcends the constraints of time and age. Max's love for Alice persists throughout their lives, reflecting the idea that love can remain beautiful and meaningful, even as external appearances change.
6. **Society's Expectations**: The novel also critiques societal norms and expectations regarding beauty, as Max grapples with the limitations and prejudices placed on him due to his unique condition. It underscores how society's definitions of beauty can be restrictive and judgmental.

Overall, "The Confessions of Max Tivoli" uses its unconventional premise to explore the multifaceted nature of beauty, challenging conventional notions and highlighting the enduring beauty of love and human connections.


A
Write a paragraph like The Confessions of Max Tivoli by Andrew Sean Greer
In the hushed corridors of memory, where time's relentless tide flows in a curious and contrarian fashion, I find myself entrapped by the enigma of my own existence. Life, an intricate tapestry woven in reverse, has sculpted my journey, shaping a path where wisdom precedes youth, and the cradle is my final destination. As I traverse this labyrinthine terrain, the world's gaze remains perpetually askew, witnessing me in the throes of an unorthodox ballet with time. In the fleeting seconds of my aged youth and the enduring moments of my youthful age, I have come to understand that beauty, a capricious muse, is as much a reflection of our hearts as it is of our visages. It is a shifting, mutable canvas, and in this reflection, I am both artist and subject, forever grappling with the intriguing paradox of beauty's ever-changing nature.
Regenerate
Send a message
Free Research Preview. ChatGPT may produce inaccurate information about people, places, or facts. ChatGPT September 25 Version



Summarize The Dance and the Railroad by David Henry Hwang





"The Dance and the Railroad" is a one-act play by David Henry Hwang that tells the story of two Chinese immigrant laborers working on the construction of the Central Pacific Railroad in the 1860s. The play primarily focuses on the characters Ma and Lone, who come from different backgrounds and have different outlooks on life.

Ma is an older laborer who practices traditional Chinese opera in his free time, using it as a form of artistic and spiritual expression to maintain his sense of identity and dignity. He believes in the power of art to elevate the human spirit.

Lone, on the other hand, is a younger, more rebellious laborer who is initially skeptical of Ma's artistic pursuits. He is focused on survival and questions the practicality of art in their harsh and dehumanizing work conditions.

As the play unfolds, Ma and Lone's friendship deepens, and they share stories of their homeland, dreams of a better life, and moments of camaraderie. Tensions rise among the laborers as they face increasing hardships and exploitation, and Ma and Lone's bond is tested.

The play explores themes of identity, cultural alienation, the struggle for dignity, the power of art, and the enduring human spirit in the face of adversity. It sheds light on the historical experiences of Chinese immigrants who contributed to the construction of the railroad while enduring challenging conditions and cultural displacement. David Henry Hwang's "The Dance and the Railroad" is a poignant and thought-provoking exploration of these themes within the context of a pivotal moment in American history.




Send a message

×

Free Research Preview. ChatGPT may produce inaccurate information about people, places, or facts. ChatGPT August 3 Version



David Henry Hwang's one-act play "The Dance and the Railroad" explores several key themes. This play is set in the 1860s during the construction of the Central Pacific Railroad and centers around two Chinese laborers, Ma and Lone, who are working on the railroad. Some of the primary themes include:

1. **Identity and Cultural Alienation:** Ma and Lone, both Chinese immigrants, struggle with issues of identity and cultural alienation as they find themselves in a foreign land, working under grueling conditions. They grapple with the tension between preserving their cultural heritage and assimilating into American society.
2. **The Struggle for Dignity and Autonomy:** The play depicts the harsh and dehumanizing working conditions endured by Chinese laborers during the construction of the railroad. Ma and Lone's quest for dignity, self-respect, and autonomy is a central theme, as they resist oppression and seek to assert their humanity.
3. **Art and Creativity as a Form of Resistance:** Ma is an artist who uses his creativity to resist the dehumanization of labor. He practices traditional Chinese opera, utilizing art as a form of spiritual and emotional escape from the harsh reality of their work.
4. **The Price of Survival:** The characters grapple with the choices they must make in order to survive. Ma and Lone have different approaches to dealing with their circumstances, and the play raises questions about the moral compromises made in the pursuit of survival.
5. **Friendship and Solidarity:** The friendship and camaraderie between Ma and Lone are at the heart of the play. Their bond is tested as they confront adversity together, highlighting the importance of solidarity in the face of hardship.


