| | |
|---|---|
| **MORRISON & FOERSTER LLP** | **LATHAM & WATKINS LLP** |
| Joseph C. Gratz (SBN 240676) | Andrew M. Gass (SBN 259694) |
| *jgratz@mofo.com* | *andrew.gass@lw.com* |
| Tiffany Cheung (SBN 211497) | Joseph R. Wetzel (SBN 238008) |
| *tcheung@mofo.com* | *joseph.wetzel@lw.com* |
| Joyce C. Li (SBN 323820) | 505 Montgomery Street, Suite 2000 |
| *joyceli@mofo.com* | San Francisco, CA 94111 |
| Melody Ellen Wong (SBN 341494) | Telephone: 415.391.0600 |
| *melodywong@mofo.com* | |
| Vera Ranieri (SBN 271594) | Sarang V. Damle (*pro hac vice*) |
| *vranieri@mofo.com* | *sy.damle@lw.com* |
| 425 Market Street | 555 Eleventh Street, NW, Suite 1000 |
| San Francisco, CA 94105 | Washington, D.C. 20004 |
| Telephone: 415.258.7522 | Telephone: 202.637.2200 |
| | |
| Allyson R. Bennett (SBN 302090) | Allison L. Stillman (*pro hac vice*) |
| *abennett@mofo.com* | *alli.stillman@lw.com* |
| Rose S. Lee (SBN 294658) | 1271 Avenue of the Americas |
| *roselee@mofo.com* | New York, NY 10020 |
| Alexandra Marie Ward (SBN 318042) | Telephone: 212.751.4864 |
| *alexandraward@mofo.com* | |
| 707 Wilshire Boulevard, Suite 6000 | |
| Los Angeles, CA 90017-3543 | |
| Telephone: 213.892.5454 | |
| | |
| [CAPTION CONTINUED ON NEXT PAGE] | *Attorneys for Defendants OpenAI, Inc., OpenAI, L.P., OpenAI OpCo, L.L.C., OpenAI GP, L.L.C., OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., and OpenAI Startup Fund Management, LLC* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPENAI CHATGPT LITIGATION | Master File No. 3:23-cv-03223-AMO |
| This Document Relates To: | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS FIRST CONSOLIDATED AMENDED COMPLAINT** |
| Case No. 3:23-cv-03223-AMO | |
| Case No. 3:23-cv-03416-AMO | |
| Case No. 3:23-cv-04625-AMO | |

[PROPOSED] ORDER GRANTING MOTION TO DISMISS
FIRST CONSOLIDATED AMENDED COMPLAINT
CASE NO. 3:23-cv-03223-AMO

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1  Max I. Levy (SBN 346289)
   mlevy@mofo.com
2  755 Page Mill Road
   Palo Alto, CA 94304-1018
3  Telephone: 650.813.5600

4  Eric K. Nikolaides (*pro hac vice*)
   enikolaides@mofo.com
5  250 West 55th Street
   New York, NY 10019-9601
6  Telephone: 212.468.8000

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER GRANTING MOTION TO DISMISS
FIRST CONSOLIDATED AMENDED COMPLAINT
CASE NO. 3:23-cv-03223-AMO

Defendants OpenAI, Inc., OpenAI, L.P., OpenAI OpCo, L.L.C., OpenAI GP, L.L.C., OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., and OpenAI Startup Fund Management, LLC's ("Defendants") Motion to Dismiss First Consolidated Amended Complaint (the "Motion") came before this Court for hearing on August 1, 2024. All parties were represented by counsel as noted on the record.

Having considered the briefs, supporting documents, and arguments of the parties, and finding good cause therefore, **IT IS HEREBY ORDERED** that, for the reasons stated in Defendants' Memorandum of Points and Authorities filed in support of this Motion, Count II of the First Consolidated Amended Complaint is **DISMISSED WITH PREJUDICE.**

**IT IS SO ORDERED.**

DATED: _____

_____
Hon. Araceli Martínez-Olguín
United States District Judge

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

[PROPOSED] ORDER GRANTING MOTION TO DISMISS
FIRST CONSOLIDATED AMENDED COMPLAINT
CASE NO. 3:23-cv-03223-AMO