Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
William W. Castillo Guardado (State Bar No. 294159)
Holden Benon (State Bar No. 325847)
Aaron Cera (State Bar No. 351163)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, CA 94108
Telephone:     (415) 500-6800
Facsimile:     (415) 395-9940
Email:         jsaveri@saverilawfirm.com
               czirpoli@saverilawfirm.com
               cyoung@saverilawfirm.com
               wcastillo@saverilawfirm.com
               hbenon@saverilawfirm.com
               acera@saverilawfirm.com

*Counsel for Individual and Representative*
*Plaintiffs and the Proposed Class*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPENAI CHATGPT LITIGATION | Master File No. 3:23-cv-03223-AMO |
| This document relates to: | |
| Case No. 3:23-cv-03416-AMO | **NOTICE OF APPEARANCE OF WILLIAM W. CASTILLO GUARDADO** |
| Case No. 3:23-cv-04625-AMO | |

Master File No. 3:23-cv-03223-AMO

NOTICE OF APPEARANCE

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that William W. Castillo Guardado of Joseph Saveri Law Firm, LLP hereby appears as counsel of record for Plaintiffs in this action. Mr. Castillo Guardado is registered with the Court's CM/ECF system and may be served notice through that system. Mr. Castillo Guardado's contact information is as follows:

William W. Castillo Guardado (SBN 294159)
Joseph Saveri Law Firm, LLP
601 California Street, Suite 1505
San Francisco, CA  94108
Telephone: 415-500-6800
Facsimile: 415-395-9940
Email: wcastillo@saverilawfirm.com

Dated: April 8, 2024                     By:     _/s/ William W. Castillo Guardado_____

                                                William W. Castillo Guardado

                                        Joseph R. Saveri (State Bar No. 130064)
                                        Cadio Zirpoli (State Bar No. 179108)
                                        Christopher K. L. Young (State Bar No. 318371)
                                        William W. Castillo Guardado (State Bar No. 294159)
                                        Holden Benon (State Bar No. 325847)
                                        Aaron Cera (State Bar No. 351163)
                                        **JOSEPH SAVERI LAW FIRM, LLP**
                                        601 California Street, Suite 1505
                                        San Francisco, CA 94108
                                        Telephone: (415) 500-6800
                                        Facsimile:  (415) 395-9940
                                        Email:   jsaveri@saverilawfirm.com
                                                czirpoli@saverilawfirm.com
                                                cyoung@saverilawfirm.com
                                                wcastillo@saverilawfirm.com
                                                hbenon@saverilawfirm.com
                                                acera@saverilawfirm.com

                                        *Counsel for Individual and Representative*
                                        *Plaintiffs and the Proposed Class*