KEKER, VAN NEST & PETERS LLP
ROBERT A. VAN NEST - # 84065
rvannest@keker.com
R. JAMES SLAUGHTER - # 192813
rslaughter@keker.com
PAVEN MALHOTRA - # 258429
pmalhotra@keker.com
MICHELLE S. YBARRA - # 260697
mybarra@keker.com
NICHOLAS S. GOLDBERG - # 273614
ngoldberg@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:      415 397 7188

Attorneys for Defendants OPENAI, INC., OPENAI, L.P., OPENAI
OPCO, L.L.C., OPENAI GP, L.L.C., OPENAI STARTUP FUND
GP I, L.L.C., OPENAI STARTUP FUND I, L.P., and OPENAI
STARTUP FUND MANAGEMENT, L.L.C.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPENAI CHATGPT LITIGATION<br><br>This document relates to:<br><br>Case No. 3:23-cv-03223-AMO<br>Case No. 3:23-cv-03416-AMO<br>Case No. 3:23-cv-04625-AMO | Master File Case No. 3:23-CV-03223-AMO<br><br>**NOTICE OF APPEARANCE OF PAVEN MALHOTRA**<br><br>Judge:      Hon. Araceli Martínez-Olguín<br><br>Date Filed:  June 28, 2023 |

2639096

1    **TO THE CLERK OF THE COURT AND TO ALL PARTIES OF RECORD:**

2        **PLEASE TAKE NOTICE** that Paven Malhotra of Keker, Van Nest & Peters LLP hereby

3    appears as counsel for Defendants OpenAI, Inc., OpenAI, L.P., OpenAI OPCO, L.L.C., OpenAI

4    GP, L.L.C., OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., and OpenAI

5    Startup Fund Management, L.L.C. in the above-captioned matter.  He is admitted to practice in

6    the State of California and before this Court.  His address, telephone, facsimile, and email are as

7    follows:

8                    PAVEN MALHOTRA – Bar No. 258429
                 KEKER, VAN NEST & PETERS LLP
9                 633 Battery Street
                 San Francisco, CA 94111
10                Telephone:  (415) 391-5400
                 Facsimile:  (415) 397-7188
11                Email:  pmalhotra@keker.com

12        Please serve said counsel with all pleadings, orders, motions, notices, and other filings in

13   this action.

14

15   Dated:  April 22, 2024                          KEKER, VAN NEST & PETERS LLP

16

17                                           By:    /s/ Paven Malhotra
                                                   PAVEN MALHOTRA
18
                                                   Attorneys for Defendants OPENAI, INC.,
19                                                 OPENAI, L.P., OPENAI OPCO, L.L.C.,
                                                   OPENAI GP, L.L.C., OPENAI STARTUP
20                                                 FUND GP I, L.L.C., OPENAI STARTUP
                                                   FUND I, L.P., and OPENAI STARTUP
21                                                 FUND MANAGEMENT, L.L.C.

22

23

24

25

26

27

28

2639096