```
KEKER, VAN NEST & PETERS LLP
ROBERT A. VAN NEST - # 84065
rvannest@keker.com
R. JAMES SLAUGHTER - # 192813
rslaughter@keker.com
PAVEN MALHOTRA - # 258429
pmalhotra@keker.com
MICHELLE YBARRA - # 260697
mybarra@keker.com
NICHOLAS S. GOLDBERG - # 273614
ngoldberg@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188
```

Attorneys for Defendants OPENAI, INC., OPENAI, L.P., OPENAI OPCO, L.L.C., OPENAI GP, L.L.C., OPENAI STARTUP FUND GP I, L.L.C., OPENAI STARTUP FUND I, L.P., and OPENAI STARTUP FUND MANAGEMENT, L.L.C.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPENAI CHATGPT LITIGATION<br><br>This document relates to:<br><br>Case No. 3:23-cv-03223-AMO<br>Case No. 3:23-cv-03416-AMO<br>Case No. 3:23-cv-04625-AMO | Master File Case No. 3:23-CV-03223-AMO<br><br>**NOTICE OF APPEARANCE OF R. JAMES SLAUGHTER**<br><br>Judge:      Hon. Araceli Martínez-Olguín<br><br>Date Filed: June 28, 2023 |

**TO THE CLERK OF THE COURT AND TO ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that R. James Slaughter of Keker, Van Nest & Peters LLP hereby appears as counsel for Defendants OpenAI, Inc., OpenAI, L.P., OpenAI OPCO, L.L.C., OpenAI GP, L.L.C., OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., and OpenAI Startup Fund Management, L.L.C. in the above-captioned matter. He is admitted to practice in the State of California and before this Court. His address, telephone, facsimile, and email are as follows:

> R. JAMES SLAUGHTER - # 192813
> KEKER, VAN NEST & PETERS LLP
> 633 Battery Street
> San Francisco, CA 94111
> Telephone: (415) 391-5400
> Facsimile: (415) 397-7188
> Email: rslaughter@keker.com

Please serve said counsel with all pleadings, orders, motions, notices, and other filings in this action.

Dated: April 22, 2024                                   KEKER, VAN NEST & PETERS LLP

                                                        By:  /s/ R. James Slaughter
                                                             R. JAMES SLAUGHTER

                                                        Attorneys for Defendants OPENAI, INC., OPENAI, L.P., OPENAI OPCO, L.L.C., OPENAI GP, L.L.C., OPENAI STARTUP FUND GP I, L.L.C., OPENAI STARTUP FUND I, L.P., and OPENAI STARTUP FUND MANAGEMENT, L.L.C.