| | |
|---|---|
| 1 | KEKER, VAN NEST & PETERS LLP |
| | ROBERT A. VAN NEST - # 84065 |
| 2 | rvannest@keker.com |
| | R. JAMES SLAUGHTER - # 192813 |
| 3 | rslaughter@keker.com |
| | PAVEN MALHOTRA - # 258429 |
| 4 | pmalhotra@keker.com |
| | MICHELLE S. YBARRA - # 260697 |
| 5 | mybarra@keker.com |
| | NICHOLAS S. GOLDBERG - # 273614 |
| 6 | ngoldberg@keker.com |
| | KATIE LYNN JOYCE - # 308263 |
| 7 | 633 Battery Street |
| | San Francisco, CA 94111-1809 |
| 8 | Telephone:     415 391 5400 |
| | Facsimile:      415 397 7188 |

Attorneys for Defendants OPENAI, INC., OPENAI, L.P., OPENAI OPCO, L.L.C., OPENAI GP, L.L.C., OPENAI STARTUP FUND GP I, L.L.C., OPENAI STARTUP FUND I, L.P., and OPENAI STARTUP FUND MANAGEMENT, L.L.C.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPENAI CHATGPT LITIGATION | Master File Case No. 3:23-CV-03223-AMO |
| This document relates to: | **NOTICE OF APPEARANCE OF KATIE LYNN JOYCE** |
| Case No. 3:23-cv-03223-AMO<br>Case No. 3:23-cv-03416-AMO<br>Case No. 3:23-cv-04625-AMO | Judge:     Hon. Araceli Martínez-Olguín |
| | Date Filed: June 28, 2023 |

**TO THE CLERK OF THE COURT AND TO ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that Katie Lynn Joyce of Keker, Van Nest & Peters LLP hereby appears as counsel for Defendants OpenAI, Inc., OpenAI, L.P., OpenAI OPCO, L.L.C., OpenAI GP, L.L.C., OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., and OpenAI Startup Fund Management, L.L.C. in the above-captioned matter. She is admitted to practice in the State of California and before this Court. Her address, telephone, facsimile, and email are as follows:

> KATIE LYNN JOYCE – Bar No. 308263
> KEKER, VAN NEST & PETERS LLP
> 633 Battery Street San Francisco, CA 94111
> Telephone: (415) 391-5400
> Facsimile: (415) 397-7188
> Email: kjoyce@keker.com

Please serve said counsel with all pleadings, orders, motions, notices, and other filings in this action.

Dated: April 23, 2024                                KEKER, VAN NEST & PETERS LLP

By:   */s/ Katie Lynn Joyce*
      KATIE LYNN JOYCE

Attorneys for Defendants OPENAI, INC., OPENAI, L.P., OPENAI OPCO, L.L.C., OPENAI GP, L.L.C., OPENAI STARTUP FUND GP I, L.L.C., OPENAI STARTUP FUND I, L.P., and OPENAI STARTUP FUND MANAGEMENT, L.L.C.