KEKER, VAN NEST & PETERS LLP
ROBERT A. VAN NEST - # 84065
rvannest@keker.com
R. JAMES SLAUGHTER - # 192813
rslaughter@keker.com
PAVEN MALHOTRA - # 258429
pmalhotra@keker.com
MICHELLE YBARRA - # 260697
mybarra@keker.com
NICHOLAS S. GOLDBERG - # 273614
ngoldberg@keker.com
THOMAS E. GORMAN - # 279409
tgorman@keker.com
KATIE LYNN JOYCE - # 308263
kjoyce@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendants OPENAI, INC., OPENAI, L.P., OPENAI
OPCO, L.L.C., OPENAI GP, L.L.C., OPENAI STARTUP FUND
GP I, L.L.C., OPENAI STARTUP FUND I, L.P., and OPENAI
STARTUP FUND MANAGEMENT, L.L.C.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPENAI CHATGPT LITIGATION<br><br>This document relates to:<br><br>Case No. 3:23-cv-03223-AMO<br>Case No. 3:23-cv-03416-AMO<br>Case No. 3:23-cv-04625-AMO | Master File Case No. 3:23-CV-03223-AMO<br><br>**NOTICE OF APPEARANCE OF THOMAS E. GORMAN**<br><br>Judge:       Hon. Araceli Martínez-Olguín<br><br>Date Filed:  June 28, 2023 |

1

**TO THE CLERK OF THE COURT AND TO ALL PARTIES OF RECORD:**

2

**PLEASE TAKE NOTICE** that Thomas E. Gorman of Keker, Van Nest & Peters LLP

3

hereby appears as counsel for Defendants OpenAI, Inc., OpenAI, L.P., OpenAI OPCO, L.L.C.,

4

OpenAI GP, L.L.C., OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., and

5

OpenAI Startup Fund Management, L.L.C. in the above-captioned matter.  He is admitted to

6

practice in the State of California and before this Court.  His address, telephone, facsimile, and

7

email are as follows:

8

THOMAS E. GORMAN – Bar No. 279409
KEKER, VAN NEST & PETERS LLP

9

633 Battery Street
San Francisco, CA 94111

10

Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188

11

Email:  tgorman@keker.com

12

Please serve said counsel with all pleadings, orders, motions, notices, and other filings in

13

this action.

14

15

Dated:  April 23, 2024                    KEKER, VAN NEST & PETERS LLP

16

17

                                    By:    /s/ Thomas E. Gorman
                                           THOMAS E. GORMAN

18

                                           Attorneys for Defendants OPENAI, INC.,

19

                                           OPENAI, L.P., OPENAI OPCO, L.L.C.,
                                           OPENAI GP, L.L.C., OPENAI STARTUP

20

                                           FUND GP I, L.L.C., OPENAI STARTUP
                                           FUND I, L.P., and OPENAI STARTUP

21

                                           FUND MANAGEMENT, L.L.C.

22

23

24

25

26

27

28

2641200