JOSEPH C. GRATZ (CA SBN 240676)
JGratz@mofo.com
TIFFANY CHEUNG (CA SBN 211497)
TCheung@mofo.com
VERA RANIERI (CA SBN 271594)
VRanieri@mofo.com
JOYCE C. LI (CA SBN 323820)
JoyceLi@mofo.com
MELODY E. WONG (SBN 341494)
MelodyWong@mofo.com
MORRISON & FOERSTER LLP
425 Market Street,
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

ANDREW M. GASS (SBN 259694)
Andrew.Gass@lw.com
JOSEPH R. WETZEL (SBN 238008)
Joe.Wetzel@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: (415) 391-0600

SARANG VIJAY DAMLE (*pro hac vice*)
Sy.Damle@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2200

ALLYSON R. BENNETT (CA SBN 302090)
ABennett@mofo.com
ROSE S. LEE (CA SBN 294658)
RoseLee@mofo.com
ALEXANDRA M. WARD (CA SBN 318042)
AlexandraWard@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California 90017-3543
Telephone: (213) 892-5200
Facsimile: (213) 892-5454

ALLISON L. STILLMAN (*pro hac vice*)
Alli.Stillman@lw.com
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 751-4864

[CAPTION CONTINUED ON NEXT PAGE]

Attorneys for Defendants
OPENAI, INC., OPENAI, L.P., OPENAI OPCO, L.L.C., OPENAI GP, L.L.C., OPENAI STARTUP FUND GP I, L.L.C., OPENAI STARTUP FUND I, L.P., AND OPENAI STARTUP FUND MANAGEMENT, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPENAI CHATGPT LITIGATION | Master File No. 3:23-cv-03223-AMO |
| This document relates to:<br>All Actions | **DECLARATION OF ALEX BAKER-WHITCOMB IN SUPPORT** |

BAKER-WHITCOMB DECLARATION ISO STATEMENT

| | |
|---|---|
| Case No. 3:23-cv-03223-AMO<br>Case No. 4:23-cv-03416-AMO<br>Case No. 4:23-cv-04625-AMO | OF OPENAI'S STATEMENT REGARDING INTERROGATORY NO. 12<br><br>Date: TBD<br>Time: TBD<br>Courtroom: Ctrm 10, 19th Floor<br>Judge: Hon. Araceli Martinez-Olguin |

MAX I. LEVY (CA SBN 346289)
MLevy@mofo.com
MORRISON & FORESTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: (650) 813-5600
Facsimile: (650) 494-0792

ERIC K. NIKOLAIDES (*pro hac vice*)
ENikolaides@mofo.com
MORRISON & FORESTER LLP
250 West 55th Street
New York, NY 10019-9601
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

BAKER-WHITCOMB DECLARATION ISO STATEMENT

I, Alex Baker-Whitcomb, hereby declare as follows:

1. I am a Member of Communications Staff at OpenAI. I submit this declaration in support of Defendants' Statement in opposition of Plaintiffs' letter motion to compel responses to Interrogatory No. 12. I have personal knowledge of the facts set forth below and if called as a witness, could testify competently thereto.

2. I understand that Plaintiffs seek the personal social media accounts of OpenAI's current and former employees and board members identified in response to interrogatories in this litigation.

3. OpenAI does not systematically collect the personal social media accounts of all its employees or board members.

4. OpenAI does not monitor personal social media account usernames/activities of its employees or board members in the ordinary course of business.

5. OpenAI does not run the personal social media accounts of its employees or board members in the ordinary course of business. Those individuals, not OpenAI, control their respective personal accounts and personal online presence.

BAKER-WHITCOMB DECLARATION ISO STATEMENT

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 26 day of April, 2024, in San Francisco, California.

_____
Alex Baker-Whitcomb

BAKER-WHITCOMB DECLARATION ISO STATEMENT