UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL TREMBLAY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> OPENAI, INC., et al., <br><br> Defendants. | Case No. 23-cv-03223-AMO <br><br> **ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR DISCOVERY** <br><br> Re: Dkt. No. 136 |

Pursuant to Civil Local Rule 72-1, discovery disputes and all further discovery in this case are referred

[X] for random assignment to a United States Magistrate Judge.

The Magistrate Judge to whom the matter is assigned will advise the parties of how that Judge intends to proceed. The Magistrate Judge may issue a ruling, order more formal briefing, or set a telephone conference or a hearing. After a Magistrate Judge has been assigned, all further discovery matters shall be filed pursuant to that Judge's procedures and standing orders.

**IT IS SO ORDERED.**

Dated: May 2, 2024

_____
**A**RACELI **M**ARTÍNEZ-**O**LGUÍN
**United States District Judge**

*Rev. 3-20*