May 21, 2024

**Via ECF**

The Honorable Robert M. Illman
United States District Court for the Northern District of California
Eureka-McKinleyville Courthouse
3140 Boeing Ave.
McKinleyville, CA 95519

Re:     *In re OpenAI ChatGPT Litigation*, Master File No. 23-cv-3223-AMO Letter Seeking Leave
      to Attach Exhibits to Joint Discovery Letter RE: ESI Protocol

Dear Judge Illman:

Plaintiffs request that the Court approve Plaintiffs' attaching Exhibits to a joint letter brief that Plaintiffs believe are not otherwise permitted under the Court's Standing Order, but which Plaintiffs believe would aid the Court. Plaintiffs wrote to Defendants' counsel yesterday to inquire whether Defendants oppose this request, but counsel did not respond.

Pursuant to Paragraph 4(a) of the Court's Standing Order, the parties anticipate filing a joint letter brief seeking an order from the Court regarding the Parties' competing Proposed Orders regarding Discovery of Electronically Stored Information ("ESI").

Pursuant to the Court's standing order, Plaintiffs hereby submit this letter brief seeking leave to attach exhibits to the Joint Discovery Letter regarding ESI Protocol ("Joint Letter Brief").

Plaintiffs hereby request leave to attach as exhibits to the Joint Letter Brief the following:

1. A copy of Plaintiffs' Proposed Order regarding Discovery of ESI.

2. A brief declaration from Randall Rader, former Chief Judge of the United States Court of Appeals for the Federal Circuit. Judge Rader was one of the principal drafters of the model patent order which Defendants' Proposed Order regarding Discovery of ESI is modeled after. He will offer testimony regarding the drafters' intent underpinning the model patent order. Judge Rader will also testify that the committee that drafted the model patent order did not consider or design it to accommodate complex cases such as large class actions.

3. A brief declaration from Tara Shaun Emory, Senior Vice President of Legal AI Strategy & General Counsel of Redgrave Strategic Data Solutions, LLC, an ESI specialist who will offer testimony regarding the language proposed in Plaintiffs' Proposed Order regarding Discovery of ESI.

Plaintiffs believe the Exhibits proposed by Plaintiffs will assist the Court by providing helpful context regarding the Parties' competing Proposed Orders regarding Discovery of ESI.

*/s/ Joseph R. Saveri*

Joseph R. Saveri (State Bar No. 130064)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, CA 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email: jsaveri@saverilawfirm.com

*Counsel for Individual and Representative*
*Plaintiffs and the Proposed Class*