**MORRISON FOERSTER**

707 WILSHIRE BOULEVARD
SUITE 6000
LOS ANGELES
CALIFORNIA 90017-3543

TELEPHONE: 213.892.5200
FACSIMILE: 213.892.5454

WWW.MOFO.COM

MORRISON & FOERSTER LLP

AUSTIN, BEIJING, BERLIN, BOSTON,
BRUSSELS, DENVER, HONG KONG,
LONDON, LOS ANGELES, MIAMI,
NEW YORK, PALO ALTO, SAN DIEGO,
SAN FRANCISCO, SHANGHAI, SINGAPORE,
TOKYO, WASHINGTON, D.C.

May 30, 2024

Writer's Direct Contact
+1 (213) 892-5656
ABennett@mofo.com

**VIA ECF**

The Honorable Robert M. Illman
United States District Court for the Northern District of California
Eureka-McKinleyville Courthouse
3140 Boeing Avenue
McKinleyville, CA 95519

Re:   *In re OpenAI ChatGPT Litigation*, Master File No. 23-cv-3223-AMO

Dear Judge Illman:

Defendants write concerning the Parties' forthcoming letter brief Plaintiffs brought to the Court's attention last week regarding entry of an ESI protocol in this matter.  (*See* ECF No. 141 (requesting leave to file three exhibits in support of Plaintiffs' position statement).) Defendants request the Court's approval to file the following documents in support of their position statement:

1. Declaration of Christopher A. Acosta, Director of eDiscovery Resources at Morrison & Foerster LLP, detailing the burden involved in implementing Plaintiffs' proposed ESI protocol; and

2. Declaration of Allyson Bennett, providing a brief history of the Parties' negotiation on an ESI protocol in this matter and attaching Defendants' proposed ESI order as well as other relevant exhibits.

Defendants believe the above exhibits will aid the Court's review of the Parties' positions. The Court previously granted Plaintiffs' request to submit exhibits in support of their portion of the joint letter on May 22.  (*See* ECF No. 142.)

**MORRISON FOERSTER**

The Honorable Robert M. Illman
May 30, 2024
Page Two


Sincerely,

*/s/ Allyson R. Bennett*
Allyson R. Bennett
Partner