June 14, 2024

**Via ECF**

The Honorable Robert M. Illman
United States District Court for the Northern District of California
Eureka-McKinleyville Courthouse
3140 Boeing Ave.
McKinleyville, CA 95519

Re:   *In re OpenAI ChatGPT Litigation*, Master File No. 23-cv-3223-AMO - Unopposed Letter Seeking Leave to Attach Exhibits to Joint Discovery Letter RE: RFP No. 9

Dear Judge Illman:

Plaintiffs request that the Court approve Plaintiffs attaching Exhibits to a joint letter brief that are not otherwise permitted under the Court's Standing Order, but which Plaintiffs believe would aid the Court. Defendants wrote to Plaintiffs' counsel today stating they do not oppose Plaintiffs' request.

Pursuant to Paragraph 4(a) of the Court's Standing Order, the parties anticipate filing a joint letter brief regarding Defendants' Request for Production Number 9 served on Plaintiffs ("Joint Letter Brief"). Pursuant to the Court's Standing Order, Plaintiffs hereby request leave to attach as exhibits to the Joint Letter Brief the following:

1. A short declaration of Matthew Butterick, Esq. briefly describing the circumstances surrounding his pre-lawsuit investigation that resulted in the creation of the at-issue documents requested by Defendants; and

2. A copy of OpenAI's Privacy Policy.

Plaintiffs believe the exhibits proposed by Plaintiffs will assist the Court's analysis of the Parties' positions.

*/s/ Joseph R. Saveri*
Joseph R. Saveri (State Bar No. 130064)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, CA 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email: jsaveri@saverilawfirm.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*