1

2

3

4

5

6

7

8

9

10

11

12

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

13

**In re OpenAI ChatGPT Litigation**

Master File No. 23-cv-3223-AMO

14

This document relates to:

15

23-cv-03223-AMO

**[Proposed] Order on**
**Plaintiffs' Motion for Relief from**
**Nondispositive Pretrial Order**
**of Magistrate Judge**

23-cv-03416-AMO

16

23-cv-04625-AMO

17

**[Fed. R. Civ. P. 72(a); Civ. L.R. 72-2]**

18

19

20

21

22

23

24

25

26

27

28

1    Before this Court is *Plaintiffs' Motion for Relief from Nondispositive Pretrial Order of*

2  *Magistrate Judge* under Fed. R. Civ. P. 72(a). Having considered the relevant factors, the parties'

3  arguments, and all other papers filed herein, the Court hereby **GRANTS** the motion as follows:

4

5    [*Choose either (1) or (2) or (3)—*]

6    1)  The Court finds that the Plaintiffs' pre-litigation investigation of OpenAI's ChatGPT

7        product is opinion work product.

8    2)  The Court finds that Plaintiffs' pre-litigation investigation of OpenAI's ChatGPT product is

9        fact work product.

10   3)  The Court finds that Plaintiffs pre-litigation investigation of OpenAI's ChatGPT product is

11       opinion work product as to [*describe materials*] and fact work product as to

12       [*describe materials*].

13

14   [*Choose either (4) or (5) or (6)—*]

15   4)  Plaintiffs have not waived work-product protection.

16   5)  Plaintiffs have waived work-product protection only as to the prompts and outputs

17       disclosed in the First Consolidated Amended Complaint (ECF 120), and must produce

18       these.

19   6)  Plaintiffs have waived work-product protection as to [*describe materials*], and must

20       produce these materials.

21

22   **IT IS SO ORDERED.**

23

24   Dated:                                    _____

25                                             Honorable Araceli Martínez-Olguín

26                                             United States District Judge

27

28

1