Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Holden Benon (State Bar No. 325847)
Aaron Cera (State Bar No. 351163)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, California 94108
Telephone:     (415) 500-6800
Facsimile:      (415) 395-9940
Email:           jsaveri@saverilawfirm.com
                   czirpoli@saverilawfirm.com
                   cyoung@saverilawfirm.com
                   hbenon@saverilawfirm.com
                   acera@saverilawfirm.com

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone:     (323) 968-2632
Facsimile:      (415) 395-9940
Email:           mb@butiericklaw.com

*Counsel for Individual and Representative Plaintiffs
Tremblay, Silverman, Golden, Kadrey, and the
Proposed Class*

Bryan L. Clobes *(pro hac vice)*
**CAFFERTY CLOBES MERIWETHER
& SPRENGEL LLP**
205 N. Monroe Street
Media, PA 19063
Telephone:     (215) 864-2800
Email:           bclobes@caffertyclobes.com

Alexander J. Sweatman *(pro hac vice* forthcoming*)*
**CAFFERTY CLOBES MERIWETHER
& SPRENGEL LLP**
135 South LaSalle Street, Suite 3210
Chicago, IL 60603
Telephone:     (312) 782-4880
Email:           asweatman@caffertyclobes.com

*Counsel for Individual and Representative Plaintiffs
Coates, Díaz, Greer, Hwang, Klam, Lippman, Snyder,
Woodson, and the Proposed Class*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re OpenAI ChatGPT Litigation**<br><br>This document relates to:<br>23-cv-03223-AMO<br>23-cv-03416-AMO<br>23-cv-04625-AMO | Master File No. 23-cv-3223-AMO<br><br>**Declaration of Matthew Butterick in Support of Plaintiffs' Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge**<br><br>**[Fed. R. Civ. P. 72(a); Civ. L.R. 72-2]** |

I, Matthew Butterick, declare:

1. I am an attorney licensed to practice in California. I am co-counsel for Plaintiffs Tremblay, Silverman, Golden, and Kadrey in this action.

2. About a week ago, I visited ChatGPT and entered the same prompt three times in sequential chat sessions: "*In 150 words or less, summarize the third act of Hamlet.*" No default settings were changed. The model used was the default—GPT-4o.

3. The first result: "In Act 3 of "Hamlet," the tension escalates. Hamlet stages a play to confirm Claudius's guilt. The play's plot mirrors the suspected murder of Hamlet's father, and Claudius's disturbed reaction confirms his guilt to Hamlet. Hamlet then confronts his mother, Gertrude, in her chambers. During this confrontation, he accidentally kills Polonius, who was eavesdropping behind a tapestry. The act concludes with Hamlet expressing his conflicted feelings towards his mother and further deepening his resolve against Claudius. Claudius, now aware of Hamlet's suspicions, plots to send him to England, where he plans for Hamlet's execution."

4. As soon as ChatGPT finished emitting the first result, I started a new chat and entered the prompt a second time.

5. The second result: "In the third act of Shakespeare's *Hamlet*, Hamlet wrestles with his conscience and stages a play to gauge King Claudius's guilt. Claudius reacts guiltily, confirming his role in King Hamlet's murder. Hamlet confronts his mother, Gertrude, in her chamber, accidentally killing Polonius, who was eavesdropping. The ghost of King Hamlet appears, reminding Hamlet to focus on avenging his death. Gertrude is bewildered, unable to see the ghost. Meanwhile, Claudius plans to send Hamlet to England, fearing for his own safety."

6. As soon as ChatGPT finished emitting the second result, I started a new chat and entered the prompt a third time.

7. The third result: "In the third act of "Hamlet," Prince Hamlet stages a play to gauge King Claudius's guilt over his father's murder. The play, mirroring the suspected murder, deeply disturbs Claudius, confirming Hamlet's suspicions. Queen Gertrude, Hamlet's mother, summons Hamlet to her chambers, where he confronts her about her hasty marriage to Claudius. Polonius,

hiding behind a curtain to eavesdrop, is accidentally killed by Hamlet, who mistakes him for Claudius. This act heightens the tension, revealing Hamlet's deepening resolve and the moral corruption at Elsinore's core."

8. Even though the same prompt was entered three times in rapid succession, the results emitted by ChatGPT—though they may touch on some of the same points about *Hamlet*—are quite different in terms of the sequence of words emitted and emphasis on certain aspects of the third act.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 8, 2024 in Ferndale, CA.

By: ___*/s/ Matthew Butterick*___

Matthew Butterick