**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re OpenAI ChatGPT Litigation**<br><br>This document relates to:<br>23-cv-03223-AMO<br>23-cv-03416-AMO<br>23-cv-04625-AMO | Master File No. 23-cv-3223-AMO<br><br>**[Proposed] Order on Plaintiffs' Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge**<br><br>**[Fed. R. Civ. P. 72(a); Civ. L.R. 72-2]** |

Before this Court is *Plaintiffs' Motion for Relief from Nondispositive Pretrial Order of Magistrate Judge* under Fed. R. Civ. P. 72(a). Having considered the relevant factors, the parties' arguments, and all other papers filed herein, the Court hereby **GRANTS** the motion as follows:

[*Choose either (1) or (2) or (3)—*]

1) The Court finds that the Plaintiffs' pre-litigation investigation of OpenAI's ChatGPT product is opinion work product.

2) The Court finds that Plaintiffs' pre-litigation investigation of OpenAI's ChatGPT product is fact work product.

3) The Court finds that Plaintiffs pre-litigation investigation of OpenAI's ChatGPT product is opinion work product as to [*describe materials*] and fact work product as to [*describe materials*].

[*Choose either (4) or (5) or (6)—*]

4) Plaintiffs have not waived work-product protection.

5) Plaintiffs have waived work-product protection only as to the prompts and outputs disclosed in the First Consolidated Amended Complaint (ECF 120), and must produce these.

6) Plaintiffs have waived work-product protection as to [*describe materials*], and must produce these materials.

**IT IS SO ORDERED.**

Dated: _____

Honorable Araceli Martínez-Olguín
United States District Judge

1

[Proposed] Order on Plaintiffs' Motion for Relief from
Nondispositive Pretrial Order of Magistrate Judge — 23-cv-3223-AMO