**LATHAM & WATKINS LLP**
Andrew M. Gass (SBN 259694)
  *andrew.gass@lw.com*
Joseph R. Wetzel (SBN 238008)
  *joseph.wetzel@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: 415.391.0600

Sarang V. Damle (*pro hac vice*)
  *sy.damle@lw.com*
Elana Nightingale Dawson (*pro hac vice*)
  *elana.nightingaledawson@lw.com*
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: 202.637.2200

Allison L. Stillman (*pro hac vice*)
  *alli.stillman@lw.com*
1271 Avenue of the Americas
New York, New York 10020
Telephone:  212.906.1747

[CAPTION CONTINUED ON NEXT PAGE]

**MORRISON & FOERSTER LLP**
Joseph Charles Gratz (SBN 240676)
  *jgratz@mofo.com*
Tiffany Cheung (SBN 211497)
  *tcheung@mofo.com*
Joyce C. Li (SBN 323820)
  *joyceli@mofo.com*
Melody Ellen Wong (SBN 341494)
  *melodywong@mofo.com*
Vera Ranieri (SBN 271594)
  *vranieri@mofo.com*
425 Market Street
San Francisco, CA 94105
Telephone: 415.258.7522

Allyson R. Bennett (SBN 302090)
  *abennett@mofo.com*
Rose S. Lee (SBN 294658)
  *roselee@mofo.com*
Alexandra Marie Ward (SBN 318042)
  *alexandraward@mofo.com*
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017-3543
Telephone: 213.892.545425 Market Street
San Francisco, CA 94105
Telephone: 415.258.7522

*Attorneys for Defendants OpenAI, Inc.,
OpenAI, L.P., OpenAI OpCo, L.L.C., OpenAI
GP, L.L.C., OpenAI Startup Fund GP I, L.L.C.,
OpenAI Startup Fund I, L.P., and OpenAI
Startup Fund Management, LLC*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPENAI CHATGPT LITIGATION | Master File No. 3:23-cv-03223-AMO |
| This Document Relates To: | |
| Case No. 3:23-cv-03223-AMO<br>Case No. 3:23-cv-03416-AMO<br>Case No. 3:23-cv-04625-AMO | **DEFENDANTS' STATEMENT OF RECENT DECISION** |

Max I. Levy (SBN 346289)
  *mlevy@mofo.com*
755 Page Mill Road
Palo Alto, CA 94304-1018
Telephone: 650.813.5600

Eric K. Nikolaides (*pro hac vice*)
  *enikolaides@mofo.com*
250 West 55th Street
New York, NY 10019-9601
Telephone: 212.468.8000

**KEKER, VAN NEST & PETERS LLP**
Robert A. Van Nest (SBN 84065)
  *rvannest@keker.com*
R. James Slaughter (SBN 192813)
  *rslaughter@keker.com*
Paven Malhotra (SBN 258429)
  *pmalhotra@keker.com*
Michelle Ybarra (SBN 260697)
  *mybarra@keker.com*
Nicholas S. Goldberg (SBN 273614)
  *ngoldberg@keker.com*
Thomas E. Gorman (SBN 279409)
  *tgorman@keker.com*
Katie Lynn Joyce (SBN 308263)
  *kjoyce@keker.com*
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415.391.5400
Facsimile: 415.397.7188

1    Pursuant to this Court's Civil Local Rule 7-3(d)(2), Defendants respectfully submit this

2    Statement of Recent Decision to bring to the Court's attention newly issued authority relevant to

3    their Motion to Dismiss First Consolidated Amended Complaint (Dkt. 122).

