1 | [Counsel on signature page]
2 |
3 |
4 |
5 |
6 |
7 | UNITED STATES DISTRICT COURT
8 | NORTHERN DISTRICT OF CALIFORNIA
9 | SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPENAI CHATGPT LITIGATION | Master File No. 3:23-cv-03223-AMO |
| This document relates to: | **STIPULATION REGARDING EXTENSION OF TIME TO FILE ANSWER TO THE FIRST CONSOLIDATED AMENDED COMPLAINT** |
| Case No. 3:23-cv-03223-AMO<br>Case No. 4:23-cv-03416-AMO<br>Case No. 4:23-cv-04625-AMO | |
| | Judge: Hon. Araceli Martinez-Olguin |

1  Pursuant to Northern District of California Local Rule 6-1(a), the parties in the above-
2  captioned action hereby stipulate and agree as follows:
3  WHEREAS, on July 30, 2024, the Court issued its Order (ECF No. 162) granting the
4  OpenAI Defendants' motion to dismiss Count II of Plaintiffs' First Consolidated Amended
5  Complaint (ECF No. 120);
6  WHEREAS, under Fed. R. Civ. P. 12(a)(4)(A), Defendants' Answer to Plaintiffs' First
7  Consolidated Amended Complaint is due on August 13, 2024; and
8  WHEREAS extending the deadline for Defendants' Answer to August 27, 2024, will not
9  alter the date of any event or any deadline already fixed by Court order;
10 **NOW THEREFORE,** the parties, through their undersigned counsel, hereby stipulate
11 and agree that Defendants' Answer to Plaintiffs' First Consolidated Amended Complaint is due
12 on August 27, 2024.

1 | IT IS SO STIPULATED.

2 | Dated: August 12, 2024

3 | By:     */s/ Joseph R. Saveri*

**JOSEPH SAVERI LAW FIRM, LLP**
Joseph R. Saveri (SBN 130064)
 *jsaveri@saverilawfirm.com*
Cadio Zirpoli (SBN 179108)
 *czirpoli@saverilawfirm.com*
Christopher K.L. Young (SBN 318371)
 *cyoung@saverilawfirm.com*
Holden Benon (SBN 325847)
 *hbenon@saverilawfirm.com*
Aaron Cera (SBN 351163)
 *acera@saverilawfirm.com*
601 California Street, Suite 1505
San Francisco, CA 94108
Telephone: 415.500.6800
Facsimile: 415.395.9940

Matthew Butterick (SBN 250953)
 *mb@buttericklaw.com*
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone: 323.968.2632
Facsimile: 415.395.9940

**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
Bryan L. Clobes (pro hac vice)
 *bclobes@caffertyclobes.com*
205 N. Monroe Street
Media, PA 19063
Telephone: 215.864.2800

Alexander J. Sweatman (pro hac vice forthcoming)
 *asweatman@caffertyclobes.com*
135 South LaSalle Street, Suite 3210
Chicago, IL 60603
Telephone: 312.782.4880

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*

Dated: August 12, 2024

By: ___*/s/ Elana Nightingale Dawson*___

**LATHAM & WATKINS LLP**
Andrew M. Gass (SBN 259694)
 *andrew.gass@lw.com*
Joseph R. Wetzel (SBN 238008)
 *joseph.wetzel@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: 415.391.0600

Sarang V. Damle (*pro hac vice*)
 *sy.damle@lw.com*
Elana Nightingale Dawson (*pro hac vice*)
 *elana.nightingaledawson@lw.com*
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: 202.637.2200

Allison L. Stillman (*pro hac vice*)
 *alli.stillman@lw.com*
1271 Avenue of the Americas
New York, NY 10020
Telephone: 212.751.4864


By: ___*/s/ Vera Ranieri*___

**MORRISON & FOERSTER LLP**
Joseph C. Gratz (SBN 240676)
 *jgratz@mofo.com*
Tiffany Cheung (SBN 211497)
 *tcheung@mofo.com*
Vera Ranieri (SBN 271594)
 *vranieri@mofo.com*
Melody E. Wong (SBN 341494)
 *melodywong@mofo.com*
425 Market Street
San Francisco, CA 94105
Telephone: 415.258.7522

Allyson R. Bennett (SBN 302090)
 *abennett@mofo.com*
Rose S. Lee (SBN 294658)
 *roselee@mofo.com*
Alexandra M. Ward (SBN 318042)
 *alexandraward@mofo.com*
Joyce C. Li (SBN 323820)
 *joyceli@mofo.com*
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017-3543
Telephone: 213.892.5454

|   |   |
|---|---|
| 1 | Eric Nikolaides (*pro hac vice*) |
|   |  *enikolaides@mofo.com* |
| 2 | 250 W. 55th St |
|   | New York, NY 10019 |
| 3 | Telephone: 212-336-4061 |
| 4 | Max I. Levy (SBN 346289) |
|   |  *mlevy@mofo.com* |
| 5 | 755 Page Mill Road |
|   | Palo Alto, CA 94304 |
| 6 | Telephone: 650.813.5600 |
| 7 |   |
|   | By:      */s/ Katie Lynn Joyce* |
| 8 |   |
|   | **KEKER, VAN NEST & PETERS LLP** |
| 9 |  Robert Addy Van Nest (SBN 84065) |
|   |   *rvannest@keker.com* |
| 10 |  Katie Lynn Joyce (SBN 308263) |
|   |   *kjoyce@keker.com* |
| 11 |  Michelle S. Ybarra (SBN 260697) |
|   |   *mybarra@keker.com* |
| 12 |  Nicholas S. Goldberg (SBN 273614) |
|   |   *ngoldberg@keker.com* |
| 13 |  Paven Malhotra (SBN 258429) |
|   |   *pmalhotra@keker.com* |
| 14 |  R. James Slaughter (SBN 192813) |
|   |   *rslaughter@keker.com* |
| 15 |  Thomas E. Gorman (SBN 279409) |
|   |   *tgorman@keker.com* |
| 16 |  633 Battery Street |
|   |  San Francisco, CA 94111-1809 |
| 17 |  Telephone: 415.391.5400 |
| 18 |   |
|   | *Attorneys for OpenAI Defendants* |
| 19 |   |
| 20 |   |
| 21 |   |
| 22 |   |
| 23 |   |
| 24 |   |
| 25 |   |
| 26 |   |
| 27 |   |
| 28 |   |

**ATTESTATION CLAUSE**

I am the ECF User whose identification and password are being used to file the foregoing Stipulation Regarding Extension Of Time To File Answer To First Consolidated Amended Complaint. Pursuant to Local Rule 5-1(i)(3) regarding signatures, I, Elana Nightingale Dawson, attest that concurrence in the filing of this document has been obtained.

Dated: August 12, 2024                                        /s/ Elana Nightingale Dawson