KEKER, VAN NEST & PETERS LLP
ROBERT A. VAN NEST - # 84065
rvannest@keker.com
R. JAMES SLAUGHTER - # 192813
rslaughter@keker.com
PAVEN MALHOTRA - # 258429
pmalhotra@keker.com
MICHELLE YBARRA - # 260697
mybarra@keker.com
NICHOLAS S. GOLDBERG - # 273614
ngoldberg@keker.com
THOMAS E. GORMAN - # 279409
tgorman@keker.com
KATIE LYNN JOYCE - # 308263
kjoyce@keker.com
CHRISTOPHER S. SUN - # 308945
csun@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

Attorneys for Defendants OPENAI, INC., OPENAI, L.P., OPENAI OPCO, L.L.C., OPENAI GP, L.L.C., OPENAI STARTUP FUND GP I, L.L.C., OPENAI STARTUP FUND I, L.P., and OPENAI STARTUP FUND MANAGEMENT, L.L.C.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPENAI CHATGPT LITIGATION<br><br>This document relates to:<br><br>Case No. 3:23-cv-03223-AMO<br>Case No. 3:23-cv-03416-AMO<br>Case No. 3:23-cv-04625-AMO | Master File Case No. 3:23-CV-03223-AMO<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND CASE DEADLINES PURSUANT TO LOCAL RULE 6-2**<br><br>Judge:    Hon. Araceli Martínez-Olguín<br><br>Date Filed:  June 28, 2023 |

**JOINT STIPULATION TO EXTEND CASE DEADLINES**

Pursuant to Local Civil Rules 6-2 and 7-12, and Fed. R. Civ. P. 16(b)(4), the parties in the above-captioned action hereby stipulate and agree as follows:

WHEREAS, at the initial case management conference in this case on October 5, 2023, the Court accepted Plaintiffs' proposed case management schedule through the deadlines for replies to any motion for class certification and any *Daubert* motions (Dkt. 75 at 13:15–14:8, 16:20–22);

WHEREAS, under the current schedule, the close of fact discovery is set for October 29, 2024, and the other current case deadlines for expert discovery and for briefing on any motions for class certification and *Daubert* motions are set thereafter (Dkt. 51);

WHEREAS, no trial date has been entered (*see* Dkt. 51);

WHEREAS, the parties have begun fact discovery, but additional work remains to be done: for example, document discovery is ongoing and not complete; the parties are still negotiating the identities of custodians from whom they should collect, review and produce documents; the parties have not yet agreed upon a deposition protocol; and no party or third-party fact depositions have occurred;

WHEREAS, the parties recently briefed and Magistrate Judge Illman resolved a dispute regarding the number of custodians from whom the parties shall collect, review and produce documents, finding that the parties shall collect documents from 24 custodians (Dkt. 166);

WHEREAS, Defendants have requested that the parties extend current case deadlines by 90 days, and Plaintiffs have no objection;

WHEREAS, the parties agree and stipulate that there is good cause to extend the current case deadlines by 90 days in order to complete fact discovery;

WHEREAS, along with this Stipulation and Proposed Order, counsel for Defendants will file a declaration in compliance with Local Civil Rule 6-2;

WHEREAS, the parties to the action entitled *Authors Guild, et al. v. OpenAI, Inc., et al.*, Case No. 1:23-cv-08292-SHS have also agreed to a 90-day extension of deadlines and are contemporaneously filing a letter with Magistrate Judge Wang in the Southern District of New

York for such extensions in those actions.

NOW THEREFORE, the parties agree and stipulate and respectfully request that the current case deadlines should be extended by 90 days as reflected in the following table:

| Case Event | Previous Deadline | New Deadline |
|---|---|---|
| *Fact Discovery* | | |
| Substantial completion of document productions | | September 12, 2024 |
| Close of fact discovery | October 29, 2024 | January 27, 2025 |
| *Expert Reports* | | |
| Expert reports on issues on which a party has the burden of proof | January 13, 2025 | April 14, 2025 |
| Opposing / rebuttal expert reports | February 11, 2025 | May 12, 2025 |
| Close of expert discovery | March 13, 2025 | June 11, 2025 |
| *Daubert Motions* | | |
| *Daubert* motions | April 10, 2025 | July 9, 2025 |
| Oppositions to *Daubert* motions | May 23, 2025 | August 21, 2025 |
| Replies in support of *Daubert* motions | June 24, 2025 | September 22, 2025 |
| *Class Certification Motions* | | |
| Motion for class certification | April 10, 2025 | July 9, 2025 |
| Opposition to class certification motion | May 23, 2025 | August 21, 2025 |
| Reply in support of class certification motion | June 24, 2025 | September 22, 2025 |

///

///

///

///

Dated: August 16, 2024                                         KEKER, VAN NEST & PETERS LLP

                                                     By:  */s/ R. James Slaughter*
                                                          ROBERT A. VAN NEST
                                                          R. JAMES SLAUGHTER
                                                          PAVEN MALHOTRA
                                                          MICHELLE YBARRA
                                                          NICHOLAS S. GOLDBERG
                                                          THOMAS E. GORMAN
                                                          KATIE LYNN JOYCE
                                                          CHRISTOPHER S. SUN

*Attorneys for Defendants*

Dated: August 16, 2024                                         JOSEPH SAVERI LAW FIRM, LLP

                                                     By:  */s/ Joseph R. Saveri*
                                                          JOSEPH R. SAVERI

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5–1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from the other signatories to this stipulation.

Dated:  August 16, 2024                                        By:  */s/ R. James Slaughter*
                                                          ROBERT A. VAN NEST
                                                          R. JAMES SLAUGHTER
                                                          PAVEN MALHOTRA
                                                          MICHELLE YBARRA
                                                          NICHOLAS S. GOLDBERG
                                                          THOMAS E. GORMAN
                                                          KATIE LYNN JOYCE
                                                          CHRISTOPHER S. SUN

**[PROPOSED] ORDER EXTENDING CASE DEADLINES**

PURSUANT TO STIPULATION AND FINDING GOOD CAUSE, IT IS SO ORDERED.

Dated: _____   By: _____
THE HONORABLE ARACELI MARTÍNEZ-OLGUÍN
UNITED STATES DISTRICT JUDGE