KEKER, VAN NEST & PETERS LLP
ROBERT A. VAN NEST - # 84065
rvannest@keker.com
R. JAMES SLAUGHTER - # 192813
rslaughter@keker.com
PAVEN MALHOTRA - # 258429
pmalhotra@keker.com
MICHELLE YBARRA - # 260697
mybarra@keker.com
NICHOLAS S. GOLDBERG - # 273614
ngoldberg@keker.com
THOMAS E. GORMAN - # 279409
tgorman@keker.com
KATIE LYNN JOYCE - # 308263
kjoyce@keker.com
CHRISTOPHER S. SUN - # 308945
csun@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendants OPENAI, INC., OPENAI, L.P., OPENAI OPCO, L.L.C., OPENAI GP, L.L.C., OPENAI STARTUP FUND GP I, L.L.C., OPENAI STARTUP FUND I, L.P., and OPENAI STARTUP FUND MANAGEMENT, L.L.C.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPENAI CHATGPT LITIGATION<br><br>This document relates to:<br><br>Case No. 3:23-cv-03223-AMO<br>Case No. 3:23-cv-03416-AMO<br>Case No. 3:23-cv-04625-AMO | Master File Case No. 3:23-CV-03223-AMO<br><br>**DECLARATION OF R. JAMES SLAUGHTER IN SUPPORT OF JOINT STIPULATION TO EXTEND CASE DEADLINES**<br><br>Judge:     Hon. Araceli Martínez-Olguín<br><br>Date Filed: June 28, 2023 |

I, R. James Slaughter, declare as follows:

1. I am an attorney and partner at the law firm of Keker, Van Nest and Peters and represent Defendants OpenAI, Inc., OpenAI, L.P., OpenAI OpCo, L.L.C., OpenAI GP, L.L.C., OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., and OpenAI Startup Fund Management, L.L.C. (collectively "OpenAI") in the above captioned action.

2. I am admitted to practice before the United States Northern District of California.

3. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently thereto.

**The reasons for the requested enlargement of time:**

4. Under the current schedule, the close of fact discovery is set for October 29, 2024, and the other current case deadlines for expert discovery and for briefing on any motions for class certification and *Daubert* motions are set thereafter (Dkt. 51).

5. No trial date has been entered (*see* Dkt. 51).

6. The parties have begun fact discovery, but additional work remains to be done: for example, document discovery is ongoing and not complete; the parties are still negotiating the identities of custodians from whom they should collect, review and produce documents; the parties have not yet agreed upon a deposition protocol; and no party or third-party fact depositions have occurred.

7. The parties recently briefed and Magistrate Judge Illman resolved a dispute regarding the number of custodians from whom the parties shall collect, review and produce documents, finding that the parties shall collect documents from 24 custodians (Dkt. 166).

8. Defendants have requested that the parties extend current case deadlines by 90 days, and Plaintiffs have no objection.

9. The parties agree and stipulate that there is good cause to extend the current case deadlines by 90 days in order to complete fact discovery.

**All previous time modifications in the case, whether by stipulation or Court order:**

10. As far as I am aware, the following time modifications have occurred in this case:

    a. On July 28, 2023, the Court granted the Parties' stipulation to extend (1)

the deadline to conduct a Rule 26(f) conference to a mutually agreeable date and time no later than September 15, 2023; (2) the deadline for Defendants to respond to any operative complaint in the *Tremblay* and *Silverman* actions to August 28, 2023; (3) the deadline for Plaintiffs to file an opposition to any such response to September 27, 2023; and (4) the deadline for OpenAI to file a reply in support of such a response to October 11, 2023. Dkt. 27 at 3–4.

    b. On October 31, 2023, the Court granted the Parties' stipulation to reset a status conference previously set for October 31, 2023, to November 8, 2023. Dkt. 65 at 3.

    c. On January 23, 2024, the Court granted the Parties' stipulation to extend OpenAI's deadline to respond to Plaintiffs' Motion for Appointment of Interim Lead Counsel to January 29, 2024. Dkt. 93 at 2.

    d. On February 16, 2024, the Court granted the parties' Stipulation and Proposed Order Consolidating Cases, which, inter alia, stayed the *Chabon* Action pending consolidation, such that Defendants were not required to respond to the *Chabon* Complaint until Plaintiffs filed a consolidated complaint. Dkt. 107 at 4.

    e. On March 14, 2024, the Court continued the hearing on Plaintiffs' Motion for Appointment of Interim Lead Class Counsel from April 4, 2024, to May 2, 2024. Dkt. 121.

    f. On August 12, 2024, the parties filed a stipulation to extend Defendants' deadline to answer Plaintiffs' First Consolidated Amended Complaint from August 13, 2024, to August 27, 2024, pursuant to Local Civil Rule 6-1(a). Dkt. 168.

**The effect the requested time modification would have on the schedule for the case:**

11. The parties have stipulated to an extension of all currently scheduled pre-trial deadlines by 90 days. Accordingly, granting the parties' extension would result in the following

2

SLAUGHTER DECLARATION IN SUPPORT OF JOINT STIPULATION TO EXTEND CASE DEADLINES
Master File Case No. 3:23-CV-03223-AMO

2746566

schedule:

| Case Event | Previous Deadline | New Deadline |
|---|---|---|
| *Fact Discovery* | | |
| Substantial completion of document productions | | September 12, 2024 |
| Close of fact discovery | October 29, 2024 | January 27, 2025 |
| *Expert Reports* | | |
| Expert reports on issues on which a party has the burden of proof | January 13, 2025 | April 14, 2025 |
| Opposing / rebuttal expert reports | February 11, 2025 | May 12, 2025 |
| Close of expert discovery | March 13, 2025 | June 11, 2025 |
| *Daubert Motions* | | |
| *Daubert* motions | April 10, 2025 | July 9, 2025 |
| Oppositions to *Daubert* motions | May 23, 2025 | August 21, 2025 |
| Replies in support of *Daubert* motions | June 24, 2025 | September 22, 2025 |
| *Class Certification Motions* | | |
| Motion for class certification | April 10, 2025 | July 9, 2025 |
| Opposition to class certification motion | May 23, 2025 | August 21, 2025 |
| Reply in support of class certification motion | June 24, 2025 | September 22, 2025 |

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: August 16, 2024

　　　　　　　　　　　　　　　　　　　　　　　*/s/ R. James Slaughter*
　　　　　　　　　　　　　　　　　　　　　　　R. JAMES SLAUGHTER