| | |
|---|---|
| JOSEPH C. GRATZ (CA SBN 240676)<br>JGratz@mofo.com<br>TIFFANY CHEUNG (CA SBN 211497)<br>TCheung@mofo.com<br>VERA RANIERI (CA SBN 271594)<br>VRanieri@mofo.com<br>JOYCE C. LI (CA SBN 323820)<br>JoyceLi@mofo.com<br>MELODY E. WONG (SBN 341494)<br>MelodyWong@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street,<br>San Francisco, California 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522<br><br>ROSE S. LEE (CA SBN 294658)<br>RoseLee@mofo.com<br>ALEXANDRA M. WARD (CA SBN 318042)<br>AlexandraWard@mofo.com<br>MORRISON & FOERSTER LLP<br>707 Wilshire Boulevard<br>Los Angeles, California 90017-3543<br>Telephone: (213) 892-5200<br>Facsimile: (213) 892-5454<br>[CAPTION CONTINUED ON NEXT PAGE]<br><br>Attorneys for Defendants<br>OPENAI, INC., OPENAI, L.P., OPENAI OPCO, L.L.C., OPENAI GP, L.L.C., OPENAI STARTUP FUND GP I, L.L.C., OPENAI STARTUP FUND I, L.P., AND OPENAI STARTUP FUND MANAGEMENT, LLC | ANDREW M. GASS (SBN 259694)<br>Andrew.Gass@lw.com<br>JOSEPH R. WETZEL (SBN 238008)<br>Joe.Wetzel@lw.com<br>LATHAM & WATKINS LLP<br>505 Montgomery Street, Suite 2000<br>San Francisco, California 94111<br>Telephone: (415) 391-0600<br><br>ROBERT A. VAN NEST (CA SBN 84065)<br>rvannest@keker.com<br>R. JAMES SLAUGHTER (CA SBN 192813)<br>rslaughter@keker.com<br>PAVEN MALHOTRA (CA SBN 258429)<br>pmalhotra@keker.com<br>MICHELLE S. YBARRA (CA SBN 260697)<br>mybarra@keker.com<br>NICHOLAS S. GOLDBERG (CA SBN 273614)<br>ngoldberg@keker.com<br>THOMAS E. GORMAN (279409)<br>tgorman@keker.com<br>KATIE LYNN JOYCE (308263)<br>kjoyce@keker.com<br>KEKER, VAN NEST & PETERS LLP<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone: (415) 391-5400<br>Facsimile: (415) 397-7188 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPENAI CHATGPT LITIGATION<br><br>This document relates to:<br><br>All Actions | Master File No. 3:23-cv-03223-AMO<br><br>**DECLARATION OF MICHAEL TRINH IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Judge: Hon. Robert M. Illman |

1  MAX I. LEVY (CA SBN 346289)
   MLevy@mofo.com
2  MORRISON & FORESTER LLP
   755 Page Mill Road
3  Palo Alto, California 94304-1018
   Telephone:    (650) 813-5600
4  Facsimile:    (650) 494-0792

5  ERIC K. NIKOLAIDES (*pro hac vice*)
   ENikolaides@mofo.com
6  MORRISON & FORESTER LLP
   250 West 55th Street
7  New York, NY 10019-9601
   Telephone:    (212) 468-8000
8  Facsimile:    (212) 468-7900

9  SARANG VIJAY DAMLE (*pro hac vice*)
   Sy.Damle@lw.com
10 ELANA NIGHTINGALE DAWSON (*pro hac vice*)
   Elana.Nightingaledawson@lw.com
11 LATHAM & WATKINS LLP
   555 Eleventh Street, NW, Suite 1000
12 Washington, D.C. 20004
   Telephone:   (202) 637-2200
13
   ALLISON L. STILLMAN (*pro hac vice*)
14 Alli.Stillman@lw.com
   RACHEL R. BLITZER
15 Rachel.blitzer@lw.com (*pro hac vice* pending)
   LATHAM & WATKINS LLP
16 1271 Avenue of the Americas
   New York, NY 10020
17 Telephone:    (212) 751-4864

18
19
20
21
22
23
24
25
26
27
28

TRINH DECLARATION ISO MOTION TO FILE
UNDER SEAL                                    2
MASTER FILE NO. 3:23-CV-03223-AMO

I, Michael Trinh, hereby declare as follows:

1. I am Associate General Counsel at OpenAI. I submit this declaration in support of Defendants' Administrative Motion to File Under Seal Portions of the Parties' Joint Letter Brief pursuant to N.D. Cal. L.R. 79-5(c)(2). I have personal knowledge of the facts set forth below and if called as a witness, could testify competently thereto.

2. The redacted portions of the parties' joint letter brief directly reference a document produced by OpenAI during the course of discovery that is designated "CONFIDENTIAL" pursuant to the protective order.

3. The cited portions of this document contain confidential information relating to the internal testing and development of OpenAI's proprietary models and, as such, reveals aspects of the function of OpenAI's technology and its business and product strategy. OpenAI treats such information as confidential or highly confidential. OpenAI generally does not publicly disclose this type of information and takes steps to ensure the confidentiality of that information is maintained, particularly given the highly competitive nature of the artificial intelligence industry with global stakeholders.

4. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 8th day of October, 2024 in Redwood City, CA.

By: _____
Michael Trinh
Associate General Counsel
OpenAI

TRINH DECLARATION ISO MOTION TO FILE UNDER SEAL
MASTER FILE NO.3:23-CV-03223-AMO

1