| | |
|---|---|
| JOSEPH C. GRATZ (CA SBN 240676)<br>JGratz@mofo.com<br>TIFFANY CHEUNG (CA SBN 211497)<br>TCheung@mofo.com<br>VERA RANIERI (CA SBN 271594)<br>VRanieri@mofo.com<br>JOYCE C. LI (CA SBN 323820)<br>JoyceLi@mofo.com<br>MELODY E. WONG (SBN 341494)<br>MelodyWong@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street,<br>San Francisco, California 94105-2482<br>Telephone:    (415) 268-7000<br>Facsimile:    (415) 268-7522<br><br>ROSE S. LEE (CA SBN 294658)<br>RoseLee@mofo.com<br>ALEXANDRA M. WARD (CA SBN 318042)<br>AlexandraWard@mofo.com<br>MORRISON & FOERSTER LLP<br>707 Wilshire Boulevard<br>Los Angeles, California 90017-3543<br>Telephone:    (213) 892-5200<br>Facsimile:    (213) 892-5454<br>[CAPTION CONTINUED ON NEXT PAGE]<br><br>Attorneys for Defendants<br>OPENAI, INC., OPENAI, L.P., OPENAI OPCO, L.L.C., OPENAI GP, L.L.C., OPENAI STARTUP FUND GP I, L.L.C., OPENAI STARTUP FUND I, L.P., AND OPENAI STARTUP FUND MANAGEMENT, LLC | ANDREW M. GASS (SBN 259694)<br>Andrew.Gass@lw.com<br>JOSEPH R. WETZEL (SBN 238008)<br>Joe.Wetzel@lw.com<br>LATHAM & WATKINS LLP<br>505 Montgomery Street, Suite 2000<br>San Francisco, California 94111<br>Telephone:    (415) 391-0600<br><br>ROBERT A. VAN NEST (CA SBN 84065)<br>rvannest@keker.com<br>R. JAMES SLAUGHTER (CA SBN 192813)<br>rslaughter@keker.com<br>PAVEN MALHOTRA (CA SBN 258429)<br>pmalhotra@keker.com<br>MICHELLE S. YBARRA (CA SBN 260697)<br>mybarra@keker.com<br>NICHOLAS S. GOLDBERG (CA SBN 273614)<br>ngoldberg@keker.com<br>THOMAS E. GORMAN (279409)<br>tgorman@keker.com<br>KATIE LYNN JOYCE (308263)<br>kjoyce@keker.com<br>KEKER, VAN NEST & PETERS LLP<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:    (415) 391-5400<br>Facsimile:    (415) 397-7188 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPENAI CHATGPT LITIGATION<br><br>This document relates to:<br><br>All Actions | Master File No. 3:23-cv-03223-AMO<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF THE PARTIES' JOINT LETTER BRIEF**<br><br>Judge:  Hon. Robert M. Illman |

1  MAX I. LEVY (CA SBN 346289)
   MLevy@mofo.com
2  MORRISON & FORESTER LLP
   755 Page Mill Road
3  Palo Alto, California  94304-1018
   Telephone:   (650) 813-5600
4  Facsimile:   (650) 494-0792

5  ERIC K. NIKOLAIDES (*pro hac vice*)
   ENikolaides@mofo.com
6  MORRISON & FORESTER LLP
   250 West 55th Street
7  New York, NY 10019-9601
   Telephone:   (212) 468-8000
8  Facsimile:   (212) 468-7900

9  SARANG VIJAY DAMLE (*pro hac vice*)
   Sy.Damle@lw.com
10 ELANA NIGHTINGALE DAWSON (*pro hac vice*)
   Elana.Nightingaledawson@lw.com
11 LATHAM & WATKINS LLP
   555 Eleventh Street, NW, Suite 1000
12 Washington, D.C. 20004
   Telephone:   (202) 637-2200
13
   ALLISON L. STILLMAN (*pro hac vice*)
14 Alli.Stillman@lw.com
   RACHEL R. BLITZER
15 Rachel.blitzer@lw.com (*pro hac vice* pending)
   LATHAM & WATKINS LLP
16 1271 Avenue of the Americas
   New York, NY 10020
17 Telephone:   (212) 751-4864

18

19

20

21

22

23

24

25

26

27

28

[Proposed] Order Granting Defendants'
Motion to File Under Seal
Master File No. 3:23-cv-03223-AMO

1  Pending before the Court is Defendants' Administrative Motion to File Under Seal
2  Portions of the Parties' Joint Letter Brief.
3  Having considered Defendants' Administrative Motion and finding that there is good
4  cause to justify sealing the below referenced material, **IT IS HEREBY ORDERED THAT**
5  Defendants' Administrative Motion is **GRANTED**.
6  The following portion of the Parties' Joint Letter Brief shall be sealed:

| Document or Portion of Document Sought to be Sealed | Designation | Evidence Offered in Support of Sealing | Order |
|---|---|---|---|
| Concurrently filed joint letter brief regarding custodians, at portions highlighted in yellow | Confidential | Trinh Declaration | |

**IT IS SO ORDERED.**

Dated: _____   By:_____
                              THE HONORABLE ROBERT M. ILLMAN
                              United States District Judge

[PROPOSED] ORDER GRANTING DEFENDANTS'
MOTION TO FILE UNDER SEAL                1
MASTER FILE NO.3:23-CV-03223-AMO