UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE OPENAI CHATGPT LITIGATION,<br><br>v.<br><br>This document relates to All Actions | Case No. 3:23-cv-03223-AMO<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, Alexander J. Sweatman, an active member in good standing of the bar of Illinois, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: SEE ATTACHED in the above-entitled action. My local co-counsel in this case is Daniel J. Muller, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 193396.

135 S. LaSalle, #3210, Chicago, IL 60603
MY ADDRESS OF RECORD

312-782-4880
MY TELEPHONE # OF RECORD

asweatman@caffertyclobes.com
MY EMAIL ADDRESS OF RECORD

1506 Hamilton Ave, San Jose, California
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(408) 512-3022
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

dmuller@venturahersey.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 6333438.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 3 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 10/11/24

Alexander J. Sweatman
APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Alexander J. Sweatman is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

UNITED STATES DISTRICT/MAGISTRATE JUDGE

# Certificate of Admission
# To the Bar of Illinois

I, Cynthia A. Grant, Clerk of the Supreme Court of Illinois, do hereby certify that

Alexander J. Sweatman

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 11/07/2019 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 15th day of December, 2023.

*Cynthia A. Grant*

Clerk,
Supreme Court of the State of Illinois

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE OPENAI CHATGPT LITIGATION,
Case No. 3-23-cv-03223

Attachment to Alexander J. Sweatman
Application for Admission Pro Hac Vice

I, Alexander J. Sweatman , an active member in good standing of the bar of Illinois , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing the following **Plaintiffs** in the above-entitled action:

Ta-Nehisi Coates
Junot Diaz
Andrew Sean Greer
David Henry Hwang
Matthew Klam
Laura Lippman
Rachel Louise Snyder
Jacqueline Woodson

Alexander J. Sweatman
**Cafferty Clobes Meriwether & Sprengel LLP**
135 South LaSalle Street, Suite 3210
Chicago, Illinois  60603
(312) 782-4880
asweatman@caffertyclobes.com