| | |
|---|---|
| JOSEPH C. GRATZ (CA SBN 240676)<br>JGratz@mofo.com<br>TIFFANY CHEUNG (CA SBN 211497)<br>TCheung@mofo.com<br>VERA RANIERI (CA SBN 271594)<br>VRanieri@mofo.com<br>JOYCE C. LI (CA SBN 323820)<br>JoyceLi@mofo.com<br>MELODY E. WONG (SBN 341494)<br>MelodyWong@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street,<br>San Francisco, California  94105-2482<br>Telephone:     (415) 268-7000<br>Facsimile:      (415) 268-7522<br><br>ROSE S. LEE (CA SBN 294658)<br>RoseLee@mofo.com<br>ALEXANDRA M. WARD (CA SBN 318042)<br>AlexandraWard@mofo.com<br>MORRISON & FOERSTER LLP<br>707 Wilshire Boulevard<br>Los Angeles, California 90017-3543<br>Telephone:     (213) 892-5200<br>Facsimile:      (213) 892-5454<br>[CAPTION CONTINUED ON NEXT PAGE]<br><br>Attorneys for Defendants<br>OPENAI, INC., OPENAI, L.P., OPENAI OPCO, L.L.C., OPENAI GP, L.L.C., OPENAI STARTUP FUND GP I, L.L.C., OPENAI STARTUP FUND I, L.P., AND OPENAI STARTUP FUND MANAGEMENT, LLC | ANDREW M. GASS (SBN 259694)<br>Andrew.Gass@lw.com<br>JOSEPH R. WETZEL (SBN 238008)<br>Joe.Wetzel@lw.com<br>LATHAM & WATKINS LLP<br>505 Montgomery Street, Suite 2000<br>San Francisco, California  94111<br>Telephone:     (415) 391-0600<br><br>ROBERT A. VAN NEST (CA SBN 84065)<br>rvannest@keker.com<br>R. JAMES SLAUGHTER (CA SBN 192813)<br>rslaughter@keker.com<br>PAVEN MALHOTRA (CA SBN 258429)<br>pmalhotra@keker.com<br>MICHELLE S. YBARRA (CA SBN 260697)<br>mybarra@keker.com<br>NICHOLAS S. GOLDBERG (CA SBN 273614)<br>ngoldberg@keker.com<br>THOMAS E. GORMAN (279409)<br>tgorman@keker.com<br>KATIE LYNN JOYCE (308263)<br>kjoyce@keker.com<br>KEKER, VAN NEST & PETERS LLP<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:     (415) 391-5400<br>Facsimile:      (415) 397-7188 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPENAI CHATGPT LITIGATION<br><br>This document relates to:<br><br>All Actions | Master File No. 3:23-cv-03223-AMO<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF THE PARTIES' JOINT LETTER BRIEF<br><br>Judge:  Hon. Robert M. Illman |

| | |
|---|---|
| 1 | MAX I. LEVY (CA SBN 346289) |
| | MLevy@mofo.com |
| 2 | MORRISON & FORESTER LLP |
| | 755 Page Mill Road |
| 3 | Palo Alto, California  94304-1018 |
| | Telephone:     (650) 813-5600 |
| 4 | Facsimile:      (650) 494-0792 |
| | |
| 5 | ERIC K. NIKOLAIDES (*pro hac vice*) |
| | ENikolaides@mofo.com |
| 6 | MORRISON & FORESTER LLP |
| | 250 West 55th Street |
| 7 | New York, NY 10019-9601 |
| | Telephone:     (212) 468-8000 |
| 8 | Facsimile:      (212) 468-7900 |
| | |
| 9 | SARANG VIJAY DAMLE (*pro hac vice*) |
| | Sy.Damle@lw.com |
| 10 | ELANA NIGHTINGALE DAWSON (*pro hac vice*) |
| | Elana.Nightingaledawson@lw.com |
| 11 | LATHAM & WATKINS LLP |
| | 555 Eleventh Street, NW, Suite 1000 |
| 12 | Washington, D.C. 20004 |
| | Telephone:    (202) 637-2200 |
| 13 | |
| | ALLISON L. STILLMAN (*pro hac vice*) |
| 14 | Alli.Stillman@lw.com |
| | RACHEL R. BLITZER |
| 15 | Rachel.blitzer@lw.com (*pro hac vice* pending) |
| | LATHAM & WATKINS LLP |
| 16 | 1271 Avenue of the Americas |
| | New York, NY 10020 |
| 17 | Telephone:    (212) 751-4864 |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

[PROPOSED] ORDER GRANTING DEFENDANTS'
MOTION TO FILE UNDER SEAL
MASTER FILE NO. 3:23-CV-03223-AMO

Pending before the Court is Defendants' Administrative Motion to File Under Seal Portions of the Parties' Joint Letter Brief.

Having considered Defendants' Administrative Motion and finding that there is good cause to justify sealing the below referenced material, **IT IS HEREBY ORDERED THAT** Defendants' Administrative Motion is **GRANTED**.

The following portion of the Parties' Joint Letter Brief shall be sealed:

| Document or Portion of Document Sought to be Sealed | Designation | Evidence Offered in Support of Sealing | Order |
|---|---|---|---|
| Concurrently filed joint letter brief regarding custodians, at portions highlighted in yellow | Confidential | Trinh Declaration | GRANTED |

**IT IS SO ORDERED.**

Dated: October 16, 2024

By: _____
THE HONORABLE ROBERT M. ILLMAN
United States Magistrate Judge