KEKER, VAN NEST & PETERS LLP
ROBERT A. VAN NEST - # 84065
rvannest@keker.com
R. JAMES SLAUGHTER - # 192813
rslaughter@keker.com
PAVEN MALHOTRA - # 258429
pmalhotra@keker.com
MICHELLE YBARRA - # 260697
mybarra@keker.com
NICHOLAS S. GOLDBERG - # 273614
ngoldberg@keker.com
THOMAS E. GORMAN - # 279409
tgorman@keker.com
KATIE LYNN JOYCE - # 308263
kjoyce@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendants OPENAI, INC., OPENAI, L.P., OPENAI OPCO, L.L.C., OPENAI GP, L.L.C., OPENAI STARTUP FUND GP I, L.L.C., OPENAI STARTUP FUND I, L.P., and OPENAI STARTUP FUND MANAGEMENT, L.L.C.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPENAI CHATGPT LITIGATION<br><br>This document relates to:<br><br>Case No. 3:23-cv-03223-AMO<br>Case No. 3:23-cv-03416-AMO<br>Case No. 3:23-cv-04625-AMO | Master File Case No. 3:23-CV-03223-AMO<br><br>**JOINT REQUEST FOR CASE MANAGEMENT CONFERENCE**<br><br>Judge:       Hon. Araceli Martínez-Olguín<br><br>Magistrate Judge: Hon. Robert M. Illman<br><br>Date Filed:  June 28, 2023 |

Pursuant to Federal Rule of Civil Procedure 16 and N.D. Cal. Civil Local Rule 16-10(c), the Parties jointly request that the Court schedule a case management conference on November 7, 2024, or as soon thereafter as the Court may be available. The Parties request this CMC to discuss the case schedule, the status of discovery and deposition coordination, and to apprise the Court of developments in this action ("N.D. Cal. Action") and in substantially similar actions proceeding in the United States District Court for the Southern District of New York ("S.D.N.Y. Actions").[1]

**Deposition Coordination**. On May 24, 2024, Judge Illman granted Defendants' request to stay depositions for 30 days to allow the Parties to "meet and confer further such as to explore every avenue through which the discovery process (and depositions in particular) in these cases may be streamlined and made efficient." ECF No. 144 at 3. Consistent with Judge Illman's Order, for the past several months, the Parties in the N.D. Cal. and S.D.N.Y. Actions have engaged in extensive meet-and-confer efforts regarding deposition coordination. Another meet and confer is scheduled for this Friday, October 25, to attempt to narrow the Parties' remaining disputes. However, to date, the Parties have been unable to reach agreement on a protocol for coordinating depositions. Accordingly, the S.D.N.Y. Class Plaintiffs, with consultation from Plaintiffs in this N.D. Cal. Action, filed a written request for entry of a deposition protocol to govern deposition coordination across the N.D. Cal. and S.D.N.Y. Class Actions (but not the S.D.N.Y. Newspaper Actions). Defendants filed a competing written request for entry of a deposition protocol that would provide for deposition coordination across the N.D. Cal. and S.D.N.Y. Actions, including the S.D.N.Y. and N.D. Cal. Class Cases and the S.D.N.Y. Newspaper Actions.[2]

The court in the S.D.N.Y. Actions has set an Omnibus In-Person Status Conference for October 30, 2024. *See, e.g.*, *Authors Guild* Action (Case No. 23-CV-08292-SHS-OTW), ECF No.

---

[1] The class cases pending in the Southern District of New York include *Authors Guild, et al., v. OpenAI, Inc., et al.*, No. 23-CV-8292 (S.D.N.Y.); *Alter, et al., v. OpenAI, Inc., et al.*, No. 23-CV-10211 (S.D.N.Y.); *and Basbanes, et al., v. Microsoft Corp., et al.*, No. 24-CV-84 (S.D.N.Y.). In addition, individual newspaper plaintiffs have filed cases bringing similar claims in the Southern District of New York. *E.g.*, *N.Y. Times Co. v. Microsoft Corp., et al.*, No. 23-CV-11195 (S.D.N.Y.); *Daily News, LP v. Microsoft Corp., et al.*, No. 24-cv-3285 (S.D.N.Y.); *The Center for Investigative Reporting v. OpenAI, Inc., et al.*, No. 24-cv-04872 (S.D.N.Y.) (the "Newspaper Actions").

[2] The S.D.N.Y. Class Plaintiffs' and Defendants' moving papers, including their competing deposition coordination proposals, are attached hereto as Exhibits 1 & 2, respectively.

