Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Holden Benon (State Bar No. 325847)
Aaron Cera (State Bar No. 351163)
Margaux Poueymirou (State Bar No. 35600)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, CA 94108
Telephone: (415) 500-6800
Facsimile:  (415) 395-9940
Email:   jsaveri@saverilawfirm.com
         czirpoli@saverilawfirm.com
         cyoung@saverilawfirm.com
         hbenon@saverilawfirm.com
         acera@saverilawfirm.com
         mpoueymirou@saverilawfirm.com

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, 406
Los Angeles, CA 90027
Telephone:    (323)968-2632
Facsimile:    (415) 395-9940
Email:        mb@butericklaw.com

*Counsel for Individual and Representative Plaintiffs
and the Proposed Class*

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPENAI CHATGPT LITIGATION<br><br>This document relates to:<br><br>Case No. 3:23-cv-03223-AMO<br>Case No. 3:23-cv-03416-AMO<br>Case No. 3:23-cv-04625-AMO | Master File Case No. 3:23-CV-03223-AMO<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND CASE DEADLINES PURSUANT TO LOCAL RULE 6-2**<br><br>Judge: Hon. Araceli Martínez-Olguín<br><br>Date Filed: June 28, 2023 |

**JOINT STIPULATION TO EXTEND CASE DEADLINES**

Pursuant to Local Civil Rules 6-2 and 7-12, and Federal Rule of Civil Procedure Rule 16(b)(4), the parties in the above-captioned action hereby stipulate and agree as follows:

WHEREAS, at the initial case management conference on October 5, 2023, the Court entered a case management schedule through the deadlines for replies to motions for class certification and any *Daubert* motions (Dkt. 75 at 13:15–14:8, 16:20–22);

WHEREAS, on August 16, 2024, the parties jointly submitted a stipulation seeking to extend the case deadlines by 90 days (ECF No. 172), which the Court granted on August 19, 2024 (ECF No. 173);

WHEREAS, under the current schedule, the close of fact discovery is set for January 27, 2025, and the other current case deadlines for expert discovery and for briefing class certification and *Daubert* motions are set for thereafter (ECF No. 173);

WHEREAS, no trial date has been entered (*see* ECF No. 173);

WHEREAS, actions raising substantially similar claims are proceeding concurrently in the United States District Court for the Southern District of New York ("S.D.N.Y. Actions")[1];

WHEREAS, Judge Illman ordered the parties to "streamlin[e] discovery coordination and deposition procedures" across the instant action ("N.D. Cal. Action") and the S.D.N.Y. Actions (ECF No. 144);

WHEREAS, Judge Illman expressed "concerns about duplicative depositions on the same topics constituting an avoidable burden and a waste of resources." (ECF No. 144);

WHEREAS, the parties have been diligently and regularly meeting and conferring, including with the parties to the S.D.N.Y. Actions, in an effort to comply with Judge Illman's order

---

[1] The class cases pending in the Southern District of New York include *Authors Guild, et al., v. OpenAI, Inc., et al.*, No. 23-CV-8292 (S.D.N.Y.); *Alter, et al., v. OpenAI, Inc., et al.*, No. 23-CV-10211 (S.D.N.Y.); *and Basbanes, et al., v. Microsoft Corp., et al.*, No. 24-CV-84 (S.D.N.Y.). In addition, individual newspaper plaintiffs have filed cases bringing similar claims in the Southern District of New York. *E.g.*, *N.Y. Times Co. v. Microsoft Corp., et al.*, No. 23-CV-11195 (S.D.N.Y.); *Daily News, LP v. Microsoft Corp., et al.*, No. 24-cv-3285 (S.D.N.Y.); *The Center for Investigative Reporting v. OpenAI, Inc., et al.*, No. 24-cv-04872 (S.D.N.Y.) (the "Newspaper Actions").

1  to coordinate discovery including depositions in order to avoid duplicative discovery, while
2  concurrently advancing this litigation;
3        WHEREAS, document discovery is ongoing and the parties are meeting and conferring on
4  several document discovery-related items, and they expect to continue to do so in a continuing
5  effort to narrow current disputes between them;
6        WHEREAS, the parties remain mindful of Magistrate Judge Illman's Order to cooperate on
7  discovery with the S.D.N.Y. Actions in order to minimize duplication and maximize judicial
8  economy;
9        WHEREAS, the parties have yet to notice depositions because they have been conferring
10  with counsel in the S.D.N.Y. Actions in order to secure a formal deposition protocol coordinating
11  depositions across the actions;
12        WHEREAS, given the present fact discovery deadline of January 27, 2025, and in light of
13  recent developments in the S.D.N.Y. Actions, deposition coordination with the S.D.N.Y Actions
14  will not be possible absent a reasonable extension of case deadlines;
15        WHEREAS, on October 30, 2024, the court in the S.D.N.Y. Actions held an Omnibus In-
16  Person Status Conference during which the court recognized the S.D.N.Y. Actions are still in their
17  "early stages" (Ex. A, Tr., 6:23) and "in the midst of document production" (*id.* at 8:24-25);
18        WHEREAS, the court in the S.D.N.Y. Actions also stated that the "proposals and
19  percolating disputes about limitations, depositions or coordinated deposition protocol, . . . are
20  premature right now." *Id.* at 8:21-23;
21        WHEREAS, the parties to the N.D. Cal. Action agree that an extension of the case schedule
22  is necessary in part to continue efforts to coordinate discovery with the S.D.N.Y. Actions in order
23  minimize duplication and burdens, and maximize judicial efficiency[2]; and
24        WHEREAS, along with this Stipulation and Proposed Order, counsel for Plaintiffs will file
25  a declaration in compliance with Local Civil Rule 6-2.

