November 15, 2024

*E-Filed*

The Honorable Judge Robert M. Illman
United States District Court for the Northern District of California
Eureka-McKinleyville Courthouse
3140 Boeing Ave, McKinleyville, CA, 95519

Re: *In re OpenAI ChatGPT Litigation*; Master File No. 3:23-cv-3223-AMO

Dear Judge Illman:

Pursuant to the Court's standing order, Plaintiffs respectfully request leave to file a joint letter brief that is ten (10) pages, excluding the cover page. Specifically, Plaintiffs expect the parties will file a joint discovery letter brief regarding Plaintiffs' request for eleven additional custodians, six of whom are the subject of an analogous request in the parallel actions pending in the Southern District of New York.[1]

An expansion of the page limits is warranted in light of the Court's order directing Plaintiffs to "persuasively argue . . . using the joint letter-brief process" that any requested additional custodians "possess non-cumulative, unique documents or information that would justify enlarging the list of custodians." ECF No. 166. Plaintiffs intend to use the additional pages of briefing to provide the Court with supporting evidence for each of the requested custodians.

Defendants indicated to Plaintiffs that they oppose this request.

                                                                */s/ Joseph R. Saveri*

                                             Joseph R. Saveri (State Bar No. 130064)
                                             **JOSEPH SAVERI LAW FIRM, LLP**
                                             601 California Street, Suite 1505
                                             San Francisco, CA 94108
                                             Telephone: (415) 500-6800
                                             Facsimile:  (415) 395-9940
                                             Email:       jsaveri@saverilawfirm.com

                                             *Counsel for Individual and Representative*
                                             *Plaintiffs and the Proposed Class*

---

[1] *See Authors Guild, et al., v. OpenAI, Inc., et al.*, No. 23-CV-8292 (S.D.N.Y.); *Alter, et al., v. OpenAI, Inc., et al.*, No. 23-CV-10211 (S.D.N.Y.); and *Basbanes, et al., v. Microsoft Corp., et al.*, No. 24-CV-84 (S.D.N.Y.).