

Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809

415 391 5400
keker.com

**Christopher S. Sun**
(415) 962-8805
csun@keker.com

November 15, 2024

**VIA ECF**

The Honorable Robert M. Illman
United States District Court for the Northern District of California
Eureka-McKinleyville Courthouse
3140 Boeing Avenue
McKinleyville, CA 95519

Re:   *In re OpenAI ChatGPT Litigation*, Master File No. 23-cv-3223-AMO

Dear Judge Illman:

Defendants oppose Plaintiffs' request (ECF No. 200) to enlarge this Court's five-page limit for joint letters regarding discovery disputes. Defendants disagree additional pages are necessary. Plaintiffs' demand for eleven new custodians is overbroad and unsubstantiated, and does not justify deviating from the Court's rule on page limits.

Sincerely,

KEKER, VAN NEST & PETERS LLP

*s/ Christopher Sun*

Christopher S. Sun