| | |
|---|---|
| JOSEPH C. GRATZ (CA SBN 240676)<br>JGratz@mofo.com<br>TIFFANY CHEUNG (CA SBN 211497)<br>TCheung@mofo.com<br>VERA RANIERI (CA SBN 271594)<br>VRanieri@mofo.com<br>JOYCE C. LI (CA SBN 323820)<br>JoyceLi@mofo.com<br>MELODY E. WONG (SBN 341494)<br>MelodyWong@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street,<br>San Francisco, California 94105-2482<br>Telephone:    (415) 268-7000<br>Facsimile:    (415) 268-7522<br><br>ROSE S. LEE (CA SBN 294658)<br>RoseLee@mofo.com<br>ALEXANDRA M. WARD (CA SBN 318042)<br>AlexandraWard@mofo.com<br>MORRISON & FOERSTER LLP<br>707 Wilshire Boulevard<br>Los Angeles, California 90017-3543<br>Telephone:    (213) 892-5200<br>Facsimile:    (213) 892-5454<br>[CAPTION CONTINUED ON NEXT PAGE]<br><br>Attorneys for Defendants<br>OPENAI, INC., OPENAI, L.P., OPENAI<br>OPCO, L.L.C., OPENAI GP, L.L.C., OPENAI<br>STARTUP FUND GP I, L.L.C., OPENAI<br>STARTUP FUND I, L.P., AND OPENAI<br>STARTUP FUND MANAGEMENT, LLC | ANDREW M. GASS (SBN 259694)<br>Andrew.Gass@lw.com<br>JOSEPH R. WETZEL (SBN 238008)<br>Joe.Wetzel@lw.com<br>LATHAM & WATKINS LLP<br>505 Montgomery Street, Suite 2000<br>San Francisco, California 94111<br>Telephone:    (415) 391-0600<br><br>ROBERT A. VAN NEST (CA SBN 84065)<br>rvannest@keker.com<br>R. JAMES SLAUGHTER (CA SBN 192813)<br>rslaughter@keker.com<br>PAVEN MALHOTRA (CA SBN 258429)<br>pmalhotra@keker.com<br>MICHELLE S. YBARRA (CA SBN 260697)<br>mybarra@keker.com<br>NICHOLAS S. GOLDBERG (CA SBN 273614)<br>ngoldberg@keker.com<br>THOMAS E. GORMAN (CA SBN 279409)<br>tgorman@keker.com<br>KATIE LYNN JOYCE (CA SBN 308263)<br>kjoyce@keker.com<br>CHRISTOPHER S. SUN (CA SBN 308945)<br>CSun@keker.com<br>KEKER, VAN NEST & PETERS LLP<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:    (415) 391-5400<br>Facsimile:    (415) 397-7188 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPENAI CHATGPT LITIGATION<br><br>This document relates to:<br><br>All Actions | Master File No. 3:23-cv-03223-AMO<br><br>**DECLARATION OF MICHAEL TRINH IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Judge: Hon. Robert M. Illman |

1 | CAROLYN M. HOMER
cmhomer@mofo.com
2 | MORRISON & FOERSTER LLP
2100 L Street, NW
3 | Suite 900
Washington, DC 2003
4 | Telephone: 202-65004597

5 | JOHN R. LANHAM
jlanham@mofo.com
6 | MORRISON & FOERSTER LLP
12531 High Bluff Dr.
7 | Suite 100
San Diego, CA 921320
8 | Telephone 858-720-5100

9 | MAX I. LEVY (CA SBN 346289)
MLevy@mofo.com
10 | MORRISON & FORESTER LLP
755 Page Mill Road
11 | Palo Alto, California 94304-1018
Telephone:   (650) 813-5600
12 | Facsimile:    (650) 494-0792

