JOSEPH C. GRATZ (CA SBN 240676)
JGratz@mofo.com
TIFFANY CHEUNG (CA SBN 211497)
TCheung@mofo.com
VERA RANIERI (CA SBN 271594)
VRanieri@mofo.com
JOYCE C. LI (CA SBN 323820)
JoyceLi@mofo.com
MELODY E. WONG (SBN 341494)
MelodyWong@mofo.com
MORRISON & FOERSTER LLP
425 Market Street,
San Francisco, California 94105-2482
Telephone:     (415) 268-7000
Facsimile:     (415) 268-7522

ROSE S. LEE (CA SBN 294658)
RoseLee@mofo.com
ALEXANDRA M. WARD (CA SBN 318042)
AlexandraWard@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California 90017-3543
Telephone:     (213) 892-5200
Facsimile:     (213) 892-5454
[CAPTION CONTINUED ON NEXT PAGE]

Attorneys for Defendants
OPENAI, INC., OPENAI, L.P., OPENAI
OPCO, L.L.C., OPENAI GP, L.L.C., OPENAI
STARTUP FUND GP I, L.L.C., OPENAI
STARTUP FUND I, L.P., AND OPENAI
STARTUP FUND MANAGEMENT, LLC

ANDREW M. GASS (SBN 259694)
Andrew.Gass@lw.com
JOSEPH R. WETZEL (SBN 238008)
Joe.Wetzel@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone:     (415) 391-0600

ROBERT A. VAN NEST (CA SBN 84065)
rvannest@keker.com
R. JAMES SLAUGHTER (CA SBN 192813)
rslaughter@keker.com
PAVEN MALHOTRA (CA SBN 258429)
pmalhotra@keker.com
MICHELLE S. YBARRA (CA SBN 260697)
mybarra@keker.com
NICHOLAS S. GOLDBERG (CA SBN 273614)
ngoldberg@keker.com
THOMAS E. GORMAN (CA SBN 279409)
tgorman@keker.com
KATIE LYNN JOYCE (CA SBN 308263)
kjoyce@keker.com
CHRISTOPHER S. SUN (CA SBN 308945)
CSun@keker.com
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     (415) 391-5400
Facsimile:     (415) 397-7188

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPENAI CHATGPT LITIGATION<br><br>This document relates to:<br><br>All Actions | Master File No. 3:23-cv-03223-AMO<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF THE PARTIES' JOINT LETTER BRIEF**<br><br>Judge:  Hon. Robert M. Illman |

1    CAROLYN M. HOMER
     cmhomer@mofo.com
2    MORRISON & FOERSTER LLP
     2100 L Street, NW
3    Suite 900
     Washington, DC 2003
4    Telephone: 202-65004597

5    JOHN R. LANHAM
     jlanham@mofo.com
6    MORRISON & FOERSTER LLP
     12531 High Bluff Dr.
7    Suite 100
     San Diego, CA 921320
8    Telephone 858-720-5100

9    MAX I. LEVY (CA SBN 346289)
     MLevy@mofo.com
10   MORRISON & FORESTER LLP
     755 Page Mill Road
11   Palo Alto, California 94304-1018
     Telephone:    (650) 813-5600
12   Facsimile:    (650) 494-0792

13   ERIC K. NIKOLAIDES (*pro hac vice*)
     ENikolaides@mofo.com
14   MORRISON & FORESTER LLP
     250 West 55th Street
15   New York, NY 10019-9601
     Telephone:    (212) 468-8000
16   Facsimile:    (212) 468-7900

17   SARANG VIJAY DAMLE (*pro hac vice*)
     Sy.Damle@lw.com
18   ELANA NIGHTINGALE DAWSON (*pro hac vice*)
     Elana.Nightingaledawson@lw.com
19   LATHAM & WATKINS LLP
     555 Eleventh Street, NW, Suite 1000
20   Washington, D.C. 20004
     Telephone:    (202) 637-2200
21
     ALLISON L. STILLMAN (*pro hac vice*)
22   Alli.Stillman@lw.com
     RACHEL R. BLITZER
23   Rachel.blitzer@lw.com (*pro hac vice*)
     HERMAN H. YUE (*pro hac vice*)
24   Herman.yue@lw.com
     LATHAM & WATKINS LLP
25   1271 Avenue of the Americas
     New York, NY 10020
26   Telephone:    (212) 751-4864

27

28

[Proposed] Order Granting Defendants'
Motion to File Under Seal
Master File No. 3:23-cv-03223-AMO

1    Pending before the Court is Defendants' Administrative Motion to File Under Seal

2  Portions of the Parties' Joint Letter Brief.

3    Having considered Defendants' Administrative Motion and finding that there is good

4  cause to justify sealing the below referenced material, **IT IS HEREBY ORDERED THAT**

5  Defendants' Administrative Motion is **GRANTED**.

6    The following portion of the Parties' Joint Letter Brief shall be sealed:

| Document or Portion of Document Sought to be Sealed | Designation | Evidence Offered in Support of Sealing | Order |
|---|---|---|---|
| Concurrently filed joint letter brief regarding custodians, at portions highlighted | Confidential, Highly Confidential – Source Code, or Highly Confidential – Attorneys' Eyes Only | Trinh Declaration | |

**IT IS SO ORDERED.**

Dated: _____    By: _____

                  THE HONORABLE ROBERT M. ILLMAN
                  United States District Judge