KEKER, VAN NEST & PETERS LLP
ROBERT A. VAN NEST - # 84065
rvannest@keker.com
R. JAMES SLAUGHTER - # 192813
rslaughter@keker.com
PAVEN MALHOTRA - # 258429
pmalhotra@keker.com
MICHELLE YBARRA - # 260697
mybarra@keker.com
NICHOLAS S. GOLDBERG - # 273614
ngoldberg@keker.com
THOMAS E. GORMAN - # 279409
tgorman@keker.com
KATIE LYNN JOYCE - # 308263
kjoyce@keker.com
CHRISTOPHER S. SUN - # 308945
csun@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendants OPENAI, INC., OPENAI, L.P., OPENAI OPCO, L.L.C., OPENAI GP, L.L.C., OPENAI STARTUP FUND GP I, L.L.C., OPENAI STARTUP FUND I, L.P., and OPENAI STARTUP FUND MANAGEMENT, L.L.C.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPENAI CHATGPT LITIGATION<br><br>This document relates to:<br><br>Case No. 3:23-cv-03223-AMO<br>Case No. 3:23-cv-03416-AMO<br>Case No. 3:23-cv-04625-AMO | Master File Case No. 3:23-CV-03223-AMO<br><br>**PROOF OF SERVICE**<br><br>Judge:     Hon. Robert M. Illman<br><br>Date Filed: June 28, 2023 |

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker, Van Nest & Peters LLP, 633 Battery Street, San Francisco, CA 94111-1809.

On November 25, 2024, I served the following document(s):

- **NOVEMBER 25, 2024 JOINT LETTER BRIEF TO JUDGE ILLMAN [SEALED/UNREDACTED]**

☑ by **E-MAIL VIA PDF FILE**, by transmitting on this date via e-mail a true and correct copy scanned into an electronic file in Adobe "pdf" format. The transmission was reported as complete and without error.

| *Attorneys for Individual and Representative Plaintiffs and the Proposed Class*: jslfservice_chatgpt@saverilawfirm.com ||
|---|---|
| Joseph R. Saveri<br>Cadio R. Zirpoli<br>Christopher K. L. Young<br>William W. Castillo Guardado<br>Holden J. Benon<br>Aaron Cera<br>Margaux Poueymirou<br>JOSEPH SAVERI LAW FIRM, LLP<br>601 California St., Ste. 1505<br>San Francisco, CA 94108<br>jsaveri@saverilawfirm.com<br>czirpoli@saverilawfirm.com<br>cyoung@saverilawfirm.com<br>wcastillo@saverilawfirm.com<br>hbenon@saverilawfirm.com<br>acera@saverilawfirm.com<br>mpoueymirou@saverilawfirm.com | Matthew Butterick<br>MATTHEW BUTTERICK, ATTORNEY AT LAW<br>1920 Hillhurst Ave. #406<br>Los Angeles, CA 90027<br>mb@butterricklaw.com |
| *Attorneys for Plaintiffs Michael Chabon, David Henry Hwang, Matthew Klam, Rachel Louise Snyder, Ayelet Waldman, Laura Lippman, Jacqueline Woodson, Andrew Sean Greer, Ta-Nehisi Coates and Junot Diaz* ||
| Bryan L. Clobes<br>Alexander J. Sweatman<br>Mohammed Rathur<br>CAFFERTY, CLOBES MERIWETHER & SPRENGEL LLP<br>135 South LaSalle Street, Suite 3210<br>Chicago, IL 60603<br>bclobes@caffertyclobes.com<br>asweatman@caffertyclobes.com | Daniel J. Muller<br>VENTURA HERSEY & MULLER, LLP<br>1506 Hamilton Avenue<br>San Jose, CA 95125<br>dmuller@venturahersey.com |

1

PROOF OF SERVICE
Master File Case No. 3:23-CV-03223-AMO

2835871

| | |
|---|---|
| mrathur@caffertyclobes.com | |

Executed on November 25, 2024, at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____
Jennifer Gray