**Elana Nightingale Dawson**
Direct Dial: +1.202.637.2303
elana.nightingaledawson@lw.com

555 Eleventh Street, N.W., Suite 1000
Washington, D.C.  20004-1304
Tel: +1.202.637.2200  Fax: +1.202.637.2201
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Silicon Valley |
| Hong Kong | Singapore |
| Houston | Tel Aviv |
| London | Tokyo |
| Los Angeles | Washington, D.C. |
| Madrid | |

LATHAM & WATKINS LLP

November 25, 2024

<u>Via ECF</u>

The Honorable Robert M. Illman
U.S. District Court for the Northern District of California
Eureka-McKinleyville Courthouse
3140 Boeing Ave.
McKinleyville, CA 95519

  Re: *In re OpenAI ChatGPT Litigation*, Master File No. 23-cv-3223-AMO;
     Letter Seeking Leave to Attach Exhibits to Parties' Joint Letter Brief

Dear Judge Illman:

  Pursuant to Paragraph 4(a) of Your Honor's General Standing Order, the Parties anticipate filing a joint letter brief by Wednesday, November 27, 2024 regarding Defendant OpenAI OpCo, LLC's request for an order requiring Plaintiffs to comply with Federal Rules of Civil Procedure 26 and 34.  OpenAI hereby respectfully requests leave to attach the following exhibits to the letter:

1. Correspondence regarding the Parties' October 8, 2024 conferral.

2. Correspondence regarding the Parties' November 6, 2024 conferral.

3. October 4, 2024 Letter from Elana Nightingale Dawson on behalf of OpenAI regarding Plaintiffs' discovery deficiencies.

  OpenAI believes the proposed exhibits will aid the Court's analysis of the Parties' positions.  The Court has previously granted Plaintiffs' similar requests to attach exhibits to joint discovery letters.  *See* Dkt. Nos. 142, 150.

  Plaintiffs do not oppose OpenAI's request.

              Respectfully Submitted,

              */s/ Elana Nightingale Dawson*

              Elana Nightingale Dawson
              of LATHAM & WATKINS LLP