# JOSEPH SAVERI
## LAW FIRM

601 CALIFORNIA STREET
SUITE 1505
SAN FRANCISCO CA 94108

TEL 415.500.6800
FAX 415.395.9940

November 26, 2024

**Via ECF**

The Honorable Robert M. Illman
U.S. District Court for the Northern
District of California
Eureka-McKinleyville Courthouse
3140 Boeing Ave.
McKinleyville, CA 95519

    Re:    *In re OpenAI ChatGPT Litigation*, Master File No. 23-cv-3223-AMO; Letter Seeking Leave to Attach Exhibits to Parties' Joint Letter Brief

Dear Judge Illman:

Pursuant to Paragraph 4(a) of Your Honor's General Standing Order, the Parties anticipate filing a joint letter brief by Wednesday, November 27, 2024. Plaintiffs hereby respectfully request leave to attach the following exhibits to the letter to aid in the Court's analysis of the Parties' positions:

1. Correspondence regarding the Parties' November 19, 2024 conferral;
2. November 22, 2024 Letter from Holden J. Benon addressing issues raised during the Parties' November 19, 2024 conferral;
3. Correspondence regarding Plaintiffs' good faith efforts to moot Defendants' issues without court intervention.

The Court has previously granted Plaintiffs' similar requests to attach exhibits to joint discovery letters. See Dkt. Nos. 142, 150.

Defendants do not oppose Plaintiffs' request.

Respectfully,

*/s/ Joseph R. Saveri*
Joseph R. Saveri