# ⅢORRISON ⸽OERSTER

12531 HIGH BLUFF DRIVE
SUITE 100
SAN DIEGO
CALIFORNIA  92130-2040

TELEPHONE: 858.720.5100
FACSIMILE: 858.720.5125

WWW.MOFO.COM

MORRISON & FOERSTER LLP

AUSTIN, BERLIN, BOSTON, BRUSSELS,
DENVER, HONG KONG, LONDON, LOS
ANGELES, MIAMI, NEW YORK, PALO
ALTO, SAN DIEGO, SAN FRANCISCO,
SHANGHAI, SINGAPORE, TOKYO,
WASHINGTON, D.C.

December 4, 2024

Writer's Direct Contact
+1 (858) 314-7601
JLanham@mofo.com

**VIA ECF**

The Honorable Robert M. Illman
United States District Court for the Northern District of California
Eureka-McKinleyville Courthouse
3140 Boeing Avenue
McKinleyville, CA 95519

Re:     *In re OpenAI ChatGPT Litigation*, Master File No. 23-cv-3223-AMO
        Letter Seeking Leave to Attach Exhibits to Parties' Joint Letter Brief

Dear Judge Illman:

Pursuant to Paragraph 4(a) of Your Honor's General Standing Order, the Parties
anticipate filing a joint letter brief by December 6, 2024, including a dispute regarding
Plaintiffs' pursuit of discovery into in-development large language models.  Defendants
request the Court's approval to file the following documents in support of their position
statement:

1.     Declaration of Nick Ryder, VP of Research, Foundations for OpenAI OpCo,
       Inc. ("OpenAI") concerning OpenAI's large language models.

2.     Excerpts of a December 3, 2024, hearing transcript from *Authors Guild et al.
       v. OpenAI, Inc., et al.* (S.D.N.Y. No. 1:23-cv-08292-SHS), concerning a
       motion to compel discovery into in-development OpenAI large language
       models.[1]

3.     The *Authors Guild* court's written order, if one is issued, corresponding to the
       December 3, 2024, discovery hearing regarding in-development OpenAI large
       language models.

---

[1] OpenAI is seeking expedited delivery of this transcript and, to the extent it is not available as of the
anticipated December 6 briefing submission, will submit it promptly upon receipt.

sf-6221681

**IIIORRISON FOERSTER**

December 4, 2024
Page Two

4.      An email thread between counsel for the Parties relating to issues raised in the letter brief.

5.      Declaration of counsel regarding these exhibits.

Defendants believe these exhibits will aid the Court's review of the Parties' positions.

Plaintiffs do not oppose Defendants' request.

Sincerely,

*/s/ John R. Lanham*

John R. Lanham