

Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809

415 391 5400
keker.com

**Robert A. Van Nest**
(415) 391-5400
rvannest@keker.com

December 5, 2024

**VIA ECF**

The Honorable Araceli Martínez-Olguín
United States District Court for the Northern District of California
Phillip Burton Federal Building & United States Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

Re:   *In re OpenAI ChatGPT Litigation*, Master File No. 3:23-cv-3223-AMO

Dear Judge Martínez-Olguín:

I am writing to notify Your Honor that OpenAI has decided to seek centralization under 28 U.S.C. § 1407 of the eight copyright and DMCA actions pending against it in this District and in the Southern District of New York, including the putative class action currently pending before Your Honor. OpenAI informed Magistrate Judge Wang of its decision at a December 3, 2024 status conference. As of the November 26, 2024 status conference in this action, OpenAI had not yet made the decision to pursue this relief, and so through this letter wishes to inform Your Honor of its intention to file an MDL petition.

At this time, OpenAI does not intend to seek a stay of litigation before this Court or in the Southern District of New York. OpenAI will continue to participate in discovery consistent with the schedule entered by Your Honor (*see* Dkt. 209) pending a decision by the Judicial Panel on Multidistrict Litigation.


Sincerely,

KEKER, VAN NEST & PETERS LLP

*/s/ Robert A. Van Nest*

Robert A. Van Nest

2838713