| | | |
|---|---|---|
| 1 | JOSEPH C. GRATZ (CA SBN 240676)<br>JGratz@mofo.com | ANDREW M. GASS (SBN 259694)<br>Andrew.Gass@lw.com |
| 2 | TIFFANY CHEUNG (CA SBN 211497)<br>TCheung@mofo.com | JOSEPH R. WETZEL (SBN 238008)<br>Joe.Wetzel@lw.com |
| 3 | VERA RANIERI (CA SBN 271594)<br>VRanieri@mofo.com | LATHAM & WATKINS LLP<br>505 Montgomery Street, Suite 2000 |
| 4 | JOYCE C. LI (CA SBN 323820)<br>JoyceLi@mofo.com | San Francisco, California 94111<br>Telephone:    (415) 391-0600 |
| 5 | MELODY E. WONG (SBN 341494)<br>MelodyWong@mofo.com | ROBERT A. VAN NEST (CA SBN 84065) |
| 6 | MORRISON & FOERSTER LLP<br>425 Market Street, | rvannest@keker.com<br>R. JAMES SLAUGHTER (CA SBN 192813) |
| 7 | San Francisco, California 94105-2482<br>Telephone:    (415) 268-7000 | rslaughter@keker.com<br>PAVEN MALHOTRA (CA SBN 258429) |
| 8 | Facsimile:    (415) 268-7522 | pmalhotra@keker.com<br>MICHELLE S. YBARRA (CA SBN 260697) |
| 9 | ROSE S. LEE (CA SBN 294658)<br>RoseLee@mofo.com | mybarra@keker.com<br>NICHOLAS S. GOLDBERG (CA SBN |
| 10 | ALEXANDRA M. WARD (CA SBN 318042)<br>AlexandraWard@mofo.com | 273614)<br>ngoldberg@keker.com |
| 11 | MORRISON & FOERSTER LLP<br>707 Wilshire Boulevard | THOMAS E. GORMAN (CA SBN 279409)<br>tgorman@keker.com |
| 12 | Los Angeles, California 90017-3543<br>Telephone:    (213) 892-5200 | KATIE LYNN JOYCE (CA SBN 308263)<br>kjoyce@keker.com |
| 13 | Facsimile:    (213) 892-5454<br>[CAPTION CONTINUED ON NEXT PAGE] | CHRISTOPHER S. SUN (CA SBN 308945)<br>CSun@keker.com |
| 14 | | KEKER, VAN NEST & PETERS LLP<br>633 Battery Street |
| 15 | Attorneys for Defendants<br>OPENAI, INC., OPENAI, L.P., OPENAI | San Francisco, CA 94111-1809<br>Telephone:    (415) 391-5400 |
| 16 | OPCO, L.L.C., OPENAI GP, L.L.C., OPENAI<br>STARTUP FUND GP I, L.L.C., OPENAI | Facsimile:    (415) 397-7188 |
| 17 | STARTUP FUND I, L.P., AND OPENAI<br>STARTUP FUND MANAGEMENT, LLC | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPENAI CHATGPT LITIGATION | Master File No. 3:23-cv-03223-AMO |
| This document relates to:<br><br>All Actions | [~~PROPOSED~~] **ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF THE PARTIES' JOINT LETTER BRIEF**<br><br>Judge: Hon. Robert M. Illman |

[PROPOSED] ORDER GRANTING DEFENDANTS'
MOTION TO FILE UNDER SEAL
MASTER FILE NO.3:23-CV-03223-AMO

1  CAROLYN M. HOMER
    cmhomer@mofo.com
2  MORRISON & FOERSTER LLP
    2100 L Street, NW
3  Suite 900
    Washington, DC 2003
4  Telephone: 202-65004597

5  JOHN R. LANHAM
    jlanham@mofo.com
6  MORRISON & FOERSTER LLP
    12531 High Bluff Dr.
7  Suite 100
    San Diego, CA 921320
8  Telephone 858-720-5100

9  MAX I. LEVY (CA SBN 346289)
    MLevy@mofo.com
10  MORRISON & FORESTER LLP
    755 Page Mill Road
11  Palo Alto, California 94304-1018
    Telephone:    (650) 813-5600
12  Facsimile:    (650) 494-0792

13  ERIC K. NIKOLAIDES (*pro hac vice*)
    ENikolaides@mofo.com
14  MORRISON & FORESTER LLP
    250 West 55th Street
15  New York, NY 10019-9601
    Telephone:    (212) 468-8000
16  Facsimile:    (212) 468-7900

17  SARANG VIJAY DAMLE (*pro hac vice*)
    Sy.Damle@lw.com
18  ELANA NIGHTINGALE DAWSON (*pro hac vice*)
    Elana.Nightingaledawson@lw.com
19  LATHAM & WATKINS LLP
    555 Eleventh Street, NW, Suite 1000
20  Washington, D.C. 20004
    Telephone:    (202) 637-2200
21
    ALLISON L. STILLMAN (*pro hac vice*)
22  Alli.Stillman@lw.com
    RACHEL R. BLITZER
23  Rachel.blitzer@lw.com (*pro hac vice*)
    HERMAN H. YUE (*pro hac vice*)
24  Herman.yue@lw.com
    LATHAM & WATKINS LLP
25  1271 Avenue of the Americas
    New York, NY 10020
26  Telephone:    (212) 751-4864

27

28

[PROPOSED] ORDER GRANTING DEFENDANTS'
MOTION TO FILE UNDER SEAL
MASTER FILE NO. 3:23-CV-03223-AMO

Pending before the Court is Defendants' Administrative Motion to File Under Seal Portions of the Parties' Joint Letter Brief.

Having considered Defendants' Administrative Motion and finding that there is good cause to justify sealing the below referenced material, **IT IS HEREBY ORDERED THAT** Defendants' Administrative Motion is **GRANTED**.

The following portion of the Parties' Joint Letter Brief shall be sealed:

| Document or Portion of Document Sought to be Sealed | Designation | Evidence Offered in Support of Sealing | Order |
|---|---|---|---|
| Concurrently filed joint letter brief regarding custodians, at portions highlighted | Confidential, Highly Confidential – Source Code, or Highly Confidential – Attorneys' Eyes Only | Trinh Declaration | GRANTED |

**IT IS SO ORDERED.**

Dated: December 17, 2024          By: _____
                                  THE HONORABLE ROBERT M. ILLMAN
                                  United States Magistrate Judge

[PROPOSED] ORDER GRANTING DEFENDANTS'
MOTION TO FILE UNDER SEAL                    1
MASTER FILE NO.3:23-CV-03223-AMO