UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PAUL TREMBLAY, et al.            ,

Plaintiff(s),

v.

OPENAI, INC., et al.            ,

Defendant(s).

Case No. 3:23-cv-03223-AMO

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Jesse Panuccio            , an active member in good standing of the bar of Florida            , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: All Plaintiffs            in the above-entitled action. My local co-counsel in this case is Maxwell Vaughn Pritt            , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 253155            .

401 East Las Olas Blvd., Suite 1200
Flort Lauderdale, FL 33301
MY ADDRESS OF RECORD

44 Montgomery St., 41st Floor
San Francisco, CA 94104
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

202-274-1130
MY TELEPHONE # OF RECORD

415-293-6800
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

jpanuccio@bsfllp.com
MY EMAIL ADDRESS OF RECORD

mpritt@bsfllp.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 31401            .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 1            times in the 12 months preceding this application.

United States District Court
Northern District of California

1    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2  the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3  Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4  Dated: _December 18, 2024_                    Jesse Panuccio_____

5                                               APPLICANT

6

7

8                        ORDER GRANTING APPLICATION

9                  FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11       IT IS HEREBY ORDERED THAT the application of _Jesse Panuccio_____ is

12  granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13  must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14  counsel designated in the application will constitute notice to the party.

15  Dated: _____

16

17       _____

18                        UNITED STATES DISTRICT/MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

Updated 11/2021                        2