UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PAUL TREMBLAY, et al.           ,

Plaintiff(s),

v.

OPENAI, INC., et al.           ,

Defendant(s).

Case No. 3:23-cv-03223-AMO

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, David Boies           , an active member in good standing of the bar of New York           , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: All Plaintiffs           in the above-entitled action. My local co-counsel in this case is Maxwell Vaughn Pritt           , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 253155           .

333 Main Street
Armonk. NY 10504
MY ADDRESS OF RECORD

44 Montgomery St., 41st Floor
San Francisco, CA 94104
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

914-749-8200
MY TELEPHONE # OF RECORD

415-293-6800
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

dboies@bsfllp.com
MY EMAIL ADDRESS OF RECORD

mpritt@bsfllp.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 2296333           .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 3           times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: _December 18, 2024_

David Boies
APPLICANT

---

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of _David Boies_ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _December 18, 2024_

UNITED STATES DISTRICT/MAGISTRATE JUDGE

United States District Court
Northern District of California

Updated 11/2021

2