1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE OPENAI CHATGPT LITIGATION | Master File Case No. 3:23-CV-03223-AMO |
|---|---|
| This document relates to: | [~~PROPOSED~~] ORDER RE: JOINT LETTER BRIEF, ECF 217 |
| Case No. 3:23-cv-03223-AMO<br>Case No. 3:23-cv-03416-AMO<br>Case No. 3:23-cv-04625-AMO | Judge: Hon. Robert M. Illman |

Pending before the Court is the Parties' Joint Discovery Letter Brief in which Plaintiffs request the production of responsive documents related to OpenAI Language Models currently in development. (ECF No. 217).

Having considered the brief and oral argument, IT IS HEREBY ORDERED THAT Plaintiffs shall narrow their Requests for Production ("RFPs") regarding in-development models. The parties shall meet and confer to reach agreement on the narrowed requests. If the parties are unable to reach an agreement on the narrowed requests, the parties will file a joint letter brief by January 10, 2025.

**IT IS SO ORDERED.**

Dated: December 19, 2024

_____
Honorable Robert M. Illman
United States Magistrate Judge