**LATHAM & WATKINS LLP**
Andrew M. Gass (SBN 259694)
  *andrew.gass@lw.com*
Joseph R. Wetzel (SBN 238008)
  *joseph.wetzel@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: 415.391.0600

Sarang V. Damle (*pro hac vice*)
  *sy.damle@lw.com*
Elana Nightingale Dawson (*pro hac vice*)
  *elana.nightingaledawson@lw.com*
Michael A. David (*pro hac vice*)
  *michael.david@lw.com*
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: 202.637.2200

Allison L. Stillman (*pro hac vice*)
  *alli.stillman@lw.com*
Rachel R. Blitzer *(pro hac vice)*
  *rachel.blitzer@lw.com*
Herman H. Yue (*pro hac vice*)
  *herman.yue@lw.com*
1271 Avenue of the Americas
New York, New York 10020
Telephone:  212.906.1200

**MORRISON & FOERSTER LLP**
Joseph C. Gratz (SBN 240676)
  *jgratz@mofo.com*
Tiffany Cheung (SBN 211497)
  *tcheung@mofo.com*
Joyce C. Li (SBN 323820)
  *joyceli@mofo.com*
Melody Ellen Wong (SBN 341494)
  *melodywong@mofo.com*
Vera Ranieri (SBN 271594)
  *vranieri@mofo.com*
425 Market Street
San Francisco, CA 94105
Telephone: 415.258.7522

Rose S. Lee (SBN 294658)
  *roselee@mofo.com*
Alexandra Marie Ward (SBN 318042)
  *alexandraward@mofo.com*
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017-3543
Telephone: 213.892.5454

*Attorneys for Defendants OpenAI, Inc., OpenAI, L.P., OpenAI OpCo, L.L.C., OpenAI GP, L.L.C., OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., and OpenAI Startup Fund Management, LLC*

[CAPTION CONTINUED ON NEXT PAGE]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPENAI CHATGPT LITIGATION<br><br>This Document Relates To:<br><br>All Actions | CASE NO. 3:23-cv-03223-AMO<br><br>**[PROPOSED] ORDER REGARDING PARTIES' JOINT DISCOVERY BRIEF (DKT. NO. 212)**<br><br>Judge:    Hon. Robert M. Illman |

1 | Eric K. Nikolaides (*pro hac vice*)
    enikolaides@mofo.com
2 | 250 West 55th Street
    New York, NY 10019-9601
3 | Telephone: 212.468.8000

4 | Max I. Levy (SBN 346289)
    mlevy@mofo.com
5 | 755 Page Mill Road
    Palo Alto, CA 94304-1018
6 | Telephone: 650.813.5600

7 | John R. Lanham (SBN 289382)
    jlanham@mofo.com
8 | 12531 High Bluff Dr.
    San Diego, CA 92130
9 | Telephone: 858.314.7601

10 | Carolyn M. Homer (SBN 286441)
     cmhomer@mofo.com
11 | 2100 L Street, NW, Suite 900
     Washington, D.C. 20037
12 | Telephone: 202.887.1500

**KEKER, VAN NEST & PETERS LLP**
14 | Robert A. Van Nest (SBN 84065)
     rvannest@keker.com
15 | R. James Slaughter (SBN 192813)
     rslaughter@keker.com
16 | Paven Malhotra (SBN 258429)
     pmalhotra@keker.com
17 | Michelle Ybarra (SBN 260697)
     mybarra@keker.com
18 | Nicholas S. Goldberg (SBN 273614)
     ngoldberg@keker.com
19 | Thomas E. Gorman (SBN 279409)
     tgorman@keker.com
20 | Katie Lynn Joyce (SBN 308263)
     kjoyce@keker.com
21 | Christopher C. Sun (SBN 308945)
     csun@keker.com
22 | 633 Battery Street
     San Francisco, CA 94111-1809
23 | Telephone: 415.391.5400
     Facsimile: 415.397.7188

The Parties' Joint Discovery Brief at Dkt. No. 212 came before this Court for hearing on December 17, 2024. All parties were represented by counsel as stated on the record.

Having considered the briefs, supporting documents, and arguments of the parties, and finding good cause therefore, **IT IS HEREBY ORDERED** that:

1. All Plaintiffs shall conduct a vendor-led forensic collection of Electronically Stored Information ("ESI") from each Plaintiffs' custodial ESI data sources identified by Plaintiffs to Defendants on November 26, 2024, pursuant to Paragraph 6 of the ESI Order, Dkt. No. 175. As set forth below, Plaintiffs will then run search terms against this collected data to find documents potentially responsive to OpenAI's Requests for Production. To ensure that the use of search terms to find potentially responsive documents functions as intended, the collection of Plaintiffs' custodial ESI data shall not be limited, whether by subject matter, search terms, date filters, or otherwise, without disclosing the details of any such limitations in writing to Defendants.

