Elana Nightingale Dawson
+1.202.637.2303
elana.nightingaledawson@lw.com

555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Tel: +1.202.637.2200  Fax: +1.202.637.2201
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Silicon Valley |
| Hong Kong | Singapore |
| Houston | Tel Aviv |
| London | Tokyo |
| Los Angeles | Washington, D.C. |
| Madrid | |

**LATHAM & WATKINS LLP**

December 19, 2024

**VIA ECF**

The Honorable Robert M. Illman
United States District Court for the
Northern District of California
Eureka-McKinleyville Courthouse
3140 Boeing Ave.
McKinleyville, CA 95519

Re: *In re OpenAI ChatGPT Litigation*, Master File No. 23-cv-3223-AMO

Dear Judge Illman:

      Pursuant to Your Honor's instructions during the hearing on December 17, 2024, in the above-captioned matter, Defendant OpenAI OpCo, LLC hereby submits a proposed order regarding the parties' Joint Letter Brief at Dkt. No. 212. The parties conferred regarding the accompanying proposed order but were unable to agree on its contents. In particular, OpenAI understands Plaintiffs to oppose the inclusion of paragraphs 1, 2, and 4, as well as the inclusion of material provisions in paragraphs 3, 5, 6, and 7. OpenAI further understands that Plaintiffs may file their own proposed order for the Court's consideration.

Sincerely,

*/s/ Elana Nightingale Dawson*

Elana Nightingale Dawson
of LATHAM & WATKINS LLP

CC: Counsel of Record (via ECF)