| | |
|---|---|
| Joseph R. Saveri (State Bar No. 130064) | Bryan L. Clobes (pro hac vice) |
| Cadio Zirpoli (State Bar No. 179108) | **CAFFERTY CLOBES** |
| Christopher K.L. Young (State Bar No. 318371) | **MERIWETHER & SPRENGEL LLP** |
| William W. Castillo Guardado (State Bar No. 294159) | 205 N. Monroe Street |
| Holden Benon (State Bar No. 325847) | Media, PA 19063 |
| Aaron Cera (State Bar No. 351163) | Telephone: (215) 864-2800 |
| Margaux Poueymirou (State Bar No. 35600) | Email: bclobes@caffertyclobes.com |
| Melissa Tribble (State Bar No. 339098) | |
| **JOSEPH SAVERI LAW FIRM, LLP** | Alexander J. Sweatman (pro hac vice) |
| 601 California Street, Suite 1505 | **CAFFERTY CLOBES** |
| San Francisco, California 94108 | **MERIWETHER & SPRENGEL LLP** |
| Telephone: (415) 500-6800 | 135 South LaSalle Street, Suite 3210 |
| Facsimile: (415) 395-9940 | Chicago, IL 60603 |
| Email:  jsaveri@saverilawfirm.com | Telephone: (312) 782-4880 |
|        czirpoli@saverilawfirm.com | Email: asweatman@caffertyclobes.com |
|        cyoung@saverilawfirm.com | |
|        wcastillo@saverilawfirm.com | |
|        hbenon@saverilawfirm.com | |
|        acera@saverilawfirm.com | |
|        mpoueymirou@saverilawfirm.com | |
|        mtribble@saverilawfirm.com | |

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone: (323) 968-2632
Facsimile: (415) 395-9940
Email:   mb@butterickllaw.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE OPENAI CHATGPT LITIGATION | CASE NO. 3:23-cv-03223-AMO |
| This Document Relates To: | **[PROPOSED] ORDER REGARDING PARTIES' JOINT DISCOVERY BRIEF (DKT. NO. 212)** |
| All Actions | Judge:   Hon. Robert M. Illman |

The Parties' Joint Discovery Brief at Dkt. No. 212 came before this Court for hearing on December 17, 2024. All parties were represented by counsel as stated on the record.

Having considered the briefs, supporting documents, and arguments of the parties, and finding good cause therefore, **IT IS HEREBY ORDERED** that:

1. By **Friday, December 20, 2024,** all Plaintiffs will provide OpenAI with (a) the search terms Plaintiffs propose using to identify documents responsive to all of OpenAI's requests for production to which Plaintiffs have agreed to respond and (b) the hit counts for those search terms resulting from the documents collected from the data sources identified by Plaintiffs on November 26, 2024 pursuant to Paragraph 6 of the ESI Order;

2. By **Monday, December 23, 2024,** Plaintiffs Díaz, Greer, Hwang, Woodson, Snyder, Coates, Lippman, and Klam will produce documents responsive to Defendants' Second Requests for Production, to which Plaintiffs have agreed to respond;

3. By **Friday, December 27, 2024,** OpenAI will provide to Plaintiffs a proposal for any additional search terms that OpenAI contends are necessary to identify documents responsive to OpenAI's Requests for Production;

4. By **January 7, 2025,** all Plaintiffs (a) will run all mutually agreeable search terms proposed by OpenAI across all documents collected from the data sources identified by Plaintiffs on November 26, 2024 pursuant to Paragraph 6 of the ESI Order; and (b) provide the resulting hit counts for those terms to OpenAI.

5. The parties shall thereafter meet and confer regarding any disputes that remain related to the Joint Discovery Brief at Dkt. No. 212. To the extent any issues remain unresolved following such conferrals, the Parties shall submit a joint discovery brief pursuant to paragraph 4 of Judge Illman's General Standing Order by **January 14, 2025.**

**IT IS SO ORDERED.**

DATED: _____

_____
THE HONORABLE ROBERT M. ILLMAN
United States Magistrate Judge