December 19, 2024

**Via ECF**

The Honorable Robert M. Illman
United States District Court for the Northern District of California
Eureka-McKinleyville Courthouse
3140 Boeing Ave.
McKinleyville, CA 95519

Re:   *In re OpenAI ChatGPT Litigation*, Master File No. 23-cv-3223-AMO: ECF Nos. 233 and 234

Dear Honorable Judge Illman:

We write regarding OpenAI's Proposed Order (ECF No. 233), and Plaintiffs' Counter Proposed Order (ECF No. 234) on the Parties' Joint Letter Brief ECF No. 212.

OpenAI's Proposed Order blatantly misrepresents the Court's ruling and the Parties' agreement during the December 17, 2024 hearing regarding Joint Letter Brief ECF No. 212. Namely, OpenAI's Proposed Order includes terms ordering the forensic collection of Plaintiffs' data sources. Not only did the Court not order forensic collection, it did not discuss the terms or methodology to be employed in such collection. OpenAI's proposal is an apparent attempt to strongarm the relief it initially sought but did not get.

Instead, the Court simply: (i) set a schedule for the exchange of proposed search terms and further briefing on search terms, and (ii) ordered the production of documents for Plaintiffs Díaz, Greer, Hwang, Woodson, Snyder, Coates, Lippman, and Klam who have not yet completed their production. OpenAI's Proposed Order far exceeds the bounds of the limited scope of this order.

Plaintiffs attempted to engage with OpenAI's Proposed Order and notified OpenAI of the misrepresentations. After Plaintiffs sent their proposed order to OpenAI, however, Defendants *added* additional terms and unilaterally filed with the Court without Plaintiffs' authorization.

Plaintiffs respectfully request that Court enter Plaintiffs' Proposed Order (ECF No. 234), and issue other relief as appropriate. *See Moser v. Bret Harte Union High Sch. Dist.*, 366 F. Supp. 2d 944, 949 (E.D. Cal. 2005) (issuing an order to "show cause why [the party] should not be sanctioned for misrepresenting facts and law, violating their duty of candor, and willfully and vexatiously multiplying the proceedings, under FRCP Rule 11, 28 U.S.C. § 1927, and the court's inherent power.").

2

Dated: December 19, 2024

Respectfully Submitted,

*/s/ Christopher K.L. Young*

Joseph R. Saveri
Christopher K.L. Young
JOSEPH SAVERI LAW FIRM, LLP
601 California Street, Suite 1505
San Francisco, California 94108

Bryan L. Clobes
CAFFERTY CLOBES MERIWETHER &
SPRENGEL LLP
135 S. LaSalle Street Suite 3210
Chicago, IL 60603

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*