# EXHIBIT A

 Outlook

---

**Re: In re OpenAI ChatGPT Litigation // Deposition Notices**

---

**From** Aaron Cera <aCera@saverilawfirm.com>

**Date** Wed 12/18/2024 4:59 PM

**To** R. James Slaughter <RSlaughter@keker.com>; Bilal Malik <BMalik@keker.com>; JSLF ChatGPT Service List <JSLFSERVICE_CHATGPT@saverilawfirm.com>; bclobes@caffertyclobes.com <bclobes@caffertyclobes.com>; asweatman@caffertyclobes.com <asweatman@caffertyclobes.com>; mrathur@caffertyclobes.com <mrathur@caffertyclobes.com>

**Cc** KVP-OAI <KVPOAI@keker.com>; openaicopyrightlitigation.lwteam@lw.com <openaicopyrightlitigation.lwteam@lw.com>; OpenAICopyright <OpenAICopyright@mofo.com>

---

🔗 1 attachment (46 KB)

2024-12-18 ChatGPT Deposition Conduct Protocol.docx;

---

Jamie,

Thanks for your message.

We have reviewed your proposal. We are disappointed that it does not adequately reflect the spirit of cooperation we believe is necessary to efficiently and fairly resolve this issue as OpenAI has refused to engage with our proposed protocol meaningfully.

Our attached proposal outlines our final and best offer. We believe this proposal provides a fair and balanced framework for the upcoming deposition process.

Regarding your five bullet points, they are unworkable in their current form. While we take no issue with point one, we cannot agree to a provision that binds a non-present party.

Given the approaching dates for the properly and duly noticed depositions and the Court's directive to proceed expeditiously, we request that you provide a written counteroffer before tomorrow at 5 pm.

If we are unable to reach an agreement by tomorrow, we propose the parties brief the issue for Judge Illman under the following briefing schedule:

- Plaintiffs will send you their portion of the letter brief Friday 12/20 by COB PT.
- OpenAI will provide its portion of the letter brief on Monday 12/23 by COB PT.
- Plaintiffs will provide any revisions to their portion of the letter brief by 10 am PT Tuesday 12/24.
- OpenAI will provide any further revisions to its portion of the letter brief by 2 pm PT Tuesday 12/24.
  - Hopefully, that will be the last round of editing, so long as the parties minimize significant substantive revisions during the Tuesday exchanges.

  - If needed, Plaintiffs will endeavor to provide any additional edits by 4 pm PT Tuesday 12/24.

- Plaintiffs will file on Tuesday 12/24, upon approval of the filing by both sides. The parties will make best efforts to get on file before COB.

We look forward to your prompt response and a productive dialogue.

Best,
Aaron

**Aaron Cera**
Associate

_____



601 California Street, Suite 1505
San Francisco, CA 94108
**T** 415.500.6800 x909
**F** 415.395.9940

---

**From:** R. James Slaughter <RSlaughter@keker.com>
**Sent:** Wednesday, December 18, 2024 11:11 AM
**To:** Aaron Cera <aCera@saverilawfirm.com>; Bilal Malik <BMalik@keker.com>; JSLF ChatGPT Service List <JSLFSERVICE_CHATGPT@saverilawfirm.com>; bclobes@caffertyclobes.com <bclobes@caffertyclobes.com>; asweatman@caffertyclobes.com <asweatman@caffertyclobes.com>; mrathur@caffertyclobes.com <mrathur@caffertyclobes.com>
**Cc:** KVP-OAI <KVPOAI@keker.com>; openaicopyrightlitigation.lwteam@lw.com <openaicopyrightlitigation.lwteam@lw.com>; OpenAICopyright <OpenAICopyright@mofo.com>
**Subject:** Re: In re OpenAI ChatGPT Litigation // Deposition Notices

Aaron,

The deposition protocol you propose is, as you surely know, unworkable and unacceptable. You have proposed 316 hours of depositions of OpenAI witnesses, plus unlimited third-party depositions.  That is neither warranted nor feasible, and a significant expansion beyond what you proposed even when Plaintiffs were contemplating coordinating depositions with the SDNY Class Plaintiffs.  If Plaintiffs are now refusing to coordinate depositions with the SDNY Plaintiffs, whether formally or informally, then obviously the number of deposition hours for the ND Cal. case standing alone should be significantly lower than what Plaintiffs proposed when they were proposing to coordinate with another set of class cases.

For OpenAI's part, we continue to believe that coordinating depositions across the cases is an important objective.  We await a response from you to my proposal from last week for a simple protocol that addresses coordination among all cases in CA and NY.

