December 19, 2024

**Via ECF**

The Honorable Robert M. Illman
United States District Court for the Northern District of California
Eureka-McKinleyville Courthouse
3140 Boeing Ave.
McKinleyville, CA 95519

Re:  *In re OpenAI ChatGPT Litigation*; Master File No. 3:23-cv-3223-AMO: Joint Letter re ECF No. 204

Dear Judge Illman:

The parties write to notify the Court that the parties' Proposed Order regarding ECF No. 204, which the Court ordered the parties to submit, is forthcoming. The parties intend to review the December 17 hearing transcript before finalizing that proposed order, and they have not yet received the transcript.

Dated: December 19, 2024               JOSEPH SAVERI LAW FIRM, LLP

                              By:  /s/ *Christopher K.L. Young*

                                   Joseph R. Saveri (State Bar No. 130064)
                                   Christopher K.L. Young (State Bar No. 318371)
                                   JOSEPH SAVERI LAW FIRM, LLP
                                   601 California Street, Suite 1505
                                   San Francisco, CA 94108
                                   Telephone: (415) 500-6800
                                   Facsimile:  (415) 395-9940
                                   Email:     jsaveri@saverilawfirm.com
                                              cyoung@saverilawfirm.com

                                   *Counsel for Individual and Representative Plaintiffs and the Proposed Class*

Dated:  December 19, 2024              KEKER, VAN NEST & PETERS LLP

                              By:  /s/ *Christopher S. Sun*
                                   KEKER, VAN NEST & PETERS LLP
                                   CHRISTOPHER S. SUN (SBN 308945)
                                   rslaughter@keker.com
                                   633 Battery Street
                                   San Francisco, CA 94111-1809
                                   Telephone:    415 391 5400
                                   Facsimile:    415 397 7188

                                   *Attorneys for OpenAI Defendants*

2

**E-FILING ATTESTATION**

      I, Christopher K.L. Young, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above have concurred in this filing.

By:                                */s/ Christopher K.L. Young*
                                     Christopher K.L. Young