1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE OPENAI CHATGPT LITIGATION | Master File No. 3:23-CV-03223-AMO |
|---|---|
| This document relates to: | **[PROPOSED] STIPULATED ORDER RE: JOINT LETTER BRIEF, ECF 204** |
| Case No. 3:23-cv-03223-AMO<br>Case No. 3:23-cv-03416-AMO<br>Case No. 3:23-cv-04625-AMO | Judge: Hon. Robert M. Illman |

Pending before the Court is the Parties' Joint Discovery Letter Brief through which Plaintiffs request additional document custodians. (ECF No. 204.)

Having considered the brief and oral argument, IT IS HEREBY ORDERED THAT Plaintiffs' request is GRANTED in part as follows:

1. With respect to the individuals that are the subject of a similar motion in the *Authors Guild* Action (ECF No. 235),[1] Plaintiffs' request is GRANTED in part with respect to Ilya Sutskever. Defendants are ORDERED to cross produce, in this action, the Ilya Sutskever custodial production Defendants cross produce in the *Authors Guild* Action.

2. With respect to Plaintiffs' request for the addition of Shantanu Jain, Jong Wook Kim, Andrew Mayne, Cullen O'Keefe, and Qiming Yuan, Plaintiffs' request to add these individuals as custodians is TAKEN UNDER SUBMISSION. If Defendants ultimately designate these individuals as custodians in the *Authors Guild* Action, Plaintiffs' request is GRANTED and Defendants will, in a timely manner, designate those individuals as custodians in this action. Alternatively, if Defendants cross produce, from another action to the *Authors Guild* Action, a custodial production for any of these individuals, Plaintiffs' request is GRANTED in part and Defendants will, in a timely manner, cross produce that custodial production in this action, as well. Plaintiffs' request as to these custodians is otherwise DENIED;

3. Plaintiffs' request to add Jakub Pachocki as a custodian is GRANTED;

4. Plaintiffs' request to add Katie Mayer and Jeff Wu is GRANTED in part. Plaintiffs may choose one of these two individuals to designate as a custodian. Plaintiffs' request as to these custodians is otherwise DENIED;

5. Following Plaintiffs' request, and the parties' subsequent agreement, Suchir Balaji is added as a custodian and Plaintiffs' request as to Mr. Balaji is DENIED as moot; and

6. Plaintiffs' request to add Wojciech Zaremba as a custodian is DENIED.

In addition, Plaintiffs are hereby ORDERED to limit any future disputes regarding additional

---

[1] "*Authors Guild* Action" refers to the action entitled *Authors Guild, et al. v. OpenAI, Inc. et al.*, Case No. 23-CV-8292 (S.D.N.Y.).

custodians to requests based on evidence produced to Plaintiffs on or after November 25, 2024. Any future request for additional custodians will be granted only upon a showing of new and relevant information as to why granting the request is appropriate.

Dated:_____

                                                            Honorable Robert M. Illman
                                                            United States Magistrate Judge

**IT IS SO STIPULATED**, through Counsel of Record.

Dated: 12/23/2024

*/s/ Joseph R. Saveri*
Counsel for Plaintiffs

Dated: 12/23/2024

*/s/ Christopher S. Sun*
Counsel for Defendants

**IT IS SO ORDERED.**

Dated:_____

_____
Honorable Robert M. Illman
United States Magistrate Judge

**E-FILING ATTESTATION**

I, Joseph R. Saveri, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above have concurred in this filing.

By:     /s/ Joseph R. Saveri
        Joseph R. Saveri