JAMES N. KRAMER (SBN 154709)
jkramer@orrick.com
M. TODD SCOTT (SBN 226885)
tscott@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: +1 415 773 5700
Facsimile: +1 415 773 5759

CATHERINE MALONE (SBN 325283)
cmalone@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
2050 Main Street, Suite 1100
Irvine, CA 92614-8255
Telephone: +1 949 567 6700
Facsimile: +1 949 567 6710

Attorneys for Non-Party
Benjamin J. Mann

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPENAI CHATGPT LITIGATION | Case No. 3:23-cv-03223-AMO<br><br>**DECLARATION OF BENJAMIN J. MANN IN SUPPORT OF MOTION TO QUASH PLAINTIFFS' THIRD-PARTY DEPOSITION SUBPOENA OR, IN THE ALTERNATIVE, FOR A PROTECTIVE ORDER**<br><br>Hearing<br>Date: February 27, 2025<br>Time: 2:00 p.m.<br>Ctrm: 10, 19th Floor<br>Judge: Hon. Araceli Martinez-Olguin |

I, Benjamin J. Mann, declare as follows:

1. I make this Declaration in support of Non-Party Benjamin J. Mann's Motion to Quash Plaintiffs' Third-Party Deposition Subpoena. I have personal knowledge of the facts set forth here and, if called to testify, could and would testify competently thereto.

2. I briefly worked at OpenAI as an infrastructure engineer from March 2017 until May 2017, following a trial work period starting in January 2017.

3. I returned to OpenAI as a data engineer in July 2019. I remained in that role until December 2020.

4. Before I left OpenAI in December 2020, I transitioned all of my work to members of my former team. My transition included multiple meetings during which I shared everything I knew about my work with my former team. I also created and shared a transition memo with my OpenAI colleagues to document my knowledge. I did not retain any OpenAI documents, files, or code.

5. Members of my former team at OpenAI, who share my same knowledge of OpenAI's activities during that period, are still working at OpenAI, including Nick Ryder, Greg Brockman, Shantanu Jain, Alex Paino, Chris Hallacy, and Nik Tezak, among others.

6. After I left OpenAI, I co-founded Anthropic PBC ("Anthropic"). Anthropic is an AI research and safety company and a key competitor of OpenAI.

7. I am a full time employee at Anthropic managing a rapidly growing team.

8. I have a 7-month-old infant and a 2-year-old toddler at home.

9. A close family member recently received a concerning medical diagnosis with a prognosis on the order of months, not years.

10. Taking time to prepare for and sit for a deposition would impose a significant burden on me both professionally and personally.

11. I produced one document in response to Plaintiffs' document subpoena in this action. That document is a photo of a whiteboard with notes from my time at OpenAI.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct to the best of my knowledge and belief.

Executed in San Francisco, California on January 14, 2025.

*Benjamin J. Mann*
BENJAMIN J. MANN