JAMES N. KRAMER (SBN 154709)
jkramer@orrick.com
M. TODD SCOTT (SBN 226885)
tscott@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:     +1 415 773 5700
Facsimile:     +1 415 773 5759

CATHERINE MALONE (SBN 325283)
cmalone@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
2050 Main Street, Suite 1100
Irvine, CA 92614-8255
Telephone:     +1 949 567 6700
Facsimile:     +1 949 567 6710

Attorneys for Non-Party
Benjamin J. Mann

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPENAI CHATGPT LITIGATION | Case No. 3:23-cv-03223-AMO<br><br>**[PROPOSED] ORDER GRANTING MOTION TO QUASH PLAINTIFFS' THIRD-PARTY DEPOSITION SUBPOENA OR, IN THE ALTERNATIVE, FOR A PROTECIVE ORDER**<br><br>Hearing<br>Date:  February 27, 2025<br>Time:  2:00 p.m.<br>Ctrm:  10, 19th Floor<br>Judge: Hon. Araceli Martinez-Olguin |

On January 14, 2025, Non-Party Benjamin J. Mann filed a Motion to Quash Plaintiffs' Deposition Subpoena or, in the Alternative, for a Protective Order (the "Motion to Quash"). Having considered the briefing, the pleadings on file, oral argument from counsel, and good cause appearing, the Court hereby orders as follows:

The Court GRANTS the Motion to Quash and ORDERS that the deposition subpoena issued to Non-Party Benjamin J. Mann dated December 12, 2024 is HEREBY QUASHED.

Dated: January ___, 2025

                                              Hon. Araceli Martinez-Olguin
                                              UNITED STATES DISTRICT JUDGE