[Counsel on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPENAI CHATGPT LITIGATION<br><br>This document relates to:<br><br>Case No. 3:23-cv-03223-AMO<br>Case No. 4:23-cv-03416-AMO<br>Case No. 4:23-cv-04625-AMO | Master File No. 3:23-cv-03223-AMO<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF TIME TO PROVIDE HIT REPORTS** |

1  Pursuant to Northern District of California Local Rule 6-2 and 7-12, the parties in the
2  above-captioned action hereby stipulate and agree as follows:
3  WHEREAS, on December 20, 2024, the Court issued an Order (ECF No. 240) regarding
4  the Parties' Joint Discovery Brief at ECF No. 212.
5  WHEREAS, pursuant to paragraph 4(b) of the Court's December 20, 2024 Order, the
6  deadline for Plaintiffs to provide hit counts for the mutually agreeable search terms proposed by
7  OpenAI is January 7, 2025 and the deadline to meet and confer and bring any remaining disputes
8  related to the Joint Discovery Brief at ECF No. 212 is January 14, 2025.
9  WHEREAS, the Parties met and conferred regarding running mutually agreed upon
10 search terms on January 3, 2025, and Plaintiffs provided their agreed upon search terms and
11 counter proposals to OpenAI on January 6, 2025.
12 WHEREAS, Plaintiffs' counsel provided OpenAI with hit-count reports pursuant to the
13 December 20, 2024 Order for four of the twelve Plaintiffs by January 7, 2025 (Plaintiffs Sarah
14 Silverman, Richard Kadrey, Paul Tremblay, and Christopher Golden).
15 WHEREAS, Plaintiffs' counsel supplemented the hit-report provided for Plaintiff
16 Tremblay on January 8, 2025 by adding agreed search terms and hit counts that were omitted
17 from the version sent to OpenAI on January 7, 2025.
18 WHEREAS, the remaining eight Plaintiffs have represented that their ESI vendor
19 encountered technical issues in running the search terms and interruptions to their operations
20 due to the current wildfire emergencies in California.
21 WHEREAS, Plaintiffs have represented that their Counsel and their ESI vendor are
22 actively engaged in the process of running the mutually agreeable search terms proposed by
23 OpenAI, but require a five-day extension to provide the hit counts. Plaintiffs will provide the
24 balance of their hit reports to OpenAI as soon as they become available.
25 NOW, THEREFORE, the parties, through their undersigned counsel, hereby stipulate
26 and agree that, subject to the approval of the Court:
27
28

1.  Plaintiffs are to provide the hit counts to counsel for OpenAI pursuant to the December 20, 2024 Order as they become available and by no later than January 14, 2025;
2.  By entering into this stipulation, the parties do not waive their right to address any substantive issues related to the timing and provision of search terms and hit counts, including the right to raise such issues in any brief submitted to the Court pursuant to the Court's Order at ECF No. 240.

IT IS SO STIPULATED

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

_____
Honorable Robert M. Illman
United States District Judge

| | |
|---|---|
| DATED: January 15, 2025 | Respectfully submitted,<br><br>By: /s/ *Joseph R. Saveri*<br>**JOSEPH SAVERI LAW FIRM, LLP**<br>Joseph R. Saveri<br>(SBN 130064130064)<br>jsaveri@saverilawfirm.com<br>Cadio Zirpoli<br>(SBN 179108179108)<br>czirpoli@saverilawfirm.com<br>Christopher K.L. Young (SBN 318371)<br>cyoung@saverilawfirm.com<br>Holden Benon (SBN 325847)<br>hbenon@saverilawfirm.com<br>Aaron Cera (SBN 351163)<br>acera@saverilawfirm.com<br>601 California Street, Suite 1505<br>San Francisco, CA 94108<br>Telephone: 415 500 6800<br>Facsimile: 415 395 9940<br><br>Matthew Butterick (SBN 250953)<br>mb@butterricklaw.com<br>1920 Hillhurst Avenue, #406<br>Los Angeles, CA 90027<br>Telephone: 323.968.2632<br>Facsimile: 415.395.9940<br><br>/s/ *Bryan L. Clobes*<br>Bryan L. Clobes (*pro hac vice*)<br>Alexander J. Sweatman (*pro hac vice*)<br>Mohammed A. Rathur (*pro hac vice*)<br>**CAFFERTY CLOBES MERIWETHER<br>& SPRENGEL LLP**<br>135 South LaSalle Street, Suite 3210<br>Chicago, IL 60603<br>Tel: 312-782-4880<br>bclobes@caffertyclobes.com<br>asweatman@caffertyclobes.com<br>mrathur@caffertyclobes.com<br><br>*Counsel for Individual and Representative Plaintiffs and the Proposed Class* |

