[Counsel on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPENAI CHATGPT LITIGATION<br><br>This document relates to:<br><br>Case No. 3:23-cv-03223-AMO<br>Case No. 4:23-cv-03416-AMO<br>Case No. 4:23-cv-04625-AMO | Master File No. 3:23-cv-03223-AMO<br><br>**DECLARATION OF BRYAN L. CLOBES IN SUPPORT OF JOINT STIPULATION RE EXTENSION OF TIME TO PROVIDE HIT REPORTS** |

3:23-cv-03223-AMO
DECLARATION OF BRYAN L. CLOBES IN SUPPORT OF JOINT STIPULATION RE EXTENSION OF TIME TO PROVIDE HIT REPORTS

[Counsel on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPENAI CHATGPT LITIGATION<br><br>This document relates to:<br><br>Case No. 3:23-cv-03223-AMO<br>Case No. 4:23-cv-03416-AMO<br>Case No. 4:23-cv-04625-AMO | Master File No. 3:23-cv-03223-AMO<br><br>**DECLARATION OF BRYAN L. CLOBES IN SUPPORT OF JOINT STIPULATION RE EXTENSION OF TIME TO PROVIDE HIT REPORTS** |

3:23-cv-03223-AMO
DECLARATION OF BRYAN L. CLOBES IN SUPPORT OF JOINT STIPULATION RE EXTENSION OF TIME TO PROVIDE HIT REPORTS

I, Bryan L. Clobes, declare as follows:

1. I am a partner at Cafferty Clobes Meriwether & Sprengel LLP and counsel of record for Plaintiffs Ta-Nehisi Coates, Junot Diaz, Andrew Sean Greer, David Henry Hwang, Matthew Klam, Rachel Louise Snyder, Laura Lippman, and Jacqueline Woodson.

2. I am admitted *pro hac vice* to the United States Northern District of California.

3. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently thereto.

**The reasons for the requested enlargement of time:**

4. Pursuant to paragraph 4(b) of the Court's December 20, 2024 Order, the deadline for Plaintiffs to provide hit counts for the mutually agreeable search terms proposed by OpenAI is January 7, 2025.

5. Plaintiffs' ESI vendor is actively engaged in running the mutually agreeable search terms proposed by OpenAI but require a five-day extension because of technical issues. Further, Plaintiffs ESI vendor is located in California and is experiencing interruptions to its operations because of the current wildfire emergencies.

6. Accordingly, the parties agree and stipulate that the deadline for Plaintiffs Coates, Diaz, Greer, Hwang, Klam, Lippman, Snyder, and Woodson to provide their hit counts pursuant to the December 20, 2024 Order should be extended from January 7, 2025 to January 14, 2025.

**All previous time modifications in the case, whether by stipulation or Court order:**

7. On July 28, 2023, the Court granted the Parties' stipulation to extend (1) the deadline to conduct a Rule 26(f) conference to a mutually agreeable date and time no later than September 15, 2023; (2) the deadline for Defendants to respond to any operative complaint in the Tremblay and *Silverman* actions to August 28, 2023; (3) the deadline for Plaintiffs to file an opposition to any such response to September 27, 2023; and (4) the deadline for OpenAI to file a reply in support of such a response to October 11, 2023. ECF No. 27 at 3–4.

8. On October 31, 2023, the Court granted the Parties' stipulation to reset a status conference previously set for October 31, 2023, to November 8, 2023. ECF No. 65 at 3.

9. On October 31, 2023, the Court granted the Parties' stipulation to reset a status conference previously set for October 31, 2023, to November 8, 2023. ECF No. 65 at 3.

10. On January 23, 2024, the Court granted the Parties' stipulation to extend OpenAI's deadline to respond to Plaintiffs' Motion for Appointment of Interim Lead Counsel to January 29, 2024. ECF No. 93 at 2.

11. On February 16, 2024, the Court granted the parties' Stipulation and Proposed Order Consolidating Cases, which, inter alia, stayed the Chabon Action pending consolidation, such that Defendants were not required to respond to the Chabon Complaint until Plaintiffs filed a consolidated complaint. ECF No. 107 at 4.

12. On March 14, 2024, the Court continued the hearing on Plaintiffs' Motion for Appointment of Interim Lead Class Counsel from April 4, 2024, to May 2, 2024. ECF No. 121.

13. On August 12, 2024, the parties filed a stipulation to extend Defendants' deadline to answer Plaintiffs' First Consolidated Amended Complaint from August 13, 2024, to August 27, 2024, pursuant to Local Civil Rule 6-1(a). ECF No. 168.

14. On August 16, 2024, the parties jointly submitted a stipulation seeking to extend the case deadlines by 90 days (ECF No. 172), which the Court granted on August 19, 2024 (ECF No. 173).

15. On November 8, 2024, the parties submitted a joint stipulation seeking to extend the case deadlines by six months (ECF No. 198), which the Court granted as modified on November 26, 2024 (ECF No. 209).

**The effect the requested time modification would have on the schedule for the case:**

16. The requested modification would have no effect on the case schedule.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: January 15, 2025                                    /s/ Bryan L. Clobes
                                                           Bryan L. Clobes

3:23-cv-03223-AMO
DECLARATION OF BRYAN L. CLOBES IN SUPPORT OF JOINT STIPULATION RE EXTENSION OF TIME TO PROVIDE HIT REPORTS