[Counsel on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPENAI CHATGPT LITIGATION | Master File No. 3:23-cv-03223-AMO |
| This document relates to: | **JOINT STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF TIME TO PROVIDE HIT REPORTS** |
| Case No. 3:23-cv-03223-AMO<br>Case No. 4:23-cv-03416-AMO<br>Case No. 4:23-cv-04625-AMO | |

Pursuant to Northern District of California Local Rule 6-2 and 7-12, the parties in the above-captioned action hereby stipulate and agree as follows:

WHEREAS, on December 20, 2024, the Court issued an Order (ECF No. 240) regarding the Parties' Joint Discovery Brief at ECF No. 212.

WHEREAS, pursuant to paragraph 4(b) of the Court's December 20, 2024 Order, the deadline for Plaintiffs to provide hit counts for the mutually agreeable search terms proposed by OpenAI is January 7, 2025 and the deadline to meet and confer and bring any remaining disputes related to the Joint Discovery Brief at ECF No. 212 is January 14, 2025.

WHEREAS, the Parties met and conferred regarding running mutually agreed upon search terms on January 3, 2025, and Plaintiffs provided their agreed upon search terms and counter proposals to OpenAI on January 6, 2025.

WHEREAS, Plaintiffs' counsel provided OpenAI with hit-count reports pursuant to the December 20, 2024 Order for four of the twelve Plaintiffs by January 7, 2025 (Plaintiffs Sarah Silverman, Richard Kadrey, Paul Tremblay, and Christopher Golden).

WHEREAS, Plaintiffs' counsel supplemented the hit-report provided for Plaintiff Tremblay on January 8, 2025 by adding agreed search terms and hit counts that were omitted from the version sent to OpenAI on January 7, 2025.

WHEREAS, the remaining eight Plaintiffs have represented that their ESI vendor encountered technical issues in running the search terms and interruptions to their operations due to the current wildfire emergencies in California.

WHEREAS, Plaintiffs have represented that their Counsel and their ESI vendor are actively engaged in the process of running the mutually agreeable search terms proposed by OpenAI, but require a five-day extension to provide the hit counts. Plaintiffs will provide the balance of their hit reports to OpenAI as soon as they become available.

NOW, THEREFORE, the parties, through their undersigned counsel, hereby stipulate and agree that, subject to the approval of the Court:

1    1.  Plaintiffs are to provide the hit counts to counsel for OpenAI pursuant to the

2        December 20, 2024 Order as they become available and by no later than January 14,

3        2025;

4    2.  By entering into this stipulation, the parties do not waive their right to address any

5        substantive issues related to the timing and provision of search terms and hit counts,

6        including the right to raise such issues in any brief submitted to the Court pursuant

7        to the Court's Order at ECF No. 240.

8    IT IS SO STIPULATED

9

10   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

11

12   Dated:  January 15, 2025                    _____

13                                               Honorable Robert M. Illman
                                                 United States Magistrate Judge

1

2   DATED: January 15, 2025                    Respectfully submitted,

3                                              By: /s/ *Joseph R. Saveri*

4                                              **JOSEPH SAVERI LAW FIRM, LLP**
                                               Joseph R. Saveri
5                                              (SBN 130064130064)
                                               jsaveri@saverilawfirm.com
6                                              Cadio Zirpoli
                                               (SBN 179108179108)
7                                              czirpoli@saverilawfirm.com
                                               Christopher K.L. Young (SBN 318371)
8                                              cyoung@saverilawfirm.com
                                               Holden Benon (SBN 325847)
9                                              hbenon@saverilawfirm.com
                                               Aaron Cera (SBN 351163)
10                                             acera@saverilawfirm.com
                                               601 California Street, Suite 1505
11                                             San Francisco, CA 94108
                                               Telephone: 415 500 6800
12                                             Facsimile: 415 395 9940

13

14                                             Matthew Butterick (SBN 250953)
                                               mb@butericklaw.com
15                                             1920 Hillhurst Avenue, #406
                                               Los Angeles, CA 90027
16                                             Telephone: 323.968.2632
                                               Facsimile: 415.395.9940
17

