*[Counsel on signature page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPENAI CHATGPT LITIGATION<br><br>This document relates to:<br><br>Case No. 3:23-cv-03223-AMO<br>Case No. 4:23-cv-03416-AMO<br>Case No. 4:23-cv-04625-AMO | Master File No. 3:23-cv-03223-AMO<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |


Pursuant to Civil Local Rules 7-11 and 79-5(f) and the Protective Order entered by this Court, Plaintiffs respectfully submit this Administrative Motion to Consider Whether Another Party's Material Should Be Sealed in connection with the Joint Discovery Dispute Letter attached hereto. Specifically, the document subject to this Administrative Motion includes the following:

| Document | Portions of Document to be Sealed | Party Claiming Confidentiality |
| --- | --- | --- |
| Joint Discovery Dispute Letter | Highlighted portions on Pages 1–5 | OpenAI, Inc. |

In compliance with its Protective Order obligations and the Civil Local Rules of this District, Plaintiffs are submitting under seal, along with this Administration Motion, an unredacted copy of the document referenced in the table above pursuant to Civil Local Rule 79-5(d). Plaintiffs understand that OpenAI, Inc., as the Designating Party, will submit a declaration under Civil Local Rule 79-5(f)(3) stating the applicable legal standard and the reasons for keeping the identified material under seal.

Plaintiffs' position is that not a single statement that OpenAI is requiring them to file under seal remotely meets the sealing standard. *See* Order, *Kadrey v. Meta Platforms, Inc.*, No. 23-cv-03417, Jan. 8, 2025, ECF No. 373. (Chhabria, J.) ("Meta's request is preposterous … It is clear that Meta's sealing request is not designed to protect against the disclosure of sensitive business information that competitors could use to their advantage.").

Dated: January 17, 2025            By:   _/s/ Joshua M. Stein_
                                               Joshua M. Stein

**BOIES SCHILLER FLEXNER LLP**
David Boies (*pro hac vice*)
333 Main Street
Armonk, NY 10504
(914) 749-8200

Master File No. 3:23-cv-03223-AMO                                 1
PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED

dboies@bsfllp.com

Maxwell V. Pritt (SBN 253155)
Joshua M. Stein (SBN 298856)
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
(415) 293-6800
mpritt@bsfllp.com
jstein@bsfllp.com

Jesse Panuccio (*pro hac vice*)
1401 New York Ave, NW
Washington, DC 20005
(202) 237-2727
jpanuccio@bsfllp.com

Evan M. Ezray (*pro hac vice*)
401 East Las Olas Blvd. Suite 1200
Fort Lauderdale, FL, 33301
(954) 377-4237
eezray@bsfllp.com

**JOSEPH SAVERI LAW FIRM, LLP**
Joseph R. Saveri (SBN 130064)
jsaveri@saverilawfirm.com
Cadio Zirpoli (SBN 179108)
czirpoli@saverilawfirm.com
Christopher K.L. Young (SBN 318371)
cyoung@saverilawfirm.com
Holden Benon (SBN 325847)
hbenon@saverilawfirm.com
Aaron Cera (SBN 351163)
acera@saverilawfirm.com
601 California Street, Suite 1505
San Francisco, CA 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940

Matthew Butterick (SBN 250953)
mb@butterricklaw.com
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone: (323) 968-2632
Facsimile: (415) 395-9940

**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**

Master File No. 3:23-cv-03223-AMO

2

PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED

Bryan L. Clobes (*pro hac vice*)
Alexander J. Sweatman (*pro hac vice*)
Mohammed A. Rathur (*pro hac vice*)
135 South LaSalle Street, Suite 3210
Chicago, IL 60603
Tel: (312) 782-4880
bclobes@caffertyclobes.com
asweatman@caffertyclobes.com
mrathur@caffertyclobes.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*

Master File No. 3:23-cv-03223-AMO

3

PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED