Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Holden Benon (State Bar No. 325847)
Aaron Cera (State Bar No. 351163)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, CA 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email: jsaveri@saverilawfirm.com
czirpoli@saverilawfirm.com
cyoung@saverilawfirm.com
hbenon@saverilawfirm.com
acera@saverilawfirm.com

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone: (323) 968-2632
Facsimile: (415) 395-9940
Email: mb@buttericklaw.com

Bryan L. Clobes (*pro hac vice*)
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
205 N. Monroe Street
Media, PA 19063
Telephone: (215) 864-2800
Email: bclobes@caffertyclobes.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

IN RE OPENAI CHATGPT LITIGATION

This document relates to:

Case No. 3:23-cv-03223-AMO
Case No. 3:23-cv-03416-AMO

Master File No. 3:23-cv-03223-AMO

**CERTIFICATE OF SERVICE**

# CERTIFICATE OF SERVICE

I, the undersigned, am employed by the Joseph Saveri Law Firm, LLP. My business address is 601 California Street, Suite 1505, San Francisco, California 94108. I am over the age of eighteen and not a party to this action.

On January 22, 2025, I caused the following documents to be served by email upon the parties listed on the attached Service List:

- **PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**
- **[PROPOSED] ORDER REGARDING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**
- **PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO QUASH PLAINTIFFS' THIRD-PARTY DEPOSITION SUBPOENA OR, IN THE ALTERNATIVE, FOR A PROTECTIVE ORDER**

I declare under penalty of perjury that the foregoing is true and correct. Executed January 22, 2025, at San Francisco, California.

By: ______________________
Joshua Ram

**SERVICE LIST**

Joseph Charles Gratz
Joyce C. Li
Melody Ellen Wong
Tiffany Cheung
Vera Ranieri
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, CA 94105
Email: jgratz@mofo.com
joyceli@mofo.com
melodywong@mofo.com
tcheung@mofo.com
VRanieri@mofo.com

Alexandra Marie Ward
Rose S. Lee
**MORRISON & FOERSTER LLP**
707 Wilshire Blvd., Suite 6000
Los Angeles, CA 90017
Email: alexandraward@mofo.com
roselee@mofo.com

Eric Nikolaides
**MORRISON & FOERSTER LLP**
250 W. 55th St
New York, NY 10019
Email: enikolaides@mofo.com

Max I. Levy
**MORRISON & FOERSTER LLP**
755 Page Mill Road
Palo Alto, CA 94304-1018
Email: mlevy@mofo.com

OpenAICopyright@mofo.com

James N. Kramer
Todd M. Scott
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
405 Howard Street
San Francisco, CA 94105
Email: jkramer@orrick.com
tscott@orrick.com

Andrew Michael Gass
Joseph Richard Wetzel
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Email: andrew.gass@lw.com
joseph.wetzel@lw.com

Allison L. Stillman
Rachel R. Blitzer
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Email: alli.stillman@lw.com
rachel.blitzer@lw.com

Sarang Damle
Elana Nightingale Dawson
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1505
Washington, DC 20004
Email: sy.damle@lw.com
elana.nightingaledawson@lw.com

openaicopyrightlitigation.lwteam@lw.com

[continued on next page]

Paven Malhotra
Robert Addy Van Nest
Christopher Steven Sun
Katie Lynn Joyce
Michelle Sabrina Ybarra
Nicholas Samuel Goldberg
R. James Slaughter
Thomas Edward Gorman
**KEKER VAN NEST & PETERS**
633 Battery St.
San Francisco, CA 94111
Email: pmalhotra@keker.com
rvannest@keker.com
csun@keker.com
kjoyce@keker.com
mybarra@keker.com
ngoldberg@keker.com
rslaughter@keker.com
tgorman@keker.com

KVPOAI@keker.com

*Counsel for Defendants OpenAI, Inc., a Delaware nonprofit corporation; OpenAI, L.P., a Delaware limited partnership; OpenAI OpCo, L.L.C., a Delaware limited liability corporation; OpenAI GP, L.L.C., a Delaware limited liability company; OpenAI Startup Fund GP I, L.L.C., a Delaware limited liability company; OpenAI Startup Fund I, L.P., a Delaware limited partnership; OpenAI Startup Fund Management, LLC, a Delaware limited liability company*