Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Holden Benon (State Bar No. 325847)
Aaron Cera (State Bar No. 351163)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, CA 94108
Telephone:     (415) 500-6800
Facsimile:      (415) 395-9940
Email:           jsaveri@saverilawfirm.com
                     czirpoli@saverilawfirm.com
                     cyoung@saverilawfirm.com
                     hbenon@saverilawfirm.com
                     acera@saverilawfirm.com

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone:     (323) 968-2632
Facsimile:      (415) 395-9940
Email:           mb@butericklaw.com

Bryan L. Clobes (*pro hac vice*)
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
205 N. Monroe Street
Media, PA 19063
Telephone:     (215) 864-2800
Email:           bclobes@caffertyclobes.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPENAI CHATGPT LITIGATION<br><br>This document relates to:<br><br>Case No. 3:23-cv-03223-AMO<br>Case No. 3:23-cv-03416-AMO | Master File No. 3:23-cv-03223-AMO<br><br>**CERTIFICATE OF SERVICE** |

# CERTIFICATE OF SERVICE

I, the undersigned, am employed by the Joseph Saveri Law Firm, LLP. My business address is 601 California Street, Suite 1505, San Francisco, California 94108. I am over the age of eighteen and not a party to this action.

On January 23, 2025, I caused the following documents to be served by email upon the parties listed on the attached Service List:

- **DECLARATION OF HOLDEN BENON IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO QUASH PLAINTIFFS' THIRD-PARTY DEPOSITION SUBPOENA OR, IN THE ALTERNATIVE, FOR A PROTECTIVE ORDER**

I declare under penalty of perjury that the foregoing is true and correct. Executed January 23, 2025, at San Francisco, California.

By: */s/ Ashleigh Jensen*
Ashleigh Jensen

# SERVICE LIST

| | |
|---|---|
| Joseph Charles Gratz<br>Joyce C. Li<br>Melody Ellen Wong<br>Tiffany Cheung<br>Vera Ranieri<br>Carolyn Homer<br>**MORRISON & FOERSTER LLP**<br>425 Market Street<br>San Francisco, CA 94105<br>Email: jgratz@mofo.com<br>  joyceli@mofo.com<br>  melodywong@mofo.com<br>  tcheung@mofo.com<br>  VRanieri@mofo.com<br>  cmhomer@mofo.com | Andrew Michael Gass<br>Joseph Richard Wetzel<br>**LATHAM & WATKINS LLP**<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111<br>Email: andrew.gass@lw.com<br>  joseph.wetzel@lw.com |
| Alexandra Marie Ward<br>Rose S. Lee<br>**MORRISON & FOERSTER LLP**<br>707 Wilshire Blvd., Suite 6000<br>Los Angeles, CA 90017<br>Email: alexandraward@mofo.com<br>  roselee@mofo.com | Allison L. Stillman<br>Rachel R. Blitzer<br>Michael A David<br>**LATHAM & WATKINS LLP**<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Email: alli.stillman@lw.com<br>  rachel.blitzer@lw.com<br>  michael.david@lw.com |
| Eric Nikolaides<br>**MORRISON & FOERSTER LLP**<br>250 W. 55th St<br>New York, NY 10019<br>Email: enikolaides@mofo.com | Sarang Damle<br>Elana Nightingale Dawson<br>**LATHAM & WATKINS LLP**<br>555 Eleventh Street, NW, Suite 1505<br>Washington, DC 20004<br>Email: sy.damle@lw.com<br>  elana.nightingaledawson@lw.com |
| Max I. Levy<br>**MORRISON & FOERSTER LLP**<br>755 Page Mill Road<br>Palo Alto, CA 94304-1018<br>Email: mlevy@mofo.com | Herman Heng Yue<br>**LATHAM & WATKINS LLP**<br>811 Main Street, Suite 3700<br>Houston, TX 77002<br>Email: herman.yue@lw.com |
| John Robert Lanham<br>**MORRISON & FOERSTER LLP**<br>12531 High Bluff Dr., Suite 100<br>San Diego, CA 92130<br>Email: jlanham@mofo.com | openaicopyrightlitigation.lwteam@lw.com<br><br>[continued on next page] |
| OpenAICopyright@mofo.com | |

| | |
|---|---|
| Paven Malhotra<br>Robert Addy Van Nest<br>Christopher Steven Sun<br>Katie Lynn Joyce<br>Michelle Sabrina Ybarra<br>Nicholas Samuel Goldberg<br>R. James Slaughter<br>Thomas Edward Gorman<br>**KEKER VAN NEST & PETERS**<br>633 Battery St.<br>San Francisco, CA 94111<br>Email: pmalhotra@keker.com<br>        rvannest@keker.com<br>        csun@keker.com<br>        kjoyce@keker.com<br>        mybarra@keker.com<br>        ngoldberg@keker.com<br>        rslaughter@keker.com<br>        tgorman@keker.com<br><br>KVPOAI@keker.com<br><br>*Counsel for Defendants OpenAI, Inc., a Delaware nonprofit corporation; OpenAI, L.P., a Delaware limited partnership; OpenAI OpCo, L.L.C., a Delaware limited liability corporation; OpenAI GP, L.L.C., a Delaware limited liability company; OpenAI Startup Fund GP I, L.L.C., a Delaware limited liability company; OpenAI Startup Fund I, L.P., a Delaware limited partnership; OpenAI Startup Fund Management, LLC, a Delaware limited liability company* | James Neil Kramer<br>**Orrick, Herrington & Sutcliffe LLP**<br>405 Howard Street<br>San Francisco, CA 94105-2669<br>Email: jkramer@orrick.com<br><br>*Counsel for Benjamin J. Mann* |