ROBERT A. VAN NEST (CA SBN 84065)
rvannest@keker.com
R. JAMES SLAUGHTER (CA SBN 192813)
rslaughter@keker.com
PAVEN MALHOTRA (CA SBN 258429)
pmalhotra@keker.com
MICHELLE S. YBARRA (CA SBN 260697)
mybarra@keker.com
NICHOLAS S. GOLDBERG (CA SBN 273614)
ngoldberg@keker.com
THOMAS E. GORMAN (CA SBN 279409)
tgorman@keker.com
KATIE LYNN JOYCE (CA SBN 308263)
kjoyce@keker.com
CHRISTOPHER S. SUN (CA SBN 308945)
CSun@keker.com
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     (415) 391-5400
Facsimile:     (415) 397-7188

ANDREW M. GASS (SBN 259694)
*Andrew.Gass@lw.com*
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone:     (415) 391-0600

JOSEPH C. GRATZ (CA SBN 240676)
JGratz@mofo.com
TIFFANY CHEUNG (CA SBN 211497)
TCheung@mofo.com
JOYCE C. LI (CA SBN 323820)
JoyceLi@mofo.com
MELODY E. WONG (SBN 341494)
MelodyWong@mofo.com
MORRISON & FOERSTER LLP
425 Market Street,
San Francisco, California 94105-2482
Telephone:     (415) 268-7000
Facsimile:     (415) 268-7522

ROSE S. LEE (CA SBN 294658)
RoseLee@mofo.com
ALEXANDRA M. WARD (CA SBN 318042)
AlexandraWard@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California 90017-3543
Telephone:     (213) 892-5200
Facsimile:     (213) 892-5454

**[CAPTION CONTINUED ON NEXT PAGE]**

Attorneys for Defendants
OPENAI, INC., OPENAI, L.P., OPENAI OPCO, L.L.C., OPENAI GP, L.L.C., OPENAI STARTUP FUND GP I, L.L.C., OPENAI STARTUP FUND I, L.P., AND OPENAI STARTUP FUND MANAGEMENT, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPENAI CHATGPT LITIGATION<br><br>This document relates to:<br><br>All Actions | Master File Case No. 3:23-CV-03223-AMO<br><br>DECLARATION OF MICHAEL TRINH IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL<br><br>Judge:     Hon. Robert M. Illman |

DECLARATION OF MICHAEL TRINH IN SUPPORT OF
PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL
Master File Case No. 3:23-CV-03223-AMO

2853364

| | |
|---|---|
| 1 | CAROLYN M. HOMER (CA SBN 286441) |
| | cmhomer@mofo.com |
| 2 | MORRISON & FOERSTER LLP |
| | 2100 L Street, NW, Suite 900 |
| 3 | Washington, DC 2003 |
| | Telephone: 202-65004597 |
| 4 | |
| | JOHN R. LANHAM (CA SBN 289382) |
| 5 | jlanham@mofo.com |
| | MORRISON & FOERSTER LLP |
| 6 | 12531 High Bluff Dr., Suite 100 |
| | San Diego, CA 921320 |
| 7 | Telephone 858-720-5100 |
| 8 | MAX I. LEVY (CA SBN 346289) |
| | MLevy@mofo.com |
| 9 | MORRISON & FORESTER LLP |
| | 755 Page Mill Road |
| 10 | Palo Alto, California 94304-1018 |
| | Telephone:    (650) 813-5600 |
| 11 | Facsimile:    (650) 494-0792 |
| 12 | ERIC K. NIKOLAIDES (*pro hac vice*) |
| | ENikolaides@mofo.com |
| 13 | MORRISON & FORESTER LLP |
| | 250 West 55th Street |
| 14 | New York, NY 10019-9601 |
| | Telephone:    (212) 468-8000 |
| 15 | Facsimile:    (212) 468-7900 |
| 16 | SARANG VIJAY DAMLE (*pro hac vice*) |
| | Sy.Damle@lw.com |
| 17 | MICHAEL A. DAVID (*pro hac vice*) |
| | Michael.David@lw.com |
| 18 | ELANA NIGHTINGALE DAWSON (*pro hac vice*) |
| | Elana.Nightingaledawson@lw.com |
| 19 | LATHAM & WATKINS LLP |
| | 555 Eleventh Street, NW, Suite 1000 |
| 20 | Washington, D.C. 20004 |
| | Telephone:    (202) 637-2200 |
| 21 | |
| | ALLISON L. STILLMAN (*pro hac vice*) |
| 22 | Alli.Stillman@lw.com |
| | RACHEL R. BLITZER (*pro hac vice*) |
| 23 | Rachel.blitzer@lw.com |
| | HERMAN H. YUE (*pro hac vice*) |
| 24 | Herman.yue@lw.com |
| | LATHAM & WATKINS LLP |
| 25 | 1271 Avenue of the Americas |
| | New York, NY 10020 |
| 26 | Telephone:    (212) 751-4864 |
| 27 | |
| 28 | |

