# EXHIBIT A

1  ORRICK, HERRINGTON & SUTCLIFF LLP
   Annette L. Hurst
2  The Orrick Building, 405 Howard Street
   San Francisco, CA 94105-2669
3  Telephone: (415) 773-5700
   Facsimile: (415) 773-5759
4  ahurst@orrick.com

5  FAEGRE DRINKER BIDDLE & REATH LLP
   Jared B. Briant (Of Counsel)
6  1144 Fifteenth Street, Suite 3400
   Denver, CO 80202
7  Telephone: (303) 607-3500
   Facsimile: (303) 607-3600
8  jared.briant@faegredrinker.com

9  Attorneys for non-party Microsoft Corporation

10
                **UNITED STATES DISTRICT COURT**
11              **NORTHERN DISTRICT OF CALIFORNIA**
                **FOR THE COUNTY OF SAN FRANCISCO**
12

13  IN RE OPENAI CHATGPT LITIGATION          Master File No. 3:23-cv-03223-AMO

14  This document relates to:                **NON-PARTY MICROSOFT
                                             CORPORATION'S OBJECTIONS AND
15  Case No. 3:23-cv-03416-AMO               RESPONSES TO PLAINTIFFS'
                                             SUBPOENA TO PRODUCE
16  Case No. 3:23-cv-04625-AMO               DOCUMENTS, INFORMATION, OR
                                             OBJECTS**
17

18      Pursuant to Federal Rule of Civil Procedure 45, non-party Microsoft Corporation responds
19
    and objects to the Requests for Production contained in Schedule A attached to the Subpoena to
20
    Produce Documents, Information, or Objects dated November 27, 2024 issued by Plaintiffs in the
21
    above-captioned matter.
22
        The following responses are based upon information and documentation that is currently
23
    available and specifically known to Microsoft following a reasonable and ongoing investigation.
24
    These responses are given without prejudice to Microsoft's right to produce subsequently
25
    discovered, uncovered, or learned information. In connection with the Action, Microsoft responds
26
    as follows:
27

28

**GENERAL OBJECTIONS**

These general objections are incorporated by reference into the specific objections made with respect to each Request.

1.      Microsoft objects to the Subpoena as deficient and not compliant with Federal Rule of Civil Procedure 45(c)(2)(A) because the place of compliance is more than 100 miles from Microsoft's headquarters or where any responsive documents are located or where any custodian of any responsive documents resides or is employed.  While Microsoft asserts that the Subpoena is deficient, it has begun the process of identifying non-privileged responsive documents for production subject to the specific objections in the Requests.  However, Microsoft will not produce any such documents until the deficiency in the Subpoena is cured.

2.      Microsoft objects to the date, time, and place of production of documents as specified in the Subpoena on the grounds that they are unreasonable and unduly burdensome. Microsoft will use due diligence to conduct a reasonable investigation and produce non-privileged, responsive documents at a mutually agreed time and place.

3.      Microsoft objects to Instruction No. 12 on the ground that it is overly broad, unduly burdensome, and not proportional to the needs of the case to the extent that it includes time frames that are unrelated to the allegations in the Complaint.  For the purposes of responding to the Requests, Microsoft will conduct a reasonable search for documents starting January 1, 2018.

4.      Microsoft objects to the Requests to the extent they seek discovery of electronically stored information from sources that are not reasonably accessible because of undue burden or cost. See Fed. R. Civ. P. 26(b)(2)(B) & 45(d)(3)(A)(iv).  For example, Microsoft objects to the Requests and Topics as unduly burdensome to the extent they call for search and/or production from electronic mail systems and hard drives of individuals not specifically identified in the Subpoenas or easily identifiable based on the description in the Subpoenas.  Microsoft objects to any request for, and does not plan to conduct, any such searches, particularly given the scope of the Requests and the undue burden.  Additional known, difficult-to-access sources that may contain potentially responsive information (others may exist and become apparent once the scope of the information

sought by the Subpoenas is properly defined), but which Microsoft is neither searching nor producing because they are not reasonably accessible without undue burden, fall under the following categories: current disaster recovery media, obsolete back up media, legacy systems, sources requiring computer forensics to access, databases that are structured to hold or report information in certain formats and which cannot readily provide different data or data in different configurations, and source code (other than as may be retained in centralized source code archives). Microsoft is not able to retrieve information from many of these sources, or even confirm with certainty whether any responsive information in fact exists on the sources, without incurring substantial undue burden or cost.

5.    To the extent that the Requests purport to require Microsoft to conduct a search of all files in its possession, custody, or control or to locate all or any documents that might be responsive, Microsoft objects that the Subpoena is overly broad and unduly burdensome and expensive and seeks discovery that is not proportional to the needs of the case.

6.    Microsoft objects to the Requests to the extent they seek information protected by the attorney-client privilege, work product doctrine, common interest doctrine, joint defense doctrine, or any other applicable privilege, and Microsoft will not produce any such privileged information. *See* Fed. R. Civ. P. 26(b)(1), 26(b)(2)(C)(iii) & 45(d)(3)(A)(iii). Any disclosure of such privileged information is inadvertent and is not intended to waive any applicable privileges.

## OBJECTIONS TO DEFINITIONS

Microsoft sets forth the following objections to certain defined terms in the Subpoena along with the understanding of those terms that Microsoft will use in responding to the Subpoena.

1.    Microsoft objects to the definition of the term "AI Training Data" on the ground that it is overly broad, unduly burdensome, and not proportional to the needs of the case to the extent it includes any data other than text data that may have been used to train a large language model because the allegations in the Action relate solely to text-based generative artificial intelligence models. For purposes of responding to the Requests, Microsoft will construe the term "AI Training Data" to be limited to text data.

