**BOIES SCHILLER FLEXNER LLP**
David Boies (*pro hac vice*)
333 Main Street
Armonk, NY 10504
(914) 749-8200
dboies@bsfllp.com

**JOSEPH SAVERI LAW FIRM, LLP**
Joseph R. Saveri (State Bar No. 130064)
601 California Street, Suite 1505
San Francisco, CA 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email: jsaveri@saverilawfirm.com

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone: (323) 968-2632
Facsimile: (415) 395-9940
Email: mb@butterricklaw.com

**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
Bryan L. Clobes (*pro hac vice*)
205 N. Monroe Street
Media, PA 19063
Telephone: (215) 864-2800
Email: bclobes@caffertyclobes.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*

[Additional counsel on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPENAI CHATGPT LITIGATION<br><br>This document relates to:<br><br>Case No. 3:23-cv-03223-AMO<br>Case No. 4:23-cv-03416-AMO<br>Case No. 4:23-cv-04625-AMO | Master File No. 3:23-cv-03223-AMO<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED RE: JOINT DISCOVERY LETTER BRIEF** |

Pursuant to Civil Local Rules 7-11 and 79-5(f) and this Court's Standing Order on Motions to Seal, Plaintiffs respectfully submit this Administrative Motion to Consider Whether Another Party's Material Should Be Sealed, filed in connection with the Joint Discovery Letter Brief regarding Plaintiffs' third-party subpoena to Microsoft. The Letter Brief contains, in various places, references to material designated by Defendants (collectively, "OpenAI") as CONFIDENTIAL and/or HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order, Dkt. 106. Plaintiffs preliminarily file under seal the following materials:

| Documents Sought to be Sealed | Portions to be Filed Under Seal | Party Claiming Confidentiality |
|---|---|---|
| Joint Letter Brief | Portions Highlighted in Yellow | OpenAI |

Plaintiffs understand that OpenAI, as the Designating Party, must submit a declaration under Civil Local Rule 79-5(f)(3) stating the applicable legal standard and the reasons for keeping the identified material under seal. Plaintiffs' position is that none of the statements in these documents meet the applicable standard for sealing requests. *See* Order, *Kadrey v. Meta Platforms, Inc.*, No. 23-cv-03417, Dkt. 373 (N.D. Cal. Jan. 8, 2025) (Chhabria, J.) ("Meta's request is preposterous . . . It is clear that Meta's sealing request is not designed to protect against the disclosure of sensitive business information that competitors could use to their advantage.").

Dated: January 24, 2025                     By:      */s/ Maxwell V. Pritt*
                                                      Maxwell V. Pritt

**BOIES SCHILLER FLEXNER LLP**
David Boies (*pro hac vice*)
333 Main Street Armonk,
NY 10504
(914) 749-8200
dboies@bsfllp.com

Maxwell V. Pritt (SBN 253155)
Joshua M. Stein (SBN 298856)
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
(415) 293-6800
mpritt@bsfllp.com
jstein@bsfllp.com

Jesse Panuccio (*pro hac vice*)
1401 New York Ave, NW
Washington, DC 20005
(202) 237-2727
jpanuccio@bsfllp.com

Evan Matthew Ezray *(pro hac vice)*
401 E. Las Olas Blvd., Suite 1200
Ft. Lauderdale, FL 33301
eezray@bsfllp.com

**JOSEPH SAVERI LAW FIRM, LLP**
Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Margaux Poueymirou (State Bar No. 35600)
William W. Castillo Guardado (State Bar No. 294159)
Holden Benon (State Bar No. 325847)
Aaron Cera (State Bar No. 351163)
601 California Street, Suite 1505
San Francisco, CA 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
jsaveri@saverilawfirm.com
czirpoli@saverilawfirm.com
cyoung@saverilawfirm.com
mpoueymirou@saverilawfirm.com
wcastillo@saverilawfirm.com
hbenon@saverilawfirm.com
acera@saverilawfirm.com

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, 406
Los Angeles, CA 90027
Telephone:     (323) 968-2632
Facsimile:     (415) 395-9940
Email:         mb@buttericklaw.com

**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
Bryan L. Clobes (*pro hac vice*)
Alexander J. Sweatman (*pro hac vice*)
Mohammed A. Rathur (*pro hac vice*)
135 South LaSalle Street, Suite 3210
Chicago, IL 60603
Tel: (312) 782-4880
bclobes@caffertyclobes.com

asweatman@caffertyclobes.com
mrathur@caffertyclobes.com

**VENTURA HERSEY & MULLER, LLP**
Daniel J. Muller (State Bar Bo. 193396)
1506 Hamilton Avenue
San Jose, California
Telephone: (408) 512-3022
Facsimile: (408) 512-3023
Email: dmuller@venturahersey.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*

Master File No. 3:23-cv-03223-AMO    3
PLAINTIFFS' ADMIN. MTN. TO CONSIDER SEALING RE: JOINT DISCOVERY LETTER BRIEF