1  JAMES N. KRAMER (SBN 154709)
   jkramer@orrick.com
2  M. TODD SCOTT (SBN 226885)
   tscott@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
4  405 Howard Street
   San Francisco, CA  94105-2669
5  Telephone:   +1 415 773 5700
   Facsimile:   +1 415 773 5759
6
   CATHERINE MALONE (SBN 325283)
7  cmalone@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
8  2050 Main Street, Suite 1100
   Irvine, CA 92614-8255
9  Telephone:   +1 949 567 6700
   Facsimile:   +1 949 567 6710
10
   Attorneys for Non-Party
11 Benjamin J. Mann

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE OPENAI CHATGPT LITIGATION | Case No. 3:23-cv-03223-AMO |
|---|---|
| | **NON-PARTY BENJAMIN J. MANN'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

Pursuant to Civil Local Rules 7-11 and 79-5(f) and this Court's Standing Order on Motions to Seal, Non-Party Benjamin J. Mann respectfully submits this Administrative Motion to Consider Whether Another Party's Material Should Be Sealed, filed in connection with the Reply Brief in support of his Motion to Quash Plaintiffs' Third-Party Deposition Subpoena, or, in the Alternative, for a Protective Order (the "Reply Brief"). Mr. Mann's Reply Brief and Reply Declaration contain, in various places, references to material designated by Defendant OpenAI ("OpenAI") as CONFIDENTIAL and/or HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order, ECF No. 106. For the foregoing reasons, Mr. Mann preliminarily files under seal the following materials:

| Documents Sought to be Sealed | Portions to be Filed Under Seal | Party Claiming Confidentiality |
|---|---|---|
| Mr. Mann's Reply Brief in support of its Motion to Quash Plaintiffs' Third-Party Deposition Subpoena, or, in the Alternative, for a Protective Order | Portions Highlighted in Yellow on page 3 | OpenAI |
| Mr. Mann's Reply Declaration in support of its Motion to Quash Plaintiffs' Third-Party Deposition Subpoena, or, in the Alternative, for a Protective Order | Portions Highlighted in Yellow on pages 1-2 | OpenAI |

In compliance with the Protective Order obligations and the Civil Local Rules of this District, Mr. Mann is submitting under seal, along with this Administration Motion, an unredacted copy of the Reply Brief and Reply Declaration.

Dated: January 27, 2025

JAMES N. KRAMER
M. TODD SCOTT
CATHERINE L. MALONE
Orrick, Herrington & Sutcliffe LLP

By: _____/s/ James N. Kramer_____
JAMES N. KRAMER
Attorneys for Non-Party Benjamin J. Mann