JAMES N. KRAMER (SBN 154709)
jkramer@orrick.com
M. TODD SCOTT (SBN 226885)
tscott@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:   +1 415 773 5700
Facsimile:   +1 415 773 5759

CATHERINE MALONE (SBN 325283)
cmalone@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
2050 Main Street, Suite 1100
Irvine, CA 92614-8255
Telephone:   +1 949 567 6700
Facsimile:   +1 949 567 6710

Attorneys for Non-Party
Benjamin J. Mann

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPENAI CHATGPT LITIGATION | Case No. 3:23-cv-03223-AMO<br><br>**REPLY DECLARATION OF BENJAMIN J. MANN IN SUPPORT OF MOTION TO QUASH PLAINTIFFS' THIRD-PARTY DEPOSITION SUBPOENA OR, IN THE ALTERNATIVE, FOR A PROTECTIVE ORDER**<br><br>Hearing<br>Date:   February 27, 2025<br>Time:   2:00 p.m.<br>Ctrm:   10, 19th Floor<br>Judge:  Hon. Araceli Martinez-Olguin |

I, Benjamin J. Mann, declare as follows:

1. I make this Declaration in support of Non-Party Benjamin J. Mann's Motion to Quash Plaintiffs' Third-Party Deposition Subpoena. I have personal knowledge of the facts set forth here and, if called to testify, could and would testify competently thereto.

2. During my tenure at OpenAI, many individuals, including but not limited to Sam Altman, David Lansky, Chris Hallacy, Nick Ryder, Shantanu Jain, Greg Brockman, and others, were involved in the company's decision-making, analysis, and conversations around dataset collection and use. To the best of my knowledge, all of these individuals, except David Lansky, are still employed by OpenAI. In particular, Chris Hallacy, Nick Ryder, Shantanu Jain, and Greg Brockman were involved in the decision-making, analysis, and conversations around training data and use, including collection and use of datasets containing books, to the same extent as myself.

3. Alec Radford, who to the best of my knowledge remained an OpenAI employee until very recently, collected OpenAI's first set of books training data from the online repository known as ▓▓▓▓ before I joined OpenAI. Later books training data collections I undertook attempted to supplement that original dataset.

4. As a data engineer, my work at OpenAI involved, among other things, developing GPT-3. My understanding at the time was that data collected for GPT-3 would be used to build a non-commercial research model and that none of the data collected was intended to build a commercial model.

5. Two of my former team members, Chris Hallacy and Shantanu Jain have firsthand knowledge and were involved in data collection during my time at OpenAI and, I believe, continued to be involved in training data collection after I left the company. Shantanu Jain and Chris Hallacy were also among several of my OpenAI colleagues who received the transition memo I created to document and transfer knowledge of my work when I left the company. As noted above, I understand that both Chris Hallacy and Shantanu Jain are still employed by OpenAI.

6. As noted in my first declaration, I transferred knowledge about model training data collection to other OpenAI employees when I left the company. This handoff included several meetings at which we discussed data collection for model training. I specifically remember that one

-1-

Mann Reply Decl. ISO Motion to Quash
Deposition Subpoena or for Protective
Order, Case No. 3:23-cv-03223-AMO

of those knowledge transfer meetings included Matthias Plappert, Alethea Power, Nick Ryder, Raul Puri, Shantanu Jain, Mo Bavarian, and Greg Brockman. Of those attendees, my understanding is that Greg Brockman, Mo Bavarian, Shantanu Jain, Raul Puri, and Nick Ryder are all current OpenAI employees.

7. I understand that OpenAI retains its source code and libraries, which are the ultimate source of truth regarding what training data was used for each of OpenAI's models. I do not have access to those resources.

8. It is also my understanding that OpenAI identified me as someone ███████ ████████████████████████████████████████ To the best of my knowledge, I never worked on ███████, which I understand was developed after I left OpenAI.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct to the best of my knowledge and belief.

Executed in San Francisco, California on January 27, 2025.

*Benjamin J. Mann*
BENJAMIN J. MANN