| | |
|---|---|
| JOSEPH C. GRATZ (CA SBN 240676)<br>JGratz@mofo.com<br>TIFFANY CHEUNG (CA SBN 211497)<br>TCheung@mofo.com<br>JOYCE C. LI (CA SBN 323820)<br>JoyceLi@mofo.com<br>MELODY E. WONG (SBN 341494)<br>MelodyWong@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street,<br>San Francisco, California  94105-2482<br>Telephone:     (415) 268-7000<br>Facsimile:      (415) 268-7522<br><br>ROSE S. LEE (CA SBN 294658)<br>RoseLee@mofo.com<br>ALEXANDRA M. WARD (CA SBN 318042)<br>AlexandraWard@mofo.com<br>MORRISON & FOERSTER LLP<br>707 Wilshire Boulevard<br>Los Angeles, California 90017-3543<br>Telephone:     (213) 892-5200<br>Facsimile:      (213) 892-5454<br>[CAPTION CONTINUED ON NEXT PAGE]<br><br>Attorneys for Defendants<br>OPENAI, INC., OPENAI, L.P., OPENAI<br>OPCO, L.L.C., OPENAI GP, L.L.C., OPENAI<br>STARTUP FUND GP I, L.L.C., OPENAI<br>STARTUP FUND I, L.P., AND OPENAI<br>STARTUP FUND MANAGEMENT, LLC | ANDREW M. GASS (SBN 259694)<br>Andrew.Gass@lw.com<br>LATHAM & WATKINS LLP<br>505 Montgomery Street, Suite 2000<br>San Francisco, California  94111<br>Telephone:     (415) 391-0600<br><br>ROBERT A. VAN NEST (SBN 84065)<br>rvannest@keker.com<br>R. JAMES SLAUGHTER (SBN 192813)<br>rslaughter@keker.com<br>PAVEN MALHOTRA (SBN 258429)<br>pmalhotra@keker.com<br>MICHELLE YBARRA (SBN 260697)<br>mybarra@keker.com<br>NICHOLAS S. GOLDBERG (SBN 273614)<br>ngoldberg@keker.com<br>THOMAS E. GORMAN (SBN 279409)<br>tgorman@keker.com<br>KATIE LYNN JOYCE (SBN 308263)<br>kjoyce@keker.com<br>CHRISTOPHER SUN (SBN 308945)<br>csun@keker.com<br>KEKER, VAN NEST & PETERS LLP<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:     (415) 391-5400<br>Facsimile:      (415) 391-7188 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPENAI CHATGPT LITIGATION<br><br>This document relates to:<br><br>All Actions | Master File No. 3:23-cv-03223-AMO<br><br>**DECLARATION OF MICHAEL TRINH IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTIONS TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED [ECF NOS. 268, 270]** |

| | |
|---|---|
| 1 | JOHN R. LANHAM (CA SBN 289382) |
|  | JLanham@mofo.com |
| 2 | SARAH J. VANDERVALK (CA SBN 332651) |
|  | SVandervalk@mofo.com |
| 3 | MORRISON & FOERSTER LLP |
|  | 12531 High Bluff Drive, Suite 100 |
| 4 | San Diego, CA 92130 |
|  | Telephone:    (858) 720-5100 |
| 5 | Facsimile:    (858) 523-2803 |
| 6 | CAROLYN M. HOMER (CA SBN 286441) |
|  | CMHomer@mofo.com |
| 7 | MORRISON & FOERSTER LLP |
|  | 2100 L Street, NW, Suite 900 |
| 8 | Washington, D.C. 20037 |
|  | Telephone:    (202) 887-1500 |
| 9 | Facsimile:    (202) 887-0763 |
| 10 | MAX I. LEVY (CA SBN 346289) |
|  | MLevy@mofo.com |
| 11 | MORRISON & FOERSTER LLP |
|  | 755 Page Mill Road |
| 12 | Palo Alto, CA 94304-1018 |
|  | Telephone:    (650) 813-5600 |
| 13 | Facsimile:    (650) 494-0792 |
| 14 | ERIC K. NIKOLAIDES (*pro hac vice*) |
|  | ENikolaides@mofo.com |
| 15 | ZACHARY S. NEWMAN (*pro hac vice* pending) |
|  | ZNewman@mofo.com |
| 16 | MORRISON & FOERSTER LLP |
|  | 250 West 55th Street |
| 17 | New York, NY 10019-9601 |
|  | Telephone:    (212) 468-8000 |
| 18 | Facsimile:    (212) 468-7900 |
| 19 | SARANG VIJAY DAMLE (*pro hac vice*) |
|  | Sy.Damle@lw.com |
| 20 | MICHAEL A. DAVID (*pro hac vice*) |
|  | Michael.David@lw.com |
| 21 | ELANA NIGHTINGALE DAWSON (*pro hac vice*) |
|  | Elana.Nightingaledawson@lw.com |
| 22 | LATHAM & WATKINS LLP |
|  | 555 Eleventh Street, NW, Suite 1000 |
| 23 | Washington, D.C. 20004 |
|  | Telephone:    (202) 637-2200 |
| 24 | ALLISON L. STILLMAN (*pro hac vice*) |
|  | Alli.Stillman@lw.com |
| 25 | RACHEL R. BLITZER (*pro hac vice*) |
|  | Rachel.blitzer@lw.com |
| 26 | HERMAN H. YUE (*pro hac vice*) |
|  | Herman.yue@lw.com |
| 27 | LATHAM & WATKINS LLP |
|  | 1271 Avenue of the Americas |
| 28 | New York, NY 10020 |
|  | Telephone:    (212) 751-4864 |

