1  COOLEY LLP
   SHANNON M. EAGAN (212830)
2  (seagan@cooley.com)
   3175 Hanover Street
3  Palo Alto, CA 94304-1130
   Telephone:   +1 650 843 5000
4  Facsimile:   +1 650 849-7400

5  JEFFREY M. GUTKIN (216083)
   (jgutkin@cooley.com)
6  3 Embarcadero Center, 20th Floor
   San Francisco, California 94111-4004
7  Telephone:   +1 415 693 2000
   Facsimile:   +1 415 693 2222
8
   Attorneys for Non-Parties
9  Benjamin J. Mann and Dario Amodei

10
                     UNITED STATES DISTRICT COURT
11
                    NORTHERN DISTRICT OF CALIFORNIA
12
                         SAN FRANCISCO DIVISION
13

14
   IN RE OPENAI CHATGPT LITIGATION          Case No. 3:23-cv-03223-AMO
15
                                             **STIPULATION AND [PROPOSED] ORDER TO
16                                           RESET HEARING DATE FOR NON-PARTY
                                             BENJAMIN J. MANN'S MOTION TO QUASH
17                                           PLAINTIFF'S THIRD-PARTY DEPOSITION
                                             SUBPOENA**
18
                                             Dept:   Eureka-McKinleyville Courthouse
19                                           Judge:  Hon. Robert M. Illman
                                             Time:   N/A
20

21

22

23

24

25

26

27

28

COOLEY LLP
ATTORNEYS AT LAW

Pursuant to Civil Local Rule 6-2, the plaintiffs in the above-captioned action ("Plaintiffs") and Non-Party Benjamin J. Mann (Non-Party Mann), by and through his undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on January 14, 2025, Non-Party Mann filed a Motion to Quash Plaintiffs' Third-Party Deposition Subpoena or, in the Alternative, for a Protective Order ("Motion to Quash");

WHEREAS, on January 28, 2025, Non-Party Mann retained the Cooley LLP law firm as his new counsel for this action;

WHEREAS, on January 29, 2025, the Court set a February 4, 2025 hearing for the Motion to Quash;

WHEREAS, attorneys from Cooley, after signing the appropriate protective orders, first received the unredacted moving papers and exhibits for the Motion to Quash at approximately 10:00 PM yesterday, January 30, 2025;

WHEREAS, counsel for Non-Party Mann contacted counsel for Plaintiffs and asked if they would stipulate to a one-week continuance of the hearing on the Motion to Quash to permit counsel for Non-Party Mann to review the papers and otherwise familiarize themselves with the relevant record; and

WHEREAS, counsel for Plaintiffs agreed.

NOW, THEREFORE, THE PARTIES STIPULATE AND REQUEST THAT:

1. The hearing on the Motion to Quash in *In re OpenAI Litigation* be continued until February 11, 2025 or, if needed, a later date convenient to the Court.

**IT IS SO STIPULATED.**

Dated: January 31, 2025                COOLEY LLP

By:   /s/Jeffrey M. Gutkin
      Jeffrey M. Gutkin

Attorneys for Non-Parties
Benjamin J. Mann and Dario Amodei

Dated: January 31, 2025                JOSEPH SAVERI LAW FIRM

By:   /s/ Joseph R. Saveri
      Joseph R. Saveri

Attorneys for Plaintiffs

\*   \*   \*

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatories.

Dated: January 31, 2025                COOLEY LLP

By:   /s/ Jeffrey M. Gutkin
      Jeffrey M. Gutkin

Attorneys for Non-Parties

**[PROPOSED] ORDER**

**PURSUANT TO THE STIPULATION, THE COURT ORDERS AS FOLLOWS:**

The hearing for Benjamin J. Mann's Motion to Quash Plaintiff's Third-Party Deposition Subpoena is reset to February 11, 2025.

Dated: _____

_____
The Honorable Robert M. Illman
United States Magistrate Judge

314209145

COOLEY LLP
ATTORNEYS AT LAW

STIPULATION & [PROPOSED] ORDER
TO RESET HEARING
CASE NO. 3:23-CV-03223-AMO