1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

COOLEY LLP
SHANNON M. EAGAN (212830)
(seagan@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304-1130
Telephone:     +1 650 843 5000
Facsimile:     +1 650 849-7400

JEFFREY M. GUTKIN (216083)
(jgutkin@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California  94111-4004
Telephone:     +1 415 693 2000
Facsimile:     +1 415 693 2222

Attorneys for Non-Parties
Benjamin J. Mann and Dario Amodei

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPENAI CHATGPT LITIGATION | Case No. 3:23-cv-03223-AMO<br><br>**STIPULATION AND [PROPOSED] ORDER TO RESET HEARING DATE FOR NON-PARTY BENJAMIN J. MANN'S MOTION TO QUASH PLAINTIFF'S THIRD-PARTY DEPOSITION SUBPOENA**<br><br>Dept:     Eureka-McKinleyville Courthouse<br>Judge:   Hon. Robert M. Illman<br>Time:     N/A |

1    Pursuant to Civil Local Rule 6-2, the plaintiffs in the above-captioned action ("Plaintiffs")

2  and Non-Party Benjamin J. Mann (Non-Party Mann), by and through his undersigned counsel,

3  hereby stipulate and agree as follows:

4    WHEREAS, on January 14, 2025, Non-Party Mann filed a Motion to Quash Plaintiffs'

5  Third-Party Deposition Subpoena or, in the Alternative, for a Protective Order ("Motion to

6  Quash");

7    WHEREAS, on January 28, 2025, Non-Party Mann retained the Cooley LLP law firm as

8  his new counsel for this action;

9    WHEREAS, on January 29, 2025, the Court set a February 4, 2025 hearing for the Motion

10  to Quash;

11    WHEREAS, attorneys from Cooley, after signing the appropriate protective orders, first

12  received the unredacted moving papers and exhibits for the Motion to Quash at approximately

13  10:00 PM yesterday, January 30, 2025;

14    WHEREAS, counsel for Non-Party Mann contacted counsel for Plaintiffs and asked if they

15  would stipulate to a one-week continuance of the hearing on the Motion to Quash to permit counsel

16  for Non-Party Mann to review the papers and otherwise familiarize themselves with the relevant

17  record; and

18    WHEREAS, counsel for Plaintiffs agreed.

19    NOW, THEREFORE, THE PARTIES STIPULATE AND REQUEST THAT:

20    1.    The hearing on the Motion to Quash in *In re OpenAI Litigation* be continued until

21  February 11, 2025 or, if needed, a later date convenient to the Court.

22    **IT IS SO STIPULATED.**

23

24

25

26

27

28

COOLEY LLP
ATTORNEYS AT LAW

STIPULATION & [PROPOSED] ORDER
TO RESET HEARING
CASE NO. 3:23-CV-03223-AMO

Dated: January 31, 2025                    COOLEY LLP


                                           By:   /s/Jeffrey M. Gutkin
                                                 Jeffrey M. Gutkin

                                           Attorneys for Non-Parties
                                           Benjamin J. Mann and Dario Amodei

Dated: January 31, 2025                    JOSEPH SAVERI LAW FIRM


                                           By:   /s/ Joseph R. Saveri
                                                 Joseph R. Saveri

                                           Attorneys for Plaintiffs

                              *       *       *


                          **ATTESTATION**

        Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document

has been obtained from the signatories.

                                           COOLEY LLP
Dated: January 31, 2025


                                           By:   /s/ Jeffrey M. Gutkin
                                                 Jeffrey M. Gutkin

                                           Attorneys for Non-Parties

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

**PURSUANT TO THE STIPULATION, THE COURT ORDERS AS FOLLOWS:**

The hearing for Benjamin J. Mann's Motion to Quash Plaintiff's Third-Party Deposition Subpoena is reset to February 11, 2025.

Dated: February 1, 2025

The Honorable Robert M. Illman
United States Magistrate Judge

314209145