Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Holden Benon (State Bar No. 325847)
Aaron Cera (State Bar No. 351163)
Margaux Poueymirou (State Bar No. 35600)
Melissa Tribble (State Bar No. 339098)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, California 94108
Telephone:      (415) 500-6800
Facsimile:       (415) 395-9940
Email:             jsaveri@saverilawfirm.com
                       czirpoli@saverilawfirm.com
                       cyoung@saverilawfirm.com
                       hbenon@saverilawfirm.com
                       acera@saverilawfirm.com
                       mpoueymirou@saverilawfirm.com
                       mtribble@saverilawfirm.com

*Counsel for Individual and Representative Plaintiffs*
*and the Proposed Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE OPENAI CHATGPT LITIGATION | Master File No. 3:23-cv-03223-AMO |
| This document relates to: | **DECLARATION OF HOLDEN BENON IN SUPPORT OF PLAINTIFFS' REQUEST FOR LEAVE TO FILE A SUR-REPLY OR, ALTERNATIVELY, OBJECTION TO THE REPLY BRIEF AND REPLY DECLARATION IN SUPPORT OF BEN MANN'S MOTION TO QUASH** |
| Case No. 3:23-cv-03416-AMO | |
| Case No. 3:23-cv-04625-AMO | |

Master File No. 3:23-cv-03223-AMO

DECLARATION OF HOLDEN BENON IN SUPPORT OF PLAINTIFFS' REQUEST FOR LEAVE TO FILE A SUR-REPLY OR, ALTERNATIVELY, OBJECTION TO THE REPLY BRIEF AND REPLY DECLARATION IN SUPPORT OF BEN MANN'S MOTION TO QUASH

1    I, Holden Benon, declare as follows:

2         1.       I am an attorney duly licensed to practice in the State of California. I am an Associate at

3    the Joseph Saveri Law Firm, LLP ("JSLF"), counsel of record for Plaintiffs Paul Tremblay,

4    Christopher Golden, Richard Kadrey, and Sarah Silverman in the action titled *In re OpenAI ChatGPT*

5    *Litigation*, Master File No. 3:23-cv-03223-AMO. I have personal knowledge of the matters stated

6    herein and, if called upon, I could competently testify thereto. I make this declaration pursuant to 28

7    U.S.C. § 1746 in support of Plaintiffs' Request for Leave to File a Sur-Reply or, Alternatively, Objection

8    to the reply Brief and Reply Declaration in Support of Ben Mann's Motion to Quash.

9         2.       Attached as Exhibit A is a true and correct copy of a document produced in this action

10   with the bates label beginning OPCO_NDCAL_0871051.

11        3.       Attached as Exhibit B is a true and correct copy of a document produced in this action

12   with beginning bates label OPCO_NDCAL_0872730.

13        4.       Attached as Exhibit C is a true and correct copy of a document produced in this action

14   with beginning bates label OPCO_NDCAL_0858690.

15        5.       Attached as Exhibit D is a true and correct copy of a document produced in this action

16   with beginning bates label OPCO_NDCAL_0872951.

17        6.       Attached as Exhibit E is a true and correct copy of a document produced in this action

18   with beginning bates label OPCO_NDCAL_0871057.

19        7.       Attached as Exhibit F is a true and correct copy of a document produced in this action

20   with beginning bates label OPCO_NDCAL_0750434.

21        8.       Attached as Exhibit G is a true and correct copy of a document produced in this action

22   with beginning bates label OPCO_NDCAL_0780353.

23        9.       Attached as Exhibit H is a true and correct copy of a document produced in this action

24   with beginning bates label OPCO_NDCAL_0858865.

25        10.      Attached as Exhibit I is a true and correct copy of a document produced in this action

26   with beginning bates label OPCO_NDCAL_0067538.

27

28   Master File No. 3:23-cv-03223-AMO                    1

DECLARATION OF HOLDEN BENON IN SUPPORT OF PLAINTIFFS' REQUEST FOR LEAVE TO FILE A SUR-
REPLY OR, ALTERNATIVELY, OBJECTION TO THE REPLY BRIEF AND REPLY DECLARATION IN SUPPORT
OF BEN MANN'S MOTION TO QUASH

1    11.    Attached as Exhibit J is a true and correct copy of a document produced in this action

2 with beginning bates label OPCO_NDCAL_0067569.

3    12.    Attached as Exhibit K is a true and correct copy of a document produced in this action

4 with beginning bates label OPCO_NDCAL_0067581.

5    I declare under penalty of perjury that the foregoing is true and correct. Executed this 3rd day

6 of February 2025, in San Francisco, California.

7

                                        By:    */s/ Holden Benon*
8                                                Holden Benon

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF HOLDEN BENON IN SUPPORT OF PLAINTIFFS' REQUEST FOR LEAVE TO FILE A SUR-REPLY OR, ALTERNATIVELY, OBJECTION TO THE REPLY BRIEF AND REPLY DECLARATION IN SUPPORT OF BEN MANN'S MOTION TO QUASH