Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Holden Benon (State Bar No. 325847)
Aaron Cera (State Bar No. 351163)
Margaux Poueymirou (State Bar No. 35600)
Melissa Tribble (State Bar No. 339098)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, California 94108
Telephone:   (415) 500-6800
Facsimile:   (415) 395-9940
Email:       jsaveri@saverilawfirm.com
             czirpoli@saverilawfirm.com
             cyoung@saverilawfirm.com
             hbenon@saverilawfirm.com
             acera@saverilawfirm.com
             mpoueymirou@saverilawfirm.com
             mtribble@saverilawfirm.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPENAI CHATGPT LITIGATION<br><br>This document relates to:<br><br>Case No. 3:23-cv-03223-AMO<br>Case No. 3:23-cv-03416-AMO | Master File No. 3:23-cv-03223-AMO<br><br>**CERTIFICATE OF SERVICE** |

# CERTIFICATE OF SERVICE

I, the undersigned, am employed by the Joseph Saveri Law Firm, LLP. My business address is 601 California Street, Suite 1505, San Francisco, California 94108. I am over the age of eighteen and not a party to this action.

On February 3, 2025, I caused the following documents to be served by email upon the parties listed on the attached Service List:

- **PLAINTIFFS' REQUEST FOR LEAVE TO FILE A SUR-REPLY OR, ALTERNATIVELY, OBJECTION TO THE REPLY BRIEF AND REPLY DECLARATION IN SUPPORT OF BEN MANN'S MOTION TO QUASH**
- **EXHIBITS A-K TO THE DECLARATION OF HOLDEN BENON IN SUPPORT OF PLAINTIFFS' REQUEST FOR LEAVE TO FILE A SUR-REPLY OR, ALTERNATIVELY, OBJECTION TO THE REPLY BRIEF AND REPLY DECLARATION IN SUPPORT OF BEN MANN'S MOTION TO QUASH**

I declare under penalty of perjury that the foregoing is true and correct. Executed February 3, 2025, at San Francisco, California.

By: */s/ Joshua Ram*
Joshua Ram

Master File No. 3:23-cv-03223-AMO          1
CERTIFICATE OF SERVICE

**SERVICE LIST**

| | |
|---|---|
| Joseph Charles Gratz<br>Joyce C. Li<br>Melody Ellen Wong<br>Tiffany Cheung<br>Vera Ranieri<br>**MORRISON & FOERSTER LLP**<br>425 Market Street<br>San Francisco, CA 94105<br>Email: jgratz@mofo.com<br>       joyceli@mofo.com<br>       melodywong@mofo.com<br>       tcheung@mofo.com<br>       VRanieri@mofo.com<br><br>Alexandra Marie Ward<br>Rose S. Lee<br>**MORRISON & FOERSTER LLP**<br>707 Wilshire Blvd., Suite 6000<br>Los Angeles, CA 90017<br>Email: alexandraward@mofo.com<br>       roselee@mofo.com<br><br>Sarah Vandervalk<br>**MORRISON & FOERSTER LLP**<br>12531 High Bluff Drive, Suite 100<br>San Diego, CA 92130<br>Email: svandervalk@mofo.com<br><br>Eric Nikolaides<br>**MORRISON & FOERSTER LLP**<br>250 W. 55th St<br>New York, NY 10019<br>Email: enikolaides@mofo.com<br><br>Max I. Levy<br>**MORRISON & FOERSTER LLP**<br>755 Page Mill Road<br>Palo Alto, CA 94304-1018<br>Email: mlevy@mofo.com<br><br>OpenAICopyright@mofo.com | Andrew Michael Gass<br>Joseph Richard Wetzel<br>**LATHAM & WATKINS LLP**<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111<br>Email: andrew.gass@lw.com<br>       joseph.wetzel@lw.com<br><br>Allison L. Stillman<br>Rachel R. Blitzer<br>**LATHAM & WATKINS LLP**<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Email: alli.stillman@lw.com<br>       rachel.blitzer@lw.com<br><br>Sarang Damle<br>Elana Nightingale Dawson<br>**LATHAM & WATKINS LLP**<br>555 Eleventh Street, NW, Suite 1505<br>Washington, DC 20004<br>Email: sy.damle@lw.com<br>       elana.nightingaledawson@lw.com<br><br>openaicopyrightlitigation.lwteam@lw.com<br><br>[continued on next page] |

| | |
|---|---|
| Paven Malhotra<br>Robert Addy Van Nest<br>Christopher Steven Sun<br>Katie Lynn Joyce<br>Michelle Sabrina Ybarra<br>Nicholas Samuel Goldberg<br>R. James Slaughter<br>Thomas Edward Gorman<br>**KEKER VAN NEST & PETERS**<br>633 Battery St.<br>San Francisco, CA 94111<br>Email: pmalhotra@keker.com<br>       rvannest@keker.com<br>       csun@keker.com<br>       kjoyce@keker.com<br>       mybarra@keker.com<br>       ngoldberg@keker.com<br>       rslaughter@keker.com<br>       tgorman@keker.com<br>KVPOAI@keker.com<br><br>*Counsel for Defendants OpenAI, Inc., a Delaware nonprofit corporation; OpenAI, L.P., a Delaware limited partnership; OpenAI OpCo, L.L.C., a Delaware limited liability corporation; OpenAI GP, L.L.C., a Delaware limited liability company; OpenAI Startup Fund GP I, L.L.C., a Delaware limited liability company; OpenAI Startup Fund I, L.P., a Delaware limited partnership; OpenAI Startup Fund Management, LLC, a Delaware limited liability company* | Jeffrey Gutkin<br>**COOLEY LLP**<br>3 Embarcadero Center<br>20th Floor<br>San Francisco, CA 94111-4004<br>Email: jgutkin@cooley.com<br><br>Shannon Eagan<br>**COOLEY LLP**<br>3175 Hanover Street<br>Palo Alto, CA 94304<br>Email: seagan@cooley.com<br><br>*Counsel for Ben Mann and Dario Amodei* |

Master File No. 3:23-cv-03223-AMO    3
CERTIFICATE OF SERVICE