| | |
|---|---|
| JOSEPH C. GRATZ (CA SBN 240676) | ANDREW M. GASS (SBN 259694) |
| JGratz@mofo.com | Andrew.Gass@lw.com |
| TIFFANY CHEUNG (CA SBN 211497) | LATHAM & WATKINS LLP |
| TCheung@mofo.com | 505 Montgomery Street, Suite 2000 |
| JOYCE C. LI (CA SBN 323820) | San Francisco, California 94111 |
| JoyceLi@mofo.com | Telephone:    (415) 391-0600 |
| MELODY E. WONG (SBN 341494) | |
| MelodyWong@mofo.com | ROBERT A. VAN NEST (SBN 84065) |
| MORRISON & FOERSTER LLP | rvannest@keker.com |
| 425 Market Street, | R. JAMES SLAUGHTER (SBN 192813) |
| San Francisco, California 94105-2482 | rslaughter@keker.com |
| Telephone:    (415) 268-7000 | PAVEN MALHOTRA (SBN 258429) |
| Facsimile:    (415) 268-7522 | pmalhotra@keker.com |
| | MICHELLE YBARRA (SBN 260697) |
| ROSE S. LEE (CA SBN 294658) | mybarra@keker.com |
| RoseLee@mofo.com | NICHOLAS S. GOLDBERG (SBN 273614) |
| ALEXANDRA M. WARD (CA SBN 318042) | ngoldberg@keker.com |
| AlexandraWard@mofo.com | THOMAS E. GORMAN (SBN 279409) |
| MORRISON & FOERSTER LLP | tgorman@keker.com |
| 707 Wilshire Boulevard | KATIE LYNN JOYCE (SBN 308263) |
| Los Angeles, California 90017-3543 | kjoyce@keker.com |
| Telephone:    (213) 892-5200 | CHRISTOPHER SUN (SBN 308945) |
| Facsimile:    (213) 892-5454 | csun@keker.com |
| [CAPTION CONTINUED ON NEXT PAGE] | KEKER, VAN NEST & PETERS LLP |
| | 633 Battery Street |
| Attorneys for Defendants | San Francisco, CA 94111-1809 |
| OPENAI, INC., OPENAI, L.P., OPENAI | Telephone:    (415) 391-5400 |
| OPCO, L.L.C., OPENAI GP, L.L.C., OPENAI | Facsimile:    (415) 391-7188 |
| STARTUP FUND GP I, L.L.C., OPENAI | |
| STARTUP FUND I, L.P., AND OPENAI | |
| STARTUP FUND MANAGEMENT, LLC | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPENAI CHATGPT LITIGATION<br><br>This document relates to:<br>All Actions<br>Case No. 3:23-cv-03223-AMO<br>Case No. 4:23-cv-03416-AMO | Master File No. 3:23-cv-03223-AMO<br><br>**DEFENDANTS' RESPONSE TO NON-PARTY BENJAMIN J. MANN'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED [ECF NO. 272]** |

1  JOHN R. LANHAM (CA SBN 289382)
   JLanham@mofo.com
2  SARAH J. VANDERVALK (CA SBN 332651)
   SVandervalk@mofo.com
3  MORRISON & FOERSTER LLP
   12531 High Bluff Drive, Suite 100
4  San Diego, CA 92130
   Telephone:    (858) 720-5100
5  Facsimile:    (858) 523-2803

6  CAROLYN M. HOMER (CA SBN 286441)
   CMHomer@mofo.com
7  MORRISON & FOERSTER LLP
   2100 L Street, NW, Suite 900
8  Washington, D.C. 20037
   Telephone:    (202) 887-1500
9  Facsimile:    (202) 887-0763

10 MAX I. LEVY (CA SBN 346289)
   MLevy@mofo.com
11 MORRISON & FOERSTER LLP
   755 Page Mill Road
12 Palo Alto, CA 94304-1018
   Telephone:    (650) 813-5600
13 Facsimile:    (650) 494-0792

14 ERIC K. NIKOLAIDES (*pro hac vice*)
   ENikolaides@mofo.com
15 ZACHARY S. NEWMAN (*pro hac vice* pending)
   ZNewman@mofo.com
16 MORRISON & FOERSTER LLP
   250 West 55th Street
17 New York, NY 10019-9601
   Telephone:    (212) 468-8000
18 Facsimile:    (212) 468-7900

19 SARANG VIJAY DAMLE (*pro hac vice*)
   Sy.Damle@lw.com
20 ELANA NIGHTINGALE DAWSON (*pro hac vice*)
   Elana.Nightingaledawson@lw.com
21 LATHAM & WATKINS LLP
   555 Eleventh Street, NW, Suite 1000
22 Washington, D.C. 20004
   Telephone:    (202) 637-2200
23
   ALLISON L. STILLMAN (*pro hac vice*)
24 Alli.Stillman@lw.com
   RACHEL R. BLITZER
25 Rachel.blitzer@lw.com (*pro hac vice*)
   LATHAM & WATKINS LLP
26 1271 Avenue of the Americas
   New York, NY 10020
27 Telephone:    (212) 751-4864

