| | |
|---|---|
| JOSEPH C. GRATZ (CA SBN 240676)<br>JGratz@mofo.com<br>TIFFANY CHEUNG (CA SBN 211497)<br>TCheung@mofo.com<br>JOYCE C. LI (CA SBN 323820)<br>JoyceLi@mofo.com<br>MELODY E. WONG (SBN 341494)<br>MelodyWong@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street,<br>San Francisco, California 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522<br><br>ROSE S. LEE (CA SBN 294658)<br>RoseLee@mofo.com<br>ALEXANDRA M. WARD (CA SBN 318042)<br>AlexandraWard@mofo.com<br>MORRISON & FOERSTER LLP<br>707 Wilshire Boulevard<br>Los Angeles, California 90017-3543<br>Telephone: (213) 892-5200<br>Facsimile: (213) 892-5454<br>[CAPTION CONTINUED ON NEXT PAGE]<br><br>Attorneys for Defendants<br>OPENAI, INC., OPENAI, L.P., OPENAI<br>OPCO, L.L.C., OPENAI GP, L.L.C., OPENAI<br>STARTUP FUND GP I, L.L.C., OPENAI<br>STARTUP FUND I, L.P., AND OPENAI<br>STARTUP FUND MANAGEMENT, LLC | ANDREW M. GASS (SBN 259694)<br>Andrew.Gass@lw.com<br>LATHAM & WATKINS LLP<br>505 Montgomery Street, Suite 2000<br>San Francisco, California 94111<br>Telephone: (415) 391-0600<br><br>ROBERT A. VAN NEST (SBN 84065)<br>rvannest@keker.com<br>R. JAMES SLAUGHTER (SBN 192813)<br>rslaughter@keker.com<br>PAVEN MALHOTRA (SBN 258429)<br>pmalhotra@keker.com<br>MICHELLE YBARRA (SBN 260697)<br>mybarra@keker.com<br>NICHOLAS S. GOLDBERG (SBN 273614)<br>ngoldberg@keker.com<br>THOMAS E. GORMAN (SBN 279409)<br>tgorman@keker.com<br>KATIE LYNN JOYCE (SBN 308263)<br>kjoyce@keker.com<br>CHRISTOPHER SUN (SBN 308945)<br>csun@keker.com<br>KEKER, VAN NEST & PETERS LLP<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone: (415) 391-5400<br>Facsimile: (415) 391-7188 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPENAI CHATGPT LITIGATION<br><br>This document relates to:<br>All Actions<br>Case No. 3:23-cv-03223-AMO<br>Case No. 4:23-cv-03416-AMO | Master File No. 3:23-cv-03223-AMO<br><br>**DEFENDANTS' RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED [ECF NO. 278]** |

1  JOHN R. LANHAM (CA SBN 289382)
   JLanham@mofo.com
2  SARAH J. VANDERVALK (CA SBN 332651)
   SVandervalk@mofo.com
3  MORRISON & FOERSTER LLP
   12531 High Bluff Drive, Suite 100
4  San Diego, CA 92130
   Telephone:   (858) 720-5100
5  Facsimile:   (858) 523-2803

6  CAROLYN M. HOMER (CA SBN 286441)
   CMHomer@mofo.com
7  MORRISON & FOERSTER LLP
   2100 L Street, NW, Suite 900
8  Washington, D.C. 20037
   Telephone:   (202) 887-1500
9  Facsimile:   (202) 887-0763

10 MAX I. LEVY (CA SBN 346289)
   MLevy@mofo.com
11 MORRISON & FOERSTER LLP
   755 Page Mill Road
12 Palo Alto, CA 94304-1018
   Telephone:   (650) 813-5600
13 Facsimile:   (650) 494-0792

14 ERIC K. NIKOLAIDES (*pro hac vice*)
   ENikolaides@mofo.com
15 ZACHARY S. NEWMAN (*pro hac vice* pending)
   ZNewman@mofo.com
16 MORRISON & FOERSTER LLP
   250 West 55th Street
17 New York, NY 10019-9601
   Telephone:   (212) 468-8000
18 Facsimile:   (212) 468-7900

19 SARANG VIJAY DAMLE (*pro hac vice*)
   Sy.Damle@lw.com
20 ELANA NIGHTINGALE DAWSON (*pro hac vice*)
   Elana.Nightingaledawson@lw.com
21 LATHAM & WATKINS LLP
   555 Eleventh Street, NW, Suite 1000
22 Washington, D.C. 20004
   Telephone:   (202) 637-2200
23
   ALLISON L. STILLMAN (*pro hac vice*)
24 Alli.Stillman@lw.com
   RACHEL R. BLITZER
25 Rachel.blitzer@lw.com (*pro hac vice*)
   LATHAM & WATKINS LLP
26 1271 Avenue of the Americas
   New York, NY 10020
27 Telephone:   (212) 751-4864

