Reilly T. Stoler (State Bar No. 310761)
rstoler@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008

Rohit D. Nath (State Bar No. 316062)
SUSMAN GODFREY L.L.P
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-2906
Telephone: (310) 789-3100
RNath@susmangodfrey.com

*Attorneys for Plaintiffs and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPENAI CHATGPT LITIGATION<br><br>This document relates to:<br><br>All Actions | Master File No. 3:23-cv-03223-AMO<br><br>**UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULES 3-12 AND 7-11** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Pursuant to Civil Local Rules 3-12(b) and 7-11, Counsel for Plaintiffs in *In re Motion to Compel Compliance with Non-Party Subpoena* (*In re Motion to Compel*), 3:25-mc-80017 (N.D. Cal. January 28, 2025) ("Plaintiffs") file this Unopposed Administrative Motion to Consider Whether Cases Should Be Related (the "Motion"), and submit that *In re Motion to Compel* may be related to *In re OpenAI ChatGPT Litigation*, 3:23-cv-03223-AMO (N.D. Cal June 28, 2023) (the "N.D. Cal. Action"). This Motion is accompanied by the Declaration of Reilly T. Stoler and the supporting exhibits thereto (a copy of the subpoenas served on Dario Amodei and Benjamin Mann and the operative Complaint in *Authors Guild v. OpenAI, Inc.*).

Civil Local Rule 3-12(b) requires a party to "file… an Administrative Motion to Consider Whether Cases Should be Related" whenever "a party… believes that" another action "may be []related." Under Local Rule 3-12(b), an action is related to another when: "(1) The allegations concern substantially the same parties, property, transaction or event; and (2) It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges."

On January 14, 2025, Benjamin Mann filed a Motion to Quash a deposition subpoena served on him by the plaintiffs in *In re OpenAI ChatGPT Litigation*, 3:23-cv-03223-AMO. *See* Dkt. 248. Subsequently, on January 28, plaintiffs in *In re OpenAI ChatGPT Litigation* filed a Motion to Compel Dario Amodei to Testify at Deposition. *See* 3:23-cv-03223-AMO, Dkt. 279.

On January 28, 2025, in *In re Motion to Compel*, 3:25-mc-80017 (N.D. Cal.), Plaintiffs in *Authors Guild, et al. v. OpenAI, et al.*, No. 1:23-cv-08292-SHS (S.D.N.Y.) ("Au*thors Guild* Action") filed a motion to enforce a deposition and document subpoena against the same witnesses, Dario Amodei and Benjamin Mann, pursuant to Rule 45 of the Federal Rules of Civil Procedure. Consistent with Rule 45(d), Plaintiffs filed that motion in this District, where compliance with the subpoena will take place.

Under Rule 45, plaintiffs in both *In re Motion to Compel* and *In re OpenAI ChatGPT Litigation* seek deposition testimony from Dario Amodei and Benjamin Mann. In his papers, Mann has requested that any deposition that takes place be coordinated between the *In re OpenAI ChatGPT Litigation* Action and the *Authors Guild* Action. *In re OpenAI ChatGPT Litigation,* 3:23-cv-03223-AMO*,* Dkt. 248. Because both matters involve motions to compel the deposition of Mr. Amodei and because Mr. Mann has requested some level of coordination between any deposition that takes place, relating *In re Motion to Compel* and *In re OpenAI ChatGPT Litigation* is warranted.

Accordingly, Plaintiffs submit that (1) *In re Motion to Compel* may be related to *In re OpenAI ChatGPT Litigation* pursuant to Civil Local Rule 3-12(b), (2) this Court should enter an order relating *In re Motion to Compel*, 3:25-mc-80017, with *In re OpenAI ChatGPT Litigation*, 3:23-cv-03223-AMO, and (3) this Court should reassign *In re Motion to Compel* to this Court.

Pursuant to Local Civil Rules 3-12(b) and 5-1(d)(7), a courtesy copy of the Motion will be lodged with the assigned Judge in each apparently related case.

Dated:  February 5, 2025          Respectfully submitted,

By: _____

Reilly T. Stoler (SBN 310761)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
rstoler@lchb.com
Telephone:  415.956.1000
Facsimile:  415.956.1008

Rohit D. Nath (SBN 316062)
SUSMAN GODFREY L.L.P
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-2906
RNath@susmangodfrey.com
Telephone: (310) 789-3100

*Attorneys for Plaintiffs and the Proposed Class*