**COOLEY LLP**
SHANNON M. EAGAN (212830)
(seagan@cooley.com)
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: +1 650 843 5000
Facsimile: +1 650 849-7400

JEFFREY M. GUTKIN (216083)
(jgutkin@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone: +1 415 693 2000
Facsimile: +1 415 693 2222

Attorneys for Non-Parties
Benjamin J. Mann and Dario Amodei

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE OPENAI CHATGPT LITIGATION | Case No. 3:23-cv-03223-AMO |
|---|---|
| | **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO RESPOND TO MOTION TO COMPEL DEPOSITION OF NON-PARTY DARIO AMODEI** |
| | Dept: Eureka-McKinleyville Courthouse<br>Judge: Hon. Robert M. Illman<br>Date: March 4, 2025<br>Time: 11:00 AM |

Pursuant to Civil Local Rule 6-2, the plaintiffs in the above-captioned action ("Plaintiffs") and Non-Party Dario Amodei ("Non-Party Amodei"), by and through his undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on January 28, 2025, Plaintiffs filed a Motion to Compel Dario Amodei to Testify at Deposition ("Motion to Compel") under seal;

WHEREAS, Non-Party Amodei's deadline to oppose the Motion to Compel is February 11, 2025, and Plaintiffs deadline to respond is February 18, 2025.

WHEREAS, on January 28, 2025, Non-Party Amodei retained the Cooley LLP law firm as their new counsel for this action;

WHEREAS, attorneys from Cooley first received the unredacted moving paper and exhibits for the Motion to Compel on January 30, 2025;

WHEREAS, counsel for Non-Party Amodei contacted counsel for Plaintiffs and asked if they would stipulate to a three-day extension of the deadline to oppose the Motion to Compel to permit Counsel for Non-Party Amodei to review the papers and otherwise familiarize themselves with the relevant record;

WHEREAS, counsel for Plaintiffs agreed if they would receive a commensurate three-day extension on the reply; and

WHEREAS, counsel for Non-Party Amodei agreed.

NOW, THEREFORE, THE PARTIES STIPULATE AND REQUEST THAT:

1. The deadline to oppose the Motion to Compel is extended to February 14, 2025 and the deadline to reply is extended to February 24, 2025.

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| Dated: February 6, 2025 | | COOLEY LLP |

By:  /s/Jeffrey M. Gutkin
     Jeffrey M. Gutkin

Attorneys for Non-Parties
Benjamin J. Mann and Dario Amodei

Dated: February 6, 2025         JOSEPH SAVERI LAW FIRM

By:  /s/ Joseph R. Saveri
     Joseph R. Saveri

Attorneys for Plaintiffs

\*    \*    \*

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatories.

Dated: February 6, 2025         COOLEY LLP

By:  /s/ Jeffrey M. Gutkin
     Jeffrey M. Gutkin

Attorneys for Non-Parties

**[PROPOSED] ORDER**

**PURSUANT TO THE STIPULATION, THE COURT ORDERS AS FOLLOWS:**

The deadline to oppose Plaintiffs' Motion to Compel Dario Amodei to Testify at Deposition is reset to February 14, 2025 and the reply is reset to February 24, 2025.

Dated: _____

_____
The Honorable Robert M. Illman
United States Magistrate Judge