**[~~PROPOSED~~] ORDER**

**PURSUANT TO THE STIPULATION, THE COURT ORDERS AS FOLLOWS:**

The deadline to oppose Plaintiffs' Motion to Compel Dario Amodei to Testify at Deposition is reset to February 14, 2025 and the reply is reset to February 24, 2025.

Dated: February 7, 2025

_____
The Honorable Robert M. Illman
United States Magistrate Judge