# JOSEPH SAVERI
## LAW FIRM

601 CALIFORNIA STREET
SUITE 1505
SAN FRANCISCO CA 94108

TEL 415.500.6800
FAX 415.395.9940

February 10, 2025

The Honorable Robert M. Illman
United States District Court
Northern District of California
Eureka-McKinleyville Courthouse
3140 Boeing Ave
McKinleyville, CA 95519

Re:     *In re OpenAI ChatGPT Litigation*,
        Case No. 3:23-cv-03223-AMO

        Letter Requesting Leave to Consider Evidence of So-Called
        "Transition Memo" Recently Produced by OpenAI

Dear Judge Illman:

Plaintiffs respectfully request leave for the Court to consider evidence of
the so-called "transition memo" referenced in Ben Mann's Motion to
Quash and Reply Declaration. On February 7, 2025, OpenAI produced a
document that OpenAI described as having been "created around the
time of his departure that might be the one he is referring to."[1] To the
extent the Court is inclined to consider it, the document is filed under
seal and attached as Exhibit A to the Declaration of Holden Benon, filed
herewith.

Plaintiffs believe the document will assist the Court by providing helpful
context regarding whether Ben Mann actually and effectively
"transfer[red] knowledge of [his] work when [he] left the company,"
(Mann Reply Decl., ¶ 5), a point which Plaintiffs dispute. The "memo"
plainly raises more questions than it answers. Far from a formal
memorandum, the document is ██████████████████████

---

[1] T. Gorman email to H. Benon (Jan. 30, 2025) ("We have not identified a
'transition memo,' per se. However, we did identify a document that appears
to have been created around the time of his departure that might be the one he
is referring to.").

The Honorable Robert M. Illman
February 10, 2025
Page 2

████████████████████████████████████
████████████████████████████████ which is
insufficient to supplant Plaintiffs' need for Mann's deposition on these
critical topics. If anything, the document further supports Plaintiffs'
point that Mann has unique first-hand knowledge, and OpenAI's current
employees have limited, secondhand knowledge.

Respectfully submitted,

/s/ Holden Benon

Holden Benon