Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Holden Benon (State Bar No. 325847)
Aaron Cera (State Bar No. 351163)
Margaux Poueymirou (State Bar No. 35600)
Melissa Tribble (State Bar No. 339098)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, California 94108
Telephone:     (415) 500-6800
Facsimile:      (415) 395-9940
Email:             jsaveri@saverilawfirm.com
                      czirpoli@saverilawfirm.com
                      cyoung@saverilawfirm.com
                      hbenon@saverilawfirm.com
                      acera@saverilawfirm.com
                      mpoueymirou@saverilawfirm.com
                      mtribble@saverilawfirm.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPENAI CHATGPT LITIGATION<br><br>This document relates to:<br><br>Case No. 3:23-cv-03223-AMO<br>Case No. 3:23-cv-03416-AMO | Master File No. 3:23-cv-03223-AMO<br><br>**CERTIFICATE OF SERVICE** |

# CERTIFICATE OF SERVICE

I, the undersigned, am employed by the Joseph Saveri Law Firm, LLP. My business address is 601 California Street, Suite 1505, San Francisco, California 94108. I am over the age of eighteen and not a party to this action.

On February 10, 2025, I caused the following documents to be served by email upon the parties listed on the attached Service List:

- **PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**
- **LETTER REQUESTING LEAVE TO CONSIDER EVIDENCE OF SO-CALLED "TRANSITION MEMO" RECENTLY PRODUCED BY OPENAI**
- **DECLARATION OF HOLDEN BENON REGARDING RECENTLY PRODUCED DOCUMENT CONCERNING BENJAMIN MANN**
- **EXHIBIT A TO THE DECLARATION OF HOLDEN BENON REGARDING RECENTLY PRODUCED DOCUMENT CONCERNING BENJAMIN MANN**

I declare under penalty of perjury that the foregoing is true and correct. Executed February 10, 2025, at San Francisco, California.

By: */s/ Joshua Ram*
Joshua Ram

**SERVICE LIST**

Joseph Charles Gratz
Joyce C. Li
Melody Ellen Wong
Tiffany Cheung
Vera Ranieri
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, CA 94105
Email: jgratz@mofo.com
   joyceli@mofo.com
   melodywong@mofo.com
   tcheung@mofo.com
   VRanieri@mofo.com

Alexandra Marie Ward
Rose S. Lee
**MORRISON & FOERSTER LLP**
707 Wilshire Blvd., Suite 6000
Los Angeles, CA 90017
Email: alexandraward@mofo.com
   roselee@mofo.com

Sarah Vandervalk
**MORRISON & FOERSTER LLP**
12531 High Bluff Drive, Suite 100
San Diego, CA 92130
Email: svandervalk@mofo.com

Eric Nikolaides
**MORRISON & FOERSTER LLP**
250 W. 55th St
New York, NY 10019
Email: enikolaides@mofo.com

Max I. Levy
**MORRISON & FOERSTER LLP**
755 Page Mill Road
Palo Alto, CA 94304-1018
Email: mlevy@mofo.com

OpenAICopyright@mofo.com

Andrew Michael Gass
Joseph Richard Wetzel
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Email: andrew.gass@lw.com
   joseph.wetzel@lw.com

Allison L. Stillman
Rachel R. Blitzer
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Email: alli.stillman@lw.com
   rachel.blitzer@lw.com

Sarang Damle
Elana Nightingale Dawson
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1505
Washington, DC 20004
Email: sy.damle@lw.com
   elana.nightingaledawson@lw.com

openaicopyrightlitigation.lwteam@lw.com

[continued on next page]

Master File No. 3:23-cv-03223-AMO    2
CERTIFICATE OF SERVICE

Paven Malhotra
Robert Addy Van Nest
Christopher Steven Sun
Katie Lynn Joyce
Michelle Sabrina Ybarra
Nicholas Samuel Goldberg
R. James Slaughter
Thomas Edward Gorman
**KEKER VAN NEST & PETERS**
633 Battery St.
San Francisco, CA 94111
Email: pmalhotra@keker.com
　　　rvannest@keker.com
　　　csun@keker.com
　　　kjoyce@keker.com
　　　mybarra@keker.com
　　　ngoldberg@keker.com
　　　rslaughter@keker.com
　　　tgorman@keker.com

KVPOAI@keker.com

*Counsel for Defendants OpenAI, Inc., a Delaware nonprofit corporation; OpenAI, L.P., a Delaware limited partnership; OpenAI OpCo, L.L.C., a Delaware limited liability corporation; OpenAI GP, L.L.C., a Delaware limited liability company; OpenAI Startup Fund GP I, L.L.C., a Delaware limited liability company; OpenAI Startup Fund I, L.P., a Delaware limited partnership; OpenAI Startup Fund Management, LLC, a Delaware limited liability company*

Master File No. 3:23-cv-03223-AMO       3
CERTIFICATE OF SERVICE