Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Holden Benon (State Bar No. 325847)
Aaron Cera (State Bar No. 351163)
Margaux Poueymirou (State Bar No. 35600)
Melissa Tribble (State Bar No. 339098)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, California 94108
Telephone:    (415) 500-6800
Facsimile:    (415) 395-9940
Email:        jsaveri@saverilawfirm.com
              czirpoli@saverilawfirm.com
              cyoung@saverilawfirm.com
              hbenon@saverilawfirm.com
              acera@saverilawfirm.com
              mpoueymirou@saverilawfirm.com
              mtribble@saverilawfirm.com

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone:    (323) 968-2632
Facsimile:    (415) 395-9940
Email:        mb@butericklaw.com

*Counsel for Individual and Representative
Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPENAI CHATGPT LITIGATION | Master File No. 3:23-cv-03223-AMO |
| This document relates to: | **CERTIFICATE OF SERVICE** |
| Case No. 3:23-cv-03223-AMO<br>Case No. 3:23-cv-03416-AMO | |

# CERTIFICATE OF SERVICE

I, the undersigned, am employed by the Joseph Saveri Law Firm, LLP. My business address is 601 California Street, Suite 1505, San Francisco, California 94108. I am over the age of eighteen and not a party to this action.

On February 10, 2025, I caused the following documents to be served by email upon the parties listed on the attached Service List:

- **PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM NON-PARTY REUTERS NEWS & MEDIA INC.**
- **DECLARATION OF AARON CERA IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM REUTERS NEWS & MEDIA INC.**
- **[PROPOSED] ORDER REGARDING PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM REUTERS NEWS & MEDIA INC.**

I declare under penalty of perjury that the foregoing is true and correct. Executed February 10, 2025, at San Francisco, California.

By: */s/ Joshua Ram*
      Joshua Ram

**SERVICE LIST**

Khirin A. Bunker
**SHEPPARD MULLIN LLP**
350 South Grand Avenue, 40th Floor
Los Angeles, CA 90071
Telephone: 213-620-1780
Email: kbunker@sheppardmullin.com

*Counsel for Reuters News & Media Inc.*