1  JOSEPH C. GRATZ (CA SBN 240676)
   JGratz@mofo.com
2  TIFFANY CHEUNG (CA SBN 211497)
   TCheung@mofo.com
3  JOYCE C. LI (CA SBN 323820)
   JoyceLi@mofo.com
4  MELODY E. WONG (SBN 341494)
   MelodyWong@mofo.com
5  MORRISON & FOERSTER LLP
   425 Market Street,
6  San Francisco, California  94105-2482
   Telephone:    (415) 268-7000
7  Facsimile:    (415) 268-7522

8  ROSE S. LEE (CA SBN 294658)
   RoseLee@mofo.com
9  ALEXANDRA M. WARD (CA SBN 318042)
   AlexandraWard@mofo.com
10 MORRISON & FOERSTER LLP
   707 Wilshire Boulevard
11 Los Angeles, California 90017-3543
   Telephone:    (213) 892-5200
12 Facsimile:    (213) 892-5454
   [CAPTION CONTINUED ON NEXT PAGE]
13
   Attorneys for Defendants
14 OPENAI, INC., OPENAI, L.P., OPENAI
   OPCO, L.L.C., OPENAI GP, L.L.C., OPENAI
15 STARTUP FUND GP I, L.L.C., OPENAI
   STARTUP FUND I, L.P., AND OPENAI
16 STARTUP FUND MANAGEMENT, LLC

   ANDREW M. GASS (SBN 259694)
   Andrew.Gass@lw.com
   JOSEPH R. WETZEL (SBN 238008)
   Joseph.Wetzel@lw.com
   LATHAM & WATKINS LLP
   505 Montgomery Street, Suite 2000
   San Francisco, California  94111
   Telephone:    (415) 391-0600

   ROBERT A. VAN NEST (SBN 84065)
   rvannest@keker.com
   R. JAMES SLAUGHTER (SBN 192813)
   rslaughter@keker.com
   PAVEN MALHOTRA (SBN 258429)
   pmalhotra@keker.com
   MICHELLE YBARRA (SBN 260697)
   mybarra@keker.com
   NICHOLAS S. GOLDBERG (SBN 273614)
   ngoldberg@keker.com
   THOMAS E. GORMAN (SBN 279409)
   tgorman@keker.com
   KATIE LYNN JOYCE (SBN 308263)
   kjoyce@keker.com
   CHRISTOPHER SUN (SBN 308945)
   csun@keker.com
   KEKER, VAN NEST & PETERS LLP
   633 Battery Street
   San Francisco, CA 94111-1809
   Telephone:    (415) 391-5400
   Facsimile:    (415) 391-7188

17

UNITED STATES DISTRICT COURT

18

NORTHERN DISTRICT OF CALIFORNIA

19

SAN FRANCISCO DIVISION

20

21  IN RE OPENAI CHATGPT LITIGATION

22  This document relates to:

23  All Actions

24

25

Master File No. 3:23-cv-03223-AMO

**DECLARATION OF MICHAEL
TRINH IN SUPPORT OF PLAINTIFFS'
ADMINISTRATIVE MOTION TO
CONSIDER WHETHER ANOTHER
PARTY'S MATERIAL SHOULD BE
SEALED [ECF NO. 295]**

26

27

28

JOHN R. LANHAM (CA SBN 289382)
JLanham@mofo.com
SARAH J. VANDERVALK (CA SBN 332651)
SVandervalk@mofo.com
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 100
San Diego, CA 92130
Telephone:    (858) 720-5100
Facsimile:    (858) 523-2803

CAROLYN M. HOMER (CA SBN 286441)
CMHomer@mofo.com
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, D.C. 20037
Telephone:    (202) 887-1500
Facsimile:    (202) 887-0763

MAX I. LEVY (CA SBN 346289)
MLevy@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, CA 94304-1018
Telephone:    (650) 813-5600
Facsimile:    (650) 494-0792

ERIC K. NIKOLAIDES (*pro hac vice*)
ENikolaides@mofo.com
ZACHARY S. NEWMAN (*pro hac vice*)
ZNewman@mofo.com
MORRISON & FOERSTER LLP
250 West 55th Street
New York, NY 10019-9601
Telephone:    (212) 468-8000
Facsimile:    (212) 468-7900

