JOSEPH C. GRATZ (CA SBN 240676)
JGratz@mofo.com
TIFFANY CHEUNG (CA SBN 211497)
TCheung@mofo.com
JOYCE C. LI (CA SBN 323820)
JoyceLi@mofo.com
MELODY E. WONG (SBN 341494)
MelodyWong@mofo.com
MORRISON & FOERSTER LLP
425 Market Street,
San Francisco, California  94105-2482
Telephone:     (415) 268-7000
Facsimile:     (415) 268-7522

ROSE S. LEE (CA SBN 294658)
RoseLee@mofo.com
ALEXANDRA M. WARD (CA SBN 318042)
AlexandraWard@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California 90017-3543
Telephone:     (213) 892-5200
Facsimile:     (213) 892-5454
[CAPTION CONTINUED ON NEXT PAGE]

Attorneys for Defendants
OPENAI, INC., OPENAI, L.P., OPENAI
OPCO, L.L.C., OPENAI GP, L.L.C., OPENAI
STARTUP FUND GP I, L.L.C., OPENAI
STARTUP FUND I, L.P., AND OPENAI
STARTUP FUND MANAGEMENT, LLC

ANDREW M. GASS (SBN 259694)
Andrew.Gass@lw.com
JOSEPH R. WETZEL (SBN 238008)
Joseph.Wetzel@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, California  94111
Telephone:     (415) 391-0600

ROBERT A. VAN NEST (SBN 84065)
rvannest@keker.com
R. JAMES SLAUGHTER (SBN 192813)
rslaughter@keker.com
PAVEN MALHOTRA (SBN 258429)
pmalhotra@keker.com
MICHELLE YBARRA (SBN 260697)
mybarra@keker.com
NICHOLAS S. GOLDBERG (SBN 273614)
ngoldberg@keker.com
THOMAS E. GORMAN (SBN 279409)
tgorman@keker.com
KATIE LYNN JOYCE (SBN 308263)
kjoyce@keker.com
CHRISTOPHER SUN (SBN 308945)
csun@keker.com
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     (415) 391-5400
Facsimile:     (415) 391-7188

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPENAI CHATGPT LITIGATION | Master File No. 3:23-cv-03223-AMO |
| This document relates to: | **CERTIFICATE OF SERVICE** |
| All Actions | |

JOHN R. LANHAM (CA SBN 289382)
JLanham@mofo.com
SARAH J. VANDERVALK (CA SBN 332651)
SVandervalk@mofo.com
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 100
San Diego, CA 92130
Telephone:    (858) 720-5100
Facsimile:    (858) 523-2803

CAROLYN M. HOMER (CA SBN 286441)
CMHomer@mofo.com
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, D.C. 20037
Telephone:    (202) 887-1500
Facsimile:    (202) 887-0763

MAX I. LEVY (CA SBN 346289)
MLevy@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, CA 94304-1018
Telephone:    (650) 813-5600
Facsimile:    (650) 494-0792

ERIC K. NIKOLAIDES (*pro hac vice*)
ENikolaides@mofo.com
ZACHARY S. NEWMAN (*pro hac vice*)
ZNewman@mofo.com
MORRISON & FOERSTER LLP
250 West 55th Street
New York, NY 10019-9601
Telephone:    (212) 468-8000
Facsimile:    (212) 468-7900

SARANG VIJAY DAMLE (*pro hac vice*)
Sy.Damle@lw.com
MICHAEL A. DAVID (*pro hac vice*)
Michael.David@lw.com
ELANA NIGHTINGALE DAWSON (*pro hac vice*)
Elana.Nightingaledawson@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone:    (202) 637-2200

ALLISON L. STILLMAN (*pro hac vice*)
Alli.Stillman@lw.com
RACHEL R. BLITZER (*pro hac vice*)
Rachel.blitzer@lw.com
HERMAN H. YUE (*pro hac vice*)
Herman.yue@lw.com
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Telephone:    (212) 751-4864

1

**CERTIFICATE OF SERVICE**

2          I declare that I am employed with the law firm of Morrison & Foerster LLP, whose

3    address is 425 Market Street, San Francisco, California, 94105-2482.  I am not a party to the

4    within cause, and I am over the age of eighteen years.

5          I further declare that on February, 10, 2025, I served a copy of:

6          **EXHIBITS B, C, D, E, F, G, H, I TO THE DECLARATION OF MICHAEL TRINH
           IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER**

7          **WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED [ECF NO.
           295]**

8

9

10   **X**    **BY ELECTRONIC SERVICE [Fed. R. Civ. P. 5(b)]** by electronically mailing a true
           and correct copy through Morrison & Foerster LLP's electronic mail system to the email

11          address(es) set forth below, or as stated on the attached service list per agreement in
           accordance with Fed. R. Civ. P. 5(b).

12

13   **JOSEPH SAVERI LAW FIRM, LLP**
     Joseph R. Saveri

14   Cadio R. Zirpoli
     Christopher K. L. Young

15   William W. Castillo Guardado
     Holden J. Benon

16   Aaron Cera
     Margaux Poueymirou

17   Melissa Tribble
     601 California St., Ste. 1505

18   San Francisco, CA 94108
     jsaveri@saverilawfirm.com

19   czirpoli@saverilawfirm.com
     cyoung@saverilawfirm.com

20   wcastillo@saverilawfirm.com
     hbenon@saverilawfirm.com

21   acera@saverilawfirm.com
     mpoueymirou@saverilawfirm.com

22   mtribble@averilawfirm.com
     jslfservice_chatgpt@saverilawfirm.com

23   **MATTHEW BUTTERICK, ATTORNEY AT
     LAW**

24   Matthew Butterick
     1920 Hillhurst Ave. #406

25   Los Angeles, CA 90027
     mb@but533ericklaw.com

26

27

28

1    **CAFFERTY, CLOBES MERIWETHER &
      SPRENGEL LLP**
2    Bryan L. Clobes
     Alexander J. Sweatman
3    Mohammed Rathur
     135 South LaSalle Street, Suite 3210
4    Chicago, IL 60603
     bclobes@caffertyclobes.com
5    asweatman@caffertyclobes.com
     mrathur@caffertyclobes.com
6
     **VENTURA HERSEY & MULLER, LLP**
7    Daniel J. Muller
     1506 Hamilton Avenue
8    San Jose, CA 95125
     dmuller@venturahersey.com
9
     **BOIES SCHILLER FLEXNER LLP**
10   David Boies (*pro hac vice*)
     333 Main Street
11   Armonk, NY 10504
     (914) 749-8200
12   dboies@bsfllp.com

13   Maxwell V. Pritt
     Joshua M. Stein
14   Reed D. Forbush
     44 Montgomery Street, 41st Floor
15   San Francisco, CA 94104
     (415) 293-6800
16   mpritt@bsfllp.com
     jstein@bsfllp.com
17   rforbush@bsfllp.com

18   Jesse Panuccio
     1401 New York Ave, NW
19   Washington, DC 20005
     (202) 237-2727
20   jpanuccio@bsfllp.com
     jschuffenhauer@bsfllp.com

21   Evan M. Ezray
     401 East Las Olas Blvd. Suite 1200
22   Fort Lauderdale, FL, 33301
     (954) 377-4237
23   eezray@bsfllp.com

24   *Counsel for Individual and Representative
     Plaintiffs and the Proposed Class*
25

26

27

28

1    I declare under penalty of perjury under the laws of the State of California that the

2   foregoing is true and correct.

3    Executed at San Diego, California, this 10th day of February, 2025.

4

5    *Courtney Deoliveira*

Courtney Deoliveira

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28