| | |
|---|---|
| ROBERT A. VAN NEST (CA SBN 84065)<br>rvannest@keker.com<br>R. JAMES SLAUGHTER (CA SBN 192813)<br>rslaughter@keker.com<br>PAVEN MALHOTRA (CA SBN 258429)<br>pmalhotra@keker.com<br>MICHELLE S. YBARRA (CA SBN 260697)<br>mybarra@keker.com<br>NICHOLAS S. GOLDBERG (CA SBN 273614)<br>ngoldberg@keker.com<br>THOMAS E. GORMAN (CA SBN 279409)<br>tgorman@keker.com<br>KATIE LYNN JOYCE (CA SBN 308263)<br>kjoyce@keker.com<br>CHRISTOPHER S. SUN (CA SBN 308945)<br>CSun@keker.com<br>KEKER, VAN NEST & PETERS LLP<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone: (415) 391-5400<br><br>ANDREW M. GASS (SBN 259694)<br>Andrew.Gass@lw.com<br>JOSEPH R. WETZEL (SBN 238008)<br>Joe.Wetzel@lw.com<br>LATHAM & WATKINS LLP<br>505 Montgomery Street, Suite 2000<br>San Francisco, California 94111<br>Telephone: (415) 391-0600 | JOSEPH C. GRATZ (CA SBN 240676)<br>JGratz@mofo.com<br>TIFFANY CHEUNG (CA SBN 211497)<br>TCheung@mofo.com<br>VERA RANIERI (CA SBN 271594)<br>VRanieri@mofo.com<br>JOYCE C. LI (CA SBN 323820)<br>JoyceLi@mofo.com<br>MELODY E. WONG (SBN 341494)<br>MelodyWong@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street,<br>San Francisco, California 94105-2482<br>Telephone: (415) 268-7000<br><br>ROSE S. LEE (CA SBN 294658)<br>RoseLee@mofo.com<br>ALEXANDRA M. WARD (CA SBN 318042)<br>AlexandraWard@mofo.com<br>MORRISON & FOERSTER LLP<br>707 Wilshire Boulevard<br>Los Angeles, California 90017-3543<br>Telephone: (213) 892-5200<br>Facsimile: (213) 892-5454 |

**[CAPTION CONTINUED ON NEXT PAGE]**

Attorneys for Defendants
OPENAI, INC., OPENAI, L.P., OPENAI OPCO, L.L.C., OPENAI GP, L.L.C., OPENAI STARTUP FUND GP I, L.L.C., OPENAI STARTUP FUND I, L.P., AND OPENAI STARTUP FUND MANAGEMENT, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE OPENAI CHATGPT LITIGATION<br><br>This document relates to:<br><br>All Actions | Master File Case No. 3:23-CV-03223-AMO<br><br>**DECLARATION OF BRIGHT KELLOGG IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL THE JOINT STIPULATION**<br><br>Judge: Hon. Robert M. Illman<br><br>Date Filed: June 28, 2023 |

DECLARATION OF BRIGHT KELLOGG IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL THE JOINT STIPULATION
Master File Case No. 3:23-CV-03223-AMO

2865104

| | |
|---|---|
| 1 | CAROLYN M. HOMER (CA SBN 286441) |
| | cmhomer@mofo.com |
| 2 | MORRISON & FOERSTER LLP |
| | 2100 L Street, NW |
| 3 | Suite 900 |
| | Washington, DC 2003 |
| 4 | Telephone: 202-65004597 |
| | |
| 5 | JOHN R. LANHAM (CA SBN 289382) |
| | jlanham@mofo.com |
| 6 | MORRISON & FOERSTER LLP |
| | 12531 High Bluff Dr. |
| 7 | Suite 100 |
| | San Diego, CA 921320 |
| 8 | Telephone 858-720-5100 |
| | |
| 9 | MAX I. LEVY (CA SBN 346289) |
| | MLevy@mofo.com |
| 10 | MORRISON & FORESTER LLP |
| | 755 Page Mill Road |
| 11 | Palo Alto, California 94304-1018 |
| | Telephone:    (650) 813-5600 |
| 12 | |
| | ERIC K. NIKOLAIDES (*pro hac vice*) |
| 13 | ENikolaides@mofo.com |
| | MORRISON & FORESTER LLP |
| 14 | 250 West 55th Street |
| | New York, NY 10019-9601 |
| 15 | Telephone:    (212) 468-8000 |
| | |
| 16 | SARANG VIJAY DAMLE (*pro hac vice*) |
| | Sy.Damle@lw.com |
| 17 | MICHAEL A. DAVID (*pro hac vice*) |
| | Michael.David@lw.com |
| 18 | ELANA NIGHTINGALE DAWSON (*pro hac vice*) |
| | Elana.Nightingaledawson@lw.com |
| 19 | LATHAM & WATKINS LLP |
| | 555 Eleventh Street, NW, Suite 1000 |
| 20 | Washington, D.C. 20004 |
| | Telephone:    (202) 637-2200 |
| 21 | |
| | ALLISON L. STILLMAN (*pro hac vice*) |
| 22 | Alli.Stillman@lw.com |
| | RACHEL R. BLITZER (*pro hac vice*) |
| 23 | Rachel.blitzer@lw.com |
| | HERMAN H. YUE (*pro hac vice*) |
| 24 | Herman.yue@lw.com |
| | LATHAM & WATKINS LLP |
| 25 | 1271 Avenue of the Americas |
| | New York, NY 10020 |
| 26 | Telephone:    (212) 751-4864 |
| 27 | |
| 28 | |

1

DECLARATION OF BRIGHT KELLOGG IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL THE JOINT STIPULATION
Master File Case No. 3:23-CV-03223-AMO

2865104

I, Bright Kellogg, hereby declare as follows:

1. I am a program manager in the legal department for OpenAI. I submit this declaration in support of Defendants' Administrative Motion to File Under Seal the Joint Stipulation. I have personal knowledge of the facts set forth below and if called as a witness, could testify competently thereto.

2. OpenAI has designated the Joint Stipulation re: Security Protocol for Production of Training Dataset ("Security Protocol") as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY." The Security Protocol concerns the security measures used to protect OpenAI's confidential information.

3. The specific information OpenAI uses to train its models as well as the circumstances of such training constitute highly confidential information. OpenAI generally does not disclose that information, particularly given the highly competitive nature of the artificial intelligence industry that spans global stakeholders. The dataset at issue here, `cc-en-colang-v2-220131-metadata`, has not been released publicly.

4. Additionally, OpenAI does not publicly disclose the network and computer security protocols OpenAI uses to protect its confidential information.

5. Public disclosure of the Security Protocol could provide malicious actors with the information needed to exploit potential vulnerabilities in OpenAI's security measures, which would significantly increase the risk of unauthorized access to and/or cyber-attacks on OpenAI's confidential information.

6. Accordingly, OpenAI has designated the Security Protocol as Highly Confidential – Attorneys' Eyes Only.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 13th day of February, 2025 in San Francisco, California.

                                            /s/ Bright Kellogg
                                            Bright Kellogg

2

DECLARATION OF BRIGHT KELLOGG IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL THE JOINT STIPULATION
Master File Case No. 3:23-CV-03223-AMO

2865104