DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| | |
|---|---|
| ROBERT A. VAN NEST (CA SBN 84065)<br>rvannest@keker.com<br>R. JAMES SLAUGHTER (CA SBN 192813)<br>rslaughter@keker.com<br>PAVEN MALHOTRA (CA SBN 258429)<br>pmalhotra@keker.com<br>MICHELLE S. YBARRA (CA SBN 260697)<br>mybarra@keker.com<br>NICHOLAS S. GOLDBERG (CA SBN 273614)<br>ngoldberg@keker.com<br>THOMAS E. GORMAN (CA SBN 279409)<br>tgorman@keker.com<br>KATIE LYNN JOYCE (CA SBN 308263)<br>kjoyce@keker.com<br>CHRISTOPHER S. SUN (CA SBN 308945)<br>CSun@keker.com<br>KEKER, VAN NEST & PETERS LLP<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:  (415) 391-5400<br>Facsimile:  (415) 397-7188<br><br>ANDREW M. GASS (SBN 259694)<br>Andrew.Gass@lw.com<br>JOSEPH R. WETZEL (SBN 238008)<br>Joe.Wetzel@lw.com<br>LATHAM & WATKINS LLP<br>505 Montgomery Street, Suite 2000<br>San Francisco, California 94111<br>Telephone:  (415) 391-0600 | JOSEPH C. GRATZ (CA SBN 240676)<br>JGratz@mofo.com<br>TIFFANY CHEUNG (CA SBN 211497)<br>TCheung@mofo.com<br>JOYCE C. LI (CA SBN 323820)<br>JoyceLi@mofo.com<br>MELODY E. WONG (SBN 341494)<br>MelodyWong@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street,<br>San Francisco, California 94105-2482<br>Telephone:  (415) 268-7000<br>Facsimile:  (415) 268-7522<br><br>ROSE S. LEE (CA SBN 294658)<br>RoseLee@mofo.com<br>ALEXANDRA M. WARD (CA SBN 318042)<br>AlexandraWard@mofo.com<br>MORRISON & FOERSTER LLP<br>707 Wilshire Boulevard<br>Los Angeles, California 90017-3543<br>Telephone:  (213) 892-5200<br>Facsimile:  (213) 892-5454 |

*[CAPTION CONTINUED ON NEXT PAGE]*

Attorneys for Defendants
OPENAI, INC., OPENAI, L.P., OPENAI OPCO, L.L.C., OPENAI GP, L.L.C., OPENAI STARTUP FUND GP I, L.L.C., OPENAI STARTUP FUND I, L.P., AND OPENAI STARTUP FUND MANAGEMENT, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE OPENAI CHATGPT LITIGATION<br><br>This document relates to:<br><br>All Actions | Master File Case No. 3:23-CV-03223-AMO<br><br>**JOINT STIPULATION RE: SECURITY PROTOCOL FOR PRODUCTION OF TRAINING DATASET**<br><br>**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY** |

DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

1

2

Judge:  Hon. Robert M. Illman

Date Filed:        June 28, 2023

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

| | |
|---|---|
| 1 | CAROLYN M. HOMER (CA SBN 286441) |
| | cmhomer@mofo.com |
| 2 | MORRISON & FOERSTER LLP |
| | 2100 L Street, NW |
| 3 | Suite 900 |
| | Washington, DC 2003 |
| 4 | Telephone: 202-65004597 |
| 5 | |
| | JOHN R. LANHAM (CA SBN 289382) |
| 6 | jlanham@mofo.com |
| | MORRISON & FOERSTER LLP |
| 7 | 12531 High Bluff Dr. |
| | Suite 100 |
| 8 | San Diego, CA 921320 |
| | Telephone 858-720-5100 |
| 9 | |
| | MAX I. LEVY (CA SBN 346289) |
| 10 | MLevy@mofo.com |
| | MORRISON & FORESTER LLP |
| 11 | 755 Page Mill Road |
| | Palo Alto, California 94304-1018 |
| 12 | Telephone:   (650) 813-5600 |
| | Facsimile:   (650) 494-0792 |
| 13 | |
| 14 | ERIC K. NIKOLAIDES (*pro hac vice*) |
| | ENikolaides@mofo.com |
| 15 | MORRISON & FORESTER LLP |
| | 250 West 55th Street |
| 16 | New York, NY 10019-9601 |
| | Telephone:   (212) 468-8000 |
| 17 | Facsimile:   (212) 468-7900 |
| 18 | |
| | SARANG VIJAY DAMLE (*pro hac vice*) |
| 19 | Sy.Damle@lw.com |
| | MICHAEL A. DAVID (*pro hac vice*) |
| 20 | Michael.David@lw.com |
| | ELANA NIGHTINGALE DAWSON (*pro hac vice*) |
| 21 | Elana.Nightingaledawson@lw.com |
| | LATHAM & WATKINS LLP |
| 22 | 555 Eleventh Street, NW, Suite 1000 |
| | Washington, D.C. 20004 |
| 23 | Telephone:   (202) 637-2200 |
| 24 | ALLISON L. STILLMAN (*pro hac vice*) |
| | Alli.Stillman@lw.com |
| 25 | RACHEL R. BLITZER (*pro hac vice*) |
| | Rachel.blitzer@lw.com |
| 26 | HERMAN H. YUE (*pro hac vice*) |

