**COOLEY LLP**
SHANNON M. EAGAN (212830)
(seagan@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304-1130
Telephone:      +1 650 843 5000
Facsimile:       +1 650 849-7400

JEFFREY M. GUTKIN (216083)
(jgutkin@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California  94111-4004
Telephone:      +1 415 693 2000
Facsimile:       +1 415 693 2222

Attorneys for Non-Parties
Benjamin J. Mann and Dario Amodei

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPENAI CHATGPT LITIGATION | Case No. 3:23-cv-03223-AMO<br><br>**NON-PARTY DARIO AMODEI'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |
| *In re* MOTION TO COMPEL COMPLIANCE WITH NON-PARTY SUBPOENAS<br><br>In the matter of<br><br>AUTHORS GUILD, *et al.*, individually and on behalf of others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>OPENAI INC., *et al.*,<br><br>    Defendants. | Misc. Case No. 3:25-mc-80017-AMO<br><br>Underlying Litigation: *Authors Guild, et al. v OpenAI, et al.*, 1:23-cv-0822-SHS (S.D.N.Y) |

Pursuant to Judge Illman's Standing Order, and Civil Local Rules 7-11 and 79-5(f), non-party Dario Amodei brings this Administrative Motion to Consider Whether Another Party's Material Should be Sealed in connection with Dario Amodei's concurrently-filed Opposition to Plaintiffs' Motions to Compel the Deposition of Dario Amodei, filed in two related actions, *In re OpenAI ChatGPT Litigation*, Case No. 3:23-cv-03223-AMO (*In re OpenAI*) and *Authors Guild, et al. v. OpenAI Inc., et al.*, Misc. Case No. 3:35-mc-80017-AMO ("*Authors Guild*"). The underlying action in the *Authors Guild* matter is *Authors Guild, et al. v. OpenAI Inc., et al.*, Case No. 1:23-cv-0822-SHS (S.D.N.Y), pending in the southern District of New York ("*Authors Guild – NY*").

For documents designated as protected material by another party or non-party (the "Designating Party"), civil Local Rule 79-5(f) requires that a filing party "identify each document or portions thereof for which sealing is sought." Civil L.R. 79-5(f)(1). "Within 7 days of the motion's filing, the Designating Party must file a statement and/or declaration as described in subsection (c)(1)." Civil L.R. 79-5(f)(3). Pursuant to these rules, Mr. Amodei identifies portions of the document listed below, and filed concurrently herewith, that may contain information OpenAI designated Confidential or Highly Confidential Attorneys' Eyes Only under the terms of the Stipulated Protective Orders filed in the *In re OpenAI* and *Authors Guild – NY* actions ("POs"). (*In re OpenAI*, ECF No. 106; *Authors Guild – NY*, ECF No. 148). Mr. Amodei takes no position as to the confidentiality of the information that OpenAI requested be filed under seal pursuant to the POs.

| Document | Portions to be Sealed | Party Designating | Reason |
|---|---|---|---|
| Non-Party Dario Amodei's Opposition to *In re OpenAI* and *Authors Guild* Plaintiffs' Motions to Compel Deposition | Highlighted Portions | Defendant OpenAI | Contains or references documents designated Confidential or Highly Confidential Attorneys' Eyes Only under the terms of the Stipulated Protective Order |

| | | |
|---|---|---|
| 1 | Dated: February 14, 2025 | COOLEY LLP |
| 2 | | |
| 3 | | By: _/s/ Jeffrey M. Gutkin_ |
| 4 | | Jeffrey M. Gutkin<br>Shannon M. Eagan |
| 5 | | Attorneys for Non-Parties |
| 6 | | Benjamin J. Mann and Dario Amodei |