**COOLEY LLP**
SHANNON M. EAGAN (212830)
(seagan@cooley.com)
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: +1 650 843 5000
Facsimile: +1 650 849-7400

JEFFREY M. GUTKIN (216083)
(jgutkin@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone: +1 415 693 2000
Facsimile: +1 415 693 2222

Attorneys for Non-Parties
Benjamin J. Mann and Dario Amodei

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPENAI CHATGPT LITIGATION | Case No. 3:23-cv-03223-AMO<br><br>**DECLARATION OF JEFFREY M. GUTKIN IN SUPPORT OF NON-PARTY DARIO AMODEI'S MOTION TO CONSIDER** |
| *In re* MOTION TO COMPEL COMPLIANCE WITH NON-PARTY SUBPOENAS<br><br>In the matter of<br><br>AUTHORS GUILD, *et al.*, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OPENAI INC., *et al.*,<br><br>Defendants. | Misc. Case No. 3:25-mc-80017-AMO<br><br>Underlying Litigation: *Authors Guild, et al. v OpenAI, et al.*, 1:23-cv-0822-SHS (S.D.N.Y) |

I, Jeffrey Gutkin, declare:

1.  I am a Partner at the law firm Cooley LLP, counsel for Non-Party Dario Amodei in the above-caption matters. I submit this declaration in support of Mr. Amodei's Administrative Motion to Consider Whether Another Party's Material Should be Sealed. The information set forth herein is true to the best of my knowledge, information, and belief, and if called upon to testify, I could and would testify to the following.

2.  The highlighted portions of Non-Party Dario Amodei's Opposition to *In re OpenAI* and *Authors Guild* Plaintiffs' Motions to Compel Deposition reflect information Counsel for OpenAI has designated as "Confidential" or "Highly Confidential – Attorneys' Eyes Only" under the terms of the Stipulated Protective Order in the actions *In re OpenAI ChatGPT Litigation*, Case No. 3:23-cv-03223-AMO ("*In re OpenAI*") and *Authors Guild, et al. v. OpenAI Inc., et al.*, Case No. 1:23-cv-0822-SHS (S.D.N.Y) ("*Authors Guild – NY*"). (*In re OpenAI*, ECF No. 106; *Authors Guild – NY*, ECF No. 148).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 14, 2025, in Oakland, California.

*/s/ Jeffrey M. Gutkin*
Jeffrey M. Gutkin