| | |
|---|---|
| **COOLEY LLP**<br>SHANNON M. EAGAN (212830)<br>(seagan@cooley.com)<br>3175 Hanover Street<br>Palo Alto, CA 94304-1130<br>Telephone:   +1 650 843 5000<br>Facsimile:   +1 650 849-7400<br><br>JEFFREY M. GUTKIN (216083)<br>(jgutkin@cooley.com)<br>3 Embarcadero Center, 20th Floor<br>San Francisco, California 94111-4004<br>Telephone:   +1 415 693 2000<br>Facsimile:   +1 415 693 2222<br><br>Attorneys for Non-Parties<br>Benjamin J. Mann and Dario Amodei | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPENAI CHATGPT LITIGATION | Case No. 3:23-cv-03223-AMO<br><br>**DECLARATION OF JEFFREY M. GUTKIN IN SUPPORT OF NON-PARTY DARIO AMODEI'S OPPOSITION TO *IN RE OPENAI* AND *AUTHORS GUILD* PLAINTIFFS' MOTION TO COMPEL DEPOSITION**<br><br>Date:      March 4, 2025<br>Time:     11:00 a.m.<br>Judge:    Hon. Robert M. Illman |
| *In re* MOTION TO COMPEL COMPLIANCE WITH NON-PARTY SUBPOENAS<br><br>In the matter of<br><br>AUTHORS GUILD, *et al.*, individually and on behalf of others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>OPENAI INC., *et al.*,<br><br>    Defendants. | Misc. Case No. 3:25-mc-80017-AMO<br><br>Underlying Litigation: *Authors Guild, et al. v OpenAI, et al.*, 1:23-cv-0822-SHS (S.D.N.Y) |

I, Jeffrey M. Gutkin, hereby declare as follows:

1. I am an attorney admitted to practice law in the State of California and a Partner at Cooley LLP, counsel for non-party Dario Amodei. I have personal knowledge of the facts herein and if called to testify, could and would testify competently hereto.

2. I make this Declaration in support of the Oppositions to Plaintiffs' Motions to Compel the Deposition of Dario Amodei filed by Plaintiffs in *Authors Guild, et al., v. OpenAI Inc., et al.*, Case No. 1:23-cv-08292-SHS and *In re OpenAI ChatGPT Litigation*, Case No. 3:23-cv-03223-AMO ("*Authors Guild* Plaintiffs," or "*In re OpenAI* Plaintiffs, or collectively, "Plaintiffs").

3. On May 6, 2024, the *Authors Guild* Plaintiffs served a document and deposition subpoena on Mr. Amodei. Following suit, the *In re OpenAI* Plaintiffs served a deposition subpoena on Mr. Amodei on January 13, 2025.

4. On February 11, 2025, the Court ruled that Mr. Mann would sit for a 7-hour deposition. That deposition is schedule for February 27, 2025.

5. Through conversations with party counsel, I understand that the *In re OpenAI* Plaintiffs have only taken the deposition of one OpenAI employee, Henrique Ponde de Oliveiro, who I understand was not on the OpenAI training data team. The *Authors Guild* Plaintiffs have taken no depositions.

6. However, to try and resolve the pending Motions to Compel non-party Mr. Amodei's deposition, counsel for Mr. Amodei and Plaintiffs plan to meet and confer on February 18, 2025, and will update the court accordingly.

7. Mr. Amodei produced his LinkedIn page to the *Authors Guild* Plaintiffs, which reflects that he is the Chief Executive Officer and Co-Founder of non-party Anthropic PBC ("Anthropic"), which he co-founded in early 2021. The page also shows that, prior to co-founding Anthropic, Mr. Amodei worked at OpenAI from July 2016 to December 2020, during which he held supervisory positions relating to research and safety, holding titles of Vice President of Research, Research Director, and Team Lead for AI Safety.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 14, 2025, in Oakland, California.

                                                          /s/ *Jeffrey M. Gutkin*
                                                          Jeffrey M. Gutkin