| | |
|---|---|
| JOSEPH C. GRATZ (CA SBN 240676) | ANDREW M. GASS (SBN 259694) |
| JGratz@mofo.com | Andrew.Gass@lw.com |
| TIFFANY CHEUNG (CA SBN 211497) | JOSEPH R. WETZEL (SBN 238008) |
| TCheung@mofo.com | Joseph.Wetzel@lw.com |
| JOYCE C. LI (CA SBN 323820) | LATHAM & WATKINS LLP |
| JoyceLi@mofo.com | 505 Montgomery Street, Suite 2000 |
| MELODY E. WONG (SBN 341494) | San Francisco, California 94111 |
| MelodyWong@mofo.com | Telephone: (415) 391-0600 |
| MORRISON & FOERSTER LLP | |
| 425 Market Street, | ROBERT A. VAN NEST (SBN 84065) |
| San Francisco, California 94105-2482 | rvannest@keker.com |
| Telephone: (415) 268-7000 | R. JAMES SLAUGHTER (SBN 192813) |
| Facsimile: (415) 268-7522 | rslaughter@keker.com |
| | PAVEN MALHOTRA (SBN 258429) |
| ROSE S. LEE (CA SBN 294658) | pmalhotra@keker.com |
| RoseLee@mofo.com | MICHELLE YBARRA (SBN 260697) |
| ALEXANDRA M. WARD (CA SBN 318042) | mybarra@keker.com |
| AlexandraWard@mofo.com | NICHOLAS S. GOLDBERG (SBN 273614) |
| MORRISON & FOERSTER LLP | ngoldberg@keker.com |
| 707 Wilshire Boulevard | THOMAS E. GORMAN (SBN 279409) |
| Los Angeles, California 90017-3543 | tgorman@keker.com |
| Telephone: (213) 892-5200 | KATIE LYNN JOYCE (SBN 308263) |
| Facsimile: (213) 892-5454 | kjoyce@keker.com |
| [CAPTION CONTINUED ON NEXT PAGE] | CHRISTOPHER SUN (SBN 308945) |
| | csun@keker.com |
| Attorneys for Defendants | KEKER, VAN NEST & PETERS LLP |
| OPENAI, INC., OPENAI, L.P., OPENAI | 633 Battery Street |
| OPCO, L.L.C., OPENAI GP, L.L.C., OPENAI | San Francisco, CA 94111-1809 |
| STARTUP FUND GP I, L.L.C., OPENAI | Telephone: (415) 391-5400 |
| STARTUP FUND I, L.P., AND OPENAI | Facsimile: (415) 391-7188 |
| STARTUP FUND MANAGEMENT, LLC | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPENAI CHATGPT LITIGATION | Master File No. 3:23-cv-03223-AMO |
| This document relates to: | **DECLARATION OF MICHAEL TRINH IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED [ECF NO. 310]** |
| All Actions | |

JOHN R. LANHAM (CA SBN 289382)
JLanham@mofo.com
SARAH J. VANDERVALK (CA SBN 332651)
SVandervalk@mofo.com
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 100
San Diego, CA 92130
Telephone:   (858) 720-5100
Facsimile:   (858) 523-2803

CAROLYN M. HOMER (CA SBN 286441)
CMHomer@mofo.com
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, D.C. 20037
Telephone:   (202) 887-1500
Facsimile:   (202) 887-0763

MAX I. LEVY (CA SBN 346289)
MLevy@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, CA 94304-1018
Telephone:   (650) 813-5600
Facsimile:   (650) 494-0792

ERIC K. NIKOLAIDES (*pro hac vice*)
ENikolaides@mofo.com
ZACHARY S. NEWMAN (*pro hac vice*)
ZNewman@mofo.com
MORRISON & FOERSTER LLP
250 West 55th Street
New York, NY 10019-9601
Telephone:   (212) 468-8000
Facsimile:   (212) 468-7900

SARANG VIJAY DAMLE (*pro hac vice*)
Sy.Damle@lw.com
MICHAEL A. DAVID (*pro hac vice*)
Michael.David@lw.com
ELANA NIGHTINGALE DAWSON (*pro hac vice*)
Elana.Nightingaledawson@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone:   (202) 637-2200

ALLISON L. STILLMAN (*pro hac vice*)
Alli.Stillman@lw.com
RACHEL R. BLITZER (*pro hac vice*)
Rachel.blitzer@lw.com
HERMAN H. YUE (*pro hac vice*)
Herman.yue@lw.com
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Telephone:   (212) 751-4864

I, Michael Trinh, hereby declare as follows:

1.  I am Associate General Counsel at OpenAI. I submit this declaration in support of Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed, ECF No. 310, pursuant to N.D. Cal. L.R. 79-5(f)(3). I have personal knowledge of the facts set forth below and, if called as a witness, could testify competently thereto.

