| | |
|---|---|
| JOSEPH C. GRATZ (CA SBN 240676) <br> JGratz@mofo.com <br> TIFFANY CHEUNG (CA SBN 211497) <br> TCheung@mofo.com <br> JOYCE C. LI (CA SBN 323820) <br> JoyceLi@mofo.com <br> MELODY E. WONG (SBN 341494) <br> MelodyWong@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street, <br> San Francisco, California 94105-2482 <br> Telephone:    (415) 268-7000 <br> Facsimile:    (415) 268-7522 <br><br> ROSE S. LEE (CA SBN 294658) <br> RoseLee@mofo.com <br> ALEXANDRA M. WARD (CA SBN 318042) <br> AlexandraWard@mofo.com <br> MORRISON & FOERSTER LLP <br> 707 Wilshire Boulevard <br> Los Angeles, California 90017-3543 <br> Telephone:    (213) 892-5200 <br> Facsimile:    (213) 892-5454 <br> [CAPTION CONTINUED ON NEXT PAGE] <br><br> Attorneys for Defendants <br> OPENAI, INC., OPENAI, L.P., OPENAI OPCO, L.L.C., OPENAI GP, L.L.C., OPENAI STARTUP FUND GP I, L.L.C., OPENAI STARTUP FUND I, L.P., AND OPENAI STARTUP FUND MANAGEMENT, LLC | ANDREW M. GASS (SBN 259694) <br> Andrew.Gass@lw.com <br> JOSEPH R. WETZEL (SBN 238008) <br> Joseph.Wetzel@lw.com <br> LATHAM & WATKINS LLP <br> 505 Montgomery Street, Suite 2000 <br> San Francisco, California 94111 <br> Telephone:    (415) 391-0600 <br><br> ROBERT A. VAN NEST (SBN 84065) <br> rvannest@keker.com <br> R. JAMES SLAUGHTER (SBN 192813) <br> rslaughter@keker.com <br> PAVEN MALHOTRA (SBN 258429) <br> pmalhotra@keker.com <br> MICHELLE YBARRA (SBN 260697) <br> mybarra@keker.com <br> NICHOLAS S. GOLDBERG (SBN 273614) <br> ngoldberg@keker.com <br> THOMAS E. GORMAN (SBN 279409) <br> tgorman@keker.com <br> KATIE LYNN JOYCE (SBN 308263) <br> kjoyce@keker.com <br> CHRISTOPHER SUN (SBN 308945) <br> csun@keker.com <br> KEKER, VAN NEST & PETERS LLP <br> 633 Battery Street <br> San Francisco, CA 94111-1809 <br> Telephone:    (415) 391-5400 <br> Facsimile:    (415) 391-7188 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPENAI CHATGPT LITIGATION <br><br> This document relates to: <br><br> All Actions | Master File No. 3:23-cv-03223-AMO <br><br> **CERTIFICATE OF SERVICE** |

CERTIFICATE OF SERVICE
MASTER FILE NO. 3:23-CV-03223-AMO

| | |
|---|---|
| 1 | JOHN R. LANHAM (CA SBN 289382) |
| | JLanham@mofo.com |
| 2 | SARAH J. VANDERVALK (CA SBN 332651) |
| | SVandervalk@mofo.com |
| 3 | MORRISON & FOERSTER LLP |
| | 12531 High Bluff Drive, Suite 100 |
| 4 | San Diego, CA 92130 |
| | Telephone:    (858) 720-5100 |
| 5 | Facsimile:    (858) 523-2803 |
| 6 | CAROLYN M. HOMER (CA SBN 286441) |
| | CMHomer@mofo.com |
| 7 | MORRISON & FOERSTER LLP |
| | 2100 L Street, NW, Suite 900 |
| 8 | Washington, D.C. 20037 |
| | Telephone:    (202) 887-1500 |
| 9 | Facsimile:    (202) 887-0763 |
| 10 | MAX I. LEVY (CA SBN 346289) |
| | MLevy@mofo.com |
| 11 | MORRISON & FOERSTER LLP |
| | 755 Page Mill Road |
| 12 | Palo Alto, CA 94304-1018 |
| | Telephone:    (650) 813-5600 |
| 13 | Facsimile:    (650) 494-0792 |
| 14 | ERIC K. NIKOLAIDES (*pro hac vice*) |
| | ENikolaides@mofo.com |
| 15 | ZACHARY S. NEWMAN (*pro hac vice*) |
| | ZNewman@mofo.com |
| 16 | MORRISON & FOERSTER LLP |
| | 250 West 55th Street |
| 17 | New York, NY 10019-9601 |
| | Telephone:    (212) 468-8000 |
| 18 | Facsimile:    (212) 468-7900 |
| 19 | SARANG VIJAY DAMLE (*pro hac vice*) |
| | Sy.Damle@lw.com |
| 20 | MICHAEL A. DAVID (*pro hac vice*) |
| | Michael.David@lw.com |
| 21 | ELANA NIGHTINGALE DAWSON (*pro hac vice*) |
| | Elana.Nightingaledawson@lw.com |
| 22 | LATHAM & WATKINS LLP |
| | 555 Eleventh Street, NW, Suite 1000 |
| 23 | Washington, D.C. 20004 |
| | Telephone:    (202) 637-2200 |
| 24 | ALLISON L. STILLMAN (*pro hac vice*) |
| | Alli.Stillman@lw.com |
| 25 | RACHEL R. BLITZER (*pro hac vice*) |
| | Rachel.blitzer@lw.com |
| 26 | HERMAN H. YUE (*pro hac vice*) |
| | Herman.yue@lw.com |
| 27 | LATHAM & WATKINS LLP |
| | 1271 Avenue of the Americas |
| 28 | New York, NY 10020 |
| | Telephone:    (212) 751-4864 |

