1   JOSEPH C. GRATZ (CA SBN 240676)
    JGratz@mofo.com
2   TIFFANY CHEUNG (CA SBN 211497)
    TCheung@mofo.com
3   JOYCE C. LI (CA SBN 323820)
    JoyceLi@mofo.com
4   MELODY E. WONG (SBN 341494)
    MelodyWong@mofo.com
5   MORRISON & FOERSTER LLP
    425 Market Street,
6   San Francisco, California  94105-2482
    Telephone:     (415) 268-7000
7   Facsimile:     (415) 268-7522
8   ROSE S. LEE (CA SBN 294658)
    RoseLee@mofo.com
9   ALEXANDRA M. WARD (CA SBN 318042)
    AlexandraWard@mofo.com
10  MORRISON & FOERSTER LLP
    707 Wilshire Boulevard
11  Los Angeles, California 90017-3543
    Telephone:     (213) 892-5200
12  Facsimile:     (213) 892-5454
    [CAPTION CONTINUED ON NEXT PAGE]
13
    Attorneys for Defendants
14  OPENAI, INC., OPENAI, L.P., OPENAI
    OPCO, L.L.C., OPENAI GP, L.L.C., OPENAI
15  STARTUP FUND GP I, L.L.C., OPENAI
    STARTUP FUND I, L.P., AND OPENAI
16  STARTUP FUND MANAGEMENT, LLC

    ANDREW M. GASS (SBN 259694)
    Andrew.Gass@lw.com
    JOSEPH R. WETZEL (SBN 238008)
    Joseph.Wetzel@lw.com
    LATHAM & WATKINS LLP
    505 Montgomery Street, Suite 2000
    San Francisco, California  94111
    Telephone:     (415) 391-0600

    ROBERT A. VAN NEST (SBN 84065)
    rvannest@keker.com
    R. JAMES SLAUGHTER (SBN 192813)
    rslaughter@keker.com
    PAVEN MALHOTRA (SBN 258429)
    pmalhotra@keker.com
    MICHELLE YBARRA (SBN 260697)
    mybarra@keker.com
    NICHOLAS S. GOLDBERG (SBN 273614)
    ngoldberg@keker.com
    THOMAS E. GORMAN (SBN 279409)
    tgorman@keker.com
    KATIE LYNN JOYCE (SBN 308263)
    kjoyce@keker.com
    CHRISTOPHER SUN (SBN 308945)
    csun@keker.com
    KEKER, VAN NEST & PETERS LLP
    633 Battery Street
    San Francisco, CA 94111-1809
    Telephone:    (415) 391-5400
    Facsimile:    (415) 391-7188

17

UNITED STATES DISTRICT COURT

18

NORTHERN DISTRICT OF CALIFORNIA

19

SAN FRANCISCO DIVISION

20

21   IN RE OPENAI CHATGPT LITIGATION

22   This document relates to:

23   All Actions

24

25

26

Master File No. 3:23-cv-03223-AMO

**DEFENDANTS' REPLY IN SUPPORT OF THE DECLARATION OF MICHAEL TRINH [ECF NO. 316] IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED [ECF NO. 295]**

27

28

1  JOHN R. LANHAM (CA SBN 289382)
   JLanham@mofo.com
2  SARAH J. VANDERVALK (CA SBN 332651)
   SVandervalk@mofo.com
3  MORRISON & FOERSTER LLP
   12531 High Bluff Drive, Suite 100
4  San Diego, CA 92130
   Telephone:    (858) 720-5100
5  Facsimile:    (858) 523-2803

6  CAROLYN M. HOMER (CA SBN 286441)
   CMHomer@mofo.com
7  MORRISON & FOERSTER LLP
   2100 L Street, NW, Suite 900
8  Washington, D.C. 20037
   Telephone:    (202) 887-1500
9  Facsimile:    (202) 887-0763

10 MAX I. LEVY (CA SBN 346289)
   MLevy@mofo.com
11 MORRISON & FOERSTER LLP
   755 Page Mill Road
12 Palo Alto, CA 94304-1018
   Telephone:    (650) 813-5600
   Facsimile:    (650) 494-0792
13

14 ERIC K. NIKOLAIDES (*pro hac vice*)
   ENikolaides@mofo.com
15 ZACHARY S. NEWMAN (*pro hac vice*)
   ZNewman@mofo.com
16 MORRISON & FOERSTER LLP
   250 West 55th Street
17 New York, NY 10019-9601
   Telephone:    (212) 468-8000
18 Facsimile:    (212) 468-7900

19 SARANG VIJAY DAMLE (*pro hac vice*)
   Sy.Damle@lw.com
20 MICHAEL A. DAVID (*pro hac vice*)
   Michael.David@lw.com
21 ELANA NIGHTINGALE DAWSON (*pro hac vice*)
   Elana.Nightingaledawson@lw.com
22 LATHAM & WATKINS LLP
   555 Eleventh Street, NW, Suite 1000
23 Washington, D.C. 20004
   Telephone:    (202) 637-2200

24 ALLISON L. STILLMAN (*pro hac vice*)
   Alli.Stillman@lw.com
25 RACHEL R. BLITZER (*pro hac vice*)
   Rachel.blitzer@lw.com
26 HERMAN H. YUE (*pro hac vice*)
   Herman.yue@lw.com
27 LATHAM & WATKINS LLP
   1271 Avenue of the Americas
28 New York, NY 10020
   Telephone:    (212) 751-4864

1  OpenAI submits this brief reply in support of the Declaration of Michael Trinh (ECF No.

2  316) to address material mischaracterizations made by Plaintiffs in their brief filed in opposition

3  to Mr. Trinh's declaration (ECF No. 328).

