# **EXHIBIT B**

**Narrowing of Microsoft Subpoena RFPs**

February 13, 2025

*For Negotiation and Compromise Purposes Only – Plaintiffs Reserve Their Rights*

RFP 1: All Documents and Communications ~~between You and OpenAI~~ related to the contents of Training data used to train OpenAI Language Models, excluding Communications exchanged between You and OpenAI.

RFP 2: All Documents and Communications ~~between You and OpenAI~~ related to the process of collecting, maintaining, and using Training data to train OpenAI Language Models, including the number of reproductions made of training data in the course of training OpenAl Language Models, and excluding Communications exchanged between You and OpenAI.

RFP 3: All Documents and Communications ~~exchanged between You and OpenAI~~ Concerning the use of purportedly copyrighted material in training OpenAI Language Models, excluding Communications exchanged between You and OpenAI.

RFP 4: All Documents Concerning or related to products, services or In-kind investments provided by You to OpenAI, including but not limited to the need for or importance of such products, services, or In-kind investments, excluding Communications exchanged between You and OpenAI.

RFP 5: All Documents Concerning or Relating to the use or inclusion of OpenAI Language Models in Microsoft's products, including but not limited to Azure, and including but not limited to Documents Concerning or related to ~~any~~OpenAI's profits or revenues from such products and the distribution ~~thereof among~~of profits or revenues between You and OpenAI, and excluding Communications exchanged between You and OpenAI.

RFP 6: Documents sufficient to show any exclusive or non-exclusive rights granted by OpenAI to You to commercialize, monetize, or productize OpenAI Language Models, training data, or intellectual property, excluding Communications exchanged between You and OpenAI.

RFP 7: All Documents and Communications ~~between You and OpenAI~~ regarding the development, licensing, or deployment of OpenAI Language Models, excluding Communications exchanged between You and OpenAI.

RFP 8: All Documents related to the joint development, licensing or commercialization of OpenAI Language Models, excluding Communications exchanged between You and OpenAI.

RFP 9: All ~~financial~~ records and projections concerning OpenAI's financial performance~~between You and OpenAI related to the development, licensing, or deployment of OpenAI Language Models~~.

RFP 10: All market research, studies, or reports conducted by You related to Your investments in OpenAI, excluding Communications exchanged between You and OpenAI.

1

RFP 11: All due diligence materials prepared or exchanged related to Your investments in OpenAI, excluding Communications exchanged between You and OpenAI.

RFP 12: All valuation analyses or related materials prepared or exchanged related to Your investments in OpenAI, excluding Communications exchanged between You and OpenAI.

RFP 13: All analyses or discussions of copyrights prepared or exchanged related to Your investments in OpenAI, excluding Communications exchanged between You and OpenAI.

RFP 14: Documents sufficient to show Your financial or beneficial interest in OpenAI, including any investments, financing, loans, secured interests, or credit, excluding Communications exchanged between You and OpenAI.

RFP 15: Documents sufficient to show any investment advisors, bankers or other agents retained by You to acquire or offer to acquire any financial or beneficial interest in OpenAI, including any investments, financing, loans, secured interests, or credit, and excluding Communications exchanged between You and OpenAI.

RFP 16: Minutes or other documents ~~provided or exchanged~~ regarding any meetings of the Board of Directors of OpenAI or any committee or subcommittee thereof, excluding Communications exchanged between You and OpenAI.

RFP 17: Offers of employment by You to any officer, director, or manager of OpenAI, excluding Communications exchanged between You and OpenAI.

RFP 18: Documents sufficient to show the officers, executives, managers, lawyers, accountants, investment advisors responsible for any discussions regarding Your investments in OpenAI, as limited specifically to OpenAI's or Microsoft's access to, acquisition of, or use of AI Training Data.

RFP 19: All licensing agreements related to AI Training data.

RFP 20: All Documents and Communications related to any licensing agreements concerning AI Training data, including terms, conditions, valuation, and consideration, excluding Communications exchanged between You and OpenAI.

RFP 21: All Documents and Communications related to licensing books for use as AI Training data, excluding Communications exchanged between You and OpenAI.

RFP 22: All Documents and Communications related to the valuation of licenses for AI Training data, excluding Communications exchanged between You and OpenAI.