1   ROBERT A. VAN NEST (CA SBN 84065)
    rvannest@keker.com
2   R. JAMES SLAUGHTER (CA SBN 192813)
    rslaughter@keker.com
3   PAVEN MALHOTRA (CA SBN 258429)
    pmalhotra@keker.com
4   MICHELLE S. YBARRA (CA SBN 260697)
    mybarra@keker.com
5   NICHOLAS S. GOLDBERG (CA SBN 273614)
    ngoldberg@keker.com
6   THOMAS E. GORMAN (CA SBN 279409)
    tgorman@keker.com
7   KATIE LYNN JOYCE (CA SBN 308263)
    kjoyce@keker.com
8   CHRISTOPHER S. SUN (CA SBN 308945)
    CSun@keker.com
9   KEKER, VAN NEST & PETERS LLP
    633 Battery Street
10  San Francisco, CA 94111-1809
    Telephone:    (415) 391-5400
11  Facsimile:    (415) 397-7188

12

    Attorneys for Defendants
13  OPENAI, INC., OPENAI, L.P., OPENAI
    OPCO, L.L.C., OPENAI GP, L.L.C., OPENAI
14  STARTUP FUND GP I, L.L.C., OPENAI
    STARTUP FUND I, L.P., AND OPENAI
15  STARTUP FUND MANAGEMENT, LLC

16

17                   UNITED STATES DISTRICT COURT

                  NORTHERN DISTRICT OF CALIFORNIA
18

19  IN RE OPENAI CHATGPT LITIGATION          Master File Case No. 3:23-CV-03223-AMO

20  This document relates to:                **DEFENDANTS' ADMINISTRATIVE
                                             MOTION TO CONSIDER WHETHER
21  All Actions                              ANOTHER PARTY'S MATERIAL
                                             SHOULD BE SEALED**
22
                                             Judge:    Hon. Robert M. Illman
23
                                             Date Filed:  June 28, 2023
24

25

26

27

28

Pursuant to Civil Local Rules 7-11 and 79-5(f) and the Protective Order entered by this Court, Dkt. No. 106, Defendants OpenAI, Inc., OpenAI, L.P., OpenAI OpCo, L.L.C., OpenAI GP, L.L.C., OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., and OpenAI Startup Fund Management, LLC (collectively, "Defendants") respectfully submit this Administrative Motion to Consider Whether Another Party's Material Should Be Sealed in connection with the Parties' joint letter brief.  Specifically, the information requested to be sealed in the Parties' joint letter brief includes the following:

| Document | Portions of Document to Be Sealed | Parties Claiming Confidentiality |
|---|---|---|
| Joint Letter Brief | Highlighted text at Pages 1-5 | Plaintiffs |

Therefore, in compliance with its Protective Order obligations and the Civil Local Rules of this District, Defendants are submitting under seal, along with this Administrative Motion, an unredacted copy of the document referenced in the table above pursuant to Civil Local Rule 79-5(d).  Defendants take no position on Plaintiffs' sealing requests, and do not waive their right to object to the sealing of this material at a later point in this litigation.

/////
/////
/////
/////
/////
/////
/////
/////
/////
/////
/////

DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
Master File Case No. 3:23-CV-03223-AMO

2880827

1 | Dated:  February 20, 2025

KEKER, VAN NEST & PETERS LLP

2

3 | By: /s/ Katie Lynn Joyce

4 | ROBERT A. VAN NEST
R. JAMES SLAUGHTER
PAVEN MALHOTRA

5 | MICHELLE S. YBARRA
NICHOLAS S. GOLDBERG

6 | THOMAS E. GORMAN
KATIE LYNN JOYCE

7 | CHRISTOPHER S. SUN
KEKER, VAN NEST & PETERS LLP

8 | 633 Battery Street
San Francisco, California 94111-1809

9 | Telephone:    (415) 391-5400

10

11 | *Attorneys for Defendants*
OPENAI, INC., OPENAI, L.P., OPENAI

12 | OPCO, L.L.C., OPENAI GP, L.L.C., OPENAI
STARTUP FUND GP I, L.L.C., OPENAI

13 | STARTUP FUND I, L.P., AND OPENAI
STARTUP FUND MANAGEMENT, LLC

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL
SHOULD BE SEALED
Master File Case No. 3:23-CV-03223-AMO

2880827