1   JOSEPH C. GRATZ (CA SBN 240676)
    JGratz@mofo.com
2   TIFFANY CHEUNG (CA SBN 211497)
    TCheung@mofo.com
3   JOYCE C. LI (CA SBN 323820)
    JoyceLi@mofo.com
4   MELODY E. WONG (SBN 341494)
    MelodyWong@mofo.com
5   MORRISON & FOERSTER LLP
    425 Market Street,
6   San Francisco, California  94105-2482
    Telephone:     (415) 268-7000
7   Facsimile:     (415) 268-7522

8   ROSE S. LEE (CA SBN 294658)
    RoseLee@mofo.com
9   ALEXANDRA M. WARD (CA SBN 318042)
    AlexandraWard@mofo.com
10  MORRISON & FOERSTER LLP
    707 Wilshire Boulevard
11  Los Angeles, California 90017-3543
    Telephone:     (213) 892-5200
12  Facsimile:     (213) 892-5454
    [CAPTION CONTINUED ON NEXT PAGE]
13
    Attorneys for Defendants
14  OPENAI, INC., OPENAI, L.P., OPENAI
    OPCO, L.L.C., OPENAI GP, L.L.C., OPENAI
15  STARTUP FUND GP I, L.L.C., OPENAI
    STARTUP FUND I, L.P., AND OPENAI
16  STARTUP FUND MANAGEMENT, LLC

    ANDREW M. GASS (SBN 259694)
    Andrew.Gass@lw.com
    JOSEPH R. WETZEL (SBN 238008)
    Joseph.Wetzel@lw.com
    LATHAM & WATKINS LLP
    505 Montgomery Street, Suite 2000
    San Francisco, California  94111
    Telephone:     (415) 391-0600

    ROBERT A. VAN NEST (SBN 84065)
    rvannest@keker.com
    R. JAMES SLAUGHTER (SBN 192813)
    rslaughter@keker.com
    PAVEN MALHOTRA (SBN 258429)
    pmalhotra@keker.com
    MICHELLE YBARRA (SBN 260697)
    mybarra@keker.com
    NICHOLAS S. GOLDBERG (SBN 273614)
    ngoldberg@keker.com
    THOMAS E. GORMAN (SBN 279409)
    tgorman@keker.com
    KATIE LYNN JOYCE (SBN 308263)
    kjoyce@keker.com
    CHRISTOPHER SUN (SBN 308945)
    csun@keker.com
    KEKER, VAN NEST & PETERS LLP
    633 Battery Street
    San Francisco, CA 94111-1809
    Telephone:   (415) 391-5400
    Facsimile:     (415) 391-7188

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPENAI CHATGPT LITIGATION | Master File No. 3:23-cv-03223-AMO |
| This document relates to: | **DEFENDANTS' RESPONSE TO NON-PARTY DARIO AMODEI'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED [ECF NO. 329]** |
| All Actions | |

1   JOHN R. LANHAM (CA SBN 289382)
    JLanham@mofo.com
2   SARAH J. VANDERVALK (CA SBN 332651)
    SVandervalk@mofo.com
3   MORRISON & FOERSTER LLP
    12531 High Bluff Drive, Suite 100
4   San Diego, CA 92130
    Telephone:    (858) 720-5100
5   Facsimile:    (858) 523-2803

6   CAROLYN M. HOMER (CA SBN 286441)
    CMHomer@mofo.com
7   MORRISON & FOERSTER LLP
    2100 L Street, NW, Suite 900
8   Washington, D.C. 20037
    Telephone:    (202) 887-1500
9   Facsimile:    (202) 887-0763

10  MAX I. LEVY (CA SBN 346289)
    MLevy@mofo.com
11  MORRISON & FOERSTER LLP
    755 Page Mill Road
12  Palo Alto, CA 94304-1018
    Telephone:    (650) 813-5600
13  Facsimile:    (650) 494-0792

14  ERIC K. NIKOLAIDES (*pro hac vice*)
    ENikolaides@mofo.com
15  ZACHARY S. NEWMAN (*pro hac vice*)
    ZNewman@mofo.com
16  MORRISON & FOERSTER LLP
    250 West 55th Street
    New York, NY 10019-9601
17  Telephone:    (212) 468-8000
    Facsimile:    (212) 468-7900
18
    SARANG VIJAY DAMLE (*pro hac vice*)
19  Sy.Damle@lw.com
    MICHAEL A. DAVID (*pro hac vice*)
20  Michael.David@lw.com
    ELANA NIGHTINGALE DAWSON (*pro hac vice*)
21  Elana.Nightingaledawson@lw.com
    LATHAM & WATKINS LLP
22  555 Eleventh Street, NW, Suite 1000
    Washington, D.C. 20004
23  Telephone:    (202) 637-2200

24  ALLISON L. STILLMAN (*pro hac vice*)
    Alli.Stillman@lw.com
25  RACHEL R. BLITZER (*pro hac vice*)
    Rachel.blitzer@lw.com
26  HERMAN H. YUE (*pro hac vice*)
    Herman.yue@lw.com
27  LATHAM & WATKINS LLP
    1271 Avenue of the Americas
28  New York, NY 10020
    Telephone:    (212) 751-4864

