SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
KHIRIN A. BUNKER, Cal. Bar No. 329314
350 South Grand Avenue, 40th Floor
Los Angeles, California 90071-3460
Telephone: 213.620.1780
Facsimile: 213.620.1398
Email kbunker@sheppardmullin.com

*Attorneys for Non-Party Reuters News & Media, Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPENAI CHATGPT LITIGATION<br><br>This document relates to:<br><br>Case No. 3:23-cv-03416-AMO<br>Case No. 3:23-cv-04625-AMO | Master File No. 23-cv-3223-AMO<br><br>**DECLARATION OF PAUL W. GARRITY IN SUPPORT OF NON-PARTY REUTERS NEWS & MEDIA, INC.'S OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS** |

SMRH:4939-0406-7614.3

I, PAUL W. GARRITY, declare as follows:

1. I am a member of the law firm of Sheppard Mullin Richter & Hampton LLP, counsel to Non-Party Reuters News & Media, Inc..

2. I respectfully submit this declaration in opposition to Plaintiffs' Motion to Compel Production of Documents from Reuters News & Media Inc.

3. This Declaration is based upon my personal knowledge and my review of relevant documents. I am fully familiar with the facts and circumstances set forth herein.

4. Attached as Exhibit A hereto is an email exchange with Plaintiffs' counsel running through an email sent to Plaintiff's counsel on January 7, 2025.

5. Attached as Exhibit B hereto is an email exchange with Plaintiffs' counsel running through an email received from Plaintiff's counsel on February 23, 2025.

6. The terms of Reuters' agreement with Meta have never been disclosed publicly, and the content of this agreement comprises competitively sensitive commercial information the disclosure of which would harm Reuters' position in the marketplace.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in New York, New York on the 24th day of February 2025.

*/s/ Paul W. Garrity*

Paul W. Garrity

-1-

SMRH:4939-0406-7614.3