# EXHIBIT A

# Paul Garrity

| | |
|---|---|
| **From:** | Khirin Bunker |
| **Sent:** | Tuesday, January 7, 2025 4:41 PM |
| **To:** | Aaron Cera; Paul Garrity |
| **Cc:** | Christopher Young; Holden Benon |
| **Subject:** | RE: In Re OpenAI ChatGPTLitigation - Master File No. 3:23-cv-03223 - Reuters Subpoena |
| **Categories:** | Filed to ND |
| **FilingIndicator:** | -1 |

Aaron,

Thank you for the further explanation. However, Reuters does not agree that plaintiffs' positions below sufficiently establish the relevance of the requested documents. Plaintiffs still have not identified any Reuters' agreements and/or other documents involving the copyrighted materials at issue in their complaint (and Reuters is not aware of any). That plaintiffs seek to represent a putative class of *all copyright holders* in the United States simply does not warrant wholesale discovery into the highly confidential business materials of third parties.

Accordingly, Reuters intends to stand on its objections to the requests in the subpoena. I am available at my number below if you would like to discuss further.

**Khirin A. Bunker** | Associate
+1 213-617-5542 | direct
kbunker@sheppardmullin.com | Bio

**SheppardMullin**
350 South Grand Avenue, 40th Floor
Los Angeles, CA 90071-3460
+1 213-620-1780 | main
www.sheppardmullin.com | LinkedIn


**From:** Aaron Cera <aCera@saverilawfirm.com>
**Sent:** Sunday, January 5, 2025 10:15 AM
**To:** Khirin Bunker <kbunker@sheppardmullin.com>; Paul Garrity <PGarrity@sheppardmullin.com>
**Cc:** Christopher Young <cyoung@saverilawfirm.com>; Holden Benon <hbenon@saverilawfirm.com>
**Subject:** Re: In Re OpenAI ChatGPTLitigation - Master File No. 3:23-cv-03223 - Reuters Subpoena

Khirin,

Following up on the below. Thanks.

Best,
Aaron


**Aaron Cera**

Associate

1

# JOSEPH SAVERI
## LAW FIRM

601 California Street, Suite 1505
San Francisco, CA 94108
T 415.500.6800 x909
F 415.395.9940

**From:** Aaron Cera <aCera@saverilawfirm.com>
**Sent:** Monday, December 23, 2024 4:36 PM
**To:** Khirin Bunker <kbunker@sheppardmullin.com>; Paul Garrity <PGarrity@sheppardmullin.com>
**Cc:** Christopher Young <cyoung@saverilawfirm.com>; Holden Benon <hbenon@saverilawfirm.com>
**Subject:** Re: In Re OpenAI ChatGPTLitigation - Master File No. 3:23-cv-03223 - Reuters Subpoena

Khirin,

Thank you for meeting with me earlier today to discuss the Reuters subpoena.

During our call, you requested a written summary of our conversation, focusing on the requests' relevance. You indicated that you would promptly forward any information I provided today. We anticipate a response by Monday, or sooner. To that end, please see below.

**Confidentiality Concerns**
You mentioned confidentiality concerns on the call. We note that "there is no absolute privilege [against disclosure] for trade secrets and similar confidential information." *DDS, Inc. v. Lucas Aerospace Power Transmission Corp.*, 182 F.R.D. 1, 4 (N.D.N.Y. 1998) (quoting *Fed. Open Mkt. Comm. of the Fed. Reserve Sys. v. Merrill*, 443 U.S. 340, 362, (1979)) (alteration in original); see also *ICG Commc'ns., Inc. v. Allegiance Telecom*, 211 F.R.D. 610, 614 (N.D. Cal. 2002) ("courts generally eschew an absolute privilege for trade secrets and similar confidential information in favor of a case-by-case approach that balances privacy against the need for disclosure. Other confidential business information is generally afforded even less protection than trade secrets.") (quotations and citations omitted). As I mentioned on our call, the operative Protective Order applies on its terms to nonparties. It contains two levels of protection including a higher "HIGHLY CONFIDENTIAL-ATTORNEY'S EYES ONLY" level of protection. We trust this allays any concerns with respect to confidentiality.

**General Relevance**
During our call, you questioned the relevance of licensing deals with a news organization since the named Plaintiffs are book authors. I clarified that while the named Plaintiffs are book authors, the lawsuit broadly covers all copyright holders whose works were used to train AI models. *See* Operative Complaint, ¶ 53. As discussed, the Complaint explicitly includes "[a]ll persons or entities domiciled in

2

the United States that own a United States copyright in any work that was used as training data for the OpenAI Language Models during the Class Period." *Id.*

**Fair Use**
Each of the requests is relevant to the fair use analysis. Specifically, licensing agreements and negotiations surrounding those agreements are crucial for evaluating the first and fourth factors of the fair use analysis. They determine the use's commercial nature, transformative nature, or whether it's simply reproductive. I.e., its purpose and character. They also establish the use's impact on the copyrighted work's market potential or value. Additionally, negotiations surrounding these deals can shed light on the market impact of using the copyrighted material.

**Damages**
If a copyright owner could have licensed their work for AI training, similar licensing agreements would help establish the market value of their work. Internal valuation memos can provide evidence of potential lost revenue due to infringement and would likely contain projections and analyses of potential licensing income. This supports Plaintiffs' claims for lost profits. If an AI developer uses copyrighted material without a license, the copyright owner's potential lost licensing revenue is key to determining damages. Negotiations surrounding a potential licensing deal would provide evidence of the license's value, helping quantify losses.

