# EXHIBIT B

# Paul Garrity

| | |
|---|---|
| **From:** | Aaron Cera <aCera@saverilawfirm.com> |
| **Sent:** | Sunday, February 23, 2025 12:47 PM |
| **To:** | Khirin Bunker; Paul Garrity |
| **Cc:** | Christopher Young; Holden Benon; eezray@bsfllp.com |
| **Subject:** | Re: In Re OpenAI ChatGPTLitigation - Master File No. 3:23-cv-03223 - Reuters Subpoena |
| **Categories:** | Filed to ND |

Khirin,

Plaintiffs cannot accept Reuters's proposal as presently drafted without insight into its intended search methodology for category 2.

Best,
Aaron

**Aaron Cera**
Associate

**JOSEPH SAVERI**
LAW FIRM

601 California Street, Suite 1505
San Francisco, CA 94108
T 415.500.6800 x909
F 415.395.9940

**From:** Khirin Bunker <kbunker@sheppardmullin.com>
**Sent:** Saturday, February 22, 2025 8:50 PM
**To:** Aaron Cera <aCera@saverilawfirm.com>; Paul Garrity <PGarrity@sheppardmullin.com>
**Cc:** Christopher Young <cyoung@saverilawfirm.com>; Holden Benon <hbenon@saverilawfirm.com>; eezray@bsfllp.com <eezray@bsfllp.com>
**Subject:** RE: In Re OpenAI ChatGPTLitigation - Master File No. 3:23-cv-03223 - Reuters Subpoena

Aaron,

We have provided all of the information that we can at this point. Please let us know ASAP if plaintiffs will accept Reuters's proposal. If plaintiffs are unwilling to agree, we will proceed with filing the opposition on Monday.
Khirin A. Bunker | Associate
+1 213-617-5542 | direct
kbunker@sheppardmullin.com | Bio

**SheppardMullin**
350 South Grand Avenue, 40th Floor
Los Angeles, CA 90071-3460
+1 213-620-1780 | main
www.sheppardmullin.com | LinkedIn

1

**From:** Aaron Cera <aCera@saverilawfirm.com>
**Sent:** Friday, February 21, 2025 2:28 PM
**To:** Khirin Bunker <kbunker@sheppardmullin.com>; Paul Garrity <PGarrity@sheppardmullin.com>
**Cc:** Christopher Young <cyoung@saverilawfirm.com>; Holden Benon <hbenon@saverilawfirm.com>; eezray@bsfllp.com
**Subject:** Re: In Re OpenAI ChatGPTLitigation - Master File No. 3:23-cv-03223 - Reuters Subpoena

Khirin,

Thanks for your message.

To better evaluate your proposal, how does Reuters plan to conduct its search for category 2 documents?

Best,
Aaron


**Aaron Cera**
Associate

---

**JOSEPH SAVERI**
LAW FIRM

601 California Street, Suite 1505
San Francisco, CA 94108
T 415.500.6800 x909
F 415.395.9940

---

**From:** Khirin Bunker <kbunker@sheppardmullin.com>
**Sent:** Friday, February 21, 2025 1:31 PM
**To:** Aaron Cera <aCera@saverilawfirm.com>; Paul Garrity <PGarrity@sheppardmullin.com>
**Cc:** Christopher Young <cyoung@saverilawfirm.com>; Holden Benon <hbenon@saverilawfirm.com>; eezray@bsfllp.com <eezray@bsfllp.com>
**Subject:** RE: In Re OpenAI ChatGPTLitigation - Master File No. 3:23-cv-03223 - Reuters Subpoena

Hi Aaron,

Reuters remains concerned that plaintiffs' proposed language for Category 2 is too vague to provide a definitive response. In an effort to reach a compromise – and without waiver of its objections and reserving all rights – Reuters would agree to produce non-privileged documents responsive to the following categories under a "Highly Confidential – Attorneys' Eyes Only" designation in exchange for plaintiffs deeming Reuters's obligations under the subpoena fulfilled and withdrawing the pending motion to compel:

    1) All executed licensing agreements related to AI training data.

