Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Holden Benon (State Bar No. 325847)
Aaron Cera (State Bar No. 351163)
Margaux Poueymirou (State Bar No. 35600)
Melissa Tribble (State Bar No. 339098)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, CA 94108
Telephone:     (415) 500-6800
Facsimile:      (415) 395-9940
Email:            jsaveri@saverilawfirm.com
                       czirpoli@saverilawfirm.com
                       cyoung@saverilawfirm.com
                       hbenon@saverilawfirm.com
                       acera@saverilawfirm.com
                       mpoueymirou@saverilawfirm.com
                       mtribble@saverilawfirm.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*

[Additional counsel on signature page]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPENAI CHATGPT LITIGATION | Case No. 3:23-cv-03223-AMO <br><br> **DECLARATION OF HOLDEN BENON IN SUPPORT OF REPLY TO NON-PARTY DARIO AMODEI'S OPPOSITION TO IN RE OPENAI AND AUTHORS GUILD PLAINTIFFS' MOTIONS TO COMPEL DEPOSITION** <br><br> Date: March 4, 2025 <br> Time: 11:00 a.m. <br> Judge: Hon. Robert M. Illman |

I, Holden Benon, declare as follows:

1. I am an attorney duly licensed to practice in the State of California. I am an Associate at the Joseph Saveri Law Firm, LLP ("JSLF"), counsel of record for Plaintiffs Paul Tremblay, Christopher Golden, Richard Kadrey, and Sarah Silverman in the action titled *In re OpenAI ChatGPT Litigation*, Master File No. 3:23-cv-03223-AMO. I have personal knowledge of the matters stated herein and, if called upon, I could competently testify thereto. I make this declaration pursuant to 28 U.S.C. § 1746 in support of Plaintiffs' Reply to Non-Party Dario Amodei's Opposition to In Re OpenAI and Authors Guild Plaintiffs' Motions to Compel Deposition.

2. On November 29, 2024, Plaintiffs noticed the deposition of Alex Paino. The parties are currently meeting and conferring to determine an appropriate deposition date.

3. On December 2, 2024, Plaintiffs served on OpenAI a Rule 30(b)(6) deposition notice containing various topics regarding the Books1 and Books2 datasets.

4. On January 13, 2025, Plaintiffs noticed the deposition of Nick Ryder. The parties are currently meeting and conferring to determine an appropriate deposition date.

5. I declare under penalty of perjury that the foregoing is true and correct. Executed this 24th day of February 2025, in San Francisco, California.

By:     */s/ Holden Benon*
       Holden Benon