Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Holden Benon (State Bar No. 325847)
Aaron Cera (State Bar No. 351163)
Margaux Poueymirou (State Bar No. 35600)
Melissa Tribble (State Bar No. 339098)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, California 94108
Telephone:     (415) 500-6800
Facsimile:      (415) 395-9940
Email:            jsaveri@saverilawfirm.com
                      czirpoli@saverilawfirm.com
                      cyoung@saverilawfirm.com
                      hbenon@saverilawfirm.com
                      acera@saverilawfirm.com
                      mpoueymirou@saverilawfirm.com
                      mtribble@saverilawfirm.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPENAI CHATGPT LITIGATION | Case File No. 3:23-cv-03223-AMO<br><br>**CERTIFICATE OF SERVICE** |

Master File No. 3:23-cv-03223-AMO

# CERTIFICATE OF SERVICE

I, the undersigned, am employed by the Joseph Saveri Law Firm, LLP. My business address is 601 California Street, Suite 1505, San Francisco, California 94108. I am over the age of eighteen and not a party to this action.

On February 24, 2025, I caused the following documents to be served by email upon the parties listed on the attached Service List:

- **PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**
- **REPLY TO NON-PARTY DARIO AMODEI'S OPPOSITION TO IN RE OPENAI AND AUTHORS GUILD PLAINTIFFS' MOTIONS TO COMPEL DEPOSITION**
- **DECLARATION OF HOLDEN BENON IN SUPPORT OF REPLY TO NON-PARTY DARIO AMODEI'S OPPOSITION TO IN RE OPENAI AND AUTHORS GUILD PLAINTIFFS' MOTIONS TO COMPEL DEPOSITION**

I declare under penalty of perjury that the foregoing is true and correct. Executed February 24, 2025, at San Francisco, California.

By:     */s/ Joshua Ram*
       Joshua Ram

# SERVICE LIST

Joseph Charles Gratz
Joyce C. Li
Melody Ellen Wong
Tiffany Cheung
**MORRISON & FOERSTER LLP** 425 Market Street
San Francisco, CA 94105
Email: jgratz@mofo.com
      joyceli@mofo.com
      melodywong@mofo.com
      tcheung@mofo.com

Alexandra Marie Ward
Rose S. Lee
**MORRISON & FOERSTER LLP**
707 Wilshire Blvd., Suite 6000
Los Angeles, CA 90017
Email: alexandraward@mofo.com
      roselee@mofo.com

Sarah Vandervalk
**MORRISON & FOERSTER LLP**
12531 High Bluff Drive, Suite 100
San Diego, CA 92130
Email: svandervalk@mofo.com

Eric Nikolaides
**MORRISON & FOERSTER LLP**
250 W. 55th St
New York, NY 10019
Email: enikolaides@mofo.com

Max I. Levy
**MORRISON & FOERSTER LLP**
755 Page Mill Road
Palo Alto, CA 94304-1018
Email: mlevy@mofo.com

OpenAICopyright@mofo.com

Andrew Michael Gass
Joseph Richard Wetzel
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Email: andrew.gass@lw.com
      joseph.wetzel@lw.com

Allison L. Stillman
Rachel R. Blitzer
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Email: alli.stillman@lw.com
      rachel.blitzer@lw.com

Sarang Damle
Elana Nightingale Dawson
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1505
Washington, DC 20004
Email: sy.damle@lw.com
      elana.nightingaledawson@lw.com

openaicopyrightlitigation.lwteam@lw.com

[continued on next page]

| | |
|---|---|
| Paven Malhotra<br>Robert Addy Van Nest<br>Christopher Steven Sun<br>Katie Lynn Joyce<br>Michelle Sabrina Ybarra<br>Nicholas Samuel Goldberg<br>R. James Slaughter<br>Thomas Edward Gorman<br>**KEKER VAN NEST & PETERS**<br>633 Battery St.<br>San Francisco, CA 94111<br>Email: pmalhotra@keker.com<br>          rvannest@keker.com<br>          csun@keker.com<br>          kjoyce@keker.com<br>          mybarra@keker.com<br>          ngoldberg@keker.com<br>          rslaughter@keker.com<br>          tgorman@keker.com<br><br>KVPOAI@keker.com<br><br>*Counsel for Defendants OpenAI, Inc., a Delaware nonprofit corporation; OpenAI, L.P., a Delaware limited partnership; OpenAI OpCo, L.L.C., a Delaware limited liability corporation; OpenAI GP, L.L.C., a Delaware limited liability company; OpenAI Startup Fund GP I, L.L.C., a Delaware limited liability company; OpenAI Startup Fund I, L.P., a Delaware limited partnership; OpenAI Startup Fund Management, LLC, a Delaware limited liability company* | Douglas Winthrop<br>Joseph Farris<br>Ryan Nishimoto<br>**ARNOLD & PORTER LLP**<br>10th Floor, 3 Embarcadero Ctr<br>San Francisco, CA 94111<br>Email: douglas.winthrop@arnoldporter.com<br>          joseph.farris@arnoldporter.com<br>          ryan.nishimoto@arnoldporter.com |

Master File No. 3:23-cv-03223-AMO     3
CERTIFICATE OF SERVICE