# EXHIBIT C

Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Holden Benon (State Bar No. 325847)
Aaron Cera (State Bar No. 351163)
Margaux Poueymirou (State Bar No. 35600)
Melissa Tribble (State Bar No. 339098)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, CA 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email: jsaveri@saverilawfirm.com
       czirpoli@saverilawfirm.com
       cyoung@saverilawfirm.com
       hbenon@saverilawfirm.com
       acera@saverilawfirm.com
       mpoueymirou@saverilawfirm.com
       mtribble@saverilawfirm.com

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone: (323) 968-2632
Facsimile: (415) 395-9940
Email: mb@buttericklaw.com

Bryan L. Clobes (pro hac vice)
Alexander J. Sweatman (pro hac vice)
Mohammed Rathur (pro hac vice)
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
135 South LaSalle Street
Suite 3210
Chicago, IL 60603
Telephone: (312)782-4880
Facsimile: (312)782-4485
Email:   bclobes@caffertyclobes.com
         asweatman@caffertyclobes.com
         mrathur@caffertyclobes.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*

[Additional counsel on signature page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE OPENAI CHATGPT LITIGATION<br><br>This document relates to:<br><br>Case No. 3:23-CV-04625-AMO | Master File No. 3:23-cv-03223-AMO<br><br>**PLAINTIFF JACQUELINE WOODSON'S RESPONSES AND OBJECTIONS TO DEFENDANT OPENAI OPCO, L.L.C.'S THIRD SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS** |

this case for trial. Plaintiff further objects to the extent this Request calls for documents and communications not within Plaintiff's possession, custody, or control.

Subject to the general and specific objections stated above, Plaintiff will not produce documents in response to this Request.

**REQUEST FOR PRODUCTION NO. 87:**

Complete transcripts, including all exhibits, of any depositions in which any expert witness whose material is produced in response to Request for Production No. 88 has participated in relation to the *Kadrey et al. v. Meta Platforms, Inc.*, Case No. 3:23-cv-03417-VC action.

**RESPONSE TO REQUEST NO. 87:**

Plaintiff objects to the request as overbroad, unduly burdensome, and irrelevant to any parties' claims or defenses in this matter as it seeks information with no bearing on the issues in this Action. Plaintiff objects to this Request as it does not comply with the "reasonable particularity" requirement of Rule 34(b)(1). The materials sought relate to a different action, with different claims, against a different Defendant, and are not directly relevant to this Action. *See* Dkt. 140. Plaintiff objects to the phrase "participated in relation to" as vague, ambiguous, and overbroad. Plaintiff further objects to this Request to the extent it seeks information protected from disclosure by a protective order. Plaintiff also objects to this Request insofar as it seeks information protected from discovery by the Federal Rules of Civil Procedure and the common law, including discovery limitations imposed on attorney-client privilege communications, documents and communications protected under the common-interest doctrine, and protected attorney work product. Plaintiff further objects to this Request insofar as it seeks information related to consultants and non-testifying experts hired to assist counsel in its preparation of this case for trial. Plaintiff further objects to the extent this Request calls for documents and communications not within Plaintiff's possession, custody, or control.

Subject to the general and specific objections stated above, Plaintiff will not produce documents in response to this Request.

**REQUEST FOR PRODUCTION NO. 88:**

Your responses, including any supplemental responses, to all interrogatories and requests for admission served upon You in the *Kadrey et al. v. Meta Platforms, Inc.*, No. 3:23-cv-03417-VC action.

Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
William W. Castillo Guardado (State Bar No. 294159)
Holden Benon (State Bar No. 325847)
Aaron Cera (State Bar No. 351163)
Margaux Poueymirou (State Bar No. 35600)
Melissa Tribble (State Bar No. 339098)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile:  (415) 395-9940
Email:    jsaveri@saverilawfirm.com
          czirpoli@saverilawfirm.com
          cyoung@saverilawfirm.com
          wcastillo@saverilawfirm.com
          hbenon@saverilawfirm.com
          acera@saverilawfirm.com
          mpoueymirou@saverilawfirm.com
          mtribble@saverilawfirm.com

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone:  (323) 968-2632
Facsimile:  (415) 395-9940
Email:    mb@buttericklaw.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*

[Additional counsel on signature page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE OPENAI CHATGPT LITIGATION<br><br>This document relates to:<br><br>Case No. 3:23-cv-03223-AMO<br>Case No. 3:23-cv-03416-AMO | Master File No. 3:23-cv-03223-AMO<br><br>**PLAINTIFF RICHARD KADREY'S RESPONSES AND OBJECTIONS TO DEFENDANT OPENAI OPCO, L.L.C.'S FOURTH SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS** |

Plaintiff objects to this Request as overbroad, unduly burdensome, and irrelevant to any parties' claims or defenses in this matter as it seeks information with no bearing on the issues in this Action. Plaintiff objects to this Request as it does not comply with the "reasonable particularity" requirement of Rule 34(b)(1). The materials sought relate to a different action, with different claims, against a different Defendant, and are not directly relevant to this Action. *See* Dkt. 140. Plaintiff further objects to this Request to the extent it seeks information protected from disclosure by a protective order. Plaintiff objects to this Request insofar as it seeks information protected from discovery by the Federal Rules of Civil Procedure and the common law, including discovery limitations imposed on attorney-client privilege communications, documents and communications protected under the common-interest doctrine, and protected attorney work product. Plaintiff further objects to this Request insofar as it seeks information related to consultants and non-testifying experts hired to assist counsel in its preparation of this case for trial. Plaintiff further objects to the extent this Request calls for documents and communications not within Plaintiff's possession, custody, or control.

