**LATHAM & WATKINS LLP**
Andrew M. Gass (SBN 259694)
  *andrew.gass@lw.com*
Joseph R. Wetzel (SBN 238008)
  *joe.wetzel@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: 415.391.0600

Sarang V. Damle (*pro hac vice*)
  *sy.damle@lw.com*
Elana Nightingale Dawson (*pro hac vice*)
  *elana.nightingaledawson@lw.com*
Michael A. David (*pro hac vice*)
  *michael.david@lw.com*
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: 202.637.2200

Allison L. Stillman (*pro hac vice*)
  *alli.stillman@lw.com*
Rachel R. Blitzer *(pro hac vice)*
  *rachel.blitzer@lw.com*
Herman H. Yue (*pro hac vice*)
  *herman.yue@lw.com*
1271 Avenue of the Americas
New York, NY 10020
Telephone:  212.906.1200

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPENAI CHATGPT LITIGATION | Master File No. 3:23-cv-03223-AMO |
| This Document Relates To: | **OPENAI DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |
| Case No. 3:23-cv-03223-AMO<br>Case No. 4:23-cv-03416-AMO<br>Case No. 3:23-cv-04625-AMO | |
| | Hon. Robert M. Illman |

1       Pursuant to Civil Local Rules ("L.R.") 7-11 and 79-5(f) and in accordance with the Stipulated Protective Order entered by this Court (ECF No. 106), Defendants OpenAI, Inc., OpenAI, L.P., OpenAI OpCo, L.L.C., OpenAI GP, L.L.C., OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., and OpenAI Startup Fund Management, LLC (collectively, "Defendants") respectfully submit this Administrative Motion to Consider Whether Another Party's Material Should Be Sealed ("Motion") in connection with the Parties' Joint Letter Brief.

      The Sealed Documents subject to this Motion are:

| ECF No. | Document | Portion(s) to Seal | Party Requesting Material to Sealed |
|---|---|---|---|
| 352 | Parties' Joint Letter Brief | Highlighted text at page 4. | Plaintiffs |

      Therefore, in compliance with its Protective Order obligations and the Civil Local Rules of this District, Defendants are submitting under seal, along with this Administrative Motion, an unredacted copy of the document referenced in the table above pursuant to Civil Local Rule 79-5(d). Defendants take no position on Plaintiffs' sealing requests, and do not waive their right to object to the sealing of this material at later point in this litigation.

Dated: February 25, 2025

Respectfully Submitted,

By: */s/ Elana Nightingale Dawson*

**LATHAM & WATKINS LLP**
Andrew M. Gass (SBN 259694)
 andrew.gass@lw.com
Joseph R. Wetzel (SBN 238008)
 joe.wetzel@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: 415.391.0600

Sarang V. Damle (*pro hac vice*)
 sy.damle@lw.com
Elana Nightingale Dawson (*pro hac vice*)
 elana.nightingaledawson@lw.com
Michael A. David (*pro hac vice*)
 michael.david@lw.com
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: 202.637.2200

Allison L. Stillman (*pro hac vice*)
 alli.stillman@lw.com
Rachel R. Blitzer (*pro hac vice*)
 rachel.blitzer@lw.com
Herman H. Yue (*pro hac vice*)
 herman.yue@lw.com
1271 Avenue of the Americas
New York, NY 10020
Telephone: 212.906.1200

*Attorneys for OpenAI Defendants*

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

OPENAI'S ADMIN. MOT. TO CONSIDER WHETHER
ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
CASE NO. 3:23-cv-03223-AMO