**LATHAM & WATKINS LLP**
Andrew M. Gass (SBN 259694)
  *andrew.gass@lw.com*
Joseph R. Wetzel (SBN 238008)
  *joe.wetzel@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: 415.391.0600

Sarang V. Damle (*pro hac vice*)
  *sy.damle@lw.com*
Elana Nightingale Dawson (*pro hac vice*)
  *elana.nightingaledawson@lw.com*
Michael A. David (*pro hac vice*)
  *michael.david@lw.com*
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: 202.637.2200

Allison L. Stillman (*pro hac vice*)
  *alli.stillman@lw.com*
Rachel R. Blitzer (*pro hac vice*)
  *rachel.blitzer@lw.com*
Herman H. Yue (*pro hac vice*)
  *herman.yue@lw.com*
1271 Avenue of the Americas
New York, NY 10020
Telephone:  212.906.1200

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPENAI CHATGPT LITIGATION | Master File No. 3:23-cv-03223-AMO |
| This Document Relates To: | **CERTIFICATE OF SERVICE** |
| Case No. 3:23-cv-03223-AMO<br>Case No. 4:23-cv-03416-AMO<br>Case No. 3:23-cv-04625-AMO | |
| | Hon. Robert M. Illman |

## CERTIFICATE OF SERVICE

I am employed in Washington, D.C.  I am over the age of 18 years and not a party to this action. My business address is Latham & Watkins LLP, 555 Eleventh Street, NW Suite 1000 Washington, D.C. 20004-1304.

I further declare that on February 25, 2025, I caused to be served by email on the recipients listed below a copy of:

**OPENAI DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**

**PROPOSED ORDER RE OPENAI ADMINISTRATIVE MOTION TO CONSIDER SEALING**

**[UNREDACTED] JOINT DISCOVERY LETTER BRIEF**

☒ **BY ELECTRONIC SERVICE [Fed. Rule Civ. Proc. rule 5(b)]** by electronically mailing a true and correct copy through Latham & Watkins LLP's electronic mail system to the e-mail address(es) set forth below, or as stated on the attached service list per agreement in accordance with Federal Rules of Civil Procedure rule 5(b).

Joseph R. Saveri
Cadio R. Zirpoli
Christopher K.L. Young
Aaron Cera
Holden J. Benon
William Waldir Castillo Guardado
Margaux Poueymirou
Melissa Tribble
**JOSEPH SAVERI LAW FIRM, LLC**
601 California Street, Suite 1505
San Francisco, CA 94108
Phone: 415.500.6800
Email: *jsaveri@saverilawfirm.com*
    *czirpoli@saverilawfirm.com*
    *cyoung@saverilawfirm.com*
    *hbenon@saverilawfirm.com*
    *acera@saverilawfirm.com*
    *wcastillo@saverilawfirm.com*
    *mpoueymirou@saverilawfirm.com*
    *mtribble@saverilawfirm.com*

Maxwell V. Pritt
Joshua M. Stein
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Phone: 415.293.6869
Email: *mpritt@bsfllp.com*
    *jstein@bsfllp.com*

David Boies
333 Main Street
Armonk, NY 10504
Phone: 914.749.8200
Email: *dboies@bsfllp.com*

Jesse M. Panuccio (*pro hac vice*)
Evan M. Ezray
401 East Las Olas Boulevard, Suite 1200
Fort Lauderdale, FL 33301
Phone: 202 274 1130
Email: *jpanuccio@bsfllp.com*
    *eezray@bsfllp.com*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Matthew Butterick
**MATTHEW BUTTERICK, ATTORNEY
AT LAW**
1920 Hillhurst Ave. #406
Los Angeles, CA 90027
Phone: 323.968.2632
Email: *mb@butboxericklaw.com*

*Attorneys for Plaintiffs Paul Tremblay, Sarah Silverman, Christopher Golden,
and Richard Kadrey*

Bryan L. Clobes (*pro hac vice*)
**CAFFERTY CLOBES MERIWETHER &**
**SPRENGEL LLP**
1101 Market Street, Suite 2650
Philadelphia, PA 19107
Phone: 215.864.2800
Email: *bclobes@caffertyclobes.com*

Alexander J. Sweatman (*pro hac vice*)
Mohammed A. Rathur (*pro hac vice*)
135 South LaSalle Street, Suite 3210
Chicago, IL 60603
Phone: 312.782.4880
Email: *asweatman@caffertyclobes.com*
        *mrathur@caffertyclobes.com*

Daniel J. Muller
**VENTURA HERSEY & MULLER, LLP**
1506 Hamilton Avenue
San Jose, CA 95125
Phone: 408.512.3022
Email: *dmuller@venturahersey.com*

Maxwell V. Pritt
Joshua M. Stein
Reed Forbush
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Phone: 415.293.6869
Email: *mpritt@bsfllp.com*
        *jstein@bsfllp.com*
        *rforbush@bsfllp.com*

David Boies (*pro hac vice*)
333 Main Street
Armonk, NY 10504
Phone: 914.749.8200
Emaill: *dboies@bsfllp.com*

Jesse M. Panuccio (*pro hac vice*)
Evan M. Ezray
401 East Las Olas Boulevard, Suite 1200
Flort Lauderdale, FL 33301
Phone: 202.274.1130
Email: *jpanuccio@bsfllp.com*
        *eezray@bsfllp.com*

*Attorneys for Plaintiffs David Henry Hwang, Matthew Klam, Rachel Louise Snyder, Laura*
*Lippman, Jacqueline Woodson, Andrew Sean Greer, Ta-*
*Nehisi Coates, and Junot Díaz*

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Washington D.C., this February 26, 2025.

___Elana Nightingale Dawson___              ___/s/ Elana Nightingale Dawson___
             (typed)                                          (signature)

CERTIFICATE OF SERVICE