Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Holden Benon (State Bar No. 325847)
Aaron Cera (State Bar No. 351163)
Margaux Poueymirou (State Bar No. 35600)
Melissa Tribble (State Bar No. 339098)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, CA 94108
Telephone:     (415) 500-6800
Facsimile:      (415) 395-9940
Email:            jsaveri@saverilawfirm.com
                      czirpoli@saverilawfirm.com
                      cyoung@saverilawfirm.com
                      hbenon@saverilawfirm.com
                      acera@saverilawfirm.com
                      mpoueymirou@saverilawfirm.com
                      mtribble@saverilawfirm.com

*Counsel for Individual and Representative
Plaintiffs and the Proposed Class*

[Additional counsel on signature page]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPENAI CHATGPT LITIGATION | Master File No. 3:23-cv-03223-AMO |
| | **STATEMENT IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED RE JOINT LETTER BRIEF [ECF 336]** |

Pursuant to Civil Local Rule 79-5(f), Plaintiffs respectfully file this statement in support of Defendants' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed, ECF No. 336.

The information requested to be sealed in the Parties' joint letter brief includes the following:

| Document | Portion of Document Sought to be Sealed | Party Claiming Confidentiality |
|---|---|---|
| Joint Letter Brief, ECF No. 337 | Highlighted text on Pages 1–5 | Plaintiffs |

I. **ARGUMENT**

Though the presumption of public access to judicial proceedings and records is strong, it "is not absolute." *Nixon v. Warner Commc'ns. Inc.,* 435 U.S. 589, 598 (19787). For a non-dispositive matter, the information requested to be filed under seal is not subject to a strong presumption of public access; instead, only a showing of "good cause" is needed to justify sealing the material. *See Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006) (("A 'good cause' showing will suffice to seal documents produced in discovery."); *Ctr. for Auto Safety v. Chrysler Grp.,* 809 F.3d 1092, 1098 (9th Cir. 2016); *OpenTV v. Apple*, No. 14-cv-01622-HSG, 2015 WL 5714851, at *2 (N.D. Cal. Sept. 17, 2015). The Federal Rules afford courts "flexibility in balancing and protecting the interests of private parties." *Kamakana*, 447 F.3d at 1180; *DSS Tech. Mgmt. v. Apple*, No. 14-cv-05330-HSG, 2020 WL 210318, at *8 (N.D. Cal. Jan. 14, 2020), aff'd, 845 F. App'x 963 (Fed. Cir. 2021) (finding good cause to seal "confidential business and proprietary information").

"When a court grants a protective order for information produced during discovery, it already has determined that 'good cause' exists to protect this information from being disclosed to the public by balancing the needs for discovery against the need for confidentiality." *Phillips ex rel. Ests. of Byrd v. Gen. Motors Corp.*, 307 F.3d 1206, 1213 (9th Cir. 2002). When material contained within a non-dispositive motion is sealed under a protective order, the burden shifts to the party seeking disclosure to "present sufficiently compelling reasons why the sealed discovery document should be released." *Id.*

1    The Joint Letter Brief, ECF No. 337, is a non-dispositive motion containing confidential and
2 sensitive personal information from documents designated as confidential under the Protective Order.
3 The Protective Order covers "any information copied or extracted from Protected Material" and
4 "excerpts, summaries, or compilations of Protected Material" in addition to the Protected Material. (ECF
5 No. 106 at 3). Because this information was designated under the Protective Order, there is presumptive
6 good cause for sealing. Moreover, the highlighted material contains personally identifiable information
7 such as email addresses, competitive business information, and other sensitive and private personal
8 information, the disclosure of which would cause harm to Plaintiffs. Defendants have not sought to
9 unseal this information, instead taking no position on the sealing request. (See ECF No. 336 at 2.)
10 Accordingly, the presumption in favor of sealing has not been rebutted and the material should remain
11 under seal.

## II.   CONCLUSION

For the foregoing reasons, Plaintiffs respectfully request that the highlighted portions of the Parties' Joint Letter Brief, ECF No. 337, remain sealed, and that the Court enter the Proposed Order, ECF No 336-2, in favor of sealing.

| | | |
|---|---|---|
| Dated: February 27, 2025 | By: | /s/ Joseph R. Saveri |
| | | Joseph R. Saveri |

Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Holden Benon (State Bar No. 325847)
Aaron Cera (State Bar No. 351163)
Margaux Poueymirou (State Bar No. 35600)
Melissa Tribble (State Bar No. 339098)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, CA 94108
Telephone:     (415) 500-6800
Facsimile:      (415) 395-9940
Email:            jsaveri@saverilawfirm.com
                      czirpoli@saverilawfirm.com
                      cyoung@saverilawfirm.com
                      hbenon@saverilawfirm.com
                      acera@saverilawfirm.com
                      mpoueymirou@saverilawfirm.com
                      mtribble@saverilawfirm.com

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone:     (323) 968-2632
Facsimile:      (415) 395-9940
Email:            mb@buttericklaw.com

Bryan L. Clobes (pro hac vice)
**CAFFERTY CLOBES MERIWETHER
& SPRENGEL LLP**
205 N. Monroe Street
Media, PA 19063
Telephone:     215-864-2800
Email:            bclobes@caffertyclobes.com

Alexander J. Sweatman (pro hac vice anticipated)
**CAFFERTY CLOBES MERIWETHER
& SPRENGEL LLP**
135 South LaSalle Street, Suite 3210
Chicago, IL 60603
Telephone:     312-782-4880
Email:            asweatman@caffertyclobes.com

|    |                                                                 |
|----|-----------------------------------------------------------------|
| 1  | Daniel J. Muller (State Bar No. 193396)                         |
|    | **VENTURA HERSEY & MULLER, LLP**                                |
| 2  | 1506 Hamilton Avenue                                            |
|    | San Jose, California 95125                                      |
| 3  | Telephone: (408) 512-3022                                       |
|    | Facsimile: (408) 512-3023                                       |
| 4  | Email: dmuller@venturahersey.com                                |

Daniel J. Muller (State Bar No. 193396)
**VENTURA HERSEY & MULLER, LLP**
1506 Hamilton Avenue
San Jose, California 95125
Telephone: (408) 512-3022
Facsimile: (408) 512-3023
Email: dmuller@venturahersey.com

David Boies
**BOIES SCHILLER FLEXNER LLP**
333 Main Street
Armonk, NY 10504
Telephone: (914) 749-8201
Fax: (914) 749-8300
Email: dboies@bsfllp.com

Evan Matthew Ezray
**BOIES SCHILLER FLEXNER LLP**
401 E. Las Olas Blvd., Suite 1200
Ft. Lauderdale, FL 33301
Telephone: (954) 377-4237
Email: eezray@bsfllp.com

Jesse Michael Panuccio
**BOIES SCHILLER FLEXNER LLP**
1401 New York Ave. NW
Washington, DC 20005
Telephone: (202) 237-2727
Email: jpanuccio@bsfllp.com

Maxwell V. Pritt
Joshua Michelangelo Stein
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293-6813
Telephone: (415) 293-6800
Email: jstein@bsfllp.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*