UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

PAUL TREMBLAY, et al.,

   Plaintiffs,

  v.

OPENAI, INC., et al.,

   Defendants.

Case No.  23-cv-03223-AMO   (RMI)

**ORDER RE: AMINISTRATIVE MOTIONS TO SEAL ANOTHER PARTY'S MATERIAL**

Re: Dkt. Nos. 258, 262, 272, 278, 329

Now pending before the court are a number of Administrative Motions to Consider Whether Another Party's Material Should be Sealed (dkts. 258, 262, 272, 278, 329). In light of the fact that the other Party has responded (*see* dkts. 283, 299, 303, 339) to the effect that it does not seek a sealing order as to the material in question, the motions are **DENIED**.

  **IT IS SO ORDERED.**

Dated: March 1, 2025

                _____
                ROBERT M. ILLMAN
                United States Magistrate Judge