| | |
|---|---|
| JOSEPH C. GRATZ (CA SBN 240676)<br>JGratz@mofo.com<br>TIFFANY CHEUNG (CA SBN 211497)<br>TCheung@mofo.com<br>JOYCE C. LI (CA SBN 323820)<br>JoyceLi@mofo.com<br>MELODY E. WONG (SBN 341494)<br>MelodyWong@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street,<br>San Francisco, California 94105-2482<br>Telephone:    (415) 268-7000<br>Facsimile:     (415) 268-7522<br><br>ROSE S. LEE (CA SBN 294658)<br>RoseLee@mofo.com<br>ALEXANDRA M. WARD (CA SBN 318042)<br>AlexandraWard@mofo.com<br>MORRISON & FOERSTER LLP<br>707 Wilshire Boulevard<br>Los Angeles, California 90017-3543<br>Telephone:    (213) 892-5200<br>Facsimile:     (213) 892-5454<br>[CAPTION CONTINUED ON NEXT PAGE]<br><br>Attorneys for Defendants<br>OPENAI, INC., OPENAI, L.P., OPENAI<br>OPCO, L.L.C., OPENAI GP, L.L.C., OPENAI<br>STARTUP FUND GP I, L.L.C., OPENAI<br>STARTUP FUND I, L.P., AND OPENAI<br>STARTUP FUND MANAGEMENT, LLC | ANDREW M. GASS (SBN 259694)<br>Andrew.Gass@lw.com<br>JOSEPH R. WETZEL (SBN 238008)<br>Joseph.Wetzel@lw.com<br>LATHAM & WATKINS LLP<br>505 Montgomery Street, Suite 2000<br>San Francisco, California 94111<br>Telephone:    (415) 391-0600<br><br>ROBERT A. VAN NEST (SBN 84065)<br>rvannest@keker.com<br>R. JAMES SLAUGHTER (SBN 192813)<br>rslaughter@keker.com<br>PAVEN MALHOTRA (SBN 258429)<br>pmalhotra@keker.com<br>MICHELLE YBARRA (SBN 260697)<br>mybarra@keker.com<br>NICHOLAS S. GOLDBERG (SBN 273614)<br>ngoldberg@keker.com<br>THOMAS E. GORMAN (SBN 279409)<br>tgorman@keker.com<br>KATIE LYNN JOYCE (SBN 308263)<br>kjoyce@keker.com<br>CHRISTOPHER SUN (SBN 308945)<br>csun@keker.com<br>KEKER, VAN NEST & PETERS LLP<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:    (415) 391-5400<br>Facsimile:     (415) 391-7188 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPENAI CHATGPT LITIGATION<br><br>This document relates to:<br><br>All Actions | Master File No. 3:23-cv-03223-AMO<br><br>**DEFENDANTS' RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED [ECF NO. 349]** |

1  JOHN R. LANHAM (CA SBN 289382)
   JLanham@mofo.com
2  SARAH J. VANDERVALK (CA SBN 332651)
   SVandervalk@mofo.com
3  MORRISON & FOERSTER LLP
   12531 High Bluff Drive, Suite 100
4  San Diego, CA 92130
   Telephone:    (858) 720-5100
5  Facsimile:    (858) 523-2803

6  CAROLYN M. HOMER (CA SBN 286441)
   CMHomer@mofo.com
7  MORRISON & FOERSTER LLP
   2100 L Street, NW, Suite 900
8  Washington, D.C. 20037
   Telephone:    (202) 887-1500
9  Facsimile:    (202) 887-0763

   MAX I. LEVY (CA SBN 346289)
10 MLevy@mofo.com
   MORRISON & FOERSTER LLP
11 755 Page Mill Road
   Palo Alto, CA 94304-1018
12 Telephone:    (650) 813-5600
   Facsimile:    (650) 494-0792
13
   ERIC K. NIKOLAIDES (*pro hac vice*)
14 ENikolaides@mofo.com
   ZACHARY S. NEWMAN (*pro hac vice*)
15 ZNewman@mofo.com
   MORRISON & FOERSTER LLP
16 250 West 55th Street
   New York, NY 10019-9601
17 Telephone:    (212) 468-8000
   Facsimile:    (212) 468-7900
18
   SARANG VIJAY DAMLE (*pro hac vice*)
19 Sy.Damle@lw.com
   MICHAEL A. DAVID (*pro hac vice*)
20 Michael.David@lw.com
   ELANA NIGHTINGALE DAWSON (*pro hac vice*)
21 Elana.Nightingaledawson@lw.com
   LATHAM & WATKINS LLP
22 555 Eleventh Street, NW, Suite 1000
   Washington, D.C. 20004
23 Telephone:    (202) 637-2200

24 ALLISON L. STILLMAN (*pro hac vice*)
   Alli.Stillman@lw.com
25 RACHEL R. BLITZER (*pro hac vice*)
   Rachel.blitzer@lw.com
26 HERMAN H. YUE (*pro hac vice*)
   Herman.yue@lw.com
27 LATHAM & WATKINS LLP
   1271 Avenue of the Americas
28 New York, NY 10020
   Telephone:    (212) 751-4864

