DOUGLAS A. WINTHROP (No. 183532)
Douglas.Winthrop@arnoldporter.com
JOSEPH FARRIS (No. 263405)
Joseph.Farris@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Telephone:    (415) 471-3100
Facsimile:     (415) 471-3400

RYAN M. NISHIMOTO (No. 235208)
Ryan.Nishimoto@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Telephone:    (213) 243-4000
Facsimile:     (213) 243-4199

ASSAD H. RAJANI (No. 251143)
Assad.Rajani@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
3000 El Camino Real,
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306
Telephone:    (650) 319-4500
Facsimile:     (650) 319-4700

*Attorneys for Non-Party Dario Amodei*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE OPENAI CHATGPT LITIGATION<br><br>IN RE MOTION TO COMPEL COMPLIANCE WITH NON-PARTY SUBPOENAS<br><br>In the Matter of<br><br>AUTHORS GUILD, *et al.*, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br>v.<br>OPENAI INC., *et al.*,<br><br>Defendants. | Case No. 3:23-cv-03223-AMO<br><br>**NON-PARTY DARIO AMODEI'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Misc. Case No. 3:25-mc-80017-AMO<br><br>Underlying Litigation: *Authors Guild, et al. v. OpenAI, et al.*, 1:23-cv-0822-SHS (S.D.N.Y) |

1   Pursuant to Judge Illman's Standing Order, and Civil Local Rules 7-11 and 79-5(f), non-party Dario Amodei brings this Administrative Motion to Consider Whether Another Party's Material Should be Sealed in connection with Non-Party Dario Amodei's Notice of Administrative Motion And Administrative Motion Requesting Leave To File [Proposed] Sur-Reply In Further Opposition To Motion To Compel, filed in two related actions, *In re OpenAI ChatGPT Litigation*, Case No. 3:23-cv-03223-AMO ("*In re OpenAI*") and *Authors Guild, et al. v. OpenAI Inc., et al.*, Misc. Case No. 3:35-mc-80017-AMO ("*Authors Guild*"). The underlying action in the *Authors Guild* matter is *Authors Guild, et al. v. OpenAI Inc., et al.*, Case No. 1:23-cv-0822-SHS (S.D.N.Y), pending in the southern District of New York ("*Authors Guild – NY*").

For documents designated as protected material by another party or non-party (the "Designating Party"), Civil Local Rule 79-5(f) requires that a filing party "identify each document or portions thereof for which sealing is sought." Civil L.R. 79-5(f)(1). "Within 7 days of the motion's filing, the Designating Party must file a statement and/or declaration as described in subsection (c)(1)." Civil L.R. 79-5(f)(3). Pursuant to these rules, Mr. Amodei identifies portions of the documents listed below, and filed concurrently herewith, that may contain information OpenAI designated Confidential or Highly Confidential Attorneys' Eyes Only under the terms of the Stipulated Protective Orders filed in the *In re OpenAI* and *Authors Guild – NY* actions ("POs"). (*In re OpenAI*, ECF No. 106; *Authors Guild – NY*, ECF No. 148). Mr. Amodei takes no position as to the confidentiality of the information that OpenAI requested be filed under seal pursuant to the POs.

| Document | Portions to be Sealed | Party Designating | Reason |
|---|---|---|---|
| Exhibit A[1]: [Proposed] Sur-Reply in Further Opposition to Motion to Compel | Highlighted Portions | Defendant OpenAI | Contains or references documents designated Confidential or Highly Confidential Attorneys' Eyes Only under the terms of the Stipulated Protective Orders |
| Exhibit 1[2]: Excerpts from March 3, 2025 Rough Deposition Transcript of Benjamin J. Mann | Entire Document | Defendant OpenAI | Contains or references documents designated Confidential or Highly Confidential Attorneys' Eyes Only under the terms of the Stipulated Protective Orders |

Dated: March 3, 2025        By:  /s/ Assad H. Rajani
                                 ASSAD H. RAJANI

**ARNOLD & PORTER KAYE SCHOLER LLP**

*Attorneys for Non-Party Dario Amodei*

---

[1] Exhibit A is attached to Non-Party Dario Amodei's Administrative Motion Requesting Leave to File a [Proposed] Sur-Reply in Further Opposition to Plaintiffs' Motion to Compel.

[2] Exhibit 1 is attached to the Declaration of Assad H. Rajani in Support of Non-Party Dario Amodei's [Proposed] Sur-Reply In Further Opposition to Motion to Compel.

2
NON-PARTY DARIO AMODEI'S ADMIN. MTN. TO CONSIDER
Case No. 3:23-cv-03223-AMO; 3:25-MC-80017-AMO