DOUGLAS A. WINTHROP (No. 183532)
Douglas.Winthrop@arnoldporter.com
JOSEPH FARRIS (No. 263405)
Joseph.Farris@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Telephone:   (415) 471-3100
Facsimile:   (415) 471-3400

RYAN M. NISHIMOTO (No. 235208)
Ryan.Nishimoto@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Telephone:   (213) 243-4000
Facsimile:   (213) 243-4199

ASSAD H. RAJANI (No. 251143)
Assad.Rajani@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
3000 El Camino Real,
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306
Telephone:   (650) 319-4500
Facsimile:   (650) 319-4700

*Attorneys for Non-Party Dario Amodei*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPENAI CHATGPT LITIGATION<br><br>IN RE MOTION TO COMPEL COMPLIANCE WITH NON-PARTY SUBPOENAS<br><br>In the Matter of<br><br>AUTHORS GUILD, *et al.*, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br>v.<br>OPENAI INC., *et al.*,<br><br>Defendants. | Case No. 3:23-cv-03223-AMO<br><br>**NON-PARTY DARIO AMODEI'S NOTICE OF ADMINISTRATIVE MOTION AND ADMINISTRATIVE MOTION REQUESTING LEAVE TO FILE [PROPOSED] SUR-REPLY IN FURTHER OPPOSITION TO MOTION TO COMPEL**<br><br>Misc. Case No. 3:25-mc-80017-AMO<br><br>Underlying Litigation: *Authors Guild, et al. v. OpenAI, et al.*, 1:23-cv-0822-SHS (S.D.N.Y) |

Pursuant to Local Rule 7-3(d) and in response to Plaintiffs' reply briefs in support of Plaintiffs' Motions to Compel the Deposition of Dario Amodei,[1] non-party Dario Amodei respectfully submits the following Administrative Motion Requesting Leave to File a [Proposed] Sur-Reply in Further Opposition to Plaintiffs' Motion to Compel (the "[Proposed] Sur-Reply").

The [Proposed] Sur-Reply is attached hereto as **Exhibit A**. The proposed sur-reply is supported by the Declaration of Assad H. Rajani, attached hereto as **Exhibit B**, and a copy of a rough deposition transcript of Benjamin J. Mann, attached to said Declaration as **Exhibit 1**.

On February 14, 2025, Mr. Amodei filed his Opposition to Plaintiffs' Motions to Compel the Deposition of Dario Amodei. (*In re OpenAI*, ECF No. 330; *Authors Guild*, ECF No. 13). On February 24, 2025, Plaintiffs filed their Replies in Support of the Motion to Compel. (*In re OpenAI*, ECF No. 350; *Authors Guild*, ECF No. 17). Since then, there has been one material factual development relevant to the motion to compel deposition testimony. On March 3, 2025, Benjamin J. Mann, another non-party witness, was deposed in the *In re OpenAI* and *Authors Guild* cases. As explained in the sur-reply, Mr. Mann's testimony covers in detail the subject matter for which Plaintiffs were seeking testimony from Mr. Amodei. Further, the substance of Mr. Mann's testimony establishes that a deposition of Mr. Amodei would be unnecessarily cumulative and of limited value.

Accordingly, Mr. Amodei respectfully requests this Court grant leave to file a brief Sur-Reply in further support of Non-Party Dario Amodei's Opposition to Plaintiffs' Motion to Compel.

Dated: March 3, 2025             By:  /s/ Assad H. Rajani
                                      ASSAD H. RAJANI

                                 **ARNOLD & PORTER KAYE SCHOLER LLP**

                                 *Attorneys for Non-Party Dario Amodei*

---

[1] The Plaintiffs refer to two related actions, *In re OpenAI ChatGPT Litigation*, Case No. 3:23-cv-03223-AMO ("*In re OpenAI*") and *Authors Guild, et al. v. OpenAI Inc., et al.*, Misc. Case No. 3:35-mc-80017-AMO ("*Authors Guild*").

1

NON-PARTY DARIO AMODEI'S NOTICE OF ADMIN. MTN. AND ADMIN. MTN. REQUESTING LEAVE TO FILE [PROPOSED] SUR-REPLY
Case No. 3:23-cv-03223-AMO; 3:25-MC-80017-AMO