# Exhibit B

DOUGLAS A. WINTHROP (No. 183532)
Douglas.Winthrop@arnoldporter.com
JOSEPH FARRIS (No. 263405)
Joseph.Farris@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Telephone:    (415) 471-3100
Facsimile:    (415) 471-3400

ASSAD H. RAJANI (No. 251143)
Assad.Rajani@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
3000 El Camino Real, Five Palo Alto Square, Suite 500
Palo Alto, CA 94306
Telephone:    (650) 319-4500
Facsimile:    (650) 319-4700

RYAN M. NISHIMOTO (No. 235208)
Ryan.Nishimoto@arnoldporter.com
**ARNOLD & PORTER KAYE
SCHOLER LLP**
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Telephone:    (213) 243-4000
Facsimile:    (213) 243-4199

*Attorneys for Non-Party Dario Amodei*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE OPENAI CHATGPT LITIGATION | Case No. 3:23-cv-03223-AMO |
| IN RE MOTION TO COMPEL COMPLIANCE WITH NON-PARTY SUBPOENAS | **DECLARATION OF ASSAD H. RAJANI IN SUPPORT OF NON-PARTY DARIO AMODEI'S [PROPOSED] SUR-REPLY IN FURTHER OPPOSITION TO MOTION TO COMPEL** |
| In the matter of | |
| AUTHORS GUILD, *et al*., individually and on behalf of others similarly situated, | |
| Plaintiffs, | Misc. Case No. 3:25-mc-80017-AMO |
| v. | Underlying Litigation: *Authors Guild, et al. v. OpenAI, et al.*, 1:23-cv-0822-SHS (S.D.N.Y) |
| OPENAI INC., *et al.*, | |
| Defendants. | |

1    I, Assad H. Rajani, declare:

2    1.    I am an attorney at Arnold & Porter Kaye Scholer LLP. I represent non-party Dario

3    Amodei in the above-captioned matters. I submit this declaration in support of Mr. Amodei's

4    Administrative Motion Requesting Leave to File a [Proposed] Sur-Reply in Further Opposition to

5    Plaintiffs' Motion to Compel. The information set herein is true to the best of my knowledge,

6    information, and belief, and if called upon to testify, I could and would testify to the following.

7    2.    Attached to this declaration as **Exhibit 1** is a true and correct copy of the rough

8    transcript from the March 3, 2025 deposition of Benjamin J. Mann, which is filed under seal.

9    I declare under penalty of perjury under the laws of the United States of America that the

10    foregoing is true and correct.

11

12    Dated: March 3, 2025                         Respectfully submitted,

13                                                /s/ *Assad H. Rajani*

14                                                ASSAD H. RAJANI

15                                                **ARNOLD & PORTER KAYE SCHOLER LLP**

16                                                *Attorney for Non-Party Dario Amodei*

17

18

19

20

21

22

23

24

25

26

27

28

DECL. OF RAJANI IN SUPPORT OF NON-PARTY DARIO AMODEI'S
[PROPOSED] SUR-REPLY IN FURTHER OPPOSITION TO MOTION TO COMPEL
Case No. 3:23-cv-03223-AMO; 3:25-MC-80017-AMO