**BOIES SCHILLER FLEXNER LLP**
David Boies (*pro hac vice*)
333 Main Street
Armonk, NY 10504
(914) 749-8200
dboies@bsfllp.com

Maxwell V. Pritt (SBN 253155)
Joshua M. Stein (SBN 298856)
Reed Forbush (SBN 347964)
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
(415) 293-6800
mpritt@bsfllp.com
jstein@bsfllp.com
rforbush@bsfllp.com

Jesse Panuccio (*pro hac vice*)
1401 New York Ave, NW
Washington, DC 20005
(202) 237-2727
jpanuccio@bsfllp.com

Evan Matthew Ezray *(pro hac vice)*
401 E. Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
eezray@bsfllp.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE OPENAI CHATGPT LITIGATION<br><br>This document relates to:<br><br>Case No. 3:23-cv-03223-AMO<br>Case No. 4:23-cv-03416-AMO<br>Case No. 4:23-cv-04625-AMO | Case No. 3:23-cv-03223-AMO<br><br>**DECLARATION OF JOSHUA M. STEIN IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED CONSOLIDATED COMPLAINT** |

I, Joshua M. Stein, declare as follows:

1. I am an attorney duly licensed to practice in the State of California. I am a partner in the San Francisco, California office of Boies Schiller Flexner, LLP ("BSF"), counsel for Plaintiffs in the above-captioned action. I have personal knowledge of the matters stated herein and, if called upon, I can competently testify thereto. I make this declaration pursuant to 28 U.S.C. § 1746 and Local Rule 6-3 in support of Plaintiffs' Motion for Leave to File Second Amended Consolidated Complaint.

2. Attached as **Exhibit A** is a true and correct copy of a document produced by OpenAI with a Bates number of OPCO_NDCAL_1725737.

3. Attached as **Exhibit B** is a true and correct excerpt of a document produced by OpenAI with a Bates number of OPCO_NDCAL_1540718. This document was natively produced as an Excel spreadsheet. **Exhibit B** is a PDF reflecting the contents of Rows 1 and 55 of that spreadsheet.

4. Attached as **Exhibit C** is a true and correct copy of a document produced by OpenAI with a Bates number of OPCO_NDCAL_0067522.

5. Attached as **Exhibit D** is a true and correct copy of a document produced by OpenAI with a Bates number of OPCO_NDCAL_0001038.

6. Attached as **Exhibit E** is a true and correct copy of a document produced by OpenAI with a Bates number of OPCO_NDCAL_1489342.

7. Attached as **Exhibit F** is a true and correct copy of a document produced by OpenAI with a Bates number of OPCO_NDCAL_1526800.

8. Attached as **Exhibit G** is a true and correct copy of a document produced by OpenAI with a Bates number of OPCO_NDCAL_1622427.

9. Attached as **Exhibit H** is a true and correct copy of a document produced by OpenAI with a Bates number of OPCO_NDCAL_0872730.

10. Attached as **Exhibit I** is a true and correct copy of an excerpt of a document produced by OpenAI with a Bates number of OPCO_NDCAL_0854839. This document was natively produced as an Excel spreadsheet. **Exhibit I** is a PDF reflecting the contents of the tab of that spreadsheet entitled "All."

11. Attached as **Exhibit J** is a true and correct copy of a document produced by OpenAI with a Bates number of OPCO_NDCAL_0750434.

12. Attached as **Exhibit K** is a true and correct copy of a document produced by OpenAI with a Bates number of OPCO_NDCAL_0873783.

13. Attached as **Exhibit L** is a true and correct copy of a document produced by OpenAI with a Bates number of OPCO_NDCAL_0067593.

14. Attached as **Exhibit M** is a true and correct copy of a document produced by OpenAI with a Bates number of OPCO_NDCAL_1355540. This document was natively produced as a text file. **Exhibit M** is a PDF reflecting the contents of that text file.

15. Attached as **Exhibit N** is a true and correct copy of excerpts of the deposition transcript of Peter Welinder, dated February 21, 2025.

16. Attached as **Appendix A** is Plaintiffs' proposed Second Amended Consolidated Complaint.

17. Attached as **Appendix B** is a redline comparing Plaintiffs' proposed Second Amended Consolidated Complaint against the operative First Amended Consolidated Complaint, Dkt. No. 120.

I declare under penalty of perjury that the foregoing is true and correct. Executed on the 4th day of March, 2025 in San Francisco, California.

Dated: March 4, 2025         By:   */s/ Joshua M. Stein*
                                         Joshua M. Stein