

601 CALIFORNIA STREET
SUITE 1505
SAN FRANCISCO CA 94108

TEL 415.500.6800
FAX 415.395.9940

March 4, 2025

The Honorable Robert M. Illman
United States District Court
Northern District of California
Eureka-McKinleyville Courthouse
3140 Boeing Ave
McKinleyville, CA 95519

Re: *In re OpenAI ChatGPT Litigation*, Case No. 3:23-cv-03223-AMO: March 4, 2025 Discovery Hearing

Dear Judge Illman:

At the hearing today, I told the Court that Alec Radford had not been served a subpoena. I was incorrect. We checked our records, and I learned that he had in fact been served the subpoena on February 25, 2025. I apologize for the error.

Respectfully submitted,

*/s/ Holden Benon*

Holden Benon