1   JOSEPH C. GRATZ (CA SBN 240676)
    JGratz@mofo.com
2   TIFFANY CHEUNG (CA SBN 211497)
    TCheung@mofo.com
3   JOYCE C. LI (CA SBN 323820)
    JoyceLi@mofo.com
4   MELODY E. WONG (SBN 341494)
    MelodyWong@mofo.com
5   MORRISON & FOERSTER LLP
    425 Market Street,
6   San Francisco, California 94105-2482
    Telephone:      (415) 268-7000
7   Facsimile:      (415) 268-7522

8   ROSE S. LEE (CA SBN 294658)
    RoseLee@mofo.com
9   ALEXANDRA M. WARD (CA SBN 318042)
    AlexandraWard@mofo.com
10  MORRISON & FOERSTER LLP
    707 Wilshire Boulevard
11  Los Angeles, California 90017-3543
    Telephone:      (213) 892-5200
12  Facsimile:      (213) 892-5454
    [CAPTION CONTINUED ON NEXT PAGE]
13
    Attorneys for Defendants
14  OPENAI, INC., OPENAI, L.P., OPENAI
    OPCO, L.L.C., OPENAI GP, L.L.C., OPENAI
15  STARTUP FUND GP I, L.L.C., OPENAI
    STARTUP FUND I, L.P., AND OPENAI
16  STARTUP FUND MANAGEMENT, LLC

    ANDREW M. GASS (SBN 259694)
    Andrew.Gass@lw.com
    JOSEPH R. WETZEL (SBN 238008)
    Joseph.Wetzel@lw.com
    LATHAM & WATKINS LLP
    505 Montgomery Street, Suite 2000
    San Francisco, California 94111
    Telephone:      (415) 391-0600

    ROBERT A. VAN NEST (SBN 84065)
    rvannest@keker.com
    R. JAMES SLAUGHTER (SBN 192813)
    rslaughter@keker.com
    PAVEN MALHOTRA (SBN 258429)
    pmalhotra@keker.com
    MICHELLE YBARRA (SBN 260697)
    mybarra@keker.com
    NICHOLAS S. GOLDBERG (SBN 273614)
    ngoldberg@keker.com
    THOMAS E. GORMAN (SBN 279409)
    tgorman@keker.com
    KATIE LYNN JOYCE (SBN 308263)
    kjoyce@keker.com
    CHRISTOPHER SUN (SBN 308945)
    csun@keker.com
    KEKER, VAN NEST & PETERS LLP
    633 Battery Street
    San Francisco, CA 94111-1809
    Telephone:   (415) 391-5400
    Facsimile:   (415) 391-7188

17

18                     UNITED STATES DISTRICT COURT

19                    NORTHERN DISTRICT OF CALIFORNIA

20                       SAN FRANCISCO DIVISION

21  IN RE OPENAI CHATGPT LITIGATION          Master File No. 3:23-cv-03223-AMO

22  This document relates to:                **DECLARATION OF MICHAEL
                                             TRINH IN SUPPORT OF PLAINTIFFS'
23  All Actions                              ADMINISTRATIVE MOTION TO
                                             CONSIDER WHETHER ANOTHER
24                                           PARTY'S MATERIAL SHOULD BE
                                             SEALED RE: JOINT LETTER BRIEF
25                                           [ECF NO. 355]**

26

27

28

TRINH DECL. ISO ECF NO. 355
MASTER FILE NO.3:23-CV-03223-AMO

1  JOHN R. LANHAM (CA SBN 289382)
   JLanham@mofo.com
2  SARAH J. VANDERVALK (CA SBN 332651)
   SVandervalk@mofo.com
3  MORRISON & FOERSTER LLP
   12531 High Bluff Drive, Suite 100
4  San Diego, CA 92130
   Telephone:     (858) 720-5100
5  Facsimile:     (858) 523-2803

6  CAROLYN M. HOMER (CA SBN 286441)
   CMHomer@mofo.com
7  MORRISON & FOERSTER LLP
   2100 L Street, NW, Suite 900
8  Washington, D.C. 20037
   Telephone:     (202) 887-1500
9  Facsimile:     (202) 887-0763

10 MAX I. LEVY (CA SBN 346289)
   MLevy@mofo.com
11 MORRISON & FOERSTER LLP
   755 Page Mill Road
12 Palo Alto, CA 94304-1018
   Telephone:     (650) 813-5600
13 Facsimile:     (650) 494-0792

14 ERIC K. NIKOLAIDES (*pro hac vice*)
   ENikolaides@mofo.com
15 ZACHARY S. NEWMAN (*pro hac vice*)
   ZNewman@mofo.com
16 MORRISON & FOERSTER LLP
   250 West 55th Street
17 New York, NY 10019-9601
   Telephone:     (212) 468-8000
18 Facsimile:     (212) 468-7900

