

March 5, 2025

**VIA ECF**

The Honorable Robert M. Illman
United States District Court
Northern District of California
Eureka-McKinleyville Courthouse
3140 Boeing Ave.
McKinleyville, CA 95519

Re:   *In re OpenAI ChatGPT Litigation*, Case No. 3:23-cv-03223-AMO: Dkts. 269/334 & 325

Dear Judge Illman:

    Plaintiffs respectfully submit this letter to note that the Joint Stipulation regarding the 'cc-en-colang-v2-20220131-metadata' dataset (Dkt. 325) and the motion to compel Microsoft's production of documents (Dkt. 269) remain pending. *See* Dkt. 334 (Joint Status Report regarding the same).

    Thank you.

    Respectfully submitted,

*/s/ Joshua M. Stein*
Joshua M. Stein
Boies Schiller Flexner LLP

cc: All Counsel of Record (via ECF)