| | |
|---|---|
| ROBERT A. VAN NEST (CA SBN 84065) | JOSEPH C. GRATZ (CA SBN 240676) |
| rvannest@keker.com | JGratz@mofo.com |
| R. JAMES SLAUGHTER (CA SBN 192813) | TIFFANY CHEUNG (CA SBN 211497) |
| rslaughter@keker.com | TCheung@mofo.com |
| PAVEN MALHOTRA (CA SBN 258429) | VERA RANIERI (CA SBN 271594) |
| pmalhotra@keker.com | VRanieri@mofo.com |
| MICHELLE S. YBARRA (CA SBN 260697) | JOYCE C. LI (CA SBN 323820) |
| mybarra@keker.com | JoyceLi@mofo.com |
| NICHOLAS S. GOLDBERG (CA SBN 273614) | MELODY E. WONG (SBN 341494) |
| ngoldberg@keker.com | MelodyWong@mofo.com |
| THOMAS E. GORMAN (CA SBN 279409) | MORRISON & FOERSTER LLP |
| tgorman@keker.com | 425 Market Street, |
| KATIE LYNN JOYCE (CA SBN 308263) | San Francisco, California 94105-2482 |
| kjoyce@keker.com | Telephone:   (415) 268-7000 |
| CHRISTOPHER S. SUN (CA SBN 308945) | |
| CSun@keker.com | ROSE S. LEE (CA SBN 294658) |
| KEKER, VAN NEST & PETERS LLP | RoseLee@mofo.com |
| 633 Battery Street | ALEXANDRA M. WARD (CA SBN 318042) |
| San Francisco, CA 94111-1809 | AlexandraWard@mofo.com |
| Telephone:   (415) 391-5400 | MORRISON & FOERSTER LLP |
| | 707 Wilshire Boulevard |
| ANDREW M. GASS (SBN 259694) | Los Angeles, California 90017-3543 |
| Andrew.Gass@lw.com | Telephone:   (213) 892-5200 |
| JOSEPH R. WETZEL (SBN 238008) | Facsimile:   (213) 892-5454 |
| Joe.Wetzel@lw.com | |
| LATHAM & WATKINS LLP | |
| 505 Montgomery Street, Suite 2000 | |
| San Francisco, California 94111 | |
| Telephone:   (415) 391-0600 | |

**[CAPTION CONTINUED ON NEXT PAGE]**

Attorneys for Defendants
OPENAI, INC., OPENAI, L.P., OPENAI OPCO, L.L.C., OPENAI GP, L.L.C., OPENAI STARTUP FUND GP I, L.L.C., OPENAI STARTUP FUND I, L.P., AND OPENAI STARTUP FUND MANAGEMENT, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE OPENAI CHATGPT LITIGATION<br><br>This document relates to:<br><br>All Actions | Master File Case No. 3:23-CV-03223-AMO<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL THE JOINT STIPULATION<br><br>Judge:   Hon. Robert M. Illman<br><br>Date Filed:  June 28, 2023 |

[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL
THE JOINT STIPULATION
Master File Case No. 3:23-CV-03223-AMO

2865115

| | |
|---|---|
| 1 | CAROLYN M. HOMER (CA SBN 286441) |
| | cmhomer@mofo.com |
| 2 | MORRISON & FOERSTER LLP |
| | 2100 L Street, NW |
| 3 | Suite 900 |
| | Washington, DC 2003 |
| 4 | Telephone: 202-65004597 |
| 5 | JOHN R. LANHAM (CA SBN 289382) |
| | jlanham@mofo.com |
| 6 | MORRISON & FOERSTER LLP |
| | 12531 High Bluff Dr. |
| 7 | Suite 100 |
| | San Diego, CA 921320 |
| 8 | Telephone 858-720-5100 |
| 9 | MAX I. LEVY (CA SBN 346289) |
| | MLevy@mofo.com |
| 10 | MORRISON & FORESTER LLP |
| | 755 Page Mill Road |
| 11 | Palo Alto, California 94304-1018 |
| | Telephone:    (650) 813-5600 |
| 12 | |
| | ERIC K. NIKOLAIDES (*pro hac vice*) |
| 13 | ENikolaides@mofo.com |
| | MORRISON & FORESTER LLP |
| 14 | 250 West 55th Street |
| | New York, NY 10019-9601 |
| 15 | Telephone:    (212) 468-8000 |
| 16 | SARANG VIJAY DAMLE (*pro hac vice*) |
| | Sy.Damle@lw.com |
| 17 | MICHAEL A. DAVID (*pro hac vice*) |
| | Michael.David@lw.com |
| 18 | ELANA NIGHTINGALE DAWSON (*pro hac vice*) |
| | Elana.Nightingaledawson@lw.com |
| 19 | LATHAM & WATKINS LLP |
| | 555 Eleventh Street, NW, Suite 1000 |
| 20 | Washington, D.C. 20004 |
| | Telephone:    (202) 637-2200 |
| 21 | |
| | ALLISON L. STILLMAN (*pro hac vice*) |
| 22 | Alli.Stillman@lw.com |
| | RACHEL R. BLITZER (*pro hac vice*) |
| 23 | Rachel.blitzer@lw.com |
| | HERMAN H. YUE (*pro hac vice*) |
| 24 | Herman.yue@lw.com |
| | LATHAM & WATKINS LLP |
| 25 | 1271 Avenue of the Americas |
| | New York, NY 10020 |
| 26 | Telephone:    (212) 751-4864 |
| 27 | |
| 28 | |

1

[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL
THE JOINT STIPULATION
Master File Case No. 3:23-CV-03223-AMO

2865115

Pending before the Court is Defendants' Administrative Motion to File Under Seal the Joint Stipulation.

Having considered Defendants' Administrative Motion and finding that there is good cause to justify sealing the below referenced material. **IT IS HEREBY ORDERED THAT** Defendants' Administrative Motion is **GRANTED**.

| Document | Designation | Designating Party |
|---|---|---|
| Highlighted portions of the Joint Stipulation re: Security Protocol for Production of Training Dataset | Highly Confidential – Attorneys' Eyes Only | OpenAI, Inc. |

**IT IS SO ORDERED.**

Dated: March 5, 2025         By: _____
                                  HON. ROBERT M. ILLMAN
                                  United States Magistrate Judge