DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

ROBERT A. VAN NEST (CA SBN 84065)
rvannest@keker.com
R. JAMES SLAUGHTER (CA SBN 192813)
rslaughter@keker.com
PAVEN MALHOTRA (CA SBN 258429)
pmalhotra@keker.com
MICHELLE S. YBARRA (CA SBN 260697)
mybarra@keker.com
NICHOLAS S. GOLDBERG (CA SBN 273614)
ngoldberg@keker.com
THOMAS E. GORMAN (CA SBN 279409)
tgorman@keker.com
KATIE LYNN JOYCE (CA SBN 308263)
kjoyce@keker.com
CHRISTOPHER S. SUN (CA SBN 308945)
CSun@keker.com
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

ANDREW M. GASS (SBN 259694)
Andrew.Gass@lw.com
JOSEPH R. WETZEL (SBN 238008)
Joe.Wetzel@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: (415) 391-0600

***[CAPTION CONTINUED ON NEXT PAGE]***

Attorneys for Defendants
OPENAI, INC., OPENAI, L.P., OPENAI OPCO, L.L.C., OPENAI GP, L.L.C., OPENAI STARTUP FUND GP I, L.L.C., OPENAI STARTUP FUND I, L.P., AND OPENAI STARTUP FUND MANAGEMENT, LLC

JOSEPH C. GRATZ (CA SBN 240676)
JGratz@mofo.com
TIFFANY CHEUNG (CA SBN 211497)
TCheung@mofo.com
JOYCE C. LI (CA SBN 323820)
JoyceLi@mofo.com
MELODY E. WONG (SBN 341494)
MelodyWong@mofo.com
MORRISON & FOERSTER LLP
425 Market Street,
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

ROSE S. LEE (CA SBN 294658)
RoseLee@mofo.com
ALEXANDRA M. WARD (CA SBN 318042)
AlexandraWard@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California 90017-3543
Telephone: (213) 892-5200
Facsimile: (213) 892-5454

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE OPENAI CHATGPT LITIGATION<br><br>This document relates to:<br><br>All Actions | Master File Case No. 3:23-CV-03223-AMO<br><br>**JOINT STIPULATION RE: SECURITY PROTOCOL FOR PRODUCTION OF TRAINING DATASET**<br><br>**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY** |

DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Judge: Hon. Robert M. Illman

Date Filed: June 28, 2023

JOINT STIPULATION RE: SECURITY PROTOCOL FOR PRODUCTION OF TRAINING DATASET
Master File Case No. 3:23-CV-03223-AMO

2862034

CAROLYN M. HOMER (CA SBN 286441)
cmhomer@mofo.com
MORRISON & FOERSTER LLP
2100 L Street, NW
Suite 900
Washington, DC 2003
Telephone: 202-65004597

JOHN R. LANHAM (CA SBN 289382)
jlanham@mofo.com
MORRISON & FOERSTER LLP
12531 High Bluff Dr.
Suite 100
San Diego, CA 921320
Telephone 858-720-5100

MAX I. LEVY (CA SBN 346289)
MLevy@mofo.com
MORRISON & FORESTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: (650) 813-5600
Facsimile: (650) 494-0792

ERIC K. NIKOLAIDES (*pro hac vice*)
ENikolaides@mofo.com
MORRISON & FORESTER LLP
250 West 55th Street
New York, NY 10019-9601
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

SARANG VIJAY DAMLE (*pro hac vice*)
Sy.Damle@lw.com
MICHAEL A. DAVID (*pro hac vice*)
Michael.David@lw.com
ELANA NIGHTINGALE DAWSON (*pro hac vice*)
Elana.Nightingaledawson@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2200

ALLISON L. STILLMAN (*pro hac vice*)
Alli.Stillman@lw.com
RACHEL R. BLITZER (*pro hac vice*)
Rachel.blitzer@lw.com
HERMAN H. YUE (*pro hac vice*)

Herman.yue@lw.com
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 751-4864

2

JOINT STIPULATION RE: SECURITY PROTOCOL FOR PRODUCTION OF TRAINING DATASET
Master File Case No. 3:23-CV-03223-AMO

2862034

Upon the stipulation of the parties, the following protocol will apply to the preparation, transfer, and/or use of the dataset titled `cc-en-colang-v2-20220131-metadata` ("the dataset") natively produced by Defendants OpenAI, Inc., OpenAI, L.P., OpenAI OpCo, L.L.C., OpenAI GP, L.L.C., OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., and OpenAI Startup Fund Management, LLC.

