**BOIES SCHILLER FLEXNER LLP**
Margaux Poueymirou (SBN 356000)
44 Montgomery Street, 41st Floor
San Francisco, CA  94104
Tel.: (415) 293-6800
Fax: (415) 293-6899
mpoueymirou@bsfllp.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPENAI CHATGPT LITIGATION<br><br>This document relates to:<br><br>Case No. 3:23-cv-03223-AMO<br>Case No. 4:23-cv-03416-AMO<br>Case No. 4:23-cv-04625-AMO | Case No. 3:23-cv-03223-AMO<br><br>**NOTICE OF CHANGE OF ATTORNEY FIRM AFFILIATION AND CONTACT INFORMATION**<br><br>Judge: Hon. Araceli Martínez-Olguín<br>Court: Courtroom 10, 19th Floor |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that pursuant to Civil Local Rule 3-11 and 5-1(c)(3) for the Northern District of California, Margaux Poueymirou, counsel for the Individual and Representative Plaintiffs and the Proposed Class, hereby notifies the Clerk of the Court and all parties to this action that her law firm affiliation and address have changed as indicated herein.

Ms. Poueymirou's new affiliation and address is

    Margaux Poueymirou
    BOIES SCHILLER FLEXNER LLP
    44 Montgomery Street, 41st Floor
    San Francisco, CA  94104
    Tel: (415) 293-6800
    Fax: (415) 293-6899
    mpoueymirou@bsfllp.com

Ms. Poueymirou has updated her personal profile information in the ECF system.

Dated: March 11, 2025

By: */s/ Margaux Poueymirou*
    Margaux Poueymirou

**BOIES SCHILLER FLEXNER LLP**
Margaux Poueymirou (SBN 356000)
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Tel: (415) 293-6800
Fax: (415) 293-6899
mpoueymirou@bsfllp.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*