| | |
|---|---|
| JOSEPH C. GRATZ (CA SBN 240676)<br>JGratz@mofo.com<br>TIFFANY CHEUNG (CA SBN 211497)<br>TCheung@mofo.com<br>JOYCE C. LI (CA SBN 323820)<br>JoyceLi@mofo.com<br>MELODY E. WONG (SBN 341494)<br>MelodyWong@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street,<br>San Francisco, California 94105-2482<br>Telephone:    (415) 268-7000<br>Facsimile:    (415) 268-7522<br><br>ROSE S. LEE (CA SBN 294658)<br>RoseLee@mofo.com<br>ALEXANDRA M. WARD (CA SBN 318042)<br>AlexandraWard@mofo.com<br>MORRISON & FOERSTER LLP<br>707 Wilshire Boulevard<br>Los Angeles, California 90017-3543<br>Telephone:    (213) 892-5200<br>Facsimile:    (213) 892-5454<br>[CAPTION CONTINUED ON NEXT PAGE]<br><br>Attorneys for Defendants<br>OPENAI, INC., OPENAI, L.P., OPENAI<br>OPCO, L.L.C., OPENAI GP, L.L.C., OPENAI<br>STARTUP FUND GP I, L.L.C., OPENAI<br>STARTUP FUND I, L.P., AND OPENAI<br>STARTUP FUND MANAGEMENT, LLC | ANDREW M. GASS (SBN 259694)<br>Andrew.Gass@lw.com<br>JOSEPH R. WETZEL (SBN 238008)<br>Joseph.Wetzel@lw.com<br>LATHAM & WATKINS LLP<br>505 Montgomery Street, Suite 2000<br>San Francisco, California 94111<br>Telephone:    (415) 391-0600<br><br>ROBERT A. VAN NEST (SBN 84065)<br>rvannest@keker.com<br>R. JAMES SLAUGHTER (SBN 192813)<br>rslaughter@keker.com<br>PAVEN MALHOTRA (SBN 258429)<br>pmalhotra@keker.com<br>MICHELLE YBARRA (SBN 260697)<br>mybarra@keker.com<br>NICHOLAS S. GOLDBERG (SBN 273614)<br>ngoldberg@keker.com<br>THOMAS E. GORMAN (SBN 279409)<br>tgorman@keker.com<br>KATIE LYNN JOYCE (SBN 308263)<br>kjoyce@keker.com<br>CHRISTOPHER SUN (SBN 308945)<br>csun@keker.com<br>KEKER, VAN NEST & PETERS LLP<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:    (415) 391-5400<br>Facsimile:    (415) 391-7188 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPENAI CHATGPT LITIGATION<br><br>This document relates to:<br><br>All Actions | Master File No. 3:23-cv-03223-AMO<br><br>**DEFENDANTS' RESPONSE TO NON-PARTY DARIO AMODEI'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED [ECF NO. 369]** |

| | |
|---|---|
| 1 | JOHN R. LANHAM (CA SBN 289382) |
| | JLanham@mofo.com |
| 2 | SARAH J. VANDERVALK (CA SBN 332651) |
| | SVandervalk@mofo.com |
| 3 | MORRISON & FOERSTER LLP |
| | 12531 High Bluff Drive, Suite 100 |
| 4 | San Diego, CA 92130 |
| | Telephone:    (858) 720-5100 |
| 5 | Facsimile:    (858) 523-2803 |
| 6 | CAROLYN M. HOMER (CA SBN 286441) |
| | CMHomer@mofo.com |
| 7 | MORRISON & FOERSTER LLP |
| | 2100 L Street, NW, Suite 900 |
| 8 | Washington, D.C. 20037 |
| | Telephone:    (202) 887-1500 |
| 9 | Facsimile:    (202) 887-0763 |
| 10 | MAX I. LEVY (CA SBN 346289) |
| | MLevy@mofo.com |
| 11 | MORRISON & FOERSTER LLP |
| | 755 Page Mill Road |
| 12 | Palo Alto, CA 94304-1018 |
| | Telephone:    (650) 813-5600 |
| 13 | Facsimile:    (650) 494-0792 |
| 14 | ERIC K. NIKOLAIDES (*pro hac vice*) |
| | ENikolaides@mofo.com |
| 15 | ZACHARY S. NEWMAN (*pro hac vice*) |
| | ZNewman@mofo.com |
| 16 | MORRISON & FOERSTER LLP |
| | 250 West 55th Street |
| 17 | New York, NY 10019-9601 |
| | Telephone:    (212) 468-8000 |
| 18 | Facsimile:    (212) 468-7900 |
| 19 | SARANG VIJAY DAMLE (*pro hac vice*) |
| | Sy.Damle@lw.com |
| 20 | MICHAEL A. DAVID (*pro hac vice*) |
| | Michael.David@lw.com |
| 21 | ELANA NIGHTINGALE DAWSON (*pro hac vice*) |
| | Elana.Nightingaledawson@lw.com |
| 22 | LATHAM & WATKINS LLP |
| | 555 Eleventh Street, NW, Suite 1000 |
| 23 | Washington, D.C. 20004 |
| | Telephone:    (202) 637-2200 |
| 24 | ALLISON L. STILLMAN (*pro hac vice*) |
| | Alli.Stillman@lw.com |
| 25 | RACHEL R. BLITZER (*pro hac vice*) |
| | Rachel.blitzer@lw.com |
| 26 | HERMAN H. YUE (*pro hac vice*) |
| | Herman.yue@lw.com |
| 27 | LATHAM & WATKINS LLP |
| | 1271 Avenue of the Americas |
| 28 | New York, NY 10020 |
| | Telephone:    (212) 751-4864 |

