| | |
|---|---|
| JOSEPH C. GRATZ (CA SBN 240676) | ANDREW M. GASS (SBN 259694) |
| JGratz@mofo.com | Andrew.Gass@lw.com |
| TIFFANY CHEUNG (CA SBN 211497) | JOSEPH R. WETZEL (SBN 238008) |
| TCheung@mofo.com | Joseph.Wetzel@lw.com |
| JOYCE C. LI (CA SBN 323820) | LATHAM & WATKINS LLP |
| JoyceLi@mofo.com | 505 Montgomery Street, Suite 2000 |
| MELODY E. WONG (SBN 341494) | San Francisco, California  94111 |
| MelodyWong@mofo.com | Telephone:     (415) 391-0600 |
| MORRISON & FOERSTER LLP | |
| 425 Market Street, | ROBERT A. VAN NEST (SBN 84065) |
| San Francisco, California  94105-2482 | rvannest@keker.com |
| Telephone:     (415) 268-7000 | R. JAMES SLAUGHTER (SBN 192813) |
| Facsimile:     (415) 268-7522 | rslaughter@keker.com |
| | PAVEN MALHOTRA (SBN 258429) |
| ROSE S. LEE (CA SBN 294658) | pmalhotra@keker.com |
| RoseLee@mofo.com | MICHELLE YBARRA (SBN 260697) |
| ALEXANDRA M. WARD (CA SBN 318042) | mybarra@keker.com |
| AlexandraWard@mofo.com | NICHOLAS S. GOLDBERG (SBN 273614) |
| MORRISON & FOERSTER LLP | ngoldberg@keker.com |
| 707 Wilshire Boulevard | THOMAS E. GORMAN (SBN 279409) |
| Los Angeles, California 90017-3543 | tgorman@keker.com |
| Telephone:     (213) 892-5200 | KATIE LYNN JOYCE (SBN 308263) |
| Facsimile:     (213) 892-5454 | kjoyce@keker.com |
| [CAPTION CONTINUED ON NEXT PAGE] | CHRISTOPHER SUN (SBN 308945) |
| | csun@keker.com |
| Attorneys for Defendants | KEKER, VAN NEST & PETERS LLP |
| OPENAI, INC., OPENAI, L.P., OPENAI | 633 Battery Street |
| OPCO, L.L.C., OPENAI GP, L.L.C., OPENAI | San Francisco, CA 94111-1809 |
| STARTUP FUND GP I, L.L.C., OPENAI | Telephone:     (415) 391-5400 |
| STARTUP FUND I, L.P., AND OPENAI | Facsimile:      (415) 391-7188 |
| STARTUP FUND MANAGEMENT, LLC | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPENAI CHATGPT LITIGATION<br><br>This document relates to:<br><br>All Actions | Master File No. 3:23-cv-03223-AMO<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE STATEMENT OR DECLARATION IN RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED [ECF NO. 371]** |

| | |
|---|---|
| 1 | JOHN R. LANHAM (CA SBN 289382) |
|   | JLanham@mofo.com |
| 2 | SARAH J. VANDERVALK (CA SBN 332651) |
|   | SVandervalk@mofo.com |
| 3 | MORRISON & FOERSTER LLP |
|   | 12531 High Bluff Drive, Suite 100 |
| 4 | San Diego, CA 92130 |
|   | Telephone:    (858) 720-5100 |
| 5 | Facsimile:    (858) 523-2803 |
| 6 | CAROLYN M. HOMER (CA SBN 286441) |
|   | CMHomer@mofo.com |
| 7 | MORRISON & FOERSTER LLP |
|   | 2100 L Street, NW, Suite 900 |
| 8 | Washington, D.C. 20037 |
|   | Telephone:    (202) 887-1500 |
| 9 | Facsimile:    (202) 887-0763 |
| 10 | MAX I. LEVY (CA SBN 346289) |
|    | MLevy@mofo.com |
| 11 | MORRISON & FOERSTER LLP |
|    | 755 Page Mill Road |
| 12 | Palo Alto, CA 94304-1018 |
|    | Telephone:    (650) 813-5600 |
| 13 | Facsimile:    (650) 494-0792 |
| 14 | ERIC K. NIKOLAIDES (*pro hac vice*) |
|    | ENikolaides@mofo.com |
| 15 | ZACHARY S. NEWMAN (*pro hac vice*) |
|    | ZNewman@mofo.com |
| 16 | MORRISON & FOERSTER LLP |
|    | 250 West 55th Street |
| 17 | New York, NY 10019-9601 |
|    | Telephone:    (212) 468-8000 |
| 18 | Facsimile:    (212) 468-7900 |
| 19 | SARANG VIJAY DAMLE (*pro hac vice*) |
|    | Sy.Damle@lw.com |
| 20 | MICHAEL A. DAVID (*pro hac vice*) |
|    | Michael.David@lw.com |
| 21 | ELANA NIGHTINGALE DAWSON (*pro hac vice*) |
|    | Elana.Nightingaledawson@lw.com |
| 22 | LATHAM & WATKINS LLP |
|    | 555 Eleventh Street, NW, Suite 1000 |
| 23 | Washington, D.C. 20004 |
|    | Telephone:    (202) 637-2200 |
| 24 | ALLISON L. STILLMAN (*pro hac vice*) |
|    | Alli.Stillman@lw.com |
| 25 | RACHEL R. BLITZER (*pro hac vice*) |
|    | Rachel.blitzer@lw.com |
| 26 | HERMAN H. YUE (*pro hac vice*) |
|    | Herman.yue@lw.com |
| 27 | LATHAM & WATKINS LLP |
|    | 1271 Avenue of the Americas |
| 28 | New York, NY 10020 |
|    | Telephone:    (212) 751-4864 |

