JOSEPH C. GRATZ (CA SBN 240676)
JGratz@mofo.com
TIFFANY CHEUNG (CA SBN 211497)
TCheung@mofo.com
JOYCE C. LI (CA SBN 323820)
JoyceLi@mofo.com
MELODY E. WONG (SBN 341494)
MelodyWong@mofo.com
MORRISON & FOERSTER LLP
425 Market Street,
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

ROSE S. LEE (CA SBN 294658)
RoseLee@mofo.com
ALEXANDRA M. WARD (CA SBN 318042)
AlexandraWard@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California 90017-3543
Telephone: (213) 892-5200
Facsimile: (213) 892-5454
[CAPTION CONTINUED ON NEXT PAGE]

Attorneys for Defendants
OPENAI, INC., OPENAI, L.P., OPENAI OPCO, L.L.C., OPENAI GP, L.L.C., OPENAI STARTUP FUND GP I, L.L.C., OPENAI STARTUP FUND I, L.P., AND OPENAI STARTUP FUND MANAGEMENT, LLC

ANDREW M. GASS (SBN 259694)
Andrew.Gass@lw.com
JOSEPH R. WETZEL (SBN 238008)
Joseph.Wetzel@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: (415) 391-0600

ROBERT A. VAN NEST (SBN 84065)
rvannest@keker.com
R. JAMES SLAUGHTER (SBN 192813)
rslaughter@keker.com
PAVEN MALHOTRA (SBN 258429)
pmalhotra@keker.com
MICHELLE YBARRA (SBN 260697)
mybarra@keker.com
NICHOLAS S. GOLDBERG (SBN 273614)
ngoldberg@keker.com
THOMAS E. GORMAN (SBN 279409)
tgorman@keker.com
KATIE LYNN JOYCE (SBN 308263)
kjoyce@keker.com
CHRISTOPHER SUN (SBN 308945)
csun@keker.com
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone: (415) 391-5400
Facsimile: (415) 391-7188

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

IN RE OPENAI CHATGPT LITIGATION

This document relates to:

All Actions

Master File No. 3:23-cv-03223-AMO

**DECLARATION OF SARAH J. VANDERVALK IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE STATEMENT OR DECLARATION IN RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED [ECF NO. 371]**

JOHN R. LANHAM (CA SBN 289382)
JLanham@mofo.com
SARAH J. VANDERVALK (CA SBN 332651)
SVandervalk@mofo.com
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 100
San Diego, CA 92130
Telephone: (858) 720-5100
Facsimile: (858) 523-2803

CAROLYN M. HOMER (CA SBN 286441)
CMHomer@mofo.com
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, D.C. 20037
Telephone: (202) 887-1500
Facsimile: (202) 887-0763

MAX I. LEVY (CA SBN 346289)
MLevy@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, CA 94304-1018
Telephone: (650) 813-5600
Facsimile: (650) 494-0792

ERIC K. NIKOLAIDES (*pro hac vice*)
ENikolaides@mofo.com
ZACHARY S. NEWMAN (*pro hac vice*)
ZNewman@mofo.com
MORRISON & FOERSTER LLP
250 West 55th Street
New York, NY 10019-9601
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

SARANG VIJAY DAMLE (*pro hac vice*)
Sy.Damle@lw.com
MICHAEL A. DAVID (*pro hac vice*)
Michael.David@lw.com
ELANA NIGHTINGALE DAWSON (*pro hac vice*)
Elana.Nightingaledawson@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2200

ALLISON L. STILLMAN (*pro hac vice*)
Alli.Stillman@lw.com
RACHEL R. BLITZER (*pro hac vice*)
Rachel.blitzer@lw.com
HERMAN H. YUE (*pro hac vice*)
Herman.yue@lw.com
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 751-4864

I, Sarah J. Vandervalk, declare:

1. I am a member of the bar of the State of California, a lawyer at the firm Morrison & Foerster LLP, and counsel of record for Defendants. I submit this declaration in support of the parties' Stipulation and [Proposed] Order to Extend Time to File Statement or Declaration in Response to Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed [ECF No. 371]. I have personal knowledge of the matters set forth below and, if called as a witness, I could and would testify competently thereto.

2. On March 4, 2025, Plaintiffs filed a Notice of Motion and Motion for Leave to File Second Amended Consolidated Complaint ("Motion for Leave"), ECF No. 370.

3. On March 4, 2025, Plaintiffs filed an Administrative Motion to Consider Whether Another Party's Material Should Be Sealed in connection with its Motion for Leave ("Administrative Motion"), ECF No. 371, and filed under seal seventeen documents containing material designated Confidential or Highly Confidential under the parties' stipulated Protective Order.

