**JOSEPH SAVERI LAW FIRM, LLP**
Joseph R. Saveri (SBN 130064)
601 California Street, Suite 1505
San Francisco, CA 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email: jsaveri@saverilawfirm.com

**CAFFERTY CLOBES MERIWETHER
& SPRENGEL LLP**
Bryan L. Clobes (*pro hac vice*)
205 N. Monroe Street
Media, PA 19063
Telephone: (215) 864-2800
Email: bclobes@caffertyclobes.com

**BOIES SCHILLER FLEXNER LLP**
David Boies (*pro hac vice*)
333 Main Street
Armonk, NY 10504
Telephone: (914) 749-8200
Email: dboies@bsfllp.com

Matthew Butterick (SBN 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone: (323) 968-2632
Facsimile: (415) 395-9940
Email: mb@butericklaw.com

*Counsel for Individual and Representative
Plaintiffs and the Proposed Class*

[Additional counsel on signature page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPENAI CHATGPT LITIGATION<br><br>This document relates to:<br><br>Case No. 3:23-cv-03223-AMO<br>Case No. 4:23-cv-03416-AMO<br>Case No. 4:23-cv-04625-AMO | Case No. 3:23-cv-03223-AMO<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED RE: MOTION FOR RELIEF FROM NON-DISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE [DKT. 358]** |

Pursuant to Civil Local Rules 7-11 and 79-5(f) and this Court's Standing Order on Motions to Seal, Plaintiffs respectfully submit this Administrative Motion to Consider Whether Another Party's Material Should Be Sealed, filed in connection with Plaintiffs' Motion for Relief from Non-Dispositive Pretrial Order of Magistrate Judge [Dkt. 358] (the "Motion for Relief"). The Motion for Relief contains, in various places, references to material designated by OpenAI as CONFIDENTIAL or HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Protective Order, Dkt. 106, entered in this proceeding. Plaintiffs thus preliminarily file under seal the following materials:

| Documents Sought to be Sealed | Portions to be Filed Under Seal | Basis for Sealing Portion of Document |
|---|---|---|
| Motion for Relief | Highlighted | Refers to material designated by OpenAI as "Confidential" and "Highly Confidential – AEO" |

Plaintiffs assert no confidentiality of their own over the contents of the Motion for Relief. In Plaintiffs' view, none of this material warrants sealing from the public. Plaintiffs are prepared to publicly refile this Motion upon adjudication of OpenAI's forthcoming sealing declaration.

| | |
|---|---|
| Dated: March 13, 2025 | By:  */s/ Maxwell V. Pritt*<br>Maxwell V. Pritt |

| | |
|---|---|
| **JOSEPH SAVERI LAW FIRM, LLP**<br>Joseph R. Saveri (SBN 130064)<br>Cadio Zirpoli (SBN 179108)<br>Christopher K.L. Young (SBN 318371)<br>William W. Castillo Guardado (SBN 294159)<br>Holden Benon (SBN 325847)<br>Aaron Cera (SBN 351163)<br><br>601 California Street, Suite 1505<br>San Francisco, CA 94108<br>Telephone: (415) 500-6800<br>Facsimile: (415) 395-9940<br><br>jsaveri@saverilawfirm.com<br>czirpoli@saverilawfirm.com<br>cyoung@saverilawfirm.com<br>wcastillo@saverilawfirm.com<br>hbenon@saverilawfirm.com<br>acera@saverilawfirm.com<br><br>**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**<br>Bryan L. Clobes (*pro hac vice*)<br>Alexander J. Sweatman (*pro hac vice*)<br>Mohammed A. Rathur (*pro hac vice*)<br>135 South LaSalle Street, Suite 3210<br>Chicago, IL 60603<br>Tel: (312) 782-4880<br>bclobes@caffertyclobes.com<br>asweatman@caffertyclobes.com<br>mrathur@caffertyclobes.com<br><br>Matthew Butterick (SBN 250953)<br>1920 Hillhurst Avenue, 406<br>Los Angeles, CA 90027<br>Telephone: (323) 968-2632<br>Facsimile: (415) 395-9940<br>Email: mb@butaericklaw.com<br><br>**VENTURA HERSEY & MULLER, LLP**<br>Daniel J. Muller (SBN 193396)<br>1506 Hamilton Avenue<br>San Jose, California<br>Telephone: (408) 512-3022<br>Facsimile: (408) 512-3023<br>Email: dmuller@venturahersey.com | **BOIES SCHILLER FLEXNER LLP**<br>David Boies (*pro hac vice*)<br>333 Main Street<br>Armonk, NY 10504<br>(914) 749-8200<br>dboies@bsfllp.com<br><br>Maxwell V. Pritt (SBN 253155)<br>Joshua M. Stein (SBN 298856)<br>Margaux Poueymirou (SBN 356000)<br>Reed Forbush (SBN 347964)<br>44 Montgomery Street, 41st Floor<br>San Francisco, CA 94104<br>(415) 293-6800<br>mpritt@bsfllp.com<br>jstein@bsfllp.com<br>mpoueymirou@bsfllp.com<br>rforbush@bsfllp.com<br><br>Jesse Panuccio (*pro hac vice*)<br>1401 New York Ave, NW<br>Washington, DC 20005<br>(202) 237-2727<br>jpanuccio@bsfllp.com<br><br>Evan Matthew Ezray *(pro hac vice)*<br>401 E. Las Olas Blvd., Suite 1200<br>Fort Lauderdale, FL 33301<br>eezray@bsfllp.com<br><br>*Counsel for Individual and Representative Plaintiffs and the Proposed Class* |