# EXHIBIT B
# Filed Under Seal

# OPCO_NDCAL_1540718

## Metadata

| | | |
|---|---|---|
| **All Custodians** | Monaco, Vinnie | SEMANTIC |
| **Begin Family** | OPCO_NDCAL_1540718 | SEMANTIC |
| **Confidentiality** | Highly Confidential – Attorneys' Eyes Only | SEMANTIC |
| **Date Created** | 06/25/2024 11:53 pm | SEMANTIC |
| **Date Modified** | 06/14/2024 3:30 am | SEMANTIC |
| **End Family** | OPCO_NDCAL_1540718 | SEMANTIC |
| **Extension** | csv | SEMANTIC |
| **Family Date** | 06/14/2024 3:30 am | VIRTUAL |
| **Family Relationship** | StandAlone Document | SEMANTIC |
| **File Path** | | SEMANTIC |
| **Filename** | | SEMANTIC |
| **G Drive Date Created** | 12/06/2022 1:02 am | SEMANTIC |
| **G Drive Date Modified** | 12/06/2022 12:58 am | SEMANTIC |
| **G Drive Title** | library genesis.csv | SEMANTIC |
| **MD5 Hash** | 120eae82b4c5c1e70ccdf989575dd0c4 | SEMANTIC |
| **Primary Date** | 06/14/2024 3:30 am | DOC_TYPE_ALIAS |
| **Production Volume** | OPCO_NDCAL_031 | SEMANTIC |
| **Time Zone** | UTC | SEMANTIC |

# File Produced Natively

Highly Confidential – Attorneys' Eyes Only　　　　　　　　　　　　　　　　OPCO_NDCAL_1540718

| @timestamp | completion_request.prompt[0] | completion_request.generation[0] |
|---|---|---|
| 1.67016E+12 | <\|im_start\|>user<br>howw i can learn javascript<\|im_sep\|><br><\|im_start\|>assistant<br>1. Start by learning the basic concepts of JavaScript, such as variables, data types, loops, and functions.<br><br>2. Practice writing code using online resources such as Codecademy or Khan Academy.<br><br>3. Join online forums or communities where you can ask questions and learn from other experienced JavaScript developers.<br><br>4. Read tutorials and articles on JavaScript to expand your knowledge and learn new techniques and best practices.<br><br>5. Work on small projects to apply your knowledge and develop your skills in JavaScript.<br><br>6. Keep up to date with the latest developments in JavaScript and stay current on new features and frameworks.<br><br>7. Consider taking a course or attending a conference to further your knowledge and connect with other developers.<\|im_sep\|><br><\|im_start\|>user<br>how i can learn javascript for free<\|im_sep\|><br><\|im_start\|>assistant<br>1. Start by learning the basic concepts of JavaScript, such as variables, data types, loops, and functions.<br><br>2. Practice writing code using online resources such as Codecademy or Khan Academy, which offer free courses on JavaScript.<br><br>3. Join online forums or communities where you can ask questions and learn from other experienced JavaScript developers, such as Stack Overflow or Reddit.<br><br>4. Read tutorials and articles on JavaScript to expand your knowledge and learn new techniques and best practices. These can be found on websites such as W3Schools or Mozilla Developer Network.<br><br>5. Work on small projects to apply your knowledge and develop your skills in JavaScript. You can use free online tools such as CodePen or JSFiddle to practice your code.<br><br>6. Keep up to date with the latest developments in JavaScript and stay current on new features and frameworks. You can do this by following blogs and newsletters dedicated to JavaScript.<br><br>7. Consider attending a conference or meetup to further your knowledge and connect with other developers. Many of these events offer free or low-cost tickets for attendees.<\|im_sep\|><br><\|im_start\|>user<br>Where i can donwload books fro free<\|im_sep\|><br><\|im_start\|>assistant | There are many websites where you can download books for free, such as:<br><br>1. Project Gutenberg: https://www.gutenberg.org/<br>2. Open Library: https://openlibrary.org/<br>3. ManyBooks: https://www.manybooks.net/<br>4. Free-eBooks: https://www.free-ebooks.net/<br>5. Library Genesis: https://libgen.is/<br>6. BookBub: https://www.bookbub.com/<br>7. FreeComputerBooks: https://www.freecomputerbooks.com/<br><br>It is important to note that some books may be copyrighted and downloading them for free may be illegal. It is best to check the terms and conditions of each website before downloading any books. |