# EXHIBIT H
# Filed Under Seal

Channel # ▮▮▮▮▮ - 2019-10-08 (UTC)　　　　　　　　　　　　　　　Archived　　10/8/2019, 2:22 AM UTC

Ben Mann, Dario Amodei, Sam McCandlish and Tom Brown

**BM** **Ben Mann** ▮▮▮▮
Today:



- ✅ start libgen torrent downloading　　　　　　　　　　　10/7/2019, 6:43 PM UTC

> **BM** **Ben Mann**
> benchmark running here
> ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮　　　10/8/2019, 4:27 AM UTC
> looks similar so far　10/8/2019, 4:35 AM UTC

**TB** **Tom Brown** ▮▮▮▮
Ok, it looks like the memory leak bug is resulting in a failure from the giant model every 7 hours or so (seen in the flat sections here).　　　　　　　　　　　10/7/2019, 8:48 PM UTC



> **BM** **Ben Mann**
> also note the more restarts, the more chance the model sees duplicate data　10/8/2019, 2:22 AM UTC
>
> **DA** **Dario Amodei**
> there's so much data now, that the chance is fairly low, and if it does happen, doesn't last long　　　　　　　　　　　　　　　　　　　10/8/2019, 2:23 AM UTC
> 👍 1

**BM** **Ben Mann** ▮▮▮▮
i tried to launch a run at head and got an error



seems that we're importing ▮▮▮▮▮ twice?　　　　　　　　10/8/2019, 3:52 AM UTC

> **SM** **Sam McCandlish**
> huh, I remember doing that in the PR...　10/8/2019, 3:52 AM UTC
>
> **Ben Mann**



**BM** — Ben Mann: also text_datasets was deleted, how is this import still here? 10/8/2019, 3:53 AM UTC
i'll send a PR 10/8/2019, 3:53 AM UTC

**SM** — Sam McCandlish: yeah I'm confused, sorry about that issue 10/8/2019, 3:54 AM UTC
that line should just be deleted 10/8/2019, 3:54 AM UTC
I must have messed up the merging w/ the recent blackening 10/8/2019, 3:55 AM UTC

**DA** — Dario Amodei: I found this error too and pushed a branch, but you were faster! 10/8/2019, 3:57 AM UTC

**SM** — Sam McCandlish: I guess hermetic tests would have caught this? 10/8/2019, 3:58 AM UTC

**BM** — Ben Mann: yes 10/8/2019, 3:58 AM UTC
[redacted] 10/8/2019, 4:23 AM UTC

**BM** — Ben Mann: [redacted]. i'll send a PR to remove the warning. 10/8/2019, 4:48 AM UTC



**BM** — Ben Mann: [redacted] 10/8/2019, 4:48 AM UTC
[redacted] 10/8/2019, 4:52 AM UTC

**BM** — Ben Mann: libgen fiction torrents started, getting quite variable throughput sometimes up to 10 MB/s. if that sustained we'd have all 3 TB in 3 days but I think it might be up to a week. in the meantime i'll build the extractor pipeline.
EDIT: ETA ~2w given the average rate last night 10/8/2019, 7:17 AM UTC



**Ben Mann**
10/8/2019, 7:19 AM UTC

10/8/2019, 7:19 AM UTC

10/8/2019, 7:19 AM UTC

**Ben Mann**
Today:
- ☑ libgen extractor on spark
- ☑ run extractor on existing data    10/8/2019, 6:25 PM UTC

Highly Confidential – Attorneys' Eyes Only

OPCO_NDCAL_0872732