# EXHIBIT J
# Filed Under Seal

Private channel ██████████ - 2020-05-15 (UTC)                    Archived 🗄    5/15/2020, 12:06 AM UTC

Alec Radford, Arvind Neelakantan, Ashley Pilipiszyn and 15 others

**TB**    Tom Brown ████████
         Here's the project tracker
         ██████████████████████████████
         ████████████████████                                              5/15/2020, 12:06 AM UTC



> **GS**    Girish Sastry
>          cc @Jack Clark  5/15/2020, 12:38 AM UTC
>
> **JC**    Jack Clark
>          @Girish Sastry Roger that! I'm not sure we need the model card for launch if
>          we're not releasing it. Doesn't seem like we're releasing ▇ (cc @Tom Brown?). If
>          we release ▇ should do a model card for that              5/15/2020, 12:44 AM UTC
>
> **TB**    Tom Brown
>          ████████████████████████████████
>          ████████████████████████████████
>          ██████                                                   5/15/2020, 1:24 AM UTC
>          👍 1

**TB**    Tom Brown ████████
         @Pranav Shyam and I talked through our validation strategy for the GLUE tasks. We think
         that we will do the following:

         ██ ███
         ████████████████████████████████████████
         ██████████████████████ ██ █████████████████

         ██████████████
         ██ █ ████████████████ █ █████████████████
         ██████                                                    5/15/2020, 1:26 AM UTC

> **TB**    Tom Brown
>          cc @Dario Amodei  5/15/2020, 1:26 AM UTC
>
> **DA**    Dario Amodei
>          That sounds good  5/15/2020, 1:27 AM UTC

**JC**    Jack Clark ████████
         THREAD for **policy section** edits and todos  5/15/2020, 4:25 PM UTC

Confidential                                                    OPCO_NDCAL_0750434



**Jack Clark**

5/15/2020, 6:20 PM UTC

**Ilya Sutskever**
the paper is *insane* btw   5/15/2020, 4:36 PM UTC

🦍 3      :mindblown: 3

**Dario Amodei**
Glad it looks good!   5/15/2020, 5:03 PM UTC

**Ben Mann**
jack says model card is only for released models. since i don't think we're releasing any
weights for this, i'll remove that todo from the project tracker          5/15/2020, 6:16 PM UTC

👍 3

**Dario Amodei**
Working on finalizing the approach section -- right now the list (and diagram) include fine-
tuning, few-shot, one-shot, and zero-shot, but our current plan is to measure most results
only one-shot, few-shot, and fine-tuning. It's still useful to explain zero-shot, and we do apply
it in a small number of places, but it feels like the exposition is a bit of sync with the results          5/15/2020, 7:29 PM UTC

I'm trying something where I only have 3 items in the list, and then explain about zero-shot in
the paragraph after. Does this sound like a good approach? Would help helpful if people took
a look          5/15/2020, 7:29 PM UTC

And maybe we could change the diagram or its caption accordingly (which would be back to
where it was before!)          5/15/2020, 7:30 PM UTC

**Tom Brown**
Hmm, why not keep all four items in the diagram? Seems like it will still be useful for people
to know exactly what we mean by all four of the terms, even if we don't report a lot of zero-
shot results?          5/15/2020, 7:31 PM UTC

**Jared Kaplan**
My guess is it would then be useful for the figure to mention something about how

OPCO_NDCAL_0750435

zero-shot is sometimes "unfairly hard" and not always measured so that it's parallel to the text.                                                     5/15/2020, 7:41 PM UTC

**DA** Dario Amodei ███████████
I think that makes sense — how about in the bullet points in the text?   5/15/2020, 7:35 PM UTC

**DA** Dario Amodei ███████████
I'm worried about having a section with four settings described on seemingly equal terms, then it turns out we only report 3 of them most of the time                                  5/15/2020, 7:36 PM UTC

➕ 2

**BM** Ben Mann
why not just say "we only report results on this for some models because X" for zero shot                                                          5/15/2020, 7:41 PM UTC

**JK** Jared Kaplan
I think this is sufficient if it's prominent.   5/15/2020, 7:41 PM UTC

**DA** Dario Amodei ███████████
(could use resolution on this soon as I'm trying to do a final pass through the early sections of the paper)                                                     5/15/2020, 7:39 PM UTC

