# EXHIBIT K
# Filed Under Seal



Highly Confidential – Attorneys' Eyes Only



Highly Confidential – Attorneys' Eyes Only



OPCO_NDCAL_0873785

Highly Confidential – Attorneys' Eyes Only

OPCO_NDCAL_0873786

Highly Confidential – Attorneys' Eyes Only

RL   Ryan Lowe (OpenAI)

flagging: the significant PR considerations for our current release is making me have more
FUD about our use of Libgen for this project. right now we'd be in the clear to release a paper
because we're following the 'data use policy' (though we can't mention the source of the data,
and definitely couldn't release our feedback data), but I have a slight worry this may change if        8/11/2020, 10:44 PM
the PR winds do.                                                                                         UTC

👍 2

RL   Ryan Lowe (OpenAI)

I looked into this a bit before, and concluded that we'd likely be able to release
the paper, but would have a ~70% chance of receiving some negative feedback
about the fact that we don't say what our dataset is. if we can't release at all                   8/11/2020, 10:46 PM
though, that seems to change the calculus                                                           UTC

I also didn't thoroughly examine e.g. project gutenberg as an alternative, since                   8/11/2020, 10:47 PM
summarizing >100 year old books seemed like it made the task kinda bad                             UTC

anyway not sure if we should do anything about it, but wanted to bring it up      8/11/2020, 10:47 PM UTC

Highly Confidential – Attorneys' Eyes Only



Highly Confidential – Attorneys' Eyes Only

OPCO_NDCAL_0873789