| | |
|---|---|
| JOSEPH C. GRATZ (CA SBN 240676) | ANDREW M. GASS (SBN 259694) |
| JGratz@mofo.com | Andrew.Gass@lw.com |
| TIFFANY CHEUNG (CA SBN 211497) | JOSEPH R. WETZEL (SBN 238008) |
| TCheung@mofo.com | Joseph.Wetzel@lw.com |
| JOYCE C. LI (CA SBN 323820) | LATHAM & WATKINS LLP |
| JoyceLi@mofo.com | 505 Montgomery Street, Suite 2000 |
| MELODY E. WONG (SBN 341494) | San Francisco, California 94111 |
| MelodyWong@mofo.com | Telephone: (415) 391-0600 |
| MORRISON & FOERSTER LLP | |
| 425 Market Street, | ROBERT A. VAN NEST (SBN 84065) |
| San Francisco, California 94105-2482 | rvannest@keker.com |
| Telephone: (415) 268-7000 | R. JAMES SLAUGHTER (SBN 192813) |
| Facsimile: (415) 268-7522 | rslaughter@keker.com |
| | PAVEN MALHOTRA (SBN 258429) |
| ROSE S. LEE (CA SBN 294658) | pmalhotra@keker.com |
| RoseLee@mofo.com | MICHELLE YBARRA (SBN 260697) |
| ALEXANDRA M. WARD (CA SBN 318042) | mybarra@keker.com |
| AlexandraWard@mofo.com | NICHOLAS S. GOLDBERG (SBN 273614) |
| MORRISON & FOERSTER LLP | ngoldberg@keker.com |
| 707 Wilshire Boulevard | THOMAS E. GORMAN (SBN 279409) |
| Los Angeles, California 90017-3543 | tgorman@keker.com |
| Telephone: (213) 892-5200 | KATIE LYNN JOYCE (SBN 308263) |
| Facsimile: (213) 892-5454 | kjoyce@keker.com |
| [CAPTION CONTINUED ON NEXT PAGE] | CHRISTOPHER SUN (SBN 308945) |
| | csun@keker.com |
| Attorneys for Defendants | KEKER, VAN NEST & PETERS LLP |
| OPENAI, INC., OPENAI, L.P., OPENAI | 633 Battery Street |
| OPCO, L.L.C., OPENAI GP, L.L.C., OPENAI | San Francisco, CA 94111-1809 |
| STARTUP FUND GP I, L.L.C., OPENAI | Telephone: (415) 391-5400 |
| STARTUP FUND I, L.P., AND OPENAI | Facsimile: (415) 391-7188 |
| STARTUP FUND MANAGEMENT, LLC | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPENAI CHATGPT LITIGATION | Master File No. 3:23-cv-03223-AMO |
| This document relates to: | **CERTIFICATE OF SERVICE** |
| All Actions | |

| | |
|---|---|
| 1 | JOHN R. LANHAM (CA SBN 289382) |
| | JLanham@mofo.com |
| 2 | SARAH J. VANDERVALK (CA SBN 332651) |
| | SVandervalk@mofo.com |
| 3 | MORRISON & FOERSTER LLP |
| | 12531 High Bluff Drive, Suite 100 |
| 4 | San Diego, CA 92130 |
| | Telephone:    (858) 720-5100 |
| 5 | Facsimile:    (858) 523-2803 |
| 6 | CAROLYN M. HOMER (CA SBN 286441) |
| | CMHomer@mofo.com |
| 7 | MORRISON & FOERSTER LLP |
| | 2100 L Street, NW, Suite 900 |
| 8 | Washington, D.C. 20037 |
| | Telephone:    (202) 887-1500 |
| 9 | Facsimile:    (202) 887-0763 |
| 10 | MAX I. LEVY (CA SBN 346289) |
| | MLevy@mofo.com |
| 11 | MORRISON & FOERSTER LLP |
| | 755 Page Mill Road |
| 12 | Palo Alto, CA 94304-1018 |
| | Telephone:    (650) 813-5600 |
| 13 | Facsimile:    (650) 494-0792 |
| 14 | ERIC K. NIKOLAIDES (*pro hac vice*) |
| | ENikolaides@mofo.com |
| 15 | ZACHARY S. NEWMAN (*pro hac vice*) |
| | ZNewman@mofo.com |
| 16 | MORRISON & FOERSTER LLP |
| | 250 West 55th Street |
| 17 | New York, NY 10019-9601 |
| | Telephone:    (212) 468-8000 |
| 18 | Facsimile:    (212) 468-7900 |
| 19 | SARANG VIJAY DAMLE (*pro hac vice*) |
| | Sy.Damle@lw.com |
| 20 | MICHAEL A. DAVID (*pro hac vice*) |
| | Michael.David@lw.com |
| 21 | ELANA NIGHTINGALE DAWSON (*pro hac vice*) |
| | Elana.Nightingaledawson@lw.com |
| 22 | LATHAM & WATKINS LLP |
| | 555 Eleventh Street, NW, Suite 1000 |
| 23 | Washington, D.C. 20004 |
| | Telephone:    (202) 637-2200 |
| 24 | ALLISON L. STILLMAN (*pro hac vice*) |
| | Alli.Stillman@lw.com |
| 25 | RACHEL R. BLITZER (*pro hac vice*) |
| | Rachel.blitzer@lw.com |
| 26 | HERMAN H. YUE (*pro hac vice*) |
| | Herman.yue@lw.com |
| 27 | LATHAM & WATKINS LLP |
| | 1271 Avenue of the Americas |
| 28 | New York, NY 10020 |
| | Telephone:    (212) 751-4864 |

