# EXHIBIT A

Case 3:23-cv-03223-AMO   Document 400-1   Filed 03/18/25   Page 2 of 4

In re ChatGPT Litigation, No. 23-cv-03223-AMO (N.D. Cal.) and Consolidated Matters
OpenAI Defendants' February 24, 2025 Privilege Log
- CONFIDENTIAL -

| No. | BATES RANGE | DATE SENT / LAST MODIFIED DATE | CUSTODIAN | FROM/AUTHOR | TO | CC | BCC | SLACK ACTIVE PARTICIPANTS | WITHHOLD/REDACT | PRIVILEGE ASSERTED | REASONS FOR REDACTION/PRIVILEGE | LEGAL PARTICIPANTS | File Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 725 | OPCO_NDCAL_1615282 - OPCO_NDCAL_1615284 | 6/16/2022 | OpenAI | | | | | McGrew, Bob; Paino, Alex; Knight, Matt; Kwon^, Jason; Chang^, Che; Ryder, Nick; Wu, Jeff; Pachocki, Jakub; Weng, Lillian; Nace, Adam | Withhold | AC | Privileged Slack channel with Chang^, Che and Kwon^, Jason dedicated to seeking and providing legal advice and including counsel's participation in discussions with OpenAI employees to inform counsel's assessment of copyright law, legal strategy, and product legal counseling. | Chang^, Che and Kwon^, Jason | html |
| 726 | OPCO_NDCAL_1615286 - OPCO_NDCAL_1615286 | 6/22/2022 | OpenAI | | | | | Wu, Jeff; Kwon^, Jason; Pachocki, Jakub; McGrew, Bob | Withhold | AC | Privileged Slack channel with Chang^, Che and Kwon^, Jason dedicated to seeking and providing legal advice and including counsel's participation in discussions with OpenAI employees to inform counsel's assessment of copyright law, legal strategy, and product legal counseling. | Chang^, Che and Kwon^, Jason | html |
| 727 | OPCO_NDCAL_1615287 - OPCO_NDCAL_1615287 | 6/27/2022 | OpenAI | | | | | McGrew, Bob | Withhold | AC | Privileged Slack channel with Chang^, Che and Kwon^, Jason dedicated to seeking and providing legal advice and including counsel's participation in discussions with OpenAI employees to inform counsel's assessment of copyright law, legal strategy, and product legal counseling. | Chang^, Che and Kwon^, Jason | html |
| 728 | OPCO_NDCAL_1615288 - OPCO_NDCAL_1615291 | 6/29/2022 | OpenAI | | | | | Ryder, Nick; Knight, Matt; Weng, Lilian; Wu, Jeff; Kwon^, Jason; McGrew, Bob; Paino, Alex | Withhold | AC | Privileged Slack channel with Chang^, Che and Kwon^, Jason dedicated to seeking and providing legal advice and including counsel's participation in discussions with OpenAI employees to inform counsel's assessment of copyright law, legal strategy, and product legal counseling. | Chang^, Che and Kwon^, Jason | html |
| 731 | OPCO_NDCAL_1628408 - OPCO_NDCAL_1628409 | 10/29/2023 | Hoeschele, Peter | | | | | | Redact | AC | Document seeking confidential legal advice from Chang^, Che; Kwon^, Jason; and Rubin^, Tom regarding review of an agreement/contract. | Chang^, Che; Kwon^, Jason; Rubin^, Tom | docx |
| 732 | OPCO_NDCAL_1457303 - OPCO_NDCAL_1457303 | 9/8/2023 | Turley, Nick | | | | | | Withhold | AC | Document reflecting and seeking confidential legal advice from Stasi^, Thomas; Rubin^, Tom; and Pantuliano^, Ashley (a collaborator on the document based on metadata) regarding product legal counseling and compliance with legal policies, including copyright law. | Stasi^, Thomas; Rubin^, Tom; Pantuliano^, Ashley | xlsx |
| 733 | OPCO_NDCAL_0759403 - OPCO_NDCAL_0759403 | 4/7/2023 | OpenAI | | | | | Proehl, Elizabeth; Mishkin, Pamela; Wu, Sherwin | Withhold | AC | Confidential internal OpenAI communication seeking confidential legal advice from Pantuliano^, Ashley and OpenAI's legal department regarding contractual issues and product legal counseling. | Pantuliano^, Ashley | html |

