| | |
|---|---|
| **LATHAM & WATKINS LLP**<br>Andrew M. Gass (SBN 259694)<br>  andrew.gass@lw.com<br>Joseph R. Wetzel (SBN 238008)<br>  joe.wetzel@lw.com<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111<br>Telephone: 415.391.0600<br><br>Allison S. Blanco (SBN 287554)<br>  allison.blanco@lw.com<br>650 Town Center Drive 20th Floor<br>Costa Mesa, CA 92626<br>Telephone: 714.540.1235<br><br>Sarang V. Damle (*pro hac vice*)<br>  sy.damle@lw.com<br>Elana Nightingale Dawson (*pro hac vice*)<br>  elana.nightingaledawson@lw.com<br>Michael A. David (*pro hac vice*)<br>  michael.david@lw.com<br>555 Eleventh Street, NW, Suite 1000<br>Washington, D.C. 20004<br>Telephone: 202.637.2200<br><br>Allison L. Stillman (*pro hac vice*)<br>  alli.stillman@lw.com<br>Rachel R. Blitzer *(pro hac vice)*<br>  rachel.blitzer@lw.com<br>Herman H. Yue (*pro hac vice*)<br>  herman.yue@lw.com<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Telephone: 212.906.1200 | **MORRISON & FOERSTER LLP**<br>Joseph C. Gratz (SBN 240676)<br>  jgratz@mofo.com<br>Tiffany Cheung (SBN 211497)<br>  tcheung@mofo.com<br>Joyce C. Li (SBN 323820)<br>  joyceli@mofo.com<br>Melody E. Wong (SBN 341494)<br>  melodywong@mofo.com<br>425 Market Street<br>San Francisco, CA 94105<br>Telephone: 415.268.7000<br><br>Rose S. Lee (SBN 294658)<br>  roselee@mofo.com<br>Alexandra M. Ward (SBN 318042)<br>  alexandraward@mofo.com<br>707 Wilshire Boulevard, Suite 6000<br>Los Angeles, CA 90017<br>Telephone: 213.892.5200<br><br>*Attorneys for Defendants OpenAI, Inc., OpenAI, L.P., OpenAI OpCo, L.L.C., OpenAI GP, L.L.C., OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., and OpenAI Startup Fund Management, LLC* |

[CAPTION CONTINUED ON NEXT PAGE]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE OPENAI CHATGPT LITIGATION<br><br>This Document Relates To:<br><br>Case No. 3:23-cv-03223-AMO<br>Case No. 3:23-cv-03416-AMO<br>Case No. 3:23-cv-04625-AMO | Master File No. 3:23-cv-03223-AMO<br><br>**DECLARATION OF ALLISON S. BLANCO IN SUPPORT OF DEFENDANTS' OPPOSITION TO MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**<br><br>Hon. Araceli Martínez-Olguín |

1  Max I. Levy (SBN 346289)
     *mlevy@mofo.com*
2  755 Page Mill Road
   Palo Alto, CA 94304
3  Telephone: 650.813.5600

4  John R. Lanham (SBN 289382)
     *jlanham@mofo.com*
5  Sarah J. Vandervalk (SBN 332651)
     *svandervalk@mofo.com*
6  12531 High Bluff Drive, Suite 100
   San Diego, CA 92130
7  Telephone: 858.720.5100

8  Eric K. Nikolaides (*pro hac vice*)
     *enikolaides@mofo.com*
9  Zachary S. Newman (*pro hac vice*)
     *znewman@mofo.com*
10  250 West 55th Street
    New York, NY 10019
11  Telephone: 212.468.8000

12  Carolyn M. Homer (SBN 286441)
      *cmhomer@mofo.com*
13  2100 L Street, NW, Suite 900
    Washington, D.C. 20037
14  Telephone: 202.650.4597

15

**KEKER, VAN NEST & PETERS LLP**
16  Robert A. Van Nest (SBN 84065)
      *rvannest@keker.com*
17  R. James Slaughter (SBN 192813)
      *rslaughter@keker.com*
18  Paven Malhotra (SBN 258429)
      *pmalhotra@keker.com*
19  Michelle S. Ybarra (SBN 260697)
      *mybarra@keker.com*
20  Nicholas S. Goldberg (SBN 273614)
      *ngoldberg@keker.com*
21  Thomas E. Gorman (SBN 279409)
      *tgorman@keker.com*
22  Katie Lynn Joyce (SBN 308263)
      *kjoyce@keker.com*
23  Christopher S. Sun (SBN 308945)
      *csun@keker.com*
24  Edward A. Bayley (SBN 267532)
      *ebayley@keker.com*
25  633 Battery Street
    San Francisco, CA 94111
26  Telephone: 415.391.5400
    Facsimile: 415.397.7188

27

28

I, Allison S. Blanco, declare as follows:

1. I am Counsel at Latham & Watkins LLP, and counsel for Defendants OpenAI, Inc., OpenAI LP, OpenAI, LLC, OpenAI GP, LLC, OpenAI OpCo LLC, OpenAI Global LLC, OAI Corporation, LLC, OpenAI Holdings, LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund GP I LLC, and OpenAI Startup Fund Management LLC in this matter. I have personal knowledge of the facts set forth in this declaration. If called as a witness, I could and would competently testify as to these facts under oath.

