# EXHIBIT 4

# JOSEPH SAVERI
### L A W   F I R M

601 CALIFORNIA STREET
SUITE 1505
SAN FRANCISCO CA 94108

TEL  415.500.6800
FAX  415.395.9940

**Via Electronic Mail**

May 3, 2024

Joe Wetzel
Latham & Watkins LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
joe.wetzel@lw.com

**Re:**   *In Re ChatGPT Litigation*, **Master File No. 3:23-cv-03223-AMO**

Counsel:

We write to follow up on your April 24, 2024, letter regarding Plaintiffs' responses and objections to OpenAI's First Set of Requests for Production of Documents and OpenAI's First Set of Interrogatories in the above-referenced matter.

Plaintiffs are available to meet and confer on these requests Tuesday May 7 between 11 am – 12:30 pm or 3 – 4:30 pm. Alternatively, Wednesday May 8 within those same time frames.

### A. Plaintiffs' Objection to Copyrighted Works Covered by Plaintiffs' Responses

Plaintiffs confirm that (a) Plaintiffs will amend the Complaint to identify additional copyrighted works not currently in the Complaint to the extent they assert these works; (b) Plaintiffs will respond to discovery in accordance with their obligations set forth in the Federal Rules and in accordance with any applicable Local Rules or Court Orders.

### B. Interrogatory No. 4 (Plaintiffs' Accounts with OpenAI)

Plaintiff Silverman confirms that she will respond to Interrogatory No. 4 in accordance with her obligations set forth in the Federal Rules and in accordance with any applicable Local Rules or Court Orders.

May 3, 2024
Page 2

### C. Interrogatory No. 5 (Instances Plaintiffs' Believed Copyrighted Work Infringed)

Plaintiffs have fulfilled their obligation in responding to this Interrogatory. Plaintiffs are willing to meet and confer on this Interrogatory but continue to stand on their objections as written.

### D. Request for Production No. 6 (Documents / Communications re: Reproduction, Public Display, or Distribution of Plaintiffs' Copyrighted Works by Defendant, Including by ChatGPT)

Plaintiff confirms that to the extent relevant material responsive to RFP No. 13 exists, Plaintiffs will search for and produce such documents on a rolling basis.

For the examples you provide in your letter, no such material exists.

### E. Request for Production Nos. 9, 10 (Documents / Communications re: Plaintiffs' Investigation of Their Claims; Allegation that OpenAI's Conduct Deprived Plaintiffs of "Benefits" of Their Work)

Plaintiffs will meet and confer regarding these requests.

### F. Request for Production No. 13 (Documents / Communications re: Injury or Harm Plaintiffs Claim to Have Suffered as a Result of Defendants Conduct)

Plaintiffs continue to stand on their objections as written. To the extent relevant material responsive to RFP No. 13 exists, Plaintiffs will search for and produce such documents on a rolling basis. Plaintiffs are willing to meet and confer regarding this request.

### G. Request for Production No. 15 (Documents Plaintiffs Intend to Rely on for Summary Judgment or at Trial)

Plaintiffs' investigation is ongoing. To the extent relevant material responsive to RFP No. 15 exists, Plaintiffs will search for and produce such documents on a rolling basis.

### H. Request for Production No. 17 (Documents / Communications Concerning the Litigation)

Plaintiffs' investigation is ongoing. To the extent relevant material responsive to RFP No. 17 exists, Plaintiffs will search for and produce

May 3, 2024
Page 3

such documents on a rolling basis.

## I. Request for Production No. 18 (Documents re: Plaintiffs' Legal Actions)

Plaintiffs' investigation is ongoing. To the extent relevant material responsive to RFP No. 18 exists, Plaintiffs will search for and produce such documents on a rolling basis.

Sincerely,

*/s/Joseph R. Saveri*
Joseph R. Saveri