# EXHIBIT 5

| | |
|---|---|
| From: | Alexander Sweatman <ASweatman@caffertyclobes.com> |
| Sent: | Thursday, February 27, 2025 12:43 PM |
| To: | Netanel, Shalev (Bay Area); mtribble@saverilawfirm.com; mpritt@bsfllp.com; hbenon@saverilawfirm.com; mb@butericklaw.com; mpoueymirou@saverilawfirm.com; aCera@saverilawfirm.com; jsaveri@saverilawfirm.com; jstein@bsfllp.com; cyoung@saverilawfirm.com; JSLFSERVICE_CHATGPT@saverilawfirm.com; Bryan L. Clobes; Mohammed Rathur; Krishna Motta; Alex Lee; chatgpt_cocounsel@bsfllp.com |
| Cc: | #C-M OPENAI COPYRIGHT LITIGATION - LW TEAM; OpenAICopyright@mofo.com; KVPOAI@keker.com |
| Subject: | RE: In re ChatGPT - New Plaintiffs' Asserted Works |

Plaintiffs Coates, Díaz, Greer, Hwang, Klam, Lippman, Snyder, and Woodson are only currently asserting the works identified in the CFAC. Plaintiffs reserve the right to amend the CFAC for any reason, including to add asserted works.

Thanks,
Alex

Alexander J. Sweatman
**Cafferty Clobes Meriwether & Sprengel LLP**
135 South LaSalle Street, Suite 3210
Chicago, IL 60603
p 312.782.4880
f 312.782.4485
www.caffertyclobes.com

---

From: Shalev.Netanel@lw.com <Shalev.Netanel@lw.com>
Sent: Wednesday, February 26, 2025 4:02 PM
To: Alexander Sweatman <ASweatman@caffertyclobes.com>; mtribble@saverilawfirm.com; mpritt@bsfllp.com; hbenon@saverilawfirm.com; mb@butericklaw.com; mpoueymirou@saverilawfirm.com; aCera@saverilawfirm.com; jsaveri@saverilawfirm.com; jstein@bsfllp.com; cyoung@saverilawfirm.com; JSLFSERVICE_CHATGPT@saverilawfirm.com; Bryan L. Clobes <BClobes@caffertyclobes.com>; Mohammed Rathur <MRathur@caffertyclobes.com>; Krishna Motta <kmotta@caffertyclobes.com>; Alex Lee <ALee@caffertyclobes.com>; chatgpt_cocounsel@bsfllp.com
Cc: openaicopyrightlitigation.lwteam@lw.com; OpenAICopyright@mofo.com; KVPOAI@keker.com
Subject: RE: In re ChatGPT - New Plaintiffs' Asserted Works

Alex,

Please respond. This is a simple question that Plaintiffs should already know the answer to, just as Plaintiffs Silverman, Kadrey, Tremblay and Golden did in May 2024.

Regards,

**Shalev Netanel**

**LATHAM & WATKINS LLP**
505 Montgomery Street | Suite 2000 | San Francisco, CA 94111-6538
D: +1.415.395.8121 | M: +1.310.5008821

**From:** Netanel, Shalev (Bay Area)
**Sent:** Monday, February 24, 2025 4:25 PM
**To:** 'Alexander Sweatman' <ASweatman@caffertyclobes.com>; mtribble@saverilawfirm.com; mpritt@bsfllp.com; hbenon@saverilawfirm.com; mb@buttericklaw.com; mpoueymirou@saverilawfirm.com; aCera@saverilawfirm.com; jsaveri@saverilawfirm.com; jstein@bsfllp.com; cyoung@saverilawfirm.com; JSLFSERVICE_CHATGPT@saverilawfirm.com; Bryan L. Clobes <BClobes@caffertyclobes.com>; Mohammed Rathur <MRathur@caffertyclobes.com>; Krishna Motta <kmotta@caffertyclobes.com>; Alex Lee <ALee@caffertyclobes.com>; chatgpt_cocounsel@bsfllp.com
**Cc:** #C-M OPENAI COPYRIGHT LITIGATION - LW TEAM <openaicopyrightlitigation.lwteam@lw.com>; OpenAICopyright@mofo.com; KVPOAI@keker.com
**Subject:** RE: In re ChatGPT - New Plaintiffs' Asserted Works

Alex,

Is your response below on behalf of all Plaintiffs, or just Plaintiffs Coates, Díaz, Greer, Hwang, Klam, Lippman, Snyder, and Woodson? We assume the latter, because the other Plaintiffs have already stated, in writing, that they are only asserting the works they identified in the CFAC and will seek leave to amend if they decide to assert additional works.

With respect to Plaintiffs Coates, Díaz, Greer, Hwang, Klam, Lippman, Snyder, and Woodson, can you please answer the question we asked you last week? Can you confirm that, as of today, Plaintiffs Coates, Díaz, Greer, Hwang, Klam, Lippman, Snyder, and Woodson are only asserting the works that are identified in the CFAC and will seek leave to amend if they wish to assert additional works?

