| | |
|---|---|
| **LATHAM & WATKINS LLP**<br>Andrew M. Gass (SBN 259694)<br> *andrew.gass@lw.com*<br>Joseph R. Wetzel (SBN 238008)<br> *joe.wetzel@lw.com*<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111<br>Telephone: 415.391.0600<br><br>Allison S. Blanco (SBN 287554)<br> *allison.blanco@lw.com*<br>650 Town Center Drive 20th Floor<br>Costa Mesa, CA 92626<br>Telephone: 714.540.1235<br><br>Sarang V. Damle (*pro hac vice*)<br> *sy.damle@lw.com*<br>Elana Nightingale Dawson (*pro hac vice*)<br> *elana.nightingaledawson@lw.com*<br>Michael A. David (*pro hac vice*)<br> *michael.david@lw.com*<br>555 Eleventh Street, NW, Suite 1000<br>Washington, D.C. 20004<br>Telephone: 202.637.2200<br><br>Allison L. Stillman (*pro hac vice*)<br> *alli.stillman@lw.com*<br>Rachel R. Blitzer *(pro hac vice)*<br> *rachel.blitzer@lw.com*<br>Herman H. Yue (*pro hac vice*)<br> *herman.yue@lw.com*<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Telephone:  212.906.1200 | **MORRISON & FOERSTER LLP**<br>Joseph C. Gratz (SBN 240676)<br> *jgratz@mofo.com*<br>Tiffany Cheung (SBN 211497)<br> *tcheung@mofo.com*<br>Joyce C. Li (SBN 323820)<br> *joyceli@mofo.com*<br>Melody E. Wong (SBN 341494)<br> *melodywong@mofo.com*<br>425 Market Street<br>San Francisco, CA 94105<br>Telephone: 415.268.7000<br><br>Rose S. Lee (SBN 294658)<br> *roselee@mofo.com*<br>Alexandra M. Ward (SBN 318042)<br> *alexandraward@mofo.com*<br>707 Wilshire Boulevard, Suite 6000<br>Los Angeles, CA 90017<br>Telephone: 213.892.5200<br><br>*Attorneys for Defendants OpenAI, Inc., OpenAI, L.P., OpenAI OpCo, L.L.C., OpenAI GP, L.L.C., OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., and OpenAI Startup Fund Management, LLC* |

[CAPTION CONTINUED ON NEXT PAGE]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE OPENAI CHATGPT LITIGATION<br><br>This Document Relates To:<br><br>Case No. 3:23-cv-03223-AMO<br>Case No. 3:23-cv-03416-AMO<br>Case No. 3:23-cv-04625-AMO | Master File No. 3:23-cv-03223-AMO<br><br>**CERTIFICATE OF SERVICE**<br><br><br><br>Hon. Araceli Martínez-Olguín |

```
 1  Max I. Levy (SBN 346289)
      mlevy@mofo.com
 2  755 Page Mill Road
    Palo Alto, CA 94304
 3  Telephone: 650.813.5600

 4  John R. Lanham (SBN 289382)
      jlanham@mofo.com
 5  Sarah J. Vandervalk (SBN 332651)
      svandervalk@mofo.com
 6  12531 High Bluff Drive, Suite 100
    San Diego, CA 92130
 7  Telephone: 858.720.5100

 8  Eric K. Nikolaides (pro hac vice)
      enikolaides@mofo.com
 9  Zachary S. Newman (pro hac vice)
      znewman@mofo.com
10  250 West 55th Street
    New York, NY 10019
11  Telephone: 212.468.8000

12  Carolyn M. Homer (SBN 286441)
      cmhomer@mofo.com
13  2100 L Street, NW, Suite 900
    Washington, D.C. 20037
14  Telephone: 202.650.4597

15
    KEKER, VAN NEST & PETERS LLP
16  Robert A. Van Nest (SBN 84065)
      rvannest@keker.com
17  R. James Slaughter (SBN 192813)
      rslaughter@keker.com
18  Paven Malhotra (SBN 258429)
      pmalhotra@keker.com
19  Michelle S. Ybarra (SBN 260697)
      mybarra@keker.com
20  Nicholas S. Goldberg (SBN 273614)
      ngoldberg@keker.com
21  Thomas E. Gorman (SBN 279409)
      tgorman@keker.com
22  Katie Lynn Joyce (SBN 308263)
      kjoyce@keker.com
23  Christopher S. Sun (SBN 308945)
      csun@keker.com
24  Edward A. Bayley (SBN 267532)
      ebayley@keker.com
25  633 Battery Street
    San Francisco, CA 94111
26  Telephone: 415.391.5400
    Facsimile: 415.397.7188
27

28
```

# CERTIFICATE OF SERVICE

I am employed in Orange County, C.A.  I am over the age of 18 years and not a party to this action. My business address is Latham & Watkins LLP, 650 Town Center Drive, 20th Floor, Costa Mesa, CA 92626.

