**JOSEPH SAVERI LAW FIRM, LLP**
Joseph R. Saveri (SBN 130064)
601 California Street, Suite 1505
San Francisco, CA 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email: jsaveri@saverilawfirm.com

**CAFFERTY CLOBES MERIWETHER
& SPRENGEL LLP**
Bryan L. Clobes (*pro hac vice*)
205 N. Monroe Street
Media, PA 19063
Telephone: (215) 864-2800
Email: bclobes@caffertyclobes.com

**BOIES SCHILLER FLEXNER LLP**
David Boies (*pro hac vice*)
333 Main Street
Armonk, NY 10504
Telephone: (914) 749-8200
Email: dboies@bsfllp.com

Matthew Butterick (SBN 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone: (323) 968-2632
Facsimile: (415) 395-9940
Email: mb@butericklaw.com

*Counsel for Individual and Representative
Plaintiffs and the Proposed Class*

[Additional counsel on signature page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPENAI CHATGPT LITIGATION<br><br>This document relates to:<br><br>All Actions | Master File No. 3:23-cv-03223-AMO<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

Pursuant to Civil Local Rules 7-11 and 79-5(f) and the Protective Order entered by this Court, (ECF No. 106), Plaintiffs submit this Administrative Motion to Consider Whether Another Party's Material Should Be Sealed in connection with Plaintiffs' Motion for Relief from Non-Dispositive Pretrial Order of Magistrate Judge [ECF No. 378]. Specifically, the document subject to this Administrative Motion includes the following:

| Document | Portion of Document Sought to be Sealed | Party Claiming Confidentiality |
|---|---|---|
| Plaintiffs' Motion for Relief from Non-Dispositive Pretrial Order of Magistrate Judge [ECF No. 378] | Highlighted portions on Pages 2-3 | Defendants |

In compliance with their Protective Order obligations and the Civil Local Rules of this District, Plaintiffs are submitting under seal, along with this Administrative Motion, an unredacted copy of the document referenced in the table above pursuant to Civil Local Rule 79-5(e). Plaintiffs understand that Defendants, as the Designating Party, will submit a statement and/or declaration under Civil Local Rule 79-5(f)(3) stating the applicable legal standard and the reasons for keeping the identified material under seal.

Plaintiffs' position is that none of the statements (which Defendants have designated as Highly Confidential—Attorneys' Eyes Only) meet the applicable standard for sealing requests. *See In re Da Vinci Surgical Robot Antitrust Litig.*, 2024 WL 1687645, at *1 (N.D. Cal. Apr. 17, 2024) ("A party seeking to seal records must provide compelling reasons to overcome the strong presumption in favor of access.") (internal cite and quotes omitted). *See also* Order, *Kadrey v. Meta Platforms, Inc.*, No. 23-cv-03417, ECF No. 373 (N.D. Cal. Jan. 8, 2025) (Chhabria, J.) ("Meta's request is preposterous . . . It is clear that Meta's sealing request is not designed to protect against the disclosure of sensitive business information that competitors could use to their advantage.").

| | | |
|---|---|---|
| Dated: March 19, 2025 | By: | */s/ Joseph R. Saveri* |
| | | Joseph R. Saveri |

Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Holden Benon (State Bar No. 325847)
Aaron Cera (State Bar No. 351163)
Melissa Tribble (State Bar No. 339098)
Alexander Y. Zeng (State Bar No. 360220)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, CA 94108
Telephone:   (415) 500-6800
Facsimile:   (415) 395-9940
Email:   jsaveri@saverilawfirm.com
  czirpoli@saverilawfirm.com
  cyoung@saverilawfirm.com
  hbenon@saverilawfirm.com
  acera@saverilawfirm.com
  mtribble@saverilawfirm.com
  azeng@saverilawfirm.com

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone:   (323) 968-2632
Facsimile:   (415) 395-9940
Email:   mb@butdericklaw.com

Bryan L. Clobes (pro hac vice)
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
205 N. Monroe Street
Media, PA 19063
Telephone:   215-864-2800
Email:   bclobes@caffertyclobes.com

Alexander J. Sweatman (pro hac vice)
**CAFFERTY CLOBES MERIWETHER**
**& SPRENGEL LLP**
135 South LaSalle Street, Suite 3210
Chicago, IL 60603
Telephone:    312-782-4880
Email:        asweatman@caffertyclobes.com

Daniel J. Muller (State Bar No. 193396)
**VENTURA HERSEY & MULLER, LLP**
1506 Hamilton Avenue
San Jose, California 95125
Telephone:     (408) 512-3022
Facsimile:     (408) 512-3023
Email:         dmuller@venturahersey.com

David Boies
**BOIES SCHILLER FLEXNER LLP**
333 Main Street
Armonk, NY 10504
Telephone:     (914) 749-8201
Facsimile:     (914) 749-8300
Email:         dboies@bsfllp.com

Evan Matthew Ezray
**BOIES SCHILLER FLEXNER LLP**
401 E. Las Olas Blvd., Suite 1200
Ft. Lauderdale, FL 33301
Telephone:     (954) 377-4237
Email:         eezray@bsfllp.com

Jesse Michael Panuccio
**BOIES SCHILLER FLEXNER LLP**
1401 New York Ave. NW
Washington, DC 20005
Telephone:     (202) 237-2727
Email:         jpanuccio@bsfllp.com

Maxwell V. Pritt
Joshua Michelangelo Stein
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone:     (415) 293-6813
Telephone:     (415) 293-6800
Email:         mpritt@bsfllp.com
Email:         jstein@bsfllp.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*