Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Holden Benon (State Bar No. 325847)
Aaron Cera (State Bar No. 351163)
Melissa Tribble (State Bar No. 339098)
Alexander Y. Zeng (State Bar No. 360220)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, California 94108
Telephone:    (415) 500-6800
Facsimile:    (415) 395-9940
Email:        jsaveri@saverilawfirm.com
              czirpoli@saverilawfirm.com
              cyoung@saverilawfirm.com
              hbenon@saverilawfirm.com
              acera@saverilawfirm.com
              mtribble@saverilawfirm.com
              azeng@saverilawfirm.com

*Counsel for Individual and Representative
Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPENAI CHATGPT LITIGATION | Master File No. 3:23-cv-03223-AMO |
| | **CERTIFICATE OF SERVICE** |

CERTIFICATE OF SERVICE

## CERTIFICATE OF SERVICE

I, the undersigned, am employed by the Joseph Saveri Law Firm, LLP. My business address is 601 California Street, Suite 1505, San Francisco, California 94108. I am over the age of eighteen and not a party to this action.

On March 19, 2025, I caused the following documents to be served by email upon the parties listed on the attached Service List:

- **PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**
- **[PROPOSED] ORDER REGARDING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**
- **PLAINTIFFS' MOTION FOR RELIEF FROM NON-DISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE [ECF No. 378]**
- **[PROPOSED] ORDER REGARDING PLAINTIFFS' MOTION FOR RELIEF FROM NON-DISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE [ECF No. 378]**

I declare under penalty of perjury that the foregoing is true and correct. Executed March 19, 2025, at San Francisco, California.

By:   */s/ Joshua Ram*
_____
Joshua Ram

## SERVICE LIST

Joseph Charles Gratz
Joyce C. Li
Melody Ellen Wong
Tiffany Cheung
**MORRISON & FOERSTER
LLP** 425 Market Street
San Francisco, CA 94105
Email: jgratz@mofo.com

joyceli@mofo.com
melodywong@mofo.com
tcheung@mofo.com

Alexandra Marie Ward
Rose S. Lee
**MORRISON & FOERSTER LLP**
707 Wilshire Blvd., Suite 6000
Los Angeles, CA 90017
Email: alexandraward@mofo.com

roselee@mofo.com

Sarah Vandervalk
**MORRISON & FOERSTER LLP**
12531 High Bluff Drive, Suite 100
San Diego, CA 92130
Email: svandervalk@mofo.com

Eric Nikolaides
**MORRISON & FOERSTER LLP**
250 W. 55th St
New York, NY 10019
Email: enikolaides@mofo.com

Max I. Levy
**MORRISON & FOERSTER LLP**
755 Page Mill Road
Palo Alto, CA 94304-1018
Email: mlevy@mofo.com

OpenAICopyright@mofo.com

Andrew Michael Gass
Joseph Richard Wetzel
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Email: andrew.gass@lw.com

joseph.wetzel@lw.com

Allison L. Stillman
Rachel R. Blitzer
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Email: alli.stillman@lw.com

rachel.blitzer@lw.com

Sarang Damle
Elana Nightingale Dawson
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1505
Washington, DC 20004
Email: sy.damle@lw.com

elana.nightingaledawson@lw.com

openaicopyrightlitigation.lwteam@lw.com

[continued on next page]

Paven Malhotra
Robert Addy Van Nest
Christopher Steven Sun
Katie Lynn Joyce
Michelle Sabrina Ybarra
Nicholas Samuel Goldberg
R. James Slaughter
Thomas Edward Gorman
**KEKER VAN NEST & PETERS**
633 Battery St.
San Francisco, CA 94111
Email: pmalhotra@keker.com
        rvannest@keker.com
        csun@keker.com
        kjoyce@keker.com
        mybarra@keker.com
        ngoldberg@keker.com
        rslaughter@keker.com
        tgorman@keker.com

KVPOAI@keker.com

Khirin A. Bunker
Paul W. Garrity
**SHEPPARD MULLIN LLP**
30 Rockefeller Plaza
New York, NY 10112
Email: kbunker@sheppardmullin.com
         pgarrity@sheppardmullin.com

*Counsel for Defendants OpenAI, Inc., a Delaware nonprofit corporation; OpenAI, L.P., a Delaware limited partnership; OpenAI OpCo, L.L.C., a Delaware limited liability corporation; OpenAI GP, L.L.C., a Delaware limited liability company; OpenAI Startup Fund GP I, L.L.C., a Delaware limited liability company; OpenAI Startup Fund I, L.P., a Delaware limited partnership; OpenAI Startup Fund Management, LLC, a Delaware limited liability company*