**JOSEPH SAVERI LAW FIRM, LLP**
Joseph R. Saveri (SBN 130064)
601 California Street, Suite 1505
San Francisco, CA 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email: jsaveri@saverilawfirm.com

**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
Bryan L. Clobes (*pro hac vice*)
205 N. Monroe Street
Media, PA 19063
Telephone: (215) 864-2800
Email: bclobes@caffertyclobes.com

**BOIES SCHILLER FLEXNER LLP**
David Boies (*pro hac vice*)
333 Main Street
Armonk, NY 10504
Telephone: (914) 749-8200
Email: dboies@bsfllp.com

Matthew Butterick (SBN 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone: (323) 968-2632
Facsimile: (415) 395-9940
Email: mb@butterick law.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*

[Additional counsel on signature page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPENAI CHATGPT LITIGATION<br><br>This document relates to:<br><br>Case No. 3:23-cv-03223-AMO<br>Case No. 4:23-cv-03416-AMO<br>Case No. 4:23-cv-04625-AMO | Case No. 3:23-cv-03223-AMO<br><br>**DECLARATION OF REED D. FORBUSH IN SUPPORT OF PLAINTIFFS' MOTION FOR RELIEF FROM NON-DISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE** |

I, Reed D. Forbush, declare as follows:

1. I am an attorney duly licensed to practice in the State of California. I am Counsel in the San Francisco office of Boies Schiller Flexner, LLP ("BSF"), counsel for Plaintiffs in the above-captioned action. I have personal knowledge of the matters stated herein and if called, I can competently testify thereto.

2. I make this declaration pursuant to 28 U.S.C. § 1746 in support of Plaintiffs' Motion for Relief From Non-Dispositive Pretrial Order of Magistrate Judge.

3. Attached to this Declaration as **Exhibit A** is a true and correct copy of an article titled "Microsoft to Invest $10 Billion in OpenAI, the Creator of ChatGPT," published in the *New York Times* on January 23, 2023.

4. Attached to this Declaration as **Exhibit B** is a true and correct copy of an article titled *"*How Microsoft's Satya Nadella Kept the 'Best Bromance in Tech' Alive," published in the *New York Times* on November 20, 2023.

5. Attached to this Declaration as **Exhibit C** is a true and correct copy of a document produced in this action with beginning Bates number OPCO_NDCAL_1463998.

6. Attached to this Declaration as **Exhibit D** is a true and correct copy of a document produced in this action with beginning Bates number OPCO_NDCAL_ 1478784.

7. Attached to this Declaration as **Exhibit E** is a true and correct copy of a document produced in this action with beginning Bates number OPCO_NDCAL_ 0871051.

8. Attached to this Declaration as **Exhibit F** is a true and correct copy of a document produced in this action with beginning Bates number OPCO_NDCAL_ 1622427.

9. Attached to this Declaration as **Exhibit G** is a true and correct copy of Microsoft's Responses and Objections to Plaintiffs' Subpoena to Produce Documents dated December 20, 2024.

10. Attached to this Declaration as **Exhibit H** is a true and correct copy of a transcript of the hearing held in this matter on February 11, 2025.

1  I declare under penalty of perjury that the foregoing is true and correct. Executed this 20th day of
2  March, 2025 in San Francisco, California.

3

4                                                  By:        /s/ *Reed D. Forbush*
                                                              Reed D. Forbush
5