**BOIES SCHILLER FLEXNER LLP**
David Boies (*pro hac vice*)
333 Main Street
Armonk, NY 10504
(914) 749-8200
dboies@bsfllp.com

Maxwell V. Pritt (SBN 253155)
Joshua M. Stein (SBN 298856)
Margaux Poueymirou (SBN 356000)
Reed Forbush (SBN 347964)
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
(415) 293-6800
mpritt@bsfllp.com
jstein@bsfllp.com
mpoueymirou@bsfllp.com
rforbush@bsfllp.com

Jesse Panuccio (*pro hac vice*)
1401 New York Ave, NW
Washington, DC 20005
(202) 237-2727
jpanuccio@bsfllp.com

Evan Matthew Ezray *(pro hac vice)*
401 E. Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
eezray@bsfllp.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPENAI CHATGPT LITIGATION<br><br>This document relates to:<br><br>Case No. 3:23-cv-03223-AMO<br>Case No. 4:23-cv-03416-AMO<br>Case No. 4:23-cv-04625-AMO | Case No. 3:23-cv-03223-AMO<br><br>**DECLARATION OF JOSHUA M. STEIN IN SUPPORT OF PLAINTIFFS' REPLY TO MOTION FOR LEAVE TO FILE SECOND AMENDED CONSOLIDATED COMPLAINT** |

I, Joshua M. Stein, declare as follows:

1. I am an attorney duly licensed to practice in the State of California. I am a partner in the San Francisco, California office of Boies Schiller Flexner, LLP ("BSF"), counsel for Plaintiffs in the above-captioned action. I have personal knowledge of the matters stated herein and, if called upon, I can competently testify thereto. I make this declaration pursuant to 28 U.S.C. § 1746 and Local Rule 6-3 in support of Plaintiffs' Reply to their Motion for Leave to File Second Amended Consolidated Complaint.

2. Attached as **Exhibit A** is a true and correct copy of a document produced by OpenAI with a Bates number of OPCO_NDCAL_1688072.

3. Attached as **Exhibit B** is a true and correct copy of a document produced by OpenAI with a Bates number of OPCO_NDCAL_1614289. This document was produced as a native PowerPoint presentation and has been converted to PDF for the purpose of this exhibit.

4. Attached as **Exhibit C** is a true and correct copy of a document produced by OpenAI with a Bates number of OPCO_NDCAL_1606971.

5. Attached as **Exhibit D** is a true and correct copy of a document produced by OpenAI with a Bates number of OPCO_NDCAL_0868997.

6. Attached as **Exhibit E** is a true and correct copy of a document produced by OpenAI with a Bates number of OPCO_NDCAL_1683274.

7. Attached as **Exhibit F** is a true and correct copy of a document produced by OpenAI with a Bates number of OPCO_NDCAL_1483514.

8. Attached as **Exhibit G** is a true and correct copy of a document produced by OpenAI with a Bates number of OPCO_NDCAL_0045948.

I declare under penalty of perjury that the foregoing is true and correct. Executed on the 25th day of March, 2025 in San Francisco, California.

Dated: March 25, 2025     By:   /s/ Joshua M. Stein
                                 Joshua M. Stein