| | |
|---|---|
| JOSEPH C. GRATZ (CA SBN 240676) <br> JGratz@mofo.com <br> TIFFANY CHEUNG (CA SBN 211497) <br> TCheung@mofo.com <br> JOYCE C. LI (CA SBN 323820) <br> JoyceLi@mofo.com <br> MELODY E. WONG (SBN 341494) <br> MelodyWong@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street, <br> San Francisco, California 94105-2482 <br> Telephone: (415) 268-7000 <br> Facsimile: (415) 268-7522 <br><br> ROSE S. LEE (CA SBN 294658) <br> RoseLee@mofo.com <br> ALEXANDRA M. WARD (CA SBN 318042) <br> AlexandraWard@mofo.com <br> MORRISON & FOERSTER LLP <br> 707 Wilshire Boulevard <br> Los Angeles, California 90017-3543 <br> Telephone: (213) 892-5200 <br> Facsimile: (213) 892-5454 <br> [CAPTION CONTINUED ON NEXT PAGE] <br><br> Attorneys for Defendants <br> OPENAI, INC., OPENAI, L.P., OPENAI OPCO, L.L.C., OPENAI GP, L.L.C., OPENAI STARTUP FUND GP I, L.L.C., OPENAI STARTUP FUND I, L.P., AND OPENAI STARTUP FUND MANAGEMENT, LLC | ANDREW M. GASS (SBN 259694) <br> Andrew.Gass@lw.com <br> JOSEPH R. WETZEL (SBN 238008) <br> Joseph.Wetzel@lw.com <br> LATHAM & WATKINS LLP <br> 505 Montgomery Street, Suite 2000 <br> San Francisco, California 94111 <br> Telephone: (415) 391-0600 <br><br> ROBERT A. VAN NEST (SBN 84065) <br> rvannest@keker.com <br> R. JAMES SLAUGHTER (SBN 192813) <br> rslaughter@keker.com <br> PAVEN MALHOTRA (SBN 258429) <br> pmalhotra@keker.com <br> MICHELLE YBARRA (SBN 260697) <br> mybarra@keker.com <br> NICHOLAS S. GOLDBERG (SBN 273614) <br> ngoldberg@keker.com <br> THOMAS E. GORMAN (SBN 279409) <br> tgorman@keker.com <br> KATIE LYNN JOYCE (SBN 308263) <br> kjoyce@keker.com <br> CHRISTOPHER SUN (SBN 308945) <br> csun@keker.com <br> KEKER, VAN NEST & PETERS LLP <br> 633 Battery Street <br> San Francisco, CA 94111-1809 <br> Telephone: (415) 391-5400 <br> Facsimile: (415) 391-7188 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPENAI CHATGPT LITIGATION <br><br> This document relates to: <br><br> All Actions | Master File No. 3:23-cv-03223-AMO <br><br> **DEFENDANTS' RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED [ECF NO. 406]** |

1  JOHN R. LANHAM (CA SBN 289382)
   JLanham@mofo.com
2  SARAH J. VANDERVALK (CA SBN 332651)
   SVandervalk@mofo.com
3  MORRISON & FOERSTER LLP
   12531 High Bluff Drive, Suite 100
4  San Diego, CA 92130
   Telephone:  (858) 720-5100
5  Facsimile:  (858) 523-2803

6  CAROLYN M. HOMER (CA SBN 286441)
   CMHomer@mofo.com
7  MORRISON & FOERSTER LLP
   2100 L Street, NW, Suite 900
8  Washington, D.C. 20037
   Telephone:  (202) 887-1500
9  Facsimile:  (202) 887-0763

10 MAX I. LEVY (CA SBN 346289)
   MLevy@mofo.com
11 MORRISON & FOERSTER LLP
   755 Page Mill Road
12 Palo Alto, CA 94304-1018
   Telephone:  (650) 813-5600
13 Facsimile:  (650) 494-0792

14 ERIC K. NIKOLAIDES (*pro hac vice*)
   ENikolaides@mofo.com
15 ZACHARY S. NEWMAN (*pro hac vice*)
   ZNewman@mofo.com
16 MORRISON & FOERSTER LLP
   250 West 55th Street
17 New York, NY 10019-9601
   Telephone:  (212) 468-8000
18 Facsimile:  (212) 468-7900

19 SARANG VIJAY DAMLE (*pro hac vice*)
   Sy.Damle@lw.com
20 MICHAEL A. DAVID (*pro hac vice*)
   Michael.David@lw.com
21 ELANA NIGHTINGALE DAWSON (*pro hac vice*)
   Elana.Nightingaledawson@lw.com
22 LATHAM & WATKINS LLP
   555 Eleventh Street, NW, Suite 1000
23 Washington, D.C. 20004
   Telephone:  (202) 637-2200

24 ALLISON L. STILLMAN (*pro hac vice*)
   Alli.Stillman@lw.com
25 RACHEL R. BLITZER (*pro hac vice*)
   Rachel.blitzer@lw.com
26 HERMAN H. YUE (*pro hac vice*)
   Herman.yue@lw.com
27 LATHAM & WATKINS LLP
   1271 Avenue of the Americas
28 New York, NY 10020
   Telephone:  (212) 751-4864

