ROBERT A. VAN NEST (CA SBN 84065)
rvannest@keker.com
R. JAMES SLAUGHTER (CA SBN 192813)
rslaughter@keker.com
PAVEN MALHOTRA (CA SBN 258429)
pmalhotra@keker.com
MICHELLE S. YBARRA (CA SBN 260697)
mybarra@keker.com
EDWARD A. BAYLEY (CA SBN 267532)
ebayley@keker.com
NICHOLAS S. GOLDBERG (CA SBN 273614)
ngoldberg@keker.com
THOMAS E. GORMAN (CA SBN 279409)
tgorman@keker.com
KATIE LYNN JOYCE (CA SBN 308263)
kjoyce@keker.com
CHRISTOPHER S. SUN (CA SBN 308945)
csun@keker.com
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    (415) 391-5400
Facsimile:    (415) 397-7188

ANDREW M. GASS (SBN 259694)
Andrew.Gass@lw.com
JOSEPH R. WETZEL (SBN 238008)
Joe.Wetzel@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone:    (415) 391-0600

JOSEPH C. GRATZ (CA SBN 240676)
JGratz@mofo.com
TIFFANY CHEUNG (CA SBN 211497)
TCheung@mofo.com
JOYCE C. LI (CA SBN 323820)
JoyceLi@mofo.com
MELODY E. WONG (SBN 341494)
MelodyWong@mofo.com
MORRISON & FOERSTER LLP
425 Market Street,
San Francisco, California 94105-2482
Telephone:    (415) 268-7000
Facsimile:    (415) 268-7522

ROSE S. LEE (CA SBN 294658)
RoseLee@mofo.com
ALEXANDRA M. WARD (CA SBN 318042)
AlexandraWard@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, California 90017-3543
Telephone:    (213) 892-5200
Facsimile:    (213) 892-5454

CAROLYN M. HOMER (CA SBN 286441)
cmhomer@mofo.com
MORRISON & FOERSTER LLP
2100 L Street, NW
Suite 900
Washington, DC 2003
Telephone: (202) 650-4597

*[CAPTION CONTINUED ON NEXT PAGE]*

Attorneys for Defendants
OPENAI, INC., OPENAI, L.P., OPENAI
OPCO, L.L.C., OPENAI GP, L.L.C., OPENAI
STARTUP FUND GP I, L.L.C., OPENAI
STARTUP FUND I, L.P., AND OPENAI
STARTUP FUND MANAGEMENT, LLC

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPENAI CHATGPT LITIGATION | Master File Case No. 3:23-CV-03223-AMO |
| This document relates to: | **OPENAI'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF DEFENDANTS' OPPOSITION TO MOTION FOR RELIEF FROM NON-DISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE [DKT. 358]** |
| All Actions | |

2893933

JOHN R. LANHAM (CA SBN 289382)
jlanham@mofo.com
SARAH J. VANDERVALK (CA SBN 332651)
svandervalk@mofo.com
MORRISON & FOERSTER LLP
12531 High Bluff Dr.
Suite 100
San Diego, CA 921320
Telephone (858) 720-5100

MAX I. LEVY (CA SBN 346289)
MLevy@mofo.com
MORRISON & FORESTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone:     (650) 813-5600
Facsimile:     (650) 494-0792

ERIC K. NIKOLAIDES (*pro hac vice*)
ENikolaides@mofo.com
ZACHARY S. NEWMAN (*pro hac vice*)
znewman@mofo.com
MORRISON & FORESTER LLP
250 West 55th Street
New York, NY 10019-9601
Telephone:     (212) 468-8000
Facsimile:     (212) 468-7900

SARANG VIJAY DAMLE (*pro hac vice*)
Sy.Damle@lw.com
ELANA NIGHTINGALE DAWSON (*pro hac vice*)
Elana.Nightingaledawson@lw.com
MICHAEL A. DAVID (*pro hac vice*)
Michael.David@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone:     (202) 637-2200

