JOSEPH C. GRATZ (CA SBN 240676)
JGratz@mofo.com
TIFFANY CHEUNG (CA SBN 211497)
TCheung@mofo.com
JOYCE C. LI (CA SBN 323820)
JoyceLi@mofo.com
MELODY E. WONG (SBN 341494)
MelodyWong@mofo.com
MORRISON & FOERSTER LLP
425 Market Street,
San Francisco, California  94105-2482
Telephone:     (415) 268-7000
Facsimile:      (415) 268-7522

ROSE S. LEE (CA SBN 294658)
RoseLee@mofo.com
ALEXANDRA M. WARD (CA SBN 318042)
AlexandraWard@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California 90017-3543
Telephone:     (213) 892-5200
Facsimile:      (213) 892-5454
[CAPTION CONTINUED ON NEXT PAGE]

Attorneys for Defendants
OPENAI, INC., OPENAI, L.P., OPENAI
OPCO, L.L.C., OPENAI GP, L.L.C., OPENAI
STARTUP FUND GP I, L.L.C., OPENAI
STARTUP FUND I, L.P., AND OPENAI
STARTUP FUND MANAGEMENT, LLC

ANDREW M. GASS (SBN 259694)
Andrew.Gass@lw.com
JOSEPH R. WETZEL (SBN 238008)
Joseph.Wetzel@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, California  94111
Telephone:     (415) 391-0600

ROBERT A. VAN NEST (SBN 84065)
rvannest@keker.com
R. JAMES SLAUGHTER (SBN 192813)
rslaughter@keker.com
PAVEN MALHOTRA (SBN 258429)
pmalhotra@keker.com
MICHELLE YBARRA (SBN 260697)
mybarra@keker.com
NICHOLAS S. GOLDBERG (SBN 273614)
ngoldberg@keker.com
THOMAS E. GORMAN (SBN 279409)
tgorman@keker.com
KATIE LYNN JOYCE (SBN 308263)
kjoyce@keker.com
CHRISTOPHER SUN (SBN 308945)
csun@keker.com
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone:   (415) 391-5400
Facsimile:    (415) 391-7188

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPENAI CHATGPT LITIGATION | Master File No. 3:23-cv-03223-AMO |
| This document relates to:<br><br>All Actions | **DECLARATION OF CAROLYN M. HOMER IN SUPPORT OF OPENAI'S OPPOSITION TO PLAINTIFFS' MOTION FOR RELIEF FROM NON-DISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE** |

JOHN R. LANHAM (CA SBN 289382)
JLanham@mofo.com
SARAH J. VANDERVALK (CA SBN 332651)
SVandervalk@mofo.com
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 100
San Diego, CA 92130
Telephone:    (858) 720-5100
Facsimile:    (858) 523-2803

CAROLYN M. HOMER (CA SBN 286441)
CMHomer@mofo.com
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, D.C. 20037
Telephone:    (202) 887-1500
Facsimile:    (202) 887-0763

MAX I. LEVY (CA SBN 346289)
MLevy@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, CA 94304-1018
Telephone:    (650) 813-5600
Facsimile:    (650) 494-0792

ERIC K. NIKOLAIDES (*pro hac vice*)
ENikolaides@mofo.com
ZACHARY S. NEWMAN (*pro hac vice*)
ZNewman@mofo.com
MORRISON & FOERSTER LLP
250 West 55th Street
New York, NY 10019-9601
Telephone:    (212) 468-8000
Facsimile:    (212) 468-7900

SARANG VIJAY DAMLE (*pro hac vice*)
Sy.Damle@lw.com
MICHAEL A. DAVID (*pro hac vice*)
Michael.David@lw.com
ELANA NIGHTINGALE DAWSON (*pro hac vice*)
Elana.Nightingaledawson@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone:    (202) 637-2200

ALLISON L. STILLMAN (*pro hac vice*)
Alli.Stillman@lw.com
RACHEL R. BLITZER (*pro hac vice*)
Rachel.blitzer@lw.com
HERMAN H. YUE (*pro hac vice*)
Herman.yue@lw.com
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Telephone:    (212) 751-4864

I, Carolyn M. Homer, declare:

1.     I am a member of the bar of the State of California, and Counsel at the law firm Morrison & Foerster LLP, and counsel of record for Defendants.  I submit this declaration in support of OpenAI's Opposition to Plaintiffs' Motion for Relief from Non-Dispositive Pretrial Order of Magistrate Judge [Dkt. 357], filed concurrently herewith.  I have personal knowledge of the matters set forth below and, if called as a witness, I could and would testify competently thereto.

2.     As of the filing of the Joint Discovery Letter Brief, ECF No. 298, OpenAI had implemented 647 search terms, which hit on over 640,000 documents, as part of its methodology for identifying responsive documents in this case.

3.     As of the filing of the Joint Discovery Letter Brief, ECF No. 298, Plaintiffs' eight proposed search terms, listed in Exhibit A to their Motion for Relief, hit on over 345,000 additional documents.

4.     Based on prior review rates in this case as of the filing of the Joint Discovery Letter Brief, ECF No. 298, the estimated time to complete just the first-level review of 345,000 additional documents would be over 9,000 hours.

5.     As of March 24, 2025, OpenAI has produced over two million pages from more than 110,000 documents, with rolling productions ongoing.

6.     Attached as **Exhibit A** is a true and correct copy of the document that OpenAI both referenced in and proposed to file as Exhibit C to the Joint Discovery Letter Brief filed at ECF No. 298.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed in Washington, D.C., on this 27th day of March, 2025.


_/s/  Carolyn M. Homer_
CAROLYN M. HOMER
cmhomer@mofo.com

**SIGNATURE ATTESTATION**

I, John R. Lanham, attest that Carolyn M. Homer concurs in the filing of this document.

Dated:  March 27, 2025

*/s/ John R. Lanham*
John R. Lanham