# EXHIBIT A

| Plaintiffs' Proposed Term 1 | Defendants' Related Search Terms | | | |
|---|---|---|---|---|
| - (copyright* OR licens* OR author* OR publish* OR book* OR content* OR data* OR material! OR corpora OR corpus OR  libgen OR "lib gen" OR "library genesis" OR torrent* OR bittorrent* OR libtorrent* or seed* OR AA OR "anna's" OR annas OR z-lib* OR crawl*) w/20 (infring* OR pira* OR violat* OR illegal* OR legal* OR unlawful* OR lawful* OR "be doing" OR ethical* OR unethical* OR liab* OR torrent*) | - infring*<br>- pirac*<br>- pirated<br>- pirat* w/5 (copyright* OR book* OR material* OR data*)<br>- "books corpus" OR (book* w/5 corp*) OR bookscorp*<br>- "books corpus"<br>- Libgen* OR "Library Genesis"<br>- libgen* OR Libgen-1-dedup OR Libgen-2-dedup<br>- libgen OR "lib gen" OR (lib w/2 gen) OR (Library w/2 Genesis) OR "Library Genesis"<br>- LibGen OR llhlf<br>- Librarygenesis<br>- "Anna's Archive" OR (anna* w/2 archive)<br>- "Anna's Archive"<br>- z-lib<br>- Zlib OR Z-lib OR Z-Library OR B-ok<br>- Zlibrary OR zlib* OR z-library OR zlibrary OR zlib<br>- z-library OR zlibrary OR zlib<br>- zLibrary OR z-library OR singlelogin OR B-ok OR booksc<br>- commoncrawl OR "common crawl"<br>- crawler AND (copyright* OR copyleft* OR copywrit* OR legal)<br>- crawler AND book* | - (copyrighted OR copyrights) w/25 book*<br>- ((copyrighted OR copyrights) w/50 (book* OR train* OR data* OR content*)) OR ((copyrighted OR copyrights) AND (microsoft OR msft))<br>- Copyright* w/10 ((concern* OR issue* OR subject OR book* OR material* OR work* OR text* OR audio OR data) AND train*)<br>- Copyright* w/10 ((concern* OR issue* OR subject OR book* OR material* OR work* OR text* OR audio OR data) AND (chatgpt OR gpt* OR dv* OR davinci*))<br>- copyright* w/5 (search* OR clearance*)<br>- (regurg* OR memoris* OR memoriz*) w/5 copyright*<br>- crawler AND (copyright* OR copyleft* OR copywrit* OR legal)<br>- retriev* w/10 ((copyright* OR copywrit* OR book*) AND (ChatGPT OR GPT-3 OR GPT-3.5 OR GPT-3.5T OR "GPT-3.5 Turbo" OR GPT-4 OR GPT-4T OR "GPT-4 turbo"))<br>- retriev* w/25 (copyright* OR copywrit* OR book* OR legal OR passage* OR sentence* OR excerpt)<br>- verbatim w/25 (copyright* OR book* OR (train* w/10 data*) OR regurg*) | - verbatim w/70 (copyright* OR book* OR passage* OR sentence* OR excerpt* OR legal* OR repeat* OR regurg* OR output* OR retriev*)<br>- "governing board" AND (book* OR copyright* OR licens* OR (train* w/50 data))<br>- yolo* w/100 (licens* OR data OR copyright OR legal)<br>- ((regurg* OR memoris* OR memoriz*) w/70 (passage* OR sentence* OR excerpt)) OR ((regurg* OR memoris* OR memoriz*) AND (copyright* OR copywrit* OR book* OR legal*))<br>- regurg* AND (ChatGPT OR GPT-3.5 OR GPT-3.5T OR "GPT-3.5 turbo" OR GPT-4 OR GPT-4T OR "GPT-4 turbo") AND copyright*<br>- (licens* OR pay OR paid OR steal*) w/15 (work* w/3 copyright*)<br>- napster AND copyright*<br>- "copyright shield"<br>- ((licens* OR pay OR paid OR steal*) w/15 book*) OR (train* w/10 alternative*)<br>- (("have to" OR "has to" OR "must have" OR need* OR necess* OR better OR best OR critical OR essential) w/8 licens*) AND (book* OR publisher*)<br>- "content licensing" |