| | |
|---|---|
| JOSEPH C. GRATZ (CA SBN 240676)<br>JGratz@mofo.com<br>TIFFANY CHEUNG (CA SBN 211497)<br>TCheung@mofo.com<br>JOYCE C. LI (CA SBN 323820)<br>JoyceLi@mofo.com<br>MELODY E. WONG (SBN 341494)<br>MelodyWong@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street,<br>San Francisco, California 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522<br><br>ROSE S. LEE (CA SBN 294658)<br>RoseLee@mofo.com<br>ALEXANDRA M. WARD (CA SBN 318042)<br>AlexandraWard@mofo.com<br>MORRISON & FOERSTER LLP<br>707 Wilshire Boulevard<br>Los Angeles, California 90017-3543<br>Telephone: (213) 892-5200<br>Facsimile: (213) 892-5454<br>[CAPTION CONTINUED ON NEXT PAGE]<br><br>Attorneys for Defendants<br>OPENAI, INC., OPENAI, L.P., OPENAI<br>OPCO, L.L.C., OPENAI GP, L.L.C., OPENAI<br>STARTUP FUND GP I, L.L.C., OPENAI<br>STARTUP FUND I, L.P., AND OPENAI<br>STARTUP FUND MANAGEMENT, LLC | ANDREW M. GASS (SBN 259694)<br>Andrew.Gass@lw.com<br>JOSEPH R. WETZEL (SBN 238008)<br>Joseph.Wetzel@lw.com<br>LATHAM & WATKINS LLP<br>505 Montgomery Street, Suite 2000<br>San Francisco, California 94111<br>Telephone: (415) 391-0600<br><br>ROBERT A. VAN NEST (SBN 84065)<br>rvannest@keker.com<br>R. JAMES SLAUGHTER (SBN 192813)<br>rslaughter@keker.com<br>PAVEN MALHOTRA (SBN 258429)<br>pmalhotra@keker.com<br>MICHELLE YBARRA (SBN 260697)<br>mybarra@keker.com<br>NICHOLAS S. GOLDBERG (SBN 273614)<br>ngoldberg@keker.com<br>THOMAS E. GORMAN (SBN 279409)<br>tgorman@keker.com<br>KATIE LYNN JOYCE (SBN 308263)<br>kjoyce@keker.com<br>CHRISTOPHER SUN (SBN 308945)<br>csun@keker.com<br>KEKER, VAN NEST & PETERS LLP<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone: (415) 391-5400<br>Facsimile: (415) 391-7188 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPENAI CHATGPT LITIGATION<br><br>This document relates to:<br><br>All Actions | Master File No. 3:23-cv-03223-AMO<br><br>**DECLARATION OF RENNY HWANG IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED [ECF NO. 410]** |

| | |
|---|---|
| 1 | JOHN R. LANHAM (CA SBN 289382) |
| | JLanham@mofo.com |
| 2 | SARAH J. VANDERVALK (CA SBN 332651) |
| | SVandervalk@mofo.com |
| 3 | MORRISON & FOERSTER LLP |
| | 12531 High Bluff Drive, Suite 100 |
| 4 | San Diego, CA 92130 |
| | Telephone:  (858) 720-5100 |
| 5 | Facsimile:  (858) 523-2803 |
| 6 | CAROLYN M. HOMER (CA SBN 286441) |
| | CMHomer@mofo.com |
| 7 | MORRISON & FOERSTER LLP |
| | 2100 L Street, NW, Suite 900 |
| 8 | Washington, D.C. 20037 |
| | Telephone:  (202) 887-1500 |
| 9 | Facsimile:  (202) 887-0763 |
| 10 | MAX I. LEVY (CA SBN 346289) |
| | MLevy@mofo.com |
| 11 | MORRISON & FOERSTER LLP |
| | 755 Page Mill Road |
| 12 | Palo Alto, CA 94304-1018 |
| | Telephone:  (650) 813-5600 |
| 13 | Facsimile:  (650) 494-0792 |
| 14 | ERIC K. NIKOLAIDES (*pro hac vice*) |
| | ENikolaides@mofo.com |
| 15 | ZACHARY S. NEWMAN (*pro hac vice*) |
| | ZNewman@mofo.com |
| 16 | MORRISON & FOERSTER LLP |
| | 250 West 55th Street |
| 17 | New York, NY 10019-9601 |
| | Telephone:  (212) 468-8000 |
| 18 | Facsimile:  (212) 468-7900 |
| 19 | SARANG VIJAY DAMLE (*pro hac vice*) |
| | Sy.Damle@lw.com |
| 20 | MICHAEL A. DAVID (*pro hac vice*) |
| | Michael.David@lw.com |
| 21 | ELANA NIGHTINGALE DAWSON (*pro hac vice*) |
| | Elana.Nightingaledawson@lw.com |
| 22 | LATHAM & WATKINS LLP |
| | 555 Eleventh Street, NW, Suite 1000 |
| 23 | Washington, D.C. 20004 |
| | Telephone:  (202) 637-2200 |
| 24 | ALLISON L. STILLMAN (*pro hac vice*) |
| | Alli.Stillman@lw.com |
| 25 | RACHEL R. BLITZER (*pro hac vice*) |
| | Rachel.blitzer@lw.com |
| 26 | HERMAN H. YUE (*pro hac vice*) |
| | Herman.yue@lw.com |
| 27 | LATHAM & WATKINS LLP |
| | 1271 Avenue of the Americas |
| 28 | New York, NY 10020 |
| | Telephone:  (212) 751-4864 |

