**LATHAM & WATKINS LLP**
Andrew M. Gass (SBN 259694)
  andrew.gass@lw.com
Joseph R. Wetzel (SBN 238008)
  joe.wetzel@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: 415.391.0600

Sarang V. Damle (*pro hac vice*)
  sy.damle@lw.com
Elana Nightingale Dawson (*pro hac vice*)
  elana.nightingaledawson@lw.com
Michael A. David (*pro hac vice*)
  michael.david@lw.com
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: 202.637.2200

Allison L. Stillman (*pro hac vice*)
  alli.stillman@lw.com
Rachel R. Blitzer (*pro hac vice*)
  rachel.blitzer@lw.com
Herman H. Yue (*pro hac vice*)
  herman.yue@lw.com
1271 Avenue of the Americas
New York, NY 10020
Telephone: 212.906.1200

Allison S. Blanco (SBN 287554)
  allison.blanco@lw.com
650 Town Center Drive 20th Floor
Costa Mesa, CA 92626
Telephone: 714.540.1235

**MORRISON & FOERSTER LLP**
Joseph C. Gratz (SBN 240676)
  jgratz@mofo.com
Tiffany Cheung (SBN 211497)
  tcheung@mofo.com
Joyce C. Li (SBN 323820)
  joyceli@mofo.com
Melody E. Wong (SBN 341494)
  melodywong@mofo.com
425 Market Street
San Francisco, CA 94105
Telephone: 415.268.7000

Rose S. Lee (SBN 294658)
  roselee@mofo.com
Alexandra M. Ward (SBN 318042)
  alexandraward@mofo.com
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017
Telephone: 213.892.5200

*Attorneys for Defendants OpenAI, Inc., OpenAI, L.P., OpenAI OpCo, L.L.C., OpenAI GP, L.L.C., OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., and OpenAI Startup Fund Management, LLC*

[CAPTION CONTINUED ON NEXT PAGE]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPENAI CHATGPT LITIGATION | Master File No. 3:23-cv-03223-AMO |
| This Document Relates To: | **DEFENDANTS' OBJECTION TO REPLY EVIDENCE** |
| Case No. 3:23-cv-03223-AMO<br>Case No. 3:23-cv-03416-AMO<br>Case No. 3:23-cv-04625-AMO | Hon. Araceli Martínez-Olguín |

1 | Max I. Levy (SBN 346289)
　　*mlevy@mofo.com*
2 | 755 Page Mill Road
　　Palo Alto, CA 94304
3 | Telephone: 650.813.5600

4 | John R. Lanham (SBN 289382)
　　*jlanham@mofo.com*
5 | Sarah J. Vandervalk (SBN 332651)
　　*svandervalk@mofo.com*
6 | 12531 High Bluff Drive, Suite 100
　　San Diego, CA 92130
7 | Telephone: 858.720.5100

8 | Eric K. Nikolaides (*pro hac vice*)
　　*enikolaides@mofo.com*
9 | Zachary S. Newman (*pro hac vice*)
　　*znewman@mofo.com*
10 | 250 West 55th Street
　　New York, NY 10019
11 | Telephone: 212.468.8000

12 | Carolyn M. Homer (SBN 286441)
　　*cmhomer@mofo.com*
13 | 2100 L Street, NW, Suite 900
　　Washington, D.C. 20037
14 | Telephone: 202.650.4597

**KEKER, VAN NEST & PETERS LLP**
16 | Robert A. Van Nest (SBN 84065)
　　*rvannest@keker.com*
17 | R. James Slaughter (SBN 192813)
　　*rslaughter@keker.com*
18 | Paven Malhotra (SBN 258429)
　　*pmalhotra@keker.com*
19 | Michelle S. Ybarra (SBN 260697)
　　*mybarra@keker.com*
20 | Nicholas S. Goldberg (SBN 273614)
　　*ngoldberg@keker.com*
21 | Thomas E. Gorman (SBN 279409)
　　*tgorman@keker.com*
22 | Katie Lynn Joyce (SBN 308263)
　　*kjoyce@keker.com*
23 | Christopher S. Sun (SBN 308945)
　　*csun@keker.com*
24 | Edward A. Bayley (SBN 267532)
　　*ebayley@keker.com*
25 | 633 Battery Street
　　San Francisco, CA 94111
26 | Telephone: 415.391.5400
　　Facsimile: 415.397.7188

**DEFENDANTS' OBJECTION TO REPLY EVIDENCE**

Pursuant to Northern District of California Civil Local Rule 7-3(d)(1), Defendants object to the new evidence that Plaintiffs improperly submitted with their Reply in Support of Motion for Leave to File Second Amended Complaint (ECF No. 414) ("Reply").

