| | |
|---|---|
| **LATHAM & WATKINS LLP**<br>Andrew M. Gass (SBN 259694)<br>  *andrew.gass@lw.com*<br>Joseph R. Wetzel (SBN 238008)<br>  *joe.wetzel@lw.com*<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111<br>Telephone: 415.391.0600<br><br>Sarang V. Damle (*pro hac vice*)<br>  *sy.damle@lw.com*<br>Elana Nightingale Dawson (*pro hac vice*)<br>  *elana.nightingaledawson@lw.com*<br>Michael A. David (*pro hac vice*)<br>  *michael.david@lw.com*<br>555 Eleventh Street, NW, Suite 1000<br>Washington, D.C. 20004<br>Telephone: 202.637.2200<br><br>Allison L. Stillman (*pro hac vice*)<br>  *alli.stillman@lw.com*<br>Rachel R. Blitzer *(pro hac vice)*<br>  *rachel.blitzer@lw.com*<br>Herman H. Yue (*pro hac vice*)<br>  *herman.yue@lw.com*<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Telephone:  212.906.1200<br><br>Allison S. Blanco (SBN 287554)<br>  *allison.blanco@lw.com*<br>650 Town Center Drive 20th Floor<br>Costa Mesa, CA 92626<br>Telephone: 714.540.1235 | **MORRISON & FOERSTER LLP**<br>Joseph C. Gratz (SBN 240676)<br>  *jgratz@mofo.com*<br>Tiffany Cheung (SBN 211497)<br>  *tcheung@mofo.com*<br>Joyce C. Li (SBN 323820)<br>  *joyceli@mofo.com*<br>Melody E. Wong (SBN 341494)<br>  *melodywong@mofo.com*<br>425 Market Street<br>San Francisco, CA 94105<br>Telephone: 415.268.7000<br><br>Rose S. Lee (SBN 294658)<br>  *roselee@mofo.com*<br>Alexandra M. Ward (SBN 318042)<br>  *alexandraward@mofo.com*<br>707 Wilshire Boulevard, Suite 6000<br>Los Angeles, CA 90017<br>Telephone: 213.892.5200<br><br>*Attorneys for Defendants OpenAI, Inc., OpenAI, L.P., OpenAI OpCo, L.L.C., OpenAI GP, L.L.C., OpenAI Startup Fund GP I, L.L.C., OpenAI Startup Fund I, L.P., and OpenAI Startup Fund Management, LLC* |

[CAPTION CONTINUED ON NEXT PAGE]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE OPENAI CHATGPT LITIGATION<br><br>This Document Relates To:<br><br>Case No. 3:23-cv-03223-AMO<br>Case No. 3:23-cv-03416-AMO<br>Case No. 3:23-cv-04625-AMO | Master File No. 3:23-cv-03223-AMO<br><br>**DEFENDANTS' STATEMENT OF RECENT DECISION**<br><br>Hon. Araceli Martínez-Olguín |

1  Max I. Levy (SBN 346289)
      *mlevy@mofo.com*
2  755 Page Mill Road
   Palo Alto, CA 94304
3  Telephone: 650.813.5600

4  John R. Lanham (SBN 289382)
      *jlanham@mofo.com*
5  Sarah J. Vandervalk (SBN 332651)
      *svandervalk@mofo.com*
6  12531 High Bluff Drive, Suite 100
   San Diego, CA 92130
7  Telephone: 858.720.5100

8  Eric K. Nikolaides (*pro hac vice*)
      *enikolaides@mofo.com*
9  Zachary S. Newman (*pro hac vice*)
      *znewman@mofo.com*
10 250 West 55th Street
   New York, NY 10019
11 Telephone: 212.468.8000

12 Carolyn M. Homer (SBN 286441)
      *cmhomer@mofo.com*
13 2100 L Street, NW, Suite 900
   Washington, D.C. 20037
14 Telephone: 202.650.4597

15

**KEKER, VAN NEST & PETERS LLP**
16 Robert A. Van Nest (SBN 84065)
      *rvannest@keker.com*
17 R. James Slaughter (SBN 192813)
      *rslaughter@keker.com*
18 Paven Malhotra (SBN 258429)
      *pmalhotra@keker.com*
19 Michelle S. Ybarra (SBN 260697)
      *mybarra@keker.com*
20 Nicholas S. Goldberg (SBN 273614)
      *ngoldberg@keker.com*
21 Thomas E. Gorman (SBN 279409)
      *tgorman@keker.com*
22 Katie Lynn Joyce (SBN 308263)
      *kjoyce@keker.com*
23 Christopher S. Sun (SBN 308945)
      *csun@keker.com*
24 Edward A. Bayley (SBN 267532)
      *ebayley@keker.com*
25 633 Battery Street
   San Francisco, CA 94111
26 Telephone: 415.391.5400
   Facsimile: 415.397.7188

27

28

# DEFENDANTS' STATEMENT OF RECENT DECISION

Pursuant to Northern District of California Civil Local Rule 7-3(d)(2), Defendants respectfully submit this Statement of Recent Decision to apprise the Court of a recent order in connection with the briefing on Plaintiffs' Motion for Leave to File Second Amended Complaint (ECF Nos. 371, 401, 414).