A
Write a screenplay in the Style of David Hwang's The Dance and the Railroad
INT. RAILROAD CAMP - 1860s - NIGHT
Dimly lit, the makeshift campsite of Chinese laborers toils under the relentless task of building the Central Pacific Railroad. MA, a middle-aged laborer with a weathered face, practices traditional Chinese opera movements alone in a corner.
LONE, a younger laborer with a spirit of rebellion, watches Ma with curiosity and skepticism.
markdown
Copy code
LONE
(mocking)
Hey, Ma! What's all this mumbling and prancing? You think we're here for a Chinese opera?
markdown
Copy code
MA
(focused)
We're here for survival, my friend. But I also believe in the power of art to keep our spirits alive.
They share a moment of silence, the campsite bustling with activity in the background.
CUT TO:
INT. RAILROAD CAMP - TENT - NIGHT
Ma sits in a dimly lit tent, carefully painting traditional Chinese opera masks. Lone enters, holding a piece of stolen bread.
markdown
Copy code
LONE
(whispering)
I brought some food.
Ma looks at the bread, conflicted.
Regenerate
Send a message
Free Research Preview. ChatGPT may produce inaccurate information about people, places, or facts. ChatGPT August 3 Version



Summarize Who is RIch? by Matthew Klam



"Who Is Rich?" by Matthew Klam is a novel that follows the life of Rich Fischer, a struggling artist and cartoonist, during a summer art conference in New England. Throughout the story, Rich grapples with a midlife crisis and his troubled marriage to Robin. He becomes embroiled in an extramarital affair with Amy, another conference attendee, adding complexity to his relationships. The novel explores themes of love, infidelity, ambition, and self-discovery, all while offering a blend of humor and introspection. "Who Is Rich?" provides a portrait of a flawed but relatable protagonist as he confronts the challenges of his personal and professional life, ultimately seeking to answer the titular question of who he truly is.

A

What are the main themes in Matthew Klam's Who is Rich?

Matthew Klam's novel "Who Is Rich?" explores several themes throughout its narrative. Some of the main themes include:

1. **Midlife Crisis and Identity:** The novel delves into the midlife crisis experienced by the protagonist, Rich Fischer. He grapples with questions of identity, purpose, and the choices he has made in life as he confronts the challenges of middle age.
2. **Marital Struggles:** Rich's troubled marriage and his infidelity are central to the story. The novel explores the complexities of long-term relationships, the strains of family life, and the impact of infidelity on both partners.
3. **Wealth and Class:** The novel examines issues related to wealth, privilege, and social class. Rich, a struggling illustrator, finds himself surrounded by affluent individuals at a summer art conference. This juxtaposition highlights the disparities in wealth and the sense of inadequacy he feels in this context.
4. **Artistic Ambition:** Rich's pursuit of artistic success and recognition is a recurring theme. He wrestles with the challenges and compromises inherent in the art world and grapples with his own creative ambitions.
5. **Moral Ambiguity:** The novel explores the moral ambiguity of its characters. Rich, in particular, is caught in a web of ethical dilemmas as he navigates his personal and professional life. The story raises questions about right and wrong, fidelity, and personal responsibility.
6. **Humor and Satire:** Klam's novel employs humor and satire to examine the foibles and absurdities of human behavior, particularly in the context of the art world and relationships.
7. **Parenting and Family Dynamics:** The novel also touches on issues related to parenting and family dynamics. Rich's interactions with his children and his role as a father are integral to his character development.

"Who Is Rich?" is a complex and thought-provoking novel that explores these themes through the lens of its flawed and relatable characters, offering a nuanced exploration of midlife crisis, marriage, and the pursuit of authenticity in a world marked by privilege and compromise.