4    On June 24, 2024, the United States District Court for the Northern District of California

5    issued an order granting in part and denying in part defendants' motion to dismiss.  *See* Order

6    Granting in Part & Denying in Part Motion to Dismiss Second Amended Complaint *in Doe et al.*

7    *v. GitHub, Inc.*, et al., No. 4:22-cv-06823, Dkt. 253 (N.D. Cal., filed Jun. 24, 2024) (Tigar, J.).  In

8    pertinent part, the court held that Federal Rule of Civil Procedure 12(g)(2) did not foreclose

9    OpenAI's arguments that plaintiffs failed to state a breach of contract claim.  *Id.* at 7.  It held that

10   the Ninth Circuit "read[s] Rule 12(g)(2) in light of . . . Rule 1," which "directs that the Federal

11   Rules 'be construed, administered, and employed by the court and the parties to secure the just,

12   speedy, and inexpensive determination of every action and proceeding.'"  *Id.* at 7 (quoting *In re*

13   *Apple iPhone Antitrust Litig.*, 846 F.3d 313, 318 (9th Cir. 2017)).   The court concluded that

14   "[d]enying late-filed Rule 12(b)(6) motions . . . can produce unnecessary and costly delays,

15   contrary to the direction of Rule 1" and thus "consider[ed] OpenAI's arguments" in order to

16   "materially expedite[] the district court's disposition of the case." *Id.*  A true and correct copy of

17   the order is attached hereto as Exhibit 1.

18

19

20

21

22

23

24

25

26

27

28

Dated:  July 12, 2024

Respectfully Submitted,

By:  */s/ Elana Nightingale Dawson*

LATHAM & WATKINS LLP
  Andrew M. Gass (SBN 259694)
  *andrew.gass@lw.com*
  Joseph R. Wetzel (SBN 238008)
  *joseph.wetzel@lw.com*
  505 Montgomery Street, Suite 2000
  San Francisco, CA 94111
  Telephone: 415.391.0600

  Sarang V. Damle (*pro hac vice*)
  *sy.damle@lw.com*
  Elana Nightingale Dawson (*pro hac vice*)
  *elana.nightingaledawson@lw.com*
  555 Eleventh Street, NW, Suite 1000
  Washington, D.C. 20004
  Telephone: 202.637.2200

  Allison L. Stillman (*pro hac vice*)
  *alli.stillman@lw.com*
  1271 Avenue of the Americas
  New York, NY 10020
  Telephone: 212.751.4864

By:  */s/ Allyson R. Bennett*

MORRISON & FOERSTER LLP
  Joseph C. Gratz (SBN 240676)
  *jgratz@mofo.com*
  Tiffany Cheung (SBN 211497)
  *tcheung@mofo.com*
  Melody E. Wong
  *melodywong@mofo.com*
  Vera Ranieri
  *vranieri@mofo.com*
  425 Market Street
  San Francisco, CA 94105
  Telephone: 415.258.7522

  Allyson R. Bennett (SBN 302090)
  *abennett@mofo.com*
  Alexandra M. Ward
  *alexandraward@mofo.com*
  Joyce C. Li
  *joyceli@mofo.com*
  Rose S. Lee
  *roselee@mofo.com*
  707 Wilshire Boulevard, Suite 6000
  Los Angeles, CA 90017-3543
  Telephone: 213.892.5454

  Eric Nikolaides (*pro hac vice*)

1     *enikolaides@mofo.com*
      250 W. 55th St
2     New York, NY 10019
      Telephone: 212-336-4061
3
      Max I. Levy
4       *mlevy@mofo.com*
      755 Page Mill Road
5     Palo Alto, CA 94304
      Telephone: 650.813.5600
6
      By:    */s/ Thomas E. Gorman*
7
      KEKER, VAN NEST & PETERS LLP
8       Robert Addy Van Nest
          *rvannest@keker.com*
9       Katie L. Joyce
          *kjoyce@keker.com*
10      Michelle S. Ybarra
          *mybarra@keker.com*
11      Nicholas S. Goldberg
          *ngoldberg@keker.com*
12      Paven Malhotra
          *pmalhotra@keker.com*
13      R. James Slaughter
          *rslaughter@keker.com*
14      Thomas E. Gorman
          *tgorman@keker.com*
15      633 Battery Street
      San Francisco, CA 94111-1809
16      Telephone: 415.391.5400

17

18      *Attorneys for OpenAI Defendants*

19

20

21

22

23

24

25

26

27

28

1

## **ATTESTATION**

2    I, Elana Nightingale Dawson, am the ECF user whose user ID and password authorized the

3  filing of this document.  Under Civil L.R. 5-1(i)(3), I attest that all signatories to this document

4  have concurred in its filing.

5  Dated: July 12, 2024                    */s/ Elana Nightingale Dawson*

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28