202 ("October 30 Status Conference"). The Parties expect the October 30 Status Conference will cover, among other things, the Parties' competing deposition protocols, and a potential extension of the case schedule in the S.D.N.Y. Actions to allow sufficient time for the depositions to proceed before the close of fact discovery.[3]

**Modification of the Existing Schedule.** Here, in the N.D. Cal. Action, the Court set a fact-discovery cutoff of January 27, 2024. ECF No. 173. The Parties agree that an extension of the case schedule will be necessary in this case to allow sufficient time to conduct deposition discovery in a manner consistent with Judge Illman's Order directing the parties to "streamlin[e] discovery coordination and deposition procedures across the OpenAI cases[.]" ECF No. 144. Following the October 30 Status Conference in the S.D.N.Y. Actions, the Parties in this Action expect to be in a position to provide the Court with additional updates regarding deposition coordination across the OpenAI cases in N.D. Cal. and S.D.N.Y. and any extension of the case schedule in the S.D.N.Y. Actions. The Parties expect they will propose to this Court an extension comparable to any extension entered in S.D.N.Y, to enable full and effective coordination between the cases and completion of discovery in this matter.

\* \* \* \*

Accordingly, the Parties respectfully request that the Court set a case management conference for November 7, 2024, or as soon thereafter as the Court may be available.

Dated: October 25, 2024                           KEKER, VAN NEST & PETERS LLP

                                                  By:   /s/ Nicholas S. Goldberg
                                                        NICHOLAS S. GOLDBERG

                                                  Attorneys for Defendants OPENAI, INC.,
                                                  OPENAI, L.P., OPENAI OPCO, L.L.C.,
                                                  OPENAI GP, L.L.C., OPENAI STARTUP
                                                  FUND GP I, L.L.C., OPENAI STARTUP
                                                  FUND I, L.P., and OPENAI STARTUP
                                                  FUND MANAGEMENT, L.L.C.

---

[3] The court in the S.D.N.Y. Actions set an "interim" fact discovery cutoff of December 20, 2024. *See Authors Guild* Action (Case No. 23-CV-08292-SHS-OTW), ECF No. 202 at 3.

Dated: October 25, 2024                                  JOSEPH SAVERI LAW FIRM, LLP

                                          By:   */s/ Joseph R. Saveri*
                                                 JOSEPH R. SAVERI

                                                 Joseph R. Saveri (SBN 130064)
                                                 Cadio Zirpoli (SBN 179108)
                                                 Christopher K.L. Young (SBN 318371)
                                                 Holden Benon (SBN 325847)
                                                 Aaron Cera (SBN 351163)
                                                 William W. Castillo Guardado (SBN 294159)
                                                 Margaux Poueymirou (SBN 356000)
                                                 **JOSEPH SAVERI LAW FIRM, LLP**
                                                 601 California Street, Suite 1505
                                                 San Francisco, California 94108
                                                 Telephone: (415) 500-6800
                                                 Facsimile:  (415) 395-9940
                                                 Email: jsaveri@saverilawfirm.com
                                                 czirpoli@saverilawfirm.com
                                                 cyoung@saverilawfirm.com
                                                 hbenon@saverilawfirm.com
                                                 acera@saverilawfirm.com
                                                 wcastillo@saverilawfirm.com
                                                 mpoueymirou@saverilawfirm.com

                                                 Matthew Butterick (SBN 250953)
                                                 1920 Hillhurst Avenue, #406
                                                 Los Angeles, CA 90027
                                                 Telephone: (323) 968-2632
                                                 Facsimile:  (415) 395-9940
                                                 Email: mb@buttericklaw.com

                                                 Bryan L. Clobes
                                                 Alexander Sweatman (*pro hac vice*)
                                                 Mohammed Rathur (*pro hac vice*)
                                                 **CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
                                                 135 S. LaSalle Street, Suite 3210
                                                 Chicago, IL 60603
                                                 Telephone: (312) 782-4880
                                                 Email: bclobes@caffertyclobes.com
                                                 asweatman@caffertyclobes.com
                                                 mrathur@caffertyclobes.com

                                                 *Counsel for Plaintiffs and the Proposed Class*

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5–1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from the other signatories to this stipulation.

Dated: October 25, 2024　　　　　　　　　　By:　/s/ *Nicholas S. Goldberg*
　　　　　　　　　　　　　　　　　　　　　　　　　NICHOLAS S. GOLDBERG