---

[2] To the extent the case schedule in the S.D.N.Y. Actions is extended beyond the new deadlines proposed herein, the parties to the N.D. Cal. Action may request a further extension of the case schedule here.

NOW THEREFORE, the parties agree and stipulate and respectfully request that the current case deadlines be extended as follows:

| Case Event | Previous Deadline | New Deadline |
|---|---|---|
| *Fact Discovery* | | |
| Substantial completion of document productions | September 12, 2024 | January 27, 2025 |
| Close of fact discovery | January 27, 2025 | July 25, 2025 |
| *Expert Reports* | | |
| Expert reports on issues on which a party has the burden of proof | April 14, 2025 | October 14, 2025 |
| Opposing / rebuttal expert reports | May 12, 2025 | November 12, 2025 |
| Close of expert discovery | June 11, 2025 | December 18, 2025 |
| *Daubert Motions* | | |
| *Daubert* motions | July 9, 2025 | January 16, 2026 |
| Oppositions to *Daubert* motions | August 21, 2025 | February 27, 2026 |
| Replies in support of *Daubert* motions | September 22, 2025 | March 27, 2026 |
| *Class Certification Motions* | | |
| Motion for class certification | July 9, 2025 | January 16, 2026 |
| Opposition to class certification motion | August 21, 2025 | February 27, 2026 |
| Reply in support of class certification motion | September 22, 2025 | March 27, 2026 |

To the extent it would be helpful to the Court, the parties are available to attend a case management conference set for as soon as the Court may be available to discuss any questions the Court may have regarding the parties' proposal.

| | | |
|---|---|---|
| Dated: November 8, 2024 | By: | */s/ Joseph R. Saveri* |
| | | Joseph R. Saveri |

Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Holden Benon (State Bar No. 325847)
Aaron Cera (State Bar No. 351163)
Margaux Poueymirou (State Bar No. 35600)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, CA 94108
Telephone:     (415) 500-6800
Facsimile:      (415) 395-9940
Email:           jsaveri@saverilawfirm.com
                     czirpoli@saverilawfirm.com
                     cyoung@saverilawfirm.com
                     hbenon@saverilawfirm.com
                     acera@saverilawfirm.com
                     mpoueymirou@saverilawfirm.com

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, 406
Los Angeles, CA 90027
Telephone:     (323)968-2632
Facsimile:      (415) 395-9940
Email:           mb@butiericklaw.com

Bryan L. Clobes (*pro hac vice*)
Alexander J. Sweatman (*pro hac vice*)
Mohammed Rathur (*pro hac vice*)
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
135 South LaSalle Street, Suite 3210
Chicago, IL 60603
Telephone:  (312) 782-4880
Email:           bclobes@caffertyclobes.com
                     asweatman@caffertyclobes.com
                     mrathur@caffertyclobes.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*

| | | |
|---|---|---|
| Dated: November 8, 2024 | By: | */s/ Nicholas S. Goldberg* |
| | | Nicholas S. Goldberg |

        Nicholas S. Goldberg
        Robert A. Van Nest
        R. James Slaughter
        Paven Malhotra
        Michelle S. Ybarra
        Thomas E. Gorman
        Katie Lynn Joyce
        Christopher S. Sun
        **KEKER VAN NEST & PETERS**
        633 Battery St.
        San Francisco, CA 94111
        Email: ngoldberg@keker.com
            rvannest@keker.com
            rslaughter@keker.com
            pmalhotra@keker.com
            mybarra@keker.com
            tgorman@keker.com
            kjoyce@keker.com
            csun@keker.com

        Joseph Charles Gratz
        Joyce C. Li
        Melody Ellen Wong
        Tiffany Cheung
        Vera Ranieri
        **MORRISON & FOERSTER LLP**
        425 Market Street
        San Francisco, CA 94105
        Email: jgratz@mofo.com
           joyceli@mofo.com
           melodywong@mofo.com
           tcheung@mofo.com
           VRanieri@mofo.com

        Alexandra Marie Ward
        Rose S. Lee
        707 Wilshire Blvd., Suite 6000
        Los Angeles, CA 90017
        Email: alexandraward@mofo.com
           roselee@mofo.com

        Eric Nikolaides
        250 W. 55th St
        New York, NY 10019
        Email: enikolaides@mofo.com

Max I. Levy
755 Page Mill Road
Palo Alto, CA 94304-1018
Email: mlevy@mofo.com

Andrew Michael Gass
Joseph Richard Wetzel
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Email: andrew.gass@lw.com
        joseph.wetzel@lw.com

Allison L. Stillman
Rachel R. Blitzer
1271 Avenue of the Americas
New York, NY 10020
Email: alli.stillman@lw.com
        rachel.blitzer@lw.com

Sarang Damle
Elana Nightingale Dawson
555 Eleventh Street, NW, Suite 1505
Washington, DC 20004
Email: sy.damle@lw.com
        elana.nightingaledawson@lw.com

*Attorneys for Defendants*

### SIGNATURE ATTESTATION

Pursuant to Local Rule 5–1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from the other signatories to this stipulation.

Dated: November 8, 2024          By:     */s/ Joseph R. Saveri*
                                         Joseph R. Saveri

**[PROPOSED] ORDER EXTENDING CASE DEADLINES**

PURSUANT TO STIPULATION AND FINDING GOOD CAUSE, IT IS SO ORDERED.

Dated: _____   By: _____

THE HONORABLE ARACELI MARTÍNEZ-OLGUÍN
UNITED STATES DISTRICT JUDGE