13 | ERIC K. NIKOLAIDES (*pro hac vice*)
ENikolaides@mofo.com
14 | MORRISON & FORESTER LLP
250 West 55th Street
15 | New York, NY 10019-9601
Telephone:   (212) 468-8000
16 | Facsimile:    (212) 468-7900

17 | SARANG VIJAY DAMLE (*pro hac vice*)
Sy.Damle@lw.com
18 | ELANA NIGHTINGALE DAWSON (*pro hac vice*)
Elana.Nightingaledawson@lw.com
19 | LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
20 | Washington, D.C. 20004
Telephone:   (202) 637-2200
21 |
   | ALLISON L. STILLMAN (*pro hac vice*)
22 | Alli.Stillman@lw.com
   | RACHEL R. BLITZER
23 | Rachel.blitzer@lw.com (*pro hac vice*)
   | HERMAN H. YUE (*pro hac vice*)
24 | Herman.yue@lw.com
   | LATHAM & WATKINS LLP
25 | 1271 Avenue of the Americas
   | New York, NY 10020
26 | Telephone:   (212) 751-4864

27

28

I, Michael Trinh, hereby declare as follows:

1. I am Associate General Counsel at OpenAI. I submit this declaration in support of Defendants' Administrative Motion to File Under Seal Portions of the Parties' Joint Letter Brief pursuant to N.D. Cal. L.R. 79-5(c)(2). I have personal knowledge of the facts set forth below and if called as a witness, could testify competently thereto.

2. The redacted portions of the parties' joint letter brief directly reference documents produced by OpenAI during the course of discovery that are designated "CONFIDENTIAL," "HIGHLY CONFIDENTIAL – SOURCE CODE," or "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" pursuant to the protective order.

3. The cited portions of these confidential and highly confidential documents fall into the following categories of information: (i) conversations and processes related to OpenAI's internal safety and mitigation measures; (ii) discussions between OpenAI employees describing detailed processes and sources for training, testing, and improving LLMs; and (iii) discussions of OpenAI's partnership with Microsoft.

4. **Category (i)**. OpenAI's internal safety and mitigation measures, including discussion of the development and implementation of various systems and processes used with respect to certain content constitute highly sensitive proprietary information. OpenAI treats such information as confidential or highly confidential. OpenAI generally does not publicly disclose this type of information and takes steps to protect the confidentiality of that information, particularly given the highly competitive nature of the artificial intelligence industry with global stakeholders.

5. **Category (ii)**. The specific processes OpenAI employs to train and test ChatGPT models, including the sources of data used to train the models, the source code OpenAI engineers employ to help build the models or products related to the models, tests run to evaluate the models' accuracy, and steps taken to improve the models constitute highly sensitive proprietary information. OpenAI treats such information as confidential or highly confidential. OpenAI generally does not publicly disclose this type of information and takes steps to protect the

confidentiality of that information, particularly given the highly competitive nature of the artificial intelligence industry with global stakeholders.

6. **Category (iii).** OpenAI also treats internal discussions of its partnership with Microsoft as confidential or highly confidential. OpenAI generally does not publicly disclose strategic decision-making, deliberations, and discussions amongst high-level executives to prevent competitive harm to OpenAI. OpenAI and Microsoft have agreed to confidentiality provisions that prevent public disclosure of confidential facts about the companies' business relationships.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 25th day of November, 2024 in Guanacaste, Costa Rica.

By: _/s/ Michael Trinh_
Michael Trinh
Associate General Counsel
OpenAI

**ECF ATTESTATION**

I, Christopher Sun, am the ECF User whose ID and password are being used to file this **DECLARATION OF MICHAEL TRINH IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL**. In accordance with Civil L.R. 5-1(h)(3), concurrence in and authorization of the filing of this document has been obtained from Michael Trinh, declarant, and I shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party.

Dated: November 25, 2024

MORRISON & FOERSTER LLP

By: /s/ Christopher Sun
　　　Christopher Sun

*Attorneys for OpenAI Defendants*