2. All Plaintiffs shall conduct attorney-supervised searches of the data collected pursuant to paragraph 1 of this Order using search terms designated to reasonably target responsive documents.

3. By **Friday, December 20, 2024,** all Plaintiffs will provide OpenAI with (a) the search terms Plaintiffs propose using to identify documents responsive to OpenAI's requests for production to which Plaintiffs have agreed to respond, and (b) the hit counts for those search terms resulting from the documents contained in the data sources identified by Plaintiffs on November 26, 2024 pursuant to Paragraph 6 of the ESI Order;

4. By **Friday, December 20, 2024,** Plaintiffs Silverman, Kadrey, Tremblay, and Golden will produce documents responsive to Defendants' Requests for Production, including Requests for Production Numbers 1–39, *see* Dkt. Nos. 212-1, 212-2, to which Plaintiffs have agreed to respond, utilizing an ESI vendor and search terms as contemplated in paragraphs 1 and 2 of this Order;

5. By **Monday, December 23, 2024,** Plaintiffs Díaz, Greer, Hwang, Woodson, Snyder, Coates, Lippman, and Klam will produce documents responsive to all of Defendants'

Requests for Production, including Requests for Production Numbers 1–38, *see* Dkt. No. 212-3, to which Plaintiffs have agreed to respond, utilizing an ESI vendor and search terms as contemplated in paragraphs 1 and 2 of this Order;

6. By **Friday, December 27, 2024**, OpenAI will provide to Plaintiffs a proposal for any additional search terms that OpenAI contends are necessary to identify documents responsive to OpenAI's Requests for Production;

7. By **January 7, 2025,** all Plaintiffs shall (a) run OpenAI's proposed search terms across all documents contained in the data sources identified by Plaintiffs on November 26, 2024 pursuant to Paragraph 6 of the ESI Order; (b) provide to OpenAI the resulting hit counts for those terms; and (c) inform OpenAI of what proposed search terms Plaintiffs agree to use and what proposed search terms Plaintiffs refuse to use.

8. The parties shall thereafter meet and confer regarding any disputes that remain related to the Joint Discovery Brief at Dkt. No. 212. To the extent any issues remain unresolved following such conferrals, the Parties shall submit a joint discovery brief pursuant to paragraph 4 of Judge Illman's General Standing Order by **January 14, 2025.**

**IT IS SO ORDERED.**

DATED: _____    _____
THE HONORABLE ROBERT M. ILLMAN
United States Magistrate Judge

| | | |
|---|---|---|
| 1 | Dated: December 19, 2024 | LATHAM & WATKINS LLP |
| 2 | | By: */s/  Elana Nightingale Dawson* |
| | | Joseph R. Wetzel |
| 3 | | Andrew M. Gass |
| | | Sarang V. Damle (*pro hac vice*) |
| 4 | | Elana Nightingale Dawson (*pro hac vice*) |
| | | Micheal A. David (*pro hac vice*) |
| 5 | | Allison L. Stillman (*pro hac vice*) |
| | | Rachel R. Blitzer (*pro hac vice*) |
| 6 | | Herman H. Yue (*pro hac vice*) |
| 7 | Dated:  December 19, 2024 | MORRISON & FOERSTER LLP |
| 8 | | By: */s/  John R. Lanham* |
| | | Joseph C. Gratz |
| 9 | | Tiffany Cheung |
| | | Vera Ranieri |
| 10 | | Carolyn M. Homer |
| | | John R. Lanham |
| 11 | | Joyce C. Li |
| | | Melody Ellen Wong |
| 12 | | Rose S. Lee |
| | | Alexandra Marie Ward |
| 13 | | Max I. Levy |
| | | Eric K. Nikolaides (*pro hac vice*) |
| 14 | | |
| 15 | Dated:  December 19, 2024 | KEKER, VAN NEST & PETERS LLP |
| 16 | | By: */s/  Paven Malhotra* |
| | | Robert A. Van Nest |
| 17 | | R. James Slaughter |
| | | Paven Malhotra |
| 18 | | Michelle Ybarra |
| | | Nicholas S. Goldberg |
| 19 | | Thomas E. Gorman |
| | | Katie Lynn Joyce |
| 20 | | Christopher C. Sun |
| 21 | | *Attorneys for Defendants* |

**ATTESTATION CLAUSE**

I am the ECF User whose identification and password are being used to file the foregoing [Proposed] Order Regarding Parties' Joint Discovery Brief. Pursuant to Local Rule 5-1(i)(3) regarding signatures, I, Elana Nightingale Dawson, attest that concurrence in the filing of this document has been obtained.

Dated: December 19, 2024                              /s/ Elana Nightingale Dawson