If you continue to refuse to agree on formal coordination with the similar NY cases, we would propose a ND Cal only deposition protocol with the following terms:

- Informal coordination with SDNY plaintiffs on scheduling depositions of all OAI witnesses – SDNY plaintiffs may attend and use the depositions in their case and question witnesses after Plaintiffs here.
- Each side in ND Cal. gets up to 105 hours of fact depositions (the equivalent of 15 fact depositions). This includes party and non-party witnesses, but not 30(b)(6). Seven hours on the record per deposition.
- 9 hours on the record for witnesses testifying as both fact and 30b6.
- Each side gets up to 12 hours for 30(b)(6).
- Apex depos limited to 3.5 hours

Please confirm this is acceptable and we will prepare a stipulation.

Thanks,

Jamie


**R. James Slaughter**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111
o: 415-773-6623
c: 415-244-2205
rslaughter@keker.com


**From:** Aaron Cera <aCera@saverilawfirm.com>
**Date:** Wednesday, December 11, 2024 at 12:46 AM
**To:** Bilal Malik <BMalik@keker.com>, JSLF ChatGPT Service List <JSLFSERVICE_CHATGPT@saverilawfirm.com>, bclobes@caffertyclobes.com <bclobes@caffertyclobes.com>, asweatman@caffertyclobes.com <asweatman@caffertyclobes.com>, mrathur@caffertyclobes.com <mrathur@caffertyclobes.com>
**Cc:** KVP-OAI <KVPOAI@keker.com>, openaicopyrightlitigation.lwteam@lw.com <openaicopyrightlitigation.lwteam@lw.com>, OpenAICopyright <OpenAICopyright@mofo.com>
**Subject:** Re: In re OpenAI ChatGPT Litigation // Deposition Notices

**[EXTERNAL]**

Bilal,

Thanks for your response.

For the reasons we've previously stated and despite months of effort, coordination with SDNY remains infeasible at this time. As Judge Martínez-Olguín made clear at the 11/26 CMC, we must move forward expeditiously. We intend to proceed with the duly noticed depositions. Please confirm your availability for a meet and confer on Thursday or Friday to discuss scheduling.

Regarding Plaintiffs' proposed deposition protocol, please review the attached and provide any proposed revisions by close of business on Friday. Please also provide your availability for a meet and confer on Monday or Tuesday of next week to finalize the protocol.

Best,
Aaron

**Aaron Cera**
Associate

_____



601 California Street, Suite 1505
San Francisco, CA 94108
**T** 415.500.6800 x909
**F** 415.395.9940

---

**From:** Bilal Malik <BMalik@keker.com>
**Sent:** Tuesday, December 10, 2024 5:52 PM
**To:** Aaron Cera <aCera@saverilawfirm.com>; JSLF ChatGPT Service List
<JSLFSERVICE_CHATGPT@saverilawfirm.com>; bclobes@caffertyclobes.com <bclobes@caffertyclobes.com>;
asweatman@caffertyclobes.com <asweatman@caffertyclobes.com>;
mrathur@caffertyclobes.com <mrathur@caffertyclobes.com>
**Cc:** KVP-OAI <KVPOAI@keker.com>;
openaicopyrightlitigation.lwteam@lw.com <openaicopyrightlitigation.lwteam@lw.com>; OpenAICopyright
<OpenAICopyright@mofo.com>
**Subject:** RE: In re OpenAI ChatGPT Litigation // Deposition Notices

Aaron,
Thank you for your email.  I asked if Plaintiffs have made any efforts to coordinate the recently noticed depositions with the plaintiffs in the SDNY actions, and if not, to please confirm that Plaintiffs will do so for these and future depositions.  Can you please respond?

As I said, OpenAI will provide its responses and objections to Plaintiffs' second amended Rule 30(b)(6) notice soon, but we will not be in position to provide them this week.  I note that Plaintiffs just served their second amended notice last week.

Given this, and the fact that Plaintiffs intend to serve, but have not yet served, their proposed deposition protocol, it seems sensible to wait until next week to meet and confer.  But if you'd like to meet and confer this week, please describe the specific issues you want to discuss.  Thanks.

**Bilal Malik**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1890
415 676 2204 direct | 415 391 5400 main

**From:** Aaron Cera <aCera@saverilawfirm.com>
**Sent:** Monday, December 9, 2024 8:03 PM
**To:** Bilal Malik <BMalik@keker.com>; JSLF ChatGPT Service List <JSLFSERVICE_CHATGPT@saverilawfirm.com>;
bclobes@caffertyclobes.com; asweatman@caffertyclobes.com; mrathur@caffertyclobes.com
**Cc:** KVP-OAI <KVPOAI@keker.com>; openaicopyrightlitigation.lwteam@lw.com>; OpenAICopyright
<OpenAICopyright@mofo.com>
**Subject:** Re: In re OpenAI ChatGPT Litigation // Deposition Notices

[EXTERNAL]

Bilal,

Thank you for your message.