| | | |
|---|---|---|
| 1 | DATED: January 15, 2025 | By: /s/ *John R. Lanham* |
| | | **MORRISON & FOERSTER LLP** |
| 2 | | Joseph Charles Gratz (SBN 240676) |
| | | *jgratz@mofo.com* |
| 3 | | Tiffany Cheung (SBN 211497) |
| | | *tcheung@mofo.com* |
| 4 | | Vera Ranieri (SBN 271594) |
| | | *vranieri@mofo.com* |
| 5 | | Melody Ellen Wong (SBN 341494) |
| | | *melodywong@mofo.com* |
| 6 | | 425 Market Street |
| 7 | | San Francisco, CA 94105 |
| | | Telephone: 415.258.7522 |
| 8 | | |
| | | Rose S. Lee (SBN 294658) |
| 9 | | *roselee@mofo.com* |
| 10 | | Alexandra Marie Ward (SBN 318042) |
| | | *alexandraward@mofo.com* |
| 11 | | Joyce C. Li (SBN 323820) |
| | | *joyceli@mofo.com* |
| 12 | | 707 Wilshire Boulevard, Suite 6000 |
| | | Los Angeles, CA 90017-3543 |
| 13 | | Telephone: 213.892.5454 |
| 14 | | |
| | | Eric Nikolaides (*pro hac vice*) |
| 15 | | *enikolaides@mofo.com* |
| | | 250 W. 55th St |
| 16 | | New York, NY 10019 |
| 17 | | Telephone: 212-336-4061 |
| 18 | | Max I. Levy |
| | | *mlevy@mofo.com* |
| 19 | | 755 Page Mill Road |
| | | Palo Alto, CA 94304 |
| 20 | | Telephone: 650.813.5600 |
| 21 | | |
| | | John R. Lanham (SBN 289382) |
| 22 | | *jlanham@mofo.com* |
| | | 12531 High Bluff Dr. |
| 23 | | San Diego, CA 92130 |
| | | Telephone: 858.314.7601 |
| 24 | | |
| 25 | | Carolyn Myrle Homer |
| | | *cmhomer@mofo.com* |
| 26 | | 2100 L Street, NW |
| | | Suite 900 |
| 27 | | Washington, DC 20037 |
| | | 202-650-4597 |
| 28 | | |

3:23-cv-03223-AMO

JOINT STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF TIME TO PROVIDE HIT REPORTS

| | |
|---|---|
| 1 | By: /s/ *Elana Nightingale Dawson* |
| 2 | **LATHAM & WATKINS LLP** |
|   | Andrew M. Gass (SBN 259694) |
| 3 |   andrew.gass@lw.com |
|   | Joseph R. Wetzel (SBN 238008) |
| 4 |   joseph.wetzel@lw.com |
|   | 505 Montgomery Street, Suite 2000 |
| 5 | San Francisco, CA 94111 |
| 6 | Telephone: 415.391.0600 |
| 7 | Sarang V. Damle (*pro hac vice*) |
|   |   sy.damle@lw.com |
| 8 | Elana Nightingale Dawson (*pro hac vice*) |
|   |   elana.nightingaledawson@lw.com |
| 9 | Michael A. David (*pro hac vice*) |
| 10 |   michael.david@lw.com |
|   | 555 Eleventh Street, NW, Suite 1000 |
| 11 | Washington, D.C. 20004 |
|   | Telephone: 202.637.2200 |
| 12 | |
| 13 | Allison L. Stillman (*pro hac vice*) |
|   |   alli.stillman@lw.com |
| 14 | Rachel R. Blitzer (*pro hac vice*) |
|   |   rachel.blitzer@lw.com |
| 15 | Herman H. Yue (*pro hac vice*) |
| 16 |   herman.yue@lw.com |
|   | 1271 Avenue of the Americas |
| 17 | New York, NY 10020 |
|   | Telephone: 212.751.4864 |
| 18 | |
| 19 | By: /s/ *Katie Lynn Joyce* |
|   | **KEKER, VAN NEST & PETERS LLP** |
| 20 | Robert A. Van Nest (SBN 84065) |
|   |   rvannest@keker.com |
| 21 | R. James Slaughter (SBN 192813) |
|   |   rslaughter@keker.com |
| 22 | Paven Malhotra (SBN 258429) |
|   |   pmalhotra@keker.com |
| 23 | Michelle Ybarra (SBN 260697) |
| 24 |   mybarra@keker.com |
|   | Nicholas S. Goldberg (SBN 273614) |
| 25 |   ngoldberg@keker.com |
|   | Thomas E. Gorman (SBN 279409) |
| 26 |   tgorman@keker.com |
|   | Katie Lynn Joyce (SBN 308263) |
| 27 |   kjoyce@keker.com |
| 28 | Christopher C. Sun (SBN 308945) |

3:23-cv-03223-AMO
JOINT STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF TIME TO PROVIDE HIT REPORTS

1
2
3

*csun@keker.com*
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415.391.5400
Facsimile: 415.397.7188

4
5
6

*Counsel for OpenAI, Inc.; OpenAI, L.P.; OpenAI GP,L.L.C.; OpenAI OpCo, LLC; OpenAI Startup Fund GPI, L.L.C.; OpenAI Startup Fund I, L.P.; and OpenAI Startup Fund Management, LLC*

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I hereby attest that I obtained concurrence in the filing of this document from each of the other signatories. I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 15, 2025

/s/    Bryan L. Clobes

*One of the Attorneys for Plaintiffs*