18                                             /s/ *Bryan L. Clobes*
                                               Bryan L. Clobes (*pro hac vice*)
19                                             Alexander J. Sweatman (*pro hac vice*)
                                               Mohammed A. Rathur (*pro hac vice*)
20                                             **CAFFERTY CLOBES MERIWETHER**
                                               **& SPRENGEL LLP**
21                                             135 South LaSalle Street, Suite 3210
                                               Chicago, IL 60603
22                                             Tel: 312-782-4880
                                               bclobes@caffertyclobes.com
23                                             asweatman@caffertyclobes.com
                                               mrathur@caffertyclobes.com
24

25                                             *Counsel for Individual and Representative*
                                               *Plaintiffs and the Proposed Class*
26

27

28

DATED: January 15, 2025

By: /s/ *John R. Lanham*

**MORRISON & FOERSTER LLP**
Joseph Charles Gratz (SBN 240676)
 *jgratz@mofo.com*
Tiffany Cheung (SBN 211497)
 *tcheung@mofo.com*
Vera Ranieri (SBN 271594)
 *vranieri@mofo.com*
Melody Ellen Wong (SBN 341494)
 *melodywong@mofo.com*
425 Market Street
San Francisco, CA 94105
Telephone: 415.258.7522

Rose S. Lee (SBN 294658)
 *roselee@mofo.com*
Alexandra Marie Ward (SBN 318042)
 *alexandraward@mofo.com*
Joyce C. Li (SBN 323820)
 *joyceli@mofo.com*
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017-3543
Telephone: 213.892.5454

Eric Nikolaides (*pro hac vice*)
 *enikolaides@mofo.com*
250 W. 55th St
New York, NY 10019
Telephone: 212-336-4061

Max I. Levy
 *mlevy@mofo.com*
755 Page Mill Road
Palo Alto, CA 94304
Telephone: 650.813.5600

John R. Lanham (SBN 289382)
 *jlanham@mofo.com*
12531 High Bluff Dr.
San Diego, CA 92130
Telephone: 858.314.7601

Carolyn Myrle Homer
 *cmhomer@mofo.com*
2100 L Street, NW
Suite 900
Washington, DC 20037
202-650-4597

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

By: /s/ *Elana Nightingale Dawson*
**LATHAM & WATKINS LLP**
Andrew M. Gass (SBN 259694)
 *andrew.gass@lw.com*
Joseph R. Wetzel (SBN 238008)
 *joseph.wetzel@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: 415.391.0600

Sarang V. Damle (*pro hac vice*)
 *sy.damle@lw.com*
Elana Nightingale Dawson (*pro hac vice*)
 *elana.nightingaledawson@lw.com*
Michael A. David (*pro hac vice*)
 *michael.david@lw.com*
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: 202.637.2200

Allison L. Stillman (*pro hac vice*)
 *alli.stillman@lw.com*
Rachel R. Blitzer (*pro hac vice*)
 *rachel.blitzer@lw.com*
Herman H. Yue (*pro hac vice*)
 *herman.yue@lw.com*
1271 Avenue of the Americas
New York, NY 10020
Telephone: 212.751.4864

By: /s/ *Katie Lynn Joyce*
**KEKER, VAN NEST & PETERS LLP**
Robert A. Van Nest (SBN 84065)
 *rvannest@keker.com*
R. James Slaughter (SBN 192813)
 *rslaughter@keker.com*
Paven Malhotra (SBN 258429)
 *pmalhotra@keker.com*
Michelle Ybarra (SBN 260697)
 *mybarra@keker.com*
Nicholas S. Goldberg (SBN 273614)
 *ngoldberg@keker.com*
Thomas E. Gorman (SBN 279409)
 *tgorman@keker.com*
Katie Lynn Joyce (SBN 308263)
 *kjoyce@keker.com*
Christopher C. Sun (SBN 308945)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*csun@keker.com*
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415.391.5400
Facsimile: 415.397.7188

*Counsel for OpenAI, Inc.; OpenAI, L.P.; OpenAI GP,L.L.C.; OpenAI OpCo, LLC; OpenAI Startup Fund GPI, L.L.C.; OpenAI Startup Fund I, L.P.; and OpenAI Startup Fund Management, LLC*

1    **ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

2          I hereby attest that I obtained concurrence in the filing of this document from each of the

3    other signatories.  I declare under penalty of perjury that the foregoing is true and correct.

4

5    Dated: January 15, 2025

6                                                            /s/     *Bryan L. Clobes*

7                                                            *One of the Attorneys for Plaintiffs*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28