1

DECLARATION OF MICHAEL TRINH IN SUPPORT OF
PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL
Master File Case No. 3:23-CV-03223-AMO

2853364

I, Michael Trinh, hereby declare as follows:

1. I am Associate General Counsel at OpenAI. I have personal knowledge of the facts set forth below and, if called as a witness, could testify competently thereto.

2. I submit this declaration in support of Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed, E.C.F. Dkt. No. 255 (the "Administrative Motion") pursuant to N.D. Cal. L.R. 79-5(f)(3). Specifically, I submit this declaration in support of sealing certain OpenAI confidential information contained in the Joint Discovery Letter Brief filed by Plaintiffs on January 17, 2025

3. I have been informed and understand that the OpenAI confidential material contained in the Joint Discovery Letter and discussed in my declaration has been designated by OpenAI as "CONFIDENTIAL" and/or "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" pursuant to the protective order.

4. I have been informed that because the Joint Discovery Letter Brief relates to a non-dispositive matter, the information requested to be filed under seal is not subject to a strong presumption of public access, and only a showing of "good cause" is needed to justify sealing the material. *See Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006); *Real Action Paintball, Inc. v. Advanced Tactical Ordinance Sys.*, LLC, 2015 WL 1534049, at *2 (N.D. Cal. Apr. 2, 2015) (quoting *Pintos v. Pac. Creditors Ass'n,* 605 F.3d 665, 678 (9th Cir. 2010)).

5. Based on my review of the Joint Discovery Letter Brief, portions of the Joint Discovery Letter Brief reflect and discuss competitively sensitive and confidential OpenAI business and technical information and should remain under seal. Those portions have been identified in the Administrative Motion filed by Plaintiffs.

6. The identified portions of the Joint Discovery Letter Brief contain proprietary and confidential details about a particular OpenAI training dataset, including its size (in bytes, tokens, and in comparison to other datasets), the number of records it comprises, and the way it is stored.

7. OpenAI treats these details as confidential and proprietary, does not release them publicly, and takes steps to protect this information from public disclosure. Disclosure of this information would give OpenAI's competitors valuable insight into its proprietary training

1  datasets. This would cause competitive harm to OpenAI, particularly given the highly competitive
2  nature of the artificial intelligence industry with global stakeholders.
3      I declare under penalty of perjury under the laws of the United States of America that the
4  foregoing is true and correct.
5      Executed on this 23rd day of January, 2025 in San Francisco, California.

                                            */s/ Michael Trinh*
                                            Michael Trinh
                                            Associate General Counsel
                                            OpenAI

**ECF ATTESTATION**

I, Thomas E. Gorman, am the ECF User whose ID and password are being used to file this this document. Under Civil L.R. 5-1(i)(3), I attest that all signatories to this document have concurred in its filing.

Dated: January 23, 2025

KEKER, VAN NEST & PETERS LLP

By: /s/ Thomas E. Gorman
Thomas E. Gorman
*Attorney for Defendants*