3

MICROSOFT CORPORATION'S OBJECTIONS AND RESPONSES TO PLAINTIFFS' SUBPOENA TO
PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
Master File No. 3:23-cv-03223-AMO

1      2.      Microsoft objects to the definition of the term "OpenAI Language Models" on the
2  ground that it is overly broad, unduly burdensome, and not proportional to the needs of the case to
3  the extent it includes models other than those that underly ChatGPT because the allegations in the
4  Action relate solely to ChatGPT.  For purposes of responding to the Requests, Microsoft will
5  construe the term "OpenAI Language Models" to be limited to models that underly ChatGPT.

6      3.      Microsoft objects to the definition of the term "Train" on the ground that it is vague,
7  ambiguous, overly broad, unduly burdensome, and not proportional to the needs of the case because
8  it includes "any kind of training of an AI model . . . including pretraining, fine-tuning, reinforcement
9  training, or secondary training," and Microsoft understands these terms as separate and different
10  processes, each of which may themselves include multiple processes.  For the purposes of
11  responding to the Request, Microsoft will construe the term "Train" to refer to the initial process
12  of generating a set of machine learning model parameters that identify underlying patterns and
13  features in a large and diverse dataset, before that model is evaluated, fine-tuned, or deployed.

14      4.      Microsoft objects to the definition of the term "Training data" on the ground that it
15  is overly broad, unduly burdensome, and not proportional to the needs of the case to the extent it
16  includes any data other than text data that may have been used to train a large language model
17  because the allegations in the Action relate solely to text-based generative artificial intelligence
18  models.  For purposes of responding to the Requests, Microsoft will construe the term "Training
19  data" to be limited to text data.

20      5.      Microsoft objects to the definition of the term "Defendants" on the ground that it is
21  overly broad, unduly burdensome, and not proportional to the needs of the case to the extent it
22  includes entities other than the entities listed as Defendants in the Complaint, such as their
23  "employees, agents, attorneys, accountants, representatives, predecessors or successors-in-interest,
24  any corporation or partnership under its direction, or any other person or entity acting on its behalf
25  or under its control."  For purposes of responding to the Requests, Microsoft will construe the term
26  "Defendants" to only include the entities listed as Defendants in the Complaint.

6.    Microsoft objects to the definition of the term "OpenAI" on the ground that it is overly broad, unduly burdensome, and not proportional to the needs of the case to the extent it includes "predecessor and successor entities, its officers, directors, shareholders, parent and subsidiary companies (whether direct or indirect), divisions, employees, agents, attorneys, representatives, and other persons acting or authorized to act on its behalf." For the purposes of responding to the Requests, Microsoft will construe the term "OpenAI" to mean "OpenAI, Inc.; OpenAI, L.P.; OpenAI OpCo, L.L.C.; OpenAI GP, L.L.C.; OpenAI Startup Fund I, L.P.; OpenAI Startup Fund GP I, L.L.C.; and OpenAI Startup Fund Management, LLC."

7.    Microsoft objects to the definition of the terms "You" and "Your" on the ground that it is vague, ambiguous, overly broad, unduly burdensome, and not proportional to the needs of the case because it includes "employees, agents, attorneys, accountants, representatives, predecessors or successors-in-interest, any corporation or partnership under its direction, or any other person or entity acting on its behalf or under its control." Microsoft further objects to this definition to the extent it calls for information outside Microsoft's knowledge, possession, custody, or control. Microsoft will limit its responses to documents and information in its possession, custody, or control and will interpret these defined terms as referring solely to Microsoft Corporation.

**SPECIFIC OBJECTIONS AND RESPONSES TO REQUESTS FOR PRODUCTION**

In addition to the generally applicable objections stated above, Microsoft responds to each Request as follows:

**REQUEST FOR PRODUCTION NO. 1:**

All Documents and Communications between You and OpenAI related to the contents of Training data used to train OpenAI Language Models.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 1:**

Microsoft objects to this Request as overly broad and unduly burdensome because it calls—in its entirety—for discovery that Plaintiffs can and should seek to obtain more conveniently and with less burden and/or expense from sources other than Microsoft, namely parties to this action

1   such as OpenAI. Microsoft also objects to this Request as irrelevant and/or overly broad, unduly

2   burdensome, and not proportional to the needs of the case to the extent it seeks information that is

3   not relevant to any claims or defenses in this Action because Microsoft's knowledge related to the

4   contents of any Training data is not at issue in this Action. Microsoft also objects to this Request

5   as overly broad, unduly burdensome, and not proportional to the needs of the case to the extent it

6   seeks "[a]ll Documents and Communications" thereby purporting to require Microsoft to conduct

7   a search of all files in its possession, custody, or control or to locate all or any documents that might

8   be responsive. Microsoft further objects to this Request to the extent it assumes Microsoft

9   possesses complete information about Training OpenAI Language Models; comprehensive and

10  accurate information about OpenAI's activities is exclusively within OpenAI's possession,

11  custody, and control.

12          Subject to its objections, Microsoft responds as follows: Microsoft will not search for or

13  produce any documents responsive to this Request.

14  **REQUEST FOR PRODUCTION NO. 2:**

15          All Documents and Communications between You and OpenAI related to the process of

16  collecting, maintaining, and using Training data to train OpenAI Language Models, including the

17  number of reproductions made of training data in the course of training OpenAI Language Models.