TRINH DECL. ISO ECF NOS. 268, 270
MASTER FILE NO.3:23-CV-03223-AMO

I, Michael Trinh, hereby declare as follows:

1. I am Associate General Counsel at OpenAI. I have personal knowledge of the facts set forth below and, if called as a witness, could testify competently thereto.

2. I submit this declaration in support of Plaintiffs' Administrative Motions to Consider Whether Another Party's Material Should Be Sealed, ECF Nos. 268, 270, pursuant to N.D. Cal. L.R. 79-5(f)(3). Specifically, I submit this declaration in support of sealing certain OpenAI confidential information contained in the Joint Discovery Letter Brief filed by Plaintiffs on January 24, 2025 and the Joint Discovery Letter Brief Correction filed by Plaintiffs on January 27, 2025.

3. I have been informed and understand that the OpenAI confidential material contained in the Joint Discovery Letter Briefs and discussed in my declaration has been designated by OpenAI as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" pursuant to the protective order.

4. I have been informed that because the Joint Discovery Letter Briefs relate to a non-dispositive matter, the information requested to be filed under seal is not subject to a strong presumption of public access, and only a showing of "good cause" is needed to justify sealing the material. *See Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006); *Real Action Paintball, Inc. v. Advanced Tactical Ordinance Sys.*, LLC, 2015 WL 1534049, at *2 (N.D. Cal. Apr. 2, 2015) (quoting *Pintos v. Pac. Creditors Ass'n*, 605 F.3d 665, 678 (9th Cir. 2010)).

5. Based on my review, a portion of the Joint Discovery Letter Briefs reflects and discusses competitively sensitive and confidential OpenAI business information and should remain under seal. That portion is located in the parenthetical following the citation to OPCO_NDCAL_1463998-1464006 on page 2. OpenAI is not seeking to seal the other portions of the Joint Discovery Letter Briefs that were submitted with redactions.

6. The identified portion of the Joint Discovery Letter Briefs directly quotes from internal communications between C-level executives of OpenAI containing competitive assessments about a business partnership and a competitor's product.

7. OpenAI treats its executives' deliberations over the competitive landscape and business partnerships as confidential and sensitive, does not release them publicly, and takes steps to protect this information from public disclosure. Disclosure of this information would give OpenAI's competitors insight into its standings with partners and competitors. This would cause competitive harm to OpenAI, given the highly competitive nature of the artificial intelligence industry with global stakeholders.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 31st day of January, 2025, in Redwood City, California.

/s/ Michael Trinh
Michael Trinh
Associate General Counsel
OpenAI

**ECF ATTESTATION**

I, John Lanham, am the ECF User whose ID and password are being used to file this document. In accordance with Civil L.R. 5-1(i)(3), concurrence in and authorization of the filing of this document has been obtained from Michael Trinh, declarant.

Dated: January 31, 2025                    MORRISON & FOERSTER LLP

By:   /s/ John R. Lanham
         John R. Lanham

*Attorney for Defendants*
OPENAI, INC., OPENAI, L.P., OPENAI OPCO, L.L.C., OPENAI GP, L.L.C., OPENAI STARTUP FUND GP I, L.L.C., OPENAI STARTUP FUND I, L.P., AND OPENAI STARTUP FUND MANAGEMENT, LLC

TRINH DECL. ISO ECF NOS. 268, 270
MASTER FILE NO.3:23-CV-03223-AMO                    1