28

OpenAI Defendants do not intend to move to seal the unredacted versions of (1) Non-Party Benjamin J. Mann's Reply in Support of Motion to Quash Plaintiffs' Third-Party Deposition Subpoena or, in the Alternative, for a Protective Order, or (2) Reply Declaration of Benjamin J. Mann in Support of Motion to Quash Plaintiffs' Third-Party Deposition Subpoena or, in the Alternative, for a Protective Order, which are the subject of Mr. Mann's Administrative Motion to Consider Whether Another Party's Material Should be Sealed, ECF No. 272.

| | | |
|---|---|---|
| 1 | Dated: February 3, 2025 | MORRISON & FOERSTER LLP |
| 2 | | |
| 3 | | By:  /s/ John R. Lanham<br>        John R. Lanham |
| 4 | | JOSEPH C. GRATZ<br>JGratz@mofo.com |
| 5 | | TIFFANY CHEUNG<br>TCheung@mofo.com |
| 6 | | JOYCE C. LI<br>JoyceLi@mofo.com |
| 7 | | MELODY E. WONG<br>MelodyWong@mofo.com |
| 8 | | MORRISON & FOERSTER LLP<br>425 Market Street |
| 9 | | San Francisco, California  94105-2482<br>Telephone:    (415) 268-7000 |
| 10 | | Facsimile:     (415) 268-7522 |
| 11 | | ROSE S. LEE<br>RoseLee@mofo.com |
| 12 | | ALEXANDRA M. WARD<br>AlexandraWard@mofo.com |
| 13 | | MORRISON & FOERSTER LLP<br>707 Wilshire Boulevard |
| 14 | | Los Angeles, California 90017-3543<br>Telephone:    (213) 892-5200 |
| 15 | | Facsimile:     (213) 892-5454 |
| 16 | | JOHN R. LANHAM<br>JLanham@mofo.com |
| 17 | | SARAH J. VANDERVALK<br>SVandervalk@mofo.com |
| 18 | | MORRISON & FOERSTER LLP<br>12531 High Bluff Drive, Suite 100 |
| 19 | | San Diego, CA 92130<br>Telephone:    (858) 720-5100 |
| 20 | | Facsimile:     (858) 523-2803 |
| 21 | | CAROLYN M. HOMER<br>CMHomer@mofo.com |
| 22 | | MORRISON & FOERSTER LLP<br>2100 L Street, NW, Suite 900 |
| 23 | | Washington, D.C. 20037<br>Telephone:    (202) 887-1500 |
| 24 | | Facsimile:     (202) 887-0763 |
| 25 | | *Attorneys for Defendants*<br>OPENAI, INC., OPENAI, L.P., OPENAI |
| 26 | | OPCO, L.L.C., OPENAI GP, L.L.C., OPENAI<br>STARTUP FUND GP I, L.L.C., OPENAI |
| 27 | | STARTUP FUND I, L.P., AND OPENAI<br>STARTUP FUND MANAGEMENT, LLC |
| 28 | | |

LATHAM & WATKINS LLP

By:   */s/ Elana Nightingale Dawson*
      Elana Nightingale Dawson

ANDREW M. GASS
Andrew.Gass@lw.com
JOSEPH R. WETZEL
Joe.Wetzel@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: (415) 391-0600

SARANG VIJAY DAMLE (*pro hac vice*)
Sy.Damle@lw.com
ELANA NIGHTINGALE DAWSON (*pro hac vice*)
Elana.Nightingaledawson@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2200

ALLISON L. STILLMAN (*pro hac vice*)
Alli.Stillman@lw.com
RACHEL R. BLITZER
Rachel.blitzer@lw.com (*pro hac vice*)
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 751-4864

*Attorneys for Defendants*
OPENAI, INC., OPENAI, L.P., OPENAI OPCO, L.L.C., OPENAI GP, L.L.C., OPENAI STARTUP FUND GP I, L.L.C., OPENAI STARTUP FUND I, L.P., AND OPENAI STARTUP FUND MANAGEMENT, LLC

| | |
|---|---|
| 1 | KEKER, VAN NEST & PETERS LLP |
| 2 | |
| 3 | By:   */s/ Christopher Sun*<br>      Christopher Sun |

ROBERT A. VAN NEST
rvannest@keker.com
R. JAMES SLAUGHTER
rslaughter@keker.com
PAVEN MALHOTRA
pmalhotra@keker.com
MICHELLE YBARRA
mybarra@keker.com
NICHOLAS S. GOLDBERG
ngoldberg@keker.com
THOMAS E. GORMAN
tgorman@keker.com
KATIE LYNN JOYCE
kjoyce@keker.com
CHRISTOPHER SUN
csun@keker.com
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone:   (415) 391-5400
Facsimile:    (415) 391-7188

*Attorneys for Defendants*
OPENAI, INC., OPENAI, L.P., OPENAI OPCO, L.L.C., OPENAI GP, L.L.C., OPENAI STARTUP FUND GP I, L.L.C., OPENAI STARTUP FUND I, L.P., AND OPENAI STARTUP FUND MANAGEMENT, LLC