28

OpenAI Defendants do not intend to move to seal the unredacted versions of (1) Plaintiffs' Motion to Compel Deposition of Dario Amodei or (2) Declaration of Holden Benon in Support of Plaintiffs' Motion to Compel Deposition of Dario Amodei, which are the subject of Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should be Sealed, ECF No. 278.
DEFENDANTS' RESP. TO ECF NO. 278
MASTER FILE NO.3:23-CV-03223-AMO      1

| | |
|---|---|
| Dated: February 4, 2025 | MORRISON & FOERSTER LLP |
| | By: */s/ John R. Lanham* <br> John R. Lanham |
| | JOSEPH C. GRATZ <br> JGratz@mofo.com <br> TIFFANY CHEUNG <br> TCheung@mofo.com <br> JOYCE C. LI <br> JoyceLi@mofo.com <br> MELODY E. WONG <br> MelodyWong@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, California  94105-2482 <br> Telephone:     (415) 268-7000 <br> Facsimile:      (415) 268-7522 |
| | ROSE S. LEE <br> RoseLee@mofo.com <br> ALEXANDRA M. WARD <br> AlexandraWard@mofo.com <br> MORRISON & FOERSTER LLP <br> 707 Wilshire Boulevard <br> Los Angeles, California 90017-3543 <br> Telephone:     (213) 892-5200 <br> Facsimile:      (213) 892-5454 |
| | JOHN R. LANHAM <br> JLanham@mofo.com <br> SARAH J. VANDERVALK <br> SVandervalk@mofo.com <br> MORRISON & FOERSTER LLP <br> 12531 High Bluff Drive, Suite 100 <br> San Diego, CA 92130 <br> Telephone:     (858) 720-5100 <br> Facsimile:      (858) 523-2803 |
| | CAROLYN M. HOMER <br> CMHomer@mofo.com <br> MORRISON & FOERSTER LLP <br> 2100 L Street, NW, Suite 900 <br> Washington, D.C. 20037 <br> Telephone:     (202) 887-1500 <br> Facsimile:      (202) 887-0763 |
| | *Attorneys for Defendants* <br> OPENAI, INC., OPENAI, L.P., OPENAI OPCO, L.L.C., OPENAI GP, L.L.C., OPENAI STARTUP FUND GP I, L.L.C., OPENAI STARTUP FUND I, L.P., AND OPENAI STARTUP FUND MANAGEMENT, LLC |

|   |   |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| 2 |   |
| 3 | By:  */s/ Elana Nightingale Dawson*<br>Elana Nightingale Dawson |
| 4 | ANDREW M. GASS<br>Andrew.Gass@lw.com |
| 5 | JOSEPH R. WETZEL<br>Joe.Wetzel@lw.com |
| 6 | LATHAM & WATKINS LLP<br>505 Montgomery Street, Suite 2000 |
| 7 | San Francisco, California  94111<br>Telephone:     (415) 391-0600 |
| 8 |   |
| 9 | SARANG VIJAY DAMLE (*pro hac vice*)<br>Sy.Damle@lw.com |
| 10 | ELANA NIGHTINGALE DAWSON (*pro hac vice*) |
| 11 | Elana.Nightingaledawson@lw.com<br>LATHAM & WATKINS LLP |
| 12 | 555 Eleventh Street, NW, Suite 1000<br>Washington, D.C. 20004 |
| 13 | Telephone:     (202) 637-2200 |
| 14 | ALLISON L. STILLMAN (*pro hac vice*)<br>Alli.Stillman@lw.com |
| 15 | RACHEL R. BLITZER<br>Rachel.blitzer@lw.com (*pro hac vice*) |
| 16 | LATHAM & WATKINS LLP<br>1271 Avenue of the Americas |
| 17 | New York, NY 10020<br>Telephone:     (212) 751-4864 |
| 18 | *Attorneys for Defendants* |
| 19 | OPENAI, INC., OPENAI, L.P., OPENAI OPCO, L.L.C., OPENAI GP, L.L.C., OPENAI |
| 20 | STARTUP FUND GP I, L.L.C., OPENAI STARTUP FUND I, L.P., AND OPENAI |
| 21 | STARTUP FUND MANAGEMENT, LLC |
| 22 |   |
| 23 |   |
| 24 |   |
| 25 |   |
| 26 |   |
| 27 |   |
| 28 |   |

DEFENDANTS' RESP. TO ECF NO. 278
MASTER FILE NO.3:23-CV-03223-AMO

3

| | |
|---|---|
| 1 | KEKER, VAN NEST & PETERS LLP |
| 2 | |
| 3 | By: */s/ Christopher Sun*<br>Christopher Sun |
| 4 | ROBERT A. VAN NEST<br>rvannest@keker.com |
| 5 | R. JAMES SLAUGHTER<br>rslaughter@keker.com |
| 6 | PAVEN MALHOTRA<br>pmalhotra@keker.com |
| 7 | MICHELLE YBARRA<br>mybarra@keker.com |
| 8 | NICHOLAS S. GOLDBERG<br>ngoldberg@keker.com |
| 9 | THOMAS E. GORMAN<br>tgorman@keker.com |
| 10 | KATIE LYNN JOYCE<br>kjoyce@keker.com |
| 11 | CHRISTOPHER SUN<br>csun@keker.com |
| 12 | KEKER, VAN NEST & PETERS LLP<br>633 Battery Street |
| 13 | San Francisco, CA 94111-1809<br>Telephone:   (415) 391-5400 |
| 14 | Facsimile:    (415) 391-7188 |
| 15 | *Attorneys for Defendants* |
| 16 | OPENAI, INC., OPENAI, L.P., OPENAI OPCO, L.L.C., OPENAI GP, L.L.C., OPENAI |
| 17 | STARTUP FUND GP I, L.L.C., OPENAI STARTUP FUND I, L.P., AND OPENAI |
|    | STARTUP FUND MANAGEMENT, LLC |

DEFENDANTS' RESP. TO ECF NO. 278
MASTER FILE NO.3:23-CV-03223-AMO

4