SARANG VIJAY DAMLE (*pro hac vice*)
Sy.Damle@lw.com
MICHAEL A. DAVID (*pro hac vice*)
Michael.David@lw.com
ELANA NIGHTINGALE DAWSON (*pro hac vice*)
Elana.Nightingaledawson@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone:    (202) 637-2200

ALLISON L. STILLMAN (*pro hac vice*)
Alli.Stillman@lw.com
RACHEL R. BLITZER (*pro hac vice*)
Rachel.blitzer@lw.com
HERMAN H. YUE (*pro hac vice*)
Herman.yue@lw.com
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Telephone:    (212) 751-4864

1    I, Michael Trinh, hereby declare as follows:

2        1.    I am Associate General Counsel at OpenAI.  I submit this declaration in support of

3    Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be

4    Sealed, ECF No. 295, pursuant to N.D. Cal. L.R. 79-5(f)(3).  I have personal knowledge of the

5    facts set forth below and, if called as a witness, could testify competently thereto.

6        2.    I have been informed that because Plaintiffs' Request for Leave to File a

7    Sur-Reply or, Alternatively, Objection to the Reply Brief and Reply Declaration in Support of

8    Ben Mann's Motion to Quash, ECF No. 296 (the "Motion"), relates to a non-dispositive matter,

9    the information requested to be filed under seal is not subject to a strong presumption of public

10    access, and only a showing of "good cause" is needed to justify sealing the material.  *See*

11    *Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006); *Real Action*

12    *Paintball, Inc. v. Advanced Tactical Ordinance Sys.*, LLC, 2015 WL 1534049, at *2 (N.D. Cal.

13    Apr. 2, 2015) (quoting *Pintos v. Pac. Creditors Ass'n*, 605 F.3d 665, 678 (9th Cir. 2010)).

14        3.    I have been informed and understand that the OpenAI confidential material

15    contained in ECF Nos. 295-1, -2, -3, -4, -5, -6, -7, -8, -9, -10, -11, and -12 has been designated by

16    OpenAI as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES

17    ONLY" pursuant to the protective order.

18        4.    OpenAI does not seek to seal the redacted portions of Plaintiffs' Motion, ECF No.

19    295-1, or the sealed Exhibits A, J, and K to the Declaration of Holden Benon filed in support of

20    the Motion, ECF No. 296-1 ("Declaration"), ECF Nos. 295-2, -11, and -12 respectively.

21        5.    I submit this declaration in support of sealing certain OpenAI confidential

22    information contained in Declaration Exhibits B-I (ECF Nos. 295-3, -4, -5, -6, -7, -8, -9, and -

23    10).[1]

24        6.    Based on my review, certain portions of Exhibits B-I fall into the following

25    categories: (i) references to URLs, filenames, or other identifying information, the disclosure of

26    which could compromise OpenAI security; (ii) competitively sensitive statements concerning

27    _____

28    [1] Consistent with the instructions for E-Filing Under Seal in Civil Cases, OpenAI will file
redacted versions of the highlighted documents if requested by the Court.

TRINH DECL. ISO ECF NO. 295                                    1
MASTER FILE NO.3:23-CV-03223-AMO

details of processes and sources for training, testing, and improving OpenAI LLMs; (iii) competitively sensitive statements concerning OpenAI's actual or potential business relationships; (iv) OpenAI's internal human resources policies and procedures; and (v) competitive assessments.

7. **Category (i)**. URLs, filenames, hyperlinks, user IDs, IP addresses, and other technological markers are highly sensitive and warrant redaction. Disclosure of this information could compromise OpenAI's internal safety and security measures. OpenAI treats such information as confidential or highly confidential, generally does not publicly disclose this type of information, and takes affirmative steps to protect the confidentiality of that information. Category (i) information can be found in the highlighted portions of Exhibits B (at 2-4), C (at 2), D (at 2), E (at 2), F (at 2-15, 17-18), G (at 2), and H (at 2-9) that are filed under seal contemporaneously with this declaration.