Herman.yue@lw.com
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Telephone:   (212) 751-4864

Upon the stipulation of the parties, the following protocol will apply to the preparation, transfer, and/or use of the dataset titled `cc-en-colang-v2-20220131-metadata` ("the dataset") natively produced by Defendants OpenAI, Inc., OpenAI, L.P., OpenAI OpCo, L.L.C., OpenAI GP, L.L.C., OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., and OpenAI Startup Fund Management, LLC.

1. For purposes of this Security Protocol, "Inspecting Party" shall have the same definition as provided in the Stipulated Inspection Protocol (Dkt. No. 182 ¶ 2).

2. Nothing in this Security Protocol shall alter or change in any way the requirements of the Stipulated Protective Order or Training Data Inspection Protocol. In the event of any conflict, however, this Security Protocol shall control for the dataset.

3. OpenAI's preparation and production of the dataset shall be subject to the following provisions:

   a. 

   c. To aid in the detection of any unauthorized access or distribution,

   d. Transmission shall not take place until after the Inspecting Party executes and returns the Acknowledgment and Certification attached as Exhibit A.

JOINT STIPULATION RE: SECURITY PROTOCOL FOR PRODUCTION OF TRAINING DATASET
Master File Case No. 3:23-CV-03223-AMO
2862034

4.  The Inspecting Party's storage and use of the dataset will be subject to the following provisions:

a. ████████████████████████████████████████
████████████████████████████████████████
███████████████████████████████
████████████████████████████████████
█████████████████████████████████████
██████████████████████████████
████████████████████████████
█████████████████████████████████
████████████████████████████████
██████████████████

b. ████████████████████████████
███████████████████████████
████████████████████████████
███████████████████████████
█████████████████████████████
████████████████████████████
█████████████████████████████
█████████████████████████████
██████████████████

  c. For clarity, and without any effect to construe or limit any of the terms herein, ■■■

  5. The Inspecting Party's end-user access and analysis of the dataset will be subject to the following provisions:

  b. ■■■

  c. ■■■

  d. ■■■

  e. ■■■

  f. ■■■

6. To avoid any doubt, access to the dataset is also governed by the Stipulated Protective Order. *See, e.g.*, Dkt. 106 at ¶ 7.3.

7. ████████████████████████████████████████████████████████████████████████████████████

8. Other than as provided in this Protocol, the Inspecting Party will not copy, remove, or otherwise transfer the dataset ████████████████████████████████, including, without limitation, copying, removing, or transferring the dataset onto any recordable media or recordable device. In order to facilitate the reasonably necessary use of dataset records in this litigation (*e.g.*, for use in court filings, expert reports, deposition, or trial), the Inspecting Party may presumptively export up to ███████████ (uncompressed) of data from the dataset. The Inspecting Party may request an increase in this presumptive limit, and Defendants shall not unreasonably withhold consent. Upon export from ████████████████████████, all such exports must be presumptively labeled as HIGHLY-CONFIDENTIAL ATTORNEYS' EYES ONLY and treated accordingly under the Stipulated Protective Order (unless and until such confidentiality designation is modified). Within seven business days of any such export, the Inspecting Party shall Bates number and produce an electronic copy to Defendants.