2.  I have been informed that because Plaintiffs' Letter Requesting Leave to Consider Evidence of So-Called "Transition Memo" Recently Produced by OpenAI, ECF No. 310-1 (the "Letter"), relates to a non-dispositive matter, the information requested to be filed under seal is not subject to a strong presumption of public access, and only a showing of "good cause" is needed to justify sealing the material. *See Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006); *Real Action Paintball, Inc. v. Advanced Tactical Ordinance Sys., LLC*, 2015 WL 1534049, at *2 (N.D. Cal. Apr. 2, 2015) (quoting *Pintos v. Pac. Creditors Ass'n*, 605 F.3d 665, 678 (9th Cir. 2010)).

3.  I have been informed and understand that the OpenAI confidential material contained in ECF Nos. 310-1 and 310-2 has been designated by OpenAI as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" pursuant to the protective order.

4.  OpenAI does not seek to seal the redacted portions of Plaintiffs' Letter, ECF No. 310-1. I submit this declaration in support of sealing certain OpenAI confidential information contained in Exhibit A to the Letter, ECF No. 310-2.[1]

5.  Based on my review, certain portions of Exhibit A fall into the following two categories: (i) internal references to URLs or other identifying information, the disclosure of which could compromise OpenAI security and (ii) competitively sensitive statements concerning details of processes and sources for training, testing, and improving OpenAI LLMs.

6.  **Category (i)**. Internal URLs, hyperlinks, IP addresses, and other technological markers are highly sensitive and warrant redaction. Disclosure of this information could compromise OpenAI's internal safety and security measures. OpenAI treats such information as

---

[1] Consistent with the instructions for E-Filing Under Seal in Civil Cases, OpenAI will file redacted versions of the highlighted documents if requested by the Court.

confidential or highly confidential, generally does not publicly disclose this type of information, and takes affirmative steps to protect the confidentiality of that information. Category (i) information can be found in the highlighted portions of Exhibit A (at 2, 3, and 5) that are filed under seal contemporaneously with this declaration.

7. **Category (ii)**. The specific processes that OpenAI employs to train and test ChatGPT models, including the sources and specific amounts of data used to train the models, processes used for de-duplication and filtering, tests run to evaluate the models' performance and the results of those tests, assessments of the performance of training data, experiments to gauge actual or potential model improvement, and confidential technical know-how and negative know-how constitute highly sensitive proprietary information. OpenAI treats such information as confidential or highly confidential. OpenAI generally does not publicly disclose this type of information and takes steps to protect the confidentiality of that information, particularly given the highly competitive nature of the artificial intelligence industry with global stakeholders. Disclosure of this kind of information would give OpenAI's competitors insight into its proprietary development processes and cause competitive harm to OpenAI. Category (ii) information can be found in the highlighted portions of Exhibit A (at 2-5) that are filed under seal contemporaneously with this declaration.

8. OpenAI's request is narrowly tailored, as OpenAI is not seeking to seal the redacted portions of Plaintiffs' Letter submitted by Plaintiffs redacted in part.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 18th day of February, 2025, in San Francisco, California.

*/s/ Michael Trinh*
Michael Trinh
Associate General Counsel
OpenAI

**ECF ATTESTATION**

I, John Lanham, am the ECF User whose ID and password are being used to file this document. In accordance with Civil L.R. 5-1(i)(3), concurrence in and authorization of the filing of this document has been obtained from Michael Trinh, declarant.

Dated: February 18, 2025      MORRISON & FOERSTER LLP

By:  */s/ John R. Lanham*
         John R. Lanham

*Attorney for Defendants*
OPENAI, INC., OPENAI, L.P., OPENAI OPCO, L.L.C., OPENAI GP, L.L.C., OPENAI STARTUP FUND GP I, L.L.C., OPENAI STARTUP FUND I, L.P., AND OPENAI STARTUP FUND MANAGEMENT, LLC