CERTIFICATE OF SERVICE
MASTER FILE NO.3:23-CV-03223-AMO

**CERTIFICATE OF SERVICE**

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 425 Market Street, San Francisco, California, 94105-2482. I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on February, 18, 2025, I served a copy of:

**EXHIBIT A TO THE DECLARATION OF MICHAEL TRINH IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED [ECF NO. 310]**

| X | **BY ELECTRONIC SERVICE [Fed. R. Civ. P. 5(b)]** by electronically mailing a true and correct copy through Morrison & Foerster LLP's electronic mail system to the email address(es) set forth below, or as stated on the attached service list per agreement in accordance with Fed. R. Civ. P. 5(b). |
|---|---|

**JOSEPH SAVERI LAW FIRM, LLP**
Joseph R. Saveri
Cadio R. Zirpoli
Christopher K. L. Young
William W. Castillo Guardado
Holden J. Benon
Aaron Cera
Margaux Poueymirou
Melissa Tribble
601 California St., Ste. 1505
San Francisco, CA 94108
jsaveri@saverilawfirm.com
czirpoli@saverilawfirm.com
cyoung@saverilawfirm.com
wcastillo@saverilawfirm.com
hbenon@saverilawfirm.com
acera@saverilawfirm.com
mpoueymirou@saverilawfirm.com
mtribble@averilawfirm.com
jslfservice_chatgpt@saverilawfirm.com

**MATTHEW BUTTERICK, ATTORNEY AT LAW**
Matthew Butterick
1920 Hillhurst Ave. #406
Los Angeles, CA 90027
mb@butericklaw.com

| | |
|---|---|
| 1 | **CAFFERTY, CLOBES MERIWETHER & SPRENGEL LLP** |
| 2 | Bryan L. Clobes |
| | Alexander J. Sweatman |
| 3 | Mohammed Rathur |
| | 135 South LaSalle Street, Suite 3210 |
| 4 | Chicago, IL 60603 |
| | bclobes@caffertyclobes.com |
| 5 | asweatman@caffertyclobes.com |
| | mrathur@caffertyclobes.com |
| 6 | |
| | **VENTURA HERSEY & MULLER, LLP** |
| 7 | Daniel J. Muller |
| | 1506 Hamilton Avenue |
| 8 | San Jose, CA 95125 |
| | dmuller@venturahersey.com |
| 9 | |
| | **BOIES SCHILLER FLEXNER LLP** |
| 10 | David Boies (*pro hac vice*) |
| | 333 Main Street |
| 11 | Armonk, NY 10504 |
| | (914) 749-8200 |
| 12 | dboies@bsfllp.com |
| 13 | Maxwell V. Pritt |
| | Joshua M. Stein |
| 14 | Reed D. Forbush |
| | 44 Montgomery Street, 41st Floor |
| 15 | San Francisco, CA 94104 |
| | (415) 293-6800 |
| 16 | mpritt@bsfllp.com |
| | jstein@bsfllp.com |
| 17 | rforbush@bsfllp.com |
| 18 | Jesse Panuccio |
| | 1401 New York Ave, NW |
| 19 | Washington, DC 20005 |
| | (202) 237-2727 |
| 20 | jpanuccio@bsfllp.com |
| | jschuffenhauer@bsfllp.com |
| 21 | |
| | Evan M. Ezray |
| 22 | 401 East Las Olas Blvd. Suite 1200 |
| | Fort Lauderdale, FL, 33301 |
| 23 | (954) 377-4237 |
| | eezray@bsfllp.com |
| 24 | |
| | *Counsel for Individual and Representative Plaintiffs and the Proposed Class* |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

CERTIFICATE OF SERVICE  
MASTER FILE NO.3:23-CV-03223-AMO

2

1   I declare under penalty of perjury under the laws of the State of California that the
2   foregoing is true and correct.
3   Executed at San Diego, California, this 18th day of February, 2025.

*Courtney Deoliveira*
Courtney Deoliveira

CERTIFICATE OF SERVICE
MASTER FILE NO.3:23-CV-03223-AMO                3