4  Plaintiffs' response is premised on the false allegation that OpenAI has not provided "any

5  indication of which portions it believes are protectible" and that OpenAI "seeks to seal the

6  entirety" of certain documents.  (ECF No. 328 at 1.)  OpenAI's declaration plainly does the

7  opposite.  OpenAI seeks to seal only specific information that "can be found in the highlighted

8  portions" of the exhibits that were filed under seal contemporaneously with OpenAI's declaration,

9  and the declaration sets forth the specific pages of highlighting applicable to each category of

10  sealable information.  (ECF No. 316 ¶¶ 7-11.)  Those highlighted exhibits were served on

11  Plaintiffs' counsel.  (ECF No. 317.)  If requested by the Court, OpenAI will file redacted versions

12  of those documents on the docket, either as provisional proposed redactions or in connection with

13  an order granting the motion to seal.

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1    Dated: February 18, 2025                    MORRISON & FOERSTER LLP

2
                                                 By:    /s/ John R. Lanham
3                                                       John R. Lanham

4                                                JOSEPH C. GRATZ
                                                 JGratz@mofo.com
5                                                TIFFANY CHEUNG
                                                 TCheung@mofo.com
6                                                JOYCE C. LI
                                                 JoyceLi@mofo.com
7                                                MELODY E. WONG
                                                 MelodyWong@mofo.com
8                                                MORRISON & FOERSTER LLP
                                                 425 Market Street
9                                                San Francisco, California  94105-2482
                                                 Telephone:    (415) 268-7000
10                                               Facsimile:    (415) 268-7522

11                                               ROSE S. LEE
                                                 RoseLee@mofo.com
12                                               ALEXANDRA M. WARD
                                                 AlexandraWard@mofo.com
13                                               MORRISON & FOERSTER LLP
                                                 707 Wilshire Boulevard
14                                               Los Angeles, California 90017-3543
                                                 Telephone:    (213) 892-5200
15                                               Facsimile:    (213) 892-5454

16                                               JOHN R. LANHAM
                                                 JLanham@mofo.com
17                                               SARAH J. VANDERVALK
                                                 SVandervalk@mofo.com
18                                               MORRISON & FOERSTER LLP
                                                 12531 High Bluff Drive, Suite 100
19                                               San Diego, CA 92130
                                                 Telephone:    (858) 720-5100
20                                               Facsimile:    (858) 523-2803

21                                               CAROLYN M. HOMER
                                                 CMHomer@mofo.com
22                                               MORRISON & FOERSTER LLP
                                                 2100 L Street, NW, Suite 900
23                                               Washington, D.C. 20037
                                                 Telephone:    (202) 887-1500
24                                               Facsimile:    (202) 887-0763

25                                               *Attorneys for Defendants*
                                                 OPENAI, INC., OPENAI, L.P., OPENAI
26                                               OPCO, L.L.C., OPENAI GP, L.L.C., OPENAI
                                                 STARTUP FUND GP I, L.L.C., OPENAI
27                                               STARTUP FUND I, L.P., AND OPENAI
                                                 STARTUP FUND MANAGEMENT, LLC
28

LATHAM & WATKINS LLP

By:  /s/ Elana Nightingale Dawson
          Elana Nightingale Dawson

ANDREW M. GASS
Andrew.Gass@lw.com
JOSEPH R. WETZEL
Joe.Wetzel@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, California  94111
Telephone:    (415) 391-0600

SARANG VIJAY DAMLE (*pro hac vice*)
Sy.Damle@lw.com
ELANA NIGHTINGALE DAWSON (*pro hac vice*)
Elana.Nightingaledawson@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone:    (202) 637-2200

ALLISON L. STILLMAN (*pro hac vice*)
Alli.Stillman@lw.com
RACHEL R. BLITZER
Rachel.blitzer@lw.com (*pro hac vice*)
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Telephone:    (212) 751-4864

*Attorneys for Defendants*
OPENAI, INC., OPENAI, L.P., OPENAI
OPCO, L.L.C., OPENAI GP, L.L.C., OPENAI
STARTUP FUND GP I, L.L.C., OPENAI
STARTUP FUND I, L.P., AND OPENAI
STARTUP FUND MANAGEMENT, LLC

1

KEKER, VAN NEST & PETERS LLP

2

By:   _/s/ Christopher Sun_

3

Christopher Sun

4

ROBERT A. VAN NEST
rvannest@keker.com

5

R. JAMES SLAUGHTER
rslaughter@keker.com

6

PAVEN MALHOTRA
pmalhotra@keker.com

7

MICHELLE YBARRA
mybarra@keker.com

8

NICHOLAS S. GOLDBERG
ngoldberg@keker.com

9

THOMAS E. GORMAN
tgorman@keker.com

10

KATIE LYNN JOYCE
kjoyce@keker.com

11

CHRISTOPHER SUN
csun@keker.com

12

KEKER, VAN NEST & PETERS LLP
633 Battery Street

13

San Francisco, CA 94111-1809
Telephone:    (415) 391-5400

14

Facsimile:    (415) 391-7188

15

_Attorneys for Defendants_

16

OPENAI, INC., OPENAI, L.P., OPENAI
OPCO, L.L.C., OPENAI GP, L.L.C., OPENAI

17

STARTUP FUND GP I, L.L.C., OPENAI
STARTUP FUND I, L.P., AND OPENAI

18

STARTUP FUND MANAGEMENT, LLC

19

20

21

22

23

24

25

26

27

28