DEFENDANTS' RESP. TO ECF NO. 329
MASTER FILE NO. 3:23-CV-03223-AMO

1    OpenAI Defendants do not intend to move to seal the unredacted version of Non-Party

2    Dario Amodei's Opposition to *In re OpenAI* and *Authors Guild* Plaintiffs' Motions to Compel

3    Deposition, ECF No. 330, which is the subject of Non-Party Dario Amodei's Administrative

4    Motion to Consider Whether Another Party's Material Should Be Sealed, ECF No. 329.

1    Dated: February 21, 2025                    MORRISON & FOERSTER LLP

2
                                                 By:   /s/ John R. Lanham
3                                                      John R. Lanham

4                                                JOSEPH C. GRATZ
                                                 JGratz@mofo.com
5                                                TIFFANY CHEUNG
                                                 TCheung@mofo.com
6                                                JOYCE C. LI
                                                 JoyceLi@mofo.com
7                                                MELODY E. WONG
                                                 MelodyWong@mofo.com
8                                                MORRISON & FOERSTER LLP
                                                 425 Market Street
9                                                San Francisco, California  94105-2482
                                                 Telephone:     (415) 268-7000
10                                               Facsimile:     (415) 268-7522

11                                               ROSE S. LEE
                                                 RoseLee@mofo.com
12                                               ALEXANDRA M. WARD
                                                 AlexandraWard@mofo.com
13                                               MORRISON & FOERSTER LLP
                                                 707 Wilshire Boulevard
14                                               Los Angeles, California 90017-3543
                                                 Telephone:     (213) 892-5200
15                                               Facsimile:     (213) 892-5454

16                                               JOHN R. LANHAM
                                                 JLanham@mofo.com
17                                               SARAH J. VANDERVALK
                                                 SVandervalk@mofo.com
18                                               MORRISON & FOERSTER LLP
                                                 12531 High Bluff Drive, Suite 100
19                                               San Diego, CA 92130
                                                 Telephone:     (858) 720-5100
20                                               Facsimile:     (858) 523-2803

21                                               CAROLYN M. HOMER
                                                 CMHomer@mofo.com
22                                               MORRISON & FOERSTER LLP
                                                 2100 L Street, NW, Suite 900
23                                               Washington, D.C. 20037
                                                 Telephone:   (202) 887-1500
24                                               Facsimile:   (202) 887-0763

25                                               *Attorneys for Defendants*
                                                 OPENAI, INC., OPENAI, L.P., OPENAI
26                                               OPCO, L.L.C., OPENAI GP, L.L.C., OPENAI
                                                 STARTUP FUND GP I, L.L.C., OPENAI
27                                               STARTUP FUND I, L.P., AND OPENAI
                                                 STARTUP FUND MANAGEMENT, LLC

28

1

LATHAM & WATKINS LLP

2

By:   /s/ Elana Nightingale Dawson

3
         Elana Nightingale Dawson

4
ANDREW M. GASS
Andrew.Gass@lw.com
5
JOSEPH R. WETZEL
Joe.Wetzel@lw.com
6
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
7
San Francisco, California  94111
Telephone:    (415) 391-0600
8

9
SARANG VIJAY DAMLE (*pro hac vice*)
Sy.Damle@lw.com
10
ELANA NIGHTINGALE DAWSON (*pro hac vice*)
Elana.Nightingaledawson@lw.com
11
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
12
Washington, D.C. 20004
Telephone:   (202) 637-2200
13

14
ALLISON L. STILLMAN (*pro hac vice*)
Alli.Stillman@lw.com
15
RACHEL R. BLITZER
Rachel.blitzer@lw.com (*pro hac vice*)
16
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
17
Telephone:   (212) 751-4864

18
*Attorneys for Defendants*
OPENAI, INC., OPENAI, L.P., OPENAI
19
OPCO, L.L.C., OPENAI GP, L.L.C., OPENAI
STARTUP FUND GP I, L.L.C., OPENAI
20
STARTUP FUND I, L.P., AND OPENAI
STARTUP FUND MANAGEMENT, LLC
21

22

23

24

25

26

27

28

1

KEKER, VAN NEST & PETERS LLP

2

By:   /s/ Christopher Sun

3

Christopher Sun

4

ROBERT A. VAN NEST
rvannest@keker.com

5

R. JAMES SLAUGHTER
rslaughter@keker.com

6

PAVEN MALHOTRA
pmalhotra@keker.com

7

MICHELLE YBARRA
mybarra@keker.com

8

NICHOLAS S. GOLDBERG
ngoldberg@keker.com

9

THOMAS E. GORMAN
tgorman@keker.com

10

KATIE LYNN JOYCE
kjoyce@keker.com

11

CHRISTOPHER SUN
csun@keker.com

12

KEKER, VAN NEST & PETERS LLP
633 Battery Street

13

San Francisco, CA 94111-1809
Telephone:    (415) 391-5400

14

Facsimile:    (415) 391-7188

15

*Attorneys for Defendants*
OPENAI, INC., OPENAI, L.P., OPENAI

16

OPCO, L.L.C., OPENAI GP, L.L.C., OPENAI
STARTUP FUND GP I, L.L.C., OPENAI

17

STARTUP FUND I, L.P., AND OPENAI
STARTUP FUND MANAGEMENT, LLC

18

19

20

21

22

23

24

25

26

27

28