**Willfulness**
An alleged infringer's attempt to obtain a license for copyrighted material suggests they had knowledge of the copyright owner's rights. This knowledge would tend to prove willful infringement. If the copyright owner sought to license their work, and the alleged infringer knowingly rejected it and used the material anyway, this would be strong evidence of willful infringement.

We look forward to your response.

Best,
Aaron


**Aaron Cera**

Associate

_____


JOSEPH SAVERI
LAW FIRM

601 California Street, Suite 1505
San Francisco, CA 94108

T 415.500.6800 x909
F 415.395.9940

**From:** Khirin Bunker <kbunker@sheppardmullin.com>
**Sent:** Friday, December 20, 2024 7:46 AM
**To:** Aaron Cera <aCera@saverilawfirm.com>; Paul Garrity <PGarrity@sheppardmullin.com>
**Cc:** Christopher Young <cyoung@saverilawfirm.com>; Holden Benon <hbenon@saverilawfirm.com>
**Subject:** RE: In Re OpenAI ChatGPTLitigation - Master File No. 3:23-cv-03223 - Reuters Subpoena

Hi Aaron,

We can be available to discuss this afternoon between 1pm and 3:30pm PT.  We are also available on Monday, December 23 between 9:30am and 11:30am PT.

Please let us know if any of these times work for you.
**Khirin A. Bunker** | Associate
+1 213-617-5542 | direct
kbunker@sheppardmullin.com | Bio

**SheppardMullin**
350 South Grand Avenue, 40th Floor
Los Angeles, CA 90071-3460
+1 213-620-1780 | main
www.sheppardmullin.com | LinkedIn
*Please note that our Downtown Los Angeles office address has changed effective December 1, 2024.*

**From:** Aaron Cera <aCera@saverilawfirm.com>
**Sent:** Tuesday, December 17, 2024 2:26 PM
**To:** Khirin Bunker <kbunker@sheppardmullin.com>; Paul Garrity <PGarrity@sheppardmullin.com>
**Cc:** Christopher Young <cyoung@saverilawfirm.com>; Holden Benon <hbenon@saverilawfirm.com>
**Subject:** Re: In Re OpenAI ChatGPTLitigation - Master File No. 3:23-cv-03223 - Reuters Subpoena

Khirin,

Plese let me know your availability this week to discuss Reuter's responses and objections. Thank you.

Best,
Aaron



**Aaron Cera**

Associate

4



601 California Street, Suite 1505
San Francisco, CA 94108
T 415.500.6800 x909
F 415.395.9940

**From:** Khirin Bunker <kbunker@sheppardmullin.com>
**Sent:** Monday, December 9, 2024 9:33 PM
**To:** Aaron Cera <aCera@saverilawfirm.com>; Paul Garrity <PGarrity@sheppardmullin.com>
**Cc:** Christopher Young <cyoung@saverilawfirm.com>
**Subject:** RE: In Re OpenAI ChatGPTLitigation - Master File No. 3:23-cv-03223 - Reuters Subpoena

You don't often get email from kbunker@sheppardmullin.com. Learn why this is important
Counsel,

Attached please find Reuters' responses to the subpoena.
**Khirin A. Bunker** | Associate
+1 213-617-5542 | direct
kbunker@sheppardmullin.com | Bio

**SheppardMullin**
350 South Grand Avenue, 40th Floor
Los Angeles, CA 90071-3460
+1 213-620-1780 | main
www.sheppardmullin.com | LinkedIn
*Please note that our Downtown Los Angeles office address has changed effective December 1, 2024.*

**From:** Aaron Cera <aCera@saverilawfirm.com>
**Sent:** Wednesday, November 27, 2024 2:25 PM
**To:** Khirin Bunker <kbunker@sheppardmullin.com>; Paul Garrity <PGarrity@sheppardmullin.com>
**Cc:** Christopher Young <cyoung@saverilawfirm.com>
**Subject:** Re: In Re OpenAI ChatGPTLitigation - Master File No. 3:23-cv-03223 - Reuters Subpoena

Khirin,

Thank you for your message.

Plaintiffs agree to a one-week extension of the deadline for Reuters to provide its response. Accordingly, the new deadline will be December 10, 2024.

We are also willing to consider a two-week extension, provided that Reuters agrees to produce documents responsive to our outstanding requests. Please let us know if Reuters is amenable to this proposal.

Best,

5

Aaron

**Aaron Cera**

Associate

---

**JOSEPH SAVERI**
**LAW FIRM**

601 California Street, Suite 1505
San Francisco, CA 94108
T 415 500.6800 x909
F 415.395.9940

---

**From:** Khirin Bunker <kbunker@sheppardmullin.com>
**Sent:** Wednesday, November 27, 2024 9:31 AM
**To:** Aaron Cera <aCera@saverilawfirm.com>
**Cc:** Paul Garrity <PGarrity@sheppardmullin.com>
**Subject:** In Re OpenAI ChatGPTLitigation - Master File No. 3:23-cv-03223 - Reuters Subpoena

You don't often get email from kbunker@sheppardmullin.com. Learn why this is important

Mr. Cera:

I left a voicemail with your office this morning. We have been recently retained by Reuters in connection with Plaintiffs' subpoena dated November 20, 2024. We note that Reuters's response is currently due on December 3, 2024. Given the Thanksgiving holiday, are Plaintiffs agreeable to a one-week extension of time to December 10, 2024, for Reuters to provide its response to the subpoena?

Thank you for your professional courtesy in this regard.

Khirin

**Khirin A. Bunker** | Associate
+1 213-617-5542 | direct
kbunker@sheppardmullin.com | Bio

**SheppardMullin**
333 South Hope Street, 43rd Floor
Los Angeles, CA 90071-1422
+1 213-620-1780 | main
www.sheppardmullin.com | LinkedIn

<u>Attention:</u> This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.