    2) Documents and communications with third parties relating to all non-executed, proposed, or in-pipeline licensing agreements related to AI training data **where there was any reasonable chance of aligning on the financial or licensing terms.**

Plaintiffs have not agreed to Reuters's request to adjourn the date of the opposition to the motion to compel. In light of Monday's filing deadline for the opposition, please let us know by the close of business today whether plaintiffs agree to this proposal.

**Khirin A. Bunker** | Associate
+1 213-617-5542 | direct
kbunker@sheppardmullin.com | Bio

**SheppardMullin**
350 South Grand Avenue, 40th Floor
Los Angeles, CA 90071-3460
+1 213-620-1780 | main
www.sheppardmullin.com | LinkedIn

**From:** Aaron Cera <aCera@saverilawfirm.com>
**Sent:** Thursday, February 20, 2025 8:24 PM
**To:** Khirin Bunker <kbunker@sheppardmullin.com>; Paul Garrity <PGarrity@sheppardmullin.com>
**Cc:** Christopher Young <cyoung@saverilawfirm.com>; Holden Benon <hbenon@saverilawfirm.com>; eezray@bsfllp.com
**Subject:** Re: In Re OpenAI ChatGPTLitigation - Master File No. 3:23-cv-03223 - Reuters Subpoena

Khirin,

Thanks for the call today.

In an attempt to resolve this dispute without further motion practice, below is our final compromise position.

We would consider Reuters's obligations under the subpoena fulfilled and would withdraw our motion to compel if Reuters agrees to produce:

1) All executed licensing agreements related to AI training data.

2) Documents and communications with third parties relating to all non-executed, proposed, or in-pipeline licensing agreements related to AI training data **where pecuniary terms or other value exchange was discussed.**

Please let us know by the close of business tomorrow whether Reuters agrees to this proposal.

Thank you.

Best,
Aaron

**Aaron Cera**
Associate



JOSEPH SAVERI
LAW FIRM

601 California Street, Suite 1505
San Francisco, CA 94108

3

T 415.500.6800 x909
F 415.395.9940

---

**From:** Aaron Cera <aCera@saverilawfirm.com>
**Sent:** Thursday, February 20, 2025 9:14 AM
**To:** Khirin Bunker <kbunker@sheppardmullin.com>; Paul Garrity <PGarrity@sheppardmullin.com>
**Cc:** Christopher Young <cyoung@saverilawfirm.com>; Holden Benon <hbenon@saverilawfirm.com>; eezray@bsfllp.com <eezray@bsfllp.com>
**Subject:** Re: In Re OpenAI ChatGPTLitigation - Master File No. 3:23-cv-03223 - Reuters Subpoena


Thanks Khirin.

3 PT works for me. I'll update the invite.

Best,
Aaron


**Aaron Cera**
Associate

---

**JOSEPH SAVERI**
LAW FIRM

601 California Street, Suite 1505
San Francisco, CA 94108
T 415.500.6800 x909
F 415.395.9940

---

**From:** Khirin Bunker <kbunker@sheppardmullin.com>
**Sent:** Thursday, February 20, 2025 9:12 AM
**To:** Aaron Cera <aCera@saverilawfirm.com>; Paul Garrity <PGarrity@sheppardmullin.com>
**Cc:** Christopher Young <cyoung@saverilawfirm.com>; Holden Benon <hbenon@saverilawfirm.com>; eezray@bsfllp.com <eezray@bsfllp.com>
**Subject:** RE: In Re OpenAI ChatGPTLitigation - Master File No. 3:23-cv-03223 - Reuters Subpoena

Aaron,

I am not available at 11am.  I am open from 3-4:30pm if there is a time in that window that works for your team.
**Khirin A. Bunker** | Associate
+1 213-617-5542 | direct
kbunker@sheppardmullin.com | Bio


**SheppardMullin**
350 South Grand Avenue, 40th Floor
Los Angeles, CA 90071-3460
+1 213-620-1780 | main
www.sheppardmullin.com | LinkedIn

4

**From:** Aaron Cera <aCera@saverilawfirm.com>
**Sent:** Thursday, February 20, 2025 9:04 AM
**To:** Khirin Bunker <kbunker@sheppardmullin.com>; Paul Garrity <PGarrity@sheppardmullin.com>
**Cc:** Christopher Young <cyoung@saverilawfirm.com>; Holden Benon <hbenon@saverilawfirm.com>; eezray@bsfllp.com
**Subject:** Re: In Re OpenAI ChatGPTLitigation - Master File No. 3:23-cv-03223 - Reuters Subpoena

Khirin,

I have another call at 10 PT. I'm available at 11. I'll circulate an invite so others can join. Thanks.