Subject to the general and specific objections stated above, Plaintiff will not produce documents in response to this Request.

**REQUEST FOR PRODUCTION NO. 88:**

Complete transcripts, including all exhibits, of any depositions in which any expert witness whose material is produced in response to Request for Production No. 88 has participated in relation to the *Kadrey et al. v. Meta Platforms, Inc.*, Case No. 3:23-cv-03417-VC action.

**RESPONSE TO REQUEST NO. 88:**

Plaintiff objects to this Request as overbroad, unduly burdensome, and irrelevant to any parties' claims or defenses in this matter as it seeks information with no bearing on the issues in this Action. Plaintiff objects to this Request as it does not comply with the "reasonable particularity" requirement of Rule 34(b)(1). The materials sought relate to a different action, with different claims, against a different Defendant, and are not directly relevant to this Action. *See* Dkt. 140. Plaintiff objects to the phrase "participated in relation to" as vague, ambiguous, and overbroad. Plaintiff further objects to this Request to the extent it seeks information protected from disclosure by a protective order. Plaintiff also

objects to this Request insofar as it seeks information protected from discovery by the Federal Rules of Civil Procedure and the common law, including discovery limitations imposed on attorney-client privilege communications, documents and communications protected under the common-interest doctrine, and protected attorney work product. Plaintiff further objects to this Request insofar as it seeks information related to consultants and non-testifying experts hired to assist counsel in its preparation of this case for trial. Plaintiff further objects to the extent this Request calls for documents and communications not within Plaintiff's possession, custody, or control.

Subject to the general and specific objections stated above, Plaintiff will not produce documents in response to this Request.

**REQUEST FOR PRODUCTION NO. 89:**

Your responses, including any supplemental responses, to all interrogatories and requests for admission served upon You in the *Kadrey et al. v. Meta Platforms, Inc.*, No. 3:23-cv-03417-VC action.

**RESPONSE TO REQUEST NO. 89:**

Plaintiff objects to this Request as overbroad, unduly burdensome, and irrelevant to any parties' claims or defenses in this matter as it seeks information with no bearing on the issues in this Action. Plaintiff objects to this Request as it does not comply with the "reasonable particularity" requirement of Rule 34(b)(1). The materials sought relate to a different action, with different claims, against a different Defendant, and are not directly relevant to this Action. *See* Dkt. 140. Plaintiff further objects to this Request to the extent it seeks information protected from disclosure by a protective order.

Subject to the general and specific objections stated above, Plaintiff will not produce documents in response to this Request.

Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
William W. Castillo Guardado (State Bar No. 294159)
Holden Benon (State Bar No. 325847)
Aaron Cera (State Bar No. 351163)
Margaux Poueymirou (State Bar No. 35600)
Melissa Tribble (State Bar No. 339098)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile:  (415) 395-9940
Email: jsaveri@saverilawfirm.com
czirpoli@saverilawfirm.com
cyoung@saverilawfirm.com
wcastillo@saverilawfirm.com
hbenon@saverilawfirm.com
acera@saverilawfirm.com
mpoueymirou@saverilawfirm.com
mtribble@saverilawfirm.com

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone:  (323) 968-2632
Facsimile:  (415) 395-9940
Email: mb@buttericklaw.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*

[Additional counsel on signature page]

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE OPENAI CHATGPT LITIGATION<br><br>This document relates to:<br><br>Case No. 3:23-cv-03223-AMO<br>Case No. 3:23-cv-03416-AMO | Master File No. 3:23-cv-03223-AMO<br><br>**PLAINTIFF SARAH SILVERMAN'S RESPONSES AND OBJECTIONS TO DEFENDANT OPENAI OPCO, L.L.C.'S FOURTH SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS** |

**REQUEST FOR PRODUCTION NO. 89:**

Complete transcripts, including all exhibits, of any depositions in which any expert witness whose material is produced in response to Request for Production No. 88 has participated in relation to the *Kadrey et al. v. Meta Platforms, Inc.*, Case No. 3:23-cv-03417-VC action.

**RESPONSE TO REQUEST NO. 89:**

Plaintiff objects to the request as overbroad, unduly burdensome, and irrelevant to any parties' claims or defenses in this matter as it seeks information with no bearing on the issues in this Action. Plaintiff objects to this Request as it does not comply with the "reasonable particularity" requirement of Rule 34(b)(1). The materials sought relate to a different action, with different claims, against a different Defendant, and are not directly relevant to this Action. *See* Dkt. 140. Plaintiff objects to the phrase "participated in relation to" as vague, ambiguous, and overbroad. Plaintiff further objects to this Request to the extent it seeks information protected from disclosure by a protective order. Plaintiff also objects to this Request insofar as it seeks information protected from discovery by the Federal Rules of Civil Procedure and the common law, including discovery limitations imposed on attorney-client privilege communications, documents and communications protected under the common-interest doctrine, and protected attorney work product. Plaintiff further objects to this Request insofar as it seeks information related to consultants and non-testifying experts hired to assist counsel in its preparation of this case for trial. Plaintiff further objects to the extent this Request calls for documents and communications not within Plaintiff's possession, custody, or control.

Subject to the general and specific objections stated above, Plaintiff will not produce documents in response to this Request.

**REQUEST FOR PRODUCTION NO. 90:**

Your responses, including any supplemental responses, to all interrogatories and requests for admission served upon You in the *Kadrey et al. v. Meta Platforms, Inc.*, No. 3:23-cv-03417-VC action.

**RESPONSE TO REQUEST NO. 90:**

Plaintiff objects to the request as overbroad, unduly burdensome, and irrelevant to any parties' claims or defenses in this matter as it seeks information with no bearing on the issues in this Action.