DEFENDANTS' RESP. TO ECF NO. 349
MASTER FILE NO. 3:23-CV-03223-AMO

1  OpenAI Defendants do not intend to move to seal the unredacted version of Plaintiffs'
2  Reply to Non-Party Dario Amodei's Opposition to In re OpenAI and Authors Guild Plaintiffs'
3  Motion to Compel Deposition, ECF No. 350, which is the subject of Plaintiffs' Administrative
4  Motion to Consider Whether Another Party's Material Should Be Sealed, ECF No. 349.

| | | |
|---|---|---|
| 1 | Dated: March 3, 2025 | MORRISON & FOERSTER LLP |
| 2 | | |
| 3 | | By:   */s/ John R. Lanham*<br>      John R. Lanham |

JOSEPH C. GRATZ
JGratz@mofo.com
TIFFANY CHEUNG
TCheung@mofo.com
JOYCE C. LI
JoyceLi@mofo.com
MELODY E. WONG
MelodyWong@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

ROSE S. LEE
RoseLee@mofo.com
ALEXANDRA M. WARD
AlexandraWard@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California 90017-3543
Telephone:  (213) 892-5200
Facsimile:  (213) 892-5454

JOHN R. LANHAM
JLanham@mofo.com
SARAH J. VANDERVALK
SVandervalk@mofo.com
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 100
San Diego, CA 92130
Telephone:  (858) 720-5100
Facsimile:  (858) 523-2803

CAROLYN M. HOMER
CMHomer@mofo.com
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, D.C. 20037
Telephone:  (202) 887-1500
Facsimile:  (202) 887-0763

*Attorneys for Defendants*
OPENAI, INC., OPENAI, L.P., OPENAI OPCO, L.L.C., OPENAI GP, L.L.C., OPENAI STARTUP FUND GP I, L.L.C., OPENAI STARTUP FUND I, L.P., AND OPENAI STARTUP FUND MANAGEMENT, LLC

| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| 2 | |
| 3 | By:   /s/ *Elana Nightingale Dawson*<br>Elana Nightingale Dawson |
| 4 | ANDREW M. GASS<br>Andrew.Gass@lw.com |
| 5 | JOSEPH R. WETZEL<br>Joe.Wetzel@lw.com |
| 6 | LATHAM & WATKINS LLP<br>505 Montgomery Street, Suite 2000 |
| 7 | San Francisco, California  94111<br>Telephone:     (415) 391-0600 |
| 8 | |
| 9 | SARANG VIJAY DAMLE (*pro hac vice*)<br>Sy.Damle@lw.com |
| 10 | ELANA NIGHTINGALE DAWSON (*pro hac vice*) |
| 11 | Elana.Nightingaledawson@lw.com<br>LATHAM & WATKINS LLP |
| 12 | 555 Eleventh Street, NW, Suite 1000<br>Washington, D.C. 20004 |
| 13 | Telephone:    (202) 637-2200 |
| 14 | ALLISON L. STILLMAN (*pro hac vice*)<br>Alli.Stillman@lw.com |
| 15 | RACHEL R. BLITZER<br>Rachel.blitzer@lw.com (*pro hac vice*) |
| 16 | LATHAM & WATKINS LLP<br>1271 Avenue of the Americas |
| 17 | New York, NY 10020<br>Telephone:    (212) 751-4864 |
| 18 | *Attorneys for Defendants* |
| 19 | OPENAI, INC., OPENAI, L.P., OPENAI OPCO, L.L.C., OPENAI GP, L.L.C., OPENAI |
| 20 | STARTUP FUND GP I, L.L.C., OPENAI STARTUP FUND I, L.P., AND OPENAI |
| 21 | STARTUP FUND MANAGEMENT, LLC |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | KEKER, VAN NEST & PETERS LLP |
| 2 | |
| 3 | By: /s/ Christopher Sun<br>Christopher Sun |
| 4 | ROBERT A. VAN NEST<br>rvannest@keker.com |
| 5 | R. JAMES SLAUGHTER<br>rslaughter@keker.com |
| 6 | PAVEN MALHOTRA<br>pmalhotra@keker.com |
| 7 | MICHELLE YBARRA<br>mybarra@keker.com |
| 8 | NICHOLAS S. GOLDBERG<br>ngoldberg@keker.com |
| 9 | THOMAS E. GORMAN<br>tgorman@keker.com |
| 10 | KATIE LYNN JOYCE<br>kjoyce@keker.com |
| 11 | CHRISTOPHER SUN<br>csun@keker.com |
| 12 | KEKER, VAN NEST & PETERS LLP<br>633 Battery Street |
| 13 | San Francisco, CA 94111-1809<br>Telephone:   (415) 391-5400 |
| 14 | Facsimile:    (415) 391-7188 |
| 15 | *Attorneys for Defendants* |
| 16 | OPENAI, INC., OPENAI, L.P., OPENAI OPCO, L.L.C., OPENAI GP, L.L.C., OPENAI |
| 17 | STARTUP FUND GP I, L.L.C., OPENAI STARTUP FUND I, L.P., AND OPENAI |
| 18 | STARTUP FUND MANAGEMENT, LLC |

DEFENDANTS' RESP. TO ECF NO. 349
MASTER FILE NO. 3:23-CV-03223-AMO