19 SARANG VIJAY DAMLE (*pro hac vice*)
   Sy.Damle@lw.com
20 MICHAEL A. DAVID (*pro hac vice*)
   Michael.David@lw.com
21 ELANA NIGHTINGALE DAWSON (*pro hac vice*)
   Elana.Nightingaledawson@lw.com
22 LATHAM & WATKINS LLP
   555 Eleventh Street, NW, Suite 1000
23 Washington, D.C. 20004
   Telephone:     (202) 637-2200

24 ALLISON L. STILLMAN (*pro hac vice*)
   Alli.Stillman@lw.com
25 RACHEL R. BLITZER (*pro hac vice*)
   Rachel.blitzer@lw.com
26 HERMAN H. YUE (*pro hac vice*)
   Herman.yue@lw.com
27 LATHAM & WATKINS LLP
   1271 Avenue of the Americas
28 New York, NY 10020
   Telephone:     (212) 751-4864

TRINH DECL. ISO ECF NO. 355
MASTER FILE NO.3:23-CV-03223-AMO

1    I, Michael Trinh, hereby declare as follows:

2    1.    I am Associate General Counsel at OpenAI.  I submit this declaration in support of

3    Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be

4    Sealed Re: Joint Letter Brief, ECF No. 355, pursuant to N.D. Cal. L.R. 79-5(f)(3).  I have

5    personal knowledge of the facts set forth below and, if called as a witness, could testify

6    competently thereto.

7    2.    I have been informed that because the parties' Joint Letter Brief, ECF No. 356,

8    relates to a non-dispositive matter, the information requested to be filed under seal is not subject

9    to a strong presumption of public access, and only a showing of "good cause" is needed to justify

10    sealing the material.  *See Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1180 (9th Cir.

11    2006); *Real Action Paintball, Inc. v. Advanced Tactical Ordinance Sys.*, LLC, 2015 WL 1534049,

12    at *2 (N.D. Cal. Apr. 2, 2015) (quoting *Pintos v. Pac. Creditors Ass'n*, 605 F.3d 665, 678 (9th

13    Cir. 2010)).

14    3.    I have been informed and understand that the OpenAI confidential material

15    highlighted in the Joint Letter Brief has been designated by OpenAI as "CONFIDENTIAL" or

16    "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" pursuant to the protective order.  I

17    submit this declaration in support of sealing that highlighted information.

18    4.    Based on my review, the highlighted portions of the Joint Letter Brief should

19    remain redacted because they contain confidential business and technical information including

20    direct quotes from discussions with current business partners about their projects and

21    collaborations, data and information exchanged, organization and roles within teams, strategic

22    decisions, notes on improvements to models, and/or the nature of the parties' agreement.  OpenAI

23    treats these discussions as confidential or highly confidential and generally does not publicly

24    disclose this variety of information concerning its business relationships.  Moreover, OpenAI and

25    its partners have express agreements with confidentiality provisions that prevent public disclosure

26    of confidential facts about the companies' business relationships.  Public disclosure of this

27    information would cause competitive harm to OpenAI, given the highly competitive nature of the

28    artificial intelligence industry with global stakeholders and could cause violation of OpenAI's

1    confidentiality agreements.

2        5.    OpenAI's request is narrowly tailored, as OpenAI is not seeking to seal any other

3    portions of the Joint Letter Brief.

4        I declare under penalty of perjury under the laws of the United States of America that the

5    foregoing is true and correct.

6        Executed on this 5th day of March, 2025, in Redwood City, California.

7

8                                             */s/ Michael Trinh*
                                             Michael Trinh
9                                             Associate General Counsel
10                                            OpenAI

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

TRINH DECL. ISO ECF NO. 355
MASTER FILE NO.3:23-CV-03223-AMO

1

**ECF ATTESTATION**

2          I, John Lanham, am the ECF User whose ID and password are being used to file this

3    document.  In accordance with Civil L.R. 5-1(i)(3), concurrence in and authorization of the filing

4    of this document has been obtained from Michael Trinh, declarant.

5

6    Dated: March 5, 2025                          MORRISON & FOERSTER LLP

7

8                                                  By:    */s/ John R. Lanham*
                                                          John R. Lanham

9

10                                                 *Attorney for Defendants*
                                                   OPENAI, INC., OPENAI, L.P., OPENAI
11                                                 OPCO, L.L.C., OPENAI GP, L.L.C., OPENAI
                                                   STARTUP FUND GP I, L.L.C., OPENAI
12                                                 STARTUP FUND I, L.P., AND OPENAI
                                                   STARTUP FUND MANAGEMENT, LLC

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

TRINH DECL. ISO ECF NO. 355                        1
MASTER FILE NO.3:23-CV-03223-AMO