1. For purposes of this Security Protocol, "Inspecting Party" shall have the same definition as provided in the Stipulated Inspection Protocol (Dkt. No. 182 ¶ 2).

2. Nothing in this Security Protocol shall alter or change in any way the requirements of the Stipulated Protective Order or Training Data Inspection Protocol. In the event of any conflict, however, this Security Protocol shall control for the dataset.

3. OpenAI's preparation and production of the dataset shall be subject to the following provisions:

a.

c. To aid in the detection of any unauthorized access or distribution,

d.

Transmission shall not take place until after the Inspecting Party executes and returns the Acknowledgment and Certification attached as Exhibit A.

4. The Inspecting Party's storage and use of the dataset will be subject to the following provisions:

a. [redacted]

b. [redacted]

c. For clarity, and without any effect to construe or limit any of the terms herein, [redacted]

[redacted]

5. The Inspecting Party's end-user access and analysis of the dataset will be subject to the following provisions:

[redacted]

b. [redacted]

c. [redacted]

d. [redacted]

e. [redacted]

f. [redacted]

6. To avoid any doubt, access to the dataset is also governed by the Stipulated Protective Order. *See, e.g.*, Dkt. 106 at ¶ 7.3.

7. [REDACTED]

8. Other than as provided in this Protocol, the Inspecting Party will not copy, remove, or otherwise transfer the dataset [REDACTED], including, without limitation, copying, removing, or transferring the dataset onto any recordable media or recordable device. In order to facilitate the reasonably necessary use of dataset records in this litigation (*e.g.*, for use in court filings, expert reports, deposition, or trial), the Inspecting Party may presumptively export up to [REDACTED] (uncompressed) of data from the dataset. The Inspecting Party may request an increase in this presumptive limit, and Defendants shall not unreasonably withhold consent. Upon export from [REDACTED], all such exports must be presumptively labeled as HIGHLY-CONFIDENTIAL ATTORNEYS' EYES ONLY and treated accordingly under the Stipulated Protective Order (unless and until such confidentiality designation is modified). Within seven business days of any such export, the Inspecting Party shall Bates number and produce an electronic copy to Defendants.

9. Notwithstanding any provisions of this Protocol or the Stipulated Protective Order entered on February 15, 2024, the Parties reserve the right to amend this Protocol either by written agreement or Order of the Court upon showing of good cause.

10. The designation of this Protocol as Highly Confidential - Attorneys' Eyes Only shall not be construed as a concession made by or position taken by either party as to the necessity or propriety of so-designating anything else. OpenAI's agreement to this protocol shall not be construed as—and is not—a concession or admission that the same or similar Security Protocol would be appropriate for any other dataset.

**IT IS SO ORDERED.**

Dated: March 5, 2025

By: ______________________

HON. ROBERT M. ILLMAN
United States Magistrate Judge

Dated: February 13, 2025

KEKER, VAN NEST & PETERS LLP

By: */s/ Thomas E. Gorman*

ROBERT A. VAN NEST
R. JAMES SLAUGHTER
PAVEN MALHOTRA
MICHELLE S. YBARRA
NICHOLAS S. GOLDBERG
THOMAS E. GORMAN
KATIE LYNN JOYCE
CHRISTOPHER S. SUN
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, California 94111-1809
Telephone: (415) 391-5400

*Attorneys for Defendants*
OPENAI, INC., OPENAI, L.P., OPENAI OPCO, L.L.C., OPENAI GP, L.L.C., OPENAI STARTUP FUND GP I, L.L.C., OPENAI STARTUP FUND I, L.P., AND OPENAI STARTUP FUND MANAGEMENT, LLC

Dated: February 13, 2025

MORRISON & FOERSTER LLP

By: */s/ John R. Lanham*

JOSEPH C. GRATZ
TIFFANY CHEUNG
JOYCE C. LI
MELODY E. WONG
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000

ROSE S. LEE
ALEXANDRA M. WARD
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California 90017-3543
Telephone: (213) 892-5200

CAROLYN M. HOMER
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, DC 2003
Telephone: 202-65004597