DEFENDANTS' RESP. TO ECF NO. 369
MASTER FILE NO. 3:23-CV-03223-AMO

OpenAI Defendants do not intend to move to seal the unredacted version of Non-Party Dario Amodei's [Proposed] Sur-Reply in Further Opposition to Plaintiffs' Motion to Compel (Exhibit A) or the excerpts from the rough transcript of Benjamin J. Mann's March 3, 2025 deposition (Exhibit 1) which are the subject of Non-Party Dario Amodei's Administrative Motion to Consider Whether Another Party's Material Should Be Sealed, ECF No. 369.

| | |
|---|---|
| Dated: March 11, 2025 | MORRISON & FOERSTER LLP |
| | By: /s/ John R. Lanham |
| | John R. Lanham |
| | |
| | JOSEPH C. GRATZ |
| | JGratz@mofo.com |
| | TIFFANY CHEUNG |
| | TCheung@mofo.com |
| | JOYCE C. LI |
| | JoyceLi@mofo.com |
| | MELODY E. WONG |
| | MelodyWong@mofo.com |
| | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| | San Francisco, California 94105-2482 |
| | Telephone: (415) 268-7000 |
| | Facsimile: (415) 268-7522 |
| | |
| | ROSE S. LEE |
| | RoseLee@mofo.com |
| | ALEXANDRA M. WARD |
| | AlexandraWard@mofo.com |
| | MORRISON & FOERSTER LLP |
| | 707 Wilshire Boulevard |
| | Los Angeles, California 90017-3543 |
| | Telephone: (213) 892-5200 |
| | Facsimile: (213) 892-5454 |
| | |
| | JOHN R. LANHAM |
| | JLanham@mofo.com |
| | SARAH J. VANDERVALK |
| | SVandervalk@mofo.com |
| | MORRISON & FOERSTER LLP |
| | 12531 High Bluff Drive, Suite 100 |
| | San Diego, CA 92130 |
| | Telephone: (858) 720-5100 |
| | Facsimile: (858) 523-2803 |
| | |
| | CAROLYN M. HOMER |
| | CMHomer@mofo.com |
| | MORRISON & FOERSTER LLP |
| | 2100 L Street, NW, Suite 900 |
| | Washington, D.C. 20037 |
| | Telephone: (202) 887-1500 |
| | Facsimile: (202) 887-0763 |
| | |
| | *Attorneys for Defendants* |
| | OPENAI, INC., OPENAI, L.P., OPENAI OPCO, L.L.C., OPENAI GP, L.L.C., OPENAI STARTUP FUND GP I, L.L.C., OPENAI STARTUP FUND I, L.P., AND OPENAI STARTUP FUND MANAGEMENT, LLC |

LATHAM & WATKINS LLP

By:   */s/ Elana Nightingale Dawson*
      Elana Nightingale Dawson

ANDREW M. GASS
Andrew.Gass@lw.com
JOSEPH R. WETZEL
Joe.Wetzel@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone:   (415) 391-0600

SARANG VIJAY DAMLE (*pro hac vice*)
Sy.Damle@lw.com
ELANA NIGHTINGALE DAWSON (*pro hac vice*)
Elana.Nightingaledawson@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone:   (202) 637-2200

ALLISON L. STILLMAN (*pro hac vice*)
Alli.Stillman@lw.com
RACHEL R. BLITZER
Rachel.blitzer@lw.com (*pro hac vice*)
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Telephone:   (212) 751-4864

*Attorneys for Defendants*
OPENAI, INC., OPENAI, L.P., OPENAI OPCO, L.L.C., OPENAI GP, L.L.C., OPENAI STARTUP FUND GP I, L.L.C., OPENAI STARTUP FUND I, L.P., AND OPENAI STARTUP FUND MANAGEMENT, LLC

| | |
|---|---|
| 1 | KEKER, VAN NEST & PETERS LLP |
| 2 | |
| 3 | By:  /s/ Christopher Sun<br>     Christopher Sun |
| 4 | ROBERT A. VAN NEST<br>rvannest@keker.com |
| 5 | R. JAMES SLAUGHTER<br>rslaughter@keker.com |
| 6 | PAVEN MALHOTRA<br>pmalhotra@keker.com |
| 7 | MICHELLE YBARRA<br>mybarra@keker.com |
| 8 | NICHOLAS S. GOLDBERG<br>ngoldberg@keker.com |
| 9 | THOMAS E. GORMAN<br>tgorman@keker.com |
| 10 | KATIE LYNN JOYCE<br>kjoyce@keker.com |
| 11 | CHRISTOPHER SUN<br>csun@keker.com |
| 12 | KEKER, VAN NEST & PETERS LLP<br>633 Battery Street |
| 13 | San Francisco, CA 94111-1809<br>Telephone:    (415) 391-5400 |
| 14 | Facsimile:    (415) 391-7188 |
| 15 | *Attorneys for Defendants*<br>OPENAI, INC., OPENAI, L.P., OPENAI |
| 16 | OPCO, L.L.C., OPENAI GP, L.L.C., OPENAI<br>STARTUP FUND GP I, L.L.C., OPENAI |
| 17 | STARTUP FUND I, L.P., AND OPENAI<br>STARTUP FUND MANAGEMENT, LLC |

DEFENDANTS' RESP. TO ECF NO. 369
MASTER FILE NO. 3:23-CV-03223-AMO