STIPULATION & PROPOSED ORDER
MASTER FILE NO.3:23-CV-03223-AMO

1    WHEREAS, on March 4, 2025, Plaintiffs filed a Notice of Motion and Motion for Leave
2 to File Second Amended Consolidated Complaint ("Motion for Leave"), ECF No. 370.
3    WHEREAS, on March 4, 2025, Plaintiffs filed an Administrative Motion to Consider
4 Whether Another Party's Material Should Be Sealed in connection with its Motion for Leave
5 ("Administrative Motion"), ECF No. 371, and filed under seal 17 documents containing material
6 designated Confidential or Highly Confidential under the parties' stipulated Protective Order.
7    WHEREAS, pursuant to Civil Local Rule 79-5(f), the deadline to file a statement or
8 declaration in support of sealing is March 11, 2025.
9    WHEREAS, ECF No. 371 contains content from 17 documents designated under the
10 Protective Order that require review for potentially sealable party and non-party information.
11    WHEREAS, the parties have conferred and agreed to a two-day extension, until March
12 13, 2025, to file a statement or declaration in support of sealing the materials in Plaintiffs'
13 Administrative Motion, pursuant to Civil Local Rule 79-5(c).
14    WHEREAS, the parties have not sought a previous extension of this deadline.
15    NOW THEREFORE, THE PARTIES STIPULATE AND REQUEST that the deadline to
16 file a statement of declaration with respect to Plaintiffs' Administrative Motion, ECF No. 371, be
17 extended to March 13, 2025 pursuant to Civil Local Rule 6-2.  The case schedule otherwise
18 remains unchanged.
19    **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

21 Dated: _____         _____
22                                         The Honorable Robert M. Illman
                                          United States Magistrate Judge

STIPULATION & PROPOSED ORDER           1
MASTER FILE NO.3:23-CV-03223-AMO

| | |
|---|---|
| Dated: March 11, 2025 | By:   */s/ John R. Lanham*<br>      John R. Lanham |

JOHN R. LANHAM
JLanham@mofo.com
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 100
San Diego, CA 92130
Telephone:   (858) 720-5100
Facsimile:    (858) 523-2803

*Attorneys for Defendants*
OPENAI, INC., OPENAI, L.P., OPENAI OPCO, L.L.C., OPENAI GP, L.L.C., OPENAI STARTUP FUND GP I, L.L.C., OPENAI STARTUP FUND I, L.P., AND OPENAI STARTUP FUND MANAGEMENT, LLC

By:   */s/ Maxwell V. Pritt*
      Maxwell V. Pritt

MAXWELL V. PRITT
mpritt@bsfllp.com
BOIES SCHILLER FLEXNER LLP
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone:   (415) 293-6800

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*

**SIGNATURE ATTESTATION**

I, Sarah J. Vandervalk, attest that John R. Lanham and Maxwell V. Pritt concurs in the filing of this document.

Dated: March 11, 2025                                      */s/ Sarah J. Vandervalk*
                                                                                   Sarah J. Vandervalk