4. Pursuant to Civil Local Rule 79-5(f), the deadline to file a statement or declaration in support of sealing is March 11, 2025.

5. The attachments to ECF No. 371, as served by Plaintiffs, contain content from multiple documents designated under the Protective Order that require review for sealable party and non-party information.

6. The parties have conferred and agreed to a two-day extension, until March 13, 2025, to file a statement or declaration in support of sealing the materials in Plaintiffs' Administrative Motion, pursuant to Civil Local Rule 79-5(c).

7. The parties have not sought a previous extension of this deadline and the extension will not impact the case schedule.

8. To the best of my knowledge and having reviewed the docket in this case, the following time modifications have occurred in this case:

a. On July 28, 2023, the Court granted the parties' stipulation to extend (1) the deadline to conduct a Rule 26(f) conference to a mutually agreeable date and time no

later than September 15, 2023; (2) the deadline for Defendants to respond to any operative complaint in the Tremblay and Silverman actions to August 28, 2023; (3) the deadline for Plaintiffs to file an opposition to any such response to September 27, 2023; and (4) the deadline for OpenAI to file a reply in support of such a response to October 11, 2023. ECF No. 27 at 3–4.

b. On October 31, 2023, the Court granted the parties' stipulation to reset a status conference previously set for October 31, 2023, to November 8, 2023. ECF No. 65 at 3.

c. On January 23, 2024, the Court granted the parties' stipulation to extend OpenAI's deadline to respond to Plaintiffs' Motion for Appointment of Interim Lead Counsel to January 29, 2024. ECF No. 93 at 2.

d. On February 16, 2024, the Court granted the parties' Stipulation and Proposed Order Consolidating Cases, which, inter alia, stayed the Chabon Action pending consolidation, such that Defendants were not required to respond to the Chabon Complaint until Plaintiffs filed a consolidated complaint. ECF No. 107 at 4.

e. On March 14, 2024, the Court continued the hearing on Plaintiffs' Motion for Appointment of Interim Lead Class Counsel from April 4, 2024, to May 2, 2024. ECF No. 121.

f. On August 12, 2024, the parties filed a stipulation to extend Defendants' deadline to answer Plaintiffs' First Consolidated Amended Complaint from August 13, 2024, to August 27, 2024, pursuant to Local Civil Rule 6-1(a). ECF No. 168.

g. On August 19, 2024, the Court granted the parties' stipulation to extend the case deadlines by 90 days. ECF No. 173.

h. On November 26, 2024, the Court granted, with modifications, the parties' stipulation to extend all pre-trial deadlines. ECF Nos. 198, 209. The close of fact discovery was extended from January 27, 2025 to April 28, 2025; the deadline for expert reports were extended from April 14, 2025 to July 14, 2025; the deadline for opposing and rebuttal expert reports was extended from May 12, 2025 to August 12, 2025; the close of

expert discovery was extended from June 11, 2025 to September 11, 2025; the deadline for Daubert motions was extended from July 9, 2025 to October 9, 2025; the deadline for oppositions to Daubert motions was extended from August 21, 2025 to November 21, 2025; the deadline for replies to Daubert motions was extended from September 22, 2025 to December 22, 2025; the deadline for filing a motion for class certification was extended from July 9, 2025 to October 9, 2025; the deadline for filing an opposition to any motion for class certification was extended from August 21, 2025 to November 21, 2025; the deadline for filing a reply to any motion for class certification was extended from September 22, 2025 to December 22, 2025. *Id.*

i. On January 15, 2025, the Court granted the parties' stipulation to extend the deadline for Plaintiffs to provide hit counts for mutually agreeable search terms from January 7 to January 14, 2025. ECF Nos. 250, 252.

j. On February 1, 2025, the Court granted Plaintiffs' and non-party Benjamin Mann's stipulation to continue the hearing on Benjamin Mann's Motion to Quash from February 4 to February 11, 2025. ECF Nos. 291, 292.

k. On February 7, 2025, the Court granted Plaintiffs' and non-party Dario Amodei's stipulation to extend the deadlines for the opposition and reply to Plaintiffs' Motion to Compel Dario Amodei to Testify at Deposition by three days to February 14 and February 24, 2025, respectively. ECF Nos. 307, 308.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed in San Diego, California, on this 11th day of March, 2025.

*/s/ Sarah J. Vandervalk*
SARAH J. VANDERVALK
SVandervalk@mofo.com