**DA** Dario Amodei ███████████
current caveat language:   5/15/2020, 7:48 PM UTC

**PS** Pranav Shyam
```
provide one example -> provide AT LEAST one example
```
what do you think about "since tasks are likely to be under-specified without any examples, we dont focus on the zero-shot setting, though ..."    5/15/2020, 7:59 PM UTC
also, would be better to clarify the possible answers for the example. I was somewhat confused for a moment why it was ambiguous.                 5/15/2020, 7:59 PM UTC

**DA** Dario Amodei ███████████
```
For example, when giving a task to humans via a worker service
(e.g. Mechanical Turk), it's common to provide one example to
clarify the task, and without that example humans may not know how
to provide the answer (e.g. consider: "make a table of world
records for the 200m dash").  Due to the presence of this issue on
many tasks, we don't focus on this setting, though we do report
results on it for tasks where it is customary (for example language
modeling).
```
                                                                          5/15/2020, 7:48 PM UTC

➕ 1

Confidential                                                                          OPCO_NDCAL_0750436

I'm a bit worried about Section 2.2.3 (on the removals of train/test overlap that we did).
Because there was a bug, the removal wasn't complete, so it feels a bit like we're saying "we
did this overlap removal, but we screwed up so JK also we're doing an overlap analysis in
Section 4"
5/15/2020, 8:43 PM UTC

At the same time, I don't want to hide anything that we did (including the bug)!  5/15/2020, 8:43 PM UTC

➕ 2

Thoughts on how to address this?  5/15/2020, 8:43 PM UTC

To be clear, fixing the bug requires training another 200B model from scratch, which is why
it's simply an issue we must deal with.
5/15/2020, 8:51 PM UTC

The underlying situation is not problematic at all -- while there's significant overlap between
the training set and many test sets, comparing performance on clean vs dirty examples
shows that it makes no difference on almost all the datasets, apparently because there's not
much overfitting
5/15/2020, 8:52 PM UTC

**DA**  Dario Amodei ████████
It's more of an optics/messiness issue, with maybe some mild FUD on the substance  5/15/2020, 8:52 PM UTC

> **DA**  Dario Amodei
> e.g. someone could worry there's some bias in the clean vs dirty subsets that
> exactly counteracts overfitting and makes it look like there's no problem      5/15/2020, 8:53 PM UTC
> that seems like a stretch though  5/15/2020, 8:54 PM UTC
>
> **BM**  Ben Mann
> i thought we don't mention the bug until section 4, but seems like if we call it out
> early enough it should be ok. we could also say that in the next revision of the
> paper we plan to fix the bug and rerun the analysis.      5/15/2020, 8:54 PM UTC
>
> ➕ 1
>
> whereas if we just say "woops here it is" it might seem suspect  5/15/2020, 8:55 PM UTC
> also for any normal org, rerunning this giant model to fix this bug when we found
> minimal impact on results wouldn't be worth the $$      5/15/2020, 8:55 PM UTC
>
> 👍 1
>
> so we could explain it as a cost thing, which is actually true in terms of cluster
> capacity      5/15/2020, 8:55 PM UTC
>
> **DA**  Dario Amodei
> that sounds good  5/15/2020, 8:55 PM UTC
> the main thing I want to make sure of is that sections 2.2.3 and 4 look consistent
> with each other and there aren't any gotchas      5/15/2020, 8:56 PM UTC
>
> **IS**  Ilya Sutskever
> 👍 to cost.  5/15/2020, 8:56 PM UTC
> say, due to a mistake in the preparation of the data, X. We did not fix the problem
> due to cost.      5/15/2020, 8:56 PM UTC
>
> ➕ 3

OPCO_NDCAL_0750437

**NR** Nick Ryder ▮▮▮▮▮▮
I'm spear heading the latex-ification of the paper, and will post periodically in here for input  5/15/2020, 8:52 PM UTC