CERTIFICATE OF SERVICE
MASTER FILE NO. 3:23-CV-03223-AMO

**CERTIFICATE OF SERVICE**

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 12531 High Bluff Drive, Suite 100, San Diego, CA 92130-2040. I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on March 13, 2025, I served a copy of:

**DECLARATION OF MICHAEL TRINH IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED [ECF NO. 371]**

**PROPOSED REDACTIONS TO ECF 371-1 SEALED MOTION FOR LEAVE**

**PROPOSED REDACTIONS TO ECF 371-2 SEALED EXHIBIT A**

**PROPOSED REDACTIONS TO ECF 371-3 SEALED EXHIBIT B**

**PROPOSED REDACTIONS TO ECF 371-9 SEALED EXHIBIT H**

**PROPOSED REDACTIONS TO ECF 371-11 SEALED EXHIBIT J**

**PROPOSED REDACTIONS TO ECF 371-12 SEALED EXHIBIT K**

**PROPOSED REDACTIONS TO ECF 371-14 SEALED EXHIBIT M**

**PROPOSED REDACTIONS TO ECF 371-16 SEALED APPENDIX A**

**PROPOSED REDACTIONS TO ECF 371-17 SEALED APPENDIX B**

X   **BY ELECTRONIC SERVICE [Fed. R. Civ. P. 5(b)]** by electronically mailing a true and correct copy through Morrison & Foerster LLP's electronic mail system to the email address(es) set forth below, or as stated on the attached service list per agreement in accordance with Fed. R. Civ. P. 5(b).

**JOSEPH SAVERI LAW FIRM, LLP**
Joseph R. Saveri
Cadio R. Zirpoli
Christopher K. L. Young
William W. Castillo Guardado
Holden J. Benon
Aaron Cera
Margaux Poueymirou
Melissa Tribble
601 California St., Ste. 1505
San Francisco, CA 94108
jsaveri@saverilawfirm.com
czirpoli@saverilawfirm.com
cyoung@saverilawfirm.com
wcastillo@saverilawfirm.com
hbenon@saverilawfirm.com
acera@saverilawfirm.com
mpoueymirou@saverilawfirm.com
mtribble@saverilawfirm.com
jslfservice_chatgpt@saverilawfirm.com

**MATTHEW BUTTERICK, ATTORNEY AT LAW**
Matthew Butterick
1920 Hillhurst Ave. #406
Los Angeles, CA 90027
mb@buttericklaw.com

**CAFFERTY, CLOBES MERIWETHER & SPRENGEL LLP**
Bryan L. Clobes
Alexander J. Sweatman
Mohammed Rathur
135 South LaSalle Street, Suite 3210
Chicago, IL 60603
bclobes@caffertyclobes.com
asweatman@caffertyclobes.com
mrathur@caffertyclobes.com

**VENTURA HERSEY & MULLER, LLP**
Daniel J. Muller
1506 Hamilton Avenue
San Jose, CA 95125
dmuller@venturahersey.com

CERTIFICATE OF SERVICE
MASTER FILE NO.3:23-CV-03223-AMO

2

|   |   |
|---|---|
| 1 | **BOIES SCHILLER FLEXNER LLP** |
|   | David Boies (*pro hac vice*) |
| 2 | 333 Main Street |
|   | Armonk, NY 10504 |
| 3 | (914) 749-8200 |
|   | dboies@bsfllp.com |
| 4 | chatgpt_cocounsel@bsfllp.com |
| 5 | Maxwell V. Pritt |
|   | Joshua M. Stein |
| 6 | Reed D. Forbush |
|   | 44 Montgomery Street, 41st Floor |
| 7 | San Francisco, CA 94104 |
|   | (415) 293-6800 |
| 8 | mpritt@bsfllp.com |
|   | jstein@bsfllp.com |
| 9 | rforbush@bsfllp.com |
| 10 | Jesse Panuccio |
|   | 1401 New York Ave, NW |
| 11 | Washington, DC 20005 |
|   | (202) 237-2727 |
| 12 | jpanuccio@bsfllp.com |
|   | jschuffenhauer@bsfllp.com |
| 13 | Evan M. Ezray |
|   | 401 East Las Olas Blvd. Suite 1200 |
| 14 | Fort Lauderdale, FL, 33301 |
|   | (954) 377-4237 |
| 15 | eezray@bsfllp.com |
| 16 | *Counsel for Individual and Representative* |
|   | *Plaintiffs and the Proposed Class* |

CERTIFICATE OF SERVICE
MASTER FILE NO.3:23-CV-03223-AMO                    3

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at San Diego, CA, this 13th day of March 2025.

Jodi L. Thomas