Key: ^ denotes OpenAI attorneys and legal personnel

Case 3:23-cv-03223-AMO  Document 400-1  Filed 03/18/25  Page 3 of 4

In re ChatGPT Litigation, No. 23-cv-03223-AMO (N.D. Cal.) and Consolidated Matters
OpenAI Defendants' February 24, 2025 Privilege Log
- CONFIDENTIAL -

| No. | BATES RANGE | DATE SENT / LAST MODIFIED DATE | CUSTODIAN | FROM/AUTHOR | TO | CC | BCC | SLACK ACTIVE PARTICIPANTS | WITHHOLD/REDACT | PRIVILEGE ASSERTED | REASONS FOR REDACTION/PRIVILEGE | LEGAL PARTICIPANTS | File Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 734 | OPCO_NDCAL_1464177 - OPCO_NDCAL_1464177 | 4/7/2022 | OpenAI | | | | | Jiang, Angela; Hoeschele, Peter | Redact | AC | Confidential internal OpenAI communication reflecting confidential legal advice from Chang^, Che regarding product legal counseling and review of and negotiations about an agreement/contract. | Chang^, Che | html |
| 918 | OPCO_NDCAL_1479064 - OPCO_NDCAL_1479069 | 3/17/2022 | Welinder, Peter | Welinder, Peter | Mayer, Katie | | | | Redact | AC | Confidential internal OpenAI communication seeking confidential legal advice from Chang^, Che regarding review of an agreement/contract. | Chang^, Che | eMail |
| 920 | OPCO_NDCAL_1499972 - OPCO_NDCAL_1499975 | 1/14/2022 | OpenAI | | | | | Jiang, Angela; Kelton, Fraser; Welinder, Peter | Redact | AC | Confidential internal OpenAI communication reflecting confidential legal advice from Chang^, Che regarding legal implications of marketing statements and product legal counseling. | Chang^, Che | html |
| 921 | OPCO_NDCAL_1464960 - OPCO_NDCAL_1464963 | 5/2/2023 | OpenAI | | | | | McGrew, Bob; Chen, Mark; Murati, Mira; Welinder, Peter | Redact | AC | Confidential internal OpenAI communication reflecting confidential legal advice from Chang^, Che regarding whether proposed steps will effectuate the legal advice given. | Chang^, Che | html |
| 922 | OPCO_NDCAL_0640171 - OPCO_NDCAL_0640176 | 4/29/2023 | OpenAI | | | | | Brockman, Greg; Murati, Mira; Welinder, Peter; Puri, Raul | Redact | AC | Confidential internal OpenAI communication reflecting confidential legal advice from Chang^, Che regarding product legal counseling. | Chang^, Che | html |
| 923 | OPCO_NDCAL_1500283 - OPCO_NDCAL_1500289 | 5/2/2023 | OpenAI | | | | | Noh, Hyeonwoo; Chen, Mark; Puri, Raul | Redact | AC | Confidential internal OpenAI communication reflecting confidential legal advice from Chang^, Che regarding product legal counseling. | Chang^, Che | html |
| 924 | OPCO_NDCAL_0754650 - OPCO_NDCAL_0754654 | 1/19/2022 | OpenAI | | | | | Paino, Alex; Selsam, Daniel; Han, Jesse; Kaiser, Lukasz; Ryder, Nick; Murk, Oleg; Yuan, Qiming; Pong, Vitchyr; Zaremba, Wojciech | Redact | AC | Confidential internal OpenAI communication reflecting request for legal advice from Chang^, Che and reflecting advice from Chang^, Che regarding product legal counseling. | Chang^, Che | html |
| 928 | OPCO_NDCAL_1472044 - OPCO_NDCAL_1472049 | 11/2/2022 | OpenAI | | | | | Makanju, Anna; Martin, Bianca; Sastry, Girish; Krueger, Gretchen; Parish, Joel; Ahmad, Lama; Brundage, Miles; Mishkin, Pamela; Welinder, Peter; Puri, Raul; Agarwal, Sandhini; Shoker, Sarah; Hu, Shengli; Markov, Todor | Redact | AC | Confidential internal OpenAI communication reflecting confidential legal advice from Chang^, Che regarding regarding legal strategy on copyright law and legal implications. | Chang^, Che | html |
| 929 | OPCO_NDCAL_1472052 - OPCO_NDCAL_1472057 | 11/2/2022 | OpenAI | | | | | Makanju, Anna; Martin, Bianca; Sastry, Girish; Krueger, Gretchen; Parish, Joel; Ahmad, Lama; Brundage, Miles; Mishkin, Pamela; Welinder, Peter; Puri, Raul; Agarwal, Sandhini; Shoker, Sarah; Hu, Shengli; Markov, Todor | Redact | AC | Confidential internal OpenAI communication reflecting confidential legal advice from Chang^, Che regarding product legal counseling. | Chang^, Che | html |
| 931 | OPCO_NDCAL_1687999 - OPCO_NDCAL_1688003 | 10/27/2023 | OpenAI | | | | | Power, Boris; Ross, Carl; de Oliveira Pinto, Henrique Ponde; Mobbs, Ian; Shieh, Jessica; Kilpatrick, Logan; Greene, Ryan; Lessans, Scott; Wu, Sherwin; Anadkat, Shyamal; Posada Fishman, Simon; DePue, Will | Redact | AC | Confidential internal OpenAI communication seeking confidential legal advice from OpenAI's legal department regarding regarding product legal counseling and legal strategy on copyright law. | | html |