2. I submit this Declaration in Support of OpenAI's Opposition to Plaintiffs' Motion for Leave to File Second Amended Complaint ("Motion").

3. As of March 18, 2025, OpenAI has produced over 111,000 documents to Plaintiffs in this case in response to document requests served on behalf of Plaintiffs.

4. Through June 2024, OpenAI produced over 7,100 documents to Plaintiffs dated between January 1, 2018, and June 28, 2020.

5. OpenAI produced Motion Exhibit A to Plaintiffs on February 20, 2025.

6. OpenAI produced Motion Exhibit B to Plaintiffs on November 27, 2024.

7. OpenAI produced Motion Exhibit C to Plaintiffs on November 1, 2024.

8. OpenAI produced Motion Exhibit D to Plaintiffs on June 8, 2024.

9. OpenAI produced Motion Exhibit E to Plaintiffs on November 11, 2024.

10. OpenAI produced Motion Exhibit F to Plaintiffs on November 25, 2024.

11. OpenAI produced Motion Exhibit G to Plaintiffs on January 6, 2025.

12. OpenAI produced Motion Exhibit H to Plaintiffs on June 14, 2024.

13. OpenAI produced Motion Exhibit I to Plaintiffs on June 14, 2024.

14. OpenAI produced Motion Exhibit J to Plaintiffs on June 14, 2024.

15. OpenAI produced Motion Exhibit K to Plaintiffs on June 14, 2024.

16. OpenAI produced Motion Exhibit L to Plaintiffs on June 10, 2024.

17. OpenAI produced Motion Exhibit M to Plaintiffs on September 12, 2024.

18. OpenAI has also made available over one hundred thousand gigabytes of source code and training data for inspection.

19. In response to discovery requests served on Plaintiffs in this proceeding seeking discovery related to Plaintiffs' "Copyrighted Works," Plaintiffs objected on grounds that "Copyrighted Works" was overbroad and limited their response to copyrighted works "specifically referred to in the [operative] Complaint."

20. Attached hereto as **Exhibit 1** is a true and correct copy of the transcript for this Court's November 26, 2024 Status Conference in this case

21. Attached hereto as **Exhibit 2** is a true and correct copy of Plaintiff Golden's Response to Interrogatory No. 1.

22. Attached hereto as **Exhibit 3** is a true and correct copy of the April 24, 2024 letter from Joe Wetzel to Joseph R. Saveri.

23. Attached hereto as **Exhibit 4** is a true and correct copy of the May 3, 2024 response letter from Joseph R. Saveri to Joe Wetzel.

24. Attached hereto as **Exhibit 5** is a true and correct copy of an email exchange between counsel for OpenAI, Shalev Netanel, and counsel for Plaintiffs, Alexander Sweatman, ending on February 27, 2025.

25. Prior to filing their Motion, Plaintiffs never communicated to OpenAI that they intended to seek leave to amend to plead new claims, add new parties or works, or expand the scope of the putative class.

26. OpenAI and Plaintiffs have scheduled depositions for March 17, March 25, April 3, April 9 (two depositions), April 11, April 14, April 15, April 16, April 18, and April 22, 2025.

27. Attached hereto as **Exhibit 6** is a true and correct copy of Plaintiffs' Notice of a Rule 30(b)(1) Deposition of Peter Welinder served in *Authors Guild et al. v. OpenAI, Inc. et al.*, Case No. 1:23-cv-08292-SHS (S.D.N.Y. Sept. 19, 2023).

28. Attached hereto as **Exhibit 7** is a true and correct copy of OPCO_NDCAL_0780319, which was produced by OpenAI to Plaintiffs on June 14, 2024.

29. Attached hereto as **Exhibit 8** is a true and correct copy of OPCO_NDCAL_0855085, which was produced by OpenAI to Plaintiffs on June 14, 2024.

1     I declare under penalty of perjury that the foregoing is true and correct.

2 Executed this 18th day of March, 2025, in Los Angeles, California.

By: /s/ *Allison S. Blanco*
Allison S. Blanco