Your assertion that Plaintiffs need not identify all of their asserted works at this juncture because discovery is "ongoing" is incorrect. As an initial matter, each of the Plaintiffs identified an asserted work, **before discovery commenced**, in their original complaints, and **during discovery**, in the CFAC. If your clients intend to assert additional works, then OpenAI is entitled to know that immediately both so it can ensure you have provided the discovery required and so it can pursue any additional discovery that is necessary as a result. That discovery should be provided to us immediately, given the approaching close of fact discovery, compounded by the slow pace at which Plaintiffs have produced the minimal documents they have produced to date.

Regards,

**Shalev Netanel**

**LATHAM & WATKINS LLP**
505 Montgomery Street | Suite 2000 | San Francisco, CA 94111-6538
D: +1.415.395.8121 | M: +1.310.5008821

---

**From:** Alexander Sweatman <ASweatman@caffertyclobes.com>
**Sent:** Monday, February 24, 2025 11:14 AM
**To:** Netanel, Shalev (Bay Area) <Shalev.Netanel@lw.com>; mtribble@saverilawfirm.com; mpritt@bsfllp.com; hbenon@saverilawfirm.com; mb@buttericklaw.com; mpoueymirou@saverilawfirm.com; aCera@saverilawfirm.com; jsaveri@saverilawfirm.com; jstein@bsfllp.com; cyoung@saverilawfirm.com; JSLFSERVICE_CHATGPT@saverilawfirm.com; Bryan L. Clobes <BClobes@caffertyclobes.com>; Mohammed Rathur <MRathur@caffertyclobes.com>; Krishna Motta <kmotta@caffertyclobes.com>; Alex Lee <ALee@caffertyclobes.com>; chatgpt_cocounsel@bsfllp.com
**Cc:** #C-M OPENAI COPYRIGHT LITIGATION - LW TEAM <openaicopyrightlitigation.lwteam@lw.com>; OpenAICopyright@mofo.com; KVPOAI@keker.com
**Subject:** RE: In re ChatGPT - New Plaintiffs' Asserted Works

Counsel:

2

The full range of Plaintiffs' works that are included in the various training data sets used by OpenAI is still the subject of ongoing discovery so we continue to reserve all rights regarding whether and to what extent to move to amend the current complaint for any reason, including this one.

Alexander J. Sweatman
**Cafferty Clobes Meriwether & Sprengel LLP**
135 South LaSalle Street, Suite 3210
Chicago, IL 60603
p 312.782.4880
f 312.782.4485
www.caffertyclobes.com

---

**From:** Shalev.Netanel@lw.com <Shalev.Netanel@lw.com>
**Sent:** Thursday, February 20, 2025 5:15 PM
**To:** mtribble@saverilawfirm.com; mpritt@bsfllp.com; hbenon@saverilawfirm.com; mb@buttericklaw.com; mpoueymirou@saverilawfirm.com; aCera@saverilawfirm.com; jsaveri@saverilawfirm.com; jstein@bsfllp.com; cyoung@saverilawfirm.com; JSLFSERVICE_CHATGPT@saverilawfirm.com; Bryan L. Clobes <BClobes@caffertyclobes.com>; Mohammed Rathur <MRathur@caffertyclobes.com>; Krishna Motta <kmotta@caffertyclobes.com>; Alexander Sweatman <ASweatman@caffertyclobes.com>; Alex Lee <ALee@caffertyclobes.com>; chatgpt_cocounsel@bsfllp.com
**Cc:** openaicopyrightlitigation.lwteam@lw.com; OpenAICopyright@mofo.com; KVPOAI@keker.com
**Subject:** In re ChatGPT - New Plaintiffs' Asserted Works

Counsel for Plaintiffs Coates, Díaz, Greer, Hwang, Klam, Lippman, Snyder, and Woodson:

On May 3, 2024, Plaintiffs Kadrey, Silverman, Golden, and Tremblay confirmed that they would "amend the Complaint to identify additional copyrighted works not currently in the Complaint to the extent they assert these works." May 3, 2024 Saveri Ltr. to J. Wetzel. As no such amendment has occurred, we understand that Plaintiffs Kadrey, Silverman, Golden, and Tremblay are only asserting infringement of the works identified in Exhibit A to the Amended Complaint, ECF No. 120-1. Please confirm by **Monday, February 24, 2025**, that Plaintiffs Coates, Díaz, Greer, Hwang, Klam, Lippman, Snyder, and Woodson likewise only assert infringement of the works identified in Exhibit A to the Amended Complaint, *id.*, and that they will move for leave to amend the Complaint should they seek to assert any additional works.

Regards,

**Shalev Netanel**

**LATHAM & WATKINS LLP**
505 Montgomery Street
Suite 2000
San Francisco, CA 94111-6538
Direct Dial: +1.415.395.8121
Email: shalev.netanel@lw.com
https://www.lw.com

---

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.