I further declare that on March 18, 2025, I caused to be served by email on the recipients listed below a copy of:

**DEFENDANTS' MATERIALS FILED UNDER SEAL**

☒ **BY ELECTRONIC SERVICE [Fed. Rule Civ. Proc. rule 5(b)]** by electronically mailing a true and correct copy through Latham & Watkins LLP's electronic mail system to the e-mail address(es) set forth below, or as stated on the attached service list per agreement in accordance with Federal Rules of Civil Procedure rule 5(b).

| | |
|---|---|
| Joseph R. Saveri<br>Cadio R. Zirpoli<br>Christopher K.L. Young<br>Aaron Cera<br>Holden J. Benon<br>William Waldir Castillo Guardado<br>Melissa Tribble<br>Alexander Zeng<br>**JOSEPH SAVERI LAW FIRM, LLC**<br>601 California Street, Suite 1505<br>San Francisco, CA 94108<br>Phone: 415.500.6800<br>Email: *jsaveri@saverilawfirm.com*<br>      *czirpoli@saverilawfirm.com*<br>      *cyoung@saverilawfirm.com*<br>      *hbenon@saverilawfirm.com*<br>      *acera@saverilawfirm.com*<br>      *wcastillo@saverilawfirm.com*<br>      *mtribble@saverilawfirm.com*<br>      *azeng@saverilawfirm.com*<br><br>Matthew Butterick<br>**MATTHEW BUTTERICK, ATTORNEY AT LAW**<br>1920 Hillhurst Ave. #406<br>Los Angeles, CA 90027<br>Phone: 323.968.2632<br>Email: *mb@butterickllaw.com* | Maxwell V. Pritt<br>Joshua M. Stein<br>**BOIES SCHILLER FLEXNER LLP**<br>44 Montgomery Street, 41st Floor<br>San Francisco, CA 94104<br>Phone: 415.293.6869<br>Email: *mpritt@bsfllp.com*<br>      *jstein@bsfllp.com*<br><br>David Boies<br>333 Main Street<br>Armonk, NY 10504<br>Phone: 914.749.8200<br>Email: *dboies@bsfllp.com*<br><br>Jesse M. Panuccio (*pro hac vice*)<br>Evan M. Ezray<br>401 East Las Olas Boulevard, Suite 1200<br>Fort Lauderdale, FL 33301<br>Phone: 202 274 1130<br>Email: *jpanuccio@bsfllp.com*<br>      *eezray@bsfllp.com* |

JSLFSERVICE_CHATGPT@saverilawfirm.com
chatgpt_cocounsel@bsfllp.com

*Attorneys for Plaintiffs Paul Tremblay, Sarah Silverman, Christopher Golden, and Richard Kadrey*

| | |
|---|---|
| Bryan L. Clobes (*pro hac vice*) <br> **CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP** <br> 1101 Market Street, Suite 2650 <br> Philadelphia, PA 19107 <br> Phone: 215.864.2800 <br> Email: *bclobes@caffertyclobes.com* <br><br> Alexander J. Sweatman (*pro hac vice*) <br> Mohammed A. Rathur (*pro hac vice*) <br> 135 South LaSalle Street, Suite 3210 <br> Chicago, IL 60603 <br> Phone: 312.782.4880 <br> Email: *asweatman@caffertyclobes.com* <br>     *mrathur@caffertyclobes.com* <br><br> Daniel J. Muller <br> **VENTURA HERSEY & MULLER, LLP** <br> 1506 Hamilton Avenue <br> San Jose, CA 95125 <br> Phone: 408.512.3022 <br> Email: *dmuller@venturahersey.com* | Maxwell V. Pritt <br> Joshua M. Stein <br> Reed Forbush <br> **BOIES SCHILLER FLEXNER LLP** <br> 44 Montgomery Street, 41st Floor <br> San Francisco, CA 94104 <br> Phone: 415.293.6869 <br> Email: *mpritt@bsfllp.com* <br>     *jstein@bsfllp.com* <br>     *rforbush@bsfllp.com* <br><br> David Boies (*pro hac vice*) <br> 333 Main Street <br> Armonk, NY 10504 <br> Phone: 914.749.8200 <br> Email: *dboies@bsfllp.com* <br><br> Jesse M. Panuccio (*pro hac vice*) <br> Evan M. Ezray <br> 401 East Las Olas Boulevard, Suite 1200 <br> Fort Lauderdale, FL 33301 <br> Phone: 202.274.1130 <br> Email: *jpanuccio@bsfllp.com* <br>     *eezray@bsfllp.com* <br>     *chatgpt_cocounsel@bsfllp.com* |

*Attorneys for Plaintiffs David Henry Hwang, Matthew Klam, Rachel Louise Snyder, Laura Lippman, Jacqueline Woodson, Andrew Sean Greer, Ta-Nehisi Coates, and Junot Díaz*

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Los Angeles, CA, this March 18, 2025.

| | |
|---|---|
| _____Allison S. Blanco_____ <br> (typed) | ___/s/ Allison S. Blanco___ <br> (signature) |