1  The OpenAI Defendants do not intend to move to seal the unredacted version of
2  Plaintiffs' Motion for Relief from Non-Dispositive Pretrial Order of Magistrate Judge, ECF No.
3  405, which is the subject of their Administrative Motion to Consider Whether Another Party's
4  Material Should Be Sealed, ECF No. 406.

| | |
|---|---|
| Dated: March 26, 2025 | MORRISON & FOERSTER LLP |
| | By: /s/ *John R. Lanham* |
| | John R. Lanham |

JOSEPH C. GRATZ
JGratz@mofo.com
TIFFANY CHEUNG
TCheung@mofo.com
JOYCE C. LI
JoyceLi@mofo.com
MELODY E. WONG
MelodyWong@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone:  (415) 268-7000
Facsimile:   (415) 268-7522

ROSE S. LEE
RoseLee@mofo.com
ALEXANDRA M. WARD
AlexandraWard@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California 90017-3543
Telephone:  (213) 892-5200
Facsimile:   (213) 892-5454

JOHN R. LANHAM
JLanham@mofo.com
SARAH J. VANDERVALK
SVandervalk@mofo.com
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 100
San Diego, CA 92130
Telephone:  (858) 720-5100
Facsimile:   (858) 523-2803

CAROLYN M. HOMER
CMHomer@mofo.com
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, D.C. 20037
Telephone:  (202) 887-1500
Facsimile:   (202) 887-0763

*Attorneys for Defendants*
OPENAI, INC., OPENAI, L.P., OPENAI OPCO, L.L.C., OPENAI GP, L.L.C., OPENAI STARTUP FUND GP I, L.L.C., OPENAI STARTUP FUND I, L.P., AND OPENAI STARTUP FUND MANAGEMENT, LLC

|   |   |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| 2 |   |
| 3 | By:   /s/ Elana Nightingale Dawson<br>Elana Nightingale Dawson |
| 4 | ANDREW M. GASS<br>Andrew.Gass@lw.com |
| 5 | JOSEPH R. WETZEL<br>Joseph.Wetzel@lw.com |
| 6 | LATHAM & WATKINS LLP<br>505 Montgomery Street, Suite 2000 |
| 7 | San Francisco, California  94111<br>Telephone:     (415) 391-0600 |
| 8 |   |
| 9 | SARANG VIJAY DAMLE (*pro hac vice*)<br>Sy.Damle@lw.com |
| 10 | MICHAEL A. DAVID (*pro hac vice*)<br>Michael.David@lw.com |
| 11 | ELANA NIGHTINGALE DAWSON (*pro hac vice*) |
| 12 | Elana.Nightingaledawson@lw.com<br>LATHAM & WATKINS LLP |
| 13 | 555 Eleventh Street, NW, Suite 1000<br>Washington, D.C. 20004 |
| 14 | Telephone:     (202) 637-2200 |
| 15 | ALLISON L. STILLMAN (*pro hac vice*)<br>Alli.Stillman@lw.com |
| 16 | RACHEL R. BLITZER<br>Rachel.blitzer@lw.com (*pro hac vice*) |
| 17 | HERMAN H. YUE (*pro hac vice*)<br>Herman.yue@lw.com |
| 18 | LATHAM & WATKINS LLP<br>1271 Avenue of the Americas |
| 19 | New York, NY 10020<br>Telephone:     (212) 751-4864 |
| 20 | *Attorneys for Defendants* |
| 21 | OPENAI, INC., OPENAI, L.P., OPENAI OPCO, L.L.C., OPENAI GP, L.L.C., OPENAI |
| 22 | STARTUP FUND GP I, L.L.C., OPENAI STARTUP FUND I, L.P., AND OPENAI |
| 23 | STARTUP FUND MANAGEMENT, LLC |
| 24 |   |
| 25 |   |
| 26 |   |
| 27 |   |
| 28 |   |

KEKER, VAN NEST & PETERS LLP

By: /s/ Christopher Sun
Christopher Sun

ROBERT A. VAN NEST
rvannest@keker.com
R. JAMES SLAUGHTER
rslaughter@keker.com
PAVEN MALHOTRA
pmalhotra@keker.com
MICHELLE YBARRA
mybarra@keker.com
NICHOLAS S. GOLDBERG
ngoldberg@keker.com
THOMAS E. GORMAN
tgorman@keker.com
KATIE LYNN JOYCE
kjoyce@keker.com
CHRISTOPHER SUN
csun@keker.com
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone:  (415) 391-5400
Facsimile:   (415) 391-7188

*Attorneys for Defendants*
OPENAI, INC., OPENAI, L.P., OPENAI OPCO, L.L.C., OPENAI GP, L.L.C., OPENAI STARTUP FUND GP I, L.L.C., OPENAI STARTUP FUND I, L.P., AND OPENAI STARTUP FUND MANAGEMENT, LLC