ALLISON L. STILLMAN (*pro hac vice*)
Alli.Stillman@lw.com
RACHEL R. BLITZER (*pro hac vice*)
Rachel.blitzer@lw.com
HERMAN H. YUE (*pro hac vice*)
Herman.yue@lw.com
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Telephone:     (212) 751-4864

OPENAI'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF DEFENDANTS'
OPPOSITION TO MOTION FOR RELIEF FROM NON-DISPOSITIVE PRETRIAL ORDER OF MAGISTRATE
JUDGE [DKT. 358]
Master File Case No. 3:23-CV-03223-AMO

2893933

Pursuant to Civil Local Rules 7-11 and 79-5(c), OpenAI Defendants ("OpenAI") respectfully submit this Administrative Motion to File Under Seal Portions of Defendants' Opposition to Motion for Relief from Non-Dispositive Pretrial Order of Magistrate Judge, Dkt. 358, which contains, discusses, or relates to competitively sensitive, confidential information of OpenAI, which has been designated as CONFIDENTIAL or HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Stipulated Protective Order entered in this case (Dkt. 106).

OpenAI submits this motion, along with the Declaration of Alexander Zbrozek in Support of OpenAI's Administrative Motion to File Under Seal Portions of Defendants' Opposition to Motion for Relief from Non-Dispositive Pretrial Order of Magistrate Judge, Dkt. 358 ("Zbrozek Decl."), because the public release of competitively sensitive, confidential information would create a real and immediate risk of competitive harm to OpenAI by providing its competitors in the marketplace with access to internal, highly sensitive, confidential, and proprietary information concerning confidential business and technical information with current business partners.  As required by the Local Rules, OpenAI has explored "all reasonable alternatives to filing documents under seal" and "minimize[d] the number of documents" it is seeking to "file[] under seal."  Civil L.R. 79-5(a).  OpenAI has complied with Civil Local Rule 79-5(a) and now respectfully requests that the Court permit OpenAI to file under seal the specified portions of the documents addressed herein.

The table below identifies the documents, and portions thereof, that contain or refer to information Defendants have designated as CONFIDENTIAL or HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Stipulated Protective Order.

## I.    LEGAL STANDARD

In the Northern District of California, "a trial court has broad discretion to permit sealing of court documents for . . . commercial information.'" *GPNE Corp. v. Apple Inc.*, No. 12-cv-02885-LHK, 2015 WL 4381244, at *1 (N.D. Cal. July 16, 2015) (quoting Fed. R. Civ. P.  26(c)(1)(G)). Sealing is proper once the moving party: (i) complies with Civil Local Rule 79-5; and (ii) rebuts

1   the applicable presumption in favor of access. *Icon-IP Pty Ltd. v. Specialized Bicycle Components,*

2   *Inc.*, No. 12-cv-03844-JST, 2015 WL 984121, at *1 (N.D. Cal. Mar. 4, 2015) (citing *Kamakana v.*

3   *City & Cnty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006)).

4        Civil Local Rule 79-5(c)(1) requires that the movant provide a statement of the applicable

5   legal standard and the "reasons for keeping a document under seal."  In particular, the movant must

6   show: (i) "the legitimate private or public interests that warrant sealing"; (ii) "the injury that will

7   result if sealing is denied"; and (iii) "why a less restrictive alternative to sealing is not sufficient."

8   *Id.* These requirements are satisfied where disclosure of information would cause a party

9   competitive harm and/or raises security concerns. *See, e.g.*, *Grace v. Apple, Inc.*, No. 17-CV-

10  00551-LHK, 2019 WL 12288173, at *3 (N.D. Cal. Aug. 22, 2019) ("[T]he Court agrees that

11  competitive harm and security concerns can qualify as compelling reasons" to grant a motion to

12  seal); *Opperman v. Path, Inc.*, No. 13-CV-00453-JST, 2017 WL 1036652, at *7 (N.D. Cal. Mar.