I, Renny Hwang, hereby declare as follows:

1. I am Deputy General Counsel at OpenAI. I submit this declaration in support of Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Sealed Re: Motion for Relief from Non-Dispositive Pretrial Order of Magistrate Judge, ECF No. 410, pursuant to N.D. Cal. L.R. 79-5(f)(3). I have personal knowledge of the facts set forth below and, if called as a witness, could testify competently thereto.

2. I have been informed that because Plaintiffs' Motion for Relief, ECF No. 409, relates to a non-dispositive matter, the information requested to be filed under seal is not subject to a strong presumption of public access, and only a showing of "good cause" is needed to justify sealing the material. *See Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006); *Real Action Paintball, Inc. v. Advanced Tactical Ordinance Sys.*, LLC, 2015 WL 1534049, at *2 (N.D. Cal. Apr. 2, 2015) (quoting *Pintos v. Pac. Creditors Ass'n*, 605 F.3d 665, 678 (9th Cir. 2010)).

3. I have been informed and understand that the OpenAI confidential material highlighted in the Motion for Relief and contained within Exhibits C, D, and F attached thereto has been designated by OpenAI as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" pursuant to the protective order. I submit this declaration in support of redacting certain information, as marked in highlighting, in the Motion for Relief and Exhibit D.[1] I also submit this declaration to maintain under seal Exhibits C and F. OpenAI does not seek to redact or seal the information contained within Exhibit E.

4. Based on my review, Exhibits C and F should remain under seal and certain portions of the Motion for Relief highlighted in green in the attached exhibit should be redacted because they each contain confidential business and technical information including direct quotes from discussions with current business partners about their projects and collaborations, data and information exchanged, organization and roles within teams, strategic decisions, notes on

---

[1] The public redacted copy of Plaintiffs' Motion for Relief contains yellow highlighting, which reflects Plaintiffs' original redactions. OpenAI's requested redactions of Plaintiffs' Motion for Relief are therefore denoted in green in the sealed copy. Highlighting in Exhibit D is in the standard yellow format.

improvements to models, and/or the nature of the parties' agreement. OpenAI treats these discussions as highly confidential and generally does not publicly disclose this variety of information concerning its business relationships. Moreover, OpenAI and its partners have express agreements with confidentiality provisions that prevent public disclosure of confidential facts about the companies' business relationships. Public disclosure of this information would cause competitive harm to OpenAI, given the highly competitive nature of the artificial intelligence industry with global stakeholders and could cause violation of OpenAI's confidentiality agreements.

5. Additionally, the highlighted portions of Exhibit D contain personal identifying information ("PII") that belongs to a Microsoft employee and that is not publicly disclosed. This material is highly sensitive and warrants redaction. Disclosure of this information could compromise Microsoft's internal safety and security measures. OpenAI treats third-party PII as highly confidential, generally does not publicly disclose this type of information, and takes affirmative steps to protect the confidentiality of that information.

6. OpenAI's request is narrowly tailored, as OpenAI is not seeking to seal other portions of the Motion for Relief or Exhibit D not marked for redaction in the attached exhibits, nor does OpenAI seek to redact or seal information contained within Exhibit E.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 27th day of March, 2025, in Menlo Park, California.

*/s/ Renny Hwang*
Renny Hwang
Deputy General Counsel
OpenAI

HWANG DECL. ISO ECF NO. 410
MASTER FILE NO.3:23-CV-03223-AMO

## ECF ATTESTATION

I, John Lanham, am the ECF User whose ID and password are being used to file this document. In accordance with Civil L.R. 5-1(i)(3), concurrence in and authorization of the filing of this document has been obtained from Renny Hwang, declarant.

Dated: March 27, 2025

MORRISON & FOERSTER LLP

By:  /s/ *John R. Lanham*
  John R. Lanham

*Attorney for Defendants*
OPENAI, INC., OPENAI, L.P., OPENAI OPCO, L.L.C., OPENAI GP, L.L.C., OPENAI STARTUP FUND GP I, L.L.C., OPENAI STARTUP FUND I, L.P., AND OPENAI STARTUP FUND MANAGEMENT, LLC