It is axiomatic that "[n]ew evidence submitted as part of a reply is improper." *Sommers v. City of Santa Clara*, 516 F. Supp. 3d 967, 980 (N.D. Cal. 2021) (citation omitted). That is why courts do not consider "evidence . . . submitted for the first time in reply." *World Lebanese Cultural Union, Inc. v. World Lebanese Cultural Union of N.Y., Inc.*, No. 11-cv-01442, 2011 WL 5118525, at *6 n.3 (N.D. Cal. Oct. 28, 2011); *see also Yang v. 705a Invs., LLC*, No. 15-cv-05518, 2016 WL 4447255, at *3 (N.D. Cal. Aug. 24, 2016) ("[W]here new evidence is presented in a reply . . . the district court should not consider the new evidence without giving the [non-]movant an opportunity to respond." (alternations in original) (quoting *Provenz v. Miller*, 102 F.3d 1478, 1483 (9th Cir. 1996))).

Here, Plaintiffs included with their Reply seven additional exhibits not included with or even discussed in their Motion for Leave to File Second Amended Complaint (ECF No. 371) ("Motion"). *See* Exs. A–G to Declaration of J. Stein, ECF No. 414-1 (filed under seal at ECF Nos. 415-1 through 415-7). Every single one of the new exhibits was available to Plaintiffs when they filed their Motion. Decl. of Allison S. Blanco in Supp. of Obj. to Reply Evid. ¶ 6. Plaintiffs seek to use the newly submitted evidence to support the exact same arguments they made in their Motion. For example, Plaintiffs rely on Exhibit A (ECF No. 415-2) to support their argument that there was no undue delay—an issue extensively addressed in Plaintiffs' Motion. Plaintiffs also rely on Exhibit D (ECF No. 415-5) to try to justify increasing the class period—another argument they made in their Motion. Plaintiffs "ha[ve] not identified any reason why [they] could not have included in [their] original motion the new evidence submitted with [their] reply brief. Withholding such evidence until the reply brief is improper." *Visier, Inc. v. iCIMS, Inc.*, No. 24-CV-07544-SVK, 2025 WL 589036, at *2 (N.D. Cal. Feb. 24, 2025) (quotation omitted); *see also Stevens v. Brigham Young Univ.-Idaho*, No. 16-cv-00530, 2018 WL 2974388, at *19 (D. Idaho June 11, 2018) (Because Plaintiffs "had this evidence when [they] filed [their] original brief," they

"should have presented it at that time."). Indeed, this is exactly the sort of reliance on new evidence that courts conclude is improper. *See Tovar v. U.S. Postal Serv.*, 3 F.3d 1271, 1273 n.3 (9th Cir. 1993) (striking "new information" in reply brief that aimed to "buttress" previous arguments); *see also Stevens*, 2018 WL 2974388, at *19 ("evidence [that] simply bolsters the arguments [a party] made in its opening brief" is improper reply evidence).

Where, as here, parties seek to rely on new evidence on reply, courts either decline to consider the new evidence or permit the opposing party to submit a surreply. Indeed, Plaintiffs themselves agree that new evidence submitted with a reply "should . . . be stricken or ignored because [it] violate[s] the Court's Local Rules." ECF No. 296 at 5-6 (citing L-R 7.3(d)(1)); *Citcon USA, LLC v. RiverPay Inc.*, No. 18-cv-02585-NC, 2019 WL 2603219, at *3 (N.D. Cal. June 25, 2019); *Willis v. Koning & Assocs.*, No. 21-cv-00819-BLF, 2023 WL 2541327, at *2 (N.D. Cal. Mar. 15, 2023); *Contratto v. Ethicon, Inc.*, 227 F.R.D. 304, 308 n.5 (N.D. Cal. 2005). Defendants request that the Court decline to countenance Plaintiffs' sandbagging by refusing to consider the newly submitted evidence. *See, e.g.*, *Sommers*, 516 F. Supp. 3d at 980 (sustaining objection to exhibits filed with reply where movant "did not use" those documents "to support the initial motion"); *see also BoomerangIt, Inc. v. ID Armor, Inc.*, No. 5:12-cv-0920 EJD, 2012 WL 2368466, at *4 n.1 (N.D. Cal. June 21, 2012). Plaintiffs also agree that, where a court considers new evidence submitted with a reply, the opposing party should have "the opportunity to respond." ECF No. 296 at 6 (citing *Provenz*, 102 F.3d at 1483). To the extent the Court instead wishes to consider the newly submitted evidence, Defendants respectfully request leave to file a surreply for the Court's consideration as well. *See Crandall v. Starbucks Corp.*, 249 F. Supp. 3d 1087, 1104 (N.D. Cal. 2017) ("[C]ourts typically do not consider new evidence first submitted in a reply brief because the opposing party has no opportunity to respond to it.").