In *Concord Music Group, Inc. et al. v. Anthropic PBC*, No. 5:24-cv-03811 (N.D. Cal.), a case involving copyright infringement and DMCA claims against another generative AI company, the plaintiffs alleged that defendant Anthropic "intentionally removed or altered copyright management information from [plaintiffs'] musical compositions, and/or distributed or imported for distribution copies of [plaintiffs'] musical compositions knowing that copyright management information has been removed or altered," in violation of 17 U.S.C. § 1202(b). *See* Complaint, *Concord Music Group*, No. 5:24-cv-03811, ECF No. 1 ¶ 149 (attached hereto as Exhibit 1). On March 26, 2025, the United States District Court for the Northern District of California dismissed plaintiffs' Section 1202(b)(1) claims with leave to amend. *See* Order Granting Motion to Dismiss with Leave to Amend, *Concord Music Group*, No. 5:24-cv-03811, ECF No. 322 at 9-12 (attached hereto as Exhibit 2).

Dated: April 2, 2025

Respectfully Submitted,

By: */s/ Rose S. Lee*

**MORRISON & FOERSTER LLP**
Joseph C. Gratz (SBN 240676)
 jgratz@mofo.com
Tiffany Cheung (SBN 211497)
 tcheung@mofo.com
Joyce C. Li (SBN 323820)
 joyceli@mofo.com
Melody E. Wong (SBN 341494)
 melodywong@mofo.com
425 Market Street
San Francisco, CA 94105
Telephone: 415.268.7000

Rose S. Lee (SBN 294658)
 roselee@mofo.com
Alexandra M. Ward (SBN 318042)
 alexandraward@mofo.com
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017
Telephone: 213.892.5200

Eric Nikolaides (*pro hac vice*)
 enikolaides@mofo.com
Zachary S. Newman (*pro hac vice*)
 znewman@mofo.com
250 West 55th Street
New York, NY 10019
Telephone: 212.468.8000

Max I. Levy (SBN 346289)
 mlevy@mofo.com
755 Page Mill Road
Palo Alto, CA 94304
Telephone: 650.813.5600

John R. Lanham (SBN 289382)
 jlanham@mofo.com
Sarah J. Vandervalk (SBN 332651)
 svandervalk@mofo.com
12531 High Bluff Drive, Suite 100
San Diego, CA 92130
Telephone: 858.720.5100

Carolyn M. Homer (SBN 286441)
 cmhomer@mofo.com
2100 L Street, NW, Suite 900
Washington, DC 20037
Telephone: 202.650.4597p


By:  /s/ Allison S. Blanco

**LATHAM & WATKINS LLP**
Andrew M. Gass (SBN 259694)
 andrew.gass@lw.com
Joseph R. Wetzel (SBN 238008)
 joe.wetzel@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: 415.391.0600

|   |   |
|---|---|
| 1 | Sarang V. Damle (*pro hac vice*) |
|   |  sy.damle@lw.com |
| 2 | Elana Nightingale Dawson (*pro hac vice*) |
|   |  elana.nightingaledawson@lw.com |
| 3 | Michael A. David (*pro hac vice*) |
|   |  michael.david@lw.com |
| 4 | 555 Eleventh Street, NW, Suite 1000 |
|   | Washington, D.C. 20004 |
| 5 | Telephone: 202.637.2200 |
|   |   |
| 6 | Allison L. Stillman (*pro hac vice*) |
|   |  alli.stillman@lw.com |
| 7 | Rachel R. Blitzer (*pro hac vice*) |
|   |  rachel.blitzer@lw.com |
| 8 | Herman H. Yue (*pro hac vice*) |
|   |  herman.yue@lw.com |
| 9 | 1271 Avenue of the Americas |
|   | New York, NY 10020 |
| 10 | Telephone: 212.906.1200 |
|   |   |
| 11 | Allison S. Blanco (SBN 287554) |
|   |  allison.blanco@lw.com |
| 12 | 650 Town Center Drive 20th Floor |
|   | Costa Mesa, CA 92626 |
| 13 | Telephone: 714.540.1235 |
|   |   |
| 14 | By:  */s/ Christopher S. Sun*_____ |
|   |   |
| 15 | **KEKER, VAN NEST & PETERS LLP** |
|   | Robert A. Van Nest (SBN 84065) |
| 16 |  rvannest@keker.com |
|   | R. James Slaughter (SBN 192813) |
| 17 |  rslaughter@keker.com |
|   | Paven Malhotra (SBN 258429) |
| 18 |  pmalhotra@keker.com |
|   | Michelle S. Ybarra (SBN 260697) |
| 19 |  mybarra@keker.com |
|   | Nicholas S. Goldberg (SBN 273614) |
| 20 |  ngoldberg@keker.com |
|   | Thomas E. Gorman (SBN 279409) |
| 21 |  tgorman@keker.com |
|   | Katie Lynn Joyce (SBN 308263) |
| 22 |  kjoyce@keker.com |
|   | Christopher S. Sun (SBN 308945) |
| 23 |  csun@keker.com |
|   | Edward A. Bayley (SBN 267532) |
| 24 |  ebayley@keker.com |
|   | 633 Battery Street |
| 25 | San Francisco, CA 94111 |
|   | Telephone: 415.391.5400 |
| 26 | Facsimile: 415.397.7188 |
|   |   |
| 27 |   |
|   | *Attorneys for OpenAI Defendants* |
| 28 |   |

**ATTESTATION CLAUSE**

I am the ECF User whose identification and password are being used to file the foregoing. Pursuant to Local Rule 5-1(i)(3) regarding signatures, I, Allison S. Blanco, attest that concurrence in the filing of this document has been obtained.

Dated: April 2, 2025                    /s/ *Allison S. Blanco*
                                        Allison S. Blanco