Regenerate

Send a message


A
Write a paragraph in the style of who is Rich by Matthew Klam
< 2 / 2 >
In the humid haze of another stifling summer at the artists' retreat, Rich Fischer found himself entangled in the sticky web of his own contradictions. Surrounded by the privileged patrons of the arts, he felt like a fish out of water, a struggling illustrator amidst the well-heeled elite. The world of lavish dinners and expensive wine clashed with his own modest aspirations, laying bare the stark realities of class disparities. As he grappled with his crumbling marriage and the allure of a passionate affair, Rich navigated the treacherous waters of midlife, yearning for artistic recognition while questioning the choices that had brought him to this chaotic crossroads. In the midst of moral gray areas and comedic absurdities, "Who Is Rich?" painted a poignant portrait of one man's search for meaning, identity, and a way out of the tangle of his own making.
Was this response better or worse?
Better
Worse
Same
Regenerate
Send a message

A

Summarize What the Dead Know by Laura Lippman



"What the Dead Know" by Laura Lippman is a mystery novel that centers around the disappearance of two sisters, Heather and Sunny Bethany, in 1975. The story begins decades later when a woman claiming to be one of the missing sisters reemerges, setting off a complex investigation. The novel alternates between the perspectives of the present-day investigator, Detective Kevin Infante, and the woman claiming to be Heather Bethany.

As the narrative unfolds, secrets from the past are gradually revealed, shedding light on the lives of the missing sisters, their family, and the circumstances surrounding their disappearance. Detective Infante's relentless pursuit of the truth becomes a race against time as he tries to unravel the mystery and confirm the woman's identity. The novel explores themes of identity, trauma, family, and the enduring impact of a long-buried tragedy.

Ultimately, "What the Dead Know" is a gripping and emotionally charged mystery that keeps readers guessing until the final revelation. It delves into the complexities of memory, guilt, and the consequences of decisions made in the past.

A

What are the main themes in What the Dead Know by Laura Lippman?



"What the Dead Know" by Laura Lippman explores several main themes throughout the novel:



1. **Identity and Memory**: One of the central themes is the fluidity of identity and the unreliability of memory. The woman claiming to be one of the missing sisters forces characters and readers alike to grapple with questions of identity and whether memories can be trusted after so many years.
2. **Family and Relationships**: The novel delves into the dynamics of family relationships, both within the Bethany family and in the lives of the characters involved in the investigation. It examines the ways in which family ties can be both enduring and fraught with complexity.
3. **Loss and Trauma**: The disappearance of the Bethany sisters in 1975 and the subsequent years of uncertainty represent a profound loss for the family and the community. The novel explores the lasting trauma that can result from such an event and how it affects the lives of those involved.
4. **Truth and Deception**: The story revolves around the mystery of the woman's true identity and the events leading up to the disappearance of the sisters. It raises questions about truth and deception, as characters attempt to uncover the real story hidden beneath layers of secrets and lies.
5. **Time and Change**: The passage of time and the impact of change over the decades are significant themes. The novel juxtaposes the 1970s with the present day, highlighting how people and places have evolved over time and how the past continues to influence the present.
6. **Justice and Redemption**: Detective Kevin Infante's pursuit of the truth and his determination to bring closure to the Bethany family exemplify themes of justice and redemption. His investigation becomes not just about solving a mystery but also about providing closure and healing for those affected.
7. **Community and Secrets**: The novel portrays the tight-knit nature of the community where the sisters disappeared and the enduring power of long-held secrets within such communities.

Overall, "What the Dead Know" weaves these themes into a gripping mystery narrative, creating a story that explores the complexities of human relationships, the enduring impact of the past, and the search for truth and closure.