Please let us know your availability on Thursday or Friday of this week to discuss Plaintiffs' 30(b)(1) and
30(b)(6) deposition notices. So the parties can have a productive discussion, please provide your
responses and objections to our 30(b)(6) notice in advance of the call.

Additionally, we plan to send you a proposed deposition protocol shortly, which we would like to
discuss with you early next week. To that end, please provide your availability for Monday or Tuesday
of next week.

Best,
Aaron


**Aaron Cera**
Associate

_____



601 California Street, Suite 1505
San Francisco, CA 94108
**T** 415.500.6800 x909
**F** 415.395.9940

**From:** Bilal Malik <BMalik@keker.com>
**Sent:** Monday, December 9, 2024 2:55 PM
**To:** Aaron Cera <aCera@saverilawfirm.com>; JSLF ChatGPT Service List
<JSLFSERVICE_CHATGPT@saverilawfirm.com>; bclobes@caffertyclobes.com <bclobes@caffertyclobes.com>;
asweatman@caffertyclobes.com <asweatman@caffertyclobes.com>;
mrathur@caffertyclobes.com <mrathur@caffertyclobes.com>
**Cc:** KVP-OAI <KVPOAI@keker.com>;
openaicopyrightlitigation.lwteam@lw.com <openaicopyrightlitigation.lwteam@lw.com>; OpenAICopyright
<OpenAICopyright@mofo.com>
**Subject:** RE: In re OpenAI ChatGPT Litigation // Deposition Notices

Counsel,

I write in response to the deposition notices that Plaintiffs recently sent seeking depositions of Henrique Ponde De Oliveira Pinto, Peter Welinder, Barret Zoph, and Alex Paino.

First, at the November 26 status conference, Judge Martínez-Olguín encouraged the parties to continue trying to coordinate depositions with the plaintiffs in the SDNY actions.  Have Plaintiffs made any efforts to coordinate these depositions with the plaintiffs in the SDNY actions?  If not, please confirm that Plaintiffs will do so for these and future depositions.

Second, Mr. Zoph is no longer employed by OpenAI.  Therefore, Plaintiffs' deposition notice for Mr. Zoph is not valid.

Third, it appears that Plaintiffs have selected the requested deponents because OpenAI identified them in its initial disclosures and in responses to certain interrogatories.  Based on OpenAI's ongoing investigation, OpenAI will be amending its initial disclosures and its responses to those interrogatories shortly.  In light of these forthcoming amendments, we do not believe that most of these depositions are necessary or appropriate at this time.

Fourth, the dates that Plaintiffs have noticed for these depositions are not workable.  We will follow up with proposed dates soon and look forward to continuing our discussions regarding coordinating these and any other depositions with the other cases.

Finally, OpenAI has also received Plaintiffs' second amended Rule 30(b)(6) deposition notice.  We will be serving responses and objections to that notice soon and will meet and confer with you about timing and scope.

Thanks,
Bilal

**Bilal Malik**

Keker, Van Nest & Peters LLP

633 Battery Street

San Francisco, CA 94111-1890

415 676 2204 direct | 415 391 5400 main

---

**From:** Aaron Cera <aCera@saverilawfirm.com>
**Sent:** Friday, November 29, 2024 1:09 PM
**To:** KVP-OAI <KVPOAI@keker.com>; openaicopyrightlitigation.lwteam@lw.com; OpenAICopyright <OpenAICopyright@mofo.com>
**Cc:** JSLF ChatGPT Service List <JSLFSERVICE_CHATGPT@saverilawfirm.com>; bclobes@caffertyclobes.com; asweatman@caffertyclobes.com; mrathur@caffertyclobes.com
**Subject:** In re OpenAI ChatGPT Litigation // Deposition Notices

[EXTERNAL]

---

Counsel,

In light of the hearing on November 26 and Plaintiffs' prior requests for deposition dates, please see the enclosed deposition notices:

1. Henrique Ponde De Oliveira Pinto

2. Peter Welinder
3. Barret Zoph
4. Alex Paino

Best,
Aaron

**Aaron Cera**
Associate

_____

JOSEPH SAVERI
L A W   F I R M

601 California Street, Suite 1505

San Francisco, CA 94108

**T** 415.500.6800 x909

**F** 415.395.9940