18  **RESPONSE TO REQUEST FOR PRODUCTION NO. 2:**

19          Microsoft objects to this Request as overly broad and unduly burdensome because it calls—

20  in its entirety—for discovery that Plaintiffs can and should seek to obtain more conveniently and

21  with less burden and/or expense from sources other than Microsoft, namely parties to this action

22  such as OpenAI. Microsoft also objects to this Request as irrelevant and/or overly broad, unduly

23  burdensome, and not proportional to the needs of the case to the extent it seeks information that is

24  not relevant to any claims or defenses in this Action because Microsoft's knowledge related to the

25  process of collecting, maintaining, and using Training data is not at issue in this Action. Microsoft

26  also objects to this Request as overly broad, unduly burdensome, and not proportional to the needs

27  of the case to the extent it seeks "[a]ll Documents and Communications" thereby purporting to

28

1 require Microsoft to conduct a search of all files in its possession, custody, or control or to locate

2 all or any documents that might be responsive. Microsoft further objects to this Request to the

3 extent it assumes Microsoft possesses complete information about Training OpenAI Language

4 Models; comprehensive and accurate information about OpenAI's activities is exclusively within

5 OpenAI's possession, custody, and control.

6      Subject to its objections, Microsoft responds as follows: Microsoft will not search for or

7 produce any documents responsive to this Request.

8 **REQUEST FOR PRODUCTION NO. 3:**

9      All Documents and Communications exchanged between You and OpenAI Concerning the

10 use of purportedly copyrighted material in training OpenAI Language Models.

11 **RESPONSE TO REQUEST FOR PRODUCTION NO. 3:**

12      Microsoft objects to this Request as overly broad and unduly burdensome because it

13 calls—in its entirety—for discovery that Plaintiffs can and should seek to obtain more conveniently

14 and with less burden and/or expense from sources other than Microsoft, namely parties to this action

15 such as OpenAI. Microsoft also objects to this Request as irrelevant and/or overly broad, unduly

16 burdensome, and not proportional to the needs of the case to the extent it seeks information that is

17 not relevant to any claims or defenses in this Action because Microsoft's knowledge regarding the

18 use of purportedly copyrighted material for training is not at issue in this Action. Microsoft also

19 objects to this Request as overly broad, unduly burdensome, and not proportional to the needs of

20 the case to the extent it seeks "[a]ll Documents and Communications" thereby purporting to require

21 Microsoft to conduct a search of all files in its possession, custody, or control or to locate all or any

22 documents that might be responsive. Microsoft further objects to this Request to the extent it

23 assumes that "purportedly copyrighted material" was used to Train OpenAI Models. Microsoft

24 also objects to the Request as overly broad, unduly burdensome, and not proportional to the needs

25 of the case because the phrase "purportedly copyrighted material," as Microsoft understands and

26 interprets that phrase, includes all copyrighted material, including material that is not textual or is

27 licensed for use by OpenAI. Microsoft further objects to this Request to the extent it assumes

28

1    Microsoft possesses complete information about Training OpenAI Language Models;
2    comprehensive and accurate information about OpenAI's activities is exclusively within OpenAI's
3    possession, custody, and control.

4        Subject to its objections, Microsoft responds as follows:  Microsoft will not search for or
5    produce any documents responsive to this Request.

6    **REQUEST FOR PRODUCTION NO. 4:**

7        All Documents Concerning or related to products, services or In-kind investments provided
8    by You to OpenAI, including but not limited to the need for or importance of such products,
9    services, or In-kind investments.

10   **RESPONSE TO REQUEST FOR PRODUCTION NO. 4:**

11       Microsoft objects to this Request as overly broad and unduly burdensome because it calls—
12   in its entirety—for discovery that Plaintiffs can and should seek to obtain more conveniently and
13   with less burden and/or expense from sources other than Microsoft, namely parties to this action
14   such as OpenAI.  Microsoft also objects to this Request as irrelevant and/or overly broad, unduly
15   burdensome, and not proportional to the needs of the case to the extent it seeks information that is
16   not relevant to any claims or defenses in this Action because the products, services, or In-kind
17   investments Microsoft has provided OpenAI is not at issue in this Action.  Microsoft also objects
18   to this Request as overly broad, unduly burdensome, and not proportional to the needs of the case
19   to the extent it seeks "[a]ll Documents and Communications" thereby purporting to require
20   Microsoft to conduct a search of all files in its possession, custody, or control or to locate all or any
21   documents that might be responsive.  Microsoft further objects to the phrase "need for or
22   importance" as vague, ambiguous, and overly broad because this phrase is not defined and requires
23   speculation as to the scope and meaning of the Request.

24       Subject to its objections, Microsoft responds as follows:  Microsoft will not search for or
25   produce any documents responsive to this Request.

26

27

28

1   **REQUEST FOR PRODUCTION NO. 5:**

2          All Documents Concerning or Relating to the use or inclusion of OpenAI Language Models

3   in Microsoft's products, including but not limited to Azure, and including but not limited to

4   Documents Concerning or related to any profits or revenues from such products and the distribution

5   thereof among You and OpenAI.