8. **Category (ii)**. The specific processes that OpenAI employs to train and test ChatGPT models, including the sources and specific amounts of data used to train the models, key process milestones indicating when in the process OpenAI engineers employ select technical measures, tests run to evaluate the models' performance and the results of those tests, assessments of the performance of training data, actual or potential techniques to improve the models, and confidential technical know-how constitute highly sensitive proprietary information. OpenAI treats such information as confidential or highly confidential. OpenAI generally does not publicly disclose this type of information and takes steps to protect the confidentiality of that information, particularly given the highly competitive nature of the artificial intelligence industry with global stakeholders. Disclosure of this kind of information would give OpenAI's competitors insight into its proprietary development processes and cause competitive harm to OpenAI. Category (ii) information can be found in the highlighted portions of Exhibits B (at 3), C (at 2), D (at 2), F (at 2, 3, 9, 10, 13, and 16), H (at 2-9), and I (at 2) that are filed under seal contemporaneously with this declaration.

9. **Category (iii)**. OpenAI treats discussions with and internal discussions about current and potential business partners, especially as they relate to quotes or strategic decisions,

as confidential or highly confidential.  Even the identities of these current or potential business partners can be commercially sensitive, given the highly competitive nature of the industry. OpenAI generally does not publicly disclose strategic decision-making deliberations concerning actual or potential business relationships to prevent competitive harm to OpenAI.  Moreover, OpenAI and certain partners have express agreements with confidentiality provisions that prevent public disclosure of confidential facts about the companies' business relationships.  Public disclosure of category (iii) information would cause competitive harm to OpenAI, given the highly competitive nature of the artificial intelligence industry with global stakeholders and could cause violation of OpenAI's confidentiality agreements.  Category (iii) information can be found in the highlighted portions of Exhibits E (at 2), F (at 13-14), and I (at 2) that are filed under seal contemporaneously with this declaration.

10.     **Category (iv)**.  OpenAI treats its internal workplace and human resources policies as highly confidential, including policies about employee evaluation and promotion.  OpenAI treats such information as confidential or highly confidential, generally does not publicly disclose this type of information, and takes affirmative steps to protect the confidentiality of that information.  Category (iv) information can be found in the highlighted portion of Exhibit I (at 2) that is filed under seal contemporaneously with this declaration.

11.     **Category (v)**.  OpenAI treats internal discussions about current and potential competitors, especially as they relate to analyses of the competitor's specific models and technological processes, as confidential or highly confidential.  OpenAI generally does not publicly disclose strategic decision-making deliberations concerning these competitors to prevent competitive harm to OpenAI.  Public disclosure of category (v) information would cause competitive harm to OpenAI, given the highly competitive nature of the artificial intelligence industry with global stakeholders.  Category (v) information can be found in the highlighted portions of Exhibit F (at 13-14) that are filed under seal contemporaneously with this declaration.

12.     OpenAI's request is narrowly tailored, as OpenAI is not seeking to seal the redacted portions of Plaintiffs' Motion or Exhibits A, J, or K to the Benon Declaration, which were submitted by Plaintiffs redacted in part or under seal.  Furthermore, Plaintiffs will

1    experience no prejudice from the redactions and sealing decisions because the statements in

2    Plaintiffs' Motion citing to Exhibits B-I are unsealed in the highlighted documents.

3          I declare under penalty of perjury under the laws of the United States of America that the

4    foregoing is true and correct.

5          Executed on this 10th day of February, 2025, in Redwood City, California.

6

7                                              */s/ Michael Trinh*

8                                              Michael Trinh
                                          Associate General Counsel

9                                              OpenAI

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ECF ATTESTATION

I, John Lanham, am the ECF User whose ID and password are being used to file this document.  In accordance with Civil L.R. 5-1(i)(3), concurrence in and authorization of the filing of this document has been obtained from Michael Trinh, declarant.

Dated: February 10, 2025

MORRISON & FOERSTER LLP

By:   */s/ John R. Lanham*

John R. Lanham

*Attorney for Defendants*
OPENAI, INC., OPENAI, L.P., OPENAI OPCO, L.L.C., OPENAI GP, L.L.C., OPENAI STARTUP FUND GP I, L.L.C., OPENAI STARTUP FUND I, L.P., AND OPENAI STARTUP FUND MANAGEMENT, LLC