9. Notwithstanding any provisions of this Protocol or the Stipulated Protective Order entered on February 15, 2024, the Parties reserve the right to amend this Protocol either by written agreement or Order of the Court upon showing of good cause.

10. The designation of this Protocol as Highly Confidential - Attorneys' Eyes Only shall not be construed as a concession made by or position taken by either party as to the necessity or propriety of so-designating anything else. OpenAI's agreement to this protocol shall not be construed as—and is not—a concession or admission that the same or similar Security Protocol would be appropriate for any other dataset.

1  **IT IS SO ORDERED.**

3  Dated: _____  By: _____
   HON. ROBERT M. ILLMAN
   United States Magistrate Judge

7  Dated: February 13, 2025          KEKER, VAN NEST & PETERS LLP

   By: */s/ Thomas E. Gorman*

   ROBERT A. VAN NEST
   R. JAMES SLAUGHTER
   PAVEN MALHOTRA
   MICHELLE S. YBARRA
   NICHOLAS S. GOLDBERG
   THOMAS E. GORMAN
   KATIE LYNN JOYCE
   CHRISTOPHER S. SUN
   KEKER, VAN NEST & PETERS LLP
   633 Battery Street
   San Francisco, California 94111-1809
   Telephone:    (415) 391-5400

   *Attorneys for Defendants*
   OPENAI, INC., OPENAI, L.P., OPENAI
   OPCO, L.L.C., OPENAI GP, L.L.C.,
   OPENAI STARTUP FUND GP I, L.L.C.,
   OPENAI STARTUP FUND I, L.P., AND
   OPENAI STARTUP FUND
   MANAGEMENT, LLC

| | | |
|---|---|---|
| 1 | Dated: February 13, 2025 | MORRISON & FOERSTER LLP |
| 2 | | |
| 3 | | By: /s/ *John R. Lanham* |
| 4 | | JOSEPH C. GRATZ<br>TIFFANY CHEUNG |
| 5 | | JOYCE C. LI<br>MELODY E. WONG |
| 6 | | MORRISON & FOERSTER LLP<br>425 Market Street |
| 7 | | San Francisco, California 94105-2482<br>Telephone:   (415) 268-7000 |
| 8 | | |
| 9 | | ROSE S. LEE<br>ALEXANDRA M. WARD |
| 10 | | MORRISON & FOERSTER LLP<br>707 Wilshire Boulevard |
| 11 | | Los Angeles, California 90017-3543<br>Telephone:   (213) 892-5200 |
| 12 | | |
| 13 | | CAROLYN M. HOMER<br>MORRISON & FOERSTER LLP |
| 14 | | 2100 L Street, NW, Suite 900<br>Washington, DC 2003 |
| 15 | | Telephone: 202-65004597 |
| 16 | | JOHN R. LANHAM<br>MORRISON & FOERSTER LLP |
| 17 | | 12531 High Bluff Dr., Suite 100<br>San Diego, CA 921320 |
| 18 | | Telephone 858-720-5100 |
| 19 | | MAX I. LEVY<br>MORRISON & FOERSTER LLP |
| 20 | | 755 Page Mill Road<br>Palo Alto, California 94304-1018 |
| 21 | | Telephone:   (650) 813-5600 |
| 22 | | ERIC K. NIKOLAIDES (*pro hac vice*)<br>MORRISON & FOERSTER LLP |
| 23 | | 250 West 55th Street<br>New York, NY 10019-9601 |
| 24 | | Telephone:   (212) 468-8000 |
| 25 | | *Attorneys for Defendants* |
| 26 | | OPENAI, INC., OPENAI, L.P., OPENAI<br>OPCO, L.L.C., OPENAI GP, L.L.C., OPENAI |