Best,
Aaron


**Aaron Cera**
Associate

---

**JOSEPH SAVERI**
LAW FIRM

601 California Street, Suite 1505
San Francisco, CA 94108
T 415.500.6800 x909
F 415.395.9940

---

**From:** Khirin Bunker <kbunker@sheppardmullin.com>
**Sent:** Thursday, February 20, 2025 9:01 AM
**To:** Aaron Cera <aCera@saverilawfirm.com>; Paul Garrity <PGarrity@sheppardmullin.com>
**Cc:** Christopher Young <cyoung@saverilawfirm.com>; Holden Benon <hbenon@saverilawfirm.com>; eezray@bsfllp.com <eezray@bsfllp.com>
**Subject:** RE: In Re OpenAI ChatGPTLitigation - Master File No. 3:23-cv-03223 - Reuters Subpoena

Aaron,

I will plan to give you a call at 10:15am today.

Thanks,
**Khirin A. Bunker** | Associate
+1 213-617-5542 | direct
kbunker@sheppardmullin.com | Bio

**SheppardMullin**
350 South Grand Avenue, 40th Floor
Los Angeles, CA 90071-3460
+1 213-620-1780 | main
www.sheppardmullin.com | LinkedIn


**From:** Aaron Cera <aCera@saverilawfirm.com>
**Sent:** Wednesday, February 19, 2025 7:47 PM
**To:** Khirin Bunker <kbunker@sheppardmullin.com>; Paul Garrity <PGarrity@sheppardmullin.com>

5

Cc: Christopher Young <cyoung@saverilawfirm.com>; Holden Benon <hbenon@saverilawfirm.com>; eezray@bsfllp.com
Subject: Re: In Re OpenAI ChatGPTLitigation - Master File No. 3:23-cv-03223 - Reuters Subpoena

Khirin,

I received your voicemail this evening about the proposal we sent yesterday.

Please propose some times tomorrow (2/20) when you're available to discuss.

I'm generally available except for 8-10 am PT and 1-2 PT.

Best,
Aaron

**Aaron Cera**
Associate

---

**JOSEPH SAVERI**
LAW FIRM

601 California Street, Suite 1505
San Francisco, CA 94108
T 415.500.6800 x909
F 415.395.9940

From: Aaron Cera <aCera@saverilawfirm.com>
Sent: Tuesday, February 18, 2025 7:48 PM
To: Khirin Bunker <kbunker@sheppardmullin.com>; Paul Garrity <PGarrity@sheppardmullin.com>
Cc: Christopher Young <cyoung@saverilawfirm.com>; Holden Benon <hbenon@saverilawfirm.com>; eezray@bsfllp.com <eezray@bsfllp.com>
Subject: Re: In Re OpenAI ChatGPTLitigation - Master File No. 3:23-cv-03223 - Reuters Subpoena

Khirin,

Thanks for the call today.

To resolve the subpoena issues and to avoid further motion practice, Plaintiffs propose the following. Reuters would agree to produce 1) All executed licensing agreements related to AI training data; and 2) Documents and communications with third parties relating to all non-executed, proposed or in-pipeline licensing agreements related to AI training data.

Please let us know by the close of business tomorrow whether Reuters agrees to this proposal. Thank you.