JOHN R. LANHAM
MORRISON & FOERSTER LLP
12531 High Bluff Dr., Suite 100
San Diego, CA 921320
Telephone 858-720-5100

MAX I. LEVY
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: (650) 813-5600

ERIC K. NIKOLAIDES (*pro hac vice*)
MORRISON & FOERSTER LLP
250 West 55th Street
New York, NY 10019-9601
Telephone: (212) 468-8000

*Attorneys for Defendants*
OPENAI, INC., OPENAI, L.P., OPENAI OPCO, L.L.C., OPENAI GP, L.L.C., OPENAI

STARTUP FUND GP I, L.L.C., OPENAI STARTUP FUND I, L.P., AND OPENAI STARTUP FUND MANAGEMENT, LLC

Dated: February 13, 2025

LATHAM & WATKINS LLP

By: */s/ Elana Nightingale Dawson*

ANDREW M. GASS
JOSEPH R. WETZEL
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: (415) 391-0600

SARANG VIJAY DAMLE (*pro hac vice*)
MICHAEL A. DAVID (*pro hac vice*)
ELANA NIGHTINGALE DAWSON (*pro hac vice)*
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2200

ALLISON L. STILLMAN (*pro hac vice*)
RACHEL R. BLITZER (*pro hac vice*)
HERMAN H. YUE (*pro hac vice*)
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 751-4864

*Attorneys for Defendants*
OPENAI, INC., OPENAI, L.P., OPENAI OPCO, L.L.C., OPENAI GP, L.L.C., OPENAI STARTUP FUND GP I, L.L.C., OPENAI STARTUP FUND I, L.P., AND OPENAI STARTUP FUND MANAGEMENT, LLC

Dated: February 13, 2025

BOIES SCHILLER AND FLEXNER

By: */s/ Joshua Michelangelo Stein*

DAVID BOIES
BOIES SCHILLER AND FLEXNER

333 Main Street
Armonk, NY 10504
Phone: (914) 749-8201

JESSE MICHAEL PANUCCIO
BOIES SCHILLER AND FLEXNER
1401 New York Ave., NW
Washington, DC 20005
Phone: (202) 237-2727

JOSHUA MICHELANGELO STEIN
BOIES SCHILLER AND FLEXNER
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Phone: (415) 293-6813

Attorneys for Plaintiffs
PAUL TREMBLAY, DAVID HENRY HWANG, MATTHEW KLAM, RACHEL LOUISE SNYDER, LAURA LIPPMAN, JACQUELINE WOODSON, ANDREW SEAN GREER, TA-NEHISI COATES, JUNOT DIAZ, CHRISTOPHER GOLDEN, AND RICHARD KADREY

**EXHIBIT A**

ACKNOWLEDGMENT AND CERTIFICATION

I, ______________________________ [print or type full name], of _________________________________________ [print or type full address], declare under penalty of perjury that I have read in its entirety and understand the Joint Stipulation re: Security Protocol for Production of Training Dataset ("Security Protocol") that was issued by the United States District Court for the Northern District of California on __________ [date] in the case of *Tremblay v. OpenAI, Inc., et al.*, Lead Case Number: 3:23-cv-03223-AMO, and that I have verified that all relevant accounts, devices, and network settings have been configured consistent with the terms of this Security Protocol.

I agree to comply with and to be bound by all the terms of this Security Protocol, including without limitation ensuring that all relevant accounts, devices, and network settings are configured consistent with the terms of this Security Protocol, and I understand and acknowledge that failure to so comply could expose me to sanctions and punishment in the nature of contempt.

I further agree to submit to the jurisdiction of the United States District Court for the Northern District of California for the purpose of enforcing the terms of this Security Protocol, even if such enforcement proceedings occur after termination of this action.

I hereby appoint ______________________________ [print or type full name] of _______________________________________________________ [print or type full address and telephone number] as my California agent for service of process in connection with this action or any proceedings related to enforcement of this Security Protocol.

Date: __________________________________

City and State where sworn and signed: __________________________________

Printed name: _______________________________

[printed name]

Signature: ___________________________________

[signature]

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5–1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from the other signatories to this stipulation.

Dated: February 13, 2025                    By:   /s/ *Thomas E. Gorman*
                                                  THOMAS E. GORMAN