Here is the table format I'm currently using:  5/15/2020, 8:52 PM UTC

| $n_{params}$ | $n_{layers}$ | $d_{model}$ | $n_{heads}$ | $d_{head}$ |
|---|---|---|---|---|
| 125M | 12 | 768 | 12 | 64 |
| 350M | 24 | 1024 | 16 | 64 |
| 760M | 24 | 1536 | 16 | 96 |
| 1.3B | 24 | 2048 | 24 | 128 |
| 2.7B | 32 | 2560 | 32 | 80 |
| 6.7B | 32 | 4096 | 32 | 128 |
| 13.0B | 40 | 5140 | 40 | 128 |
| 175B ("GPT-X") | 96 | 12288 | 96 | 128 |

5/15/2020, 8:52 PM UTC

📎 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮   5/15/2020, 8:52 PM UTC

**DA** Dario Amodei ▮▮▮▮▮▮
that looks great!  5/15/2020, 8:52 PM UTC

just noticed our d_head is weird  5/15/2020, 8:52 PM UTC

I added a couple sentences about how the scaling laws paper shows exact choices here don't matter much  5/15/2020, 8:53 PM UTC

Adding some additional FUD/reputational risks to consider:  5/15/2020, 8:58 PM UTC

**DA** Dario Amodei ▮▮▮▮▮▮
• Is it sketchy to call our corpuses "Books1" and "Books2" and not say what they are, particularly when in fact they are Libgen (which is a slightly sketchy source)  5/15/2020, 8:58 PM UTC



**AR** Alec Radford
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮   5/15/2020, 8:59 PM UTC

➕1

I think it is weird to have the specificity of Books1 and Books2 without talking more about them, it highlights vagueness by contrast.  5/15/2020, 9:00 PM UTC

**DA** Dario Amodei
what would you suggest here?  5/15/2020, 9:00 PM UTC

**BM** Ben Mann
we could merge the token counts and just say books  5/15/2020, 9:01 PM UTC

Confidential



**+** 4

**AR**  Alec Radford
yeah that's probably the minimum viable change   5/15/2020, 9:02 PM UTC

**AP**  Ashley Pilipiszyn
can you call it WebBooks? 🙂   5/15/2020, 9:03 PM UTC
😄 2

**TB**  Tom Brown
WebBooks sounds reasonable!   5/15/2020, 9:04 PM UTC

**DA**  Dario Amodei
if we merge them it's hard to give a mix fraction in the table   5/15/2020, 9:06 PM UTC

**DA**  Dario Amodei ▮▮▮▮▮▮
• Will it come off as sketchy to say only one sentence about the systems side of things? It
definitely seems like it will be noticed.                                                      5/15/2020, 8:59 PM UTC

Uploaded all the figures to overleaf @Nick Ryder. The detailed content will change, but they
should be good placeholders                                                                    5/15/2020, 9:56 PM UTC

**RL**  Ryan Lowe (OpenAI) ▮▮▮▮▮▮
@Ryan Lowe (OpenAI) has joined the group   5/15/2020, 10:10 PM UTC

**DA**  Dario Amodei ▮▮▮▮▮▮
welcome @Ryan Lowe (OpenAI), who will be red-teaming the paper!   5/15/2020, 10:10 PM UTC
🍪 3      :redteam: 3

set the channel's topic: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮                                                       5/15/2020, 10:10 PM
▮▮▮▮▮▮▮▮▮                                                                UTC

**TB**  Tom Brown ▮▮▮▮▮▮
Added a new column in the master spreadsheet where we can put the 200B fine-tun test
server evals when we get them.

All other numbers for GLUE/SuperGLUE/ANLI are reported on dev sets.

(cc@Dario Amodei)                                                       5/15/2020, 10:12 PM
                                                                        UTC

Confidential                                    OPCO_NDCAL_0750439



5/15/2020, 10:12 PM UTC

📎 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮  5/15/2020, 10:12 PM UTC

**DA** Dario Amodei ▮▮▮▮▮
sounds good  5/15/2020, 10:14 PM UTC

**DA** Dario Amodei ▮▮▮▮▮
@Nick Ryder I gave Ryan Lowe the overleaf link but it's not working for him  5/15/2020, 10:15 PM UTC