Key: ^ denotes OpenAI attorneys and legal personnel

In re ChatGPT Litigation, No. 23-cv-03223-AMO (N.D. Cal.) and Consolidated Matters
OpenAI Defendants' February 24, 2025 Privilege Log
- CONFIDENTIAL -

| No. | BATES RANGE | DATE SENT / LAST MODIFIED DATE | CUSTODIAN | FROM/AUTHOR | TO | CC | BCC | SLACK ACTIVE PARTICIPANTS | WITHHOLD/REDACT | PRIVILEGE ASSERTED | REASONS FOR REDACTION/PRIVILEGE | LEGAL PARTICIPANTS | File Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 932 | OPCO_NDCAL_1615292 - OPCO_NDCAL_1615309 | 6/27/2022 | OpenAI | | | | | McGrew, Bob | Withhold | AC | Attachment to privileged Slack channel with Chang^, Che and Kwon^, Jason dedicated to seeking and providing legal advice and including counsel's participation in discussions with OpenAI employees to inform counsel's assessment of copyright law, legal strategy, and product legal counseling (OPCO_NDCAL_1615288). | Chang^, Che and Kwon^, Jason | xlsx |
| 933 | OPCO_NDCAL_1464964 - OPCO_NDCAL_1464967 | 5/2/2023 | OpenAI | | | | | Brockman, Greg; Welinder, Peter; Murati, Mira; Schulman, John; Puri, Raul | Redact | AC | Confidential internal OpenAI communication reflecting confidential legal advice from Chang^, Che regarding product legal counseling. | Chang^, Che | html |
| 934 | OPCO_NDCAL_1470383 - OPCO_NDCAL_1470388 | 11/2/2022 | OpenAI | | | | | Makanju, Anna; Shoker, Sarah; Puri, Raul; Parish, Joel; Welinder, Peter; Krueger, Gretchen; Ahmad, Lama; Hu, Shengli; Agarwal, Sandhini; Markov, Todor; Sastry, Girish; Brundage, Miles | Redact | AC | Confidential internal OpenAI communication reflecting confidential legal advice from Chang^, Che regarding product legal counseling. | Chang^, Che | html |

Key: ^ denotes OpenAI attorneys and legal personnel