13  17, 2017) (granting motion to seal "internal discussions among Apple personnel concerning

14  software engineering and technical design issues that, if disclosed to the public, could make it easier

15  to compromise the security of Apple's products."); *Pace Anti-Piracy, Inc. v. Inside Secure*, No. 17-

16  cv-06744-BLF, 2018 WL 10517182, at *2 (N.D. Cal. Jan. 8, 2018) (holding commercially

17  sensitive and confidential information would substantially harm competitiveness).  In fact, courts

18  protect "any . . . compilation of information which is used in one's business, and which gives him

19  an opportunity to obtain an advantage over competitors who do not know or use it.*" Whitewater*

20  *West Indus., Ltd. v. Pac. Surf Designs, Inc.*, No. 3:17-cv-01118-BEN-BLM, 2018 WL 3055938, at

21  *2 (S.D. Cal. June 14, 2018) (citing Restatement of Torts § 757 cmt. b.).  Beyond that, courts

22  recognize that "other 'sources of business information that might harm a litigant's competitive

23  standing' may also constitute a compelling reason to seal." *Id.*

24        Moreover, the Ninth Circuit has held that an exemption to the presumption of access to

25  judicial records exists where the documents at issue are being filed in connection with a non-

26  dispositive motion. *See In re Midland Nat'l Life Ins. Co. Annuity Sales Pracs. Litig.*, 686 F.3d

27  1115, 1119 (9th Cir. 2012) (recognizing an exception to the presumption of access to judicial

28

2

OPENAI'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF DEFENDANTS'
OPPOSITION TO MOTION FOR RELIEF FROM NON-DISPOSITIVE PRETRIAL ORDER OF MAGISTRATE
JUDGE [DKT. 358]
Master File Case No. 3:23-CV-03223-AMO

records in the context of non-dispositive motions, and stating that, "[u]nder the exception, the usual presumption of the public's right of access is rebutted" (citation and internal quotation marks omitted)). Under the exception, a particularized showing of "good cause" under Federal Rule of Civil Procedure 26(c) is sufficient to preserve the secrecy of sealed discovery documents attached to non-dispositive motions. *Apple Inc. v. Samsung Elecs. Co., Ltd.,* 727 F.3d 1214, 1222 (Fed. Cir. 2013). Commercially sensitive information satisfies the "good cause" standard. *Glob. Indus. Inv. Ltd. v. 1955 Cap. Fund I GP LLC*, No. 21-cv-08924-HSG, 2023 WL 6165695, at *4 (N.D. Cal. Sept. 20, 2023) (showing of competitive harm provided good cause to seal documents).

## II.     OPENAI'S REASON FOR SEALING

### A.     OpenAI's Legitimate Private and Public Interests Warrant Sealing.

OpenAI respectfully requests that the Court seal a narrowly highlighted portion of its Opposition brief. The portions of the brief are substantially similar to the limited portions of Plaintiffs' own motion that OpenAI has previously sought to seal. *See* Dkt. 411. All the highlighted redactions discuss current business and technical information including direct quotes from discussions with current business partners about their projects and collaborations, data and information exchanged, organization and roles within teams, strategic decisions, and/or the nature of the agreements between the partners and OpenAI. Courts have found similar types of information sealable. *See, e.g.*, *Doe v. Meta Platforms, Inc.*, No. 22-cv-03580-WHO, 2022 WL 17970394, at *2 (N.D. Cal. Dec. 21, 2022) (finding information "sealable" under Civil Local Rule 79-5 due to competitive harm).