Dated:  April 1, 2025

Respectfully Submitted,

By: /s/ Joseph C. Gratz

**MORRISON & FOERSTER LLP**
Joseph C. Gratz (SBN 240676)
 jgratz@mofo.com
Tiffany Cheung (SBN 211497)
 tcheung@mofo.com
Joyce C. Li (SBN 323820)
 joyceli@mofo.com
Melody E. Wong (SBN 341494)
 melodywong@mofo.com
425 Market Street
San Francisco, CA 94105
Telephone: 415.268.7000

Rose S. Lee (SBN 294658)
 roselee@mofo.com
Alexandra M. Ward (SBN 318042)
 alexandraward@mofo.com
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017
Telephone: 213.892.5200

Eric Nikolaides (*pro hac vice*)
 enikolaides@mofo.com
Zachary S. Newman (*pro hac vice*)
 znewman@mofo.com
250 West 55th Street
New York, NY 10019
Telephone: 212.468.8000212-336-4061

Max I. Levy (SBN 346289)
 mlevy@mofo.com
755 Page Mill Road
Palo Alto, CA 94304
Telephone: 650.813.5600

John R. Lanham (SBN 289382)
 jlanham@mofo.com
Sarah J. Vandervalk (SBN 332651)
 svandervalk@mofo.com
12531 High Bluff Drive, Suite 100
San Diego, CA 92130
Telephone: 858.720.5100

Carolyn M. Homer (SBN 286441)
 cmhomer@mofo.com
2100 L Street, NW, Suite 900
Washington, DC 20037
Telephone: 202.650.4597

| | |
|---|---|
| 1 | By: */s/ Allison S. Blanco* |
| 2 | **LATHAM & WATKINS LLP** |
| | Andrew M. Gass (SBN 259694) |
| 3 | *andrew.gass@lw.com* |
| | Joseph R. Wetzel (SBN 238008) |
| 4 | *joe.wetzel@lw.com* |
| | 505 Montgomery Street, Suite 2000 |
| 5 | San Francisco, CA 94111 |
| | Telephone: 415.391.0600 |
| 6 | |
| | Sarang V. Damle (*pro hac vice*) |
| 7 | *sy.damle@lw.com* |
| | Elana Nightingale Dawson (*pro hac vice*) |
| 8 | *elana.nightingaledawson@lw.com* |
| | Michael A. David (*pro hac vice*) |
| 9 | *michael.david@lw.com* |
| | 555 Eleventh Street, NW, Suite 1000 |
| 10 | Washington, D.C. 20004 |
| | Telephone: 202.637.2200 |
| 11 | |
| | Allison L. Stillman (*pro hac vice*) |
| 12 | *alli.stillman@lw.com* |
| | Rachel R. Blitzer (*pro hac vice*) |
| 13 | *rachel.blitzer@lw.com* |
| | Herman H. Yue (*pro hac vice*) |
| 14 | *herman.yue@lw.com* |
| | 1271 Avenue of the Americas |
| 15 | New York, NY 10020 |
| | Telephone: 212.906.1200 |
| 16 | |
| | Allison S. Blanco (SBN 287554) |
| 17 | *allison.blanco@lw.com* |
| | 650 Town Center Drive 20th Floor |
| 18 | Costa Mesa, CA 92626 |
| | Telephone: 714.540.1235 |
| 19 | |
| | By: */s/ Paven Malhotra* |
| 20 | |
| | **KEKER, VAN NEST & PETERS LLP** |
| 21 | Robert A. Van Nest (SBN 84065) |
| | *rvannest@keker.com* |
| 22 | R. James Slaughter (SBN 192813) |
| | *rslaughter@keker.com* |
| 23 | Paven Malhotra (SBN 258429) |
| | *pmalhotra@keker.com* |
| 24 | Michelle S. Ybarra (SBN 260697) |
| | *mybarra@keker.com* |
| 25 | Nicholas S. Goldberg (SBN 273614) |
| | *ngoldberg@keker.com* |
| 26 | Thomas E. Gorman (SBN 279409) |
| | *tgorman@keker.com* |
| 27 | Katie Lynn Joyce (SBN 308263) |
| | *kjoyce@keker.com* |
| 28 | Christopher S. Sun (SBN 308945) |

1  
2  *csun@keker.com*  
Edward A. Bayley (SBN 267532)  
3  *ebayley@keker.com*  
633 Battery Street  
4  San Francisco, CA 94111  
Telephone: 415.391.5400  
5  Facsimile: 415.397.7188  
6  
7  *Attorneys for OpenAI Defendants*  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28

**ATTESTATION CLAUSE**

I am the ECF User whose identification and password are being used to file the foregoing document. Pursuant to Local Rule 5-1(i)(3) regarding signatures, I, Allison Blanco, attest that concurrence in the filing of this document has been obtained.

Dated: April 1, 2025                                                             */s/ Allison Blanco*