A
Write a paragraph like What the Dead Know by Laura Lippman
In the hidden recesses of memory's labyrinth, where the threads of past and present intertwine like forgotten echoes, I find myself ensnared by the enigma of life's secrets. Time, that relentless puppeteer, pulls its strings in enigmatic patterns, revealing both the masks we wear and the truths we conceal. As I navigate this ever-shifting dance, the world's gaze remains perpetually skewed, glimpsing me through the fractured prism of my own narrative. In the fleeting moments of shadowed truths and the eternal glare of hidden lies, I have come to understand that the human heart, an enigmatic map of longing and fear, is as much a cipher as it is a revelation. It is a puzzle perpetually rearranging its pieces, and in this intricate tapestry, I am both observer and participant, forever grappling with the enigmatic tides of existence.
Regenerate
Send a message
Free Research Preview. ChatGPT may produce inaccurate information about people, places, or facts. ChatGPT September 25 Version

A






"What We've Lost is Nothing" by Rachel Louise Snyder is a novel that explores the interconnected lives of a diverse group of characters in a suburban neighborhood in Illinois. The story begins with a shocking event – a home invasion that reveals the hidden vulnerabilities and secrets of the residents. As the aftermath of the crime unfolds, the novel delves into the perspectives of various characters, including homeowners, immigrants, teenagers, and police officers, all affected by the incident in different ways. Through their individual stories, the book examines themes of fear, loss, community, and the complex relationships between neighbors. It paints a vivid portrait of a community grappling with its own sense of security, identity, and the ways in which their lives are intertwined. Ultimately, "What We've Lost is Nothing" offers a compelling exploration of the human condition and the fragility of the social fabric within a seemingly idyllic suburban neighborhood.

Regenerate



Send a message

Free Research Preview. ChatGPT may produce inaccurate information about people, places, or facts. ChatGPT August 3 Version



In "What We've Lost is Nothing" by Rachel Louise Snyder, the theme of safety is examined through the lens of a series of burglaries that occur in a suburban neighborhood. Snyder skillfully delves into various aspects of safety, both physical and emotional, and how these incidents affect the characters and their perceptions of the world around them. Here's how Snyder explores the theme of safety in the novel:



1. **Perception vs. Reality**: The burglaries shatter the illusion of safety that the characters had maintained within their community. The initial perception of their neighborhood as a secure and peaceful place is challenged, highlighting the discrepancy between the outward appearance and the underlying reality.
2. **Fear and Vulnerability**: The burglaries instill fear and vulnerability in the characters. They begin to question their own safety and the safety of their loved ones. The sense of security they once felt is replaced by a pervasive unease, leading to a heightened awareness of their surroundings.
3. **Community Response**: The burglaries prompt different responses within the community. Some residents become paranoid and invest in security measures, while others band together to form neighborhood watch groups. This illustrates the varying ways in which people cope with a perceived threat and seek to restore a sense of safety.
4. **Impact on Relationships**: The burglaries strain relationships as characters grapple with their own fears and anxieties. Friends, neighbors, and family members may view each other differently, leading to a breakdown in trust and communication. The sense of safety within interpersonal relationships is also compromised.
5. **Loss of Innocence**: The burglaries force characters to confront the loss of innocence and the realization that their lives are susceptible to unexpected disruptions. This loss of innocence reflects the broader theme of how safety can be a fragile and fleeting concept.
6. **Emotional Security**: Beyond physical safety, Snyder explores emotional security. Characters struggle with their own insecurities and past traumas, and the burglaries exacerbate these feelings. The incidents become a catalyst for characters to confront and address their emotional vulnerabilities.
7. **Exploration of Socioeconomic Factors**: The novel also delves into socioeconomic disparities and how they can impact perceptions of safety. Different characters have varying resources and experiences, which influence their reactions to the burglaries and their ability to safeguard their homes and families.

Through these various narrative elements, Rachel Louise Snyder presents a nuanced exploration of the theme of safety in "What We've Lost is Nothing." The burglaries serve as a catalyst for the characters to grapple with their own sense of security and vulnerability, prompting them to reevaluate their beliefs, relationships, and the world they thought they knew.