6   **RESPONSE TO REQUEST FOR PRODUCTION NO. 5:**

7          Microsoft objects to this Request as overly broad and unduly burdensome because it

8   calls—in its entirety—for discovery that Plaintiffs can and should seek to obtain more conveniently

9   and with less burden and/or expense from sources other than Microsoft, namely parties to this action

10  such as OpenAI.  Microsoft also objects to this Request as irrelevant and/or overly broad, unduly

11  burdensome, and not proportional to the needs of the case to the extent it seeks information that is

12  not relevant to any claims or defenses in this Action because Microsoft's products are not at issue

13  in this Action.  Microsoft further objects to this Request as irrelevant and/or overly broad, unduly

14  burdensome, and not proportional to the needs of the case in that it seeks information, including

15  highly sensitive financial information, regarding Microsoft's products, which are not at issue in the

16  Action and are not relevant to any claims or defenses in the Action.  Microsoft also objects to this

17  Request as overly broad, unduly burdensome, and not proportional to the needs of the case to the

18  extent it seeks "[a]ll Documents and Communications" thereby purporting to require Microsoft to

19  conduct a search of all files in its possession, custody, or control or to locate all or any documents

20  that might be responsive.  Microsoft further objects to the phrase "use or inclusion" as vague,

21  ambiguous, and overly broad because this phrase is not defined and requires speculation as to the

22  scope and meaning of the Request.

23         Subject to its objections, Microsoft responds as follows:  Microsoft is unable to determine

24  the scope of this Request or its relevance to this Action as written, but is willing to meet and confer.

25

26

27

28

1   **REQUEST FOR PRODUCTION NO. 6:**

2       Documents sufficient to show any exclusive or non-exclusive rights granted by OpenAI to

3   You to commercialize, monetize, or productize OpenAI Language Models, training data, or

4   intellectual property.

5   **RESPONSE TO REQUEST FOR PRODUCTION NO. 6:**

6       Microsoft objects to this Request that seeks identification of "exclusive or non-exclusive

7   rights granted by OpenAI" because it constitutes an interrogatory disguised as a request for

8   production, and Rule 45 does not allow interrogatories to be served on non-parties. Microsoft

9   additionally objects to this Request as overly broad and unduly burdensome because it calls—in its

10   entirety—for discovery that Plaintiffs can and should seek to obtain more conveniently and with

11   less burden and/or expense from sources other than Microsoft, namely parties to this action such as

12   OpenAI. Microsoft also objects to this Request as irrelevant and/or overly broad, unduly

13   burdensome, and not proportional to the needs of the case to the extent it seeks information that is

14   not relevant to any claims or defenses in this Action because any rights Microsoft has to

15   commercials, monetize, or productize OpenAI Language Models is not at issue in this Action.

16   Microsoft further objects to this Request as irrelevant and/or overly broad, unduly burdensome, and

17   not proportional to the needs of the case in that it seeks information regarding Microsoft's products

18   that are not at issue in the Action and are not relevant to any claims or defenses in the Action.

19   Microsoft further objects to the phrases "commercialize, monetize, or productize" and "intellectual

20   property" as vague, ambiguous, and overly broad because these phrases are not defined and require

21   speculation as to the scope and meaning of the Request.

22       Subject to its objections, Microsoft responds as follows: Microsoft will not search for or

23   produce any documents responsive to this Request.

24   **REQUEST FOR PRODUCTION NO. 7:**

25       All Documents and Communications between You and OpenAI regarding the development,

26   licensing, or deployment of OpenAI Language Models.

27

28

1    **RESPONSE TO REQUEST FOR PRODUCTION NO. 7:**

2          Microsoft fobjects to this Request as overly broad and unduly burdensome because it

3    calls—in its entirety—for discovery that Plaintiffs can and should seek to obtain more conveniently

4    and with less burden and/or expense from sources other than Microsoft, namely parties to this action

5    such as OpenAI. Microsoft also objects to this Request as irrelevant and/or overly broad, unduly

6    burdensome, and not proportional to the needs of the case to the extent it seeks information that is

7    not relevant to any claims or defenses in this Action because Microsoft's knowledge regarding the

8    development, licensing, or deployment of OpenAI Language Models is not at issue in this Action.

9    Microsoft also objects to this Request as overly broad, unduly burdensome, and not proportional to

10   the needs of the case to the extent it seeks "[a]ll Documents and Communications" thereby

11   purporting to require Microsoft to conduct a search of all files in its possession, custody, or control

12   or to locate all or any documents that might be responsive. Microsoft further objects to the phrase

13   "development, licensing, or deployment" as vague, ambiguous, and overly broad because this

14   phrase is not defined and requires speculation as to the scope and meaning of the Request.

15   Microsoft further objects to this Request to the extent it assumes Microsoft possesses complete

16   information about "development, licensing, or deployment" of OpenAI Language Models;

17   comprehensive and accurate information about OpenAI's activities is exclusively within OpenAI's

18   possession, custody, and control.

19          Subject to its objections, Microsoft responds as follows: Microsoft will not search for or

20   produce any documents responsive to this Request.

21   **REQUEST FOR PRODUCTION NO. 8:**

22          All Documents related to the joint development, licensing or commercialization of OpenAI

23   Language Models.

24   **RESPONSE TO REQUEST FOR PRODUCTION NO. 8:**

25          Microsoft objects to this Request as overly broad and unduly burdensome because it calls—

26   in its entirety—for discovery that Plaintiffs can and should seek to obtain more conveniently and

27   with less burden and/or expense from sources other than Microsoft, namely parties to this action

28

1    such as OpenAI. Microsoft also objects to this Request as irrelevant and/or overly broad, unduly

2    burdensome, and not proportional to the needs of the case to the extent it seeks information that is

3    not relevant to any claims or defenses in this Action because Microsoft's knowledge regarding the

4    joint development, licensing, or commercialization of OpenAI Language Models is not at issue in

5    this Action. Microsoft also objects to this Request as overly broad, unduly burdensome, and not

6    proportional to the needs of the case to the extent it seeks "[a]ll Documents" thereby purporting to

7    require Microsoft to conduct a search of all files in its possession, custody, or control or to locate

8    all or any documents that might be responsive. Microsoft further objects to the phrase "joint

9    development, licensing or commercialization" as vague, ambiguous, and overly broad because this

10   phrase is not defined and requires speculation as to the scope and meaning of the Request.