|   |   |   |
|---|---|---|
| 1 |  | STARTUP FUND GP I, L.L.C., OPENAI STARTUP FUND I, L.P., AND OPENAI |
| 2 |  | STARTUP FUND MANAGEMENT, LLC |
| 3 |  |  |
| 4 | Dated: February 13, 2025 | LATHAM & WATKINS LLP |
| 5 |  | By: /s/ Elana Nightingale Dawson |
| 6 |  | ANDREW M. GASS |
| 7 |  | JOSEPH R. WETZEL LATHAM & WATKINS LLP |
| 8 |  | 505 Montgomery Street, Suite 2000 San Francisco, California 94111 |
| 9 |  | Telephone:   (415) 391-0600 |
| 10 |  | SARANG VIJAY DAMLE (*pro hac vice*) |
| 11 |  | MICHAEL A. DAVID (*pro hac vice*) ELANA NIGHTINGALE DAWSON (*pro hac vice*) |
| 12 |  | LATHAM & WATKINS LLP |
| 13 |  | 555 Eleventh Street, NW, Suite 1000 Washington, D.C. 20004 |
| 14 |  | Telephone:   (202) 637-2200 |
| 15 |  | ALLISON L. STILLMAN (*pro hac vice*) |
| 16 |  | RACHEL R. BLITZER (*pro hac vice*) HERMAN H. YUE (*pro hac vice*) LATHAM & WATKINS LLP |
| 17 |  | 1271 Avenue of the Americas New York, NY 10020 |
| 18 |  | Telephone:   (212) 751-4864 |
| 19 |  | *Attorneys for Defendants* |
| 20 |  | OPENAI, INC., OPENAI, L.P., OPENAI OPCO, L.L.C., OPENAI GP, L.L.C., OPENAI |
| 21 |  | STARTUP FUND GP I, L.L.C., OPENAI STARTUP FUND I, L.P., AND OPENAI |
| 22 |  | STARTUP FUND MANAGEMENT, LLC |
| 23 | Dated: February 13, 2025 | BOIES SCHILLER AND FLEXNER |
| 24 |  |  |
| 25 |  | By: /s/ Joshua Michelangelo Stein |
| 26 |  | DAVID BOIES BOIES SCHILLER AND FLEXNER |

7

JOINT STIPULATION RE: SECURITY PROTOCOL FOR PRODUCTION OF TRAINING DATASET
Master File Case No. 3:23-CV-03223-AMO

2862034

333 Main Street
Armonk, NY 10504
Phone: (914) 749-8201

JESSE MICHAEL PANUCCIO
BOIES SCHILLER AND FLEXNER
1401 New York Ave., NW
Washington, DC 20005
Phone: (202) 237-2727

JOSHUA MICHELANGELO STEIN
BOIES SCHILLER AND FLEXNER
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Phone: (415) 293-6813

Attorneys for Plaintiffs
PAUL TREMBLAY, DAVID HENRY HWANG, MATTHEW KLAM, RACHEL LOUISE SNYDER, LAURA LIPPMAN, JACQUELINE WOODSON, ANDREW SEAN GREER, TA-NEHISI COATES, JUNOT DIAZ, CHRISTOPHER GOLDEN, AND RICHARD KADREY

# EXHIBIT A

## ACKNOWLEDGMENT AND CERTIFICATION

I, _____ [print or type full name], of _____ [print or type full address], declare under penalty of perjury that I have read in its entirety and understand the Joint Stipulation re: Security Protocol for Production of Training Dataset ("Security Protocol") that was issued by the United States District Court for the Northern District of California on _____ [date] in the case of *Tremblay v. OpenAI, Inc., et al.*, Lead Case Number: 3:23-cv-03223-AMO, and that I have verified that all relevant accounts, devices, and network settings have been configured consistent with the terms of this Security Protocol.

I agree to comply with and to be bound by all the terms of this Security Protocol, including without limitation ensuring that all relevant accounts, devices, and network settings are configured consistent with the terms of this Security Protocol, and I understand and acknowledge that failure to so comply could expose me to sanctions and punishment in the nature of contempt.

I further agree to submit to the jurisdiction of the United States District Court for the Northern District of California for the purpose of enforcing the terms of this Security Protocol, even if such enforcement proceedings occur after termination of this action.

I hereby appoint _____ [print or type full name] of _____ [print or type full address and telephone number] as my California agent for service of process in connection with this action or any proceedings related to enforcement of this Security Protocol.

Date: _____

City and State where sworn and signed: _____

Printed name: _____

    [printed name]

Signature: _____

    [signature]

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5–1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from the other signatories to this stipulation.

Dated: February 13, 2025     By:  /s/ *Thomas E. Gorman*
                                  THOMAS E. GORMAN