Best,
Aaron

**Aaron Cera**

6

Associate

---

**JOSEPH SAVERI**
**LAW FIRM**

601 California Street, Suite 1505
San Francisco, CA 94108
T 415.500.6800 x909
F 415.395.9940

**From:** Aaron Cera <aCera@saverilawfirm.com>
**Sent:** Tuesday, February 18, 2025 10:01 AM
**To:** Khirin Bunker <kbunker@sheppardmullin.com>; Paul Garrity <PGarrity@sheppardmullin.com>
**Cc:** Christopher Young <cyoung@saverilawfirm.com>; Holden Benon <hbenon@saverilawfirm.com>; eezray@bsfllp.com <eezray@bsfllp.com>
**Subject:** Re: In Re OpenAl ChatGPTLitigation - Master File No. 3:23-cv-03223 - Reuters Subpoena

Khirin,

1230 PT works. Thanks.

Best,
Aaron

**Aaron Cera**
Associate

---

**JOSEPH SAVERI**
**LAW FIRM**

601 California Street, Suite 1505
San Francisco, CA 94108
T 415.500.6800 x909
F 415.395.9940

**From:** Khirin Bunker <kbunker@sheppardmullin.com>
**Sent:** Tuesday, February 18, 2025 8:59 AM
**To:** Aaron Cera <aCera@saverilawfirm.com>; Paul Garrity <PGarrity@sheppardmullin.com>
**Cc:** Christopher Young <cyoung@saverilawfirm.com>; Holden Benon <hbenon@saverilawfirm.com>; eezray@bsfllp.com <eezray@bsfllp.com>
**Subject:** RE: In Re OpenAl ChatGPTLitigation - Master File No. 3:23-cv-03223 - Reuters Subpoena

External (kbunker@sheppardmullin.com)

Report This Email  FAQ  Skout Email Protection

Aaron,

7

We are available to discuss at 12:30 PT if that time still works for your team. I will send a calendar invitation.

Currently, it is still unclear what specific documents plaintiffs are seeking. Although plaintiffs' motion identifies for the first time "the Reuters/Meta Platforms Inc. agreement and related information," plaintiffs have not articulated what "related information" is being referenced and/or if this is the extent of the documents sought by the sweeping requests in the subpoena. We look forward to discussing these issues with you further today.

**Khirin A. Bunker** | Associate
+1 213-617-5542 | direct
kbunker@sheppardmullin.com | Bio

**SheppardMullin**
350 South Grand Avenue, 40th Floor
Los Angeles, CA 90071-3460
+1 213-620-1780 | main
www.sheppardmullin.com | LinkedIn

**From:** Aaron Cera <aCera@saverilawfirm.com>
**Sent:** Friday, February 14, 2025 4:29 PM
**To:** Khirin Bunker <kbunker@sheppardmullin.com>; Paul Garrity <PGarrity@sheppardmullin.com>
**Cc:** Christopher Young <cyoung@saverilawfirm.com>; Holden Benon <hbenon@saverilawfirm.com>; eezray@bsfllp.com
**Subject:** Re: In Re OpenAI ChatGPTLitigation - Master File No. 3:23-cv-03223 - Reuters Subpoena

Khirin,

Following up on today's call, we are available to continue our discussion on Tuesday from 1030-1 PT.

To facilitate a productive conversation, please provide a specific description of the material Reuters is willing to produce in response to our subpoena before the call. Thank you.

Best,
Aaron

**Aaron Cera**
Associate

**JOSEPH SAVERI**
LAW FIRM

601 California Street, Suite 1505
San Francisco, CA 94108
T 415.500.6800 x909
F 415.395.9940

**From:** Aaron Cera <aCera@saverilawfirm.com>
**Sent:** Thursday, January 9, 2025 6:51 PM
**To:** Khirin Bunker <kbunker@sheppardmullin.com>; Paul Garrity <PGarrity@sheppardmullin.com>
**Cc:** Christopher Young <cyoung@saverilawfirm.com>; Holden Benon <hbenon@saverilawfirm.com>; eezray@bsfllp.com <eezray@bsfllp.com>
**Subject:** Re: In Re OpenAI ChatGPTLitigation - Master File No. 3:23-cv-03223 - Reuters Subpoena

Khirin,

8

Following up on the below. Thank you.