**NR** Nick Ryder
@Ryan Lowe (OpenAI) has tis bene resolved?  5/15/2020, 10:40 PM UTC

**RL** Ryan Lowe (OpenAI)
nope  5/15/2020, 10:40 PM UTC

**NR** Nick Ryder
Do you have an overleaf account?  5/15/2020, 10:41 PM UTC

**RL** Ryan Lowe (OpenAI)
yeah, it's under ▮▮▮▮▮▮▮▮  5/15/2020, 10:41 PM UTC
tried making one under my OpenAI account which didn't seem to help  5/15/2020, 10:41 PM UTC

**NR** Nick Ryder
▮▮▮▮▮▮▮▮▮▮▮▮▮  5/15/2020, 10:44 PM UTC
@Ryan Lowe (OpenAI) does that work  5/15/2020, 10:45 PM UTC

**RL** Ryan Lowe (OpenAI)
yup! 😊  5/15/2020, 10:45 PM UTC
thank you!  5/15/2020, 10:45 PM UTC

Jeff Wu ▮▮▮▮▮

Confidential

JW  @Jeff Wu has joined the group  5/15/2020, 10:18 PM UTC

DA  **Dario Amodei** ▮▮▮▮▮▮
    + @Jeff Wu for red-teaming  5/15/2020, 10:18 PM UTC

AR  **Alec Radford** ▮▮▮▮▮▮
    When are GLUE / SuperGLUE being added? I really need to see those #s to shape my own    5/15/2020, 10:19 PM
    calibration on the results and how they should be presented / discussed.    UTC

DA  **Dario Amodei** ▮▮▮▮▮▮
    @Tom Brown @Pranav Shyam  5/15/2020, 10:20 PM UTC

    Broadly, in the one or few shot setting, superGLUE looks pretty good (a couple near sotas, 5    5/15/2020, 10:21 PM
    or so fine-tuned bert-large equivalents, and 1 crappy result WIC)    UTC

    On GLUE SST is near sota few-shot (95.8) but everything else really sucks  5/15/2020, 10:22 PM UTC

    All comparison tasks  5/15/2020, 10:22 PM UTC

    For fine-tuning I don't know — how much does that matter to you vs few-shot?  5/15/2020, 10:23 PM UTC

    Fine-tuning is what Tom+Pranav are doing now  5/15/2020, 10:23 PM UTC

AR  **Alec Radford** ▮▮▮▮▮▮
    The main decision is if the finetuning isn't that great it won't be that representative to have an
    abstract / intro that highlights the SOTAs we do get with finetuning without contextualizing    5/15/2020, 10:23 PM
    that    UTC

    ➕ 1

DA  **Dario Amodei** ▮▮▮▮▮▮
    The abstract doesn't mention fine-tuning SOTAs, though the intro does  5/15/2020, 10:23 PM UTC

AR  **Alec Radford** ▮▮▮▮▮▮
    and would shift mass / focus to one/few shot even further  5/15/2020, 10:24 PM UTC

DA  **Dario Amodei** ▮▮▮▮▮▮
    I kind of feel like fine-tuning on these tasks is no longer that interesting / we're at or above    5/15/2020, 10:24 PM
    human level? But I understand the significance in the eyes of the field    UTC

AR  **Alec Radford** ▮▮▮▮▮▮
    I mean if we're not even getting to human level with the finetuning in our case it would be    5/15/2020, 10:26 PM
    noteable    UTC

    and we'd need to add discussion around the phenomena  5/15/2020, 10:26 PM UTC

    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮    5/15/2020, 10:27 PM
    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮    UTC

DA  **Dario Amodei** ▮▮▮▮▮▮
    Pasting more stuff into overleaf -- note we're collapsing a bunch of list formats that should be    5/15/2020, 10:31 PM
    fixed in latex    UTC

Confidential

**PS**  Pranav Shyam ▓▓▓▓▓▓▓▓▓▓
results from our last 200b finetuning run was confounded with significant data changes that helps few-shot. we are ablating this now and once that is resolved, we should get clean 200B numbers.
5/15/2020, 10:31 PM UTC

**AR**  Alec Radford ▓▓▓▓▓▓▓
btw I do think given all the capacity a 200b has, a joint run has the potential to do really well since most prior work has stumbled on fully joint training
5/15/2020, 10:32 PM UTC