OpenAI requests the following documents be sealed:

| Document | Portion Sought To Be Sealed | Designation | Designating Party |
|---|---|---|---|
| OpenAI's Opposition to Motion for Relief from Non-Dispositive Pretrial Order of Magistrate Judge, Dkt. 358 | Highlighted text at pages 3, 4 and 5. | Confidential and Highly Confidential – Attorneys' Eyes Only | Defendant OpenAI |

2893933

**B.    Injury to OpenAI Will Result if Sealing is Denied.**

OpenAI treats discussions with current business partners about their projects and collaborations, data and information exchanged, organization and roles within teams, strategic decisions, and the nature of the agreements between the partners and OpenAI as confidential and does not generally disclose this variety of information concerning its business relationships. Zbrozek Decl. ¶ 4. Moreover, OpenAI and its partners have express agreements with confidentiality provisions that prevent public disclosure of confidential facts about the companies' business relationships. *Id*. Disclosure of this information would cause competitive harm to OpenAI, given the highly competitive nature of the artificial intelligence industry with global stakeholders and could cause violation of OpenAI's confidentiality agreements. *Id*. This potential injury warrants sealing. *Meta Platforms, Inc.*, 2022 WL 17970394, at *2 (risk of competitive harm was a "compelling reason" for sealing the information at issue).

**C.    No Less Restrictive Alternative to Sealing Is Sufficient.**

OpenAI has limited its redactions to only a few, small portions of its opposition brief regarding discussions with current business partners about their projects and collaborations, data and information exchanged, organization and roles within teams, strategic decisions, and the nature of the agreements between the partners and OpenAI and precisely identified the portions that contain OpenAI's confidential and sensitive information. As such, no alternative to sealing is sufficient.

For the foregoing reasons, OpenAI respectfully moves this Court pursuant to Civil Local Rules 7-11 and 79-5(c) to keep the information and text excerpts identified above under seal. Pursuant to Civil Local Rule 79-5(c), this Motion is accompanied by the supporting Declaration of Alexander Zbrozek, a proposed order, and a sealed version of Defendants' Opposition to Motion for Relief from Non-Dispositive Pretrial Order of Magistrate Judge, Dkt. 358, with OpenAI's proposed redactions highlighted in yellow.

4

OPENAI'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF DEFENDANTS'
OPPOSITION TO MOTION FOR RELIEF FROM NON-DISPOSITIVE PRETRIAL ORDER OF MAGISTRATE
JUDGE [DKT. 358]
Master File Case No. 3:23-CV-03223-AMO

2893933

1      Dated: March 27, 2025                    KEKER, VAN NEST & PETERS LLP

2
                                               By: /s/ Christopher S. Sun
3                                              _____

4                                              ROBERT A. VAN NEST
                                               R. JAMES SLAUGHTER
5                                              PAVEN MALHOTRA
                                               MICHELLE S. YBARRA
6                                              EDWARD A. BAYLEY
                                               NICHOLAS S. GOLDBERG
7                                              THOMAS E. GORMAN
                                               KATIE LYNN JOYCE
8                                              CHRISTOPHER S. SUN
                                               KEKER, VAN NEST & PETERS LLP
9                                              633 Battery Street
                                               San Francisco, California 94111-1809
10                                             Telephone:     (415) 391-5400

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                         5

2893933

1    Dated: March 27, 2025                    MORRISON & FOERSTER LLP

2

3                                            By: /s/ John R. Lanham

4                                            JOSEPH C. GRATZ
                                             TIFFANY CHEUNG
5                                            JOYCE C. LI
                                             MELODY E. WONG
6                                            MORRISON & FOERSTER LLP
                                             425 Market Street
7                                            San Francisco, California 94105-2482
                                             Telephone:     (415) 268-7000
8
                                             ROSE S. LEE
9                                            ALEXANDRA M. WARD
                                             MORRISON & FOERSTER LLP
10                                           707 Wilshire Boulevard, Suite 6000
                                             Los Angeles, California 90017-3543
11                                           Telephone:   (213) 892-5200

12                                           CAROLYN M. HOMER
                                             MORRISON & FOERSTER LLP
13                                           2100 L Street, NW, Suite 900
                                             Washington, DC 2003
14                                           Telephone: (202) 650-4597