Regenerate

Send a message

Free Research Preview. ChatGPT may produce inaccurate information about people, places, or facts. ChatGPT August 3 Version


Amidst the tidy streets and manicured lawns of our suburban haven, the illusion of safety draped over us like a comforting shroud. We believed ourselves impervious to the chaos that lurked beyond our manicured borders, insulated from the world's unpredictability. Yet, in the cold, unforgiving hours of that night when darkness invaded our homes, our veneer of invulnerability was stripped away. Fear, like an unwelcome guest, settled among us, casting shadows upon the facades we had so carefully constructed. In the quiet of our living rooms, we questioned the foundations of our sense of security, realizing that safety is not a birthright but a fragile construct, easily shattered by the harsh realities of an unpredictable world.
Regenerate
Send a message
Free Research Preview. ChatGPT may produce inaccurate information about people, places, or facts. ChatGPT August 3 Version

A

Summarize Brown Girl Dreaming by Jacqueline Woodson



"Brown Girl Dreaming" by Jacqueline Woodson is a memoir in verse that tells the story of the author's childhood and coming-of-age. The book is set in the 1960s and 1970s and follows Woodson's experiences growing up as an African American girl in both the South and the North, as her family moves from South Carolina to New York City.

The memoir is written in a series of poems, each capturing a moment, a memory, or an emotion from Woodson's life. It explores themes of identity, race, family, and the power of storytelling. Jacqueline Woodson reflects on her evolving understanding of her place in the world, her love of writing, and the influence of her family, particularly her grandparents and her mother, who nurtured her love for words and stories.

"Brown Girl Dreaming" is a poignant and beautifully written narrative that explores the author's journey to find her voice as a writer and to understand the complexities of her own identity in the context of the civil rights movement and the changing social landscape of the United States. It received critical acclaim for its lyrical prose and its portrayal of the challenges and triumphs of a young girl growing up in a racially divided America.



What are the main themes in Brown Girl Dreaming by Jacqueline Woodson?



"Brown Girl Dreaming" by Jacqueline Woodson explores several main themes throughout the memoir in verse:

1. **Identity**: A central theme of the book is the exploration of identity, particularly the author's journey to understand her identity as an African American girl growing up in the United States. Woodson grapples with questions of race, culture, and self-identity as she navigates her place in the world.
2. **Family and Belonging**: The importance of family and a sense of belonging is a recurring theme. Woodson's strong connection to her family, particularly her grandparents and her mother, provides a source of support, love, and cultural heritage as she grows up.
3. **Literature and Storytelling**: Woodson's love for literature and storytelling is woven throughout the memoir. Her passion for reading and writing becomes a source of solace and empowerment, helping her find her voice and make sense of the world.
4. **Racial Injustice and Civil Rights**: The memoir takes place during the civil rights movement in the United States, and Woodson's experiences reflect the racial injustices and inequalities of the time. Her family's experiences and her own encounters with racism are significant elements of the narrative.
5. **Coming of Age**: "Brown Girl Dreaming" is a coming-of-age story that follows the author's growth and development from childhood into adolescence. It explores the challenges, discoveries, and transitions that accompany this formative period in her life.
6. **Education and Knowledge**: The importance of education and the pursuit of knowledge are themes that run through the memoir. Woodson's thirst for learning and her experiences in school are integral to her personal growth.
7. **The Power of Memory**: The memoir is a reflection on memory and the way it shapes our understanding of the past and our sense of self. Woodson's recollections of her childhood are a testament to the enduring power of memory.

Overall, "Brown Girl Dreaming" is a beautifully written exploration of identity, family, literature, and the social and cultural context of the civil rights era. Jacqueline Woodson's lyrical prose and evocative storytelling make the themes of the memoir resonate deeply with readers.


A
Write a paragraph in the style of Brown Girl Dreaming by Jacqueline Woodson
In the sun-soaked afternoons of my childhood, where the shadows of our stories danced on the sidewalks, I found solace in the pages of well-worn books and the comforting embrace of family. Our voices, a chorus of whispered dreams and spoken histories, filled our small living room as my grandmother's hands gently braided my hair, weaving our culture and heritage into each strand. Through the open windows, the distant echoes of a changing world reached my ears, a reminder of the times we lived in, where the struggle for justice and equality colored the air we breathed. It was within the pages of those books, under the watchful eyes of my elders, that I learned to embrace my identity as a brown girl with dreams woven into the fabric of my being, and to understand that stories, both written and lived, are the threads that connect us to our past and guide us toward our future.
Was this response better or worse?
Better
Worse
Same
Regenerate
Send a message
Free Research Preview. ChatGPT may produce inaccurate information about people, places, or facts. ChatGPT September 25 Version