11   Microsoft further objects to this Request to the extent it assumes Microsoft possesses complete

12   information about "development, licensing or commercialization" of OpenAI Language Models;

13   comprehensive and accurate information about OpenAI's activities is exclusively within OpenAI's

14   possession, custody, and control.    Microsoft further objects to this Request as cumulative and

15   duplicative of Request No. 7 and incorporates its responses and objections to that Request as if

16   fully set forth herein.

17          Subject to its objections, Microsoft responds as follows: Microsoft will not search for or

18   produce any documents responsive to this Request.

19   **REQUEST FOR PRODUCTION NO. 9:**

20          All financial records between You and OpenAI related to the development, licensing, or

21   deployment of OpenAI Language Models.

22   **RESPONSE TO REQUEST FOR PRODUCTION NO. 9:**

23          Microsoft objects to this Request as overly broad and unduly burdensome because it

24   calls—in its entirety—for discovery that Plaintiffs can and should seek to obtain more conveniently

25   and with less burden and/or expense from sources other than Microsoft, namely parties to this action

26   such as OpenAI. Microsoft also objects to this Request as irrelevant and/or overly broad, unduly

27   burdensome, and not proportional to the needs of the case to the extent it seeks information that is

28

1   not relevant to any claims or defenses in this Action because Microsoft's finances are not at issue

2   in this Action. Microsoft also objects to this Request as overly broad, unduly burdensome, and not

3   proportional to the needs of the case to the extent it seeks "[a]ll financial records" thereby

4   purporting to require Microsoft to conduct a search of all files in its possession, custody, or control

5   or to locate all or any documents that might be responsive. Microsoft further objects to the phrases

6   "financial records" and "development, licensing, or deployment" as vague, ambiguous, and overly

7   broad because these phrases are not defined and require speculation as to the scope and meaning of

8   the Request. Microsoft further objects to this Request to the extent it assumes Microsoft possesses

9   complete information about "development, licensing, or deployment" of OpenAI Language

10   Models; comprehensive and accurate information about OpenAI's activities is exclusively within

11   OpenAI's possession, custody, and control. Microsoft further objects to this Request as cumulative

12   and duplicative of Request No. 7 and incorporates its responses and objections to that Request as

13   if fully set forth herein.

14        Subject to its objections, Microsoft responds as follows: Microsoft will not search for or

15   produce any documents responsive to this Request.

16   **REQUEST FOR PRODUCTION NO. 10:**

17        All market research, studies, or reports conducted by You related to Your investments in

18   OpenAI.

19   **RESPONSE TO REQUEST FOR PRODUCTION NO. 10:**

20        Microsoft objects to this Request as irrelevant and/or overly broad, unduly burdensome, and

21   not proportional to the needs of the case to the extent it seeks information that is not relevant to any

22   claims or defenses in this Action because Microsoft's market research, studies, and reports are not

23   at issue in this Action. Microsoft also objects to this Request as overly broad, unduly burdensome,

24   and not proportional to the needs of the case to the extent it seeks "[a]ll market research, studies,

25   or reports" thereby purporting to require Microsoft to conduct a search of all files in its possession,

26   custody, or control or to locate all or any documents that might be responsive. Microsoft further

27   objects to the phrase "market research, studies, or reports" as vague, ambiguous, and overly broad

28

1 | because this phrase is not defined and requires speculation as to the scope and meaning of the

2 | Request. .

3 |     Subject to its objections, Microsoft responds as follows: Microsoft is unable to determine

4 | the scope of this Request or its relevance to this Action as written, but is willing to meet and confer.

5 | **REQUEST FOR PRODUCTION NO. 11:**

6 |     All due diligence materials prepared or exchanged related to Your investments in OpenAI.

7 | **RESPONSE TO REQUEST FOR PRODUCTION NO. 11:**

8 |     Microsoft objects to this Request as overly broad and unduly burdensome it calls for

9 | discovery that Plaintiffs can and should seek to obtain more conveniently and with less burden

10 | and/or expense from sources other than Microsoft, namely parties to this action such as OpenAI.

11 | Microsoft also objects to this Request as irrelevant and/or overly broad, unduly burdensome, and

12 | not proportional to the needs of the case to the extent it seeks information that is not relevant to any

13 | claims or defenses in this Action Microsoft's due diligence is not at issue in this Action. Microsoft

14 | also objects to this Request as overly broad, unduly burdensome, and not proportional to the needs

15 | of the case to the extent it seeks "[a]ll due diligence materials" thereby purporting to require

16 | Microsoft to conduct a search of all files in its possession, custody, or control or to locate all or any

17 | documents that might be responsive. Microsoft further objects to the phrase "due diligence

18 | materials" as vague, ambiguous, and overly broad because this phrase is not defined and requires

19 | speculation as to the scope and meaning of the Request.

20 |     Subject to its objections, Microsoft responds as follows: Microsoft is unable to determine

21 | the scope of this Request or its relevance to this Action as written, but is willing to meet and confer.

22 | **REQUEST FOR PRODUCTION NO. 12:**

23 |     All valuation analyses or related materials prepared or exchanged related to Your

24 | investments in OpenAI.