Best,
Aaron

**Aaron Cera**
Associate

JOSEPH SAVERI
LAW FIRM

601 California Street, Suite 1505
San Francisco, CA 94108
T 415.500.6800 x909
F 415.395.9940

**From:** Aaron Cera <aCera@saverilawfirm.com>
**Sent:** Tuesday, January 7, 2025 3:26 PM
**To:** Khirin Bunker <kbunker@sheppardmullin.com>; Paul Garrity <PGarrity@sheppardmullin.com>
**Cc:** Christopher Young <cyoung@saverilawfirm.com>; Holden Benon <hbenon@saverilawfirm.com>; eezray@bsfllp.com <eezray@bsfllp.com>
**Subject:** Re: In Re OpenAI ChatGPTLitigation - Master File No. 3:23-cv-03223 - Reuters Subpoena

Khirin,

I don't think there's much more to discuss. We will be filing a motion to compel.

To ensure an efficient process, please confirm Reuter's agreement to adhere to the procedures set forth in Judge Illman's standing order for resolving discovery disputes (attached).

Best,
Aaron

**Aaron Cera**
Associate

JOSEPH SAVERI
LAW FIRM

601 California Street, Suite 1505
San Francisco, CA 94108
T 415.500.6800 x909
F 415.395.9940

**From:** Khirin Bunker <kbunker@sheppardmullin.com>
**Sent:** Tuesday, January 7, 2025 1:40 PM
**To:** Aaron Cera <aCera@saverilawfirm.com>; Paul Garrity <PGarrity@sheppardmullin.com>

9

**Cc:** Christopher Young <cyoung@saverilawfirm.com>; Holden Benon <hbenon@saverilawfirm.com>
**Subject:** RE: In Re OpenAI ChatGPTLitigation - Master File No. 3:23-cv-03223 - Reuters Subpoena

Aaron,

Thank you for the further explanation. However, Reuters does not agree that plaintiffs' positions below sufficiently establish the relevance of the requested documents. Plaintiffs still have not identified any Reuters' agreements and/or other documents involving the copyrighted materials at issue in their complaint (and Reuters is not aware of any). That plaintiffs seek to represent a putative class of *all copyright holders* in the United States simply does not warrant wholesale discovery into the highly confidential business materials of third parties.

Accordingly, Reuters intends to stand on its objections to the requests in the subpoena. I am available at my number below if you would like to discuss further.
**Khirin A. Bunker** | Associate
+1 213-617-5542 | direct
kbunker@sheppardmullin.com | Bio

**SheppardMullin**
350 South Grand Avenue, 40th Floor
Los Angeles, CA 90071-3460
+1 213-620-1780 | main
www.sheppardmullin.com | LinkedIn


**From:** Aaron Cera <aCera@saverilawfirm.com>
**Sent:** Sunday, January 5, 2025 10:15 AM
**To:** Khirin Bunker <kbunker@sheppardmullin.com>; Paul Garrity <PGarrity@sheppardmullin.com>
**Cc:** Christopher Young <cyoung@saverilawfirm.com>; Holden Benon <hbenon@saverilawfirm.com>
**Subject:** Re: In Re OpenAI ChatGPTLitigation - Master File No. 3:23-cv-03223 - Reuters Subpoena

Khirin,

Following up on the below. Thanks.

Best,
Aaron

**Aaron Cera**
Associate

## JOSEPH SAVERI
LAW FIRM

601 California Street, Suite 1505
San Francisco, CA 94108
T 415.500.6800 x909
F 415.395.9940


**From:** Aaron Cera <aCera@saverilawfirm.com>
**Sent:** Monday, December 23, 2024 4:36 PM
**To:** Khirin Bunker <kbunker@sheppardmullin.com>; Paul Garrity <PGarrity@sheppardmullin.com>

10

**Cc:** Christopher Young <cyoung@saverilawfirm.com>; Holden Benon <hbenon@saverilawfirm.com>
**Subject:** Re: In Re OpenAI ChatGPTLitigation - Master File No. 3:23-cv-03223 - Reuters Subpoena

Khirin,

Thank you for meeting with me earlier today to discuss the Reuters subpoena.

During our call, you requested a written summary of our conversation, focusing on the requests' relevance. You indicated that you would promptly forward any information I provided today. We anticipate a response by Monday, or sooner. To that end, please see below.