**PS**  Pranav Shyam ▓▓▓▓▓▓▓▓▓▓
yeah, would be interesting to add more. we added ▓▓▓ and there is an improvement of ▓▓▓
5/15/2020, 10:34 PM UTC

**AR**  Alec Radford
to do joint with ▓▓▓?  5/15/2020, 10:34 PM UTC

**PS**  Pranav Shyam
All ▓▓▓▓▓▓▓▓  5/15/2020, 10:34 PM UTC

**AR**  Alec Radford
ah k  5/15/2020, 10:34 PM UTC

**DA**  Dario Amodei
Improvement of ▓▓ on ▓▓▓ or on the other datasets?  5/15/2020, 10:46 PM UTC

**PS**  Pranav Shyam
on ▓▓▓▓▓▓  5/15/2020, 10:47 PM UTC

**DA**  Dario Amodei
Got it. How much does it help back to ▓ and ▓▓?  5/15/2020, 10:47 PM UTC

**PS**  Pranav Shyam
not sure yet. probably not much, but ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. will have numbers later today
5/15/2020, 10:48 PM UTC

**AR**  Alec Radford
The standard thing is ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
5/15/2020, 10:51 PM UTC

**DA**  Dario Amodei
oh, have we run ▓▓▓▓ in any way?  5/15/2020, 10:52 PM UTC

**PS**  Pranav Shyam
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓
5/15/2020, 10:56 PM UTC

**DA**  Dario Amodei

Confidential

DA  yea  5/15/2020, 10:58 PM UTC

PS  Pranav Shyam ▮▮▮▮▮▮▮
    ▮▮▮▮  this better also  5/15/2020, 10:35 PM UTC

TB  Tom Brown ▮▮▮▮▮▮
    Our latest ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮  5/15/2020, 10:37 PM UTC



5/15/2020, 10:37 PM UTC

📎 ▮▮▮▮▮▮▮▮▮▮▮  5/15/2020, 10:37 PM UTC



PS  Pranav Shyam
    ▮▮▮▮▮▮▮▮▮▮▮▮▮  5/15/2020, 10:38 PM UTC
    ▮▮▮▮▮▮▮▮▮▮
    ▮▮▮▮▮▮▮▮▮▮▮▮▮        5/15/2020, 10:39 PM UTC
    ▮▮▮▮▮▮▮▮

5/15/2020, 10:41 PM UTC

    @Tom Brown this is with ▮▮▮▮▮▮  5/15/2020, 10:41 PM UTC

TB  Tom Brown
    this is ▮▮▮▮  5/15/2020, 10:41 PM UTC
    your numbers indeed look better  5/15/2020, 10:42 PM UTC
    I think if we can get back to those numbers then we will be sufficiently good  5/15/2020, 10:43 PM UTC

Confidential

**TB** Tom Brown ▮▮▮▮▮▮▮
RoBERTa is about equivalent to 3B in terms of training flops, so I agree that we should see
▮▮ doing better. @Alec Radford

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

5/15/2020, 10:40 PM
UTC

➕ 3



Total flops used during training (forward pass only)

5/15/2020, 10:40 PM
UTC

📎 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮    5/15/2020, 10:40 PM UTC

**AR** Alec Radford
Thanks for compiling this graph! This seems very useful potentially for the
discussion / conclusions we might want to draw.

5/15/2020, 10:53 PM
UTC

**NR** Nick Ryder ▮▮▮▮▮▮▮
set the channel's topic: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮

5/15/2020, 10:45 PM
UTC

**AR** Alec Radford ▮▮▮▮▮▮
Thanks for compiling this graph! This seems very useful potentially for the discussion /
conclusions we might want to draw.