15                                           JOHN R. LANHAM
                                             SARAH J. VANDERVALK
16                                           MORRISON & FOERSTER LLP
                                             12531 High Bluff Dr., Suite 100
17                                           San Diego, CA 921320
                                             Telephone: (858) 720-5100
18
                                             MAX I. LEVY
19                                           MORRISON & FOERSTER LLP
                                             755 Page Mill Road
20                                           Palo Alto, California 94304-1018
                                             Telephone:     (650) 813-5600
21
                                             ERIC K. NIKOLAIDES (*pro hac vice*)
22                                           ZACHARY S. NEWMAN (*pro hac vice*)
                                             MORRISON & FOERSTER LLP
23                                           250 West 55th Street
                                             New York, NY 10019-9601
24                                           Telephone:     (212) 468-8000

25

26

27

28
                                             6

2893933

1    Dated: March 27, 2025                    LATHAM & WATKINS LLP

2
                                              By: /s/ Elana Nightingale Dawson
3                                             _____

4                                             ANDREW M. GASS
                                              JOSEPH R. WETZEL
                                              LATHAM & WATKINS LLP
5                                             505 Montgomery Street, Suite 2000
                                              San Francisco, California 94111
6                                             Telephone:    (415) 391-0600

7                                             SARANG VIJAY DAMLE (*pro hac vice*)
                                              ELANA NIGHTINGALE DAWSON (*pro hac
8                                             vice*)
                                              MICHAEL A. DAVID (*pro hac vice*)
9                                             LATHAM & WATKINS LLP
                                              555 Eleventh Street, NW, Suite 1000
10                                            Washington, D.C. 20004
                                              Telephone:   (202) 637-2200
11
                                              ALLISON L. STILLMAN (*pro hac vice*)
12                                            RACHEL R. BLITZER (*pro hac vice*)
                                              HERMAN H. YUE (*pro hac vice*)
13                                            LATHAM & WATKINS LLP
                                              1271 Avenue of the Americas
14                                            New York, NY 10020
                                              Telephone:   (212) 751-4864
15
                                              *Attorneys for Defendants*
16                                            OPENAI, INC., OPENAI, L.P., OPENAI
                                              OPCO, L.L.C., OPENAI GP, L.L.C., OPENAI
17                                            STARTUP FUND GP I, L.L.C., OPENAI
                                              STARTUP FUND I, L.P., AND OPENAI
18                                            STARTUP FUND MANAGEMENT, LLC

19

20

21

22

23

24

25

26

27

28
                                        7
─────────────────────────────────────────────────────────
OPENAI'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF DEFENDANTS'
OPPOSITION TO MOTION FOR RELIEF FROM NON-DISPOSITIVE PRETRIAL ORDER OF MAGISTRATE
JUDGE [DKT. 358]
Master File Case No. 3:23-CV-03223-AMO

2893933

## CERTIFICATE OF SERVICE

I am employed in San Francisco, CA.  I am over the age of 18 years and not a party to this action. My business address is Keker, Van Nest & Peters LLP, 633 Battery Street, San Francisco, California 94111-1809.

I further declare that on March 27, 2025, I caused to be served by email on the recipients listed below a copy of:

### OPENAI'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL

**BY ELECTRONIC SERVICE [Fed. Rule Civ. Proc. rule 5(b)]** by electronically mailing a true and correct copy through Keker, Van Nest & Peters' electronic mail system to the e-mail address(es) set forth below, or as stated on the attached service list per agreement in accordance with Federal Rules of Civil Procedure rule 5(b).