25 | **RESPONSE TO REQUEST FOR PRODUCTION NO. 12:**

26 |     Microsoft objects to this Request as overly broad and unduly burdensome to the extent it

27 | calls for discovery that Plaintiffs can and should seek to obtain more conveniently and with less

28 |

1   burden and/or expense from sources other than Microsoft, namely parties to this action such as

2   OpenAI.  Microsoft also objects to this Request as irrelevant and/or overly broad, unduly

3   burdensome, and not proportional to the needs of the case to the extent it seeks information that is

4   not relevant to any claims or defenses in this Action because Microsoft's valuation is not at issue

5   in this Action.  Microsoft also objects to this Request as overly broad, unduly burdensome, and not

6   proportional to the needs of the case to the extent it seeks "[a]ll valuation analyses or related

7   materials" thereby purporting to require Microsoft to conduct a search of all files in its possession,

8   custody, or control or to locate all or any documents that might be responsive.  Microsoft further

9   objects to the phrase "valuation analyses or related materials" as vague, ambiguous, and overly

10  broad because this phrase is not defined and requires speculation as to the scope and meaning of

11  the Request.

12          Subject to its objections, Microsoft responds as follows:  Microsoft is unable to determine

13  the scope of this Request or its relevance to this Action as written, but is willing to meet and confer.

14  **REQUEST FOR PRODUCTION NO. 13:**

15          All analyses or discussions of copyrights prepared or exchanged related to Your investments

16  in OpenAI.

17  **RESPONSE TO REQUEST FOR PRODUCTION NO. 13:**

18          Microsoft objects to this Request as overly broad and unduly burdensome to the extent it

19  calls for discovery that Plaintiffs can and should seek to obtain more conveniently and with less

20  burden and/or expense from sources other than Microsoft, namely parties to this action such as

21  OpenAI.  Microsoft also objects to this Request as irrelevant and/or overly broad, unduly

22  burdensome, and not proportional to the needs of the case to the extent it seeks information that is

23  not relevant to any claims or defenses in this Action because Microsoft's analyses or discussions

24  of copyright are not at issue in this Action.  Microsoft also objects to this Request as overly broad,

25  unduly burdensome, and not proportional to the needs of the case to the extent it seeks "[a]ll

26  analyses or discussions" thereby purporting to require Microsoft to conduct a search of all files in

27  its possession, custody, or control or to locate all or any documents that might be responsive.

28

1    Microsoft also objects to the Request as overly broad, unduly burdensome, and not proportional to

2    the needs of the case because the term "copyrights" could include any type of copyright, including

3    material that is not textual or is licensed for use by OpenAI.

4         Subject to its objections, Microsoft responds as follows:  Microsoft is unable to determine

5    the scope of this Request or its relevance to this Action as written, but is willing to meet and confer.

6    **REQUEST FOR PRODUCTION NO. 14:**

7         Documents sufficient to show Your financial or beneficial interest in OpenAI, including

8    any investments, financing, loans, secured interests, or credit.

9    **RESPONSE TO REQUEST FOR PRODUCTION NO. 14:**

10        Microsoft objects to this Request that seeks identification of Microsoft's "financial or

11   beneficial interest in OpenAI" because it constitutes an interrogatory disguised as a request for

12   production, and Rule 45 does not allow interrogatories to be served on non-parties.  Microsoft

13   additionally objects to this Request as overly broad and unduly burdensome because it calls—in its

14   entirety—for discovery that Plaintiffs can and should seek to obtain more conveniently and with

15   less burden and/or expense from sources other than Microsoft, such as OpenAI.  Microsoft further

16   objects to this Request as irrelevant and/or overly broad, unduly burdensome, and not proportional

17   to the needs of the case to the extent it seeks information that is not relevant to any claims or

18   defenses in this Action because Microsoft's financial or beneficial interest in OpenAI is not at issue

19   in this Action.  Microsoft further objects to the phrase "financial or beneficial interest" as vague,

20   ambiguous, and overly broad because this phrase is not defined and requires speculation as to the

21   scope and meaning of the Request.

22        Subject to its objections, Microsoft responds as follows:  Microsoft will not search for or

23   produce any documents responsive to this Request.

24   **REQUEST FOR PRODUCTION NO. 15:**

25        Documents sufficient to show any investment advisors, bankers or other agents retained by

26   You to acquire or offer to acquire any financial or beneficial interest in OpenAI, including any

27   investments, financing, loans, secured interests, or credit.

28

1   **RESPONSE TO REQUEST FOR PRODUCTION NO. 15:**

2       Microsoft objects to this Request that seeks identification of Microsoft's "investment

3   advisors, bankers or other agents" because it constitutes an interrogatory disguised as a request for

4   production, and Rule 45 does not allow interrogatories to be served on non-parties.  Microsoft

5   further objects to this Request as irrelevant and/or overly broad, unduly burdensome, and not

6   proportional to the needs of the case to the extent it seeks information that is not relevant to any

7   claims or defenses in this Action because Microsoft's financial or beneficial interest in OpenAI is

8   not at issue in this Action.

9       Subject to its objections, Microsoft responds as follows:  Microsoft will not search for or

10  produce any documents responsive to this Request.