**Confidentiality Concerns**
You mentioned confidentiality concerns on the call. We note that "there is no absolute privilege [against disclosure] for trade secrets and similar confidential information." *DDS, Inc. v. Lucas Aerospace Power Transmission Corp.*, 182 F.R.D. 1, 4 (N.D.N.Y. 1998) (quoting *Fed. Open Mkt. Comm. of the Fed. Reserve Sys. v. Merrill*, 443 U.S. 340, 362, (1979)) (alteration in original); see also *ICG Commc'ns., Inc. v. Allegiance Telecom*, 211 F.R.D. 610, 614 (N.D. Cal. 2002) ("courts generally eschew an absolute privilege for trade secrets and similar confidential information in favor of a case-by-case approach that balances privacy against the need for disclosure. Other confidential business information is generally afforded even less protection than trade secrets.") (quotations and citations omitted). As I mentioned on our call, the operative Protective Order applies on its terms to nonparties. It contains two levels of protection including a higher "HIGHLY CONFIDENTIAL-ATTORNEY'S EYES ONLY" level of protection. We trust this allays any concerns with respect to confidentiality.

**General Relevance**
During our call, you questioned the relevance of licensing deals with a news organization since the named Plaintiffs are book authors. I clarified that while the named Plaintiffs are book authors, the lawsuit broadly covers all copyright holders whose works were used to train AI models. *See* Operative Complaint, ¶ 53. As discussed, the Complaint explicitly includes "[a]ll persons or entities domiciled in the United States that own a United States copyright in any work that was used as training data for the OpenAI Language Models during the Class Period." *Id.*

**Fair Use**
Each of the requests is relevant to the fair use analysis. Specifically, licensing agreements and negotiations surrounding those agreements are crucial for evaluating the first and fourth factors of the fair use analysis. They determine the use's commercial nature, transformative nature, or whether it's simply reproductive. I.e., its purpose and character. They also establish the use's impact on the copyrighted work's market potential or value. Additionally, negotiations surrounding these deals can shed light on the market impact of using the copyrighted material.

**Damages**
If a copyright owner could have licensed their work for AI training, similar licensing agreements would help establish the market value of their work. Internal valuation memos can provide evidence of potential lost revenue due to infringement and would likely contain projections and analyses of potential licensing income. This supports Plaintiffs' claims for lost profits. If an AI developer uses copyrighted material without a license, the copyright owner's potential lost licensing revenue is key to determining damages. Negotiations surrounding a potential licensing deal would provide evidence of the license's value, helping quantify losses.

**Willfulness**
An alleged infringer's attempt to obtain a license for copyrighted material suggests they had knowledge of the copyright owner's rights. This knowledge would tend to prove willful infringement. If the copyright owner sought to license their work, and the alleged infringer knowingly rejected it and used the material anyway, this would be strong evidence of willful infringement.

We look forward to your response.

Best,
Aaron



**Aaron Cera**
Associate

---

## JOSEPH SAVERI
### LAW FIRM

601 California Street, Suite 1505
San Francisco, CA 94108
T 415.500.6800 x909
F 415.395.9940

---

**From:** Khirin Bunker <kbunker@sheppardmullin.com>
**Sent:** Friday, December 20, 2024 7:46 AM
**To:** Aaron Cera <aCera@saverilawfirm.com>; Paul Garrity <PGarrity@sheppardmullin.com>
**Cc:** Christopher Young <cyoung@saverilawfirm.com>; Holden Benon <hbenon@saverilawfirm.com>
**Subject:** RE: In Re OpenAI ChatGPTLitigation - Master File No. 3:23-cv-03223 - Reuters Subpoena

Hi Aaron,

We can be available to discuss this afternoon between 1pm and 3:30pm PT. We are also available on Monday, December 23 between 9:30am and 11:30am PT.