5/15/2020, 10:53 PM
UTC

**DA** Dario Amodei ▮▮▮▮▮▮
yeah, this graph is great and could go in the paper or at least an appendix  5/15/2020, 10:53 PM UTC

maybe in Section 2 where we discuss model size and training details?  5/15/2020, 10:53 PM UTC

OPCO_NDCAL_0750444

**AR** Alec Radford ▬▬▬▬
Yeah I think it's a complement to model size but could also see it being for analysis / discussion section                    5/15/2020, 10:55 PM UTC

**DA** Dario Amodei ▬▬▬▬
right now there is no such section   5/15/2020, 10:55 PM UTC

**AR** Alec Radford
It's hard to write without a full picture of results!   5/15/2020, 10:56 PM UTC

**DA** Dario Amodei
ah, i was not thinking we would include it   5/15/2020, 10:57 PM UTC
but we can add if it's possible to get it in before Monday   5/15/2020, 10:57 PM UTC

**AR** Alec Radford
Why Monday?   5/15/2020, 10:57 PM UTC

**DA** Dario Amodei
oh -- we're aiming for a version that would be ready to go by Monday morning. We don't necessarily plan to submit then, but we'd like to get to the point where we could release something non-embarrassing on a day's notice                    5/15/2020, 10:58 PM UTC

**AR** Alec Radford
kk - yeah, I guess scoop risk is relatively high for next few weeks due to neurips deadline                    5/15/2020, 10:59 PM UTC
here's hoping I don't get screwed on multimodal   5/15/2020, 10:59 PM UTC

**DA** Dario Amodei
yeah   5/15/2020, 11:01 PM UTC
▬▬▬▬▬▬▬▬▬▬▬▬▬▬
▬▬▬▬▬▬▬▬▬▬▬▬▬                    5/15/2020, 11:01 PM UTC
▬▬▬▬▬▬▬

**AR** Alec Radford
Internally at nVidia there would be huge pressure around showing at GTC if they had it.                    5/15/2020, 11:16 PM UTC
▬▬▬▬▬▬▬▬▬▬▬▬▬▬                    5/15/2020, 11:16 PM UTC
▬▬▬▬▬▬
So I think the two to three things that came out represent relatively reasonable state of what they had (the ~5-10B BERT/chatbot/Megatron) papers                    5/15/2020, 11:17 PM UTC

**DA** Dario Amodei
▬▬▬▬▬▬▬▬▬▬▬ ▬▬▬▬▬▬
▬▬▬▬▬▬▬▬▬▬▬ ▬▬▬▬
▬▬▬▬▬▬▬▬▬▬▬▬▬ ▬▬▬▬
▬▬▬▬▬▬▬▬▬ ▬▬▬▬▬

**AR** Alec Radford
▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬   5/15/2020, 11:26 PM UTC

OPCO_NDCAL_0750445



5/15/2020, 11:27 PM UTC

5/15/2020, 11:27 PM UTC

**Dario Amodei**
yeah  5/15/2020, 11:28 PM UTC
I think even if that comes out first, about 70% of what we do in this paper would still be new  5/15/2020, 11:28 PM UTC
main thing is it might just make us look compute inefficient / bloated  5/15/2020, 11:29 PM UTC

**Alec Radford**

**Alec Radford**
It also suggests re-working model size table to include other models too potentially  5/15/2020, 10:56 PM UTC

**Dario Amodei**
@Nick Ryder: the latex is rendering 2 copies of the lambada section, not sure why  5/15/2020, 11:01 PM UTC

**Nick Ryder**
fixed  5/15/2020, 11:01 PM UTC

**Alec Radford**
To expand on the discussion a bit, because one major focus of the paper is scaling (tied to parameter count), we are inviting criticism of anyone who wants to emphasize efficiency / be dismissive / critical of this line of work. People might naively draw comparison on only parameter counts in which case things can look quite bad on finetuning depending on where it shakes out. @Tom Brown's graph / training compute based analysis does a huge amount of work to defend against this and moves it by like an OOM from a 33X parameter inefficiency to like a 3-4X training flops inefficiency re RoBERTa.  5/15/2020, 11:05 PM UTC

**Ryan Lowe (OpenAI)**
question --- does GPT-X refer to generally 'any model trained with our GPT method', whereas GPT-3 is the 175B GPT-X? or is everything just GPT-3 now?
(fwiw I prefer GPT-3, feels a bit less hype-y)  5/15/2020, 11:10 PM UTC

**Alec Radford**
We did 1 OOM from GPT-1 to GPT-2 so on that scale this would be GPT-4. If you instead use compute / param doublings as the incrementer this would be ~GPT-9 basing off GPT-2 or GPT-12 back naming from GPT-1 and rounding that to GPT-X is kind of reasonable-ish.
That's my attempt to steel man GPT-X as a name.  5/15/2020, 11:13 PM UTC  5/15/2020, 11:13 PM UTC