Joseph R. Saveri
Cadio R. Zirpoli
Christopher K.L. Young
Aaron Cera
Holden J. Benon
William Waldir Castillo Guardado
Melissa Tribble
Alexander Zeng
**JOSEPH SAVERI LAW FIRM, LLC**
601 California Street, Suite 1505
San Francisco, CA 94108
Phone: 415.500.6800
Email: *jsaveri@saverilawfirm.com*
*czirpoli@saverilawfirm.com*
*cyoung@saverilawfirm.com*
*hbenon@saverilawfirm.com*
*acera@saverilawfirm.com*
*wcastillo@saverilawfirm.com*
*mtribble@saverilawfirm.com*
*azeng@saverilawfirm.com*

Matthew Butterick
**MATTHEW BUTTERICK, ATTORNEY AT LAW**
1920 Hillhurst Ave. #406
Los Angeles, CA 90027
Phone: 323.968.2632
Email: *mb@butericklaw.com*
*JSLFSERVICE_CHATGPT@saverilawfirm.com*
*chatgpt_cocounsel@bsfllp.com*

Maxwell V. Pritt
Joshua M. Stein
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Phone: 415.293.6869
Email: *mpritt@bsfllp.com*
*jstein@bsfllp.com*

David Boies
333 Main Street
Armonk, NY 10504
Phone: 914.749.8200
Email: *dboies@bsfllp.com*

Jesse M. Panuccio (*pro hac vice*)
Evan M. Ezray
401 East Las Olas Boulevard, Suite 1200
Fort Lauderdale, FL 33301
Phone: 202 274 1130
Email: *jpanuccio@bsfllp.com*
*eezray@bsfllp.com*

2893933

*Attorneys for Plaintiffs Paul Tremblay, Sarah Silverman, Christopher Golden, and Richard Kadrey*

Bryan L. Clobes (*pro hac vice*)
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
1101 Market Street, Suite 2650
Philadelphia, PA 19107
Phone: 215.864.2800
Email: *bclobes@caffertyclobes.com*
Alexander J. Sweatman (*pro hac vice*)
Mohammed A. Rathur (*pro hac vice*)
135 South LaSalle Street, Suite 3210
Chicago, IL 60603
Phone: 312.782.4880
Email: *asweatman@caffertyclobes.com*
        *mrathur@caffertyclobes.com*

Daniel J. Muller
**VENTURA HERSEY & MULLER, LLP**
1506 Hamilton Avenue
San Jose, CA 95125
Phone: 408.512.3022
Email: *dmuller@venturahersey.com*

Maxwell V. Pritt
Joshua M. Stein
Reed Forbush
**BOIES SCHILLER FLEXNER LLP**
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Phone: 415.293.6869
Email: *mpritt@bsfllp.com*
        *jstein@bsfllp.com*
        *rforbush@bsfllp.com*

David Boies (*pro hac vice*)
333 Main Street
Armonk, NY 10504
Phone: 914.749.8200
Email: *dboies@bsfllp.com*

Jesse M. Panuccio (*pro hac vice*)
Evan M. Ezray
401 East Las Olas Boulevard, Suite 1200
Fort Lauderdale, FL 33301
Phone: 202.274.1130
Email: *jpanuccio@bsfllp.com*
        *eezray@bsfllp.com*

*chatgpt_cocounsel@bsfllp.com*

*Attorneys for Plaintiffs David Henry Hwang, Matthew Klam, Rachel Louise Snyder, Laura Lippman, Jacqueline Woodson, Andrew Sean Greer, Ta-Nehisi Coates, and Junot Díaz*

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, CA, this March 27, 2025.

<u>Drew H. Washington</u>      <u>/s/ Drew H. Washington</u>

(typed)                              (signature)

9

OPENAI'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF DEFENDANTS' OPPOSITION TO MOTION FOR RELIEF FROM NON-DISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE [DKT. 358]
Master File Case No. 3:23-CV-03223-AMO

2893933

1

**ATTESTATION CLAUSE**

2

I am the ECF User whose identification and password are being used to file the foregoing

3

document. Pursuant to Local Rule 5-1(i)(3) regarding signatures, I, Christopher S. Sun, attest that

4

concurrence in the filing of this document has been obtained.

5

6

Dated: March 27, 2025                    */s/ Christopher S. Sun*_____

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

10

2893933