11  **REQUEST FOR PRODUCTION NO. 16:**

12      Minutes or other documents provided or exchanged regarding any meetings of the Board of

13  Directors of OpenAI or any committee or subcommittee thereof.

14  **RESPONSE TO REQUEST FOR PRODUCTION NO. 16:**

15      Microsoft objects to this Request as overly broad and unduly burdensome because it calls—

16  in its entirety—for discovery that Plaintiffs can and should seek to obtain more conveniently and

17  with less burden and/or expense from sources other than Microsoft, namely parties to this action

18  such as OpenAI.  Microsoft also objects to this Request as irrelevant and/or overly broad, unduly

19  burdensome, and not proportional to the needs of the case to the extent it seeks information that is

20  not relevant to any claims or defenses in this Action because the topics of the Board of Directors

21  of OpenAI are not, in total, relevant to or at issue in this Action.  Microsoft further objects to this

22  Request to the extent it assumes Microsoft possesses complete information about meetings of the

23  Board of Directors of OpenAI or any committee or subcommittee thereof; comprehensive and

24  accurate information about OpenAI's activities is exclusively within OpenAI's possession,

25  custody, and control.

26      Subject to its objections, Microsoft responds as follows:  Microsoft will not search for or

27  produce any documents responsive to this Request.

28

1    **REQUEST FOR PRODUCTION NO. 17:**

2        Offers of employment by You to any officer, director or manager of OpenAI.

3    **RESPONSE TO REQUEST FOR PRODUCTION NO. 17:**

4        Microsoft objects to this Request as overly broad and unduly burdensome to the extent it

5    calls for discovery that Plaintiffs can and should seek to obtain more conveniently and with less

6    burden and/or expense from sources other than Microsoft, namely parties to this action such as

7    OpenAI.   Microsoft also objects to this Request as irrelevant and/or overly broad, unduly

8    burdensome, and not proportional to the needs of the case to the extent it seeks information that is

9    not relevant to any claims or defenses in this Action because Microsoft's offers of employment are

10   not at issue in this Action.  Microsoft further objects to the phrases "[o]ffers of employment" and

11   "officer, director or manager" as vague, ambiguous, and overly broad because these phrases are not

12   defined and require speculation as to the scope and meaning of the Request.

13       Subject to its objections, Microsoft responds as follows:  Microsoft is unable to determine

14   the scope of this Request or its relevance to this Action as written, but is willing to meet and confer.

15   **REQUEST FOR PRODUCTION NO. 18:**

16       Documents sufficient to show the officers, executives, managers, lawyers, accountants,

17   investment advisors responsible for any discussions regarding Your investments in OpenAI.

18   **RESPONSE TO REQUEST FOR PRODUCTION NO. 18:**

19       Microsoft objects to this Request that seeks identification of Microsoft's "officers,

20   executives, managers, lawyers, accountants, and investment advisors" because it constitutes an

21   interrogatory disguised as a request for production, and Rule 45 does not allow interrogatories to

22   be served on non-parties.  Microsoft additionally objects to this Request as overly broad and unduly

23   burdensome because it calls—in its entirety—for discovery that Plaintiffs can and should seek to

24   obtain more conveniently and with less burden and/or expense from sources other than Microsoft,

25   such as OpenAI. Microsoft further objects to this Request as irrelevant and/or overly broad, unduly

26   burdensome, and not proportional to the needs of the case to the extent it seeks information that is

27   not relevant to any claims or defenses in this Action because Microsoft's investments in OpenAI

28

1  are not at issue in this Action.  Microsoft further objects to the phrase "responsible for" as vague,

2  ambiguous, and overly broad because this phrase is not defined and requires speculation as to the

3  scope and meaning of the Request.

4      Subject to its objections, Microsoft responds as follows:  Microsoft will not search for or

5  produce any documents responsive to this Request.

6  **REQUEST FOR PRODUCTION NO. 19:**

7      All licensing agreements related to AI Training data.

8  **RESPONSE TO REQUEST FOR PRODUCTION NO. 19:**

9      Microsoft objects to this Request as overly broad and unduly burdensome because it calls

10  for discovery that can be obtained more conveniently and with less burden and/or expense from

11  sources other than Microsoft.  Microsoft also objects to this Request as overly broad, unduly

12  burdensome, and not proportional to the needs of the case to the extent it seeks "[a]ll licensing

13  agreements" thereby purporting to require Microsoft to conduct a search of all files in its

14  possession, custody, or control or to locate all or any documents that might be responsive.

15  Microsoft also objects to the phrase "licensing agreements" as vague and ambiguous.  Microsoft

16  will interpret the term "licensing agreement" to mean "agreement to access or use."

17      Subject to its objections, Microsoft responds as follows:  Microsoft will conduct a

18  reasonable search and, pending fulfillment of any notification or confidentiality obligations

19  Microsoft may have to applicable third-party individuals or organizations, produce responsive,

20  nonprivileged documents, if any, sufficient to show licensing and/or data access agreements in the

21  United States, dated on or after January 1, 2019, that provide for Microsoft and/or OpenAI to

22  receive, access, and/or use text data in training Large Language Models.  For the purposes of this

23  response only, "Large Language Models" refers to general applicability deep learning models that

24  are trained using very large amounts of text data and are designed to generate text output.

25  **REQUEST FOR PRODUCTION NO. 20:**

26      All Documents and Communications related to any licensing agreements concerning AI

27  Training data, including terms, conditions, valuation, and consideration.

28

1    **RESPONSE TO REQUEST FOR PRODUCTION NO. 20:**

2          Microsoft objects to this Request as overly broad and unduly burdensome because it calls

3    for discovery that can be obtained more conveniently and with less burden and/or expense from

4    sources other than Microsoft.  Microsoft also objects to this Request as irrelevant and/or overly

5    broad, unduly burdensome, and not proportional to the needs of the case to the extent it seeks

6    information that is not relevant to any claims or defenses in this Action because Microsoft's

7    communications with third parties related to agreements that do not involve the copyrighted

8    material or any parties to this Action are not at issue in this Action.  Microsoft also objects to this

9    Request as overly broad, unduly burdensome, and not proportional to the needs of the case to the

10   extent it seeks "[a]ll Documents and Communications" thereby purporting to require Microsoft to

11   conduct a search of all files in its possession, custody, or control or to locate all or any documents

12   that might be responsive.  Microsoft also objects to the phrase "licensing agreements" as vague and

13   ambiguous.  Microsoft will interpret the term "licensing agreement" to mean "agreement to access

14   or use."   Microsoft also objects to this Request as irrelevant and/or overly broad and not

15   proportional to the needs of the case to the extent it seeks information regarding agreements that

16   were never completed or finalized.