Please let us know if any of these times work for you.
**Khirin A. Bunker** | Associate
+1 213-617-5542 | direct
kbunker@sheppardmullin.com | Bio

**SheppardMullin**
350 South Grand Avenue, 40th Floor
Los Angeles, CA 90071-3460
+1 213-620-1780 | main
www.sheppardmullin.com | LinkedIn
*Please note that our Downtown Los Angeles office address has changed effective December 1, 2024.*

**From:** Aaron Cera <aCera@saverilawfirm.com>
**Sent:** Tuesday, December 17, 2024 2:26 PM
**To:** Khirin Bunker <kbunker@sheppardmullin.com>; Paul Garrity <PGarrity@sheppardmullin.com>

12

**Cc:** Christopher Young <cyoung@saverilawfirm.com>; Holden Benon <hbenon@saverilawfirm.com>
**Subject:** Re: In Re OpenAI ChatGPTLitigation - Master File No. 3:23-cv-03223 - Reuters Subpoena

Khirin,

Plese let me know your availability this week to discuss Reuter's responses and objections. Thank you.

Best,
Aaron


**Aaron Cera**
Associate

---

**JOSEPH SAVERI**
LAW FIRM

601 California Street, Suite 1505
San Francisco, CA 94108
T 415.500.6800 x909
F 415.395.9940


**From:** Khirin Bunker <kbunker@sheppardmullin.com>
**Sent:** Monday, December 9, 2024 9:33 PM
**To:** Aaron Cera <aCera@saverilawfirm.com>; Paul Garrity <PGarrity@sheppardmullin.com>
**Cc:** Christopher Young <cyoung@saverilawfirm.com>
**Subject:** RE: In Re OpenAI ChatGPTLitigation - Master File No. 3:23-cv-03223 - Reuters Subpoena

You don't often get email from kbunker@sheppardmullin.com. Learn why this is important

Counsel,

Attached please find Reuters' responses to the subpoena.
**Khirin A. Bunker** | Associate
+1 213-617-5542 | direct
kbunker@sheppardmullin.com | Bio

**SheppardMullin**
350 South Grand Avenue, 40th Floor
Los Angeles, CA 90071-3460
+1 213-620-1780 | main
www.sheppardmullin.com | LinkedIn
*Please note that our Downtown Los Angeles office address has changed effective December 1, 2024.*

**From:** Aaron Cera <aCera@saverilawfirm.com>
**Sent:** Wednesday, November 27, 2024 2:25 PM
**To:** Khirin Bunker <kbunker@sheppardmullin.com>; Paul Garrity <PGarrity@sheppardmullin.com>
**Cc:** Christopher Young <cyoung@saverilawfirm.com>
**Subject:** Re: In Re OpenAI ChatGPTLitigation - Master File No. 3:23-cv-03223 - Reuters Subpoena

13

Khirin,

Thank you for your message.

Plaintiffs agree to a one-week extension of the deadline for Reuters to provide its response. Accordingly, the new deadline will be December 10, 2024.

We are also willing to consider a two-week extension, provided that Reuters agrees to produce documents responsive to our outstanding requests. Please let us know if Reuters is amenable to this proposal.

Best,
Aaron

**Aaron Cera**
Associate



JOSEPH SAVERI
LAW FIRM

601 California Street, Suite 1505
San Francisco, CA 94108
T 415.500.6800 x909
F 415.395.9940

---

**From:** Khirin Bunker <kbunker@sheppardmullin.com>
**Sent:** Wednesday, November 27, 2024 9:31 AM
**To:** Aaron Cera <aCera@saverilawfirm.com>
**Cc:** Paul Garrity <PGarrity@sheppardmullin.com>
**Subject:** In Re OpenAI ChatGPTLitigation - Master File No. 3:23-cv-03223 - Reuters Subpoena

You don't often get email from kbunker@sheppardmullin.com. Learn why this is important

Mr. Cera:

I left a voicemail with your office this morning. We have been recently retained by Reuters in connection with Plaintiffs' subpoena dated November 20, 2024. We note that Reuters's response is currently due on December 3, 2024. Given the Thanksgiving holiday, are Plaintiffs agreeable to a one-week extension of time to December 10, 2024, for Reuters to provide its response to the subpoena?

Thank you for your professional courtesy in this regard.

Khirin

**Khirin A. Bunker** | Associate
+1 213-617-5542 | direct
kbunker@sheppardmullin.com | Bio

SheppardMullin

14

333 South Hope Street, 43rd Floor
Los Angeles, CA 90071-1422
+1 213-620-1780 | main
www.sheppardmullin.com | LinkedIn

Attention: This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.