OPCO_NDCAL_0750446

 1

 **Dario Amodei** ▉▉▉▉▉▉
everything is GPT-3 in the paper now   5/15/2020, 11:14 PM UTC

 4

we decided to change the name   5/15/2020, 11:14 PM UTC

@Nick Ryder a couple of the results subsections are still unwritten, I'm going to copy them over and we'll work in overleaf from there   5/15/2020, 11:23 PM UTC

Up to Section 3 will be copied over by 5 on, it will take a couple more hours for me to resolve comments on the rest   5/15/2020, 11:24 PM UTC

Policy section in particular just had a pass done on it   5/15/2020, 11:24 PM UTC

**Ben Mann** ▉▉▉▉▉▉
What do you think about this diagram to explain section 2 train/test filtering? If you like it I can clean it up or we can send it to someone who can make pretty things   5/15/2020, 11:31 PM UTC

Confidential



5/15/2020, 11:31 PM
UTC



5/15/2020, 11:31 PM UTC

**BM** Ben Mann
cc @Tom Brown who requested it   5/15/2020, 11:40 PM UTC

Confidential

NR    Nick Ryder ██████████
Do we know who created this table  5/15/2020 11:46 PM UTC

Table 1: Most Biased Descriptive Words

| Model | Top 10 Most Biased Male Descriptive Words with Raw Co-Occurrence Counts | Top 10 Most Biased Female Descriptive Words with Raw Co-Occurrence Counts |
|---|---|---|
| 175B | Average Number of Co-Occurrences Across All Words: 17.5<br><br>Large (16)<br>Mostly (15)<br>Lazy (14) | Average Number of Co-Occurrences Across All Words: 23.9<br><br>Optimistic (12)<br>Bubbly (12)<br>Naughty (12) |

[9] Qian, Yusu, et al. "Reducing Gender Bias in Word-Level Language Models with a Gender-Equalizing Loss Function." arXiv preprint arXiv:1905.12801 (2019).
[10] We only used male and female pronouns. This is because given that we were simply studying co-occurrence we could not isolate instances where 'they' referred to a singular noun from those where it didn't.
[11] Loper, Edward, and Steven Bird. "NLTK: the natural language toolkit." arXiv preprint cs/0205028 (2002).

| | | |
|---|---|---|
| | Fantastic (13)<br>Eccentric (13)<br>Protect (10)<br>Jolly (10)<br>Stable (9)<br>Personable (22)<br>Survive (7) | Easy-going (12)<br>Petite (10)<br>Tight (10)<br>Pregnant (10)<br>Gorgeous (28)<br>Sucked (8)<br>Beautiful (158) |

5/15/2020, 11:46 PM UTC

Confidential

OPCO_NDCAL_0750449

📎 ▰▰▰▰▰▰▰▰▰▰  5/15/2020, 11:46 PM UTC



**BM**  Ben Mann
probably @Sandhini Agarwal but you can check revision history  5/15/2020, 11:46 PM UTC
it'd be cool if google docs had a blame mode  5/15/2020, 11:46 PM UTC
➕ 2

**NR**  Nick Ryder
@Sandhini Agarwal When you have a moment could you reformat this table so that the cells don't contain line breaks  5/15/2020, 11:48 PM UTC
👍 1

**BM**  Ben Mann
@Nick Ryder can't you add a page break before the table?  5/15/2020, 11:48 PM UTC

**NR**  Nick Ryder
Oh sorry - i mean each cell is only on line  5/15/2020, 11:49 PM UTC
👍 2

latex doesn't play nice with multiline cells  5/15/2020, 11:49 PM UTC
so if we can avoid that can of worms it would be best  5/15/2020, 11:49 PM UTC

**SA**  Sandhini Agarwal ▰▰▰▰▰
@Sandhini Agarwal has joined the group  5/15/2020, 11:47 PM UTC

**NR**  Nick Ryder ▰▰▰▰
I'd like to make a list somewhere of sections which are finished being formatted in the latex so someone can do a once over on them to make sure everything is in line, @Tom Brown any suggestions where to put that list?  5/15/2020, 11:57 PM UTC

Confidential