17          Subject to its objections, Microsoft responds as follows:  Microsoft will not search for or

18   produce any documents responsive to this Request beyond what Microsoft has agreed to produce

19   in response to Request No. 19.

20   **REQUEST FOR PRODUCTION NO. 21:**

21          All Documents and Communications related to licensing books for use as AI Training data.

22   **RESPONSE TO REQUEST FOR PRODUCTION NO. 21:**

23          Microsoft objects to this Request as overly broad and unduly burdensome because it calls

24   for discovery that can be obtained more conveniently and with less burden and/or expense from

25   sources other than Microsoft.  Microsoft also objects to this Request as irrelevant and/or overly

26   broad, unduly burdensome, and not proportional to the needs of the case to the extent it seeks

27   information that is not relevant to any claims or defenses in this Action because Microsoft's

28

communications with third parties related to agreements that do not involve the copyrighted material or any parties to this Action are not at issue in this Action. Microsoft also objects to this Request as overly broad, unduly burdensome, and not proportional to the needs of the case to the extent it seeks "[a]ll Documents and Communications" thereby purporting to require Microsoft to conduct a search of all files in its possession, custody, or control or to locate all or any documents that might be responsive. Microsoft also objects to the phrase "licensing" as vague and ambiguous. Microsoft will interpret the term "licensing" to mean "agreement to access or use." Microsoft also objects to this Request as irrelevant and/or overly broad and not proportional to the needs of the case to the extent it seeks information regarding agreements that were never completed or finalized. Microsoft further objects to this Request to the extent it seeks confidential information of a third party and requires notice to and/or approval from the third party prior to production of such information. Microsoft further objects to this Request as cumulative and duplicative of Request No. 20 and incorporates its responses and objections to that Request as if fully set forth herein.

Subject to its objections, Microsoft responds as follows: Microsoft will not search for or produce any documents responsive to this Request beyond what Microsoft has agreed to produce in response to Request No. 19.

**REQUEST FOR PRODUCTION NO. 22:**

All Documents and Communications related to the valuation of licenses for AI Training data.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 22:**

Microsoft objects to this Request as overly broad and unduly burdensome because it calls for discovery that can be obtained more conveniently and with less burden and/or expense from sources other than Microsoft. Microsoft also objects to this Request as irrelevant and/or overly broad, unduly burdensome, and not proportional to the needs of the case to the extent it seeks information that is not relevant to any claims or defenses in this Action because Microsoft's valuation related to agreements that do not involve the copyrighted material or any parties to this Action are not at issue in this Action. Microsoft also objects to this Request as overly broad, unduly

21

1   burdensome, and not proportional to the needs of the case to the extent it seeks "[a]ll Documents
2   and Communications" thereby purporting to require Microsoft to conduct a search of all files in its
3   possession, custody, or control or to locate all or any documents that might be responsive.
4   Microsoft also objects to the phrase "licenses" as vague and ambiguous.  Microsoft will interpret
5   the term "licenses" to mean "agreement to access or use."  Microsoft also objects to this Request
6   as irrelevant and/or overly broad and not proportional to the needs of the case to the extent it seeks
7   information regarding agreements that were never completed or finalized.  Microsoft further objects
8   to this Request to the extent it seeks confidential information of a third party and requires notice to
9   and/or approval from the third party prior to production of such information.  Microsoft further
10  objects to this Request as cumulative and duplicative of Request No. 20 and incorporates its
11  responses and objections to that Request as if fully set forth herein.

12       Subject to its objections, Microsoft responds as follows:  Microsoft will not produce any
13  documents responsive to this Request beyond what Microsoft has agreed to produce in response to
14  Request No. 19.

15

16  Dated: December 20, 2024                    ORRICK, HERRINGTON & SUTCLIFF LLP

17

18                                              By: *Annette L. Hurst*
19                                                  Annette L. Hurst

20                                              Attorneys for Non-Party Microsoft Corporation

21

22

23

24

25

26

27

28

22

MICROSOFT CORPORATION'S OBJECTIONS AND RESPONSES TO PLAINTIFFS' SUBPOENA TO
PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
Master File No. 3:23-cv-03223-AMO

1

## CERTIFICATE OF SERVICE

2      The undersigned hereby certifies that a copy of **NON-PARTY MICROSOFT**

3  **CORPORATION'S OBJECTIONS AND RESPONSES TO PLAINTIFFS' SUBPOENA TO**

4  **PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS** was served on December 20,

5  2024 on the following via e-mail and first class mail:

6      Joseph R. Saveri
       Aaron Cera
7      **JOSEPH R. SAVERI LAW FIRM, LLP**
       601 California Street, Suite 1505
8      San Francisco, CA 94108
       jsaveri@saverilawfirm.com
9      acera@saverilawfirm.com

10                              */s/ Shelley M. Meyer*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MICROSOFT CORPORATION'S OBJECTIONS AND RESPONSES TO PLAINTIFFS' SUBPOENA TO
PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
Master File No. 3:23-cv-03223-AMO